**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TPC GROUP INC., *et al.*,[1] | Case No. 22-10493 (CTG) |
| Debtors. | Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | |
| Plaintiffs, | Adv. Pro. No. 22--50372 |
| v. | |
| TPC GROUP INC., | |
| Defendant. | |

**DECLARATION OF AARON L. RENENGER IN SUPPORT OF THE AD HOC GROUP**
**OF NON-CONSENTING NOTEHOLDERS' MOTION FOR SUMMARY JUDGMENT**

AARON L. RENENGER, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a member of the law firm Milbank LLP, counsel to Plaintiffs Bayside Capital, Inc. ("Bayside") and Cerberus Capital Management, L.P. ("Cerberus," and together with Bayside, the "Ad Hoc Group of Non-Consenting Noteholders") in the above-captioned action (the "Action").  I submit this supplemental declaration in further support of the Ad Hoc Group of Non-Consenting Noteholders' motion for summary judgment (the "Motion"), filed contemporaneously herewith.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248).  Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

2.      Attached to this declaration as **Exhibit A** is a true and correct copy of the 10.50% Senior Secured Notes Due 2024 Indenture, among TPC, the Guarantors (as defined therein), and U.S. Bank National Association ("U.S. Bank"), dated August 2, 2019 (the "Original Indenture").

4.      Attached to this declaration as **Exhibit B** is a true and correct copy of the Intercreditor Agreement, among Bank of America, N.A. ("Bank of America") and U.S. Bank, dated August 2, 2019 (the "2019 Intercreditor Agreement").

5.      Attached to this declaration as **Exhibit C** is a true and correct copy of the 10.875% Senior Secured Notes Due 2024 Indenture, among TPC, the Guarantors (as defined therein), and U.S. Bank, dated February 2, 2021 (the "Usurping Indenture").

6.      Attached to this declaration as **Exhibit D** is a true and correct copy of the 10.50% Senior Secured Notes Due 2024 Supplemental Indenture, among TPC, the Guarantors (defined therein), and U.S. Bank, dated February 2, 2021 (the "Supplemental Indenture").

7.      Attached to this declaration as **Exhibit E** is a true and correct copy of a redline of the Supplemental Indenture against the Original Indenture (the "Redline of Supplemental Indenture Against Original Indenture").

8.      Attached to this declaration as **Exhibit F** is a true and correct copy of the Intercreditor Agreement, among U.S. Bank (as Senor Priority Agent, as defined therein) and U.S. Bank (as Junior Priority Notes Agent, as defined therein), dated February 2, 2021 (the "2021 Intercreditor Agreement").

9.      Attached to this declaration as **Exhibit G** are true and correct copies of the "Consent of Noteholder" agreements (the "Consents"), signed in connection with the issuance of the Usurping Indenture, Supplemental Indenture, and 2021 Intercreditor Agreement.  The Consents reflect the beneficial holders of Senior Secured Notes who consented to the issuance of

the Supplemental Indenture and the 2021 Intercreditor Agreement and reflect that less than 100% of beneficial holders provided such consent.  The Consents do not purport to reflect 100% consent from registered holders.

10.     Attached to this declaration as **Exhibit H** is a true and correct copy of a letter dated March 31, 2022 from counsel for the Ad Hoc Group of Non-Consenting Noteholders to counsel for TPC, regarding "Notification of Breach of 10.5% Indenture dated August 2, 2019 by TPC Group Inc."

11.     Attached to this declaration as **Exhibit I** is a true and correct copy of a letter dated April 26, 2022 from counsel for the Ad Hoc Group of Non-Consenting Noteholders to U.S. Bank, regarding "Notice of Breach of 10.5% Indenture dated August 2, 2019."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2022

/s/ Aaron L. Renenger
Aaron L. Renenger