# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| | |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | Adv. Pro. No. 22-50372 (CTG) |
| *Plaintiffs,* | |
| v. | |
| *TPC GROUP INC.,* | |
| *Defendant.* | |

## MOTION TO DISMISS THE COMPLAINT FOR DECLARATORY JUDGMENT

TPC Group Inc. ("**TPC**"), as Defendant in the above-captioned adversary proceeding, by and through its undersigned counsel, respectfully moves (this "**Motion**") the Court for an order dismissing the *Complaint for Declaratory Judgment* [A.D.I. 3, 9] (the "**Complaint**") pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable by Federal Rule of Bankruptcy Procedure 7012.  In support, TPC states:

1. Support for this Motion is set forth in the accompanying opening brief (the "**Opening Brief**"), which is being filed contemporaneously with this Motion, and which TPC incorporates by reference into this Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248).  Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

2.      Pursuant to Bankruptcy Rule 7012(b), and Local Rule 7012-1, TPC consents to the entry of final orders or judgments by the Court.

WHEREFORE, for the reasons set out in the Opening Brief, TPC respectfully requests that the Court (i) enter the proposed form of order attached hereto as **Exhibit A** granting this Motion, and (ii) grant any further relief that may be appropriate.

Dated:  June 9, 2022
        Wilmington, Delaware

| | |
|---|---|
| **BAKER BOTTS L.L.P.**<br>James R. Prince (admitted *pro hac vice*)<br>Kevin Chiu (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-2980<br>Telephone:   (214) 953-6500<br>Facsimile:    (214) 953-6503<br>Email: jim.prince@bakerbotts.com<br>          kevin.chiu@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>Scott R. Bowling (admitted *pro hac vice*)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:   (212) 408-2500<br>Facsimile:    (212) 259-2501<br>Email: scott.bowling@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>David R. Eastlake (admitted *pro hac vice*)<br>Lauren N. Randle (admitted *pro hac vice*)<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone:   (713) 229-1234<br>Facsimile:    (713) 229-1522<br>Email: david.eastlake@bakerbotts.com<br>          lauren.randle@bakerbotts.com | */s/ Robert J. Dehney*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Matthew O. Talmo (No. 6333)<br>Brian Loughnane (No. 6853)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:   rdehney@morrisnichols.com<br>             cmiller@ morrisnichols.com<br>             dbutz@ morrisnichols.com<br>             mtalmo@ morrisnichols.com<br>             bloughnane@ morrisnichols.com<br><br>*Proposed Attorneys for TPC Group Inc.* |

2