# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| | |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | Adv. Pro. No. 22-50372 (CTG) |
| *Plaintiffs,* | **Re: A.D.I. 15** |
| v. | |
| TPC GROUP INC., | |
| *Defendant.* | |

## NOTICE OF FILING OF EXHIBIT B TO COUNTERCLAIM FOR DECLARATORY JUDGMENT

**PLEASE TAKE NOTICE** that on June 9, 2022, TPC Group Inc., Defendant and Counter-Claimant in the above-captioned adversary proceeding, filed the *Counterclaim for Declaratory Judgment* (A.D.I. 15) (the "**Counterclaim**").

**PLEASE TAKE NOTICE** that the Counterclaim references therein, and contemplates the attachment as an exhibit of, Exhibit B, the April 26, 2022 Letter to U.S. Bank, which was inadvertently omitted from the filing of the Counterclaim.

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit 1** is Exhibit B to the Counterclaim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

Dated:   June 9, 2022
         Wilmington, Delaware

**BAKER BOTTS L.L.P.**
James R. Prince (admitted *pro hac vice*)
Kevin Chiu (admitted *pro hac vice*)
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone:    (214) 953-6500
Facsimile:    (214) 953-6503
Email: jim.prince@bakerbotts.com
       kevin.chiu@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
Scott R. Bowling (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone:    (212) 408-2500
Facsimile:    (212) 259-2501
Email: scott.bowling@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
David R. Eastlake (admitted *pro hac vice*)
Lauren N. Randle (admitted *pro hac vice*)
910 Louisiana Street
Houston, Texas 77002
Telephone:    (713) 229-1234
Facsimile:    (713) 229-1522
Email: david.eastlake@bakerbotts.com
       lauren.randle@bakerbotts.com

*/s/ Brian Loughnane*
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Matthew O. Talmo (No. 6333)
Brian Loughnane (No. 6853)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:   rdehney@morrisnichols.com
         cmiller@ morrisnichols.com
         dbutz@ morrisnichols.com
         mtalmo@ morrisnichols.com
         bloughnane@ morrisnichols.com

*Proposed Attorneys for TPC Group Inc.*