**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TPC GROUP INC., *et al.*,[1] | Case No. 22-10493 (CTG) |
| Debtors. | Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | |
| Plaintiffs, | Adv. Pro. No. 22-50372 (CTG) |
| v. | |
| TPC GROUP INC., | |
| Defendant. | **Adv. Docket No. 6** |

**ORDER GRANTING AD HOC GROUP OF NON-CONSENTING NOTEHOLDERS' MOTION FOR EXPEDITED HEARING ON MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the motion (the "Motion to Expedite")[2] for an order expediting consideration of the *Ad Hoc Group of Non-Consenting Noteholders' Motion for Summary Judgment* ("Ad Hoc Group Summary Judgment Motion") filed by the Ad Hoc Group of Non-Consenting Noteholders; the Court finding that (a) the district court has jurisdiction over the Summary Judgment Motion under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 and (b) the Motion to Expedite is with respect to a core proceeding pursuant to 28

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion to Expedite.

-2-

U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED THAT:

1. The Motion to Expedite is GRANTED as modified herein.

2. The Debtors shall file their complaint against the Ad Hoc Group of Non-Consenting Noteholders and any related summary judgment motion (the "<u>Debtors' Summary Judgment Motion</u>") on or before June 8, 2022.

3. Any answering brief and accompanying affidavit(s) to the Ad Hoc Group Summary Judgment Motion shall be filed and served on or before June 17, 2022.

4. Any answering brief and accompanying affidavit(s) to the Debtors' Summary Judgment Motion shall be filed and served on or before June 22, 2022.

5. Any reply brief related to the Ad Hoc Group Summary Judgment Motion shall be filed and served on or before June 24, 2022.

6. Any reply brief related to the Debtors' Summary Judgment Motion shall be filed and served on or before 5:00 p.m. prevailing Eastern Time on June 28, 2022.

7. A hearing on the Ad Hoc Group Summary Judgment Motion and Debtors' Summary Judgment Motion shall be held on June 29, 2022 at 1:00 p.m. prevailing Eastern Time.

8. This Order shall be effective and enforceable immediately upon entry.

9. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

10. Counsel for the Ad Hoc Group of Non-Consenting Noteholders shall, within one (1) business day of entry of this Order, serve a copy of this Order on counsel for the Debtors, the U.S. Trustee, and all parties requesting notice in the Chapter 11 Cases under Bankruptcy Rule 2002.

**Dated: June 9th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**