IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TPC GROUP INC., *et al.*,[1] | Case No. 22-10493 (CTG) |
| Debtors. | Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | |
| Plaintiffs, | Adv. Pro. No. 22-50372 |
| v. | |
| TPC GROUP INC., | **Ref. Docket Nos. 28 & 29** |
| Defendant. | |

**ORDER SHORTENING THE TIME FOR NOTICE OF THE
AD HOC NOTEHOLDER GROUP'S EMERGENCY MOTION TO INTERVENE**

Upon consideration of the motion (the "**Motion to Shorten**")[2] of the Ad Hoc Noteholder Group for entry of an order, (a) shortening the time required for notice of the hearing to consider approval of the Emergency Motion to Intervene so that it may be heard on an expedited basis, and (b) providing that objections, if any, to the Emergency Motion to Intervene shall be filed prior to, or raised at, such hearing; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion to Shorten.

2

need be given under the circumstances; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Emergency Motion to Intervene shall be heard on June 22, 2022 at 1:00 p.m. (the "**Hearing**").

3. Objections, if any, to the relief requested in the Emergency Motion to Intervene shall be filed by June 21, 2022 at 12:00 p.m.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: June 13th, 2022  
Wilmington, Delaware

CRAIG T. GOLDBLATT  
UNITED STATES BANKRUPTCY JUDGE