# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TPC GROUP INC., *et al.*,<br><br>                      Debtors.[1] | Chapter 11<br><br>Case No. 22-10493 (CTG)<br><br>Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>                      *Plaintiffs,*<br>v.<br><br>TPC GROUP INC.,<br><br>                      *Defendant.* | Adv. Pro. No. 22-50372 (CTG) |

## AFFIDAVIT OF SERVICE

I, Rohany Tejada, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 10, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on (1) Pachulski Stang Ziehl & Jones LLP, Attn: Timothy P. Cairns, Laura Davis Jones at [tcairns@pszjlaw.com; ljones@pszjlaw.com]; and (2) on Milbank LLP, Attn: Gerard Uzzi, Nelly Almeida at [guzzi@milbank.com; nalmeida@milbank.com; arenenger@milbank.com; jestep@milbank.com]:

- Second Amended Notice of Agenda for Videoconference Hearing Scheduled for June 10, 2022, At 3:00 P.M. (ET) [Docket No. 27]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

Dated: June 15, 2022

                                              */s/ Rohany Tejada*
                                                Rohany Tejada

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 15, 2022, by Rohany Tejada, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025