# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | Adv. Pro. No. 22-50372 (CTG) |
| *Plaintiffs*, | |
| v. | |
| TPC GROUP INC., | |
| *Defendant*. | |

## NOTICE OF AGENDA FOR HEARING
## SCHEDULED FOR JUNE 22, 2022, AT 1:00 P.M. (E.T.)

**AT THE DIRECTION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

**ADVERSARY PROCEEDING:**

*Bayside Capital Inc.*, **et al.** *v. TPC Group Inc.*, *Adv. Pro. No. 22-50372*

**RESOLVED MATTERS:**

1. The Ad Hoc Noteholder Group's Emergency Motion to Intervene (D.I. 28, filed 06/10/22)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

Objection Deadline:   June 21, 2022 at 12:00 p.m.

Objections/Responses Received: None.

Related Pleadings:

a) Certification of Counsel Regarding *Proposed* Order Granting the Ad Hoc Noteholder Group's Emergency Motion to Intervene (D.I. 37, filed 06/16/22); and

b) Order Granting the Ad Hoc Noteholder Group's Emergency Motion to Intervene (D.I. 38, entered 06/17/22).

Status: The Court entered an order resolving this matter.  No hearing is necessary.

Dated: June 20, 2022
Wilmington, Delaware

| | /s/ Brian Loughnane |
|---|---|
| **BAKER BOTTS L.L.P.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| James R. Prince (admitted *pro hac vice*) | Robert J. Dehney (No. 3578) |
| Kevin Chiu (admitted *pro hac vice*) | Curtis S. Miller (No. 4583) |
| 2001 Ross Avenue, Suite 900 | Daniel B. Butz (No. 4227) |
| Dallas, Texas 75201-2980 | Matthew O. Talmo (No. 6333) |
| Telephone: (214) 953-6500 | Brian Loughnane (No. 6853) |
| Facsimile: (214) 953-6503 | 1201 N. Market Street, 16th Floor |
| Email: jim.prince@bakerbotts.com | P.O. Box 1347 |
| kevin.chiu@bakerbotts.com | Wilmington, Delaware 19899-1347 |
| | Telephone: (302) 658-9200 |
| -and- | Facsimile: (302) 658-3989 |
| | Email: rdehney@morrisnichols.com |
| BAKER BOTTS L.L.P. | cmiller@ morrisnichols.com |
| Scott R. Bowling (admitted *pro hac vice*) | dbutz@ morrisnichols.com |
| 30 Rockefeller Plaza | mtalmo@ morrisnichols.com |
| New York, New York 10112 | bloughnane@ morrisnichols.com |
| Telephone: (212) 408-2500 | |
| Facsimile: (212) 259-2501 | *Proposed Attorneys for Debtors* |
| Email: scott.bowling@bakerbotts.com | *and Debtors in Possession* |

-and-

BAKER BOTTS L.L.P.
David R. Eastlake (admitted *pro hac vice*)
Lauren N. Randle (admitted *pro hac vice*)
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
Email: david.eastlake@bakerbotts.com
lauren.randle@bakerbotts.com