# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| | |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | Adv. Pro. No. 22-50372 (CTG) |
| Plaintiffs, | |
| v. | |
| TPC GROUP INC., | |
| Defendant, | |
| -and- | **Re: A.D.I. 40, 41** |
| THE AD HOC NOTEHOLDER GROUP, | |
| Intervenor Defendant. | |

## NOTICE OF FILING OF PROPOSED REDACTED VERSIONS OF (I) TPC GROUP INC.'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND (II) THE DECLARATION OF PATRICK HURT

**PLEASE TAKE NOTICE** that, on June 17, 2022, TPC Group Inc. ("TPC"), defendant and counter-claimant in the above-captioned Adversary Proceeding, filed under seal *TPC Group Inc.'s Brief in Opposition to Plaintiffs' Motion for Summary Judgment* [A.D.I. 40] (the "Opposition").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

-2-

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing of the Opposition, the TPC also filed under seal the *Declaration of Patrick Hurt* [A.D.I. 41] (the "<u>Hurt Declaration</u>").

**PLEASE TAKE FURTHER NOTICE** that, TPC, pursuant to Local Rule 9018-1, hereby files its proposed redacted versions of the Opposition and the Hurt Declaration.  Attached hereto as **<u>Exhibit 1</u>** is the proposed redacted version of the Opposition.  Attached hereto as **<u>Exhibit 2</u>** is the proposed redacted version of the Hurt Declaration.

[*Signature page follows.*]

Dated: June 23, 2022
      Wilmington, Delaware

| | |
|---|---|
| **BAKER BOTTS L.L.P.**<br>James R. Prince (*pro hac vice* admission pending)<br>Kevin Chiu (*pro hac vice* admission pending)<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-2980<br>Telephone:   (214) 953-6500<br>Facsimile:   (214) 953-6503<br>Email: jim.prince@bakerbotts.com<br>      kevin.chiu@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>Scott R. Bowling (*pro hac vice* admission pending)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:   (212) 408-2500<br>Facsimile:   (212) 259-2501<br>Email: scott.bowling@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>David R. Eastlake (*pro hac vice* admission pending)<br>Lauren N. Randle (*pro hac vice* admission pending)<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone:   (713) 229-1234<br>Facsimile:   (713) 229-1522<br>Email: david.eastlake@bakerbotts.com<br>      lauren.randle@bakerbotts.com | */s/ Brian Loughnane*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Matthew O. Talmo (No. 6333)<br>Brian Loughnane (No. 6853)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:   rdehney@morrisnichols.com<br>      cmiller@ morrisnichols.com<br>      dbutz@ morrisnichols.com<br>      mtalmo@ morrisnichols.com<br>      bloughnane@ morrisnichols.com<br><br>*Proposed Attorneys for Debtors*<br>*and Debtors in Possession* |