# EXHIBIT 2

**Proposed Redacted *Declaration of Patrick Hurt***

| In re | Chapter 11 |
|---|---|
| **TPC GROUP INC.**, *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |

| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | Adv. Pro. No. 22-50372 (CTG) |
|---|---|
| *Plaintiffs*, | |
| v. | |
| TPC GROUP INC., | |
| *Defendant*. | |

## DECLARATION OF PATRICK HURT

I, Patrick Hurt, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am Deputy General Counsel of TPC Group Inc ("**TPC**"). Prior to starting at TPC, I was a Senior Counsel at the Celanese Corporation.  Before then, I was a corporate associate at Vinson & Elkins.  I hold a Bachelor's degree in finance from Louisiana State University and a J.D. from Louisiana State University.

2.      By virtue of my role at TPC, I am familiar with the TPC's business, day-to-day operations, and books and records.  I am familiar with the types of documents prepared in the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248).  Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

normal course and scope of TPC's business, I am familiar with the manner in which TPC's records are made and maintained, and I am qualified to attest in connection with the maintenance of the TPC's business records.

3.  The copies of the records attached to this declaration and identified herein are true and correct copies of original records prepared and maintained in the regular course and scope of TPC's business.

4.  The copies of the records attached to this declaration and identified herein have been prepared and/or maintained by the employees/personnel of TPC in the ordinary course of business at or near the time of the acts, conditions, or events which they intend to convey.

5.  The copies of the records attached to this declaration and identified below, are maintained in the regular course and scope of business of TPC pursuant to certain business records and retention policies.

6.  On August 2, 2019, TPC issued 10.5% notes due in 2024 in the face amount of $930 million (the "**10.5% Notes**"). The terms of the 10.5% Notes, and the rights and responsibilities of TPC, the various holders of 10.5% Notes, the trustee and collateral agent (U.S. National Bank) ("**US Bank**" or "**Trustee**") and various guarantors were set forth in an Indenture signed that same day (the "**10.5% Notes Indenture**"), attached as <u>Exhibit 1</u>. The rights of US Bank as trustee and collateral agent under the 10.5% Notes Indenture, and the rights of the holders of notes under the 10.5% Notes Indenture were governed pursuant to an intercreditor agreement, dated August 2, 2019 (as amended, modified, supplemented, or joined, the "**2019 Intercreditor Agreement**").

7.  On February 2, 2021, the Company issued a new set of notes at 10.875% interest (the "**10.875% Notes**"), in an aggregate principal amount of $153 million. To allow for the

issuance of the 10.875% Notes, TPC issued a Supplemental Indenture with respect to the 10.5% Notes (the "**Supplemental Indenture**") and a new intercreditor agreement to govern the relationship between its creditors, including the holders of the 10.5% Notes and the 10.875% Notes (the "**2021 Intercreditor Agreement**").

8.      Section 9.02(e) of the 10.5% Notes Indenture provides: "Any amendment to, or waiver of, the provisions of this Indenture, any Security Document or any other indenture governing Permitted Additional Pari Passu Obligations that has the effect of releasing all or substantially all of the Collateral from the Liens securing the Notes or otherwise modifies the Intercreditor Agreement or other Security Documents in any manner adverse in any material respect to the Holders *will require the consent of the holders of at least 66-2/3% in aggregate principal amount of the Notes* and any Permitted Additional Pari Passu Obligations then outstanding." Exhibit 1, 10.5% Notes Indenture, § 9.02(e).

9.      Section 6.05 of the 10.5% Notes Indenture provides: "Holders of a majority in aggregate principal amount of the then outstanding Notes may direct the time, method and place of conducting any proceeding for exercising any remedy available to the Trustee or exercising any trust or power conferred on it. However, the Trustee may refuse to follow any direction that conflicts with law or this Indenture that the Trustee determines may be unduly prejudicial to the rights of other Holders or that may involve the Trustee in personal liability."  Exhibit 1, 10.5% Notes Indenture, § 6.05.

10.      To effectuate the execution and delivery of the Supplemental Indenture, 10.875% Notes Indenture, and 2021 Intercreditor Agreement, on January 28 and 29, 2021, TPC received consents (each letter, a "**Consent Letter**") from various noteholders of its 10.5% Notes representing $620,487,000.00 (66.7%) of the outstanding principal amount of $930,000,000.

11.    Each Consent Letter that TPC received, which was addressed to me, represented and warranted that the signatory of that Consent Letter (1) was the beneficial owner, or the investment manager or advisor representing the beneficial owners and with authority to act for such beneficial owners, of a certain outstanding aggregate principal amount of the 10.5% Notes owned by certain noteholders; (2) had not transferred the positions in the 10.5% Notes held as beneficial owner, as attested to in the Consent Letter; and (3) that the Consent Letter been duly authorized, executed, and delivered on the signatory's behalf.

12.    Each Consent Letter also confirmed the signatory's consent—as beneficial owner of or investment advisor to the noteholders that owned the aggregate principal amount of 10.5% Notes attested to in the Consent Letter—to (1) the Supplemental Indenture; and (2) execution and delivery of the 2021 Intercreditor agreement.  Each Consent Letter further requested and directed US Bank, as trustee and collateral agent, to execute and deliver the Supplemental Indenture and the 2021 Intercreditor Agreement.

13.    Each Consent Letter further provided (1) that the investment advisor was furnishing the Consent Letter on behalf of the noteholders it advised that owned the 10.5% Notes; (2) the value of the aggregate principal amount of notes owned by the noteholders; and (3) one or more of the following: (i) the signature(s) of the beneficial owner and/or investment adviser; (ii) a certification and confirmation from the bank holding the 10.5% Notes; (iii) a stamp or seal providing a guarantee and authorized signature guaranteeing ownership of the 10.5% Notes (with eighteen Consent Letters providing a medallion stamp of authenticity provided by the Securities Transfer Agents Medallion Program ("**STAMP**") verifying ownership of 10.5% Notes); and/or (iv) a certified letter or account summary from the bank holding the 10.5% Notes verifying

ownership of the 10.5% Notes. The smallest consenting noteholder amount was $25,000, while the largest consenting noteholder amount was $104,982,000.00.

14.     A true and correct copy of each of the Consent Letters received by TPC from noteholders of TPC's 10.5% Notes providing consent to certain transactions related to issuance of the 10.875% Noes, addressed to me as Deputy General Counsel of TPC, and provided to US Bank, is attached as follows:

15.     Attached hereto as <u>Exhibit 2</u> is a true and correct copy of a Consent of Noteholder dated January 28, 2021, providing consent by AMC Credit Opportunities Management as investment manager and J.P. Morgan Securities LLC as beneficial owner on behalf of noteholders of ███████████ in outstanding principal amount of the 10.5% Notes.

16.     Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by Benefit Street Partners LLC as investment manager and Barclays Capital Incorporated as beneficial owner on behalf of noteholders of ███████ in outstanding principal amount of the 10.5% Notes.

17.     Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by Benefit Street Partners LLC as investment manager and J.P. Morgan Securities LLC as beneficial owner on behalf of noteholders of ██████████ in outstanding principal amount of the 10.5% Notes.

18.     Attached hereto as <u>Exhibit 5</u> is a true and correct copy of a Consent of Noteholder dated January 28, 2021, providing consent by Fortress Creditor Advisors LLC as investment manager and Goldman Sachs & Co. as beneficial owner on behalf of noteholders of ██████████ in outstanding principal amount of the 10.5% Notes.

19. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of a Consent of Noteholder dated January 28, 2021, providing consent by FDF I CM LLC as investment manager and U.S. Bank N.A. as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

20. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of a Consent of Noteholder dated January 28, 2021, providing consent by FDF II CM LLC as investment manager and U.S. Bank N.A. as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

21. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a Consent of Noteholder dated January 28, 2021, providing consent by FDF III CM LLC as investment manager and U.S. Bank N.A. as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

22. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a Consent of Noteholder dated January 28, 2021, providing consent by FDF IV CM LLC as investment manager and U.S. Bank N.A. as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

23. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of a Consent of Noteholder dated January 28, 2021, providing consent by FDF V CM LLC as investment manager and U.S. Bank N.A. as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

24. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a Consent of Noteholder dated January 28, 2021, providing consent by Nut Tree Capital Management, LP as investment

manager and Goldman Sachs & Co. LLC as beneficial owner on behalf of noteholders of ███████████ in outstanding principal amount of the 10.5% Notes.

25.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by PGIM, Inc., as investment manager on behalf of noteholders of ███████████ in outstanding principal amount of the 10.5% Notes.

26.     Attached hereto as <u>Exhibit 13</u> is a true and correct copy of a Consent of Noteholder dated January 28, 2021, providing consent by Redwood Capital Management, LLC as investment manager and Morgan Stanley as beneficial owner on behalf of noteholders of ██████████ in outstanding principal amount of the 10.5% Notes.

27.     Attached hereto as <u>Exhibit 14</u> is a true and correct copy of a Consent of Noteholder dated January 28, 2021, providing consent by Redwood Capital Management, LLC as investment manager and Goldman Sachs & Co. LLC as beneficial owner on behalf of noteholders of ███████████ in outstanding principal amount of the 10.5% Notes.

28.     Attached hereto as <u>Exhibit 15</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and Bank of New York Mellon as beneficial owner on behalf of noteholders of ██████████ in outstanding principal amount of the 10.5% Notes.

29.     Attached hereto as <u>Exhibit 16</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and Amalgamated Bank as beneficial owner on behalf of noteholders of ██████████ in outstanding principal amount of the 10.5% Notes.

30.     Attached hereto as <u>Exhibit 17</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and

Brown Brothers Harriman & Co. as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

31.　Attached hereto as <u>Exhibit 18</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and Citibank NA DTC 0908 as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

32.　Attached hereto as <u>Exhibit 19</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and Fiducie Desjardins as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

33.　Attached hereto as <u>Exhibit 20</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and JP Morgan Chase Bank, National Association - 902 as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

34.　Attached hereto as <u>Exhibit 21</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and Northern Trust as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

35.　Attached hereto as <u>Exhibit 22</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and State Street Bank and Trust as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

36.     Attached hereto as <u>Exhibit 23</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and the Bank of New York Mellon/Mellon Trust of New England as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

37.     Attached hereto as <u>Exhibit 24</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and Wells Fargo Bank, National Association as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

38.     Attached hereto as <u>Exhibit 25</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and Caceis Bank France as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.

39.     Attached hereto as <u>Exhibit 26</u> is a true and correct copy of a Consent of Noteholder dated January 29, 2021, providing consent by MacKay Shields LLC as investment manager and Mitsubishi UFJ Investor Services & Banking (Luxembourg) S.A. as beneficial owner on behalf of noteholders of ████████ in outstanding principal amount of the 10.5% Notes.[2]

40.     In total the Consent Letters attached as <u>Exhibit 2</u> through <u>Exhibit 26</u> hereto provided the consent to the Supplemental Indenture and 2021 Intercreditor Agreement of 129 separate noteholders of the 10.5% Notes, representing $620,487,000.00 (66.7%) of the outstanding principal amount of $930,000,000.00.

---

[2]     The Supplemental Indenture was attached as Annex A to each of the Consent Letters attached hereto as Exhibits 2 through Exhibit 26.  To avoid redundancy, the Supplemental Indenture is omitted from each of the Consent Letters.

41.     Following receipt of the Consent Letters, US Bank, as trustee and collateral agent, executed the Supplemental Indenture and 2021 Intercreditor Agreement and delivered them to TPC, as requested.  US Bank did not raise any concerns regarding the effectiveness of the Consent Letters provided.

42.     No noteholder—now purportedly consenting or otherwise—raised any complaints regarding the Consent Letters for nearly a year following execution of the 10.875% Notes, Supplemental Indenture, or 2021 Intercreditor Agreement.  In fact, the first concern that was raised by any noteholder was in January 2022, nearly a year later, by Cerberus Capital Management, L.P. and Bayside Capital, Inc., through their counsel, Milbank.  No other noteholder has raised any concerns or issues, either before or after, regarding the 10.875% Notes or the effectiveness of the Consent Letters to provide consent of noteholders to the Supplemental Indenture and 2021 Intercreditor Agreement.

43.     TPC's issuance of the 10.875% Notes, the Supplemental Indenture, and the 2021 Intercreditor Agreement was announced publicly in press releases and was featured in disclosure statements made by TPC.  As Deputy General Counsel for TPC, I was involved the drafting of these disclosure statements and press releases and have personal knowledge of them.

44.     Attached hereto as <u>Exhibit 27</u> is a true and correct copy of a Press Release issued by TPC on February 2, 22021, which describes the 10.875% Notes, the 10.875% Notes Indenture, 10.5% Notes, and the Supplemental Indenture, and explains, among other things, that the 10.875% Notes are senior in priority to the 10.5% Notes.

45.     Attached hereto as <u>Exhibit 28</u> is a true and correct copy of TPC's Q1 2021 Quarterly Report, which describes the 10.875% Notes, 10.875% Notes Indenture, 10.5% Notes, and the

Supplemental Indenture and explains, among other things, that the 10.875% Notes are senior in priority to the 10.5% Notes.

46.     Attached hereto as <u>Exhibit 29</u> is a true and correct copy of TPC's Q2 2021 Quarterly Report, which describes the 10.875% Notes, 10.875% Notes Indenture, 10.5% Notes, and the Supplemental Indenture and explains, among other things, that the 10.875% Notes are senior in priority to the 10.5% Notes.

47.     Attached hereto as <u>Exhibit 30</u> is a true and correct copy of TPC's Q3 2021 Quarterly Report, which describes the 10.875% Notes, 10.875% Notes Indenture, 10.5% Notes, and the Supplemental Indenture and explains, among other things, that the 10.875% Notes are senior in priority to the 10.5% Notes.

48.     Attached hereto as <u>Exhibit 31</u> is a true and correct copy of TPC's 2021 Annual Report, which describes the 10.875% Notes, 10.875% Notes Indenture, 10.5% Notes, and the Supplemental Indenture and explains, among other things, that the 10.875% Notes are senior in priority to the 10.5% Notes.

49.      Attached hereto as <u>Exhibit 32</u> is a true and correct copy of TPC's Q1 Quarterly Report, which describes the 10.875% Notes, 10.875% Notes Indenture, 10.5% Notes, and the Supplemental Indenture and explains, among other things, that the 10.875% Notes are senior in priority to the 10.5% Notes.

50.     Attached hereto as <u>Exhibit 33</u> is a true and correct copy of the Collateral Agent Joinder Agreement, dated as of February 2, 2021, to the 2019 Intercreditor Agreement.

51.     Attached hereto as <u>Exhibit 34</u> is a true and correct copy of the Designation Agreement and Officer's Certificate, dated as of February 2, 2021, executed pursuant to section 10.5(b) of the 2019 Intercreditor Agreement.

52.     Prior to entering into the transaction for issuance of the 10.875% Notes, TPC explored other options to improve its liquidity and, in this regard, received several offers from potential lenders.  In connection with this transaction, TPC received a proposal from Prudential Global Investment Management ("**PGIM**"), through its counsel, Milbank LLP ("**Milbank**").

53.     On November 10, 2020, I, along with other members of TPC's management team, received an email from PGIM and Milbank providing an attached term sheet for a proposed notes offering (the "**Milbank Term Sheet**").  A true and correct copy of the November 10, 2020 email titled "Secured Notes Term Sheet" from PGIM and Milbank to Patrick Hurt, Bart DeJong, and Andrew Grygiel, attaching the Milbank Term Sheet, is attached hereto as Exhibit 35.

54.     The Milbank Term Sheet proposed the issuance of $253 million in new 9.5% senior secured notes.  In that regard, the Milbank Term Sheet proposed to release all liens on the collateral securing the 10.5% Notes, transfer substantially all of TPC's existing assets to a newly formed subsidiary of TPC Group, Inc. called TPC Newco, LLC, and issue notes out of that subsidiary. *See* Ex. 35, Milbank Term Sheet.  This transaction, as proposed by PGIM through the Milbank Term Sheet, would be effective without unanimous noteholder consent.

55.     TPC ultimately decided not to pursue the notes issuance contained in the Milbank Term Sheet, and instead pursued a transaction that eventually led to the issuance of the 10.875% Notes, as described above.

Pursuant to 28 U.S.C.  § 1746, the undersigned makes the forgoing declaration as of the date of its filing under penalty of perjury.

*/s/ Patrick Hurt*
Patrick Hurt
Deputy General Counsel, TPC Group Inc.

**EXHIBIT 1**

**TPC Group Inc.**

10.50% SENIOR SECURED NOTES DUE 2024

INDENTURE

Dated as of August 2, 2019

U.S. Bank National Association

Trustee & Collateral Agent

# TABLE OF CONTENTS

**Page**

ARTICLE 1 DEFINITIONS AND INCORPORATION BY REFERENCE ................................. 1

    Section 1.01   Definitions.................................................................................... 1
    Section 1.02   Other Definitions ........................................................................ 42
    Section 1.03   Incorporation by Reference of Trust Indenture Act.................... 43
    Section 1.04   Rules of Construction ................................................................. 43

ARTICLE 2 THE NOTES ........................................................................................ 43

    Section 2.01   Form and Dating ........................................................................ 43
    Section 2.02   Execution and Authentication.................................................... 44
    Section 2.03   Registrar and Paying Agent ....................................................... 45
    Section 2.04   Paying Agent to Hold Money in Trust....................................... 46
    Section 2.05   Holder Lists................................................................................ 46
    Section 2.06   Transfer and Exchange .............................................................. 46
    Section 2.07   Replacement Notes .................................................................... 57
    Section 2.08   Outstanding Notes...................................................................... 58
    Section 2.09   Treasury Notes .......................................................................... 58
    Section 2.10   Temporary Notes ....................................................................... 58
    Section 2.11   Cancellation .............................................................................. 59
    Section 2.12   Defaulted Interest...................................................................... 59
    Section 2.13   CUSIP Numbers........................................................................ 59

ARTICLE 3 REDEMPTION AND PREPAYMENT.................................................... 59

    Section 3.01   Notices to Trustee ..................................................................... 59
    Section 3.02   Selection of Notes to Be Redeemed........................................... 60
    Section 3.03   Notice of Redemption ............................................................... 60
    Section 3.04   Effect of Notice of Redemption................................................. 61
    Section 3.05   Deposit of Redemption Price ..................................................... 61
    Section 3.06   Notes Redeemed in Part............................................................. 62
    Section 3.07   Optional Redemption ................................................................ 62
    Section 3.08   Mandatory Redemption ............................................................. 64
    Section 3.09   Calculation of Redemption Price ............................................... 64

ARTICLE 4 COVENANTS ....................................................................................... 64

    Section 4.01   Payment of Notes....................................................................... 64
    Section 4.02   Maintenance of Office or Agency.............................................. 64
    Section 4.03   Reports ...................................................................................... 65
    Section 4.04   Compliance Certificate .............................................................. 68
    Section 4.05   Restricted Payments................................................................... 68
    Section 4.06   Dividend and Other Payment Restrictions Affecting Subsidiaries........... 73
    Section 4.07   Incurrence of Indebtedness and Issuance of Preferred Equity................. 76
    Section 4.08   Asset Sales ................................................................................ 81
    Section 4.09   Transactions with Affiliates....................................................... 86
    Section 4.10   Liens.......................................................................................... 88

Section 4.11    [Reserved] .................................................................................. 89
Section 4.12    Offer to Repurchase Upon Change of Control ........................................ 89
Section 4.13    [Reserved] .................................................................................. 91
Section 4.14    Additional Note Guarantees............................................................... 92
Section 4.15    Designation of Restricted and Unrestricted Subsidiaries......................... 92
Section 4.16    Changes in Covenants upon Notes being Rated Investment Grade.......... 93
Section 4.17    Further Assurances, Instruments and Acts.............................................. 93
Section 4.18    Real Property ................................................................................ 94
Section 4.19    Post-Closing Matters....................................................................... 94
Section 4.20    [Reserved] .................................................................................. 95
Section 4.21    Limited Condition Transactions; Measuring Compliance ....................... 95

ARTICLE 5 SUCCESSORS ................................................................................. 97

Section 5.01    Consolidation, Amalgamation, Merger, or Sale of Assets....................... 97
Section 5.02    Successor Substituted....................................................................... 99
Section 5.03    Evidence to Be Given to Trustee ....................................................... 99

ARTICLE 6 DEFAULTS AND REMEDIES............................................................. 99

Section 6.01    Events of Default and Remedies......................................................... 99
Section 6.02    Acceleration ............................................................................... 102
Section 6.03    Other Remedies............................................................................ 102
Section 6.04    Waiver of Past Defaults ................................................................. 103
Section 6.05    Control by Majority ...................................................................... 103
Section 6.06    Limitation on Suits....................................................................... 103
Section 6.07    Rights of Holders to Receive Payment ............................................... 104
Section 6.08    Collection Suit by Trustee .............................................................. 104
Section 6.09    Trustee or Collateral Agent May File Proofs of Claim.......................... 104
Section 6.10    Priorities .................................................................................... 105
Section 6.11    Undertaking for Costs ................................................................... 105

ARTICLE 7 TRUSTEE ..................................................................................... 105

Section 7.01    Duties of Trustee.......................................................................... 105
Section 7.02    Rights of Trustee.......................................................................... 106
Section 7.03    Individual Rights of Trustee ........................................................... 108
Section 7.04    Trustee's Disclaimer ..................................................................... 108
Section 7.05    Notice of Defaults ........................................................................ 108
Section 7.06    [Reserved] ................................................................................. 109
Section 7.07    Compensation and Indemnity .......................................................... 109
Section 7.08    Replacement of Trustee ................................................................. 110
Section 7.09    Successor Trustee by Merger, etc. .................................................... 111
Section 7.10    Eligibility; Disqualification ............................................................ 111

ARTICLE 8 LEGAL DEFEASANCE AND COVENANT DEFEASANCE............................ 111

Section 8.01    Option to Effect Legal Defeasance or Covenant Defeasance ................. 111
Section 8.02    Legal Defeasance and Discharge ...................................................... 111
Section 8.03    Covenant Defeasance.................................................................... 112
Section 8.04    Conditions to Legal or Covenant Defeasance....................................... 112

| Section 8.05 | Deposited Money and Government Securities to be Held in Trust; Other Miscellaneous Provisions ............................................................. 114 |
| Section 8.06 | Repayment to the Issuer ................................................................................. 114 |
| Section 8.07 | Reinstatement ................................................................................................ 115 |

ARTICLE 9 AMENDMENT, SUPPLEMENT AND WAIVER ............................................. 115

| Section 9.01 | Without Consent of Holders ......................................................................... 115 |
| Section 9.02 | With Consent of Holders .............................................................................. 116 |
| Section 9.03 | Intentionally Omitted ................................................................................... 118 |
| Section 9.04 | Revocation and Effect of Consents .............................................................. 118 |
| Section 9.05 | Notation on or Exchange of Notes ............................................................... 118 |
| Section 9.06 | Trustee to Sign Amendments, etc. ............................................................... 118 |

ARTICLE 10 NOTE GUARANTEES ....................................................................................... 119

| Section 10.01 | Guarantee .................................................................................................... 119 |
| Section 10.02 | Limitation on Guarantor Liability ............................................................... 120 |
| Section 10.03 | Intentionally Omitted .................................................................................. 120 |
| Section 10.04 | Guarantors May Consolidate, etc., on Certain Terms ................................ 120 |
| Section 10.05 | Releases ....................................................................................................... 121 |

ARTICLE 11 SATISFACTION AND DISCHARGE ............................................................... 122

| Section 11.01 | Satisfaction and Discharge ......................................................................... 122 |
| Section 11.02 | Application of Trust Money ........................................................................ 123 |

ARTICLE 12 COLLATERAL AND SECURITY .................................................................... 124

| Section 12.01 | Security Documents; Additional Collateral; Intercreditor Agreement ... 124 |
| Section 12.02 | Intentionally Omitted .................................................................................. 124 |
| Section 12.03 | Release of Collateral ................................................................................... 124 |
| Section 12.04 | Form and Sufficiency of Release ................................................................ 126 |
| Section 12.05 | Possession and Use of Collateral ............................................................... 126 |
| Section 12.06 | Intentionally Omitted .................................................................................. 126 |
| Section 12.07 | Collateral Agent ......................................................................................... 126 |
| Section 12.08 | Purchaser Protected .................................................................................... 130 |
| Section 12.09 | Authorization of Actions to Be Taken by the Collateral Agent Under the Security Documents ................................................................................ 130 |
| Section 12.10 | Authorization of Receipt of Funds by the Trustee Under the Security Agreement .................................................................................................... 131 |
| Section 12.11 | Powers Exercisable by Receiver or Collateral Agent ............................... 131 |
| Section 12.12 | Compensation and Indemnification ............................................................ 131 |

ARTICLE 13 [Reserved] ........................................................................................................... 131

ARTICLE 14 MISCELLANEOUS ........................................................................................... 131

| Section 14.01 | Intentionally Omitted .................................................................................. 131 |
| Section 14.02 | Notices ........................................................................................................ 131 |
| Section 14.03 | [Reserved] ................................................................................................... 133 |
| Section 14.04 | Certificate and Opinion as to Conditions Precedent .................................. 133 |
| Section 14.05 | Statements Required in Certificate or Opinion .......................................... 133 |

Section 14.06 Rules by Trustee and Agents .................................................................. 134
Section 14.07 No Personal Liability of Directors, Officers, Employees and
                     Stockholders.................................................................................... 134
Section 14.08 Governing Law ...................................................................................... 134
Section 14.09 Successors ............................................................................................. 135
Section 14.10 Severability ........................................................................................... 135
Section 14.11 Counterpart Originals............................................................................ 135
Section 14.12 Table of Contents, Headings, etc. ......................................................... 135
Section 14.13 Waiver of Immunity.............................................................................. 135
Section 14.14 Waiver of Jury Trial.............................................................................. 135
Section 14.15 U.S.A. Patriot Act ................................................................................ 136

<u>EXHIBITS</u>

Exhibit A1      Form of 144A Note
Exhibit A2      Form of Regulation S Global Note
Exhibit B        Form of Certificate of Transfer
Exhibit C        Form of Certificate of Exchange
Exhibit D        Form of Supplemental Indenture

INDENTURE dated as of August 2, 2019 among TPC Group Inc., a Delaware corporation (the "*Issuer*"), the Guarantors (as defined herein) and U.S. Bank National Association, a national banking association, as Trustee and Collateral Agent.

The Issuer, the Guarantors and the Trustee agree as follows for the benefit of each other and for the equal and ratable benefit of the Holders (as defined herein) of (a) the $930,000,000 aggregate principal amount of the Issuer's 10.50% Senior Secured Notes due 2024 issued on the date hereof (the "*Initial Notes*") and (b) any Additional Notes (as defined herein) that may be issued after the date hereof (all such securities in clauses (a) and (b) being referred to collectively as the "*Notes*"):

ARTICLE 1

DEFINITIONS AND INCORPORATION BY REFERENCE

Section 1.01    <u>Definitions</u>.

"*144A Global Note*" means a Global Note substantially in the form of Exhibit A1 hereto bearing the Global Note Legend and the Private Placement Legend and deposited with or on behalf of, and registered in the name of, the Depositary or its nominee that will be issued in a denomination equal to the outstanding principal amount of the Notes sold in reliance on Rule 144A.

"*ABL Facility Collateral Agent*" means the collateral agent under the Credit Agreement, which, on the Issue Date, was Bank of America, N.A., or if the Credit Agreement is no longer outstanding, the "Successor ABL Facility Collateral Agent".

"*ABL Facility Priority Collateral*" has the meaning ascribed to such term in the Intercreditor Agreement.

" *ABL Liens*" means all Liens in favor of the ABL Facility Collateral Agent on Collateral securing the ABL Obligations.

"*ABL Obligations*" means (i) the Indebtedness under the Credit Agreement and other Obligations under the Credit Agreement incurred under Section 4.07(b)(1) and Section 4.07(b)(15) (to the extent incurred under a Debt Facility), including any interest, fees, expenses or indemnification obligations related thereto and (ii) certain Bank Products obligations owed to an agent, an arranger or a lender or an affiliate of an agent, an arranger or a lender under the Credit Agreement (or who was such a person at the time of the incurrence thereof) which are Secured Bank Product Obligations (as defined in the Credit Agreement).

"*ABL Security Documents*" means one or more security agreements, pledges, mortgages, deeds of trust, pledge agreements, collateral assignments, trust deeds or other security documents or instruments evidencing or creating or purporting to create any security interests in favor of the ABL Facility Collateral Agent under the Credit Agreement.

"*Acquired Debt*" means, with respect to any specified Person:

(1)     Indebtedness of any other Person existing at the time such other Person is merged with or into or became a Restricted Subsidiary of such specified Person, whether or not such Indebtedness is incurred in connection with, or in contemplation of, such other Person merging with or into, or becoming a Restricted Subsidiary of, such specified Person; and

(2)     Indebtedness secured by a Lien encumbering any asset acquired by such specified Person.

"*Additional Assets*" means:

(1)     any properties or assets to be used by the Issuer or a Restricted Subsidiary of the Issuer in a Permitted Business;

(2)     capital expenditures by the Issuer or a Restricted Subsidiary of the Issuer in a Permitted Business;

(3)     the Capital Stock of a Person that becomes a Restricted Subsidiary of the Issuer as a result of the acquisition of such Capital Stock by the Issuer or another Restricted Subsidiary of the Issuer; or

(4)     Capital Stock constituting a Minority Interest in any Person that at such time is a Restricted Subsidiary of the Issuer.

*provided*, *however*, that, in the case of clauses (3) and (4), such Restricted Subsidiary is primarily engaged in a Permitted Business.

"*Additional Notes*" means additional Notes (other than the Initial Notes) issued under this Indenture in accordance with Sections 2.02, 4.07, and 4.10 hereof, as part of the same series as the Initial Notes, whether or not they bear the same "CUSIP" number.

"*Affiliate*" of any specified Person means any other Person directly or indirectly controlling or controlled by or under direct or indirect common control with such specified Person. For purposes of this definition, "control," as used with respect to any Person, means the possession, directly or indirectly, of the power to direct or cause the direction of the management or policies of such Person, whether through the ownership of voting securities, by agreement or otherwise. For purposes of this definition, the terms "*controlling*," "*controlled by*" and "*under common control with*" have correlative meanings.

"*Agent*" means any Registrar, co−registrar, Paying Agent or other agent appointed hereunder.

"*Applicable Premium*" means, with respect to any Note on any redemption date, the greater of:

(1)     1.0% of the principal amount of the Note; or

(2)    the excess of: (a) the present value at such redemption date of (i) the redemption price of the Note at August 1, 2021, (such redemption price being set forth in the table appearing in Section 3.07(b) hereof) plus (ii) all required interest payments due on the Note through August 1, 2021 (excluding accrued but unpaid interest to the applicable redemption date), computed using a discount rate equal to the Treasury Rate as of such redemption date plus 50 basis points; over (b) the principal amount of the Note.

The Issuer will calculate, or cause to be calculated, the Applicable Premium and deliver it and the calculation thereof to the Trustee in reasonable detail.

"*Applicable Procedures*" means, with respect to any transfer or exchange of or for beneficial interests in any Global Note, the rules and procedures of the Depositary that apply to such transfer or exchange.

"*Asset Acquisition*" means:

(1)    an Investment by the Issuer or any Restricted Subsidiary of the Issuer in any other Person pursuant to which such Person shall become a Restricted Subsidiary of the Issuer or any Restricted Subsidiary of the Issuer, or shall be merged with or into or consolidated with the Issuer or any Restricted Subsidiary of the Issuer; or

(2)    the acquisition by the Issuer or any Restricted Subsidiary of the Issuer of the assets of any Person (other than a Restricted Subsidiary of the Issuer) which constitute all or substantially all of the assets of such Person or comprise any division or line of business of such Person or any other properties or assets of such Person other than in the ordinary course of business.

"*Asset Sale*" means:

(1)    the sale, lease, conveyance or other disposition of any assets or rights of the Issuer and its Restricted Subsidiaries (including by way of a division or a Sale/Leaseback Transaction); *provided* that the sale, lease, conveyance or other disposition of all or substantially all of the assets of the Issuer and its Restricted Subsidiaries taken as a whole will be governed by Section 4.12 hereof and/or Section 5.01 hereof and not by Section 4.08 hereof; and

(2)    the issuance or sale of Equity Interests in any of the Issuer's Restricted Subsidiaries (other than preferred stock of Restricted Subsidiaries issued in compliance with Section 4.07 and directors' qualifying shares or shares required by applicable law to be held by a Person other than the Issuer or a Restricted Subsidiary).

Notwithstanding the preceding, none of the following items will be deemed to be an Asset Sale:

(1)    any single transaction or series of related transactions that involves assets or Equity Interests of any Restricted Subsidiary of the Issuer having a Fair Market Value of less than $20.0 million;

(2)     a transfer of assets between or among the Issuer and any Restricted Subsidiary of the Issuer; *provided* that any transfers from the Issuer or a Guarantor to a Restricted Subsidiary of the Issuer of assets that constitute Collateral do not result in the Lien on such Collateral being released;

(3)     an issuance or sale of Equity Interests by a Restricted Subsidiary of the Issuer to the Issuer or to another Restricted Subsidiary of the Issuer;

(4)     the sale or lease of inventory, products or services or the lease, assignment or sub−lease of any real or personal property;

(5)     the sale or discounting of accounts receivable in the ordinary course of business;

(6)     any sale or other disposition of damaged, worn−out, obsolete or no longer useful assets or properties;

(7)     any sale of assets received by the Issuer or any of its Restricted Subsidiaries upon the foreclosure, condemnation or similar action on a Lien;

(8)     the sale or other disposition of cash, Cash Equivalents or Marketable Securities;

(9)     a sale of accounts receivable and related assets of the type specified in the definition of "Receivables Financing" to a Receivables Subsidiary in a Qualified Receivables Financing;

(10)    a transfer of accounts receivable and related assets of the type specified in the definition of "Receivables Financing" (or a fractional undivided interest therein) by a Receivables Subsidiary in a Qualified Receivables Financing;

(11)    a Restricted Payment that does not violate Section 4.05 hereof or a Permitted Investment;

(12)    any sale of Equity Interests in, or Indebtedness or other securities of, an Unrestricted Subsidiary;

(13)    the granting of Liens not otherwise prohibited by this Indenture;

(14)    the surrender, or waiver of contract rights, leases or settlement, release or surrender of contract, tort or other claims;

(15)    the grant in the ordinary course of business of any license of patents, trademarks, know−how and any other intellectual property;

(16)    the early termination or unwinding of any Hedging Obligations;

(17)     sales, transfers and other dispositions of Investments in joint ventures to the extent required by, or made pursuant to, customary buy/sell arrangements between the joint venture parties set forth in joint venture arrangements or similar binding arrangements;

(18)     the lapse, cancellation or abandonment of intellectual property rights in the ordinary course of business, which in the reasonable good faith determination of the Issuer are not material to the conduct of the business of the Issuer and the Restricted Subsidiaries taken as a whole;

(19)     the sale of any property in a Sale/Leaseback Transaction within six months of the acquisition of such property;

(20)     any disposition of (x) Excluded Pipelines and (y) the real property upon which Excluded Pipelines disposed of pursuant to subclause (x) are located; *provided* that with respect to the disposition of real property the boundaries of the real property being disposed of shall have been described in a third−party survey; and

(21)     any Permitted Asset Swap.

In the event that a transaction (or any portion thereof) meets the criteria of a permitted Asset Sale and would also be a permitted Restricted Payment or Permitted Investment, the Issuer, in its sole discretion, will be entitled to divide and classify such transaction (or any portion thereof) as an Asset Sale and/or one or more of the types of permitted Restricted Payments or Permitted Investments.

"*Bank Products*" means any of the following products, services or facilities extended to the Issuer or any Subsidiary of the Issuer: (a) Cash Management Services; (b) products under Interest Rate Agreements, Currency Agreements or Commodity Agreements; (c) commercial credit card and merchant card services; and (d) other banking products or services as may be requested by the Issuer or any Subsidiary of the Issuer, other than loans or letters of credit.

"*Bankruptcy Law*" means Title 11, United States Bankruptcy Code of 1978, as amended, or any similar U.S. federal or state law relating to bankruptcy, insolvency, receivership, winding−up, liquidation, reorganization or relief of debtors or any amendment to, succession to or change in any such law.

"*Beneficial Owner*" has the meaning assigned to such term in Rule 13d−3 and Rule 13d−5 under the Exchange Act, except that in calculating the beneficial ownership of any particular "person" (as that term is used in Section 13(d)(3) of the Exchange Act), such "person" will be deemed to have beneficial ownership of all securities that such "person" has the right to acquire by conversion or exercise of other securities, whether such right is currently exercisable or is exercisable only after the passage of time. The terms "*Beneficially Owns*" and "*Beneficially Owned*" have a corresponding meaning.

"*Board of Directors*" means:

(1)    with respect to a corporation, the board of directors of the corporation or any committee thereof duly authorized to act on behalf of such board;

(2)    with respect to a partnership, the board of directors or other governing body of the general partner of the partnership;

(3)    with respect to a limited liability company, the board of directors or other governing body, and in the absence of the same, the manager or board of managers or the managing member or members or any controlling committee thereof; and

(4)    with respect to any other Person, the board or committee of such Person serving a similar function.

"*Borrowing Base*" means the sum of (1) 90% of the book value (calculated in accordance with GAAP) of the accounts receivable of the Issuer and its Restricted Subsidiaries and (2) the lesser of (x) 95% of the net orderly liquidation value of all eligible inventory and (y) 80% of the cost of eligible inventory, in each case, of the Issuer and its Restricted Subsidiaries, in each case as shown on the most recent consolidated balance sheet of the Issuer and its Restricted Subsidiaries.

"*Business Day*" means a day other than a Saturday, Sunday or other day on which a place of payment is closed or on which banking institutions are authorized or required by law to close in New York State.

"*Capital Lease Obligation*" means, at the time any determination is to be made, the amount of the liability in respect of a lease that would at that time be required to be capitalized on a balance sheet (excluding the footnotes thereto) prepared in accordance with GAAP; *provided* that any obligations of the Issuer or its Restricted Subsidiaries, or of a special purpose or other entity not consolidated with the Issuer and its Restricted Subsidiaries, either existing on the Issue Date or created prior to any recharacterization described below (or any refinancings thereof) (i) that were not included on the consolidated balance sheet of the Issuer as capital lease obligations and (ii) that are subsequently recharacterized as capital lease obligations or, in the case of such a special purpose or other entity becoming consolidated with the Issuer and its Restricted Subsidiaries, due to a change in accounting treatment or otherwise, shall for all purposes not be treated as Capital Lease Obligations or Indebtedness.

"*Capital Stock*" means:

(1)    in the case of a corporation, corporate stock;

(2)    in the case of an association or business entity that is not a corporation, any and all shares, interests, participations, rights or other equivalents (however designated) of corporate stock;

(3)    in the case of a partnership or limited liability company, partnership interests (whether general or limited) or membership interests; and

(4)     any other interest or participation that confers on a Person the right to receive a share of the profits and losses of, or distributions of assets of, the issuing Person, but excluding from all of the foregoing any debt securities convertible into Capital Stock, whether or not such debt securities include any right of participation with Capital Stock.

"*Cash Contributions*" means the aggregate amount of cash contributions made to the capital of the Issuer or any Guarantor described in the definition of "Contribution Indebtedness."

"*Cash Equivalents*" means:

(1)     Canadian dollars, Euros, U.S. dollars or such local currencies held by the Issuer and any of its Restricted Subsidiaries from time to time in the ordinary course of business;

(2)     securities issued or directly and fully guaranteed or insured by the government of the United States or any agency or instrumentality thereof (*provided* that the full faith and credit of such government is pledged in support of those securities) having maturities of not more than one year from the date of acquisition;

(3)     certificates of deposit, time deposits and eurodollar time deposits with maturities of one year or less from the date of acquisition, bankers' acceptances with maturities not exceeding one year and overnight bank deposits, in each case, with any lender party to the Credit Agreement having combined capital and surplus and undivided profits of not less than $500.0 million, whose debt has a rating, at the time as of which any investment made therein is made of at least A−1 by S&P or at least P−1 by Moody's or having capital and surplus in excess of $500.0 million and a Thomson Bank Watch Rating of "B" or better;

(4)     repurchase obligations for underlying securities of the types described in clauses (2) and (3) above entered into with any financial institution meeting the qualifications specified in clause (3) above;

(5)     commercial paper having one of the two highest ratings obtainable from Moody's or S&P and, in each case, maturing within one year after the date of acquisition;

(6)     securities issued or fully guaranteed by any state or commonwealth of the United States, or by any political subdivision or taxing authority thereof having one of the two highest ratings obtainable from Moody's or S&P, and, in each case, maturing within one year after the date of acquisition;

(7)     money market funds at least 95% of the assets of which constitute Cash Equivalents of the kinds described in clauses (1) through (5) of this definition; and

(8)     Indebtedness or preferred stock issued by Persons with a rating of "A" or higher from S&P or "A−2" from Moody's with maturities of 24 months or less from the date of acquisition.

"*Cash Management Services*" means any services provided from time to time by any lender under the Credit Agreement or any of its affiliates to the Issuer or any Subsidiary of the Issuer in connection with operating, collections, payroll, trust, or other depository or disbursement accounts or similar cash management arrangements, including automated clearinghouse, e-Payables, electronic funds transfer, wire transfer, controlled disbursement, overdraft, depository, information reporting, lockbox and stop payment services.

"*Change of Control*" means the occurrence of any of the following:

(1)      the direct or indirect sale, lease, transfer, conveyance or other disposition (other than by way of merger or consolidation), in one or a series of related transactions, of all or substantially all of the properties or assets of the Issuer and its Subsidiaries taken as a whole to any "person" (as that term is used in Section 13(d) of the Exchange Act), other than the Permitted Holders;

(2)      the consummation of any transaction (including, without limitation, any merger or consolidation), the result of which is that any "person" (as defined above), other than the Permitted Holders, becomes the Beneficial Owner, directly or indirectly, of more than 50% of the Voting Stock of the Issuer, measured by voting power rather than number of shares; or

(3)      the Issuer consolidates with, or merges with or into, any Person, or any Person consolidates with, or merges with or into, the Issuer, in any such event pursuant to a transaction in which any of the outstanding Voting Stock of the Issuer or such other Person is converted into or exchanged for cash, securities or other property, other than any such transaction where the Voting Stock of the Issuer outstanding immediately prior to such transaction constitutes or is converted into or exchanged for a majority of the outstanding shares of the Voting Stock of such surviving or transferee Person (immediately after giving effect to such transaction).

Notwithstanding the preceding, a conversion of the Issuer or any of its Restricted Subsidiaries from a limited liability company, corporation, limited partnership or other form of entity to a limited liability company, corporation, limited partnership or other form of entity or an exchange of all of the outstanding Capital Stock in one form of entity for Capital Stock for another form of entity shall not constitute a Change of Control, so long as following such conversion or exchange the "persons" (as that term is used in Section 13(d)(3) of the Exchange Act) who Beneficially Owned the Capital Stock of the Issuer immediately prior to such transactions continue to Beneficially Own in the aggregate more than 50% of the Voting Stock of such entity, or continue to Beneficially Own sufficient Equity Interests in such entity to elect a majority of its directors, managers, trustees or other persons serving in a similar capacity for such entity, and in either case no "person" Beneficially Owns more than 50% of the Voting Stock of such entity.

"*Code*" means the Internal Revenue Code of 1986, as amended.

"*Collateral*" means all of the assets and properties subject (or purported to be subject) to the Liens created by the Security Documents.

"*Collateral Agent*" means U.S. Bank National Association, acting in its capacity as collateral agent under the Security Documents, or any successor thereto.

"*Commodity Agreements*" means, in respect of any Person, any forward contract, commodity swap agreement, commodity option agreement or other similar agreement or arrangement and designed to protect such Person against fluctuation in commodity prices.

"*Consolidated Adjusted EBITDA*" means, with respect to any specified Person for any period, the Consolidated Net Income of such Person for such period (A) *plus*, without duplication to the extent the same was deducted in calculating Consolidated Net Income:

(1)     provision for taxes based on income, profits or capital, including without limitation federal, state, local and foreign franchise and similar taxes, of such Person and its Restricted Subsidiaries, to the extent that such provision for taxes was deducted in computing such Consolidated Net Income; *plus*

(2)     the Fixed Charges of such Person and its Restricted Subsidiaries for such period (including net losses on Hedging Obligations or other derivative instruments entered into for the purpose of hedging interest rate risk, to the extent included in Fixed Charges), to the extent that such Fixed Charges were deducted in computing such Consolidated Net Income; *plus*

(3)     depreciation, amortization (including the amortization of turnaround costs, goodwill and other intangibles, amortization of deferred financing fees, catalyst amortization and any amortization included in pension, OPEB or other employee benefit expenses, but excluding amortization of prepaid cash expenses that were paid in a prior period) and other non−cash expenses (including without limitation write−downs and impairment of property, plant, equipment and intangibles and other long−lived assets (including pursuant to the application of ASC 350 and ASC 360) and the impact of purchase accounting, but excluding any such non−cash expense to the extent that it represents an accrual of or reserve for cash expenses in any future period or amortization of a prepaid cash expense that was paid in a prior period) of such Person and its Restricted Subsidiaries for such period to the extent that such depreciation, amortization and other non−cash expenses were deducted in computing such Consolidated Net Income; *plus*

(4)     the amount of any restructuring charges (which, for the avoidance of doubt, shall include retention, severance, integration, business optimization, systems establishment cost or excess pension, OPEB, curtailment or other excess charges); *plus*

(5)     the minority expense relating to any partner in a joint venture which is consolidated with the Issuer for accounting purposes and the minority interest expense consisting of subsidiary income attributable to minority equity interests of third parties in any non−Wholly-Owned Restricted Subsidiary in such period or any prior period, except to the extent of dividends declared or paid on Equity Interests held by third parties; *plus*

(6)     the amount of management, consulting, monitoring and advisory fees and related expenses paid to the Equity Investors or any other Permitted Holder (or any

accruals related to such fees and related expenses) during such period; *provided* that such amount shall not exceed in any four quarter period the greater of (x) $2.5 million and (y) 1.0% of Consolidated Adjusted EBITDA of the Issuer and its Restricted Subsidiaries for such period; *plus*

(7)     accretion of asset retirement obligations in accordance with SFAS No. 143, Accounting for Asset Retirement Obligations, and any similar accounting in prior periods; *plus*

(8)     to the extent not otherwise included, the proceeds of any business interruption insurance received during such period; *plus*

(9)     any adjustments that result from timing differences between the purchase of crude C4 in one period and the sale of finished butadiene in a later period, caused by monthly butadiene price changes, to the extent such adjustments are calculated in a manner consistent with the calculation of such adjustments as presented in the Offering Document; *plus*

(10)     any adjustments related to any impact from supplier plant shut downs, other than in the ordinary course of business; *plus*

(11)     any adjustments related to any impact from turnarounds other than in the ordinary course of business; *minus*

(B) (1) non−cash items increasing such Consolidated Net Income for such period, other than (i) any items which represent the reversal of any accrual of, or cash reserve for, anticipated charges in any prior period where such accrual or reserve is no longer required and (ii) any items which represent the impact of purchase accounting; and (2) the minority interest income consisting of subsidiary losses attributable to the minority equity interests of third parties in any non−Wholly-Owned Restricted Subsidiary.

"*Consolidated Net Income*" means, with respect to any specified Person for any period, the aggregate of the Net Income of such Person and its Restricted Subsidiaries for such period, on a consolidated basis; *provided* that:

(1)     any net after−tax extraordinary, unusual or nonrecurring gains or losses or income or expense or charge (including, without limitation, income, expenses and charges from litigation and arbitration settlements, severance, relocation and other restructuring costs), any severance or relocation expense, pre−operating expenses that are expensed and not capitalized, and fees, expenses or charges related to any offering of Equity Interests of such Person, any Investment, acquisition, disposition or incurrence or repayment of Indebtedness or other obligations permitted to be incurred hereunder (in each case, whether or not successful), including all fees, expenses and charges, and any financing charges (including relating to the Refinancing Transactions), including penalty interest and bank charges, related to any Indebtedness or other obligations, in each case, shall be excluded;

(2)     any net after−tax income or loss from disposed, abandoned, transferred, closed or discontinued operations and any net after−tax gain or loss on disposal of disposed, abandoned, transferred, closed or discontinued operations shall be excluded;

(3)     any net after−tax gains or losses (less all fees and expenses or charges relating thereto) attributable to business dispositions or asset dispositions other than in the ordinary course of business (as determined in good faith by the Issuer) shall be excluded;

(4)     any net after−tax income or loss (less all fees and expenses or charges relating thereto) attributable to the early extinguishment of indebtedness and Hedging Obligations or other derivative instruments shall be excluded;

(5)     (A) the Net Income for such period of any Person that is not a Subsidiary, or that is an Unrestricted Subsidiary, or that is accounted for by the equity method of accounting, shall be included only to the extent of the amount of dividends or distributions or other payments in respect of equity that are actually paid in cash (or to the extent converted into cash) by the referent Person to the Issuer or a Restricted Subsidiary thereof in respect of such period and (B) the Net Income for such period shall include any dividend, distribution or other payments in respect of equity paid in cash by such Person to the Issuer or a Restricted Subsidiary thereof in excess of the amount included in clause (A);

(6)     any increase in depreciation or amortization or any one−time non−cash charges (such as purchased in−process research and development or capitalized manufacturing profit in inventory) resulting from purchase accounting in connection with any acquisition that is consummated prior to or after the Issue Date shall be excluded;

(7)     accruals and reserves that are established within 12 months after an acquisition's closing date and that are so required to be established as a result of such transaction in accordance with GAAP or as a result of a modification of accounting policies shall be excluded;

(8)     any impairment charges resulting from the application of ASC 350 and ASC 360  and the amortization of intangibles pursuant to ASC 805  or asset write−offs shall be excluded;

(9)     any long−term incentive plan accruals and any compensation expense realized from grants of stock appreciation or similar rights, stock options or other rights to officers, directors and employees of such Person or any of its Restricted Subsidiaries shall be excluded;

(10)     any asset impairment writedowns or writeoffs under GAAP or SEC guidelines shall be excluded;

(11)     (A) any unrealized non−cash gains or losses or charges in respect of Hedging Obligations (including those resulting from the application of Financial Accounting Standards Codification No. 815−Derivatives and Hedging (or such successor provision)), (B) any foreign exchange gains and losses and (C) any adjustments for

financial instruments, derivatives or Hedging Obligations required by GAAP shall be excluded except for any realized exchange gains or losses on derivative instruments which are included as offsets to operating items as part of a designated hedging relationship;

(12)  solely for the purpose of determining the amount available for Restricted Payments under Section 4.05(a)(C)(i) hereof, the Net Income of any Restricted Subsidiary of the Issuer (other than a Guarantor and any joint venture that is consolidated with the Issuer for accounting purposes) will be excluded to the extent that the declaration or payment of dividends or similar distributions by that Restricted Subsidiary of that Net Income is not at the date of determination permitted without any prior governmental approval (that has not been obtained) or, directly or indirectly, by operation of the terms of its charter or any agreement, instrument, judgment, decree, order, statute, rule or governmental regulation applicable to that Restricted Subsidiary or its stockholders or members, unless such restriction with respect to the payment of dividends or similar distributions has been legally waived; *provided* that Consolidated Net Income of such Person shall be increased by the amount of dividends or distributions or other payments that are actually paid in cash (or to the extent converted into cash) by such Person to the Issuer or another Restricted Subsidiary thereof in respect of such period, to the extent not already included therein;

(13)  the cumulative effect of a change in accounting principles shall be excluded; and

(14)  any non−cash compensation expense realized from employee benefit plans or post−employment benefit plans, grants of stock appreciation or similar rights, stock options or other rights to officers, directors and employees of such Person or any of its Restricted Subsidiaries shall be excluded.

"*Consolidated Total Indebtedness*" means, as at any date of determination, an amount equal to the sum of (1) the aggregate amount of all outstanding Indebtedness of the Issuer and its Restricted Subsidiaries on a consolidated basis consisting of Indebtedness for borrowed money and debt obligations evidenced by promissory notes and similar instruments, as determined in accordance with GAAP (excluding for the avoidance of doubt all undrawn amounts under revolving credit facilities and letters of credit and all obligations under Qualified Receivables Financings, all Hedging Obligations and all Capital Lease Obligations) and (2) the aggregate amount of all outstanding Disqualified Stock of the Issuer and its Restricted Subsidiaries on a consolidated basis, with the amount of such Disqualified Stock equal to the greater of their respective voluntary or involuntary liquidation preferences and maximum fixed repurchase prices, in each case determined on a consolidated basis in accordance with GAAP. For purposes hereof, the "maximum fixed repurchase price" of any Disqualified Stock that does not have a fixed repurchase price shall be calculated in accordance with the terms of such Disqualified Stock as if such Disqualified Stock were purchased on any date on which Consolidated Total Indebtedness shall be required to be determined pursuant to this Indenture, and if such price is based upon, or measured by, the Fair Market Value of such Disqualified Stock, such Fair Market Value shall be determined reasonably and in good faith by the Issuer. The U.S. Dollar−Equivalent principal amount of any Indebtedness denominated in a foreign

currency will reflect the currency translation effects, determined in accordance with GAAP, of Hedging Obligations for currency exchange risks with respect to the applicable currency in effect on the date of determination of the U.S. Dollar–Equivalent principal amount of such Indebtedness.

"*Contingent Obligations*" means, with respect to any Person, any obligation of such Person guaranteeing any performance, leases, dividends, taxes or other obligations that do not constitute Indebtedness ("*primary obligations*") of any other Person in any manner, whether directly or indirectly, including, without limitation, any obligation of such Person, whether or not contingent:

(1)     to purchase any such primary obligation or any property constituting direct or indirect security thereof;

(2)     to advance or supply funds (a) for the purchase or payment of any such primary obligation or (b) to maintain working capital or equity capital of the primary obligor or otherwise to maintain the net worth or solvency of the primary obligor; or

(3)     to purchase property, securities or services primarily for the purpose of assuring the owner of any such primary obligation of the ability of the primary obligor to make payment of such obligation against loss in respect thereof.

"*Contribution Indebtedness*" means Indebtedness of the Issuer or any Guarantor in an aggregate principal amount not greater than twice the aggregate amount of cash contributions (other than Excluded Contributions) made to the equity capital of the Issuer or such Guarantor after the Issue Date, *provided* that:

(1)     if the aggregate principal amount of such Contribution Indebtedness is greater than one times such cash contributions to the equity capital of the Issuer or such Guarantor, as applicable, the amount in excess shall be Indebtedness (other than secured Indebtedness) with a Stated Maturity later than the Stated Maturity of the Notes, and

(2)     such Contribution Indebtedness (x) is incurred within 180 days after the making of such cash contributions and (y) is designated as Contribution Indebtedness pursuant to an Officer's Certificate on the incurrence date thereof.

"*Corporate Trust Office of the Trustee*" means the designated office of the Trustee at which at any time its corporate trust business shall be administered, which office at the date hereof is located at 13737 Noel Road Suite 800, Dallas, Texas 75240, Attention: Global Corporate Trust Services, or such other address as the Trustee may designate from time to time by notice to the Holders and the Issuer, or the designated corporate trust office of any successor Trustee (or such other address as such successor Trustee may designate from time to time by notice to the Holders and the Issuer).

"*Credit Agreement*" means that certain Amended and Restated Credit Agreement, dated as of the Issue Date, by and among TPC Holdings, Inc., a Delaware corporation, the Issuer, the other borrowers party thereto from time to time, Bank of America, N.A., as administrative agent and collateral agent, Merrill Lynch, Pierce, Fenner & Smith Incorporated and Wells Fargo

Bank N.A., as joint lead arrangers, joint bookrunners and syndication agents, and the lenders party thereto from time to time, providing for revolving credit borrowings and letters of credit, including any related notes, Guarantees, collateral documents, instruments and agreements executed in connection therewith, and, in each case, as amended, restated, modified, renewed, refunded, replaced (whether upon or after termination or otherwise) or refinanced (including by means of sales of debt securities to institutional investors) in whole or in part from time to time.

"*Currency Agreement*" means, in respect of a Person, any foreign exchange contract, currency swap agreement, futures contract, option contract or other similar agreement as to which such Person is a party or a beneficiary.

"*Custodian*" means the custodian appointed by the Depository with respect to any Global Notes, or any successor entity thereto.

"*Debt Facilities*" means one or more debt facilities (including, without limitation, the Credit Agreement), indentures or commercial paper facilities, in each case with banks or other institutional lenders or investors providing for revolving credit loans, term loans, receivables financing (including through the sale of receivables to such lenders or to special purpose entities formed to borrow from such lenders against such receivables), letters of credit or other indebtedness, in each case, as amended, restated, modified, renewed, refunded, replaced (whether upon or after termination or otherwise) or refinanced (including by means of sales of debt securities to institutional investors) in whole or in part from time to time, including any agreement or indenture extending the maturity thereof or otherwise restructuring all or any portion of the indebtedness thereunder or increasing the amount loaned or issued thereunder or altering the maturity thereof.

"*Default*" means any event that is, or with the passage of time or the giving of notice or both would be, an Event of Default.

"*Definitive Note*" means a certificated, non−global Note registered in the name of the Holder thereof and issued in accordance with Section 2.06 hereof, substantially in the form of Exhibit A1 or A2 hereto, as applicable, except that such Note shall not bear the Global Note Legend and shall not have the "Schedule of Exchanges of Interests in the Global Note" attached thereto.

"*Depositary*" means, with respect to the Notes issuable or issued in whole or in part in global form, the Person specified in Section 2.03 hereof as the Depositary with respect to the Notes, and any and all successors thereto appointed as depositary hereunder and having become such pursuant to the applicable provision of this Indenture.

"*Designated Non−cash Consideration*" means the Fair Market Value of non−cash consideration received by the Issuer or one of its Restricted Subsidiaries in connection with an Asset Sale that is so designated as "Designated Non−cash Consideration" pursuant to an Officer's Certificate, setting forth the basis of such valuation, less the amount of cash or Cash Equivalents received in connection with a subsequent sale of such Designated Non−cash Consideration.

"*Designated Preferred Stock*" means Preferred Stock of the Issuer or any direct or indirect parent of the Issuer (other than Disqualified Stock) that is issued for cash (other than to the Issuer or any of its Subsidiaries or an employee stock ownership plan or trust established by the Issuer or any of its Subsidiaries) and is so designated as Designated Preferred Stock, pursuant to an Officer's Certificate, on the issuance date thereof, the cash proceeds of which are excluded from the calculation set forth in Section 4.05(a)(C)(ii) hereof.

"*Disqualified Stock*" means any Capital Stock that, by its terms (or by the terms of any security into which it is convertible, or for which it is exchangeable, in each case, at the option of the holder of the Capital Stock), or upon the happening of any event, matures or is mandatorily redeemable, pursuant to a sinking fund obligation or otherwise, or redeemable at the option of the holder of the Capital Stock, in whole or in part, on or prior to the date that is 91 days after the date on which the Notes mature. Notwithstanding the preceding sentence, any Capital Stock will not constitute Disqualified Stock solely because the holders of the Capital Stock have the right to require the Issuer to repurchase such Capital Stock upon the occurrence of a change of control or an asset sale. The amount of Disqualified Stock deemed to be outstanding at any time for purposes of this Indenture will be the maximum amount that the Issuer and its Restricted Subsidiaries may become obligated to pay upon the maturity of, or pursuant to any mandatory redemption provisions of, such Disqualified Stock, exclusive of accrued dividends.

"*Domestic Subsidiary*" means any Restricted Subsidiary of the Issuer that was formed under the laws of the United States or any state of the United States or the District of Columbia.

"*Equity Interests*" means Capital Stock and all warrants, options or other rights to acquire Capital Stock (but excluding any debt security that is convertible into, or exchangeable for, Capital Stock).

"*Equity Investors*" means each of FR XII Alpha AIV, LP, FR XII-A Alpha AIV, LP, FR XII Charlie AIV, LP, FR XII-A Charlie AIV, LP. and SK Capital Partners III, L.P., and their respective Affiliates.

"*Equity Offering*" means (i) an offer and sale of Capital Stock (other than Disqualified Stock) of the Issuer or (ii) an offer and sale of Capital Stock (other than Disqualified Stock) of a direct or indirect parent of the Issuer (to the extent the net proceeds therefrom are contributed to the equity capital of the Issuer) pursuant to (x) a registration statement that has been declared effective by the SEC pursuant to the Securities Act (other than a registration statement on Form S−8 or otherwise relating to equity securities issuable under any employee benefit plan of the Issuer or such direct or indirect parent), or (y) a private issuance exempt from registration under the Securities Act.

"*Exchange Act*" means the Securities Exchange Act of 1934, as amended.

"*Excluded Contributions*" means the net cash proceeds received by the Issuer after the Issue Date from:

(3)     contributions to its common equity capital, and

(4)    the sale (other than to a Subsidiary of the Issuer) of Capital Stock (other than Disqualified Stock and Designated Preferred Stock) of the Issuer,

in each case designated as "Excluded Contributions" pursuant to an Officer's Certificate, the net cash proceeds of which are excluded from the calculation set forth in Section 4.05(a)(C)(ii).

"*Excluded Pipelines*" means (i) the Lubrizol pipeline, which runs from the TPC plant to Lubrizol; (ii) the Ellington pipeline, which runs from the TPC plant to the Ellington natural gas field; and (iii) the related structures, fixtures, buildings, equipment, easements, pipelines, piping, vehicles, rolling stock, trailers and other tangible personal property reasonably related to such pipelines; *provided* that, solely with respect to clause (iii), such property or other assets are not material to the Collateral or the business operations of the Issuer and its Restricted Subsidiaries taken as a whole; *provided* that the Fair Market Value of the Excluded Pipelines in the aggregate shall not exceed $25.0 million as of the Issue Date, as set forth in the Officer's Certificate delivered by the Issuer to the Initial Purchasers and the Trustee on the Issue Date.

"*Excluded Subsidiary*" shall mean, any (a) Unrestricted Subsidiary, (b) Subsidiary that is not a Material Subsidiary, (c) Subsidiary that is not a Wholly-Owned Domestic Restricted Subsidiary, (d) Subsidiary of the Issuer that is a direct or indirect Domestic Subsidiary of a Foreign Subsidiary, (e) Domestic Subsidiary substantially all of whose assets consist of capital stock and/or indebtedness of one or more Foreign Subsidiaries and any assets incidental thereto, (f) Subsidiary that is a captive insurance company, (g) not-for-profit Subsidiary, (h) Subsidiary that is prohibited by applicable law or regulation from providing a Guarantee of the Obligations (for so long as such restrictions or any replacement or renewal thereof is in effect), (i) Subsidiary that is prohibited by an enforceable contractual obligation existing on the Issue Date (or applicable date of acquisition or formation) from providing a Note Guarantee, (j) Subsidiary to the extent providing a Guarantee of the notes would result in material adverse tax consequences to the Issuer or any Subsidiary as reasonably determined by the Issuer and (k) Receivables Subsidiary.

"*Fair Market Value*" means the value that would be paid by a willing buyer to an unaffiliated willing seller in a transaction not involving distress or necessity of either party, determined in good faith by (i) the principal financial officer of the Issuer for transactions less than $50.0 million and (ii) the Board of Directors of the Issuer (unless otherwise provided in this Indenture) for transactions valued at, or in excess of, $50.0 million.

"*Fixed Charge Coverage Ratio*" means with respect to any specified Person for any period, the ratio of the Consolidated Adjusted EBITDA of such Person for such period to the Fixed Charges of such Person for such period. In the event that the specified Person or any of its Restricted Subsidiaries incurs, assumes, Guarantees, repays, repurchases, redeems, defeases or otherwise discharges any Indebtedness (other than (i) ordinary working capital borrowings and (ii) in the case of revolving credit borrowings or revolving advances under any Qualified Receivables Financing, in which case interest expense will be computed based upon the average daily balance of such Indebtedness during the applicable period) or issues, repurchases or redeems preferred equity subsequent to the commencement of the period for which the Fixed Charge Coverage Ratio is being calculated and on or prior to the date on which the event for

which the calculation of the Fixed Charge Coverage Ratio is made (the "*Calculation Date*"), then the Fixed Charge Coverage Ratio will be calculated giving pro forma effect to such incurrence, assumption, Guarantee, repayment, repurchase, redemption, defeasance or other discharge of Indebtedness, or such issuance, repurchase or redemption of preferred equity, and the use of the proceeds therefrom, as if the same had occurred at the beginning of the applicable four−quarter reference period.

In addition, for purposes of calculating the Fixed Charge Coverage Ratio, Asset Acquisitions, dispositions, mergers, consolidations and discontinued operations (as determined in accordance with GAAP), and any related financing transactions, that the specified Person or any of its Restricted Subsidiaries has both determined to make and made after the Issue Date and during the four−quarter reference period or subsequent to such reference period and on or prior to or simultaneously with the Calculation Date shall be calculated on a pro forma basis assuming that all such Asset Acquisitions, dispositions, mergers, consolidations and discontinued operations (and the change of any associated Fixed Charges and the change in Consolidated Adjusted EBITDA resulting therefrom) had occurred on the first day of the four−quarter reference period, including any pro forma expense and cost reductions and other operating improvements that have occurred or are reasonably expected to occur, in the reasonable judgment of the chief financial officer of the Issuer (regardless of whether these cost savings or operating improvements could then be reflected in pro forma financial statements in accordance with Regulation S−X promulgated under the Securities Act or any other regulation or policy of the SEC related thereto). Any Person that is a Restricted Subsidiary on the Calculation Date will be deemed to have been a Restricted Subsidiary at all times during such four−quarter period, and if, since the beginning of the four−quarter reference period, any Person that subsequently became a Restricted Subsidiary or was merged with or into the Issuer or any of its other Restricted Subsidiaries since the beginning of such period shall have made any acquisition, Investment, disposition, merger, consolidation or discontinued operation, in each case with respect to an operating unit of a business, that would have required adjustment pursuant to this definition, then the Fixed Charge Coverage Ratio shall be adjusted giving pro forma effect thereto for such period as if such Asset Acquisition, disposition, discontinued operation, merger or consolidation had occurred at the beginning of the applicable four−quarter reference period. Any Person that is not a Restricted Subsidiary on the Calculation Date will be deemed not to have been a Restricted Subsidiary at any time during such four−quarter period.

For purposes of this definition, whenever pro forma effect is to be given to any transaction, the pro forma calculations shall be made in good faith by a responsible financial or accounting officer of the Issuer. If any Indebtedness bears a floating rate of interest and is being given pro forma effect, the interest on such Indebtedness shall be calculated as if the rate in effect on the Calculation Date had been the applicable rate for the entire period (taking into account any Hedging Obligations applicable to such Indebtedness if such Hedging Obligation has a remaining term in excess of 12 months). Interest on a Capital Lease Obligation shall be deemed to accrue at an interest rate reasonably determined by a responsible financial or accounting officer of the Issuer to be the rate of interest implicit in such Capital Lease Obligation. For purposes of making the computation referred to above, interest on any Indebtedness under a revolving credit facility computed on a pro forma basis shall be computed based upon the average daily balance of such Indebtedness during the applicable period. Interest on Indebtedness that may optionally be determined at an interest rate based upon a factor of a

prime or similar rate, a eurocurrency interbank offered rate, or other rate, shall be deemed to have been based upon the rate actually chosen, or, if one, then based upon such optional rate chosen as the Issuer may designate. Any such pro forma calculation may include adjustments appropriate, in the reasonable determination of the Issuer as set forth in an Officer's Certificate, to reflect operating expense reductions reasonably expected to result from any acquisition or merger.

"*Fixed Charges*" means, with respect to any specified Person for any period, the sum, without duplication, of:

(1)     the consolidated interest expense of such Person and its Restricted Subsidiaries for such period, whether paid or accrued, excluding amortization of deferred financing fees, debt issuance costs and commissions, fees and expenses and the expensing of any bridge, commitment or other financing fees, commissions, discounts, yield and other fees and charges (including any interest expense) related to any receivables facility but including original issue discount, non−cash interest payments, the interest component of any deferred payment obligations (classified as Indebtedness under this Indenture), the interest component of all payments associated with Capital Lease Obligations and net of the effect of all payments made or received pursuant to Hedging Obligations in respect of interest rates; *plus*

(2)     the consolidated interest expense of such Person and its Restricted Subsidiaries that was capitalized during such period; *provided* that for purposes of calculating consolidated interest expense, no effect shall be given to the discount and/or premium resulting from the bifurcation of derivatives under Standards Codification No. 815—Derivatives and Hedging and related interpretations as a result of the terms of the Indebtedness to which such consolidated interest expense relate; *plus*

(3)     all cash dividend payments or other cash distributions on any series of preferred equity of such Person and all other dividend payments or other distributions on the Disqualified Stock of such Person; *less*

(4)     interest income; *less*

(5)     non−cash interest expense attributable to movement in mark to market valuation of Hedging Obligations or other derivatives under GAAP; *less*

(6)     accretion or accrual of discounted liabilities not constituting Indebtedness; and *less*

(7)     any expense resulting from the discounting of Indebtedness in connection with the application of purchase accounting in connection with any acquisition.

"*Foreign Subsidiary*" means any Restricted Subsidiary that is not organized under the laws of the United States of America or any state thereof or the District of Columbia.

"*GAAP*" means generally accepted accounting principles in the United States, set forth in the opinions and pronouncements of the Accounting Principles Board of the American

Institute of Certified Public Accountants and statements and pronouncements of the Financial Accounting Standards Board or in such other statements by such other entity as have been approved by a significant segment of the accounting profession, as in effect on the Issue Date. At any time after the Issue Date, the Issuer may elect to apply IFRS accounting principles in lieu of GAAP and, upon any such election, references herein to GAAP shall thereafter be construed to mean IFRS (except as otherwise provided in this Indenture); *provided* that any such election, once made, shall be irrevocable; *provided*, *further*, any calculation or determination in this Indenture that requires the application of GAAP for periods that include fiscal quarters ended prior to the Issuer's election to apply IFRS shall remain as previously calculated or determined in accordance with GAAP. The Issuer shall give notice of any such election made in accordance with this definition to the Trustee.

"*Global Note Legend*" means the legend set forth in Section 2.06(f)(2) hereof, which is required to be placed on all Global Notes issued under this Indenture.

"*Global Notes*" means, individually and collectively, each of the Restricted Global Notes and the Unrestricted Global Notes deposited with or on behalf of and registered in the name of the Depositary or its nominee, substantially in the form of Exhibit A1 or A2 hereto, as applicable, and that bears the Global Note Legend and that has the "Schedule of Exchanges of Interests in the Global Note" attached thereto, issued in accordance with Section 2.01, 2.06(b)(4), 2.06(d)(2) or 2.06(d)(3).

"*Guarantee*" means a guarantee, other than by endorsement of negotiable instruments for collection in the ordinary course of business, direct or indirect, in any manner, including, without limitation, by way of a pledge of assets or through letters of credit or reimbursement agreements in respect thereof, of all or any part of any Indebtedness (whether arising by virtue of partnership arrangements, or by agreements to keep−well, to purchase assets, goods, securities or services, to take or pay or to maintain financial statement conditions or otherwise).

"*Guarantors*" means (1) the Subsidiaries of the Issuer that execute a Note Guarantee on the Issue Date and (2) any other Subsidiary of the Issuer that executes a Note Guarantee in accordance with the provisions of this Indenture.

"*Hedging Obligations*" means, with respect to any specified Person, the obligations of such Person under Interest Rate Agreements, Currency Agreements or Commodity Agreements.

"*Holder*" means a Person in whose name a Note is registered in the register maintained by the Registrar.

"*Indebtedness*" means, with respect to any specified Person, any indebtedness of such Person, whether or not contingent:

(1)      in respect of borrowed money;

(2)      evidenced by (A) bonds, notes, debentures or similar instruments or (B) letters of credit (or reimbursement agreements in respect thereof), *provided* that the

underlying obligation in respect of which the letter of credit was issued would, under one or more of clauses (1) above or (3) through (7) below, be treated as being Indebtedness;

(3)     in respect of banker's acceptances;

(4)     representing Capital Lease Obligations;

(5)     representing the balance deferred and unpaid of the purchase price of any property or services due more than six months after such property is acquired or such services are completed;

(6)     to the extent not otherwise included in this definition, net obligations of such Person under Commodity Agreements, Currency Agreements and Interest Rate Agreements (the amount of any such obligations to be equal at any time to the termination value of such agreement or arrangement giving rise to such obligation that would be payable by such Person at such time); or

(7)     to the extent not otherwise included, with respect to the Issuer and its Restricted Subsidiaries, the amount then outstanding (i.e., advanced, and received by, and available for use by, the Issuer or any of its Restricted Subsidiaries) under any Receivables Financing (as set forth in the books and records of the Issuer or any Restricted Subsidiary of the Issuer and confirmed by the agent, trustee or other representative of the institution or group providing such Receivables Financing),

if and to the extent any of the preceding items (other than letters of credit and Hedging Obligations) would appear as a liability upon a balance sheet of the specified Person prepared in accordance with GAAP. In addition, the term "Indebtedness" includes (i) all Indebtedness of others secured by a Lien on any asset of the specified Person (whether or not such Indebtedness is assumed by the specified Person); *provided, however*, that the amount of such Indebtedness shall be the lesser of (x) the Fair Market Value of such asset as such date of determination and (y) the amount of such Indebtedness of such other Person; and (ii) to the extent not otherwise included, the Guarantee by the specified Person of any Indebtedness of any other Person.

Notwithstanding the foregoing, "Indebtedness" shall not include (a) accrued expenses, royalties and trade payables; (b) Contingent Obligations; (c) asset retirement obligations and obligations in respect of reclamation and workers' compensation (including pensions and retiree medical care) that are not overdue by more than 90 days; or (d) any obligations under Currency Agreements, Commodity Agreements and Interest Rate Agreements; *provided* that such Agreements are entered into for bona fide hedging purposes of the Issuer or its Restricted Subsidiaries (as determined in good faith by the Board of Directors or senior management of the Issuer, whether or not accounted for as a hedge in accordance with GAAP) and, in the case of Currency Agreements or Commodity Agreements, such Currency Agreements or Commodity Agreements are related to business transactions of the Issuer or its Restricted Subsidiaries entered into in the ordinary course of business and, in the case of Interest Rate Agreements, such Interest Rate Agreements substantially correspond in terms of notional amount, duration and interest rates, as applicable, to Indebtedness of the Issuer or its Restricted Subsidiaries incurred without violation of this Indenture.

"*Indenture*" means this Indenture, as amended or supplemented from time to time.

"*Indirect Participant*" means a Person who holds a beneficial interest in a Global Note through a Participant.

"*Initial Notes*" has the meaning assigned to it in the preamble to this Indenture.

"*Initial Mortgaged Property*" means each parcel of real property designated as being subject to a Mortgage on Schedule C to the Purchase Agreement dated July 19, 2019, among the Issuer and the Initial Purchasers, and the improvements and fixtures located thereon.

"*Initial Purchasers*" means BofA Securities, Inc., Citigroup Global Markets Inc., Wells Fargo Securities, LLC, Deutsche Bank Securities Inc. and Goldman Sachs & Co. LLC.

"*Intercreditor Agreement*" means that certain Intercreditor Agreement dated as of the Issue Date by and among the Issuer, the other grantors party thereto, the ABL Facility Collateral Agent and the Collateral Agent, as amended, modified, restated, supplemented or replaced from time to time.

"*Interest Rate Agreement*" means with respect to any Person any interest rate protection agreement, interest rate future agreement, interest rate option agreement, interest rate swap agreement, interest rate cap agreement, interest rate collar agreement, interest rate hedge agreement or other similar agreement or arrangement as to which such Person is party or a beneficiary.

"*Investment Grade Rating*" means a Moody's rating of Baa3 (or the equivalent) or higher and an S&P rating of BBB− (or the equivalent) or higher or, if either such Rating Agency ceases to rate the Notes for reasons outside of the Issuer's control, the equivalent investment grade credit rating from any other Rating Agency.

"*Investment Grade Securities*" means:

(1)     securities issued or directly and fully Guaranteed or insured by the U.S. government or any agency or instrumentality thereof (other than Cash Equivalents) and in each case with maturities not exceeding two years from the date of acquisition;

(2)     investments in any fund that invests exclusively in investments of the type described in clause (1) which fund may also hold immaterial amounts of cash pending investment and/or distribution; and

(3)     corresponding instruments in countries other than the United States customarily utilized for high quality investments and in each case with maturities not exceeding two years from the date of acquisition.

"*Investments*" means, with respect to any Person, all direct or indirect investments by such Person in other Persons (including Affiliates) in the forms of loans (including Guarantees or other obligations), advances or capital contributions (excluding accounts receivable, trade credit and advances to customers and commission, travel and similar advances

to officers, employees and consultants made in the ordinary course of business), purchases or other acquisitions for consideration of Indebtedness, Equity Interests or other securities, together with all items that are or would be classified as investments on a balance sheet prepared in accordance with GAAP.

"*Issue Date*" means August 2, 2019.

"*Lien*" means, with respect to any asset, any mortgage, lien, pledge, charge, security interest or encumbrance of any kind in respect of such asset, whether or not filed, recorded or otherwise perfected under applicable law, including any conditional sale or other title retention agreement, any lease in the nature thereof, any option or other agreement to sell or give a security interest in and any filing of or agreement to give any financing statement under the Uniform Commercial Code (or equivalent statutes) of any jurisdiction.

"*Marketable Securities*" means, with respect to any Asset Sale, any readily marketable equity securities that are (i) traded on The New York Stock Exchange, the American Stock Exchange or the Nasdaq National Market; and (ii) issued by a corporation having a total equity market capitalization of not less than $250.0 million; *provided* that the excess of (A) the aggregate amount of securities of any one such corporation held by the Issuer and any Restricted Subsidiary of the Issuer over (B) ten times the average daily trading volume of such securities during the 20 immediately preceding trading days shall be deemed not to be Marketable Securities, as determined on the date of the contract relating to such Asset Sale.

"*Material Subsidiary*" shall mean any Subsidiary of the Issuer whose gross assets or earnings before interest, tax, depreciation or amortization on a consolidated basis (calculated on a basis consistent with the calculations used in preparing the Issuer's consolidated financial statements) (excluding intra-group items) are equal to or exceed 5% of the Total Assets or Consolidated Adjusted EBITDA of the Issuer and its Restricted Subsidiaries; provided that any Subsidiary shall be deemed a Material Subsidiary if either (a) the Total Assets of such Subsidiary would cause the Total Assets of all Subsidiaries which are not Material Subsidiaries to exceed 10% of the Total Assets or (b) the Consolidated Adjusted EBITDA of such Subsidiary would cause the Consolidated Adjusted EBITDA of all Subsidiaries which are not Material Subsidiaries to exceed 10% of the Consolidated Adjusted EBITDA.

"*Minority Interest*" means the percentage interest represented by any class of Capital Stock of a Restricted Subsidiary that is not owned by the Issuer or a Restricted Subsidiary.

"*Moody's*" means Moody's Investors Service, Inc. and any successor to its rating agency business.

"*Mortgage*" means each mortgage, deed of trust or deed to secure debt creating a Lien on the Mortgaged Property granted by the Issuer or any Guarantor in favor of the Collateral Agent for the benefit of the Secured Parties securing the Notes Obligations, in each case as amended, modified, restated, supplemented or replaced from time to time.

"*Mortgaged Property*" means all right, title and interest of the Issuer and the Guarantors in and to (i) the Initial Mortgaged Property and (ii) each additional parcel of real

property (and the improvements and fixtures located thereon) that becomes subject to a Mortgage pursuant to Section 4.19 hereof.

"*Net Income*" means, with respect to any Person for any period, the net income (loss) of such Person for such period, determined in accordance with GAAP and before any reduction in respect of dividends on preferred interests, excluding, however, (a) any gain or loss, together with any related provision for taxes on such gain or loss, realized in connection with (1) any Asset Sale (including, without limitation, dispositions pursuant to Sale/Leaseback Transactions) or (2) the disposition of any securities by such Person or any of its Subsidiaries or the extinguishment of any Indebtedness of such Person or any of its Subsidiaries and (b) any extraordinary or nonrecurring gain or loss, together with any related provision for taxes on such extraordinary or nonrecurring gain or loss.

"*Net Leverage Ratio*" means, as of any date of determination (the "*Net Leverage Ratio Calculation Date*"), the ratio of (i) the Consolidated Total Indebtedness of the Issuer and its Restricted Subsidiaries as of the end of the most recent fiscal quarter for which internal financial statements are available, less an amount equal to the amount of any cash and Cash Equivalents of the Issuer and its Restricted Subsidiaries as of such date, to (ii) Consolidated Adjusted EBITDA of the Issuer and its Restricted Subsidiaries for the most recently ended four fiscal quarters ending immediately prior to such date for which internal financial statements are available.

In the event that the Issuer or any Restricted Subsidiary of the Issuer incurs, assumes, guarantees, redeems, repays, retires or extinguishes any Indebtedness (other than Indebtedness incurred or repaid under any revolving credit facility unless such Indebtedness has been permanently repaid and has not been replaced) or issues or redeems Disqualified Stock or preferred stock subsequent to the commencement of the period for which the Net Leverage Ratio is being calculated but prior to or simultaneously with the event for which the calculation of the Net Leverage Ratio is made, then the Net Leverage Ratio shall be calculated giving pro format effect to such issuance, assumption, guarantee, redemption, retirement or extinguishment of Indebtedness, or such issuance or redemption of Disqualified Stock or preferred stock, as if the same had occurred immediately prior to the end of such most recent fiscal quarter end.

For purposes of making the computation referred to above, Investments, acquisitions, dispositions, mergers, amalgamations, consolidations and discontinued operations (as determined in accordance with GAAP) that have been made by the Issuer or any of its Restricted Subsidiaries during the four-quarter reference period or subsequent to such reference period and on or prior to or simultaneously with the Net Leverage Ratio Calculation Date shall be calculated on a pro forma basis assuming that all such Investments, acquisitions, dispositions, mergers, amalgamations, consolidations and discontinued operations (and the change in Consolidated Adjusted EBITDA resulting therefrom) had occurred on the first day of the four-quarter reference period.  If since the beginning of such period any Person that subsequently became a Restricted Subsidiary of the Issuer or was merged with or into the Issuer or any of its Restricted Subsidiaries since the beginning of such period shall have made any Investment, acquisition, disposition, merger, amalgamation, consolidation and discontinued operation that would have required adjustment pursuant to this definition, then the Net Leverage Ratio shall be calculated giving pro forma effect thereto for such period as if such Investment, acquisition,

disposition, merger, amalgamation, consolidation and discontinued operation had occurred at the beginning of the applicable four-quarter period. For purposes of this definition, whenever pro forma effect is to be given to an Investment, acquisition, disposition, merger or consolidation, the pro forma calculation shall be made in good faith by a responsible financial or accounting officer of the Issuer (and may include, for the avoidance of doubt, cost savings, synergies and operating expense reductions resulting from such Investment, acquisition, merger, amalgamation or consolidation which is being given pro forma effect that have been or are expected to be realized).

"*Net Proceeds*" means the aggregate cash proceeds received by the Issuer or any of its Restricted Subsidiaries in respect of any Asset Sale (including, without limitation, any cash received upon the sale or other disposition of any Designated Non−cash Consideration received in any Asset Sale and any cash payments received by way of deferred payment of principal pursuant to a note or installment receivable or otherwise, but only as and when received, but excluding the assumption by the acquiring Person of Indebtedness relating to the disposed assets or other consideration received in any non−cash form), net of the direct costs relating to such Asset Sale and the sale of such Designated Non−cash Consideration, including, without limitation, legal, accounting and investment banking fees, and sales commissions, and any relocation expenses incurred as a result of the Asset Sale, taxes paid or payable as a result of the Asset Sale, in each case, after taking into account any available tax credits or deductions and any tax sharing arrangements, amounts paid in connection with the termination of Hedging Obligations repaid with Net Proceeds, and amounts required to be applied to the repayment of Indebtedness secured by a Lien on the asset or assets that were the subject of such Asset Sale, all distributions and other payments required to be made to Minority Interest holders in Subsidiaries or joint ventures or to holders of royalty or similar interests as a result of such Asset Sale and any reserve for adjustment in respect of the sale price of such asset or assets established in accordance with GAAP, including without limitation, pension and post−employment benefit liabilities and liabilities related to environmental matters or against any indemnification obligations associated with such transaction.

"*Non−Recourse Debt*" means Indebtedness:

(1)     as to which neither the Issuer nor any of its Restricted Subsidiaries provides credit support of any kind (including any undertaking, agreement or instrument that would constitute Indebtedness) other than a pledge of the Equity Interests of any Unrestricted Subsidiaries, (b) is directly or indirectly liable (as a guarantor or otherwise) other than by virtue of a pledge of the Equity Interests of any Unrestricted Subsidiaries, or (c) constitutes the lender; and

(2)     no default with respect to which (including any rights that the holders of the Indebtedness may have to take enforcement action against an Unrestricted Subsidiary) would permit, upon notice, lapse of time or both, any holder of any other Indebtedness (other than the Notes offered hereby) of the Issuer or any of its Restricted Subsidiaries to declare a default on such other Indebtedness or cause the payment of the Indebtedness to be accelerated or payable prior to its Stated Maturity.

"*Non−U.S. Person*" means a Person who is not a U.S. Person.

"*Note Documents*" means this Indenture, the Notes, the Note Guarantees and the Security Documents.

"*Note Guarantee*" means the Guarantee by each Guarantor of the Issuer's obligations under this Indenture and the Notes, executed pursuant to the provisions of this Indenture.

"*Note Liens*" means all Liens in favor of the Collateral Agent on Collateral securing the Notes Obligations, and any Permitted Additional Pari Passu Obligations.

"*Notes*" has the meaning assigned to it in the preamble to this Indenture. The Initial Notes and any Additional Notes shall be treated as a single class for all purposes under this Indenture, and unless the context otherwise requires, all references to the Notes shall include the Initial Notes and any Additional Notes.

"*Notes Obligations*" means the Indebtedness incurred and Obligations under this Indenture, the Notes and the other Note Documents.

"*Notes Priority Collateral*" has the meaning ascribed to the term "Notes First Priority Collateral" in the Intercreditor Agreement.

"*Obligations*" means any principal, interest (including Post Petition Interest), penalties, fees, indemnifications, reimbursements, damages and other liabilities payable under the documentation governing any Indebtedness.

"*Offering Document*" means the offering memorandum, dated July 19, 2019, pursuant to which the Initial Notes were offered to potential purchasers.

"*Officer*" means, with respect to any Person, the Chairman of the Board, the Chief Executive Officer, the President, the Chief Operating Officer, the Chief Financial Officer, the Treasurer, any Assistant Treasurer, the Controller, the Secretary or any Vice−President of such Person.

"*Officer's Certificate*" means a certificate signed by an Officer of the Issuer or any other Person, as the case may be, who must be a manager or director, the principal executive officer, the principal financial officer, the treasurer or the principal accounting officer of the Issuer (or of a Subsidiary of the Issuer acting in such capacity for the Issuer and its Subsidiaries, as determined by the Issuer) or such other Person, that meets the requirements set forth in this Indenture and is provided to the Trustee.

"*Opinion of Counsel*" means an opinion from legal counsel that meets the requirements of Section 14.05 hereof and is provided to the Trustee. Such counsel may be an employee of or counsel to the Issuer or any Subsidiary of the Issuer.

"*Pari Passu Payment Lien Priority*" means, relative to specified Indebtedness and other obligations, having equal Lien priority to the Notes and the Note Guarantees on the Collateral.

"*Participant*" means, with respect to the Depositary, a Person who has an account with the Depositary.

"*Permitted Additional Pari Passu Obligations*" means Obligations under any additional Indebtedness in an amount not to exceed an amount such that immediately after giving effect to the incurrence of such additional Indebtedness and the receipt and application of the proceeds therefrom, the Issuer's Senior Secured Net Leverage Ratio would not exceed 4.00 to 1.00, in each case that is permitted to be secured by Liens having Pari Passu Payment Lien Priority relative to the Notes with respect to the Collateral and is not secured by any other assets; *provided*, that (i) the representative of such Permitted Additional Pari Passu Obligation (other than any Additional Notes) executes a joinder agreement to the applicable Security Documents in the form attached thereto agreeing to be bound thereby and (ii) the Issuer has designated such Indebtedness as "Permitted Additional Pari Passu Obligations" under the Security Agreement.

"*Permitted Asset Swap*" means the concurrent purchase and sale or exchange of Related Business Assets or a combination of Related Business Assets and cash or Cash Equivalents between the Issuer or any of its Restricted Subsidiaries and another Person; *provided* that any cash or Cash Equivalents received must be applied in accordance with Section 4.08 hereof.

"*Permitted Business*" means the businesses of the Issuer and its Subsidiaries engaged in on the Issue Date and any other activities that are similar, ancillary or reasonably related to, or a reasonable extension, expansion or development of, such businesses or ancillary thereto.

"*Permitted Employee Stock Purchase Loans*" means loans, in an aggregate amount outstanding at any time not to exceed $25.0 million, whether made by the Issuer or any third party (other than any Affiliate of the Issuer), to employees of the Issuer and its Subsidiaries who become participants in the Issuer's stock purchase program to enable such employees to purchase Equity Interests in the Issuer or any of its parent entities.

"*Permitted Holders*" means (i) the Equity Investors and Related Parties and (ii) any Permitted Parent. Any Person or group whose acquisition of beneficial ownership constitutes a Change of Control in respect of which a Change of Control Offer is made in accordance with the requirements of this Indenture will thereafter, together with its Affiliates, constitute an additional Permitted Holder.

"*Permitted Investments*" means:

(1)     any Investment in the Issuer or in a Restricted Subsidiary of the Issuer;

(2)     any Investment in cash, Cash Equivalents, Marketable Securities or Investment Grade Securities;

(3)     any Investment by the Issuer or any Restricted Subsidiary of the Issuer in a Person, if as a result of such Investment:

(a) such Person becomes a Restricted Subsidiary of the Issuer; or

(b) such Person, in one transaction or a series of related transactions, is merged, consolidated or amalgamated with or into, or transfers or conveys substantially all of its assets to, or is liquidated into, the Issuer or a Restricted Subsidiary of the Issuer;

and, in each case, any Investment held by any such Person;

(4)     any Investment made as a result of the receipt of non−cash consideration from an Asset Sale that was made pursuant to and in compliance with Section 4.08 hereof;

(5)     any acquisition of assets or Capital Stock solely in exchange for the issuance of Equity Interests (other than Disqualified Stock) of the Issuer or a direct or indirect parent of the Issuer;

(6)     any Investments received (i) in compromise or resolution of (A) obligations of trade creditors or customers that were incurred in the ordinary course of business of the Issuer or any of its Restricted Subsidiaries, including pursuant to any plan of reorganization or similar arrangement upon the bankruptcy or insolvency of any trade creditor or customer; or (B) litigation, arbitration or other disputes; or (ii) as a result of a foreclosure by the Issuer or any of its Restricted Subsidiaries with respect to any secured Investment or other transfer of title with respect to any secured Investment in default;

(7)     Investments represented by Hedging Obligations;

(8)     loans or advances to officers, directors and employees made in the ordinary course of business or consistent with the past practice of the Issuer or any Restricted Subsidiary of the Issuer and Permitted Employee Stock Purchase Loans or Guarantees thereof;

(9)     repurchases of the Notes;

(10)     Investments in Permitted Businesses, joint ventures or Unrestricted Subsidiaries having an aggregate Fair Market Value, taken together with all other Investments made pursuant to this clause (10) that are at that time outstanding, not to exceed the greater of (x) $40.0 million and (y) 5.0% of Total Assets; *provided*, *however*, that if any Investment pursuant to this clause (10) is made in a Person that is not a Restricted Subsidiary of the Issuer at the date of the making of such Investment and such Person becomes a Restricted Subsidiary of the Issuer after such date, such Investment shall thereafter be deemed to have been made pursuant to clause (1) above and shall cease to have been made pursuant to this clause (10) for so long as such Person continues to be a Restricted Subsidiary of the Issuer;

(11)     any Investment in a Receivables Subsidiary or any Investment by a Receivables Subsidiary in any other Person in connection with a Qualified Receivables Financing, including Investments of funds held in accounts permitted or required by the arrangements governing such Qualified Receivables Financing or any related

Indebtedness; *provided*, *however*, that any Investment in a Receivables Subsidiary is in the form of a Purchase Money Note, contribution of additional receivables or an equity interest;

(12)     any transaction to the extent it constitutes an Investment that is permitted by and made in accordance with the provisions of Section 4.09(b) hereof (except for transactions described in clauses (6), (8), (10) and (12) of Section 4.09(b));

(13)     (A) Guarantees issued in accordance with Section 4.07 and Section 4.14 hereof and (B) Guarantees of performance or other obligations (other than Indebtedness) arising in the ordinary course of business or consistent with past practice;

(14)     any Investment existing on the Issue Date and any Investment that replaces, refinances or refunds an existing Investment; *provided*, that the new Investment is in an amount that does not exceed the amount replaced, refinanced or refunded, and is made in the same Person as the Investment replaced, refinanced or refunded;

(15)     Investments consisting of purchases and acquisitions of parts, buildings, inventory, supplies, materials and equipment or purchases of contract rights or licenses or leases of intellectual property, in each case in the ordinary course of business;

(16)     additional Investments by the Issuer or any Restricted Subsidiary having an aggregate Fair Market Value (measured on the date each such Investment was made and without giving effect to subsequent changes in value), taken together with all other Investments made pursuant to this clause (16) that are at the time outstanding not to exceed the greater of (x) $40.0 million and (y) 5.0% of Total Assets; *provided*, *however*, that if any Investment pursuant to this clause (16) is made in a Person that is not a Restricted Subsidiary of the Issuer at the date of the making of such Investment and such Person becomes a Restricted Subsidiary of the Issuer after such date, such Investment shall thereafter be deemed to have been made pursuant to clause (1) above and shall cease to have been made pursuant to this clause (16) for so long as such Person continues to be a Restricted Subsidiary of the Issuer;

(17)     Investments in any Person to the extent such Investments consist of prepaid expenses, negotiable instruments held for collection and lease, utility and workers' compensation, performance and other similar deposits made in the ordinary course of business by the Issuer or any of its Restricted Subsidiaries; and

(18)     pledges or deposits made in the ordinary course of business.

*provided*, *however*, that with respect to any Investment, the Issuer may, in its sole discretion, allocate all or any portion of any Investment to one or more of the above clauses (1) through (18) so that the entire Investment would be a Permitted Investment.

"*Permitted Liens*" means:

(1)     Liens securing Indebtedness and other Obligations under Debt Facilities incurred pursuant to Section 4.07(b)(1) hereof and/or securing Bank Products obligations

related thereto; *provided* that so long as the Credit Agreement is outstanding, such Liens are subject to the provisions of the Intercreditor Agreement (including with respect to the relative priority of the ABL Facility Priority Collateral and Notes Priority Collateral);

(2)     Liens in favor of the Issuer or any of its Restricted Subsidiaries;

(3)     Liens on property of a Person existing at the time such Person is merged with or into or consolidated with the Issuer or any Subsidiary of the Issuer; *provided* that such Liens were in existence prior to the contemplation of such merger or consolidation and do not extend to any assets other than those of the Person merged into or consolidated with the Issuer or the Subsidiary;

(4)     Liens on property (including Capital Stock) existing at the time of acquisition of the property by the Issuer or any Subsidiary of the Issuer; *provided* that such Liens were in existence prior to, such acquisition, and not incurred in contemplation of, such acquisition;

(5)     Liens or deposits to secure the performance of statutory or regulatory obligations, or surety, appeal, indemnity or performance bonds, warranty and contractual requirements or other obligations of a like nature incurred in the ordinary course of business and Liens over cash deposits in connection with an acquisition, lease, disposition or investment;

(6)     Liens securing reimbursement obligations with respect to commercial letters of credit which encumber documents and other assets relating to such letters of credit and products and proceeds thereof and any cash cover relating to a letter of credit or bank guarantee;

(7)     Liens to secure Indebtedness (including Capital Lease Obligations) permitted to be incurred pursuant to Section 4.07(b)(4) hereof covering only the assets acquired with or financed by such Indebtedness; *provided* that such Lien (i) extends only to the assets and/or Capital Stock, the acquisition, lease, design, construction, installation, repair, replacement or improvement of which is financed thereby and any proceeds or products thereof, accessions thereto, upgrades thereof and improvements thereto or (ii) does not extend to any assets or property that constitute Collateral;

(8)     Liens securing Indebtedness permitted to be incurred pursuant to Section 4.07(b)(15) hereof;

(9)     Liens existing on the Issue Date;

(10)     Liens for taxes, assessments or governmental charges or claims that are not yet delinquent or that are being contested in good faith by appropriate proceedings promptly instituted and diligently concluded; *provided* that any reserve or other appropriate provision as is required in conformity with GAAP has been made therefor;

(11)     Liens incurred or deposits made in the ordinary course of business to secure payment of workers' compensation or to participate in any fund in connection

with workmen's compensation, unemployment insurance, old−age pensions or other social security programs;

(12)     Liens imposed by law, such as carriers', warehousemen's, landlord's, lessor's, suppliers, banks, repairmen's and mechanics' Liens, and Liens of landlords securing obligations to pay lease payments that are not yet due and payable or in default, in each case, incurred in the ordinary course of business;

(13)     leases or subleases granted to others that do not materially interfere with the ordinary conduct of business of the Issuer or any of its Restricted Subsidiaries;

(14)     (A) survey exceptions, easements, rights of way, zoning and similar restrictions, reservations or encumbrances in respect of real property or title defects that were not incurred in connection with Indebtedness and that do not in the aggregate materially adversely affect the value of said properties (as such properties are used by the Issuer or its Subsidiaries) or materially impair their use in the operation of the business of the Issuer and its Subsidiaries and (B) access agreements, easements, leases, licenses, use agreements, utility agreements, service agreements, and other like encumbrances granted by the Issuer or a Restricted Subsidiary of the Issuer to any other third party in connection with the disposition of the Excluded Pipelines to, or the use or ownership of the Excluded Pipelines by, such third party so long as such encumbrances do not in the aggregate materially adversely affect the value of said properties (as such properties are used by the Issuer or its Subsidiaries) or materially impair their use in the operation of the business of the Issuer and its Subsidiaries;

(15)     Liens created for the benefit of (or to secure) the Notes issued on the Issue Date and the Note Guarantees with respect thereto;

(16)     Liens to secure any Permitted Refinancing Indebtedness permitted to be incurred under this Indenture; *provided*, *however*, that:

(a) the new Lien shall be limited to all or part of the same property and assets that secured or, under the written agreements pursuant to which the original Lien arose, could secure the original Lien (plus improvements and accessions to, such property or proceeds or distributions thereof);

(b) the Indebtedness secured by the new Lien is not increased to any amount greater than the sum of (x) the outstanding principal amount, or, if greater, committed amount, of the Permitted Refinancing Indebtedness and (y) an amount necessary to pay any fees and expenses, including premiums, related to such renewal, refunding, refinancing, replacement, defeasance or discharge; and

(c) the new Lien shall have no greater priority relative to the Notes Obligations of the Liens securing the Indebtedness being renewed, refunded, refinanced, replaced, defeased or discharged;

(17)     Liens arising from precautionary Uniform Commercial Code financing statement filings regarding operating leases entered into by the Issuer or any of its Restricted Subsidiaries in the ordinary course of business;

(18)     judgment Liens not giving rise to an Event of Default so long as any appropriate legal proceedings that may have been duly initiated for the review of such judgment shall not have been finally terminated or the period within which such legal proceedings may be initiated shall not have expired;

(19)     Liens securing Indebtedness or other obligations of the Issuer or any Subsidiary of the Issuer with respect to obligations that do not exceed the greater of (x) $10.0 million and (y) 1.0% of Total Assets at any one time outstanding;

(20)     Liens on accounts receivable and related assets of the type specified in the definition of "Receivables Financing" incurred in connection with a Qualified Receivables Financing;

(21)     licenses of intellectual property in the ordinary course of business;

(22)     Liens on Capital Stock of an Unrestricted Subsidiary that secure Indebtedness or other obligations of such Unrestricted Subsidiary;

(23)     leases and subleases of real property which do not materially interfere with the ordinary conduct of the business of the Issuer and its Restricted Subsidiaries;

(24)     Liens to secure a defeasance trust;

(25)     Liens on equipment of the Issuer or any Restricted Subsidiary of the Issuer granted in the ordinary course of business to clients of which such equipment is located;

(26)     Liens securing insurance premium financing arrangements, *provided* that such Lien is limited to the applicable insurance contracts;

(27)     [Reserved];

(28)     Liens arising under retention of title, hire purchase or conditional sale arrangements arising under provisions in a supplier's standard conditions of supply in respect of goods or services supplied to the Issuer or any Restricted Subsidiary in the ordinary course of business and on arm's length terms;

(29)     Liens arising by way of set−off or pledge (in favor of the account holding bank) arising by operation of law or pursuant to standard banking terms or conditions, provided that the relevant bank account has not been set up nor has the relevant credit balance arisen in order to implement a secured financing;

(30)     Liens securing Indebtedness permitted to be incurred pursuant to Sections 4.07(b)(3) and 4.07(b)(17); *provided* that in the case of Section 4.07(b)(17),

such Lien may not extend to any assets other than the assets owned by the Restricted Subsidiaries incurring such Indebtedness;

(31)     Liens encumbering reasonable customary initial deposits and margin deposits and similar Liens attaching to commodity trading accounts or other brokerage accounts incurred in the ordinary course of business and not for speculative purposes;

(32)     Liens securing Hedging Obligations;

(33)     any (a) interest or title of a lessor or sublessor under any lease; (b) restriction or encumbrance that the interest or title of such lessor or sublessor may be subject to (including, without limitation, ground leases or other prior leases of the demised premises, mortgages, mechanics' Liens, tax Liens and easements); (c) subordination of the interest of the lessee or sublessee under such lease to any restrictions or encumbrance referred to in the preceding subclause (b) or (d) Liens over rental deposits with a lessor pursuant to a property lease entered into in the ordinary course of business;

(34)     Liens incurred under or in connection with lease and Sale/Leaseback Transactions and novations and any refinancings thereof (and Liens securing obligations under lease transaction documents relating thereto), including, without limitation, Liens over the assets which are the subject of such lease, sale and leaseback, novations, refinancings, assets and contract rights related thereto (including, without limitation, the right to receive rental rebates or deferred sale payments), sub−lease rights, insurances relating thereto and rental deposits;

(35)     Liens to secure Indebtedness and any related Guarantees on assets constituting Collateral that are junior in priority to the Liens on the Collateral securing the Notes;

(36)     Liens on the Collateral granted under the Security Documents in favor of the ABL Facility Collateral Agent and the Collateral Agent to secure the Notes, the Note Guarantees and any Permitted Additional Pari Passu Obligations; and

(37)     Liens arising under this Indenture in favor of the Trustee for its own benefit and similar Liens in favor of other trustees, agents and representatives arising under instruments governing Indebtedness permitted to be incurred under this Indenture, *provided*, *however*, that such Liens are solely for the benefit of the trustees, agents or representatives in their capacities as such and not for the benefit of the holders of such Indebtedness.

"*Permitted Parent*" means any direct or indirect parent of the Issuer formed not in connection with, or in contemplation of, a transaction that, assuming such parent was not so formed, after giving effect thereto would constitute a Change of Control and any direct or indirect parent of the Issuer formed in connection with an underwritten public Equity Offering.

"*Permitted Payments to Parent*" means, without duplication as to amounts:

(1)     payments to any parent companies of the Issuer in amounts equal to the amounts required for any direct payment of the Issuer to pay fees and expenses (including franchise or similar taxes) required to maintain its corporate existence, customary salary, bonus and other benefits payable to officers and employees of any direct parent of the Issuer and general corporate overhead expenses of any direct parent of the Issuer to the extent such fees and expenses are attributable to the ownership or operation of the Issuer and its Subsidiaries; and

(2)     for so long as the Issuer is a member of a group filing a consolidated or combined tax return with such parent companies, payments to such parent companies in respect of an allocable portion of the tax liabilities of such group that is attributable to the Issuer and its Subsidiaries ("*Tax Payments*"). The Tax Payments shall not exceed the lesser of (i) the amount of the relevant tax (including any penalties and interest) that the Issuer would owe if the Issuer were filing a separate tax return (or a separate consolidated or combined return with its Subsidiaries that are members of the consolidated or combined group), taking into account any carryovers and carrybacks of tax attributes (such as net operating losses) of the Issuer and such Subsidiaries from other taxable years and (ii) the net amount of the relevant tax that such parent companies actually owe to the appropriate taxing authority. Any Tax Payments received from the Issuer shall be paid over to the appropriate taxing authority within 30 days of such parent companies' receipt of such Tax Payments or refunded to the Issuer.

"*Permitted Refinancing Indebtedness*" means any Indebtedness of the Issuer or any of its Restricted Subsidiaries issued in exchange for, or the net proceeds of which are used to renew, refund, refinance, replace, defease or discharge other Indebtedness of the Issuer or any of the Issuer's Restricted Subsidiaries (other than intercompany Indebtedness); *provided* that:

(1)     the principal amount (or accreted value, if applicable) of such Permitted Refinancing Indebtedness does not exceed the principal amount (or accreted value, if applicable) of the Indebtedness renewed, refunded, refinanced, replaced, defeased or discharged (plus any premium required to be paid on the Indebtedness being so renewed, refunded, replaced, defeased or discharged, plus the amount of all fees and expenses incurred in connection therewith);

(2)     such Permitted Refinancing Indebtedness has a final maturity date equal to or later than the final maturity date of, and has a Weighted Average Life to Maturity equal to or greater than the remaining Weighted Average Life to Maturity of, the Indebtedness being renewed, refunded, refinanced, replaced, defeased or discharged; provided that this clause (2) shall not apply to debt under Debt Facilities;

(3)     if the Indebtedness being renewed, refunded, refinanced, replaced, defeased or discharged is subordinated in right of payment to the Notes, such Permitted Refinancing Indebtedness has a final maturity date later than the final maturity date of, and is subordinated in right of payment to, the Notes on terms at least as favorable to the Holders as those contained in the documentation governing the Indebtedness being renewed, refunded, refinanced, replaced, defeased or discharged; and

(4)     such Permitted Refinancing Indebtedness shall not include Indebtedness of the Issuer or a Restricted Subsidiary of the Issuer that refinances Indebtedness of an Unrestricted Subsidiary.

"*Person*" means any individual, corporation, partnership, joint venture, association, joint−stock company, trust, unincorporated organization, limited liability company or government or other entity.

"*Post Petition Interest*" means any interest or entitlement to fees or expenses or other charges that accrue after the commencement of any bankruptcy proceeding, whether or not allowed or allowable in any such bankruptcy proceeding.

"*Private Placement Legend*" means the legend set forth in Section 2.06(f)(1) hereof to be placed on all Notes issued under this Indenture except where otherwise permitted by the provisions of this Indenture.

"*Purchase Money Note*" means a promissory note of a Receivables Subsidiary evidencing a line of credit, which may be irrevocable, from the Issuer or any Subsidiary of the Issuer to a Receivables Subsidiary in connection with a Qualified Receivables Financing, which note is intended to finance that portion of the purchase price that is not paid by cash or a contribution of equity.

"*QIB*" means a "qualified institutional buyer" as defined in Rule 144A.

"*Qualified Receivables Financing*" means any Receivables Financing of a Receivables Subsidiary that meets the following conditions:

(1)     the Board of Directors of the Issuer will have determined in good faith that such Qualified Receivables Financing (including financing terms, covenants, termination events and other provisions) is in the aggregate economically fair and reasonable to the Issuer and the Receivables Subsidiary,

(2)     all sales of accounts receivable and related assets to the Receivables Subsidiary are made at Fair Market Value (as determined in good faith by the Issuer), and

(3)     the financing terms, covenants, termination events and other provisions thereof will be market terms (as determined in good faith by the Issuer) and may include Standard Securitization Undertakings.

The grant of a security interest in any accounts receivable of the Issuer or any of its Restricted Subsidiaries (other than a Receivables Subsidiary) to secure a Debt Facility will not be deemed a Qualified Receivables Financing. For purposes of this Indenture, a receivables facility whether now in existence or arising in the future (and any replacement thereof with substantially similar terms in the aggregate) will be deemed to be a Qualified Receivables Financing that is not recourse to the Issuer (except for Standard Securitization Undertakings).

"*Rating Agency*" means each of S&P and Moody's, or if S&P or Moody's or both shall not make a rating on the Notes publicly available, a nationally recognized statistical rating

organization or organizations, within the meaning of Section 3(a)(62) under the Exchange Act, selected by the Issuer as a replacement agency or agencies for S&P or Moody's, or both, as the case may be.

"*Receivables Financing*" means any transaction or series of transactions that may be entered into by the Issuer or any of its Subsidiaries pursuant to which the Issuer or any of its Subsidiaries may sell, convey or otherwise transfer to (a) a Receivables Subsidiary (in the case of a transfer by the Issuer or any of its Subsidiaries), and (b) any other Person (in the case of a transfer by a Receivables Subsidiary), or may grant a security interest in, any accounts receivable (whether now existing or arising in the future) of the Issuer or any of its Subsidiaries, and any assets related thereto including, without limitation, all collateral securing such accounts receivable, all contracts and all Guarantees or other obligations in respect of such accounts receivable, proceeds of such accounts receivable and other assets which are customarily transferred or in respect of which security interests are customarily granted in connection with asset securitization transactions involving accounts receivable and any Hedging Obligations entered into by the Issuer or any such Subsidiary in connection with such accounts receivable.

"*Receivables Repurchase Obligation*" means any obligation of a seller of receivables in a Qualified Receivables Financing to repurchase receivables arising as a result of a breach of a representation, warranty or covenant or otherwise, including as a result of a receivable or portion thereof becoming subject to any asserted defense, dispute, off−set or counterclaim of any kind as a result of any action taken by, any failure to take action by or any other event relating to the seller.

"*Receivables Subsidiary*" means a Wholly−Owned Restricted Subsidiary of the Issuer (or another Person formed for the purposes of engaging in a Qualified Receivables Financing with the Issuer and to which the Issuer or any Subsidiary of the Issuer transfers accounts receivable and related assets) which engages in no activities other than in connection with the financing of accounts receivable of the Issuer and its Subsidiaries, all proceeds thereof and all rights (contractual or other), collateral and other assets relating thereto, and any business or activities incidental or related to such business, and which is designated by the Board of Directors of the Issuer (as provided below) as a Receivables Subsidiary and:

(1)     no portion of the Indebtedness or any other obligations (contingent or otherwise) of which (i) is Guaranteed by the Issuer or any other Subsidiary of the Issuer (excluding Guarantees of Obligations (other than the principal of, and interest on, Indebtedness) pursuant to Standard Securitization Undertakings), (ii) is recourse to or obligates the Issuer or any other Subsidiary of the Issuer in any way other than pursuant to Standard Securitization Undertakings, or (iii) subjects any property or asset of the Issuer or any other Subsidiary of the Issuer, directly or indirectly, contingently or otherwise, to the satisfaction thereof, other than pursuant to Standard Securitization Undertakings,

(2)     with which neither the Issuer nor any other Subsidiary of the Issuer has any material contract, agreement, arrangement or understanding other than on terms which the Issuer reasonably believes to be no less favorable to the Issuer or such

Subsidiary than those that might be obtained at the time from Persons that are not Affiliates of the Issuer, and

(3)     to which neither the Issuer nor any other Subsidiary of the Issuer has any obligation to maintain or preserve such entity's financial condition or cause such entity to achieve certain levels of operating results. Any such designation by the Board of Directors of the Issuer shall be evidenced to the Trustee by filing with the Trustee a certified copy of the resolution of the Board of Directors of the Issuer giving effect to such designation and an Officer's Certificate certifying that such designation complied with the foregoing conditions.

"*Refinancing Transactions*" has the meaning set forth in the Offering Document.

"*Regulation S*" means Regulation S promulgated under the Securities Act.

"*Regulation S Global Note*" means a Global Note substantially in the form of Exhibit A2 hereto deposited with or behalf of and registered in the name of the Depositary or its nominee, issued in a denomination equal to the outstanding principal amount of the Notes sold in reliance of Regulation S.

"*Related Business Assets*" means assets (other than cash or Cash Equivalents) used or useful in a Permitted Business; provided that any assets received by the Issuer or a Restricted Subsidiary of the Issuer in exchange for assets transferred by the Issuer or a Restricted Subsidiary of the Issuer shall not be deemed to be Related Business Assets if they consist of securities of a Person, unless upon receipt of the securities of such Person, such Person would become a Restricted Subsidiary of the Issuer.

"*Related Party*" means:

(1)     any controlling stockholder, partner, member, 50% (or more) owned Subsidiary (other than any portfolio company), or immediate family member (in the case of an individual) of any Equity Investor;

(2)     any trust, corporation, partnership or other entity, the beneficiaries, stockholders, partners, owners or Persons beneficially holding a 50% or more controlling interest of which consist of any one or more Equity Investors and/or such other Persons referred to in the immediately preceding clause; or

(3)     any Person with whom an Equity Investor or a Related Party (under clause (1) or (2) of this definition of Related Party) may be deemed as part of a "group" within the meaning of Section 13(d)(3) of the Exchange Act.

"*Reporting Failure*" means the failure of the Issuer to hold conference calls with respect to, or make available, post or otherwise deliver to the Trustee, within the time periods specified in Section 4.03 (after giving effect to any grace period specified under Rule 12b−25 under the Exchange Act), the periodic reports, information, documents or other reports which the Issuer or a parent Guarantor may be required to make available, post or otherwise deliver pursuant to such provision.

"*Representative*" means BofA Securities, Inc., in its capacity as representative of the several Initial Purchasers.

"*Responsible Officer*" when used with respect to the Trustee, means any officer within the corporate trust department of the Trustee, including any vice president, assistant vice president, trust officer or any other officer of the Trustee customarily performing functions similar to those performed by any of the above designated officers and also means, with respect to a particular corporate trust matter, any other person to whom such matter is referred because of such person's knowledge of and familiarity with the particular subject and who shall have direct responsibility for the administration of this Indenture.

"*Restricted Definitive Note*" means a Definitive Note bearing the Private Placement Legend.

"*Restricted Global Note*" means a Global Note bearing the Private Placement Legend.

"*Restricted Investment*" means an Investment other than a Permitted Investment.

"*Restricted Period*" means the 40−day distribution compliance period as defined in Regulation S, as notified to the Trustee by the Issuer in writing.

"*Restricted Subsidiary*" of a Person means any Subsidiary of the referent Person that is not an Unrestricted Subsidiary. Unless otherwise indicated, when used herein, the term "Restricted Subsidiary" shall refer to a Restricted Subsidiary of the Issuer.

"*Rule 144*" means Rule 144 promulgated under the Securities Act.

"*Rule 144A*" means Rule 144A promulgated under the Securities Act.

"*Rule 903*" means Rule 903 promulgated under the Securities Act.

"*Rule 904*" means Rule 904 promulgated under the Securities Act.

"*S&P*" means S&P Global Ratings and any successor to its rating agency business.

"*Sale/Leaseback Transaction*" means an arrangement relating to property now owned or hereafter acquired by the Issuer or a Restricted Subsidiary of the Issuer whereby the Issuer or a Restricted Subsidiary of the Issuer transfers such property to a Person and the Issuer or such Restricted Subsidiary leases it from such Person, other than leases between the Issuer and a Restricted Subsidiary of the Issuer or between Restricted Subsidiaries of the Issuer.

"*SEC*" means the Securities and Exchange Commission.

"*Secured Indebtedness*" means any Indebtedness secured by a Lien.

"*Secured Parties*" means (i) the Holders of the Notes, (ii) the Trustee, (iii) the Collateral Agent and (iv) any successors, indorsees, transferees and assigns of each of the foregoing.

"*Securities Act*" means the Securities Act of 1933, as amended.

"*Security Agreement*" means the pledge and security agreement dated as of the Issue Date among the Collateral Agent, for its benefit and for the benefit of the Trustee, the Holders of the Notes and the holders of any Permitted Additional Pari Passu Obligations, the Issuer and the Guarantors, as amended, modified, restated, supplemented or replaced from time to time in accordance with its terms.

"*Security Documents*" means the Security Agreement, any mortgages, the Intercreditor Agreement and all of the security agreements, pledges, collateral assignments, mortgages, deeds of trust, trust deeds or other instruments evidencing or creating or purporting to create any security interests in favor of the Collateral Agent for its benefit and for the benefit of the Trustee, the Holders of the Notes and the holders of any Permitted Additional Pari Passu Obligations, in all or any portion of the Collateral, in each case as amended, modified, restated, supplemented or replaced from time to time.

"*Senior Secured Net Leverage Ratio*" means, as of any date of determination (the "*Senior Secured Net Leverage Ratio Calculation Date*"), the ratio of (a) the Consolidated Total Indebtedness of the Issuer and its Restricted Subsidiaries as of the end of the most recent fiscal quarter for which internal financial statements are available that is secured by Liens, less an amount equal to the amount of any cash and Cash Equivalents of the Issuer and its Restricted Subsidiaries as of such date, to (b) Consolidated Adjusted EBITDA of the Issuer and its Restricted Subsidiaries for the most recently ended four fiscal quarters ending immediately prior to such date for which internal financial statements are available.

In the event that the Issuer or any Restricted Subsidiary of the Issuer incurs, assumes, Guarantees, redeems, repays, retires or extinguishes any Indebtedness (other than Indebtedness incurred or repaid under any revolving credit facility unless such Indebtedness has been permanently repaid and has not been replaced) or issues or redeems Disqualified Stock or preferred stock subsequent to the commencement of the period for which the Senior Secured Net Leverage Ratio is being calculated but prior to or simultaneously with the event for which the calculation of the Senior Secured Net Leverage Ratio is made, then the Senior Secured Net Leverage Ratio shall be calculated giving pro forma effect to such incurrence, assumption, Guarantee, redemption, retirement or extinguishment of Indebtedness, or such issuance or redemption of Disqualified Stock or preferred stock, as if the same had occurred immediately prior to the end of such most recent fiscal quarter end.

For purposes of making the computation referred to above, Investments, acquisitions, dispositions, mergers, amalgamations, consolidations and discontinued operations (as determined in accordance with GAAP) that have been made by the Issuer or any of its Restricted Subsidiaries during the four−quarter reference period or subsequent to such reference period and on or prior to or simultaneously with the Senior Secured Net Leverage Ratio Calculation Date shall be calculated on a pro forma basis assuming that all such Investments,

acquisitions, dispositions, mergers, amalgamations, consolidations and discontinued operations (and the change in Consolidated Adjusted EBITDA resulting therefrom) had occurred on the first day of the four−quarter reference period. If since the beginning of such period any Person that subsequently became a Restricted Subsidiary of the Issuer or was merged with or into the Issuer or any of its Restricted Subsidiaries since the beginning of such period shall have made any Investment, acquisition, disposition, merger, amalgamation, consolidation or discontinued operation that would have required adjustment pursuant to this definition, then the Senior Secured Net Leverage Ratio shall be calculated giving pro forma effect thereto for such period as if such Investment, acquisition, disposition, merger, amalgamation, consolidation or discontinued operation had occurred at the beginning of the applicable four−quarter period. For purposes of this definition, whenever pro forma effect is to be given to an Investment, acquisition, disposition, merger or consolidation, the pro forma calculations shall be made in good faith by a responsible financial or accounting officer of the Issuer (and may include, for the avoidance of doubt, cost savings, synergies and operating expense reductions resulting from such Investment, acquisition, merger, amalgamation or consolidation which is being given pro forma effect that have been or are expected to be realized).

"*Significant Subsidiary*" means any Subsidiary that would be a "significant subsidiary" as defined in Article 1, Rule 1−02 of Regulation S−X, promulgated pursuant to the Securities Act, as such Regulation is in effect on the Issue Date.

"*Standard Securitization Undertakings*" means representations, warranties, covenants, indemnities and Guarantees of performance entered into by the Issuer or any Subsidiary of the Issuer which the Issuer has determined in good faith to be customary in a Receivables Financing including, without limitation, those relating to the servicing of the assets of a Receivables Subsidiary, it being understood that any Receivables Repurchase Obligation shall be deemed to be a Standard Securitization Undertaking.

"*Stated Maturity*" means, with respect to any installment of principal on any series of Indebtedness, the date on which the final payment of principal was scheduled to be paid in the documentation governing such Indebtedness as of the Issue Date, and will not include any contingent obligations to repay, redeem or repurchase any such principal prior to the date originally scheduled for the payment thereof.

"*Subsidiary*" means, with respect to any specified Person:

(1)     any corporation, association or other business entity of which more than 50% of the total voting power of shares of Capital Stock entitled (without regard to the occurrence of any contingency and after giving effect to any voting agreement or stockholders' agreement that effectively transfers voting power) to vote in the election of directors, managers or trustees of the corporation, association or other business entity is at the time owned or controlled, directly or indirectly, by that Person or one or more of the other Subsidiaries of that Person (or a combination thereof); and

(2)     any partnership (a) the sole general partner or the managing general partner of which is such Person or a Subsidiary of such Person or (b) the only general

partners of which are that Person or one or more Subsidiaries of that Person (or any combination thereof).

"*TIA*" means the Trust Indenture Act of 1939, as amended (15 U.S.C. §§ 77aaa−77bbbb).

"*Total Assets*" means the total consolidated assets of the Issuer and its Restricted Subsidiaries, as shown on the most recent balance sheet of the Issuer

"*Total Non-Guarantor Assets*" means the total assets of the Restricted Subsidiaries of the Issuer that are not Guarantors, as shown on the most recent balance sheet of the Issuer.

"*Treasury Rate*" means, as of any redemption date, the yield to maturity as of such redemption date of United States Treasury securities with a constant maturity (as compiled and published in the most recent Federal Reserve Statistical Release H. 15(519) that has become publicly available at least two Business Days prior to the redemption date (or, if such Statistical Release is no longer published, any publicly available source of similar market data)) most nearly equal to the period from the redemption date to August 1, 2021; *provided*, *however*, that if the period from the redemption date to August 1, 2021, is less than one year, the weekly average yield on actually traded United States Treasury securities adjusted to a constant maturity of one year will be used.

"*Trustee*" means U.S. Bank National Association until a successor replaces it in accordance with the applicable provisions of this Indenture and thereafter means the successor serving hereunder.

"*U.S. Dollar Equivalent*" means with respect to any monetary amount in a currency other than U.S. dollars, at any time for determination thereof, the amount of U.S. dollars obtained by converting such foreign currency involved in such computation into U.S. dollars at the spot rate for the purchase of U.S. dollars with the applicable foreign currency as published in The Wall Street Journal in the "Exchange Rates" column under the heading "Currency Trading" on the date two Business Days prior to such determination.

"*U.S. Government Securities*" means direct obligations of, or obligations Guaranteed by, the United States of America, and the payment for which the United States pledges its full faith and credit.

"*U.S. Person*" means a U.S. Person as defined in Rule 902(k) promulgated under the Securities Act.

"*Unrestricted Definitive Note*" means a Definitive Note that does not bear and is not required to bear the Private Placement Legend.

"*Unrestricted Global Note*" means a Global Note that does not bear and is not required to bear the Private Placement Legend.

"*Unrestricted Subsidiary*" means:

(1) any Subsidiary of the Issuer that at the time of determination shall be designated an Unrestricted Subsidiary by the Board of Directors of the Issuer in the manner provided below;

(2) TPC Pipeline Holding Company LLC and TPC Pipeline Company LLC; *provided that*, for the avoidance of doubt, (i) TPC Pipeline Company LLC shall not own any material assets as of the Issue Date other than the Excluded Pipelines, (ii) TPC Pipeline Holding Company LLC shall not own any material assets as of the Issue Date other than the Equity Interests of TPC Pipeline Company LLC and (iii) any such Subsidiary shall cease to be an Unrestricted Subsidiary if the Board of Directors designates such Subsidiary as a Restricted Subsidiary as set forth below; and

(3) any Subsidiary of an Unrestricted Subsidiary.

The Board of Directors of the Issuer may designate any Subsidiary of the Issuer (including any newly acquired or newly formed Subsidiary of the Issuer) to be an Unrestricted Subsidiary unless such Subsidiary or any of its Subsidiaries owns any Equity Interests or Indebtedness of, or owns or holds any Lien on any property of, the Issuer or any other Subsidiary of the Issuer that is not a Subsidiary of the Subsidiary to be so designated; *provided*, *however*, that the Subsidiary to be so designated and its Subsidiaries do not at the time of designation have and do not thereafter incur Non−Recourse Debt (other than Guarantees of performance of the Unrestricted Subsidiary in the ordinary course of business, excluding Guarantees of Indebtedness for borrowed money); *provided further*, *however*, that either:

(a) the Subsidiary to be so designated has total consolidated assets of $1,000 or less; or

(b) if such Subsidiary has consolidated assets greater than $1,000, then such designation would be permitted under Section 4.05 hereof.

The Board of Directors of the Issuer may designate any Unrestricted Subsidiary to be a Restricted Subsidiary of the Issuer; *provided*, *however*, that immediately after giving effect to such designation:

(x) (1) the Issuer could incur $1.00 of additional Indebtedness pursuant to Section 4.07(a) hereof or (2) the Fixed Charge Coverage Ratio for the Issuer and its Restricted Subsidiaries would be equal to or greater than such ratio for the Issuer and its Restricted Subsidiaries immediately prior to such designation, in each case on a pro forma basis taking into account such designation, and

(y) no Event of Default shall have occurred and be continuing.

Any such designation by the Board of Directors of the Issuer shall be evidenced to the Trustee by promptly filing with the Trustee a copy of the resolution of the applicable Board of Directors giving effect to such designation and an Officer's Certificate certifying that such designation complied with the foregoing provisions.

"*Voting Stock*" of any specified Person as of any date means the Capital Stock of such Person that is at the time entitled to vote in the election of the Board of Directors of such Person.

"*Weighted Average Life to Maturity*" means, when applied to any Indebtedness at any date, the number of years obtained by dividing:

(1)        the sum of the products obtained by multiplying (a) the amount of each then remaining installment, sinking fund, serial maturity or other required payments of principal, including payment at final maturity, in respect of the Indebtedness, by (b) the number of years (calculated to the nearest one−twelfth) that will elapse between such date and the making of such payment; by

(2)        the then outstanding principal amount of such Indebtedness.

"*Wholly-Owned Domestic Restricted Subsidiary*" means any Domestic Subsidiary that is a Wholly-Owned Restricted Subsidiary.

"*Wholly−Owned Restricted Subsidiary*" of any specified Person means a Subsidiary of such Person all of the outstanding Capital Stock or other ownership interests of which (other than directors' qualifying shares) will at the time be owned by such Person or by one or more Wholly−Owned Restricted Subsidiaries of such Person.

Section 1.02   <u>Other Definitions</u>.

| <u>**Term**</u> | <u>**Defined in Section**</u> |
|---|---|
| "Affiliate Transaction" | 4.09 |
| "After−Acquired Real Property" | 4.18 |
| "Alternate Offer" | 4.12 |
| "Applicable Premium Deficit" | 8.04 |
| "Asset Sale Offer" | 4.08 |
| "Authentication Order" | 2.02 |
| "Change of Control Offer" | 4.12 |
| "Change of Control Payment" | 4.12 |
| "Change of Control Payment Date" | 4.12 |
| "Covenant Defeasance" | 8.03 |
| "DTC" | 2.03 |
| "Event of Default" | 6.01 |
| "Excess Proceeds" | 4.08 |
| "Fall−Away Period" | 4.16 |
| "Flood Insurance Laws" | 4.19 |
| "incur" | 4.07(a) |
| "Issuer" | Preamble |
| "Legal Defeasance" | 8.02 |
| "Limited Condition Transaction" | 4.21 |
| "Mortgage Policies" | 4.19 |

| Term | Defined in Section |
|------|-------------------|
| "Offer Period" | 4.08 |
| "Paying Agent" | 2.03 |
| "Payment Default" | 6.01 |
| "Permitted Debt" | 4.07(b) |
| "Registrar" | 2.03 |
| "Restricted Payments" | 4.05 |
| "Suspended Covenants" | 4.16 |
| "Title Company" | 4.19 |
| "Transaction Agreement Date" | 4.21 |

Section 1.03    Incorporation by Reference of Trust Indenture Act.

This Indenture is not and shall not be qualified by the TIA and no provisions of the TIA are incorporated by reference in and made a part of this Indenture.

Section 1.04    Rules of Construction.

Unless the context otherwise requires:

(i)    a term has the meaning assigned to it;

(ii)    an accounting term not otherwise defined has the meaning assigned to it in accordance with GAAP;

(iii)    "or" is not exclusive;

(iv)    words in the singular include the plural, and in the plural include the singular;

(v)    "will" shall be interpreted to express a command;

(vi)    provisions apply to successive events and transactions; and

(vii)    references to sections of or rules under the Securities Act will be deemed to include substitute, replacement of successor sections or rules adopted by the SEC from time to time.

ARTICLE 2

THE NOTES

Section 2.01    Form and Dating.

(a)    *General*. The Notes and the Trustee's certificate of authentication will be substantially in the form of Exhibits A1 and A2 hereto.  The Notes may have notations, legends or endorsements required by law, stock exchange rule or usage. Each Note will be dated the date

of its authentication. The Notes shall be in denominations of $2,000 and integral multiples of $1,000 in excess of $2,000.

The terms and provisions contained in the Notes will constitute, and are hereby expressly made, a part of this Indenture and the Issuer, the Guarantors and the Trustee, by their execution and delivery of this Indenture, expressly agree to such terms and provisions and to be bound thereby. However, to the extent any provision of any Note conflicts with the express provisions of this Indenture, the provisions of this Indenture shall govern and be controlling.

(b)     *Global Notes*. Notes issued in global form will be substantially in the form of Exhibits A1 or A2 hereto (including the Global Note Legend thereon and the "Schedule of Exchanges of Interests in the Global Note" attached thereto). Definitive Notes will be substantially in the form of Exhibit A1 hereto (but without the Global Note Legend thereon and without the "Schedule of Exchanges of Interests in the Global Note" attached thereto). Each Global Note will represent such of the outstanding Notes as will be specified therein and each shall provide that it represents the aggregate principal amount of outstanding Notes from time to time endorsed thereon and that the aggregate principal amount of outstanding Notes represented thereby may from time to time be reduced or increased, as appropriate, to reflect exchanges and redemptions. Any endorsement of a Global Note to reflect the amount of any increase or decrease in the aggregate principal amount of outstanding Notes represented thereby will be made by the Trustee or the Custodian, at the written direction of the Trustee, in accordance with instructions given by the Holder thereof as required by Section 2.06 hereof.

(c)     None of the Trustee or any Agent shall have any responsibility or obligation to any beneficial owner of an interest in a Global Note, a member of, or a Participant or Indirect Participant in, the Depositary or other Person with respect to the accuracy of the records of the Depositary or its nominee or of any Participant or Indirect Participant in, or member thereof, with respect to any ownership interest in the Notes or with respect to the delivery to any Participant, Indirect Participant, member, beneficial owner or other Person (other than the Depositary) of any notice (including any notice of redemption) or the payment of any amount or delivery of any Notes (or other security or property) under or with respect to such Notes. All notices and communications to be given to the Holders and all payments to be made to Holders in respect of the Notes shall be given or made only to or upon the order of the registered Holders (which shall be the Depositary or its nominee in the case of a Global Note). The rights of beneficial owners in any Global Note shall be exercised only through the Depositary subject to the Applicable Procedures of the Depositary. The Trustee and each Agent may conclusively rely and shall be fully protected in relying upon information furnished by the Depositary with respect to its members, Participants, Indirect Participants and any beneficial owners. Neither the Trustee nor any Agent shall have any responsibility or liability for actions take or not taken by the Depositary.

Section 2.02     Execution and Authentication.

(a)     At least one Officer must sign the Notes for the Issuer by manual or facsimile signature.

(b)     If an Officer whose signature is on a Note no longer holds that office at the time a Note is authenticated, the Note will nevertheless be valid.

(c)     A Note will not be valid until authenticated by the manual signature of the Trustee. The signature will be conclusive evidence that the Note has been authenticated under this Indenture.

(d)     The Trustee will, upon receipt of a written order of the Issuer signed by two Officers of the Issuer (an "*Authentication Order*"), authenticate Notes for original issue that may be validly issued under this Indenture, including any Additional Notes. The aggregate principal amount of Notes outstanding at any time may not exceed the aggregate principal amount of Notes authorized for issuance by the Issuer pursuant to one or more Authentication Orders, except as provided in Section 2.07 hereof. Subject to compliance with Sections 4.07 and 4.10 of this Indenture, the Issuer may issue an unlimited amount of Additional Notes under this Indenture from time to time after the Issue Date having identical terms and conditions as the Initial Notes other than the issue date, issue price, the first interest payment date and the first date from which interest will accrue; provided that if any Additional Notes are not fungible with the Initial Notes for U.S. federal income tax purposes, such Additional Notes will be issued as a separate series under this Indenture and will have a separate CUSIP number and ISIN from the Initial Notes.

(e)     The Trustee may appoint an authenticating agent acceptable to the Issuer to authenticate Notes. An authenticating agent may authenticate Notes whenever the Trustee may do so. Each reference in this Indenture to authentication by the Trustee includes authentication by such agent. An authenticating agent has the same rights as an Agent to deal with Holders or an Affiliate of the Issuer.

Section 2.03     Registrar and Paying Agent.

(a)     The Issuer will maintain a register of Notes at its registered office in which the Holders of the Notes will be registered.

(b)     The Issuer will maintain an office or agency where Notes may be presented for registration of transfer or for exchange ("*Registrar*") and an office or agency where Notes may be presented for payment ("*Paying Agent*"). The Registrar will keep a register of the Holders and the Notes and of their transfer and exchange. The Issuer may appoint one or more co−registrars and one or more additional Paying Agents. The term "Registrar" includes any co−registrar and the term "Paying Agent" includes any additional paying agent. The Issuer may change any Paying Agent or Registrar without notice to any Holder.  The Issuer will notify the Trustee in writing of the name and address of any Agent not a party to this Indenture. The Issuer or any of the Issuer's Restricted Subsidiaries may act as Paying Agent or Registrar.

(c)     The Issuer initially appoints The Depository Trust Company ("*DTC*") to act as Depositary with respect to the Global Notes.

(d)     The Issuer initially appoints the Trustee to act as the Registrar and Paying Agent with respect to the Global Notes.

Section 2.04    Paying Agent to Hold Money in Trust.

The Issuer will require each Paying Agent other than the Trustee to agree in writing that the Paying Agent will hold in trust for the benefit of Holders or the Trustee all money held by the Paying Agent for the payment of principal, premium or interest on the Notes, and will notify the Trustee in writing of any default by the Issuer in making any such payment. While any such default continues, the Trustee may require a Paying Agent to pay all money held by it to the Trustee. The Issuer at any time may require a Paying Agent to pay all money held by it to the Trustee. Upon payment over to the Trustee, the Paying Agent (if other than the Issuer or a Subsidiary of the Issuer) will have no further liability for the money. If the Issuer or a Subsidiary of the Issuer acts as Paying Agent, it will segregate and hold in a separate trust fund for the benefit of the Holders all money held by it as Paying Agent. Upon any bankruptcy or reorganization proceedings relating to the Issuer, the Trustee will serve as Paying Agent for the Notes.

Section 2.05    Holder Lists.

The Trustee will preserve in as current a form as is reasonably practicable the most recent list available to it of the names and addresses of all Holders. If the Trustee is not the Registrar, the Issuer will furnish to the Trustee at least seven Business Days before each interest payment date and at such other times as the Trustee may request in writing, a list in such form and as of such date as the Trustee may reasonably require of the names and addresses of the Holders.

Section 2.06    Transfer and Exchange.

(a)      *Transfer and Exchange of Global Notes*. A Global Note may not be transferred except as a whole by the Depositary to a nominee of the Depositary, by a nominee of the Depositary to the Depositary or to another nominee of the Depositary, or by the Depositary or any such nominee to a successor Depositary or a nominee of such successor Depositary. All Global Notes will be exchanged by the Issuer for Definitive Notes if:

(1)      the Issuer delivers to the Trustee written notice from the Depositary that it is unwilling or unable to continue to act as Depositary or that it is no longer a clearing agency registered under the Exchange Act and, in either case, a successor Depositary is not appointed by the Issuer within 120 days after the date of such notice from the Depositary;

(2)      the Issuer, at its option and subject to the procedures of the Depositary, determine that the Global Notes (in whole but not in part) should be exchanged for Definitive Notes and deliver a written notice to such effect to the Trustee; or

(3)      there has occurred and is continuing an Event of Default with respect to the Notes.

Upon the occurrence of either of the preceding events in clauses (1), (2) or (3) above, Definitive Notes shall be issued in such names as the Depositary shall instruct the Trustee in writing. Global Notes also may be exchanged or replaced, in whole or in part, as provided in

Sections 2.07 and 2.10 hereof. Every Note authenticated and delivered in exchange for, or in lieu of, a Global Note or any portion thereof, pursuant to this Section 2.06 or Section 2.07 or 2.10 hereof, shall be authenticated and delivered in the form of, and shall be, a Global Note. A Global Note may not be exchanged for another Note other than as provided in this Section 2.06(a), however, beneficial interests in a Global Note may be transferred and exchanged as provided in Section 2.06(b) or (c) hereof.

(b)     *Transfer and Exchange of Beneficial Interests in the Global Notes*. The transfer and exchange of beneficial interests in the Global Notes will be effected through the Depositary, in accordance with the provisions of this Indenture and the Applicable Procedures. Beneficial interests in the Restricted Global Notes will be subject to restrictions on transfer comparable to those set forth herein to the extent required by the Securities Act. Transfers of beneficial interests in the Global Notes also will require compliance with either clause (1) or (2) below, as applicable, as well as one or more of the other following clauses, as applicable:

(1)     *Transfer of Beneficial Interests in the Same Global Note*. Beneficial interests in any Restricted Global Note may be transferred to Persons who take delivery thereof in the form of a beneficial interest in the same Restricted Global Note in accordance with the transfer restrictions set forth in the Private Placement Legend.

(2)     *All Other Transfers and Exchanges of Beneficial Interests in Global Notes*. In connection with all transfers and exchanges of beneficial interests that are not subject to Section 2.06(b)(1) above, the transferor of such beneficial interest must deliver to the Registrar either:

(A)     both:

(i)     a written order from a Participant or an Indirect Participant given to the Depositary in accordance with the Applicable Procedures directing the Depositary to credit or cause to be credited a beneficial interest in another Global Note in an amount equal to the beneficial interest to be transferred or exchanged; and

(ii)     instructions given in accordance with the Applicable Procedures containing information regarding the Participant account to be credited with such increase; or

(B)     both:

(i)     a written order from a Participant or an Indirect Participant given to the Depositary in accordance with the Applicable Procedures directing the Depositary to cause to be issued a Definitive Note in an amount equal to the beneficial interest to be transferred or exchanged; and

(ii)     instructions given by the Depositary to the Registrar containing information regarding the Person in whose name

such Definitive Note shall be registered to effect the transfer or exchange referred to in clause (1) above.

Upon satisfaction of all of the requirements for transfer or exchange of beneficial interests in Global Notes contained in this Indenture and the Notes or otherwise applicable under the Securities Act, the Trustee shall adjust the principal amount of the relevant Global Note(s) pursuant to Section 2.06(g) hereof.

(3)     *Transfer of Beneficial Interests to Another Restricted Global Note.* A beneficial interest in any Restricted Global Note may be transferred to a Person who takes delivery thereof in the form of a beneficial interest in another Restricted Global Note if the transfer complies with the requirements of Section 2.06(b)(2) above and the Registrar receives:

(A)     if the transferee will take delivery in the form of a beneficial interest in the 144A Global Note, then the transferor must deliver a certificate in the form of Exhibit B hereto, including the certifications in item (1) thereof;

(B)     if the transferee will take delivery in the form of a beneficial interest in the Regulation S Global Note, then the transferor must deliver a certificate in the form of Exhibit B hereto, including the certifications in item (2) thereof.

(4)     Transfer and Exchange of Beneficial Interests in a Restricted Global Note for Beneficial Interests in an Unrestricted Global Note. A beneficial interest in any Restricted Global Note may be exchanged by any holder thereof for a beneficial interest in an Unrestricted Global Note or transferred to a Person who takes delivery thereof in the form of a beneficial interest in an Unrestricted Global Note if the exchange or transfer complies with the requirements of Section 2.06(b)(2) above and the Registrar receives the following:

(A)     if the holder of such beneficial interest in a Restricted Global Note proposes to exchange such beneficial interest for a beneficial interest in an Unrestricted Global Note, a certificate from such holder in the form of Exhibit C hereto, including the certifications in item (1)(a) thereof; or

(B)     if the holder of such beneficial interest in a Restricted Global Note proposes to transfer such beneficial interest to a Person who shall take delivery thereof in the form of a beneficial interest in an Unrestricted Global Note, a certificate from such holder in the form of Exhibit B hereto, including the certifications in item (4) thereof;

and, in each such case set forth in this Section 2.06(b)(4), if the Issuer so requests or if the Applicable Procedures so require, an Opinion of Counsel in form reasonably acceptable to the Issuer to the effect that such exchange or transfer is in compliance with the Securities Act and that the restrictions on transfer contained herein and in the Private Placement Legend are no longer required in order to maintain compliance with the Securities Act.

If any such transfer is effected pursuant to Section 2.06(b)(4) above at a time when an Unrestricted Global Note has not yet been issued, the Issuer shall issue and, upon receipt of an Authentication Order in accordance with Section 2.02 hereof, the Trustee shall authenticate one or more Unrestricted Global Notes in an aggregate principal amount equal to the aggregate principal amount of beneficial interests transferred pursuant to Section 2.06(b)(4) above.

Beneficial interests in an Unrestricted Global Note cannot be exchanged for, or transferred to Persons who take delivery thereof in the form of, a beneficial interest in a Restricted Global Note.

(c)     Transfer or Exchange of Beneficial Interests for Definitive Notes.

(1)     *Beneficial Interests in Restricted Global Notes to Restricted Definitive Notes*. If any holder of a beneficial interest in a Restricted Global Note proposes to exchange such beneficial interest for a Restricted Definitive Note or to transfer such beneficial interest to a Person who takes delivery thereof in the form of a Restricted Definitive Note, then, upon receipt by the Registrar of the following documentation:

(A)     if the holder of such beneficial interest in a Restricted Global Note proposes to exchange such beneficial interest for a Restricted Definitive Note, a certificate from such holder in the form of Exhibit C hereto, including the certifications in item (2)(a) thereof;

(B)     if such beneficial interest is being transferred to a QIB in accordance with Rule 144A, a certificate to the effect set forth in Exhibit B hereto, including the certifications in item (1) thereof;

(C)     if such beneficial interest is being transferred to a Non−U.S. Person in an offshore transaction in accordance with Rule 903 or Rule 904, a certificate to the effect set forth in Exhibit B hereto, including the certifications in item (2) thereof;

(D)     if such beneficial interest is being transferred pursuant to an exemption from the registration requirements of the Securities Act in accordance with Rule 144, a certificate to the effect set forth in Exhibit B hereto, including the certifications in item (3)(a) thereof;

(E)     if such beneficial interest is being transferred to the Issuer or any of its Subsidiaries, a certificate to the effect set forth in Exhibit B hereto, including the certifications in item (3)(b) thereof; or

(F)     if such beneficial interest is being transferred pursuant to an effective registration statement under the Securities Act, a certificate to the effect set forth in Exhibit B hereto, including the certifications in item (3)(c) thereof;

and the Trustee shall cause the aggregate principal amount of the applicable Global Note to be reduced accordingly pursuant to Section 2.06(g) hereof, and the Issuer shall execute and the Trustee shall authenticate and deliver to the Person designated in the instructions

a Definitive Note in the appropriate principal amount. Any Definitive Note issued in exchange for a beneficial interest in a Restricted Global Note pursuant to this Section 2.06(c) shall be registered in such name or names and in such authorized denomination or denominations as the holder of such beneficial interest shall instruct the Registrar through instructions from the Depositary and the Participant or Indirect Participant. The Trustee shall deliver such Definitive Notes to the Persons in whose names such Notes are so registered. Any Definitive Note issued in exchange for a beneficial interest in a Restricted Global Note pursuant to this Section 2.06(c)(1) shall bear the Private Placement Legend and shall be subject to all restrictions on transfer contained therein.

(2)     *Beneficial Interests in Restricted Global Notes to Unrestricted Definitive Notes*. A holder of a beneficial interest in a Restricted Global Note may exchange such beneficial interest for an Unrestricted Definitive Note or may transfer such beneficial interest to a Person who takes delivery thereof in the form of an Unrestricted Definitive Note only if the Registrar receives the following:

(A)     if the holder of such beneficial interest in a Restricted Global Note proposes to exchange such beneficial interest for an Unrestricted Definitive Note, a certificate from such holder in the form of Exhibit C hereto, including the certifications in item (1)(b) thereof; or

(B)     if the holder of such beneficial interest in a Restricted Global Note proposes to transfer such beneficial interest to a Person who shall take delivery thereof in the form of an Unrestricted Definitive Note, a certificate from such holder in the form of Exhibit B hereto, including the certifications in item (4) thereof;

and, in each such case set forth in this Section 2.06(c)(2), if the Issuer so requests or if the Applicable Procedures so require, an Opinion of Counsel in form reasonably acceptable to the Issuer to the effect that such exchange or transfer is in compliance with the Securities Act and that the restrictions on transfer contained herein and in the Private Placement Legend are no longer required in order to maintain compliance with the Securities Act.

(3)     *Beneficial Interests in Unrestricted Global Notes to Unrestricted Definitive Notes*. If any holder of a beneficial interest in an Unrestricted Global Note proposes to exchange such beneficial interest for a Definitive Note or to transfer such beneficial interest to a Person who takes delivery thereof in the form of a Definitive Note, then, upon satisfaction of the conditions set forth in Section 2.06(b)(2) hereof, the Trustee will cause the aggregate principal amount of the applicable Global Note to be reduced accordingly pursuant to Section 2.06(g) hereof, and the Issuer will execute and the Trustee will authenticate and deliver to the Person designated in the instructions a Definitive Note in the appropriate principal amount. Any Definitive Note issued in exchange for a beneficial interest pursuant to this Section 2.06(c)(3) will be registered in such name or names and in such authorized denomination or denominations as the holder of such beneficial interest requests through instructions to the Registrar from or through

the Depositary and the Participant or Indirect Participant. The Trustee will deliver such Definitive Notes to the Persons in whose names such Notes are so registered. Any Definitive Note issued in exchange for a beneficial interest pursuant to this Section 2.06(c)(3) will not bear the Private Placement Legend.

(d)     *Transfer and Exchange of Definitive Notes for Beneficial Interests.*

(1)     *Restricted Definitive Notes to Beneficial Interests in Restricted Global Notes.* If any Holder of a Restricted Definitive Note proposes to exchange such Note for a beneficial interest in a Restricted Global Note or to transfer such Restricted Definitive Notes to a Person who takes delivery thereof in the form of a beneficial interest in a Restricted Global Note, then, upon receipt by the Registrar of the following documentation:

(A)     if the Holder of such Restricted Definitive Note proposes to exchange such Note for a beneficial interest in a Restricted Global Note, a certificate from such Holder in the form of Exhibit C hereto, including the certifications in item (2)(b) thereof;

(B)     if such Restricted Definitive Note is being transferred to a QIB in accordance with Rule 144A, a certificate to the effect set forth in Exhibit B hereto, including the certifications in item (1) thereof;

(C)     if such Restricted Definitive Note is being transferred to a Non−U.S. Person in an offshore transaction in accordance with Rule 903 or Rule 904, a certificate to the effect set forth in Exhibit B hereto, including the certifications in item (2) thereof;

(D)     if such Restricted Definitive Note is being transferred pursuant to an exemption from the registration requirements of the Securities Act in accordance with Rule 144, a certificate to the effect set forth in Exhibit B hereto, including the certifications in item (3)(a) thereof;

(E)     if such Restricted Definitive Note is being transferred to the Issuer or any of the Issuer's Subsidiaries, a certificate to the effect set forth in Exhibit B hereto, including the certifications in item (3)(b) thereof; or

(F)     if such Restricted Definitive Note is being transferred pursuant to an effective registration statement under the Securities Act, a certificate to the effect set forth in Exhibit B hereto, including the certifications in item (3)(c) thereof;

and the Trustee will cancel the Restricted Definitive Note, increase or cause to be increased the aggregate principal amount of, in the case of clause (A) above, the appropriate Restricted Global Note, in the case of clause (B) above, the 144A Global Note, and in the case of clause (C) above, the Regulation S Global Note.

(2)     *Restricted Definitive Notes to Beneficial Interests in Unrestricted Global Notes.* A Holder of a Restricted Definitive Note may exchange such Note for a beneficial interest in an Unrestricted Global Note or transfer such Restricted Definitive Note to a Person who takes delivery thereof in the form of a beneficial interest in an Unrestricted Global Note only if the Registrar receives the following:

(A)     if the Holder of such Definitive Notes proposes to exchange such Notes for a beneficial interest in the Unrestricted Global Note, a certificate from such Holder in the form of Exhibit C hereto, including the certifications in item (1)(c) thereof; or

(B)     if the Holder of such Definitive Notes proposes to transfer such Notes to a Person who shall take delivery thereof in the form of a beneficial interest in the Unrestricted Global Note, a certificate from such Holder in the form of Exhibit B hereto, including the certifications in item (4) thereof;

and, in each such case set forth in this Section 2.06(d)(2), if the Issuer so requests or if the Applicable Procedures so require, an Opinion of Counsel in form reasonably acceptable to the Issuer to the effect that such exchange or transfer is in compliance with the Securities Act and that the restrictions on transfer contained herein and in the Private Placement Legend are no longer required in order to maintain compliance with the Securities Act.

Upon satisfaction of the conditions of any of the clauses in this Section 2.06(d)(2), the Trustee will cancel the Definitive Notes and increase or cause to be increased the aggregate principal amount of the Unrestricted Global Note.

(3)     *Unrestricted Definitive Notes to Beneficial Interests in Unrestricted Global Notes.* A Holder of an Unrestricted Definitive Note may exchange such Note for a beneficial interest in an Unrestricted Global Note or transfer such Definitive Notes to a Person who takes delivery thereof in the form of a beneficial interest in an Unrestricted Global Note at any time. Upon receipt of a request for such an exchange or transfer, the Trustee will cancel the applicable Unrestricted Definitive Note and increase or cause to be increased the aggregate principal amount of one of the Unrestricted Global Notes.

If any such exchange or transfer from a Definitive Note to a beneficial interest is effected pursuant to Section 2.06(d)(2), or 2.06(d)(3) above at a time when an Unrestricted Global Note has not yet been issued, the Issuer will issue and, upon receipt of an Authentication Order in accordance with Section 2.02 hereof, the Trustee will authenticate one or more Unrestricted Global Notes in an aggregate principal amount equal to the principal amount of Definitive Notes so transferred.

(e)     *Transfer and Exchange of Definitive Notes for Definitive Notes.* Upon request by a Holder of Definitive Notes and such Holder's compliance with the provisions of this Section 2.06(e), the Registrar will register the transfer or exchange of Definitive Notes. Prior to such registration of transfer or exchange, the requesting Holder must present or surrender to the Registrar the Definitive Notes duly endorsed or accompanied by a written instruction of transfer

in form satisfactory to the Registrar duly executed by such Holder or by its attorney, duly authorized in writing. In addition, the requesting Holder must provide any additional certifications, documents and information, as applicable, required pursuant to the following provisions of this Section 2.06(e).

(1) *Restricted Definitive Notes to Restricted Definitive Notes*. Any Restricted Definitive Note may be transferred to and registered in the name of Persons who take delivery thereof in the form of a Restricted Definitive Note if the Registrar receives the following:

(A) if the transfer will be made pursuant to Rule 144A, then the transferor must deliver a certificate in the form of Exhibit B hereto, including the certifications in item (1) thereof;

(B) if the transfer will be made pursuant to Rule 903 or Rule 904, then the transferor must deliver a certificate in the form of Exhibit B hereto, including the certifications in item (2) thereof; and

(C) if the transfer will be made pursuant to any other exemption from the registration requirements of the Securities Act, then the transferor must deliver a certificate in the form of Exhibit B hereto, including the certifications, certificates and Opinion of Counsel required by item (3) thereof, if applicable.

(2) *Restricted Definitive Notes to Unrestricted Definitive Notes*. Any Restricted Definitive Note may be exchanged by the Holder thereof for an Unrestricted Definitive Note or transferred to a Person or Persons who take delivery thereof in the form of an Unrestricted Definitive Note if the Registrar receives the following:

(A) if the Holder of such Restricted Definitive Notes proposes to exchange such Notes for an Unrestricted Definitive Note, a certificate from such Holder in the form of Exhibit C hereto, including the certifications in item (1)(d) thereof; or

(B) if the Holder of such Restricted Definitive Notes proposes to transfer such Notes to a Person who shall take delivery thereof in the form of an Unrestricted Definitive Note, a certificate from such Holder in the form of Exhibit B hereto, including the certifications in item (4) thereof;

and, in each such case set forth in this Section 2.06(e)(2), if the Issuer so requests or if the Applicable Procedures so require, an Opinion of Counsel in form reasonably acceptable to the Issuer to the effect that such exchange or transfer is in compliance with the Securities Act and that the restrictions on transfer contained herein and in the Private Placement Legend are no longer required in order to maintain compliance with the Securities Act.

(3) *Unrestricted Definitive Notes to Unrestricted Definitive Notes*. A Holder of Unrestricted Definitive Notes may transfer such Notes to a Person who takes delivery thereof in the form of an Unrestricted Definitive Note. Upon receipt of a request to

register such a transfer, the Registrar shall register the Unrestricted Definitive Notes pursuant to the instructions from the Holder thereof.

(f) *Legends*. The following legends will appear on the face of all Global Notes and Definitive Notes issued under this Indenture unless specifically stated otherwise in the applicable provisions of this Indenture.

(1) *Private Placement Legend*.

(A) Except as permitted by subparagraph (B) below, each Global Note and each Definitive Note (and all Notes issued in exchange therefor or substitution thereof) shall bear the legend in substantially the following form:

"THE SECURITY (OR ITS PREDECESSOR) EVIDENCED HEREBY WAS ORIGINALLY ISSUED IN A TRANSACTION EXEMPT FROM REGISTRATION UNDER SECTION 5 OF THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), AND THE SECURITY EVIDENCED HEREBY MAY NOT BE OFFERED, SOLD OR OTHERWISE TRANSFERRED IN THE ABSENCE OF SUCH REGISTRATION OR AN APPLICABLE EXEMPTION THEREFROM. EACH PURCHASER OF THE SECURITY EVIDENCED HEREBY IS HEREBY NOTIFIED THAT THE SELLER MAY BE RELYING ON THE EXEMPTION FROM THE PROVISIONS OF SECTION 5 OF THE SECURITIES ACT PROVIDED BY RULE 144A THEREUNDER. THE HOLDER OF THE SECURITY EVIDENCED HEREBY AGREES FOR THE BENEFIT OF THE ISSUER THAT (A) SUCH SECURITY MAY BE RESOLD, PLEDGED OR OTHERWISE TRANSFERRED, ONLY (1)(A) INSIDE THE UNITED STATES TO A PERSON WHO THE SELLER REASONABLY BELIEVES IS A QUALIFIED INSTITUTIONAL BUYER (AS DEFINED IN RULE 144A UNDER THE SECURITIES ACT) PURCHASING FOR ITS OWN ACCOUNT OR FOR THE ACCOUNT OF A QUALIFIED INSTITUTIONAL BUYER IN A TRANSACTION MEETING THE REQUIREMENTS OF RULE 144A UNDER THE SECURITIES ACT, (B) OUTSIDE THE UNITED STATES TO A FOREIGN PERSON IN A TRANSACTION MEETING THE REQUIREMENTS OF RULE 903 OR RULE 904 OF REGULATION S UNDER THE SECURITIES ACT, (C) PURSUANT TO AN EXEMPTION FROM REGISTRATION UNDER THE SECURITIES ACT PROVIDED BY RULE 144 THEREUNDER (IF APPLICABLE) OR (D) IN ACCORDANCE WITH ANOTHER EXEMPTION FROM THE REGISTRATION REQUIREMENTS OF THE SECURITIES ACT (AND BASED UPON AN OPINION OF COUNSEL ACCEPTABLE TO THE ISSUER IF THE ISSUER SO REQUESTS), (2) TO THE ISSUER OR (3) PURSUANT TO AN EFFECTIVE REGISTRATION STATEMENT AND, IN EACH CASE, IN ACCORDANCE WITH ANY APPLICABLE SECURITIES LAWS OF ANY STATE OF THE UNITED STATES OR ANY OTHER APPLICABLE JURISDICTION AND (B) THE HOLDER WILL, AND EACH SUBSEQUENT HOLDER IS REQUIRED TO, NOTIFY ANY PURCHASER OF THE SECURITY EVIDENCED HEREBY OF THE RESALE RESTRICTIONS SET FORTH IN CLAUSE (A) ABOVE. NO REPRESENTATION CAN BE MADE AS TO THE

AVAILABILITY OF THE EXEMPTION PROVIDED BY RULE 144 FOR RESALE OF THE SECURITY EVIDENCED HEREBY.

EACH HOLDER OF THE SECURITY (OR INTEREST HEREIN) SHALL BE DEEMED TO HAVE REPRESENTED AND WARRANTED THAT EITHER (A) NO PORTION OF THE ASSETS USED BY SUCH HOLDER TO ACQUIRE OR HOLD THE SECURITY (OR INTEREST HEREIN) CONSTITUTES ASSETS OF AN EMPLOYEE BENEFIT PLAN SUBJECT TO TITLE I OF THE U.S. EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974, AS AMENDED ("ERISA"), A PLAN, INDIVIDUAL RETIREMENT ACCOUNT, KEOGH PLAN OR OTHER ARRANGEMENT THAT IS SUBJECT TO SECTION 4975 OF THE U.S. INTERNAL REVENUE CODE OF 1986, AS AMENDED (THE "CODE"), OR PROVISIONS UNDER ANY FEDERAL, STATE, LOCAL, NON-U.S. OR OTHER LAWS OR REGULATIONS THAT ARE SIMILAR TO SUCH PROVISIONS OF ERISA OR THE CODE (COLLECTIVELY, "SIMILAR LAWS") OR (B) THE PURCHASE AND HOLDING OF THE SECURITY (OR INTEREST HEREIN) BY SUCH HOLDER WILL NOT CONSTITUTE OR RESULT IN A NON-EXEMPT PROHIBITED TRANSACTION UNDER SECTION 406 OF ERISA OR SECTION 4975 OF THE CODE OR SIMILAR VIOLATION UNDER ANY APPLICABLE SIMILAR LAWS, AND NONE OF THE ISSUER, THE INITIAL PURCHASERS, THE GUARANTORS NOR ANY OF THEIR RESPECTIVE AFFILIATES IS A FIDUCIARY OF SUCH HOLDER IN CONNECTION WITH THE PURCHASE AND HOLDING OF THE SECURITY (OR INTEREST HEREIN)."

(B)     Notwithstanding the foregoing, any Global Note or Definitive Note issued pursuant to clauses (b)(4), (c)(2), (c)(3), (d)(2), (d)(3), (e)(2) or (e)(3) of this Section 2.06 (and all Notes issued in exchange therefor or substitution thereof) will not bear the Private Placement Legend.

(2)     *Global Note Legend*. Each Global Note will bear a legend in substantially the following form:

"THIS GLOBAL NOTE IS HELD BY THE DEPOSITARY (AS DEFINED IN THE INDENTURE GOVERNING THIS NOTE) OR ITS NOMINEE IN CUSTODY FOR THE BENEFIT OF THE BENEFICIAL OWNERS HEREOF, AND IS NOT TRANSFERABLE TO ANY PERSON UNDER ANY CIRCUMSTANCES EXCEPT THAT (1) THE TRUSTEE MAY MAKE SUCH NOTATIONS HEREON AS MAY BE REQUIRED PURSUANT TO SECTION 2.01 AND SECTION 2.06 OF THE INDENTURE, (2) THIS GLOBAL NOTE MAY BE EXCHANGED IN WHOLE BUT NOT IN PART PURSUANT TO SECTION 2.06(a) OF THE INDENTURE, (3) THIS GLOBAL NOTE MAY BE DELIVERED TO THE TRUSTEE FOR CANCELLATION PURSUANT TO SECTION 2.11 OF THE INDENTURE AND (4) THIS GLOBAL NOTE MAY BE TRANSFERRED TO A SUCCESSOR DEPOSITARY WITH THE PRIOR WRITTEN CONSENT OF THE ISSUER.

UNLESS AND UNTIL IT IS EXCHANGED IN WHOLE OR IN PART FOR NOTES IN DEFINITIVE FORM, THIS NOTE MAY NOT BE TRANSFERRED EXCEPT AS A

WHOLE BY THE DEPOSITARY TO A NOMINEE OF THE DEPOSITARY OR BY A NOMINEE OF THE DEPOSITARY TO THE DEPOSITARY OR ANOTHER NOMINEE OF THE DEPOSITARY OR BY THE DEPOSITARY OR ANY SUCH NOMINEE TO A SUCCESSOR DEPOSITARY OR A NOMINEE OF SUCH SUCCESSOR DEPOSITARY. UNLESS THIS CERTIFICATE IS PRESENTED BY AN AUTHORIZED REPRESENTATIVE OF THE DEPOSITORY TRUST COMPANY ("DTC"), TO THE ISSUER OR ITS AGENT FOR REGISTRATION OF TRANSFER, EXCHANGE OR PAYMENT, AND ANY CERTIFICATE ISSUED IS REGISTERED IN THE NAME OF CEDE & CO. OR SUCH OTHER NAME AS MAY BE REQUESTED BY AN AUTHORIZED REPRESENTATIVE OF DTC (AND ANY PAYMENT IS MADE TO CEDE & CO. OR SUCH OTHER ENTITY AS MAY BE REQUESTED BY AN AUTHORIZED REPRESENTATIVE OF DTC), ANY TRANSFER, PLEDGE OR OTHER USE HEREOF FOR VALUE OR OTHERWISE BY OR TO ANY PERSON IS WRONGFUL INASMUCH AS THE REGISTERED OWNER HEREOF, CEDE & CO., HAS AN INTEREST HEREIN."

(g)     *Cancellation and/or Adjustment of Global Notes*. At such time as all beneficial interests in a particular Global Note have been exchanged for Definitive Notes or a particular Global Note has been redeemed, repurchased or canceled in whole and not in part, each such Global Note will be returned to or retained and canceled by the Trustee in accordance with Section 2.11 hereof. At any time prior to such cancellation, if any beneficial interest in a Global Note is exchanged for or transferred to a Person who will take delivery thereof in the form of a beneficial interest in another Global Note or for Definitive Notes, the principal amount of Notes represented by such Global Note will be reduced accordingly and an endorsement will be made on such Global Note by the Trustee or by the Depositary at the direction of the Trustee to reflect such reduction; and if the beneficial interest is being exchanged for or transferred to a Person who will take delivery thereof in the form of a beneficial interest in another Global Note, such other Global Note will be increased accordingly and an endorsement will be made on such Global Note by the Trustee or by the Depositary at the direction of the Trustee to reflect such increase.

(h)     *General Provisions Relating to Transfers and Exchanges*.

(1)     To permit registrations of transfers and exchanges, the Issuer will execute and the Trustee will authenticate Global Notes and Definitive Notes upon receipt of an Authentication Order in accordance with Section 2.02 hereof or at the Registrar's request.

(2)     No service charge will be made to a holder of a beneficial interest in a Global Note or to a Holder of a Definitive Note for any registration of transfer or exchange, but the Issuer may require payment of a sum sufficient to cover any transfer tax or similar governmental charge payable in connection therewith (other than any such transfer taxes or similar governmental charge payable upon exchange or transfer pursuant to Sections 2.10, 3.06, 4.08, 4.12 and 9.05 hereof).

(3)     The Registrar will not be required to register the transfer of or exchange of any Note selected for redemption in whole or in part, except the unredeemed portion of any Note being redeemed in part.

(4)     All Global Notes and Definitive Notes issued upon any registration of transfer or exchange of Global Notes or Definitive Notes will be the valid obligations of the Issuer, evidencing the same debt, and entitled to the same benefits under this Indenture, as the Global Notes or Definitive Notes surrendered upon such registration of transfer or exchange.

(5)     Neither the Registrar nor the Issuer will be required:

(A)     to issue, to register the transfer of or to exchange any Notes during a period beginning at the opening of business 15 days before the giving of a notice of redemption of Notes to be redeemed under Section 3.02 hereof or purchased pursuant to an offer to purchase and ending at the close of business on the day such notice of redemption is given;

(B)     to register the transfer of or to exchange any Note selected for redemption in whole or in part, except the unredeemed portion of any Note being redeemed in part; or

(C)     to register the transfer of or to exchange a Note between a record date and the next succeeding interest payment date.

(6)     Prior to due presentment for the registration of a transfer of any Note, the Trustee, any Agent and the Issuer may deem and treat the Person in whose name any Note is registered as the absolute owner of such Note for the purpose of receiving payment of principal of and interest on such Notes and for all other purposes, and none of the Trustee, any Agent or the Issuer shall be affected by notice to the contrary.

(7)     The Trustee will authenticate Global Notes and Definitive Notes in accordance with the provisions of Section 2.02 hereof.

(8)     All certifications, certificates and Opinions of Counsel required to be submitted to the Registrar pursuant to this Section 2.06 to effect a registration of transfer or exchange may be submitted by facsimile.

(9)     Neither the Trustee nor any Agent shall have any obligation or duty to monitor, determine or inquire as to compliance with any tax or securities laws with respect to any restrictions on transfer imposed under this Indenture or under applicable law (including any transfers between or among Depositary Participants, Indirect Participants, members or beneficial owners in any Global Note) other than to require delivery of such certificates and other documentation or evidence as are expressly required by, and to do so if and when expressly required by, the terms of this Indenture, and to examine the same to determine substantial compliance as to form with the express requirements hereof.

Section 2.07     Replacement Notes.

(a)     If any mutilated Note is surrendered to the Trustee or the Issuer and the Trustee receives evidence to its satisfaction of the destruction, loss or theft of any Note, the

Issuer will issue and the Trustee, upon receipt of an Authentication Order, will authenticate a replacement Note if the Trustee's requirements are met. An indemnity bond must be supplied by the Holder that is sufficient in the judgment of the Trustee and the Issuer to protect the Issuer, the Trustee, any Agent and any authenticating agent from any loss that any of them may suffer if a Note is replaced. The Issuer may charge for its expenses in replacing a Note.

(b)     Every replacement Note is an additional obligation of the Issuer and will be entitled to all of the benefits of this Indenture equally and proportionately with all other Notes duly issued hereunder.

Section 2.08     Outstanding Notes.

(a)     The Notes outstanding at any time are all the Notes authenticated by the Trustee except for those canceled by it, those delivered to it for cancellation, those reductions in the interest in a Global Note effected by the Trustee in accordance with the provisions hereof, and those described in this Section 2.08 as not outstanding. Except as set forth in Section 2.09 hereof, a Note does not cease to be outstanding because the Issuer or an Affiliate of the Issuer holds the Note; however, Notes held by the Issuer or a Subsidiary of the Issuer shall not be deemed to be outstanding for purposes of Section 3.07(a) and Section 9.02(a) hereof.

(b)     If a Note is replaced pursuant to Section 2.07 hereof, it ceases to be outstanding unless the Trustee receives proof satisfactory to it that the replaced Note is held by a protected purchaser.

(c)     If the principal amount of any Note is considered paid under Section 4.01 hereof, it ceases to be outstanding and interest on it ceases to accrue.

(d)     If the Paying Agent (other than the Issuer, a Subsidiary of the Issuer or an Affiliate of any thereof) holds, on a redemption date or maturity date, money sufficient to pay Notes payable on that date, then on and after that date such Notes will be deemed to be no longer outstanding and will cease to accrue interest.

Section 2.09     Treasury Notes.

In determining whether the Holders of the required principal amount of Notes have concurred in any direction, waiver or consent, Notes owned by the Issuer or any Guarantor, or by any Person directly or indirectly controlling or controlled by or under direct or indirect common control with the Issuer or any Guarantor, will be considered as though not outstanding, except that for the purposes of determining whether the Trustee will be protected in relying on any such direction, waiver or consent, only Notes that a Responsible Officer of the Trustee actually knows are so owned will be so disregarded.

Section 2.10     Temporary Notes.

(a)     Until certificates representing Notes are ready for delivery, the Issuer may prepare and the Trustee, upon receipt of an Authentication Order, will authenticate temporary Notes. Temporary Notes will be substantially in the form of certificated Notes but may have variations that the Issuer considers appropriate for temporary Notes and as may be reasonably

acceptable to the Trustee. Without unreasonable delay, the Issuer will prepare and the Trustee will authenticate definitive Notes in exchange for temporary Notes.

(b)     Holders of temporary Notes will be entitled to all of the benefits of this Indenture.

Section 2.11     Cancellation.

The Issuer at any time may deliver Notes to the Trustee for cancellation. The Registrar and Paying Agent will forward to the Trustee any Notes surrendered to them for registration of transfer, exchange or payment. The Trustee and no one else will cancel all Notes surrendered for registration of transfer, exchange, payment, replacement or cancellation and will dispose of such canceled Notes in its customary manner (subject to the record retention requirement of the Exchange Act). Certification of the disposition of all canceled Notes will be delivered to the Issuer at the Issuer's written request. The Issuer may not issue new Notes to replace Notes that it has paid or that have been delivered to the Trustee for cancellation.

Section 2.12     Defaulted Interest.

If the Issuer defaults in a payment of interest on the Notes, it will pay the defaulted interest in any lawful manner plus, to the extent lawful, interest payable on the defaulted interest, to the Persons who are Holders on a subsequent special record date, in each case at the rate provided in the Notes and in Section 4.01 hereof. The Issuer will notify the Trustee in writing of the amount of defaulted interest proposed to be paid on each Note and the date of the proposed payment. The Issuer will fix or cause to be fixed each such special record date and payment date; *provided* that no such special record date may be less than ten days prior to the related payment date for such defaulted interest. At least 15 days before the special record date, the Issuer (or, upon the written request of the Issuer, the Trustee in the name and at the expense of the Issuer) will mail or cause to be mailed, or otherwise deliver notice in accordance with the applicable procedures of DTC, to Holders a notice that states the special record date, the related payment date and the amount of such interest to be paid.

Section 2.13     CUSIP Numbers.

The Issuer in issuing the Notes may use "CUSIP" numbers (if then generally in use), and, if so, the Trustee shall use "CUSIP" numbers in notices of redemption as a convenience to Holders; *provided* that any such notice may state that no representation is made as to the correctness of such numbers either as printed on the Notes or as contained in any notice of a redemption and that reliance may be placed only on the other identification numbers printed on the Notes, and any such redemption shall not be affected by any defect in or omission of such numbers. The Issuer will promptly notify the Trustee in writing of any change in the "CUSIP" numbers.

ARTICLE 3

REDEMPTION AND PREPAYMENT

Section 3.01     Notices to Trustee.

If the Issuer elects to redeem Notes pursuant to the optional redemption provisions of Section 3.07 hereof, it must furnish to the Trustee, at least 30 days but not more than 60 days before a redemption date, or such shorter notice period as the Trustee and Issuer shall agree, an Officer's Certificate setting forth:

(1) the clause of this Indenture pursuant to which the redemption shall occur;

(2) the redemption date;

(3) the principal amount of Notes to be redeemed;

(4) the redemption price; and

(5) the applicable CUSIP Numbers.

Section 3.02 <u>Selection of Notes to Be Redeemed</u>.

(a) If less than all of the Notes are to be redeemed at any time, the Trustee will select Notes for redemption on a *pro rata* basis (or, in the case of notes in global form, the notes represented thereby will be selected in accordance with DTC's prescribed method), and in any case in accordance with DTC procedures to the extent applicable.

(b) In the event of partial redemption or purchase by lot, the particular Notes to be redeemed or purchased will be selected, unless otherwise provided herein, not less than 30 nor more than 60 days prior to the redemption date by the Trustee from the outstanding Notes not previously called for redemption.

(c) The Trustee will promptly notify the Issuer in writing of the Notes selected for redemption and, in the case of any Note selected for partial redemption or purchase, the principal amount thereof to be redeemed. Notes and portions of Notes selected will be in amounts of $2,000 or whole multiples of $1,000 in excess of $2,000; *provided* that no Notes of $2,000 or less shall be redeemed in part. Except as provided in the preceding sentence, provisions of this Indenture that apply to Notes called for redemption also apply to portions of Notes called for redemption.

Section 3.03 <u>Notice of Redemption</u>.

(a) At least 15 days but not more than 60 days before a redemption date, the Issuer will mail or cause to be mailed, by first class mail or otherwise deliver in accordance with the applicable procedures of DTC, a notice of redemption to each Holder whose Notes are to be redeemed at its registered address, except that redemption notices may be mailed or otherwise delivered in accordance with the applicable procedures of DTC more than 60 days prior to a redemption date if the notice is issued in connection with a defeasance of the Notes or a satisfaction and discharge of this Indenture pursuant to Articles 8 or 11 hereof.

(b) The notice will identify the Notes (including CUSIP Numbers) to be redeemed and will state:

(1)     the redemption date;

(2)     the redemption price;

(3)     if any Note is being redeemed in part, the portion of the principal amount of such Note to be redeemed and that, after the redemption date upon surrender of such Note, a new Note or Notes in principal amount equal to the unredeemed portion will be issued upon cancellation of the original Note;

(4)     the name and address of the Trustee;

(5)     that Notes called for redemption must be surrendered to the Trustee to collect the redemption price;

(6)     that, unless the Issuer defaults in making such redemption payment, interest on Notes called for redemption ceases to accrue on and after the redemption date;

(7)     the paragraph of the Notes and/or Section of this Indenture pursuant to which the Notes called for redemption are being redeemed;

(8)     that no representation is made as to the correctness or accuracy of the CUSIP number, if any, listed in such notice or printed on the Notes; and

(9)     any condition to the related redemption, if any.

(c)     At the Issuer's written request, the Trustee will give the notice of redemption in the Issuer's name and at its expense; *provided*, *however*, that the Issuer has delivered to the Trustee, at least 45 days prior to the redemption date (or such shorter period of time that is agreed upon by the Issuer and the Trustee), an Officer's Certificate requesting that the Trustee give such notice and setting forth the information to be stated in such notice as provided in Section 3.03(b).

Section 3.04     Effect of Notice of Redemption.

Once notice of redemption is sent in accordance with Section 3.03 hereof, Notes called for redemption become irrevocably due and payable on the redemption date at the redemption price, except as provided for in Section 3.07(e) hereof. The notice, if sent in accordance with Section 3.03 hereof, shall be conclusively presumed to have been given, whether or not the Holder receives such notice. In any case, failure to send such notice or any defect in the notice to the Holder designated for redemption in whole or in part shall not affect the validity of the proceedings for the redemption of any other Note.

Section 3.05     Deposit of Redemption Price.

(a)     One Business Day prior to the redemption date, the Issuer will deposit with the Trustee or with the Paying Agent money sufficient to pay the redemption price of and accrued interest on all Notes to be redeemed on that date. The Trustee or the Paying Agent will promptly return to the Issuer any money deposited with the Trustee or the Paying Agent by the

Issuer in excess of the amounts necessary to pay the redemption price of, and accrued interest on, all Notes to be redeemed.

(b)     If the Issuer complies with the provisions of Section 3.05(a), on and after the redemption date, interest will cease to accrue on the Notes or the portions of Notes called for redemption. If a Note is redeemed on or after an interest record date but on or prior to the related interest payment date, then any accrued and unpaid interest shall be paid to the Person in whose name such Note was registered at the close of business on such record date. If any Note called for redemption is not so paid upon surrender for redemption because of the failure of the Issuer to comply with Section 3.05(a), interest shall be paid on the unpaid principal, from the redemption date until such principal is paid, and to the extent lawful on any interest not paid on such unpaid principal, in each case at the rate provided in the Notes and in Section 4.01 hereof.

Section 3.06     Notes Redeemed in Part.

Upon surrender of a Note that is redeemed in part, the Issuer will issue and, upon receipt of an Authentication Order, the Trustee will authenticate for the Holder at the expense of the Issuer a new Note equal in principal amount to the unredeemed or unpurchased portion of the Note surrendered, *provided* that each new Note will be in a principal amount of $2,000 or an integral multiple of $1,000 in excess of $2,000.  It is understood that, notwithstanding anything in this Indenture to the contrary, only an Authentication Order and not an Opinion of Counsel or Officer's Certificate is required for the Trustee to authenticate such new Note.

Section 3.07     Optional Redemption.

(a)     At any time prior to August 1, 2021, the Issuer may on any one or more occasions redeem up to 35% of the aggregate principal amount of Notes issued under this Indenture (including any Additional Notes) at a redemption price of 110.50% of the principal amount thereof, plus accrued and unpaid interest on the Notes redeemed to, but not including, the redemption date (subject to the right of Holders on the relevant record date to receive interest due on the relevant interest payment date), with the net cash proceeds of one or more Equity Offerings; *provided* that:

(1)     at least 50% of the aggregate principal amount of Notes issued under this Indenture (including any Additional Notes issued after the Issue Date, but excluding Notes held by the Issuer and its Subsidiaries) remains outstanding immediately after the occurrence of such redemption (unless all of such Notes are redeemed); and

(2)     the redemption occurs within 180 days of the date of the closing of such Equity Offering.

Except pursuant to this Section 3.07(a) or as otherwise set forth below, the Notes will not be redeemable at the Issuer's option prior to August 1, 2021. The Issuer will not, however, be prohibited from acquiring the Notes by means other than a redemption, whether pursuant to a tender offer, open market purchase or otherwise, so long as the acquisition does not violate the terms of this Indenture.

(b)　　　On or after August 1, 2021, the Issuer may redeem all or a part of the Notes, at the redemption prices (expressed as percentages of principal amount) set forth below plus accrued and unpaid interest, if any, on the Notes redeemed to, but not including, the applicable redemption date, if redeemed during the 12−month period beginning on August 1 of the years indicated below, subject to the rights of Holders on the relevant record date to receive interest due on the relevant interest payment date:

| Year | Percentage |
|------|------------|
| 2021 | 107.875% |
| 2022 | 103.938% |
| 2023 and thereafter | 100.000% |

Unless the Issuer defaults in the payment of the redemption price or unless any condition to the redemption described in the notice of redemption is not satisfied, interest will cease to accrue on the Notes or portions thereof called for redemption on the applicable redemption date.

(c)　　　At any time prior to August 1, 2021, the Issuer may also redeem all or a part of the Notes, at a redemption price equal to 100% of the aggregate principal amount thereof plus the Applicable Premium as of, and accrued and unpaid interest, if any, on the Notes to be redeemed to, but not including, the date of redemption (subject to the rights of Holders on the relevant record date to receive interest due on the relevant interest payment date).

(d)　　　Any redemption pursuant to this Section 3.07 shall be made pursuant to and in compliance with the provisions of Sections 3.01 through 3.06 hereof.

(e)

(A)　　　Any notice of redemption made in connection with a related transaction or event (including an Equity Offering, contribution, Change of Control, Asset Sale or other transaction) may, at the Issuer's discretion, be given prior to the completion or the occurrence thereof, and any such redemption or notice may, at the Issuer's discretion, be subject to one or more conditions precedent, including, but not limited to, the completion or occurrence of the related transaction or event, as the case may be.

(B)　　　The Issuer may redeem Notes pursuant to one or more of the relevant provisions hereof, and a single notice of redemption may be delivered with respect to redemptions made pursuant to different provisions. Any such notice may provide that redemptions made pursuant to different provisions will have different redemption dates. In addition, if such redemption is subject to satisfaction of one or more conditions precedent, such notice will describe each such condition, and if applicable, will state that, in the Issuer's discretion, the redemption date may be delayed until such time (including more than 60 days after the date the notice of redemption was mailed or delivered, including by electronic transmission) as any or all such conditions are satisfied (or waived by the Issuer in its sole discretion), or that such redemption may not occur and such

notice may be rescinded in the event that any or all such conditions are not satisfied (or waived by the Issuer in its sole discretion) by the redemption date, or by the redemption date as so delayed, or that such notice may be rescinded at any time in the Issuer's discretion if in the good faith judgment of the Issuer any of all of such conditions will not be satisfied. In addition, the Issuer may provide in such notice that payment of the redemption price and performance of the Issuer's obligations with respect to such redemption may be performed by another Person.

(C)     In no event will the Trustee be responsible for monitoring, or charged with knowledge of, the maximum aggregate amount of Notes eligible under this Indenture to be redeemed. Notes will remain outstanding until redeemed, notwithstanding that they have been called for redemption or are subject to a notice of redemption.

Section 3.08    <u>Mandatory Redemption</u>.

The Issuer shall not be required to make mandatory redemption or sinking fund payments with respect to the Notes.

Section 3.09    <u>Calculation of Redemption Price</u>

Neither the Trustee nor any Agent shall have an obligation to calculate the redemption price of any Notes.

ARTICLE 4

COVENANTS

Section 4.01    <u>Payment of Notes</u>.

(a)     The Issuer will pay or cause to be paid the principal of, premium, if any, and interest on the Notes on the dates and in the manner provided in the Notes. Principal, premium, if any, and interest will be considered paid on the date due if the Paying Agent, if other than the Issuer or a Subsidiary of the Issuer, holds as of 10:00 a.m. New York City Time on the Business Day immediately preceding the due date money deposited by the Issuer in immediately available funds and designated for and sufficient to pay all principal of, premium, if any, and interest, then due.

(b)     The Issuer will pay interest on overdue principal at the rate specified therefor in the Notes, and it shall pay interest on overdue installments of interest at the same rate borne by the Notes to the extent lawful.

Section 4.02    <u>Maintenance of Office or Agency</u>.

(a)     The Issuer will maintain in the Borough of Manhattan, the City of New York, an office or agency (which may be an office of the Trustee or an affiliate of the Trustee, Registrar or co−registrar) where Notes may be surrendered for registration of transfer or for exchange and where notices and demands to or upon the Issuer (other than the type contemplated

by Section 14.13) in respect of the Notes and this Indenture may be served. The Issuer will give prompt written notice to the Trustee of the location, and any change in the location, of such office or agency. If at any time the Issuer fails to maintain any such required office or agency or fails to furnish the Trustee with the address thereof, such presentations, surrenders, notices and demands may be made or served at the Corporate Trust Office of the Trustee.

(b)    The Issuer may also from time to time designate one or more other offices or agencies where the Notes may be presented or surrendered for any or all such purposes and may from time to time rescind such designations; *provided, however,* that no such designation or rescission will in any manner relieve the Issuer of its obligation to maintain an office or agency in the Borough of Manhattan, the City of New York for such purposes. The Issuer will give prompt written notice to the Trustee of any such designation or rescission and of any change in the location of any such other office or agency.

(c)    The Issuer hereby designates the Corporate Trust Office of the Trustee as one such office or agency of the Issuer in accordance with Section 2.03 hereof.

Section 4.03    <u>Reports</u>.

(a)    So long as any Notes are outstanding, the Issuer shall make available without cost to the Trustee:

(1)    as soon as available but within 90 days after the end of each financial year of the Issuer, all annual financial statements that would be required to be contained in a filing with the SEC on Form 10-K of the Issuer, plus a "Management's Discussion and Analysis of Financial Condition and Results of Operations", a presentation of EBITDA and Adjusted EBITDA of the Issuer substantially consistent with the presentation thereof in the Offering Document and derived from such financial information and a report on the annual financial statements by the Issuer's independent registered public accounting firm;

(2)    as soon as available but within 45 days after the end of each of the first three fiscal quarters of each financial year of the Issuer, all quarterly financial statements that would be required to be contained in a filing with the SEC on Form 10- Q of the Issuer, plus a "Management's Discussion and Analysis of Financial Condition and Results of Operations" and a presentation of EBITDA and Adjusted EBITDA of the Issuer substantially consistent with the presentation thereof in the Offering Document and derived from such financial information; and

(3)    promptly from time to time after the occurrence of an event required to be therein reported, such other reports (in each case, without exhibits) containing substantially the same information required to be contained in a Current Report on Form 8-K under Item 1.01 (Entry into a Material Definitive Agreement), 1.03 (Bankruptcy or Receivership), 2.01 (Completion of Acquisition or Disposition of Assets), 2.03 (Creation of a Direct Financial Obligation or an Obligation under an Off-Balance Sheet Arrangement of a Registrant), 2.04 (Triggering Events That Accelerate or Increase a Direct Financial Obligation or an Obligation under an Off-Balance Sheet Arrangement),

4.02 (Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review), 5.01 (Changes in Control of Registrant), 5.02(a)(1) and (c)(1) (Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers) and 5.03(b) (Changes in Fiscal Year); *provided*, *however*, that no report in this clause (3) shall be required to be furnished if the Issuer determines in its good faith judgment that such event is not material to the Holders or the business, assets, operations, financial position or prospects of the Issuer and the Restricted Subsidiaries of the Issuer.

(b)     With respect to the reports required to be furnished by Section 4.03(a):

(1)     no such reports referenced under clause (iii) above will be required to include as an exhibit or summary of terms of, any employment or compensatory arrangement agreement, plan or understanding between the Issuer (or any of its Subsidiaries) and any director, manager or executive officer, of the Issuer (or any of its Subsidiaries);

(2)     in no event will such reports be required to comply with Section 302, Section 404 or Section 906 of the Sarbanes-Oxley Act of 2002, or related Items 307 and 308 of Regulation S-K promulgated by the SEC;

(3)     in no event will such report be required to comply with Item 302 of Regulation S-K promulgated by the SEC;

(4)     in no event will such reports be required to comply with Rule 3-10 of Regulation S-X promulgated by the SEC or contain separate financial statement for the Issuer, the Guarantors or other Subsidiaries the shares of which may be pledged to secure the notes or any Guarantee that would be required under (i) Section 3-09 of Regulation S-X or (ii) Section 3-16 of Regulation S-X, respectively, promulgated by the SEC;

(5)     in no event will such reports be required to comply with Regulation G under the Exchange Act or Item 10(e) of Regulation S-K promulgated by the SEC with respect to any non-GAAP financial measures contained therein;

(6)     no such reports referenced under clause (iii) above will be required to be furnished if the Issuer determined in its good faith judgment that such event is not material to the holders or the business, assets, operations or financial position of the Issuer and its Restricted Subsidiaries, taken as a whole;

(7)     in no event will such reports be required to comply with Item 601 of Regulation S-K promulgated by the SEC (with respect to exhibits) or, with respect to reports reference in clause (iii) above, to include as an exhibit copies of any agreements, financial statements or other items that would be required to be filed as exhibits to a current report on Form 8-K;

(8)     trade secrets and other confidential information that is competitively sensitive in the good faith and reasonable determination of the Issuer may be excluded from any disclosure;

(9)     such information will not be required to include information that is not otherwise similar to information contained in the Offering Document;

(10)    to the extent that the Issuer is not a reporting company under the Exchange Act, in no event will such reports be required to be presented in compliance with the requirements of the Public Company Accounting Oversight Board; and

(11)    in no event will such reports contain compensation or beneficial ownership information.

(c)     The Issuer will hold a quarterly conference call for the Holders of the Notes, securities analysts and prospective investors to discuss financial information for the previous fiscal quarter or previous fiscal year, as applicable, to be held as soon as reasonably practicable after furnishing or posting the financial information as set forth in 4.03(a). No fewer than three days prior to the conference call, the Issuer shall post on its website the time and date of such conference call and provide instructions for Holders of Notes, securities analysts and prospective investors to obtain access to such call.

(d)     For so long as any Notes remain outstanding, if at any time they are not required furnish the information required by Section 4.03(a), the Issuer and the Guarantors will furnish to the Holders and to prospective purchasers of the Notes or beneficial owner of the Notes in connection with any sale thereof, upon their request, the information required to be delivered pursuant to Rule 144A(d)(4) under the Securities Act.

(e)     In the event that any direct or indirect parent of the Issuer becomes a Guarantor of the Notes, the Issuer may satisfy its obligations under this Section 4.03 with respect to financial information relating to the Issuer by furnishing financial information relating to such parent; *provided* that the same is accompanied by information that explains in reasonable detail the differences between the information relating to such parent, on the one hand, and the information relating to the Issuer and its Restricted Subsidiaries on a standalone basis, on the other hand.

(f)     Notwithstanding the foregoing, the requirements of this Section 4.03 shall be deemed satisfied by posting reports on the (i) Issuer's website (or on the publicly available website of any of its parent companies or Subsidiaries) or (ii) a password-protected online data system that will require a confidentiality acknowledgment, including Intralinks, SyndTrak or ClearPar provided that access shall also be granted to any bona fide prospective investor, any securities analyst (to the extent providing analysis of investment in the notes) or any market maker in the notes who agrees to treat such information as confidential) containing the financial information (including a "Management's Discussion and Analysis of Financial Condition and Results of Operations" section) that would be required to be included in such reports, subject to exceptions consistent with the presentation of financial information in the Offering Document.

(g)     It is understood that the Trustee shall have no obligation whatsoever to determine whether or not such information, documents or reports have been posted on the Issuer's website, other online data system or filed with the SEC.  The posting or delivery of such reports, information and documents to the Trustee is for informational purposes only and the Trustee's receipt of such shall not constitute constructive notice of any information contained therein or determinable from information contained therein, including the Issuer's compliance with any of its covenants hereunder (as to which the Trustee is entitled to rely exclusively on Officer's Certificates).

(h)     The Trustee has no duty or obligation to monitor the occurrence of a Purchase Trigger Event as defined in the Intercreditor Agreement or give notice thereof to any Person.

Section 4.04     Compliance Certificate.

(a)     The Issuer shall deliver to the Trustee within 120 days after the end of each fiscal year of the Issuer (beginning with the fiscal year ended December 31, 2019) an Officer's Certificate stating that in the course of the performance by the signers of their duties as Officers they would normally have knowledge of any Default and whether or not the signers know of any Default that occurred during such period. If they do, the certificate shall describe the Default, its status and what action the Issuer is taking or proposes to take with respect thereto.

(b)     So long as any of the Notes are outstanding, the Issuer will deliver to the Trustee, forthwith upon any Officer becoming aware of any Default or Event of Default, an Officer's Certificate specifying such Default or Event of Default and what action the Issuer is taking or propose to take with respect thereto.

Section 4.05     Restricted Payments.

(a)     The Issuer will not, and will not permit any of its Restricted Subsidiaries to, directly or indirectly:

(1)     declare or pay any dividend or make any other payment or distribution on account of the Issuer's or any of its Restricted Subsidiaries' Equity Interests (including, without limitation, any payment in connection with any merger or consolidation involving the Issuer or any of its Restricted Subsidiaries) or to the direct or indirect holders of the Issuer's or any of its Restricted Subsidiaries' Equity Interests in their capacity as such (other than dividends or distributions payable in Equity Interests (other than Disqualified Stock) of the Issuer and other than dividends or distributions payable to the Issuer or a Restricted Subsidiary of the Issuer);

(2)     purchase, redeem or otherwise acquire or retire for value (including, without limitation, in connection with any merger or consolidation involving the Issuer) any Equity Interests of the Issuer or any direct or indirect parent of the Issuer;

(3)     make any payment on or with respect to, or purchase, redeem, defease or otherwise acquire or retire for value, any Indebtedness of the Issuer or any Guarantor that

is contractually subordinated to the Notes or to any Note Guarantee (excluding (x) any intercompany Indebtedness between or among the Issuer and any of its Restricted Subsidiaries or (y) the purchase, repurchase or other acquisition of Indebtedness that is contractually subordinated to the Notes or to any Note Guarantee, as the case may be, purchased in anticipation of satisfying a sinking fund obligation, principal installment or final maturity, in each case due within one year of the date of purchase, repurchase or acquisition), except a payment of interest or principal at the Stated Maturity thereof; or

(4)     make any Restricted Investment (all such payments and other actions set forth in these clauses (1) through (4) above being collectively referred to as "*Restricted Payments*"), unless, at the time of and after giving effect to such Restricted Payment:

(A)     no Default or Event of Default has occurred and is continuing or would occur as a consequence of such Restricted Payment;

(B)     the Issuer would, after giving *pro forma* effect thereto as if such Restricted Payment had been made at the beginning of the applicable four-quarter period, have been permitted to incur at least $1.00 of additional Indebtedness pursuant to Section 4.07(a); and

(C)     such Restricted Payment, together with the aggregate amount of all other Restricted Payments made by the Issuer and its Restricted Subsidiaries since the Issue Date (excluding Restricted Payments permitted by clauses (2), (3), (4), (5), (6), (8), (9), (10), (11), (12), (13), (15), (16), (17) and (19) of Section 4.05(b) hereof), is less than the sum, without duplication, of:

(i)     50% of the Consolidated Net Income of the Issuer for the period (taken as one accounting period) from the beginning of the first fiscal quarter of the Issuer commencing after the Issue Date occurred to the end of the Issuer's most recently ended fiscal quarter for which internal financial statements are available at the time of such Restricted Payment (or, if such Consolidated Net Income for such period is a deficit, less 100% of such deficit); *plus*

(ii)     100% of the aggregate net proceeds, including cash and the Fair Market Value of property other than cash, received by the Issuer since the Issue Date (x) as a contribution to its common equity capital or (y) from the issue or sale of Equity Interests of the Issuer or any direct or indirect parent of the Issuer (other than Disqualified Stock, Designated Preferred Stock, Excluded Contributions or Cash Contributions) or from the issue or sale of convertible or exchangeable Disqualified Stock or convertible or exchangeable debt securities that have been converted into or exchanged for such Equity Interests (other than Equity

Interests (or Disqualified Stock or debt securities) sold to a Subsidiary of the Issuer); *plus*

(iii)     to the extent that any Restricted Investment that was made after the Issue Date is sold for cash or otherwise liquidated or repaid for cash, 100% of the aggregate amount received in cash and the Fair Market Value of property other than cash received; *plus*

(iv)     to the extent that any Unrestricted Subsidiary of the Issuer designated as such after the Issue Date is redesignated as a Restricted Subsidiary of the Issuer after the Issue Date or has been merged into, consolidated or amalgamated with or into, or transfers or conveys its assets to, the Issuer or a Restricted Subsidiary of the Issuer, 100% of the Fair Market Value of the Issuer's Investment in such Subsidiary as of the date of such redesignation, combination or transfer (or of the assets transferred or conveyed, as applicable) after deducting any Indebtedness associated with the Unrestricted Subsidiary so designated or combined or any Indebtedness associated with the assets so transferred or conveyed; *plus*

(v)     100% of any dividends or distributions received by the Issuer or a Restricted Subsidiary of the Issuer after the Issue Date from an Unrestricted Subsidiary of the Issuer, to the extent that such dividends or distributions were not otherwise included in the Consolidated Net Income of the Issuer for such period.

(b)     The provisions of Section 4.05(a) hereof will not prohibit:

(1)     the payment of any dividend or distribution or the consummation of any redemption within 60 days after the date of declaration of the dividend or distribution or giving of the redemption notice, as the case may be, if, at the date of declaration or notice, the dividend, distribution or redemption payment would have complied with the provisions of this Indenture;

(2)     the making of any Restricted Payment in exchange for, or out of the net cash proceeds of the substantially concurrent sale (other than to a Subsidiary of the Issuer) of, Equity Interests of the Issuer or any direct or indirect parent of the Issuer (other than Disqualified Stock) or from the substantially concurrent contribution of common equity capital to the Issuer; *provided* that the amount of any such net cash proceeds that are utilized for any such Restricted Payment will be excluded from clause (C)(ii) of Section 4.05(a) hereof;

(3) the repurchase, redemption, defeasance or other acquisition or retirement for value of Indebtedness of the Issuer or any Restricted Subsidiary of the Issuer that is contractually subordinated to the Notes or to any Note Guarantee with the net cash proceeds from a substantially concurrent incurrence of Permitted Refinancing Indebtedness;

(4) the payment of any dividend (or, in the case of any partnership or limited liability company, any similar distribution) by a Restricted Subsidiary of the Issuer to the holders of its Equity Interests on a *pro rata* basis;

(5) the repurchase, redemption or other acquisition or retirement (or dividends or distributions to any direct or indirect parent of the Issuer to finance any such repurchase, redemption or other acquisition or retirement) for value of any Equity Interests of the Issuer or any Restricted Subsidiary of the Issuer or any direct or indirect parent of the Issuer held by any current or former officer, director, consultant or employee of the Issuer or any of its Restricted Subsidiaries or any direct or indirect parent of the Issuer pursuant to any equity subscription agreement, stock option agreement, shareholders' or members' agreement or similar agreement, plan or arrangement; *provided* that the aggregate price paid for all such repurchased, redeemed, acquired or retired Equity Interests may not exceed $10.0 million in any calendar year (which shall increase to $20.0 million subsequent to the consummation of an underwritten public Equity Offering by the Issuer or any of its direct or indirect parent entities) (with unused amounts in any calendar year being permitted to be carried over for the next two succeeding calendar years); *provided, further*, that the amount in any calendar year may be increased by an amount not to exceed:

(i) the cash proceeds received by the Issuer or any of its Restricted Subsidiaries from the sale of Equity Interests (other than Disqualified Stock) of the Issuer or any direct or indirect parent of the Issuer (to the extent contributed to the Issuer) to members of management, directors or consultants of the Issuer and its Restricted Subsidiaries or any direct or indirect parent of the Issuer that occurs after the Issue Date (*provided* that the amount of such cash proceeds utilized for any such repurchase, retirement, other acquisition, or dividend or distribution will not increase the amount available for Restricted Payments under clause (C)(ii) of Section 4.05(a) hereof); *plus*

(ii) the cash proceeds of key man life insurance policies received by the Issuer or any direct or indirect parent of the Issuer (to the extent contributed to the Issuer) and its Restricted Subsidiaries after the Issue Date;

*provided* that the Issuer may elect to apply all or any portion of the aggregate increase contemplated by (i) and (ii) above in any single calendar year;

(6) the repurchase of Equity Interests deemed to occur upon the exercise of stock options or warrants to the extent such Equity Interests represent a portion of the exercise price of those stock options or warrants;

(7)     the declaration and payment of regularly scheduled or accrued dividends or distributions to holders of any class or series of Disqualified Stock of the Issuer or any Restricted Subsidiary of the Issuer issued on or after the Issue Date in accordance with Section 4.07(a) hereof;

(8)     Permitted Payments to Parent;

(9)     purchases of receivables pursuant to a Receivables Repurchase Obligation in connection with a Qualified Receivables Financing;

(10)     the declaration and payment of dividends or distributions to holders of any class or series of Designated Preferred Stock (other than Disqualified Stock) issued after the Issue Date and the declaration and payment of dividends to any direct or indirect parent of the Issuer, the proceeds of which will be used to fund the payment of dividends or distributions to holders of any class or series of Designated Preferred Stock (other than Disqualified Stock) of any direct or indirect parent of the Issuer issued after the Issue Date; *provided*, *however*, that (A) for the most recently ended four full fiscal quarters for which internal financial statements are available immediately preceding the date of issuance of such Designated Preferred Stock, after giving effect to such issuance (and the payment of dividends or distributions) on a pro forma basis, the Issuer could incur an additional $1.00 of Indebtedness pursuant to the Fixed Charge Coverage Ratio, and (B) the aggregate amount of dividends declared and paid pursuant to this clause (10) does not exceed the net cash proceeds actually received by the Issuer (including any such proceeds contributed to the Issuer by any direct or indirect parent of the Issuer) from any such sale of Designated Preferred Stock (other than Disqualified Stock) issued after the Issue Date;

(11)     any Restricted Payment made in connection with the Refinancing Transactions (including payments made in connection with the consummation of the offering of the Initial Notes) and the fees and expenses related thereto;

(12)     Restricted Payments in an aggregate amount equal to the amount of Excluded Contributions previously received by the Issuer and its Restricted Subsidiaries;

(13)     other Restricted Payments in an aggregate amount not to exceed $30.0 million since the Issue Date;

(14)     the satisfaction of change of control obligations and asset sale obligations once the Issuer has fulfilled its obligations under this Indenture with respect to a Change of Control or an Asset Sale;

(15)     the repayment of intercompany debt that was permitted to be incurred under this Indenture;

(16)     cash dividends or other distributions on the Issuer's Capital Stock used to, or the making of loans to any direct or indirect parent of the Issuer to, fund the payment of fees and expenses owed by the Issuer or its Restricted Subsidiaries to Affiliates, to the

extent permitted by Section 4.09 hereof (except for transactions described in Section 4.09(b)(6));

(17) the payment of dividends or distributions on the Issuer's common equity (or the payment of dividends or distributions to a direct or indirect parent of the Issuer to fund the payment by such parent of dividends or distributions on its common equity) of up to 6.0% per calendar year of the net proceeds received by the Issuer from any public Equity Offering or contributed to the Issuer by a direct or indirect parent of the Issuer from any public Equity Offering; *provided* that the amount of any such net cash proceeds that are utilized for any such Restricted Payment will be excluded from clause (C)(ii) of Section 4.05(a) hereof; and

(18) the distribution, as a dividend or otherwise, of shares of Capital Stock of, or Indebtedness owed to the Issuer or a Restricted Subsidiary of the Issuer by, Unrestricted Subsidiaries (other than Unrestricted Subsidiaries the primary assets of which are cash and/or Cash Equivalents); and

(19) any Restricted Payment so long as immediately after giving effect to the making of such Restricted Payment, the Issuer's Net Leverage Ratio does not exceed 3.00 to 1.00;

*provided*, *however*, that at the time of, and after giving effect to, any Restricted Payment permitted under clauses (10), (17) or (19) of this Section 4.05(b), no Default or Event of Default shall have occurred and be continuing or would occur as a consequence thereof.

(c) The amount of all Restricted Payments (other than cash) will be the Fair Market Value on the date of the Restricted Payment of the asset(s) or securities proposed to be transferred or issued by the Issuer or such Restricted Subsidiary, as the case may be, pursuant to the Restricted Payment. In the event that a Restricted Payment meets the criteria of more than one of the exceptions described in (1) through (19) above or is entitled to be made pursuant to Section 4.05(a), the Issuer shall, in its sole discretion, classify such Restricted Payment (or portion thereof) on the date made or later reclassify such Restricted Payment (or portion thereof) in any manner that complies with this Section 4.05.

Section 4.06    Dividend and Other Payment Restrictions Affecting Subsidiaries.

(a) The Issuer will not, and will not permit any of its Restricted Subsidiaries that is not a Guarantor to, directly or indirectly, create or permit to exist or become effective any consensual encumbrance or restriction on the ability of the Issuer or any of its Restricted Subsidiary that is not a Guarantor to:

(1) pay dividends or make any other distributions on its Capital Stock to the Issuer or any of its Restricted Subsidiaries, or with respect to any other interest or participation in, or measured by, its profits, or pay any Indebtedness owed to the Issuer or any of its Restricted Subsidiaries;

(2) make loans or advances to the Issuer or any of its Restricted Subsidiaries; or

(3)     sell, lease or transfer any of its properties or assets to the Issuer or any of its Restricted Subsidiaries.

(b)     The restrictions in Section 4.06(a) hereof will not apply to encumbrances or restrictions existing under or by reason of:

(1)     agreements governing Indebtedness outstanding on the Issue Date, including pursuant to the Credit Agreement and Hedging Obligations and the related documentation;

(2)     this Indenture, the Notes, the Note Guarantees (and any Additional Notes and related Guarantees under this Indenture or other Permitted Additional Pari Passu Obligations) and the Security Documents;

(3)     applicable law, rule, regulation, order, approval, license, permit or similar restriction;

(4)     any instrument governing Indebtedness or Capital Stock of a Person acquired by the Issuer or any of its Restricted Subsidiaries as in effect at the time of such acquisition (except to the extent such Indebtedness or Capital Stock was incurred in connection with or in contemplation of such acquisition), which encumbrance or restriction is not applicable to any Person, or the properties or assets of any Person, other than the Person, or the property or assets of the Person, so acquired; *provided* that, in the case of Indebtedness, such Indebtedness was permitted by the terms of this Indenture to be incurred;

(5)     non−assignment provisions or subletting restrictions in contracts, leases and licenses entered into in the ordinary course of business;

(6)     purchase money obligations for property (including Capital Stock) acquired in the ordinary course of business and Capital Lease Obligations that impose restrictions on the property purchased or leased of the nature described in Section 4.06(a)(3) hereof;

(7)     any agreement for the sale or other disposition of the Capital Stock or assets of a Restricted Subsidiary of the Issuer that restricts distributions by that Restricted Subsidiary pending closing of the sale or other disposition;

(8)     Permitted Refinancing Indebtedness; *provided* that the restrictions contained in the agreements governing such Permitted Refinancing Indebtedness are not materially more restrictive, taken as a whole, than those contained in the agreements governing the Indebtedness being refinanced;

(9)     Liens permitted to be incurred under Section 4.10 hereof that limit the right of the debtor to dispose of the assets securing such Indebtedness;

(10)     provisions limiting the disposition or distribution of assets or property or transfer of Capital Stock in joint venture agreements, asset sale agreements,

sale−leaseback agreements, stock sale agreements, limited liability company organizational documents, and other similar agreements entered into in the ordinary course of business, consistent with past practice or with the approval of the Issuer's Board of Directors, which limitation is applicable only to the assets, property or Capital Stock that are the subject of such agreements;

(11)     any encumbrance or restriction of a Receivables Subsidiary effected in connection with a Qualified Receivables Financing; *provided*, *however*, that such restrictions apply only to such Receivables Subsidiary;

(12)     restrictions on cash, Cash Equivalents, Marketable Securities or other deposits or net worth imposed by customers or lessors under contracts or leases entered into in the ordinary course of business;

(13)     other Indebtedness of Restricted Subsidiaries that are non−Guarantors that is incurred subsequent to the Issue Date pursuant to Section 4.07 hereof;

(14)     encumbrances on property that exist at the time the property was acquired by the Issuer or a Restricted Subsidiary of the Issuer;

(15)     contractual encumbrances or restrictions in effect on the Issue Date;

(16)     customary provisions in master limited partnership agreements, joint venture agreements or arrangements and other similar agreements or arrangements relating solely to such master limited partnership or joint venture;

(17)     any encumbrance or restriction with respect to an Unrestricted Subsidiary pursuant to or by reason of an agreement that the Unrestricted Subsidiary is a party to or entered into before the date on which such Unrestricted Subsidiary became a Restricted Subsidiary of the Issuer; *provided* that such agreement was not entered into in anticipation of the Unrestricted Subsidiary becoming a Restricted Subsidiary of the Issuer and any such encumbrance or restriction does not extend to any assets or property of the Issuer or any Restricted Subsidiary other than the assets and property of such Unrestricted Subsidiary;

(18)     any encumbrance or restriction contained in the terms of any Indebtedness or any agreement pursuant to which such Indebtedness was incurred if either (x) the encumbrance or restriction applies only in the event of a payment default or a default with respect to a financial covenant in such Indebtedness or agreement or (y) the Issuer determines that any such encumbrance or restriction will not materially affect the Issuer's ability to make principal or interest payments on the Notes, as determined in good faith by the Issuer, whose determination shall be conclusive;

(19)     provisions with respect to the receipt of a rebate on an operating lease until all obligations due to a lessor on other operating leases are satisfied or other customary restrictions in respect of assets or contract rights acquired by a Restricted Subsidiary of the Issuer in connection with a Sale/Leaseback Transaction;

(20)    Permitted Additional Pari Passu Obligations or any other Secured Indebtedness otherwise permitted to be incurred pursuant to Sections 4.07 and 4.10 hereof that limit the right of the debtor to dispose of the assets securing such Indebtedness;

(21)    encumbrances and restrictions contained in contracts entered into in the ordinary course of business, not relating to any Indebtedness, and that do not, individually or in the aggregate, detract from the value of property or assets of the Issuer or any Restricted Subsidiary of the Issuer or the ability of the Issuer or such Restricted Subsidiary to realize such value, or to make any distributions relating to such property or assets in each case in any material respect; and

(22)    any encumbrances or restrictions imposed by any amendments or refinancings of the contracts, instruments or obligations referred to above in clauses (1) through (21); *provided* that such encumbrances and restrictions contained in such amendments or refinancings are not materially more restrictive, taken as a whole, than such encumbrances and restrictions prior to such amendment or refinancing.

(c)    For purposes of determining compliance with this Section 4.06, (i) the priority of any preferred stock in receiving dividends or liquidating distributions prior to dividends or liquidating distributions being paid on ordinary shares shall not be deemed a restriction on the ability to make distributions on Capital Stock and (ii) the subordination of loans or advances made to the Issuer or a Restricted Subsidiary of the Issuer to other Indebtedness incurred by the Issuer or any such Restricted Subsidiary shall not be deemed a restriction on the ability to make loans or advances.

Section 4.07    <u>Incurrence of Indebtedness and Issuance of Preferred Equity</u>.

(a)    The Issuer will not, and will not permit any of its Restricted Subsidiaries to, directly or indirectly, create, incur, issue, assume, guarantee or otherwise become directly or indirectly liable, contingently or otherwise, with respect to (collectively, "*incur*") any Indebtedness (including Acquired Debt), and the Issuer will not issue any Disqualified Stock and will not permit any of its Restricted Subsidiaries to issue any shares of preferred equity; *provided*, *however*, that the Issuer may incur Indebtedness (including Acquired Debt) or issue Disqualified Stock, and the Issuer or any Restricted Subsidiary of the Issuer may incur Indebtedness (including Acquired Debt) or issue preferred equity, if on the date thereof the Fixed Charge Coverage Ratio for the Issuer's most recently ended four full fiscal quarters for which internal financial statements are available immediately preceding the date on which such additional Indebtedness is incurred or such Disqualified Stock or such preferred equity is issued, as the case may be, would have been at least 2.0 to 1.0, determined on a pro forma basis (including a pro forma application of the net proceeds therefrom), as if the additional Indebtedness had been incurred or the Disqualified Stock or the preferred equity had been issued, as the case may be, at the beginning of such four−quarter period; *provided*, *further*, that Restricted Subsidiaries of the Issuer that are not Guarantors may not incur Indebtedness or issue any shares of preferred equity if, after giving pro forma effect to such incurrence or issuance (including a pro forma application of the net proceeds therefrom), Indebtedness or preferred

equity at any one time outstanding and incurred by Restricted Subsidiaries of the Issuer that are not Guarantors pursuant to this Section 4.07(a) shall exceed $50.0 million.

(b)        The provisions of Section 4.07(a) hereof will not prohibit the incurrence of any of the following items of Indebtedness (collectively, "*Permitted Debt*"):

(1)        the incurrence under Debt Facilities by the Issuer or any of its Restricted Subsidiaries of Indebtedness and letters of credit and bankers' acceptances thereunder in an aggregate principal amount under this clause (1) (with letters of credit deemed to have a principal amount equal to the maximum potential liability of the Issuer and its Restricted Subsidiaries thereunder) not to exceed the greater of (x) $300.0 million and (y) the Borrowing Base as of the date of incurrence of such Indebtedness outstanding at any one time;

(2)        the incurrence by the Issuer and its Restricted Subsidiaries of Indebtedness to the extent outstanding on the Issue Date;

(3)        the incurrence by the Issuer and its Restricted Subsidiaries (including any future Guarantor) of Indebtedness represented by the Notes and the related Note Guarantees to be issued on the Issue Date (but excluding any Additional Notes issued after the Issue Date);

(4)        Indebtedness (including Capital Lease Obligations), Disqualified Stock and preferred stock incurred by the Issuer or any Restricted Subsidiary of the Issuer, to finance the purchase, lease, design, construction, installation, repair, replacement or improvement of property (real or personal) or equipment that is used or useful in a Permitted Business, whether through the direct purchase of assets or the Capital Stock of any Person owning such assets and Indebtedness arising from the conversion of the obligations of the Issuer or any Restricted Subsidiary of the Issuer under or pursuant to any "synthetic lease" transactions to on-balance sheet Indebtedness of the Issuer or such Restricted Subsidiary, in an aggregate principal amount which, when aggregated with the principal amount of all other Indebtedness, Disqualified Stock and preferred stock incurred pursuant to this clause (4), does not exceed the greater of (x) $40.0 million and (y) 5.0% of Total Assets at the time of incurrence; *provided* that Capital Lease Obligations incurred by the Issuer or any Restricted Subsidiary of the Issuer pursuant to this clause (4) in connection with a Sale/Leaseback Transaction shall not be subject to the foregoing limitation so long as the proceeds of such Sale/Leaseback Transaction are used by the Issuer or such Restricted Subsidiary to permanently repay outstanding Indebtedness of the Issuer and the Restricted Subsidiaries that was secured by a Lien on the assets subject to any such Capital Lease Obligations immediately prior to the entry into such Sale/Leaseback Transaction;

(5)        the incurrence by the Issuer or any of its Restricted Subsidiaries of Permitted Refinancing Indebtedness in exchange for, or the net proceeds of which are used to renew, refund, refinance, replace, defease or discharge any Indebtedness (other than intercompany Indebtedness) that was permitted by this Indenture to be incurred

under Section 4.07(a) hereof or clauses (2), (3), (4), (5), (12), (16) or (17) of this Section 4.07(b);

(6)     the incurrence by the Issuer or any of its Restricted Subsidiaries of intercompany Indebtedness and cash management pooling obligations and arrangements between or among the Issuer and any of its Restricted Subsidiaries; *provided*, *however*, that:

(A)     if the Issuer or any Guarantor is the obligor on such Indebtedness (other than cash management pooling obligations) and the payee is not the Issuer or a Guarantor, such Indebtedness must be expressly subordinated to the prior payment in full in cash of all Obligations then due with respect to the Notes, in the case of the Issuer, or the Note Guarantee, in the case of a Guarantor; and

(B)     (i) any subsequent issuance or transfer of Equity Interests that results in any such Indebtedness being held by a Person other than the Issuer or a Restricted Subsidiary of the Issuer, and (ii) any sale or other transfer of any such Indebtedness to a Person that is not either the Issuer or a Restricted Subsidiary of the Issuer, will be deemed, in each case, to constitute an incurrence of such Indebtedness by the Issuer or such Restricted Subsidiary, as the case may be, that was not permitted by this clause (6);

(7)     the issuance by any of the Issuer's Restricted Subsidiaries to the Issuer or to any of its Restricted Subsidiaries of shares of preferred equity; *provided*, *however*, that:

(A)     any subsequent issuance or transfer of Equity Interests that results in any such preferred equity being held by a Person other than the Issuer or a Restricted Subsidiary of the Issuer, and

(B)     any sale or other transfer of any such preferred equity to a Person that is not either the Issuer or a Restricted Subsidiary of the Issuer,

will be deemed, in each case, to constitute an issuance of such preferred equity by such Restricted Subsidiary that was not permitted by this clause (7);

(8)     the incurrence by the Issuer or any of its Restricted Subsidiaries of Hedging Obligations other than for speculative purposes;

(9)     the Guarantee by the Issuer or any of its Restricted Subsidiaries of Indebtedness and cash management pooling obligations and arrangements of the Issuer or a Restricted Subsidiary of the Issuer that was permitted to be incurred by another provision of this Section 4.07 (including Section 4.07(a) hereof); *provided* that if the Indebtedness being guaranteed is subordinated to or *pari passu* with the Notes, then the Guarantee shall be subordinated or *pari passu*, as applicable, to the same extent as the Indebtedness guaranteed;

(10)    the incurrence by the Issuer or any of its Restricted Subsidiaries of Indebtedness in respect of workers' compensation claims, payment obligations in connection with health or other types of social security benefits, unemployment or other insurance or self−insurance obligations, reclamation, statutory obligations, bankers' acceptances, bid, performance, surety or similar bonds and letters of credit or completion or performance guarantees (including without limitation, performance guarantees pursuant to flying contracts, supply agreements or equipment leases), or other similar obligations in the ordinary course of business or consistent with past practice;

(11)    the incurrence by the Issuer or any of its Restricted Subsidiaries of Indebtedness arising from the honoring by a bank or other financial institution of a check, draft or similar instrument inadvertently drawn against insufficient funds and other obligations in respect of Bank Products;

(12)    Indebtedness, Disqualified Stock or preferred equity of the Issuer or any Restricted Subsidiary of the Issuer incurred or issued to finance an acquisition or of Persons that are acquired by the Issuer or any of its Restricted Subsidiaries or merged into a Restricted Subsidiary of the Issuer in accordance with the terms of this Indenture; *provided*, *however*, that for any such indebtedness outstanding under this clause (12) in excess of $40.0 million, after giving effect to such acquisition and the incurrence of such Indebtedness, Disqualified Stock and preferred equity either:

(A)    the Issuer would be permitted to incur at least $1.00 of additional Indebtedness pursuant to Section 4.07(a) hereof; or

(B)    the Fixed Charge Coverage Ratio would not be less than immediately prior to such acquisition;

(13)    Indebtedness incurred by a Receivables Subsidiary in a Qualified Receivables Financing that is not recourse to the Issuer or any Restricted Subsidiary of the Issuer other than a Receivables Subsidiary (except for Standard Securitization Undertakings);

(14)    the incurrence of Indebtedness arising from agreements of the Issuer or a Restricted Subsidiary of the Issuer providing for indemnification, adjustment of purchase price, earn outs, or similar obligations, in each case, incurred or assumed in connection with the disposition or acquisition of any business, assets or a Subsidiary in accordance with the terms of this Indenture, other than Guarantees of Indebtedness incurred or assumed by any Person acquiring all or any portion of such business, assets or Subsidiary for the purpose of financing such acquisition;

(15)    the incurrence by the Issuer or any of its Restricted Subsidiaries of additional Indebtedness or the issuance of Disqualified Stock or preferred equity in an aggregate principal amount (or accreted value, as applicable) or having an aggregate liquidation preference at any time outstanding not to exceed the greater of (x) $50.0 million and (y) 5.0% of Total Assets (it being understood that any Indebtedness, Disqualified Stock or preferred equity incurred pursuant to this clause (15)

shall cease to be deemed incurred or outstanding for purposes of this Section 4.07 from and after the date on which the Issuer could have incurred such Indebtedness or Disqualified Stock or preferred equity under Section 4.07(a) hereof without reliance upon this clause (15));

(16)     Contribution Indebtedness;

(17)     Indebtedness of Restricted Subsidiaries of the Issuer that are not Guarantors in an amount not to exceed, in the aggregate at any one time outstanding the greater of (x) $40.0 million and (y) 10.0% of Total Non-Guarantor Assets (it being understood that any Indebtedness incurred pursuant to this clause (17) shall cease to be deemed incurred or outstanding for purposes of this clause (17) but shall be deemed incurred under Section 4.07(a) from and after the first date on which such Restricted Subsidiary could have incurred such Indebtedness under Section 4.07(a) without reliance on this clause (17));

(18)     Indebtedness of the Issuer or any Restricted Subsidiary of the Issuer supported by a letter of credit or bank guarantee issued pursuant to a Debt Facility, in a principal amount not in excess of the stated amount of such letter of credit or bank guarantee; and

(19)     Indebtedness of the Issuer or any Restricted Subsidiary of the Issuer consisting of (x) the financing of insurance premiums or (y) take or pay obligations contained in supply arrangements, in each case, in the ordinary course of business.

(c)     The Issuer will not incur, and will not permit any Guarantor to incur, any Indebtedness (including Permitted Debt) that is contractually subordinated in right of payment to any other Indebtedness of the Issuer or such Guarantor unless such Indebtedness is also contractually subordinated in right of payment to the Notes and the applicable Note Guarantee on substantially identical terms; *provided*, *however*, that no Indebtedness shall be deemed to be contractually subordinated in right of payment to any other Indebtedness solely by virtue of being unsecured or by virtue of being secured on a first or junior Lien basis.

(d)     For purposes of determining compliance with this Section 4.07, in the event that an item of proposed Indebtedness, Disqualified Stock or preferred equity meets the criteria of more than one of the categories of Permitted Debt described in clauses (1) through (19) above or is entitled to be incurred pursuant to Section 4.07(a) hereof, the Issuer will be permitted to classify such item of Indebtedness, Disqualified Stock or preferred equity on the date of its incurrence and will only be required to include the amount and type of such Indebtedness, Disqualified Stock or preferred equity in one of the above clauses, although the Issuer may divide and classify an item of Indebtedness, Disqualified Stock or preferred equity in one or more of the types of Indebtedness, Disqualified Stock or preferred equity and may later reclassify all or a portion of such item of Indebtedness, Disqualified Stock or preferred equity, in any manner that complies with this Section 4.07; *provided* that all Indebtedness outstanding under the Credit Agreement on the Issue Date shall be treated as incurred on the Issue Date under Section 4.07(b)(1) and shall not later be reclassified.

(e)     The accrual of interest or dividends, the accretion or amortization of original issue discount, the payment of interest on any Indebtedness in the form of additional Indebtedness with the same terms, the reclassification of preferred equity as Indebtedness due to a change in accounting principles, the payment of dividends on Disqualified Stock or preferred equity in the form of additional shares of the same class of Disqualified Stock or preferred equity and unrealized losses or charges in respect of Hedging Obligations (including those resulting from the application of Standards Codification No. 815—Derivatives and Hedging) will not be deemed to be an incurrence of Indebtedness or an issuance of Disqualified Stock or preferred equity for purposes of this Section 4.07; *provided*, in each such case (other than preferred stock that is not Disqualified Stock), that the amount of any such accrual, accretion or payment is included in Fixed Charges of the Issuer as accrued.  Notwithstanding any other provision of this Section 4.07, the maximum amount of Indebtedness that the Issuer or any Restricted Subsidiary of the Issuer may incur pursuant to this Section 4.07 shall not be deemed to be exceeded solely as a result of fluctuations in exchange rates or currency values.

(f)     For purposes of determining compliance with any U.S. dollar denominated restriction on the incurrence of Indebtedness where the Indebtedness incurred is denominated in a different currency, the amount of such Indebtedness will be the U.S. Dollar Equivalent determined on the date of the establishment of the facility or instrument under which such Indebtedness was incurred; *provided*, *however*, that if such Indebtedness denominated in a different currency is subject to a Currency Agreement with respect to U.S. dollars, covering all principal, premium, if any, and interest payable on such Indebtedness, the amount of such Indebtedness expressed in U.S. dollars will be as provided in such Currency Agreement. The principal amount of any refinancing Indebtedness incurred in the same currency as the Indebtedness being refinanced will be the U.S. Dollar Equivalent of the Indebtedness refinanced, except to the extent that (i) such U.S. Dollar Equivalent was determined based on a Currency Agreement, in which case the refinancing Indebtedness will be determined in accordance with the preceding sentence, and (ii) the principal amount of the refinancing Indebtedness exceeds the principal amount of the Indebtedness being refinanced, in which case the U.S. Dollar Equivalent of such excess, as appropriate, will be determined on the date such refinancing Indebtedness is incurred.

(g)     The amount of any Indebtedness outstanding as of any date will be:

(1)     the accreted value of the Indebtedness, in the case of any Indebtedness issued with original issue discount; (2) the principal amount of the Indebtedness, in the case of any other Indebtedness; and

(2)     in respect of Indebtedness of another Person secured by a Lien on the assets of the specified Person, the lesser of:

(A)     the Fair Market Value of such assets at the date of determination; and

(B)     the amount of the Indebtedness of the other Person.

Section 4.08     Asset Sales.

(a)     The Issuer will not, and will not permit any of its Restricted Subsidiaries to, consummate an Asset Sale unless:

(1)     the Issuer (or the Restricted Subsidiary of the Issuer, as the case may be) receives consideration at the time of the Asset Sale at least equal to the Fair Market Value (such Fair Market Value to be determined on the date of contractually agreeing to such Asset Sale) of the assets or Equity Interests issued or sold or otherwise disposed of;

(2)     at least 75% of the aggregate consideration received from such Asset Sale and all other Asset Sales since the Issue Date, on a cumulative basis, by the Issuer or such Restricted Subsidiary is in the form of cash, Cash Equivalents, Marketable Securities or Additional Assets, or any combination thereof. For purposes of this provision, each of the following shall be deemed to be cash:

(A)     any liabilities of the Issuer or any Restricted Subsidiary of the Issuer (other than contingent liabilities and liabilities that are by their terms subordinated to the Notes or any Note Guarantee) that are assumed by the transferee of any such assets and as a result of which the Issuer or such Restricted Subsidiary is released from further liability;

(B)     any securities, notes, other obligations or assets received by the Issuer or any such Restricted Subsidiary from such transferee that are converted by the Issuer or such Restricted Subsidiary into cash or Cash Equivalents within 180 days of the receipt thereof, to the extent of the cash or Cash Equivalents received in that conversion;

(C)     any Designated Non−cash Consideration received by the Issuer or any of its Restricted Subsidiaries in such Asset Sale; *provided* that the aggregate Fair Market Value of such Designated Non−cash Consideration, taken together with the Fair Market Value at the time of receipt of all other Designated Non−cash Consideration received pursuant to this clause (C) less the amount of Net Proceeds previously realized in cash from prior Designated Non−cash Consideration is less than the greater of (x) $40.0 million and (y) 5.0% of Total Assets at the time of the receipt of such Designated Non−cash Consideration (with the Fair Market Value of each item of Designated Non−cash Consideration being measured at the time received and without giving effect to subsequent changes in value); and

(D)     accounts receivable of a business retained by the Issuer or any of its Restricted Subsidiaries, as the case may be, following the sale of such business; *provided* that such accounts receivable (i) are not past due more than 90 days and (ii) do not have a payment date greater than 120 days from the date of the invoices creating such accounts receivable; and

(E)     any Capital Stock or assets of the kind referred to in Section 4.08(b)(1)(F), (G) or (H).

(3)     if such Asset Sale involves the disposition of Collateral, the Issuer or such Restricted Subsidiary has complied with the provisions of this Indenture and the Security Documents; and

(4)     if such Asset Sale involves the disposition of Notes Priority Collateral or, after the discharge of ABL Obligations, the disposition of ABL Facility Priority Collateral, and, if any property other than cash or Cash Equivalents is included in such Net Proceeds, such property shall be made subject to the Note Liens.

(b)     Within 365 days after the receipt of any Net Proceeds from an Asset Sale, the Issuer (or the applicable Restricted Subsidiary of the Issuer, as the case may be) may:

(1)     apply such Net Proceeds, at its option:

(A)     to the extent such Net Proceeds constitute proceeds from the sale of ABL Facility Priority Collateral, to repay Indebtedness under the Credit Agreement secured by such ABL Facility Priority Collateral;

(B)     to the extent such Net Proceeds constitute proceeds from the sale of Notes Priority Collateral, to permanently repay, equally and ratably, the Notes and any Permitted Additional Pari Passu Obligations;

(C)     if the assets subject of such Asset Sale do not constitute Collateral, but constitute collateral for other pari passu Indebtedness, which Lien is permitted by this Indenture, to reduce Obligations under such other pari passu Indebtedness that is secured by such Lien (provided that such reduction, in the case of revolving credit Indebtedness, correspondingly and permanently reduces commitments thereunder);

(D)     if the assets subject of such Asset Sale do not constitute Collateral or collateral for any pari passu Indebtedness, to permanently reduce (or offer to reduce) Obligations under the Notes and other pari passu Indebtedness (and to correspondingly and permanently reduce commitments with respect thereto); provided that the Issuer shall equally and ratably reduce Obligations under the Notes and any Permitted Additional Pari Passu Obligations on a *pro rata* basis; provided that all reductions of or offers to reduce Obligations under the Notes shall be made pursuant to and in compliance with Section 3.07 or through open−market purchases (to the extent such purchases are at or above 100.0% of the principal amount thereof) or by making an offer (in accordance with the procedures set forth below for an Asset Sale Offer) to all Holders to purchase their Notes at 100.0% of the principal amount thereof, plus the amount of accrued but unpaid interest, if any, on the amount of Notes to be repurchased;

(E)     if the assets subject of such Asset Sale are the property or assets of a Restricted Subsidiary of the Issuer that is not a Guarantor, to permanently reduce Indebtedness of such Restricted Subsidiary (and to correspondingly and permanently reduce commitments with respect thereto), other than Indebtedness owed to the Issuer or another Restricted Subsidiary of the Issuer;

(F)     to acquire all or substantially all of the assets of, or any Capital Stock of, another Permitted Business; *provided*, that in the case of any such acquisition of Capital Stock, such Person is or becomes a Restricted Subsidiary of the Issuer;

(G)     to acquire other short− or long−term assets that are not classified as current assets under GAAP and that are used or useful in a Permitted Business; or

(H)     to invest in Additional Assets; or

(2)     enter into a binding commitment to apply the Net Proceeds pursuant to Section 4.08(b)(1)(F), (G) or (H), *provided* that such binding commitment shall be treated as a permitted application of the Net Proceeds from the date of such commitment until the earlier of (x) the date on which such acquisition or expenditure is consummated, and (y) the 180th day following the expiration of the aforementioned 365 day period.

In the case of Section 4.08(b)(1)(F), (G) and (H), the assets acquired with the Net Proceeds from an Asset Sale of assets constituting Collateral (or assets received in exchange therefor pursuant to Section 4.08(a)(2)) shall be pledged as Collateral under the Security Documents (except that the aggregate Net Proceeds from Asset Sales of assets constituting Collateral (or assets received in exchange therefor pursuant to Section 4.08(a)(2)), taken together with all other Net Proceeds from Asset Sales of assets constituting Collateral (or assets received in exchange therefor pursuant to Section 4.08(a)(2)) previously excluded, may be excluded from this requirement in an aggregate amount not to exceed the greater of (x) $40.0 million and (y) 5.0% of Total Assets at the time of the receipt of such Net Proceeds or such exchange).

(c)     Pending the final application of any Net Proceeds, the Issuer may temporarily reduce revolving credit borrowings or otherwise invest the Net Proceeds in any manner that is not prohibited by this Indenture.

(d)     Any Net Proceeds from Asset Sales that are not applied or invested as provided in Section 4.08(b) will constitute "*Excess Proceeds*." Not later than the 366th day (or such later date as permitted by Section 4.08(b)(2)) from the later of the date of such Asset Sale or the receipt of such Net Proceeds, if the aggregate amount of Excess Proceeds exceeds $25.0 million, within ten Business Days thereof, the Issuer will make an offer to all Holders of Notes (an "*Asset Sale Offer*") and (x) in the case of Net Proceeds from Notes Priority Collateral, to the holders of any other Permitted Additional Pari Passu Obligations containing provisions similar to those set forth in this Indenture with respect to offers to purchase or redeem with the proceeds of sales of assets or (y) in the case of any other Net Proceeds, to all holders of other Permitted Additional Pari Passu Obligations containing provisions similar to those set forth in this Indenture with respect to offers to purchase or redeem with the proceeds of sales of assets to purchase the maximum principal amount of Notes and Permitted Additional Pari Passu Obligations that may be purchased out of the Excess Proceeds. The offer price in any Asset Sale Offer will be equal to 100% of the principal amount plus accrued and unpaid interest, if any, to, but excluding, the date of purchase and will be payable in cash. If any Excess Proceeds remain after consummation of an Asset Sale Offer, the Issuer or any Restricted Subsidiary of the Issuer

may use those Excess Proceeds for any purpose not otherwise prohibited by this Indenture. If the aggregate principal amount of Notes and Permitted Additional Pari Passu Obligations tendered into such Asset Sale Offer exceeds the amount of Excess Proceeds, the Trustee will select the Notes to be purchased on a *pro rata* basis. Upon completion of each Asset Sale Offer, the amount of Excess Proceeds will be reset at zero.

(e)     The Issuer will comply with the requirements of Rule 14e−1 under the Exchange Act and any other securities laws and regulations thereunder to the extent those laws and regulations are applicable in connection with each repurchase of Notes pursuant to an Asset Sale Offer. To the extent that the provisions of any securities laws or regulations conflict with the Asset Sale provisions of this Indenture, the Issuer will comply with the applicable securities laws and regulations and will not be deemed to have breached its obligations under the Asset Sale provisions of this Indenture by virtue of such compliance.

(f)     Not later than the date upon which written notice of an Asset Sale Offer is delivered to the Trustee as provided above, the Issuer shall deliver to the Trustee an Officer's Certificate as to (i) the amount of the Excess Proceeds, (ii) the allocation of the Net Proceeds from the Asset Sales pursuant to which such Asset Sale Offer is being made and (iii) the compliance of such allocation with the provisions of this Section 4.08. Upon the expiration of the period for which the Asset Sale Offer remains open (the "*Offer Period*"), the Issuer shall deliver to the Trustee for cancellation the Notes or portions thereof that have been properly tendered to and are to be accepted by the Issuer. No later than one Business Day preceding any date of purchase, the Issuer shall deposit with the Trustee (or a Paying Agent, if not the Trustee) the purchase price for the tendered Notes and the Trustee (or a Paying Agent, if not the Trustee) shall, on the date of purchase, mail or deliver payment to each tendering Holder in the amount of the purchase price. In the event that the Excess Proceeds delivered by the Issuer to the Trustee is greater than the purchase price of the Notes tendered, the Trustee shall deliver the excess to the Issuer immediately after the expiration of the Offer Period for application in accordance with this Section 4.08.

(g)     Holders electing to have a Note purchased shall be required to surrender the Note, with the form entitled "Option of Holder to Elect Purchase" attached to the Note duly completed, to the Issuer at the address specified in the notice at least three Business Days prior to the purchase date. Holders shall be entitled to withdraw their election if the Trustee or the Issuer receives not later than one Business Day prior to the purchase date, a telegram, telex, facsimile transmission or letter setting forth the name of the Holder, the principal amount of the Note which was delivered by the Holder for purchase and a statement that such Holder is withdrawing his election to have such Note purchased. If at the end of the Offer Period more Notes are tendered pursuant to an Asset Sale Offer than the Issuer is required to purchase, selection of such Notes for purchase shall be made by the Trustee in compliance with the requirements of the principal national securities exchange, if any, on which such Notes are listed, or if such Notes are not so listed, on a *pro rata* basis, by lot or by such other method as the Trustee shall deem fair and appropriate (and in such manner as complies with applicable legal requirements); *provided* that no Notes of $2,000 or less shall be purchased in part.

(h)     Notices of an Asset Sale Offer shall be mailed by the Issuer by first class mail, postage prepaid, or otherwise delivered in accordance with the applicable procedures of

DTC, at least 30 but not more than 60 days before the purchase date to each Holder at such Holder's registered address. If any Note is to be purchased in part only, any notice of purchase that relates to such Security shall state the portion of the principal amount thereof that is to be purchased.

(i)     A new Note in principal amount equal to the unpurchased portion of any Note purchased in part shall be issued in the name of the Holder thereof upon cancellation of the original Note. On and after the purchase date, unless the Issuer defaults in payment of the purchase price, interest shall cease to accrue on Notes or portions thereof purchased.

Section 4.09     <u>Transactions with Affiliates</u>.

(a)     The Issuer will not, and will not permit any of its Restricted Subsidiaries to, make any payment to, or sell, lease, transfer or otherwise dispose of any of its properties or assets to, or purchase any property or assets from, or enter into or make or amend any transaction, contract, agreement, understanding, loan, advance or guarantee with, or for the benefit of, any Affiliate of the Issuer (each, an "*Affiliate Transaction*"), involving aggregate consideration in excess of $10.0 million, unless:

(1)     the Affiliate Transaction is on terms that are not materially less favorable to the Issuer or the relevant Restricted Subsidiary than those that would have been obtained in a comparable transaction by the Issuer or such Restricted Subsidiary with an unrelated Person; and

(2)     the Issuer delivers to the Trustee with respect to any Affiliate Transaction or series of related Affiliate Transactions involving aggregate consideration in excess of $40.0 million, a resolution of the Board of Directors of the Issuer certifying that such Affiliate Transaction complies with this Section 4.09 and that such Affiliate Transaction has been approved by a majority of the disinterested members, if any, of the Board of Directors of the Issuer.

(b)     The following items will not be deemed to be Affiliate Transactions and, therefore, will not be subject to the provisions of Section 4.09(a) hereof:

(1)     any employment agreement, employee benefit plan, officer or director indemnification agreement or any similar arrangement entered into by the Issuer or any of its Restricted Subsidiaries in the ordinary course of business or consistent with past practice and payments pursuant thereto;

(2)     transactions (including a merger) between or among the Issuer and/or any of its Restricted Subsidiaries;

(3)     transactions with a Person (other than an Unrestricted Subsidiary of the Issuer) that is an Affiliate of the Issuer solely because the Issuer owns, directly or through a Restricted Subsidiary of the Issuer, an Equity Interest in, or controls, such Person;

(4)     payment of reasonable fees to, and indemnity provided on behalf of, officers, directors, employees or consultants of the Issuer or any of its Restricted Subsidiaries or any direct or indirect parent of the Issuer;

(5)     any contribution to the capital of the Issuer or any issuance of Equity Interests (other than Disqualified Stock) of the Issuer to Affiliates of the Issuer or to any director, officer, employee or consultant of the Issuer or any direct or indirect parent of the Issuer, and the granting and performance of registration rights;

(6)     Restricted Payments and Investments that do not violate Section 4.05 hereof;

(7)     the entering into any agreement to pay, and the payment of, customary annual management, consulting, monitoring and advisory fees to the Equity Investors in an amount not to exceed in any four quarter period the greater of (x) $2.5 million and (y) 1.0% of Consolidated Adjusted EBITDA of the Issuer and its Restricted Subsidiaries for such period and related expenses;

(8)     loans or advances to employees or consultants in the ordinary course of business or consistent with past practice;

(9)     any transaction effected as part of a Qualified Receivables Financing;

(10)     any transaction in which the Issuer or any of its Restricted Subsidiaries, as the case may be, delivers to the Trustee a letter from an accounting, appraisal or investment banking firm of national standing stating that such transaction is fair to the Issuer or such Restricted Subsidiary from a financial point of view or that such transaction meets the requirements of clause (1) of Section 4.09(a);

(11)     the existence of, or the performance by the Issuer or any of its Restricted Subsidiaries of its obligations under the terms of, any acquisition agreements or members' or stockholders' agreement or related documents to which it is a party as of the Issue Date and any amendment thereto or similar agreements which it may enter into thereafter; *provided*, *however*, that the existence of, or the performance by the Issuer or any of its Restricted Subsidiaries of its obligations under, any future amendment to any such existing agreement or under any similar agreement entered into after the Issue Date shall only be permitted by this clause (11) to the extent that the terms of any such existing agreement, together with all amendments thereto, taken as a whole, or such new agreement are not otherwise more disadvantageous to the Holders taken as a whole than the original agreement as in effect on the Issue Date;

(12)     transactions with Unrestricted Subsidiaries, customers, clients, suppliers, joint ventures, joint venture partners or purchasers or sellers of goods or services or lessors or lessees of property, in each case in the ordinary course of business and otherwise in compliance with the terms of this Indenture which are, in the aggregate (taking into account all the costs and benefits associated with such transactions), materially no less favorable to the Issuer or its Restricted Subsidiaries than those that would have been obtained in a comparable transaction by the Issuer or such Restricted

Subsidiary with an unrelated Person, in the reasonable determination of the Board of Directors of the Issuer or senior management of either of them, or are on terms at least as favorable as might reasonably have been obtained at such time from an unaffiliated party;

(13)    (x) guarantees of performance by the Issuer and its Restricted Subsidiaries of Unrestricted Subsidiaries in the ordinary course of business, except for guarantees of Indebtedness in respect of borrowed money, and (y) pledges of Equity Interests of Unrestricted Subsidiaries for the benefit of lenders of Unrestricted Subsidiaries;

(14)    if such Affiliate Transaction is with a Person in its capacity as a holder of Indebtedness or Capital Stock of the Issuer or any Restricted Subsidiary of the Issuer where such Person is treated no more favorably than the holders of Indebtedness or Capital Stock of the Issuer or any Restricted Subsidiary of the Issuer;

(15)    transactions effected pursuant to agreements in effect on the Issue Date and any amendment, modification or replacement of such agreement (so long as such amendment or replacement is not materially more disadvantageous to the Holders, taken as a whole);

(16)    payments to the Equity Investors made for any financial advisory, financing or other investment banking activities, including without limitation, in connection with acquisitions or divestitures, which payments are approved by a majority of the Board of Directors;

(17)    the Refinancing Transactions and the payment of all fees and expenses related to the Refinancing Transactions, in each case, as contemplated in the Offering Document;

(18)    intellectual property licenses in the ordinary course of business; and

(19)    transactions between the Issuer or any of its Restricted Subsidiaries and any Person, a director of which is also a director of the Issuer; *provided*, *however*, that such director abstains from voting as a director of the Issuer on any matter involving such other Person.

Section 4.10    Liens.

(a)    The Issuer will not, and will not permit any Restricted Subsidiary of the Issuer to, directly or indirectly, create, incur or assume any Lien (other than Permitted Liens) on any asset or property of the Issuer or such Restricted Subsidiary that secures any Indebtedness of the Issuer or such Restricted Subsidiary or any related Guarantees, except that the Issuer and any Restricted Subsidiary of the Issuer may incur or suffer to exist Liens on assets not constituting Collateral, so long as the Issuer or such Restricted Subsidiary effectively provides that the Notes or the applicable Note Guarantee, as the case may be, shall be equally and ratably secured with (or on a senior basis to, in the case such Lien secures any Indebtedness that is contractually subordinated in right of payment to the Notes or the applicable Note Guarantee) the Indebtedness or related Guarantees secured by such Lien.

(b)     Section 4.10(a) will not require the Issuer or any Restricted Subsidiary of the Issuer to secure the Notes if the relevant Lien consists of a Permitted Lien. Any Lien which is granted to secure the Notes or such Note Guarantee under Section 4.10(a) shall be automatically released and discharged at the same time as the release of the Lien that gave rise to the obligation to secure the Notes or such Note Guarantee under Section 4.10(a).

(c)     For purposes of determining compliance with this Section 4.10, (i) a Lien need not be incurred solely by reference to one category of Permitted Liens described in the definition thereof but is permitted to be incurred in part under any combination thereof and of any other available exemption and (ii) in the event that a Lien (or any portion thereof) meets the criteria of one of more of the categories of Permitted Liens, the Issuer will, in its sole discretion, be entitled to divide, classify or reclassify, in whole or in part, any such Lien (or any portion thereof) among one or more of such categories or clauses in any manner.

Section 4.11     [Reserved].

Section 4.12     Offer to Repurchase Upon Change of Control.

(a)     Upon the occurrence of a Change of Control, the Issuer will make an offer (a "*Change of Control Offer*") to each Holder to repurchase all or any part (equal to $2,000 or an integral multiple of $1,000 in excess of $2,000) of that Holder's Notes at a purchase price in cash equal to 101% of the aggregate principal amount of Notes repurchased plus accrued and unpaid interest, if any, on the Notes repurchased to, but not including, the date of purchase, subject to the rights of Holders on the relevant record date to receive interest due on the relevant interest payment date (the "*Change of Control Payment*"). Within 30 days following any Change of Control, except to the extent that the Issuer has exercised its right to redeem the Notes in accordance with Article 3 of this Indenture, the Issuer will mail a notice to each Holder or otherwise deliver notice in accordance with the applicable procedures of DTC, with a copy to the Trustee, describing the transaction or transactions that constitute the Change of Control and stating:

(1)     that the Change of Control Offer is being made pursuant to this Section 4.12 and that all Notes properly tendered pursuant to such Change of Control Offer will be accepted for payment;

(2)     the purchase price and the purchase date, which shall be no earlier than 15 days and no later than 60 days from the date such notice is mailed or otherwise delivered in accordance with the applicable procedures of DTC (the "*Change of Control Payment Date*");

(3)     that any Note not tendered will continue to accrue interest;

(4)     that, unless the Issuer defaults in the payment of the Change of Control Payment, all Notes accepted for payment pursuant to the Change of Control Offer will cease to accrue interest after the Change of Control Payment Date;

(5)     that Holders electing to have any Notes purchased pursuant to a Change of Control Offer will be required to surrender the Notes, with the form entitled "Option of

Holder to Elect Purchase" attached to the Notes completed, or transfer by book−entry transfer, to the Trustee at the address specified in the notice prior to the close of business on the third Business Day preceding the Change of Control Payment Date;

(6)     that Holders will be entitled to withdraw their election if the Trustee receives, not later than the close of business on the second Business Day preceding the Change of Control Payment Date, a telegram, telex, facsimile transmission or letter setting forth the name of the Holder, the principal amount of Notes delivered for purchase, and a statement that such Holder is withdrawing his election to have the Notes purchased; and

(7)     that Holders whose Notes are being purchased only in part will be issued new Notes equal in principal amount to the unpurchased portion of the Notes surrendered, which unpurchased portion must be equal to $2,000 in principal amount or an integral multiple of $1,000 in excess of $2,000.

The Issuer will comply with the requirements of Rule 14e−1 under the Exchange Act and any other securities laws and regulations thereunder to the extent those laws and regulations are applicable in connection with the repurchase of the Notes as a result of a Change of Control. To the extent that the provisions of any securities laws or regulations conflict with the provisions of this Section 4.12 hereof, the Issuer will comply with the applicable securities laws and regulations and will not be deemed to have breached its obligations under this Section 4.12 by virtue of such compliance.

(b)     On the Business Day immediately preceding the Change of Control Payment Date, the Issuer will, to the extent lawful, deposit with the Paying Agent an amount equal to the Change of Control Payment in respect of all Notes or portions of Notes accepted for payment.

(c)     On the Change of Control Payment Date, the Issuer will, to the extent lawful:

(1)     accept for payment all Notes or portions of Notes (in a minimum principal amount of $2,000 and integral multiples of $1,000 in excess of $2,000) properly tendered pursuant to the Change of Control Offer and not properly withdrawn; and

(2)     deliver or cause to be delivered to the Trustee the Notes properly accepted together with an Officer's Certificate stating the aggregate principal amount of Notes or portions of Notes being purchased by the Issuer.

The Paying Agent will promptly mail or otherwise deliver in accordance with the applicable procedures of DTC to each Holder properly tendered the Change of Control Payment for such Notes, and the Trustee, upon receipt of an Authentication Order, will promptly authenticate and mail or otherwise deliver in accordance with the applicable procedures of DTC (or cause to be transferred by book entry) to each Holder a new Note equal in principal amount to any unpurchased portion of the Notes surrendered, if any; *provided*, that each new Note will be in a principal amount of $2,000 or an integral multiple of $1,000 in excess of $2,000. The

Issuer will publicly announce the results of the Change of Control Offer on or as soon as reasonably practicable after the Change of Control Payment Date.

(d)     In the event that Holders of not less than 90% in aggregate principal amount of the outstanding Notes accept a Change of Control Offer, Alternate Offer or other tender offer to purchase all of the Notes and the Issuer (or any third party making such Change of Control Offer, Alternate Offer or other tender offer to purchase all of the Notes in lieu of the Issuer) purchases all of the Notes held by such Holders, the Issuer shall have the right, upon not less than 15 nor more than 60 days prior notice, given not more than 15 days following the purchase pursuant to the Change of Control Offer, Alternate Offer or other tender offer to purchase all of the Notes, to redeem all of the Notes that remain outstanding following such purchase at a redemption price in cash equal to the price offered to each other Holder in the Change of Control Offer, Alternate Offer or other tender offer plus, to the extent not included in the Change of Control Offer, Alternate Offer or other tender offer, accrued and unpaid interest, if any on the Notes that remain outstanding, to, but excluding, to the date of redemption (subject to the right of Holders of record on the relevant record date to receive interest due on the relevant interest payment date).

(e)     Notwithstanding anything to the contrary in this Section 4.12, the Issuer will not be required to make a Change of Control Offer upon a Change of Control if (1) a third party makes the Change of Control Offer in the manner, at the times and otherwise in compliance with the requirements set forth in this Section 4.12 and purchases all Notes properly tendered and not withdrawn under the Change of Control Offer, (2) notice of redemption of all outstanding Notes has been previously or is concurrently electronically delivered or mailed pursuant to Section 3.03 hereof, unless and until there is a default in payment of the applicable redemption price or (3) in connection with or in contemplation of any Change of Control, the Issuer has made an offer to purchase (an "*Alternate Offer*") any and all validly tendered at a cash price equal to or higher than the Change of Control Payment and has purchased all Notes properly tendered in accordance with the terms of the Alternate Offer. Notwithstanding anything to the contrary contained in this Indenture, a Change of Control Offer or an Alternate Offer may be made in advance of a Change of Control, conditioned upon the consummation of such Change of Control, if a definitive agreement is in place for the Change of Control at the time the Change of Control Offer or the Alternate Offer is made. The closing date of any such Change of Control Offer or any such Alternate Offer made in advance of a Change of Control may be changed to conform to the actual closing date of the Change of Control; *provided* that such closing date is not earlier than 15 days nor later than 60 days from the date the Change of Control Offer notice is sent as described in Section 4.12(a) hereof, subject to the extension in the event of a conditional offer.

(f)     The Issuer's obligation to make a Change of Control Offer pursuant to this Section 4.12 may be waived or modified or terminated with the written consent of the Holders of a majority in principal amount of the Notes then outstanding (including consents obtained in connection with a tender offer or exchange offer for the Notes) prior to the occurrence of such Change of Control.

Section 4.13     [Reserved].

Section 4.14    Additional Note Guarantees.

If any Restricted Subsidiary of the Issuer (other than any Excluded Subsidiary) that is not already a Guarantor Guarantees any Debt Facilities of the Issuer (or any other Restricted Subsidiary), then such Restricted Subsidiary will become a Guarantor and execute a supplemental indenture substantially in the form of Exhibit D hereto and the applicable Security Documents or joinders or supplements thereto and deliver an Opinion of Counsel and Officer's Certificate required by this Indenture to the Trustee within 30 days of the date on which it was acquired or created; *provided* that this Section 4.14 shall not be applicable to any Guarantee of any Restricted Subsidiary of the Issuer that existed at the time such Person became a Restricted Subsidiary of the Issuer and was not incurred in connection with, or in contemplation of, such Person becoming a Restricted Subsidiary of the Issuer.

Section 4.15    Designation of Restricted and Unrestricted Subsidiaries.

(a)    The Board of Directors of the Issuer may designate any Restricted Subsidiary of the Issuer to be an Unrestricted Subsidiary if that designation would not cause a Default. If a Restricted Subsidiary of the Issuer is designated as an Unrestricted Subsidiary, the aggregate Fair Market Value of all outstanding Investments owned by the Issuer and its Restricted Subsidiaries in the Subsidiary designated as an Unrestricted Subsidiary will be deemed to be an Investment made as of the time of the designation and will reduce the amount available for Restricted Payments under Section 4.05 hereof or under one or more clauses of the definition of Permitted Investments, as determined by the Issuer. That designation will only be permitted if the Investment would be permitted at that time and if the Restricted Subsidiary otherwise meets the definition of an Unrestricted Subsidiary. The Board of Directors of the Issuer may redesignate any Unrestricted Subsidiary to be a Restricted Subsidiary if that redesignation would not cause a Default.

(b)    Any designation of a Subsidiary of the Issuer as an Unrestricted Subsidiary will be evidenced to the Trustee by filing with the Trustee a certified copy of a resolution of the Board of Directors giving effect to such designation and an Officer's Certificate certifying that such designation complied with the preceding conditions and was permitted by Section 4.05 hereof. If, at any time, any Unrestricted Subsidiary would fail to meet the preceding requirements as an Unrestricted Subsidiary, it will thereafter cease to be an Unrestricted Subsidiary for purposes of this Indenture and any Indebtedness of such Subsidiary will be deemed to be incurred by a Restricted Subsidiary of the Issuer as of such date and, if such Indebtedness is not permitted to be incurred as of such date under Section 4.07 hereof, the Issuer will be in default of such covenant.  The Board of Directors of the Issuer may at any time designate any Unrestricted Subsidiary to be a Restricted Subsidiary of the Issuer; *provided* that such designation will be deemed to be an incurrence of Indebtedness by a Restricted Subsidiary of the Issuer of any outstanding Indebtedness of such Unrestricted Subsidiary, and such designation will only be permitted if (1) (x) the Issuer could incur such Indebtedness pursuant to Section 4.07(a) hereof, or (y) the Fixed Charge Coverage Ratio for the Issuer and its Restricted Subsidiaries would be equal to or greater than such ratio for the Issuer and its Restricted Subsidiaries immediately prior to such designation, in each case on a pro forma basis taking into account such designation; and (2) no Default or Event of Default would be in existence following such designation.

Section 4.16    Changes in Covenants upon Notes being Rated Investment Grade.

(a)    During any period of time and beginning on the day that (a) the Notes have an Investment Grade Rating and (b) no Default or Event of Default has occurred and is continuing under this Indenture, the Issuer and its Restricted Subsidiaries will not be subject to the covenants contained in Sections 4.05, 4.06, 4.07, 4.08, 4.09, 4.14 (but only with respect to any Person that is required to become a Guarantor after the commencement of the applicable suspension date), 4.15 and 5.01(a)(4) (collectively, the "*Suspended Covenants*") shall terminate. If the Issuer and its Restricted Subsidiaries are not subject to these covenants for any period of time as a result of the previous sentence (a "*Fall−Away Period*") and, subsequently, the ratings assigned to the Notes are withdrawn or downgraded so the Notes no longer have an Investment Grade Rating or an Event of Default (other than with respect to a Suspended Covenant) occurs and is continuing, then the Issuer and its Restricted Subsidiaries will thereafter again be subject to these covenants. The ability of the Issuer and its Restricted Subsidiaries to make Restricted Payments after the time of such withdrawal, downgrade or Event of Default will be calculated as if the covenant governing Restricted Payments had been in effect during the entire period of time from the Issue Date. Notwithstanding the foregoing, the continued existence after the end of the Fall−Away Period of facts and circumstances or obligations arising from transactions that occurred during a Fall−Away Period shall not constitute a breach of any covenant set forth in this Indenture or cause an Event of Default hereunder.  Promptly after the commencement of the Fall-Away Period, the Issuer shall deliver to the Trustee an Officer's Certificate certifying to such event.

(b)    Neither the Trustee nor any Agent shall have any liability or responsibility with respect to, or obligation or duty to monitor, determine or inquire (i) as to the Issuer's or any Guarantor's compliance with any covenant under this Indenture (other than the covenant to make payment on the Notes), (ii) as to whether or not the rating of the Notes has been adjusted, or (iii) as to whether or not a Fall−Away Period has occurred or is continuing.

Section 4.17    Further Assurances, Instruments and Acts.

(a)    The Issuer shall execute and deliver such further instruments and do such further acts as may be reasonably necessary or proper to carry out more effectively the purpose of this Indenture.

(b)    The Issuer and the Guarantors shall execute and deliver such additional instruments, certificates or documents, and take all such actions as may be reasonably required from time to time in order to:

(1)    carry out more effectively the purposes of the Security Documents;

(2)    create, grant, perfect and maintain the validity, effectiveness and priority of any of the Security Documents and the Liens created, or intended to be created, by the Security Documents; and

(3)    ensure the protection and enforcement of any of the rights granted or intended to be granted to the Trustee under any other instrument executed in connection therewith.

Section 4.18    Real Property.

        The Issuer shall notify the Collateral Agent in writing within 30 days after the acquisition of any real property owned by the Issuer or any Guarantor that has a fair market value in excess of $5,000,000 that is not subject to the existing Mortgages (the "*After−Acquired Real Property*"), and, within 180 days after the acquisition of such owned real property, as such date may be extended by the Collateral Agent, deliver to the Collateral Agent, with respect to such owned real property, each of the documents described in Section 4.19 hereof (but excluding the documents described in clause (h) thereof) and such other documents as may be reasonably requested by the Collateral Agent to evidence the Liens contemplated by this Indenture and the Mortgages.

Section 4.19    Post-Closing Matters.

        The Issuer and the Guarantors shall deliver to the Collateral Agent within 180 days after the Issue Date (or such longer period as the Collateral Agent shall agree), to the extent not previously provided, each of the following documents with respect to the Notes Priority Collateral, as appropriate:

        (a)    *Mortgages.* With respect to each Mortgaged Property, counterparts of a Mortgage, together with the assignments of leases and rents referred to therein, in proper form for recording in the appropriate recording office of the political subdivision where such Mortgaged Property is located, duly executed and acknowledged by the Issuer or the applicable Guarantor effective to create a valid and enforceable first-priority (with respect to Notes Priority Collateral) mortgage Lien, subject to no Liens other than Permitted Liens, on each Mortgaged Property, except to the extent such Mortgaged Property is located in a jurisdiction which imposes mortgage recording taxes, intangible taxes, documentary taxes or other similar fees and charges, the subject Mortgage shall only secure an amount equal to the fair market value of such Mortgaged Property as reasonably determined, in good faith, by the Issuer and such other instruments necessary to grant the interests purported to be granted by such Mortgage (and to record such Mortgage in the appropriate recording offices) under the laws of any applicable jurisdiction.

        (b)    *Title Insurance.* With respect to each Mortgage encumbering any Mortgaged Property, a policy of title insurance (or commitment to issue such a policy) in an amount not to exceed the fair market value of such Mortgaged Property as reasonably determined, in good faith, by the Issuer (such policies collectively, the "*Mortgage Policies*") issued by any title insurance company (the "*Title Company*"), insuring (or committing to insure) that such Mortgage constitutes a valid and enforceable first-priority (with respect to Notes Priority Collateral) mortgage Lien on the respective Mortgaged Property, free and clear of all Liens other than Permitted Liens, which Mortgage Policies shall (A) not include the general title exception for mechanics' liens and (B) provide for such affirmative insurance as the Representative may reasonably request and which is available in the applicable jurisdiction at commercially reasonable rates and (C) otherwise be in form and substance reasonably satisfactory to the Representative.

(c)     *Surveys*. With respect to each Mortgaged Property, the Issuer shall deliver all surveys as reasonably deemed necessary by the Representative certified to the Collateral Agent for its benefit, for the benefit of the Trustee, for the benefit of the Holders and for the benefit of the Title Company prepared by an independent professional licensed land surveyor or an affidavit of "no change" executed by the Issuer with respect to any existing survey, sufficient for the Title Company to delete the survey exception  (if permitted in the relevant jurisdiction) and issue a "same-as-survey" endorsement to the Mortgage Policies to the extent such endorsement is available in the relevant jurisdiction at commercially reasonable rates.

(d)     *Fixture Filings*. With respect to each Mortgaged Property, to the extent the Mortgages are not sufficient to qualify as a fixture filing under applicable laws of the jurisdiction, a copy of a filed UCC-1 in the jurisdiction in which such Mortgaged Property is located in order to perfect the Lien on and security interest in the fixtures encumbered by the applicable Mortgage in favor of the Collateral Agent for its benefit and the benefit of the Trustee and the Holders.

(e)     *Title Insurance Documents*. With respect to each Mortgaged Property, such affidavits, certificates, information and instruments as shall be reasonably and customarily required to induce the Title Company to issue the Mortgage Policies.

(f)     *Collateral Fees and Expenses*. Evidence of payment by the Issuer of all search and examination charges, escrow charges and related charges, title insurance premiums, filing, documentary, stamp, intangible and mortgage recording taxes, fees, charges, costs and expenses required for the recording of the Mortgages, fixture filings and issuance of the Mortgage Policies and endorsements required pursuant to clause (b) above.

(g)     *Real Estate Opinion Letter*. The opinion of counsel to the Issuer in the jurisdiction in which a Mortgaged Property is located, dated as of the date of the Mortgages and addressed to the Representative, the Trustee and the Collateral Agent, in form and substance reasonably satisfactory to the Representative, relating to the enforceability of the Mortgages.

Section 4.20     [Reserved].

Section 4.21     Limited Condition Transactions; Measuring Compliance.

(a)     With respect to any (i) Investment or acquisition, in each case, the consummation by the Issuer or any Subsidiary of the Issuer of which is not conditioned on availability of, or on obtaining, third-party financing for such Investment or acquisition (whether by merger, amalgamation, consolidation or other business combination or the acquisition of Capital Stock or otherwise) as applicable and (ii) redemption, repurchase, defeasance, satisfaction and discharge or repayment of Indebtedness, Disqualified Stock or preferred stock requiring irrevocable notice in advance of such redemption, repurchase, defeasance, satisfaction and discharge or repayment (any transaction described in clauses (i) or (ii), a "*Limited Condition Transaction*"), in each case for purposes of determining:

(1)     whether any Indebtedness (including Acquired Debt), Disqualified Stock or preferred stock that is being incurred or issued in connection with such Limited Condition Transaction is permitted to be incurred or issued in compliance with Section 4.07;

(2)     whether any Lien being incurred in connection with such Limited Condition Transaction or to secure any such Indebtedness, Disqualified Stock or preferred stock is permitted to be incurred in accordance with Section 4.10;

(3)     whether any other transaction undertaken or proposed to be undertaken in connection with such Limited Condition Transaction complies with the covenants or agreements contained in this Indenture or the Notes; and

(4)     any calculation of the Fixed Charge Coverage Ratio, Net Leverage Ratio, Senior Secured Net Leverage Ratio, Net Income, Consolidated Net Income, and/or Consolidated Adjusted EBITDA and/or Total Assets and, whether a Default or Event of Default exists in connection with the foregoing,

at the option of the Issuer, the date that the definitive agreement (or other relevant definitive documentation) for such Limited Condition Transaction is entered into (the "*Transaction Agreement Date*") may be used as the applicable date of determination, as the case may be, in each case with such pro forma adjustments as are appropriate and consistent with the pro forma adjustment provisions set forth in the definition of "Fixed Charge Coverage Ratio" or "Net Leverage Ratio" or "Senior Secured Net Leverage Ratio" or "Consolidated Adjusted EBITDA" and if the Issuer or the Restricted Subsidiaries could have taken such action on the relevant Transaction Agreement Date in compliance with the applicable ratios or other provisions, such provisions shall be deemed to have been complied with.  For the avoidance of doubt, if the Issuer elects to use the Transaction Agreement Date as the applicable date of determination in accordance with the foregoing, (a) such election may not be revoked, (b) any fluctuation or change in the Fixed Charge Coverage Ratio, Net Leverage Ratio, Senior Secured Net Leverage Ratio, Net Income, Consolidated Net Income, Consolidated Adjusted EBITDA or Total Assets of the Issuer, the target business, or assets to be acquired subsequent to the Transaction Agreement Date and prior to the consummation of such Limited Condition Transaction, will not be taken into account for purposes of determining whether any Indebtedness, Disqualified Stock, preferred stock or Lien that is being incurred or issued in connection with such Limited Condition Transaction is permitted to be incurred or issued or in connection with compliance by the Issuer or any of the Restricted Subsidiaries with any other provision of this Indenture or the Notes or any other action or transaction undertaken in connection with such Limited Condition Transaction and (c) until such Limited Condition Transaction is consummated or the definitive agreements related thereto are terminated, such Limited Condition Transaction and all transactions proposed to be undertaken in connection therewith (including the incurrence of Indebtedness and Liens) will be given pro forma effect when determining compliance of other transactions (including the incurrence or issuance of Indebtedness, Disqualified Stock, preferred stock and Liens unrelated to such Investment, acquisition or repayment, repurchase or refinancing of Indebtedness) that are consummated after the Transaction Agreement Date and on or prior to the consummation of such Limited Condition Transaction and any such transactions (including any incurrence or issuance of Indebtedness, Disqualified Stock or preferred stock and the use of proceeds thereof) will be deemed to have occurred on the Transaction Agreement Date and outstanding thereafter for purposes of calculating any baskets or ratios under this Indenture after the

date of such agreement and before the consummation of such Limited Condition Transaction; *provided* that for purposes of any such calculation of the Fixed Charge Coverage Ratio, consolidated interest expense will be calculated using an assumed interest rate for the Indebtedness to be incurred in connection with such Limited Condition Transaction based on the indicative interest margin contained in any financing commitment documentation with respect to such Indebtedness or, if no such indicative interest margin exists, as reasonably determined by the Issuer in good faith.

(b) Compliance with any requirement relating to absence of Default or Event of Default may be determined as of the Transaction Agreement Date and not as of any later date as would otherwise be required under this Indenture.

(c) In the event an item of Indebtedness, Disqualified Stock or preferred stock (or any portion thereof) is incurred or issued or other transaction is undertaken on the same date that any other item of Indebtedness, Disqualified Stock or preferred stock (or any portion thereof) is incurred or issued, any other Lien is incurred or other transaction is undertaken, then the Fixed Charge Coverage Ratio will be calculated with respect to such incurrence, issuance or other transaction without regard to any other incurrence, issuance or transaction. Each item of Indebtedness, Disqualified Stock or preferred stock that is incurred or issued and each other transaction undertaken will be deemed to have been incurred, issued or taken first, to the extent available, pursuant to the relevant Fixed Charge Coverage Ratio test.


ARTICLE 5

SUCCESSORS

Section 5.01     Consolidation, Amalgamation, Merger, or Sale of Assets.

(a) The Issuer will not, directly or indirectly: (i) consolidate, amalgamate or merge with or into another Person; or (ii) sell, assign, transfer, convey or otherwise dispose of (including by way of division) all or substantially all of the Issuer's properties or assets (determined on a consolidated basis for the Issuer and its Restricted Subsidiaries) in one or more related transactions to another Person, unless:

(1) either:

(A) the Issuer is the surviving entity; or

(B) the Person formed by or surviving any such consolidation or merger (if other than the Issuer) or to which such sale, assignment, transfer, conveyance or other disposition has been made is a corporation, partnership (including a master limited partnership) or limited liability company organized or existing under the laws of the United States, any state of the United States or the District of Columbia;

(2) the Person formed by or surviving any such consolidation or merger (if other than the Issuer) or the Person to which such sale, assignment, transfer, conveyance or other disposition has been made assumes all the obligations of the Issuer under the Notes, this Indenture and the Security Documents pursuant a supplemental indenture and amendments to the Security Documents;

(3) immediately after such transaction, no Default or Event of Default exists;

(4) either:

(A) the Issuer or the Person formed by or surviving any such consolidation or merger (if other than the Issuer), or to which such sale, assignment, transfer, conveyance or other disposition has been made would, on the date of such transaction after giving pro forma effect thereto and any related financing transactions as if the same had occurred at the beginning of the applicable four−quarter period be permitted to incur at least $1.00 of additional Indebtedness pursuant to Section 4.07(a) hereof; or

(B) the Fixed Charge Coverage Ratio for the successor entity and its Restricted Subsidiaries would not be less than such ratio for the Issuer and its Restricted Subsidiaries immediately prior to such transaction;

(5) the successor entity causes such amendments, supplements or other instruments to be executed, delivered, filed and recorded, as applicable, in such jurisdictions as may be required by applicable law to preserve and protect the Lien of the Security Documents on the Collateral owned by or transferred to the successor entity;

(6) the Collateral owned by or transferred to the successor entity shall (a) continue to constitute Collateral under this Indenture and the Security Documents, (b) be subject to the Lien in favor of the Collateral Agent for the benefit of the Trustee and the Holders, and (c) not be subject to any Lien other than Permitted Liens; and

(7) the property and assets of the Person which is merged or consolidated with or into the successor entity, to the extent that they are property or assets of the types which would constitute Collateral under the Security Documents, shall be treated as after-acquired property and the successor entity shall take such action as may be reasonably necessary to cause such property and assets to be made subject to the Lien of the Security Documents in the manner and to the extent required in this Indenture; and

(8) the Issuer has delivered to the Trustee an Officer's Certificate and an Opinion of Counsel, each stating that such consolidation, amalgamation, merger, sale, assignment, transfer, conveyance or other disposition and such supplemental indenture and amendments comply with this Indenture and the Security Documents and that all conditions precedent therein provided for relating to such transaction have been complied with.

(b)     The Issuer shall not, directly or indirectly, lease all or substantially all of the properties and assets of it and its Restricted Subsidiaries taken as a whole, in one or more related transactions, to any other Person.

(c)     This Section 5.01 will not apply to:

(1)     a merger of the Issuer with an Affiliate solely for the purpose of reincorporating the Issuer under the laws of Canada or any province or territory thereof or the United States, any state of the United States or the District of Columbia; and

(2)     any consolidation, amalgamation, merger, or any sale, assignment, transfer, conveyance, lease or other disposition of assets between or among the Issuer and any Guarantor.

Section 5.02     Successor Substituted.

Upon any consolidation or merger, or any sale, assignment, transfer, lease, conveyance or other disposition of all or substantially all of the properties or assets of the Issuer, in a transaction that is subject to, and that complies with the provisions of, Section 5.01 hereof, the successor Person formed by such consolidation or into or with which the Issuer is merged or to which such sale, assignment, transfer, lease, conveyance or other disposition is made shall succeed to, and be substituted for (so that from and after the date of such consolidation, merger, sale, assignment, transfer, lease, conveyance or other disposition, the provisions of this Indenture referring to the "Issuer" shall refer instead to the successor Person and not to the Issuer), and may exercise every right and power of the Issuer under this Indenture with the same effect as if such successor Person had been named as the Issuer herein; *provided*, *however*, that the Issuer shall not be relieved from the obligation to pay the principal of and interest on the Notes except in the case of a sale of all or substantially all of the Issuer's properties or assets in a transaction that is subject to, and that complies with the provisions of, Section 5.01 hereof.

Section 5.03     Evidence to Be Given to Trustee.

No consolidation, merger, sale, conveyance, transfer or lease shall be effective unless the Trustee shall receive an Officer's Certificate and an Opinion of Counsel as conclusive evidence that any such consolidation, merger, sale, conveyance, transfer or lease and any such assumption and, if a supplemental indenture is required in connection with such transaction, such supplemental indenture, complies with the provisions of this Article 5.

# ARTICLE 6

## DEFAULTS AND REMEDIES

Section 6.01     Events of Default and Remedies.

Each of the following is an "*Event of Default*":

(1)     default for 30 days in the payment when due of interest on the Notes;

(2)     default in the payment when due (at maturity, upon redemption or otherwise) of the principal of, or premium, if any, on, the Notes;

(3)     failure by the Issuer or any of the Issuer's Restricted Subsidiaries for 60 days (or 180 days in the case of a Reporting Failure) after notice to the Issuer by the Trustee or the Holders of at least 25% in aggregate principal amount of the Notes then outstanding voting as a single class to comply with any of the other agreements in this Indenture or the Security Documents;

(4)     default under any mortgage, indenture or instrument under which there may be issued or by which there may be secured or evidenced any Indebtedness for money borrowed by the Issuer or any of the Issuer's Restricted Subsidiaries that are Significant Subsidiaries or any group of the Issuer's Restricted Subsidiaries that taken as a whole would constitute a Significant Subsidiary of the Issuer (or the payment of which is guaranteed by the Issuer or any of the Issuer's Restricted Subsidiaries), whether such Indebtedness or Guarantee now exists, or is created after the Issue Date (but excluding Indebtedness owing to the Issuer or a Restricted Subsidiary of the Issuer), if that default:

(A)     is caused by a failure to pay principal on such Indebtedness prior to the expiration of the grace period provided in such Indebtedness following the Stated Maturity of such Indebtedness (a "*Payment Default*"); or

(B)     results in the acceleration of such Indebtedness prior to its Stated Maturity, and, in each case, the principal amount of any such Indebtedness, together with the principal amount of any other such Indebtedness under which there has been a Payment Default or the maturity of which has been so accelerated, aggregates $35.0 million or more;

(5)     failure by the Issuer or any of the Issuer's Restricted Subsidiaries that are Significant Subsidiaries, or any group of the Issuer's Restricted Subsidiaries that taken as a whole would constitute a Significant Subsidiary, to pay final and non−appealable judgments entered by a court or courts of competent jurisdiction aggregating in excess of $35.0 million (net of any amounts which are covered by insurance or bonded), which judgments are not paid, waived, satisfied, discharged or stayed for a period of 60 days;

(6)     the Issuer or any of the Issuer's Restricted Subsidiaries that is a Significant Subsidiary or any group of the Issuer's Restricted Subsidiaries that, taken together, would constitute a Significant Subsidiary pursuant to or within the meaning of Bankruptcy Law:

(A)     commences a voluntary case, or proceeding (including the filing of a notice of intention in respect thereof),

(B)     consents to the entry of an order for relief against it in an involuntary case or proceeding,

(C)     consents to the appointment of a custodian, receiver, receiver−manager, administrative receiver, administrator, liquidator, trustee,

liquidation custodian, sequestrator, conservator, or similar official of it or for all or substantially all of its property, or

(D)     makes a general assignment for the benefit of its creditors.

(7)     a court of competent jurisdiction enters an order or decree under any Bankruptcy Law that:

(A)     is for relief against the Issuer or any of the Issuer's Restricted Subsidiaries that is a Significant Subsidiary or any group of the Issuer's Restricted Subsidiaries that, taken together, would constitute a Significant Subsidiary in an involuntary case or proceeding;

(B)     appoints a custodian, receiver, receiver−manager, administrative receiver, administrator, liquidator, trustee, liquidation custodian, sequestrator, conservator, or similar official of the Issuer or any of the Issuer's Restricted Subsidiaries that is a Significant Subsidiary or any group of the Issuer's Restricted Subsidiaries that, taken together, would constitute a Significant Subsidiary or for all or substantially all of the property of the Issuer or any of the Issuer's Restricted Subsidiaries that is a Significant Subsidiary or any group of the Issuer's Restricted Subsidiaries that, taken together, would constitute a Significant Subsidiary; or

(C)     orders the liquidation, winding up, or dissolution or a suspension of payments against the Issuer or any of the Issuer's Restricted Subsidiaries that is a Significant Subsidiary or any group of the Issuer's Restricted Subsidiaries that, taken together, would constitute a Significant Subsidiary;

and the order or decree remains unstayed and in effect for 60 consecutive days;

(8)     except as permitted by this Indenture, any Note Guarantee of any Restricted Subsidiary of the Issuer that is a Significant Subsidiary or any group of the Issuer's Restricted Subsidiaries that taken as a whole would constitute a Significant Subsidiary of the Issuer is held in any judicial proceeding to be unenforceable or invalid or ceases for any reason to be in full force and effect (other than in accordance with the terms of such Note Guarantee and this Indenture), or any Guarantor, or any Person acting on behalf of any such Guarantor, denies or disaffirms its obligations under its Note Guarantee and such Default continues for ten days;

(9)     any (x) Security Document governing a security interest with respect to any Collateral having a Fair Market Value in excess of $35.0 million or (y) obligation under the Security Documents of the Issuer or any of the Issuer's Restricted Subsidiaries that is a Significant Subsidiary or any group of Restricted Subsidiaries of the Issuer that, taken together as of the latest audited consolidated financial statements for the Issuer and its Restricted Subsidiaries would constitute a Significant Subsidiary ceases to be in full force and effect (except as contemplated by the terms of this Indenture and the Note Guarantees and except for the failure of any security interest with respect to the Collateral to remain in full force and effect, which is governed by clause (10) below) or is declared

null and void in a judicial proceeding or the Issuer or any Guarantor that is a Significant Subsidiary or group of Guarantors that taken together as of the latest audited consolidated financial statements of the Issuer and its Restricted Subsidiaries would constitute a Significant Subsidiary denies or disaffirms its obligations under this Indenture, its Note Guarantee or any Security Document and the Issuer fails to cause such Guarantor or Guarantors, as the case may be, to rescind such denials or disaffirmations within 60 days;

(10)     with respect to any Collateral having a Fair Market Value in excess of $35.0 million, individually or in the aggregate, (A) the failure of the security interest with respect to such Collateral under the Security Documents, at any time, to be in full force and effect for any reason other than in accordance with their terms and the terms of this Indenture and other than the satisfaction in full of all obligations under this Indenture and discharge of this Indenture if such failure continues for 60 days or (B) the declaration that the security interest with respect to such Collateral created under the Security Documents or under this Indenture is invalid or unenforceable, if such Default continues for 60 days or (C) the assertion by the Issuer or any Guarantor, in any pleading in any court of competent jurisdiction, that any such security interest is invalid or unenforceable.

Section 6.02    Acceleration.

(a)     In the case of an Event of Default specified in clause (6) or (7) of Section 6.01 hereof, with respect to the Issuer or any Restricted Subsidiary of the Issuer that is a Significant Subsidiary or any group of Restricted Subsidiaries of the Issuer that, taken together, would constitute a Significant Subsidiary, all outstanding Notes will become due and payable immediately without further action or notice. If any other Event of Default occurs and is continuing, the Trustee or the Holders of at least 25% in aggregate principal amount of the then outstanding Notes may declare all the Notes to be due and payable immediately. Upon any such declaration, the Notes shall become due and payable immediately.

(b)     In the event of any Event of Default specified in clause (4) of Section 6.01, such Event of Default and all consequences thereof (excluding, however, any resulting payment default) will be annulled, waived and rescinded, automatically and without any action by the Trustee or the Holders, if within 20 days after such Event of Default arose the Issuer delivers an Officer's Certificate to the Trustee stating that (x) the Indebtedness or Guarantee that is the basis for such Event of Default has been discharged or (y) the holders thereof have rescinded or waived the acceleration, notice or action (as the case may be) giving rise to such Event of Default or (z) the default that is the basis for such Event of Default has been cured, it being understood that in no event shall an acceleration of the principal amount of the Notes as described in this Section 6.02 be annulled, waived or rescinded upon the happening of any such events.

Section 6.03    Other Remedies.

(a)     If an Event of Default occurs and is continuing, the Trustee may pursue any available remedy to collect the payment of principal, premium and interest on the Notes or to enforce the performance of any provision of the Notes, Note Guarantees or this Indenture,

including giving instructions to the Collateral Agent to take enforcement action in accordance with the terms of the Security Documents.

(b)     The Trustee may maintain a proceeding even if it does not possess any of the Notes or does not produce any of them in the proceeding. A delay or omission by the Trustee or any Holder in exercising any right or remedy accruing upon an Event of Default shall not impair the right or remedy or constitute a waiver of or acquiescence in the Event of Default. All remedies are cumulative to the extent permitted by law.

Section 6.04     Waiver of Past Defaults.

Holders of not less than a majority in aggregate principal amount of the then outstanding Notes by written notice to the Trustee may, on behalf of the Holders of all of the Notes, rescind an acceleration or waive an existing Default or Event of Default and its consequences hereunder except a continuing Default or Event of Default in the payment of interest or premium on, or the principal of, the Notes. Upon any such rescission or waiver, such Default shall cease to exist, and any Event of Default arising therefrom shall be deemed to have been cured for every purpose of this Indenture; but no such waiver shall extend to any subsequent or other Default or impair any right consequent thereon.

Section 6.05     Control by Majority.

Holders of a majority in aggregate principal amount of the then outstanding Notes may direct the time, method and place of conducting any proceeding for exercising any remedy available to the Trustee or exercising any trust or power conferred on it. However, the Trustee may refuse to follow any direction that conflicts with law or this Indenture that the Trustee determines may be unduly prejudicial to the rights of other Holders or that may involve the Trustee in personal liability.

Section 6.06     Limitation on Suits.

(a)     A Holder may pursue a remedy with respect to this Indenture or the Notes only if:

(1)     such Holder has previously given the Trustee written notice that an Event of Default is continuing;

(2)     Holders of at least 25% in aggregate principal amount of the then outstanding Notes have requested the Trustee in writing to pursue the remedy;

(3)     such Holder or Holders offer and, if requested, provide to the Trustee security or indemnity satisfactory to the Trustee against any loss, liability or expense;

(4)     the Trustee does not comply with the request within 60 days after receipt of the request and the offer of security or indemnity; and

(5)     during such 60−day period, Holders of a majority in aggregate principal amount of the then outstanding Notes do not give the Trustee a written direction inconsistent with such request.

(b)     A Holder may not use this Indenture to prejudice the rights of another Holder or to obtain a preference or priority over another Holder.

Section 6.07     Rights of Holders to Receive Payment.

Notwithstanding any other provision of this Indenture, the contractual right of any Holder to bring suit for the payment of principal, premium, if any, and interest on its Note, on or after the respective due dates expressed or provided for in such Note , shall not be amended without the consent of such Holder.

Section 6.08     Collection Suit by Trustee.

If an Event of Default specified in clauses (1) or (2) of Section 6.01 hereof occurs and is continuing, the Trustee is authorized to recover judgment in its own name and as trustee of an express trust against the Issuer for the whole amount of principal of, premium, if any, and interest remaining unpaid on, the Notes and interest on overdue principal and, to the extent lawful, interest and such further amount as shall be sufficient to cover the costs and expenses of collection, including the reasonable compensation, expenses, disbursements and advances of the Trustee, its agents and counsel.

Section 6.09     Trustee or Collateral Agent May File Proofs of Claim.

The Trustee or the Collateral Agent is authorized to file such proofs of claim and other papers or documents as may be necessary or advisable in order to have the claims of the Trustee or the Collateral Agent (including any claim for the compensation, expenses, disbursements and advances of the Trustee or the Collateral Agent, their agents and counsel) and the Holders allowed in any judicial proceedings relative to the Issuer (or any other obligor upon the Notes), its creditors or its property and shall be entitled and empowered to collect, receive and distribute any money or other property payable or deliverable on any such claims and any custodian in any such judicial proceeding is hereby authorized by each Holder to make such payments to the Trustee or the Collateral Agent, and in the event that the Trustee shall consent to the making of such payments directly to the Holders, to pay to the Trustee or the Collateral Agent any amount due to it for the reasonable and documented compensation, expenses, disbursements and advances of the Trustee or the Collateral Agent, their agents and counsel, and any other amounts due the Trustee or the Collateral Agent under Section 7.07 hereof. To the extent that the payment of any such compensation, expenses, disbursements and advances of the Trustee or the Collateral Agent, their agents and counsel, and any other amounts due the Trustee under Section 7.07 hereof out of the estate in any such proceeding, shall be denied for any reason, payment of the same shall be secured by a Lien on, and shall be paid out of, any and all distributions, dividends, money, securities and other properties that the Holders may be entitled to receive in such proceeding whether in liquidation or under any plan of reorganization or arrangement or otherwise. Nothing herein contained shall be deemed to authorize the Trustee or the Collateral Agent to authorize or consent to or accept or adopt on behalf of any Holder any

plan of reorganization, arrangement, adjustment or composition affecting the Notes or the rights of any Holder, or to authorize the Trustee or the Collateral Agent to vote in respect of the claim of any Holder in any such proceeding.

Section 6.10    Priorities.

(a)    If the Trustee collects any money pursuant to this Article 6, it shall, subject to the Intercreditor Agreement (to the extent applicable), pay out the money in the following order:

*First*: to the Trustee, the Collateral Agent, and each of their respective agents and attorneys for amounts due under Section 7.07 hereof, including payment of all compensation, expenses and liabilities incurred, and all advances made, by the Trustee and the Collateral Agent and the costs and expenses of collection;

*Second*: to Holders for amounts due and unpaid on the Notes for principal, premium and interest, ratably, without preference or priority of any kind, according to the amounts due and payable on the Notes for principal, premium and interest, respectively; and

*Third*: to the Issuer or to such party as a court of competent jurisdiction shall direct in writing.

(b)    The Trustee may fix a record date and payment date for any payment to Holders pursuant to this Section 6.10.

Section 6.11    Undertaking for Costs.

In any suit for the enforcement of any right or remedy under this Indenture or in any suit against the Trustee or the Collateral Agent for any action taken or omitted by it as a Trustee or the Collateral Agent, a court in its discretion may require the filing by any party litigant in the suit of an undertaking to pay the costs of the suit, and the court in its discretion may assess reasonable costs, including reasonable attorneys' fees and expenses against any party litigant in the suit, having due regard to the merits and good faith of the claims or defenses made by the party litigant. This Section 6.11 does not apply to a suit by the Trustee or the Collateral Agent, a suit by a Holder pursuant to Section 6.07 hereof, or a suit by Holders of more than 10% in aggregate principal amount of the then outstanding Notes.

ARTICLE 7

TRUSTEE

Section 7.01    Duties of Trustee.

(a)    If an Event of Default has occurred and is continuing, the Trustee will exercise such of the rights and powers vested in it by this Indenture, and use the same degree of care and skill in its exercise, as a prudent person would exercise or use under the circumstances in the conduct of such person's own affairs.

(b)        Except during the continuance of an Event of Default:

(1)        the duties of the Trustee will be determined solely by the express provisions of this Indenture and the Trustee need perform only those duties that are specifically set forth in this Indenture and no others, and no implied covenants or obligations shall be read into this Indenture against the Trustee; and

(2)        in the absence of bad faith on its part, the Trustee may conclusively rely, as to the truth of the statements and the correctness of the opinions expressed therein, upon certificates or opinions furnished to the Trustee and conforming to the requirements of this Indenture. However, with respect to certificates or opinions specifically required by any provision hereof to be furnished to it, the Trustee will examine the certificates and opinions to determine whether or not they conform to the requirements of this Indenture (but need not confirm or investigate the accuracy of mathematical calculations or other facts stated therein).

(c)        The Trustee may not be relieved from liabilities for its own negligent action, its own negligent failure to act, or its own willful misconduct, except that:

(1)        this Section 7.01(c) does not limit the effect of Section 7.01(b);

(2)        the Trustee will not be liable for any error of judgment made in good faith by a Responsible Officer, unless it is proved that the Trustee was negligent in ascertaining the pertinent facts; and

(3)        the Trustee will not be liable with respect to any action it takes or omits to take in good faith in accordance with a direction received by it pursuant to Sections 6.04 and 6.05 hereof, relating to the time, method and place of conducting any proceeding for any remedy available to the Trustee, or exercising any trust or power conferred upon the Trustee, under this Indenture with respect to the Notes.

(d)        No provision of this Indenture will require the Trustee to expend or risk its own funds or incur any liability.

(e)        The Trustee will not be liable for interest on or the investment of any money received by it except as the Trustee may agree in writing with the Issuer. Money held in trust by the Trustee need not be segregated from other funds except to the extent required by law.

(f)        Whether or not therein expressly so provided, every provision of this Indenture that in any way relates to the Trustee is subject to Section 7.01.

Section 7.02    Rights of Trustee.

(a)        The Trustee may conclusively rely and shall be fully protected in acting or refraining from acting upon any resolution, certificate, statement, instrument, opinion, report, notice, request, direction, consent, order, bond, debenture, note, other evidence of indebtedness or other paper or document believed by it to be genuine and to have been signed or presented by the proper Person.

(b)     Before the Trustee acts or refrains from acting, it may require an Officer's Certificate or an Opinion of Counsel or both. The Trustee will not be liable for any action it takes or omits to take in good faith in reliance on such Officer's Certificate or Opinion of Counsel. The Trustee may consult with counsel of its own selection and the advice of such counsel or any Opinion of Counsel will be full and complete authorization and protection from liability in respect of any action taken, suffered or omitted by it hereunder in good faith and in reliance thereon.

(c)     The Trustee may act through its attorneys and agents and will not be responsible for the misconduct, negligence or failure to act of any attorney or agent appointed with due care.

(d)     The Trustee will not be liable for any action it takes, suffers or omits to take in good faith that it believes to be authorized or within the discretion or rights or powers conferred upon it by this Indenture.

(e)     Unless otherwise specifically provided in this Indenture, any demand, request, direction or notice from the Issuer or any Guarantor, as applicable, will be sufficient if signed by an Officer of the Issuer or such Guarantor, as applicable.

(f)     The Trustee will be under no obligation to exercise any of the rights or powers vested in it by this Indenture or the Security Documents at the request or direction of any of the Holders unless such Holders have offered to the Trustee indemnity or security satisfactory to it against the losses, liabilities and expenses that might be incurred by it in compliance with such request or direction.

(g)     In no event shall the Trustee be responsible or liable for special, indirect, punitive, or consequential loss or damage of any kind whatsoever (including, but not limited to, loss of profit) irrespective of whether the Trustee has been advised of the likelihood of such loss or damage and regardless of the form of action.

(h)     The Trustee shall not be deemed to have notice of any Default or Event of Default unless a Responsible Officer of the Trustee has actual knowledge thereof or unless written notice of any event which is in fact such a default is received by the Trustee at the Corporate Trust Office of the Trustee, and such notice references the Notes and this Indenture.

(i)     The rights, privileges, protections, immunities and benefits given to the Trustee, including, without limitation, its right to be indemnified, are extended to, and shall be enforceable by, the Trustee in each of its capacities hereunder as Collateral Agent, Registrar and Paying Agent, and each Agent, custodian and other Person employed to act hereunder.

(j)     The Trustee may request that the Issuer and each Guarantor deliver an Officer's Certificate setting forth the names of individuals and/or titles of Officers authorized at such time to take specified actions pursuant to this Indenture, which Officer's Certificate may be signed by any Person authorized to sign an Officer's Certificate, including any Person specified as so authorized in any such certificate previously delivered and not superseded.

(k)     Notwithstanding any provision herein to the contrary, in no event shall the Trustee be liable for any failure or delay in the performance of its obligations under this Indenture because of circumstances beyond its control, including, but not limited to, nuclear or natural catastrophes or acts of God, flood, war (whether declared or undeclared), terrorism, fire, riot, strikes or work stoppages for any reason, embargo, government action, including any laws, ordinances, regulations or the like which restrict or prohibit the providing of the services contemplated by this Indenture, inability to obtain material, equipment, or communications or computer (software and hardware) facilities, or the failure of equipment or interruption of utilities, communications or computer (software and hardware) facilities, and other causes beyond its control whether or not of the same class or kind as specifically named above.

(l)     The Trustee shall not be bound to make any investigation into the facts or matters stated in any resolution, certificate, statement, instrument, opinion, report, notice, request, direction, consent, order, bond, debenture, note, other evidence of indebtedness or other paper or document, but the Trustee, in its discretion, may make such further inquiry or investigation into such facts or matters as it may see fit, and, if the Trustee shall determine to make such further inquiry or investigation, it shall be entitled to examine the books, records and premises of the Issuer, personally or by agent or attorney at the sole cost of the Issuer and shall incur no liability or additional liability of any kind by reason of such inquiry or investigation.

(m)     The Trustee shall not be required to give any bond or surety in respect of the performance of its powers and duties hereunder.

Section 7.03   Individual Rights of Trustee.

The Trustee in its individual or any other capacity may become the owner or pledgee of Notes and may otherwise deal with either Issuer or any Guarantor or any Affiliate of either Issuer or any Guarantor with the same rights it would have if it were not Trustee. However, in the event that the Trustee acquires any conflicting interest it must (i) eliminate such conflict within 90 days or (ii) resign. Any Agent may do the same with like rights and duties. The Trustee is also subject to Section 7.10 hereof.

Section 7.04   Trustee's Disclaimer.

The Trustee will not be responsible for and makes no representation as to the validity or adequacy of any offering materials, this Indenture, the Notes or any Note Guarantee, it shall not be accountable for the Issuer's use of the proceeds from the Notes or any money paid to the Issuer or upon the Issuer's direction under any provision of this Indenture, it will not be responsible for the use or application of any money received by any Paying Agent other than the Trustee, and it will not be responsible for any statement or recital herein or any statement in the Notes, any Note Guarantee or any other document in connection with the sale of the Notes or pursuant to this Indenture other than its certificate of authentication.

Section 7.05   Notice of Defaults.

If a Default or Event of Default occurs and is continuing and if it is known to the Trustee, the Trustee will mail or otherwise deliver in accordance with the applicable procedures of DTC, to Holders a notice of the Default or Event of Default within 90 days after it occurs.

Except in the case of a Default or Event of Default in payment of principal of, premium, if any, or interest on, any Note, the Trustee may and shall be protected in withholding the notice if and so long as it in good faith determines that withholding the notice is in the interests of the Holders.

Section 7.06    [Reserved].

Section 7.07    Compensation and Indemnity.

(a)    The Issuer will pay to each of the Trustee and the Collateral Agent from time to time such compensation, as agreed in writing from time to time, for its acceptance and administration of this Indenture, the Intercreditor Agreement and/or the other the Security Documents and services hereunder. The Trustee's and the Collateral Agent's compensation will not be limited by any law on compensation of a trustee of an express trust. The Issuer will reimburse each of the Trustee and the Collateral Agent promptly upon request for all reasonable and documented disbursements, advances and expenses incurred or made by it in addition to the compensation for its services. Such expenses will include the reasonable and documented compensation, disbursements and expenses of each of the Trustee's and the Collateral Agent's agents and counsel.

(b)    The Issuer and each Guarantor, jointly and severally, will indemnify each of the Trustee and the Collateral Agent and hold each of them harmless from and against any and all losses, liabilities, claims, damages, costs or expenses incurred by it arising out of or in connection with the acceptance or administration of its duties or the exercise of its rights under this Indenture, the Intercreditor Agreement and/or the other the Security Documents, including the reasonable and documented costs and expenses of enforcing this Indenture, the Intercreditor Agreement and/or the other the Security Documents against the Issuer and the Guarantors (including this Section 7.07) and defending itself against any claim (whether asserted by the Issuer, the Guarantors, any Holder or any other Person) or liability in connection with the exercise or performance of any of its powers or duties hereunder, except to the extent any such loss, liability or expense is the result of its own gross negligence or willful misconduct. The Trustee or the Collateral Agent, as the case may be, will notify the Issuer promptly of any claim of which it or a Responsible Officer has received written notice for which it may seek indemnity. Failure by the Trustee or the Collateral Agent, as the case may be, to so notify the Issuer will not relieve the Issuer or any of the Guarantors of their obligations hereunder.

(c)    The obligations of the Issuer and the Guarantors under this Section 7.07 will survive the satisfaction and discharge of this Indenture, the payment of the Notes and/or the resignation or removal of the Trustee or the Collateral Agent.

(d)    To secure the Issuer's and the Guarantors' payment obligations in this Section 7.07, each of the Trustee and the Collateral Agent will have a Lien prior to the Notes on all money or property held or collected by the Trustee, except that held in trust to pay principal and interest on particular Notes. Such Lien will survive the satisfaction and discharge of this Indenture, the payment of the Notes and/or the resignation or removal of the Trustee or the Collateral Agent.

(e)     When the Trustee or the Collateral Agent incurs expenses or renders services after an Event of Default specified in clause (6) or (7) of Section 6.01 hereof occurs, the expenses and the compensation for the services (including the fees and expenses of its agents and counsel) are intended to constitute expenses of administration under any Bankruptcy Law.

Section 7.08     Replacement of Trustee.

(a)     A resignation or removal of the Trustee and appointment of a successor Trustee will become effective only upon the successor Trustee's acceptance of appointment as provided in this Section 7.08.

(b)     The Trustee may resign at any time and be discharged from the trust hereby created by so notifying the Issuer in writing. The Holders of a majority in aggregate principal amount of the then outstanding Notes may remove the Trustee by so notifying the Trustee and the Issuer in writing not less than 30 days prior to the effective date of such removal. The Issuer may remove the Trustee if:

(1)     the Trustee fails to comply with Section 7.10 hereof;

(2)     the Trustee is adjudged a bankrupt or an insolvent or an order for relief is entered with respect to the Trustee under any Bankruptcy Law;

(3)     a custodian or public officer takes charge of the Trustee or its property; or

(4)     the Trustee becomes incapable of acting.

(c)     If the Trustee resigns or is removed or if a vacancy exists in the office of Trustee for any reason, the Issuer will promptly appoint a successor Trustee. Within one year after the successor Trustee takes office, the Holders of a majority in aggregate principal amount of the then outstanding Notes may appoint a successor Trustee to replace the successor Trustee appointed by the Issuer.

(d)     If a successor Trustee does not take office within 30 days after the retiring Trustee resigns or is removed, the retiring or removed Trustee, the Issuer, or the Holders of at least 10% in aggregate principal amount of the then outstanding Notes may, at the expense of the Issuer, petition any court of competent jurisdiction for the appointment of a successor Trustee.

(e)     If the Trustee, after written request by any Holder who has been a Holder for at least six months, fails to comply with Section 7.10 hereof, such Holder may petition at the expense of the Issuer any court of competent jurisdiction for the removal of the Trustee and the appointment of a successor Trustee.

(f)     A successor Trustee will deliver a written acceptance of its appointment to the retiring Trustee and to the Issuer. Thereupon, the resignation or removal of the retiring Trustee will become effective, and the successor Trustee will have all the rights, powers and duties of the Trustee under this Indenture. The successor Trustee will mail a notice of its succession to Holders. The retiring Trustee will promptly transfer all property held by it as Trustee to the successor Trustee; *provided* all sums owing to the Trustee hereunder have been

paid and subject to the Lien provided for in Section 7.07 hereof. Notwithstanding replacement of the Trustee pursuant to this Section 7.08, the Issuer's obligations under Section 7.07 hereof will continue for the benefit of the retiring Trustee.

(g)     The retiring Trustee shall have no responsibility or liability for any action or inaction of a successor Trustee.

Section 7.09     Successor Trustee by Merger, etc.

If the Trustee consolidates, merges or converts into, or transfers all or substantially all of its corporate trust business (including this transaction) to, another corporation, the successor corporation without any further act will be the successor Trustee.

Section 7.10     Eligibility; Disqualification.

There will at all times be a Trustee hereunder that is a corporation organized and doing business under the laws of the United States of America or of any state thereof that is authorized under such laws to exercise corporate trustee power, that is subject to supervision or examination by federal or state authorities and that has a combined capital and surplus of at least $50.0 million as set forth in its most recent published annual report of condition.

# ARTICLE 8

## LEGAL DEFEASANCE AND COVENANT DEFEASANCE

Section 8.01     Option to Effect Legal Defeasance or Covenant Defeasance.

The Issuer may at any time, at the option of the Issuer's Board of Directors evidenced by a resolution set forth in an Officer's Certificate, elect to have either Section 8.02 or 8.03 hereof be applied to all outstanding Notes and Note Guarantees upon compliance with the conditions set forth below in this Article 8.

Section 8.02     Legal Defeasance and Discharge.

(a)     Upon the Issuer's exercise under Section 8.01 hereof of the option applicable to this Section 8.02, the Issuer and each of the Guarantors will, subject to the satisfaction of the conditions set forth in Section 8.04 hereof, be deemed to have been discharged from their obligations with respect to all outstanding Notes (including the Note Guarantees) on the date the conditions set forth below are satisfied (hereinafter, "*Legal Defeasance*"). For this purpose, Legal Defeasance means that the Issuer and the Guarantors will be deemed to have paid and discharged the entire Indebtedness represented by the outstanding Notes (including the Note Guarantees), which will thereafter be deemed to be "outstanding" only for the purposes of Section 8.05 hereof and the other Sections of this Indenture referred to in clauses (1) and (2) below, and to have satisfied all their other obligations under such Notes, the Note Guarantees and this Indenture (and the Trustee, on written demand of and at the expense of the Issuer, shall execute instruments acknowledging the same), except for the following provisions which will survive until otherwise terminated or discharged hereunder:

(1)     the rights of Holders of outstanding Notes to receive payments in respect of the principal of, or interest or premium, if any, on, such Notes when such payments are due from the trust referred to in Section 8.05 hereof;

(2)     the Issuer's obligations with respect to such Notes under Sections 2.02, 2.03, 2.04, 2.05, 2.06, 2.07, 2.08, 2.09, 2.10 and Section 4.02 hereof;

(3)     the rights, powers, trusts, duties and immunities of the Trustee hereunder and the Issuer's and the Guarantors' obligations in connection therewith; and

(4)     this Article 8.

(b)     Subject to compliance with this Article 8, the Issuer may exercise its option under this Section 8.02 notwithstanding the prior exercise of its option under Section 8.03 hereof.

Section 8.03     Covenant Defeasance.

Upon the Issuer's exercise under Section 8.01 hereof of the option applicable to this Section 8.03, the Issuer and each of the Guarantors will, subject to the satisfaction of the conditions set forth in Section 8.04 hereof, be released from each of their obligations under the covenants contained in Sections 4.03, 4.05, 4.06, 4.07, 4.08, 4.09, 4.10, 4.12, 4.14, 4.16, 4.17, 4.18 and 4.19 and Section 5.01(a)(3) and 5.01(a)(4) hereof with respect to the outstanding Notes on and after the date the conditions set forth in Section 8.04 hereof are satisfied (hereinafter, "*Covenant Defeasance*"), and the Notes will thereafter be deemed not "outstanding" for the purposes of any direction, waiver, consent or declaration or act of Holders (and the consequences of any thereof) in connection with such covenants, but will continue to be deemed "outstanding" for all other purposes hereunder (it being understood that such Notes will not be deemed outstanding for accounting purposes). For this purpose, Covenant Defeasance means that, with respect to the outstanding Notes and Note Guarantees, the Issuer and the Guarantors may omit to comply with and will have no liability in respect of any term, condition or limitation set forth in any such covenant, whether directly or indirectly, by reason of any reference elsewhere herein to any such covenant or by reason of any reference in any such covenant to any other provision herein or in any other document and such omission to comply with such covenants will not constitute a Default or an Event of Default under Section 6.01 hereof, but, except as specified in this Section 8.03, the remainder of this Indenture and such Notes and Note Guarantees will be unaffected thereby. In addition, upon the Issuer's exercise under Section 8.01 hereof of the option applicable to this Section 8.03, subject to the satisfaction of the conditions set forth in Section 8.04 hereof, clauses (3) through (5) of Section 6.01 hereof will not constitute Events of Default.

Section 8.04     Conditions to Legal or Covenant Defeasance.

In order to exercise either Legal Defeasance or Covenant Defeasance under either Section 8.02 or 8.03 hereof:

(1)     the Issuer must irrevocably deposit with the Trustee, in trust, for the benefit of the Holders, cash in U.S. dollars, non−callable U.S. Government Securities, or

a combination thereof, in such amounts as will be sufficient, in the case of non-callable U.S. Government Securities or a combination of cash in U.S. Dollars and non-callable U.S. Government Securities, in the written opinion of a U.S. nationally recognized investment bank, appraisal firm, or firm of independent public accountants delivered to the Trustee, to pay the principal of, premium, if any, and interest on, the outstanding Notes on the stated date for payment thereof or on the applicable redemption date, as the case may be, and the Issuer must specify whether the Notes are being defeased to such stated date for payment or to a particular redemption date; *provided* that upon any redemption that required the payment of the Applicable Premium, the amount deposited will be sufficient for purposes of this Indenture to the extent that an amount is deposited with the Trustee equal to the Applicable Premium calculated as of the date of the notice of redemption, with any deficit as of the date of redemption (any such amount, the "*Applicable Premium Deficit*") only required to be deposited with the Trustee on or prior to the date of redemption.  Any Applicable Premium Deficit will be set forth in an Officer's Certificate delivered to the Trustee simultaneously with the deposit of such Applicable Premium Deficit that confirms that such Applicable Premium Deficit will be applied toward such redemption;

(2)      in the case of an election under Section 8.02 hereof, the Issuer must deliver to the Trustee an Opinion of Counsel (subject to customary exceptions and exclusions) confirming that:

(A)      the Issuer has received from, or there has been published by, the Internal Revenue Service a ruling; or

(B)      since the Issue Date there has been a change in the applicable federal income tax law,

in either case to the effect that, and based thereon such Opinion of Counsel shall confirm that, the Holders of the outstanding Notes will not recognize income, gain or loss for federal income tax purposes as a result of such Legal Defeasance and will be subject to federal income tax on the same amounts, in the same manner and at the same times as would have been the case if such Legal Defeasance had not occurred;

(3)      in the case of an election under Section 8.03 hereof, the Issuer must deliver to the Trustee an Opinion of Counsel (subject to customary exceptions and exclusions) confirming that the Holders of the outstanding Notes will not recognize income, gain or loss for federal income tax purposes as a result of such Covenant Defeasance and will be subject to federal income tax on the same amounts, in the same manner and at the same times as would have been the case if such Covenant Defeasance had not occurred;

(4)      no Default or Event of Default shall have occurred and be continuing on the date of such deposit (other than a Default or Event of Default resulting from the borrowing of funds to be applied to such deposit and the grant of any Lien securing such borrowing);

(5)     such Legal Defeasance or Covenant Defeasance will not result in a breach or violation of, or constitute a default under, any material agreement or instrument (other than this Indenture) to which the Issuer or any of its Subsidiaries is a party or by which the Issuer or any of its Subsidiaries is bound;

(6)     the Issuer must deliver to the Trustee an Officer's Certificate stating that the deposit was not made by the Issuer with the intent of preferring the Holders over the other creditors of the Issuer with the intent of defeating, hindering, delaying or defrauding any creditors of the Issuer or others; and

(7)     the Issuer must deliver to the Trustee an Officer's Certificate and an Opinion of Counsel, each stating that all conditions precedent relating to the Legal Defeasance or the Covenant Defeasance have been complied with.

Section 8.05     Deposited Money and Government Securities to be Held in Trust; Other Miscellaneous Provisions.

(a)     Subject to Section 8.06 hereof, all money and non−callable U.S. Government Securities (including the proceeds thereof) deposited with the Trustee (or other qualifying trustee, collectively for purposes of this Section 8.05, the "*Trustee*") pursuant to Section 8.04 hereof in respect of the outstanding Notes will be held in trust and applied by the Trustee, in accordance with the provisions of such Notes and this Indenture, to the payment, either directly or through any Paying Agent (including the Issuer acting as Paying Agent) as the Trustee may determine, to the Holders of such Notes of all sums due and to become due thereon in respect of principal, premium, if any, and interest, but such money need not be segregated from other funds except to the extent required by law.

(b)     The Issuer will pay and indemnify the Trustee against any tax, fee or other charge imposed on or assessed against the cash or non−callable U.S. Government Securities deposited pursuant to Section 8.04 hereof or the principal and interest received in respect thereof other than any such tax, fee or other charge which by law is for the account of the Holders of the outstanding Notes.

(c)     Notwithstanding anything in this Article 8 to the contrary, the Trustee will deliver or pay to the Issuer from time to time upon the written request of the Issuer any money or non−callable U.S. Government Securities held by it as provided in Section 8.04 hereof which, in the opinion of a nationally recognized firm of independent public accountants expressed in a written certification thereof delivered to the Trustee (which may be the opinion delivered under clause (1) of Section 8.04 hereof), are in excess of the amount thereof that would then be required to be deposited to effect an equivalent Legal Defeasance or Covenant Defeasance.

Section 8.06     Repayment to the Issuer.

Any money deposited with the Trustee or any Paying Agent, or then held by the Issuer, in trust for the payment of the principal of, premium or interest on, any Note remaining unclaimed for two years after such principal, premium or interest has become due and payable shall be paid to the Issuer on its written request or (if then held by the Issuer) will be discharged from such trust; and the Holders will thereafter be permitted to look only to the Issuer

for payment thereof, and all liability of the Trustee or such Paying Agent with respect to such trust money, and all liability of the Issuer as trustee thereof, will thereupon cease; *provided*, *however*, that the Trustee or such Paying Agent, before being required to make any such repayment, shall, at the expense of the Issuer, cause to be published once, in the New York Times and The Wall Street Journal (national edition), notice that such money remains unclaimed and that, after a date specified therein, which will not be less than 30 days from the date of such notification or publication, any unclaimed balance of such money then remaining will be repaid to the Issuer.

Section 8.07    <u>Reinstatement</u>.

If the Trustee or Paying Agent is unable to apply any U.S. dollars or non−callable U.S. Government Securities in accordance with Section 8.02 or 8.03 hereof, as the case may be, by reason of any order or judgment of any court or governmental authority enjoining, restraining or otherwise prohibiting such application, then the Issuer's and the Guarantors' obligations under this Indenture and the Notes and the Note Guarantees will be revived and reinstated as though no deposit had occurred pursuant to Section 8.02 or 8.03 hereof until such time as the Trustee or Paying Agent is permitted to apply all such money in accordance with Section 8.02 or 8.03 hereof, as the case may be; *provided*, *however*, that, if the Issuer makes any payment of principal of, premium, if any, or interest on, any Note following the reinstatement of its obligations, the Issuer will be subrogated to the rights of the Holders of such Notes to receive such payment from the money held by the Trustee or Paying Agent.

# ARTICLE 9

## AMENDMENT, SUPPLEMENT AND WAIVER

Section 9.01    <u>Without Consent of Holders</u>.

(a)    Notwithstanding Section 9.02 of this Indenture, the Issuer and the Trustee may amend or supplement this Indenture or the Notes or the Note Guarantees or any Security Document without the consent of any Holder to cure any ambiguity, omission, defect or inconsistency or to provide for the assumption by a successor corporation, partnership or limited liability company of the obligations of the Issuer under this Indenture, the Notes and the Security Documents:

(1)    to provide for uncertificated Notes in addition to or in place of certificated Notes (*provided* that the uncertificated notes are issued in registered form for purposes of Section 163(f) of the Code);

(2)    to add guarantees with respect to the Notes or to evidence the release of any Guarantor from its Note Guarantee and under the Security Documents as provided in this Indenture;

(3)    to further secure the Notes;

(4)    to add to the covenants of the Issuer for the benefit of the Holders;

(5)     to surrender any right or power conferred upon the Issuer;

(6)     to make any change that does not adversely affect the rights of any Holder;

(7)     to evidence or provide for the acceptance of appointment under this Indenture of a successor Trustee;

(8)     to conform the text of this Indenture, the Note Guarantees or the Notes to any provision of the "Description of the Notes" section of the Offering Document;

(9)     to make certain changes to this Indenture to provide for the issuance of Additional Notes;

(10)    to provide for the release of Collateral from the Liens of this Indenture and the Security Documents when permitted or required by the Security Documents or this Indenture; or

(11)    to secure any Permitted Additional Pari Passu Obligations under the Security Documents and to appropriately include the same in the lntercreditor Agreement.

(b)     Upon the request of the Issuer accompanied by a resolution of its Board of Directors authorizing the execution of any such amendment or supplemental indenture, and upon receipt by the Trustee of the documents described in Section 9.06 hereof, the Trustee will join with the Issuer and the Guarantors in the execution of any amendment or supplemental indenture authorized or permitted by the terms of this Indenture and to make any further appropriate agreements and stipulations that may be therein contained, but the Trustee will not be obligated to enter into such amendment or supplemental indenture that affects its own rights, duties or immunities under this Indenture or otherwise.

Section 9.02     With Consent of Holders.

(a)     Except as provided in this Section 9.02, the Issuer, the Guarantors and the Trustee and, if applicable, the Collateral Agent, may amend or supplement this Indenture (including, without limitation, Sections 4.08 and 4.12 hereof) and the Notes or the Note Guarantees with the consent of the Holders of at least a majority in aggregate principal amount of the then outstanding Notes voting as a single class (including, without limitation, consents obtained in connection with a tender offer or exchange offer for, or purchase of, the Notes), and, subject to Sections 6.04 and 6.07 hereof, any existing Default or Event of Default (other than a Default or Event of Default in the payment of the principal of, premium, if any, or interest on, the Notes, except a payment default resulting from an acceleration that has been rescinded) or compliance with any provision of this Indenture, any Security Document or the Notes or the Note Guarantees may be waived with the consent of the Holders of a majority in aggregate principal amount of the then outstanding Notes voting as a single class (including, without limitation, consents obtained in connection with a tender offer or exchange offer for, or purchase of, the Notes). Section 2.08 hereof shall determine which Notes are considered to be "outstanding" for purposes of this Section 9.02.

(b)     Upon the written request of the Issuer accompanied by a resolution of its Boards of Directors authorizing the execution of any such amended or supplemental indenture, and upon the filing with the Trustee of evidence satisfactory to the Trustee of the consent of the Holders as aforesaid, and upon receipt by the Trustee of the documents described in Section 9.06 hereof, the Trustee will join with the Issuer and the Guarantors in the execution of such amended or supplemental indenture unless such amended or supplemental indenture directly affects the Trustee's own rights, duties or immunities under this Indenture or otherwise, in which case the Trustee may in its discretion, but will not be obligated to, enter into such amended or supplemental Indenture.

(c)     It is not be necessary for the consent of the Holders under this Section 9.02 to approve the particular form of any proposed amendment, supplement or waiver, but it is sufficient if such consent approves the substance thereof.

(d)     After an amendment, supplement or waiver under this Section 9.02 becomes effective, the Issuer will mail (or otherwise deliver pursuant to the procedures of DTC) to the Holders affected thereby a notice briefly describing the amendment, supplement or waiver. Any failure of the Issuer to send such notice, or any defect therein, will not, however, in any way impair or affect the validity of any such amendment, supplement or waiver. Subject to Sections 6.04 and 6.07 hereof, the Holders of a majority in aggregate principal amount of the Notes then outstanding voting as a single class may waive compliance in a particular instance by the Issuer or any Guarantor with any provision of this Indenture, the Intercreditor Agreement, the other the Security Documents or the Notes or the Note Guarantees. However, without the consent of each Holder affected thereby, an amendment, supplement or waiver under this Section 9.02 may not (with respect to any Notes held by a non−consenting Holder):

(1)     reduce the principal amount of Notes whose Holders must consent to an amendment, supplement or waiver;

(2)     reduce the principal of or extend the fixed maturity of any Note or alter the provisions with respect to the redemption of the Notes (for the avoidance of doubt, repurchases of the Notes by the Issuer pursuant to Sections 4.08 and 4.12 hereof are not redemptions of the Notes);

(3)     reduce the rate of or extend the time for payment of interest, including default interest, or premium on any Note;

(4)     waive a Default or Event of Default in the payment of principal of, or premium, if any, or interest on, the Notes (except a rescission of acceleration of the Notes by the Holders of at least a majority in aggregate principal amount of the then outstanding Notes and a waiver of the payment default that resulted from such acceleration);

(5)     make any Note payable in money other than that stated in the Notes;

(6)     make any change in the provisions of this Indenture relating to waivers of past Defaults or impair the rights of Holders of Notes to receive payments of principal of, or interest of premium, if any, on the Notes;

(7)     waive a redemption payment with respect to any Note (for the avoidance of doubt, any payment required by Sections 4.08 or 4.12 hereof is not a redemption payment);

(8)     release any Guarantor that is a Significant Subsidiary of the Issuer from any of its obligations under its Note Guarantee or this Indenture, except in accordance with the terms of this Indenture;

(9)     make any change in the preceding amendment and waiver provisions; or

(10)     make any change in the provisions in the Intercreditor Agreement or this Indenture dealing with the application of proceeds of Collateral that would adversely affect the Holders.

(e)     Any amendment to, or waiver of, the provisions of this Indenture, any Security Document or any other indenture governing Permitted Additional Pari Passu Obligations that has the effect of releasing all or substantially all of the Collateral from the Liens securing the Notes or otherwise modifies the Intercreditor Agreement or other Security Documents in any manner adverse in any material respect to the Holders will require the consent of the holders of at least 66- 2/3% in aggregate principal amount of the Notes and any Permitted Additional Pari Passu Obligations then outstanding.

Section 9.03     Intentionally Omitted.

Section 9.04     Revocation and Effect of Consents.

Until an amendment, supplement or waiver becomes effective, a consent to it by a Holder is a continuing consent by the Holder and every subsequent Holder or portion of a Note that evidences the same debt as the consenting Holder's Note, even if notation of the consent is not made on any Note. However, any such Holder or subsequent Holder may revoke the consent as to its Note if the Trustee receives written notice of revocation before the date the amendment, supplement or waiver becomes effective. After an amendment, supplement or waiver becomes effective in accordance with its terms, it thereafter binds every Holder.

Section 9.05     Notation on or Exchange of Notes.

The Trustee may place an appropriate notation about an amendment, supplement or waiver on any Note thereafter authenticated. The Issuer in exchange for all Notes may issue and the Trustee shall, upon receipt of an Authentication Order, authenticate new Notes that reflect the amendment, supplement or waiver.

Failure to make the appropriate notation or issue a new Note will not affect the validity and effect of such amendment, supplement or waiver.

Section 9.06     Trustee to Sign Amendments, etc.

The Trustee will sign any amended or supplemental indenture authorized pursuant to this Article 9 if the amendment or supplement does not adversely affect the rights, duties,

liabilities or immunities of the Trustee. The Issuer may not sign an amended or supplemental indenture until the Issuer's Board of Directors approves it. In executing any amended or supplemental indenture, the Trustee will be provided with and (subject to Section 7.01 hereof) will be fully protected in conclusively relying upon, in addition to the documents required by Section 14.04 hereof, an Officer's Certificate and an Opinion of Counsel stating that the execution of such amended or supplemental indenture is authorized or permitted by this Indenture and that such amended or supplemental indenture is the legal, valid and binding obligation of the Issuer or Guarantor, as applicable, enforceable against the Issuer or the Guarantor, as applicable, in accordance with its terms.

ARTICLE 10

NOTE GUARANTEES

Section 10.01  <u>Guarantee</u>.

(a)     Subject to this Article 10, each of the Guarantors hereby, jointly and severally, unconditionally Guarantees to each Holder of a Note authenticated and delivered by the Trustee and to the Trustee and the Collateral Agent and their respective successors and assigns, irrespective of the validity and enforceability of this Indenture, the Notes or the obligations of the Issuer hereunder or thereunder, that:

(1)     the principal of, premium, if any, and interest on, the Notes will be promptly paid in full when due, whether at maturity, by acceleration, redemption or otherwise, and interest on the overdue principal of and interest on the Notes, if any, if lawful, and all other obligations of the Issuer to the Holders or the Trustee or the Collateral Agent hereunder or thereunder will be promptly paid in full or performed, all in accordance with the terms hereof and thereof; and

(2)     in case of any extension of time of payment or renewal of any Notes or any of such other obligations, that same will be promptly paid in full when due or performed in accordance with the terms of the extension or renewal, whether at stated maturity, by acceleration or otherwise.

Failing payment when due of any amount so guaranteed or any performance so guaranteed for whatever reason, the Guarantors will be jointly and severally obligated to pay the same immediately. Each Guarantor agrees that this is a Guarantee of payment and not a Guarantee of collection.

(b)     The Guarantors hereby agree that their obligations hereunder are unconditional, irrespective of the validity, regularity or enforceability of the Notes or this Indenture, the absence of any action to enforce the same, any waiver or consent by any Holder with respect to any provisions hereof or thereof, the recovery of any judgment against the Issuer, any action to enforce the same or any other circumstance which might otherwise constitute a legal or equitable discharge or defense of a Guarantor. Each Guarantor hereby waives diligence, presentment, demand of payment, filing of claims with a court in the event of insolvency or bankruptcy of either Issuer, any right to require a proceeding first against the Issuer, protest,

notice and all demands whatsoever and covenant that this Note Guarantee will not be discharged except by complete performance of the obligations contained in the Notes and this Indenture.

(c)     If any Holder or the Trustee is required by any court or otherwise to return to the Issuer, the Guarantors or any custodian, trustee, liquidator or other similar official acting in relation to either the Issuer or the Guarantors, any amount paid by either to the Trustee or the Collateral Agent or such Holder, this Note Guarantee, to the extent theretofore discharged, will be reinstated in full force and effect.

(d)     Each Guarantor agrees that it will not be entitled to any right of subrogation in relation to the Holders in respect of any obligations guaranteed hereby until payment in full of all obligations guaranteed hereby. Each Guarantor further agrees that, as between the Guarantors, on the one hand, and the Holders, the Collateral Agent and the Trustee, on the other hand, (1) the maturity of the obligations guaranteed hereby may be accelerated as provided in Article 6 hereof for the purposes of this Note Guarantee, notwithstanding any stay, injunction or other prohibition preventing such acceleration in respect of the obligations guaranteed hereby, and (2) in the event of any declaration of acceleration of such obligations as provided in Article 6 hereof, such obligations (whether or not due and payable) will forthwith become due and payable by the Guarantors for the purpose of this Note Guarantee. The Guarantors will have the right to seek contribution from any non−paying Guarantor so long as the exercise of such right does not impair the rights of the Holders under the Note Guarantee.

Section 10.02  <u>Limitation on Guarantor Liability</u>.

Each Guarantor, and by its acceptance of Notes, each Holder, hereby confirms that it is the intention of all such parties that the Note Guarantee of such Guarantor not constitute a fraudulent transfer or conveyance for purposes of Bankruptcy Law, the Uniform Fraudulent Conveyance Act, the Uniform Fraudulent Transfer Act or any similar federal, state or provincial law in any jurisdiction to the extent applicable to any Note Guarantee. To effectuate the foregoing intention, the Trustee, the Collateral Agent, the Holders and the Guarantors hereby irrevocably agree that the obligations of such Guarantor will be limited to the maximum amount that will, after giving effect to such maximum amount and all other contingent and fixed liabilities of such Guarantor that are relevant under such laws, and after giving effect to any collections from, rights to receive contribution from or payments made by or on behalf of any other Guarantor in respect of the obligations of such other Guarantor under this Article 10, result in the obligations of such Guarantor under its Note Guarantee not constituting a fraudulent transfer or conveyance.

Section 10.03  <u>Intentionally Omitted</u>.

Section 10.04  <u>Guarantors May Consolidate, etc., on Certain Terms</u>.

(a)     Except as otherwise provided in this Section 10.04, a Guarantor may not sell or otherwise dispose of (including by way of division) all or substantially all of its assets to, or consolidate with or merge or amalgamate with or into (whether or not such Guarantor is the surviving Person) another Person, other than the Issuer or another Guarantor, unless:

(1)     immediately after giving effect to such transaction, no Default or Event of Default exists; and

(2)     either:

(A)     the Person acquiring the property in any such sale or disposition or the Person formed by or surviving any such consolidation or merger assumes all the obligations of that Guarantor under this Indenture, its Note Guarantee, the Intercreditor Agreement and the other Security Documents, pursuant to, in the case of this Indenture and the relevant agreements, a supplemental indenture ; or

(B)     the Net Proceeds of such sale or other disposition are applied in accordance with the applicable provisions of this Indenture.

In case of any such consolidation, merger, amalgamation, sale or conveyance and upon the assumption by the successor Person, by supplemental indenture, executed and delivered to the Trustee and satisfactory in form to the Trustee, of the Note Guarantee and the due and punctual performance of all of the covenants and conditions of this Indenture to be performed by the Guarantor, such successor Person will succeed to and be substituted for the Guarantor with the same effect as if it had been named herein as a Guarantor. Such successor Person thereupon may cause to be signed any or all of the Note Guarantees to be endorsed upon all of the Notes issuable hereunder which theretofore shall not have been signed by the Issuer and delivered to the Trustee. All the Note Guarantees so issued will in all respects have the same legal rank and benefit under this Indenture as the Note Guarantees theretofore and thereafter issued in accordance with the terms of this Indenture as though all of such Note Guarantees had been issued at the date of the execution hereof.

(b)     Except as set forth in Articles 4 and 5 hereof, and notwithstanding Sections 10.04(a)(2)(A) and 10.04(a)(2)(B) above, nothing contained in this Indenture or in any of the Notes will prevent any consolidation, merger or amalgamation of a Guarantor with or into the Issuer or another Guarantor, or will prevent any sale or conveyance of the property of a Guarantor as an entirety or substantially as an entirety to the Issuer or another Guarantor.

Section 10.05  Releases.

(a)     The Note Guarantee of a Guarantor will be automatically released and discharged:

(1)     in connection with any sale, disposition or transfer of all or substantially all of the assets of that Guarantor (including by way of merger, amalgamation, or consolidation) to a Person that is not (either before or after giving effect to such transaction) the Issuer or a Restricted Subsidiary of the Issuer, if the sale, disposition or transfer does not violate Section 4.08 hereof;

(2)     in connection with any sale, disposition or transfer of all of the Capital Stock of that Guarantor to a Person that is not (either before or after giving effect to such transaction) the Issuer or a Restricted Subsidiary of the Issuer, if the sale, disposition or transfer does not violate Section 4.08 hereof;

(3)      if the Issuer designates any Restricted Subsidiary that is a Guarantor to be an Unrestricted Subsidiary in accordance with the applicable provisions of this Indenture;

(4)      upon Legal Defeasance in accordance with Article 8 hereof or satisfaction and discharge of this Indenture in accordance with Article 11 and Article 8 hereof; or

(5)      upon such Guarantor becoming an Excluded Subsidiary, so long as such Guarantor does not Guarantee any Debt Facilities of the Issuer or any of its Restricted Subsidiaries.

(b)      Any Guarantor not released from its obligations under its Note Guarantee as provided in this Section 10.05 will remain liable for the full amount of principal of and interest and premium, if any, on the Notes and for the other obligations of any Guarantor under this Indenture as provided in this Article 10.

## ARTICLE 11

## SATISFACTION AND DISCHARGE

Section 11.01 <u>Satisfaction and Discharge</u>.

(a)      This Indenture will be discharged and will cease to be of further effect as to all Notes issued hereunder, when:

(1)      either:

(A)      all Notes that have been authenticated and, except lost, stolen or destroyed Notes that have been replaced or paid and Notes for whose payment money has been deposited in trust or segregated and held in trust by the Issuer and thereafter repaid to the Issuer, have been delivered to the Trustee for cancellation; or

(B)      all Notes that have not been delivered to the Trustee for cancellation have become due and payable by reason of the mailing (or delivery in accordance with the procedures of DTC) of a notice of redemption or otherwise or will become due and payable within one year or may be called for redemption within one year and the Issuer or any Guarantor has irrevocably deposited or caused to be deposited with the Trustee as trust funds in trust solely for the benefit of the Holders, cash in U.S. dollars, non−callable U.S. Government Securities, or a combination thereof, in such amounts as will be sufficient, in the case of non-callable U.S. Government Securities or a combination of cash in U.S. Dollars and U.S. Government Securities, in the opinion of a U.S. nationally recognized investment bank, appraisal firm or firm of independent public accountants, without consideration of any reinvestment of interest, to pay and discharge the entire Indebtedness (including all principal and interest) on the Notes not delivered to the Trustee for cancellation; *provided* that (i) upon any redemption that requires the payment of the Applicable Premium, the amount deposited will be sufficient for purposes of this Indenture to the extent that an amount is deposited with the Trustee equal to the Applicable Premium calculated as of the date of the notice of redemption, with any Applicable Premium Deficit only required to be deposited with the Trustee on or prior to

the date of redemption and (ii) any Applicable Premium Deficit will be set forth in an Officer's Certificate delivered to the Trustee simultaneously with the deposit of such Applicable Premium Deficit that confirms that such Applicable Premium Deficit will be applied toward such redemption;

(2)     the Issuer or any Guarantor has paid or caused to be paid all sums payable by it under this Indenture; and

(3)     the Issuer has delivered irrevocable written instructions to the Trustee under this Indenture to apply the deposited money toward the payment of the Notes at maturity or on the redemption date, as the case may be.

(b)     In addition, an Officer's Certificate and an Opinion of Counsel have been delivered to the Trustee stating that all conditions precedent to satisfaction and discharge have been satisfied.

(c)     Notwithstanding the satisfaction and discharge of this Indenture, if money has been deposited with the Trustee pursuant to Section 11.01(a)(1)(B), the provisions of Sections 11.02 and 8.06 hereof will survive such satisfaction and discharge. In addition, nothing in this Section 11.01 will be deemed to discharge those provisions of Section 7.07 hereof, or any other provision hereof, that, by their terms, survive the satisfaction and discharge of this Indenture.

Section 11.02  <u>Application of Trust Money</u>.

(a)     Subject to the provisions of Section 8.06 hereof, all money deposited with the Trustee pursuant to Section 11.01 hereof shall be held in trust and applied by it, in accordance with the provisions of the Notes and this Indenture, to the payment, either directly or through any Paying Agent (including the Issuer acting as its own Paying Agent) as the Trustee may determine, to the Persons entitled thereto, of the principal (and premium, if any) and interest for whose payment such money has been deposited with the Trustee; but such money need not be segregated from other funds except to the extent required by law.

(b)     If the Trustee or Paying Agent is unable to apply any money or U.S. Government Securities in accordance with Section 11.01 hereof by reason of any legal proceeding or by reason of any order or judgment of any court or governmental authority enjoining, restraining or otherwise prohibiting such application, the Issuer's and any Guarantor's obligations under this Indenture and the Notes and Note Guarantees, as applicable, shall be revived and reinstated as though no deposit had occurred pursuant to Section 11.01 hereof; *provided* that if the Issuer has made any payment of principal of, premium, if any, or interest on, any Notes because of the reinstatement of its obligations, the Issuer shall be subrogated to the rights of the Holders of such Notes to receive such payment from the money or U.S. Government Securities held by the Trustee or Paying Agent.

# ARTICLE 12

# COLLATERAL AND SECURITY

Section 12.01  <u>Security Documents; Additional Collateral; Intercreditor Agreement</u>.

(a)  *Security Documents*. In order to secure the due and punctual payment of the Notes Obligations and any Permitted Additional Pari Passu Obligations, the Issuer, the Guarantors, the Collateral Agent and the other parties thereto have simultaneously with the execution of this Indenture entered or, in accordance with the provisions of Section 4.14, Section 4.17, Section 4.19 and this Article 12, will enter into the Security Documents. In the event of a conflict or inconsistency between the terms of this Indenture and the Security Documents, the Security Documents shall control. The Issuer shall, and shall cause each of its Restricted Subsidiaries to, and each Restricted Subsidiary shall, make all filings (including filings of continuation statements and amendments to UCC financing statements that may be necessary to continue the effectiveness of such UCC financing statements) and take all other actions as are reasonably necessary or required by the Security Documents to maintain (at the sole cost and expense of the Issuer and its Restricted Subsidiaries) the security interest created by the Security Documents in the Collateral (other than with respect to any Collateral the security interest in which is not required to be perfected under the Security Documents) as a perfected security interest subject only to Permitted Liens.

(b)  *Additional Collateral*. With respect to assets acquired after the Issue Date, the Issuer or the applicable Guarantor will take the actions required by the Security Agreement or Section 4.18 of this Indenture.

(c)  *Intercreditor Agreement.* The Security Documents, the Trustee, the Collateral Agent and the Holders are bound by the terms of the Intercreditor Agreement and each Holder of a Note, by accepting such Note, agrees to all the terms and provisions of the Intercreditor Agreement and the other Security Documents. Notwithstanding anything to the contrary, (i) the liens and security interests granted to the Collateral Agent pursuant to the Security Documents and all rights and obligations of the Trustee and Collateral Agent hereunder in respect of the Collateral are expressly subject to the Intercreditor Agreement and (ii) the exercise of any right or remedy by the Trustee and the Collateral Agent hereunder in respect of the Collateral is subject to the limitation and provisions of the Intercreditor Agreement. In the event of any conflict or inconsistency between the terms of the Intercreditor Agreement and the terms of this Indenture or any Security Document, the terms of the Intercreditor Agreement, shall govern.

Section 12.02  <u>Intentionally Omitted</u>.

Section 12.03  <u>Release of Collateral</u>.

The Liens securing the Notes and the Guarantees will, automatically and without the need for any further action by any Person be released:

(a)     in whole or in part, as applicable, as to all or any portion of the property subject to such Liens which has been taken by eminent domain, condemnation or other similar circumstances in accordance with the terms of Section 4.08;

(b)     in whole upon:

(1)     payment in full of the principal of, together with accrued and unpaid interest, if any, on the Notes and all other Obligations under this Indenture, the Note Guarantees and the Security Documents that are due and payable at or prior to the time such principal, together with accrued and unpaid interest, if any, are paid;

(2)     satisfaction and discharge of this Indenture as set forth under Article 11; or

(3)     a legal defeasance or covenant defeasance of this Indenture as set forth under Article 8;

(c)     in part, as to any property that (i) is sold, transferred or otherwise disposed of by the Issuer or any Guarantor (other than to the Issuer or another Guarantor) in a transaction not prohibited by this Indenture at the time of such transfer or disposition, including, without limitation, as a result of a transaction of the type permitted under Sections 4.08 and 5.01 or (ii) is owned or at any time acquired by a Guarantor that has been released from its Guarantee, concurrently with the release of such Guarantee;

(d)     as to property that constitutes all or substantially all of the Collateral securing the Notes, with the consent of each Holder of the Notes and each holder of any Permitted Additional Pari Passu Obligations outstanding;

(e)     as to property that constitutes less than all or substantially all of the Collateral securing the Notes, with the consent of the Holders of at least 66 2/3% of the aggregate principal amount of Notes (including, without limitation, consents obtained in connection with a tender offer or exchange offer for, or purchase of, Notes) and any Permitted Additional Pari Passu Obligations outstanding;

(f)     as to any Excluded Pipelines subject to a security interest granted under a mortgage, security agreement or other security interest in favor of the Collateral Agent, upon the disposition of such Excluded Pipeline, in a transaction not prohibited by this Indenture at the time of such sale, transfer or disposition;

(g)     as to real property upon which any Excluded Pipelines are situated, upon the Collateral Agent's receipt from the Issuer of an Officer's Certificate certifying that the release of the Collateral Agent's Liens on such real property does not materially adversely affect or impair (1) the business operations of the Issuer and its Restricted Subsidiaries as a whole or (2) the validity or priority of the Lien of the Collateral Agent pursuant to the Security Documents on the balance of the Mortgaged Property; and

(h)     in part, in accordance with the applicable provisions of the Intercreditor Agreement and the other Security Documents.

Any release of Collateral permitted by this Section 12.03 shall be deemed not to impair the remaining Liens under this Indenture and the Security Documents in contravention thereof.

Section 12.04   Form and Sufficiency of Release.

In the event that either the Issuer or any Guarantor has sold, exchanged, or otherwise disposed of or proposes to sell, exchange or otherwise dispose of any portion of the Collateral that, under the terms of this Indenture may be sold, exchanged or otherwise disposed of by the Issuer or any Guarantor, and the Issuer or such Guarantor requests the Trustee in writing to furnish a written disclaimer, release or quitclaim of any interest in such property under this Indenture, the applicable Guarantee and the Security Documents, upon receipt of an Officer's Certificate and Opinion of Counsel to the effect that such release complies with Section 12.03 and specifying the provision in Section 12.03 pursuant to which such release is being made (upon which the Trustee may exclusively and conclusively rely), the Trustee shall execute, acknowledge and deliver to the Issuer or such Guarantor (or instruct the Collateral Agent to do the same and upon receipt thereof the Collateral Agent shall execute, acknowledge and deliver) such an instrument in the form provided by the Issuer, and providing for release without recourse and shall take such other action as the Issuer or such Guarantor may reasonably request and as necessary to effect such release.

Section 12.05   Possession and Use of Collateral.

Subject to the provisions of the Security Documents, the Issuer and the Guarantors shall have the right to remain in possession and retain exclusive control of and to exercise all rights with respect to the Collateral (other than monies or U.S. Government Obligations deposited pursuant to Article 8 or Article 11, and other than as set forth in the Security Documents and this Indenture), to freely operate, manage, develop, lease, use, consume and enjoy the Collateral (other than monies and U.S. Government Obligations deposited pursuant to Article 8 or Article 11 and other than as set forth in the Security Documents and this Indenture), to alter or repair any Collateral so long as such alterations and repairs do not materially impair the Lien of the Security Documents thereon, and to collect, receive, use, invest and dispose of the reversions, remainders, interest, rents, lease payments, issues, profits, revenues, proceeds and other income thereof and to effect transactions permitted under Sections 4.08 and 5.01.

Section 12.06   Intentionally Omitted.

Section 12.07   Collateral Agent.

(a)      The Trustee and each of the Holders by acceptance of the Notes hereby appoint the Collateral Agent as the Trustee's and Holders' collateral agent under this Indenture and the Security Documents and the Trustee and each of the Holders by acceptance of the Notes hereby irrevocably authorizes the Collateral Agent to take such action on its behalf under the provisions of this Indenture and the Security Documents and to exercise such powers and perform such duties as are expressly delegated to the Collateral Agent by the terms of this Indenture and the Security Documents, together with such powers as are reasonably incidental

thereto. The Collateral Agent agrees to act as such on the express conditions contained in this Section 12.07. The provisions of this Section 12.07 are solely for the benefit of the Collateral Agent and none of the Trustee, any of the Holders, the Issuer or any of the Guarantors shall have any rights as a third party beneficiary of any of the provisions contained herein other than as expressly provided in Section 12.03. Notwithstanding any provision to the contrary contained elsewhere in this Indenture and the Security Documents, the Collateral Agent shall not have any duties or responsibilities, except those expressly set forth herein or in the Security Documents, nor shall the Collateral Agent have or be deemed to have any fiduciary relationship with the Trustee, any Holder, the Issuer or any Guarantor, and no implied covenants, functions, responsibilities, duties, obligations or liabilities shall be read into this Indenture and the Security Documents or otherwise exist against the Collateral Agent. Without limiting the generality of the foregoing sentence, the use of the term "agent" in this Indenture with reference to the Collateral Agent shall not be construed to connote any fiduciary or other implied (or express) obligations arising under agency doctrine of any applicable law. Instead, such term is used merely as a matter of market custom, and is intended to create or reflect only an administrative relationship between independent contracting parties. Except as expressly otherwise provided in this Indenture and the Security Documents, the Collateral Agent shall exercise or refrain from exercising any discretionary rights or taking or refraining from taking any actions which the Collateral Agent is expressly entitled to take or assert under this Indenture and the Security Documents, including the exercise of remedies pursuant to Article 6, and any action so taken or not taken shall be deemed consented to by the Trustee and the Holders.

(b)      The Collateral Agent may execute any of its duties under this Indenture and the Security Documents by or through agents, employees or attorneys−in−fact and shall be entitled to advice of counsel concerning all matters pertaining to such duties. The Collateral Agent shall not be responsible for the negligence or misconduct of any agent, employee or attorney−in−fact that it selects as long as such selection was made with due care.

(c)      None of the Collateral Agent or any of its agents or employees shall (i) be liable for any action taken or omitted to be taken by any of them under or in connection with this Indenture or the transactions contemplated hereby (except for its own gross negligence or willful misconduct) or under or in connection with any Security Document or the transactions contemplated thereby (except for its own gross negligence or willful misconduct), or (ii) be responsible in any manner to the Trustee or any Holder for any recital, statement, representation, warranty, covenant or agreement made by the Issuer or any Guarantor, contained in this Indenture or any indenture, or in any certificate, report, statement or other document referred to or provided for in, or received by the Collateral Agent under or in connection with, this Indenture, any other indenture or the Security Documents, or the validity, effectiveness, genuineness, enforceability or sufficiency of this Indenture, any other indenture or the Security Documents, or for any failure of the Issuer or any Guarantor or any other party to this Indenture or the Security Documents to perform its obligations hereunder or thereunder. None of the Collateral Agent or any of its agents or employees shall be under any obligation to the Trustee or any Holder to ascertain or to inquire as to the observance or performance of any of the agreements contained in, or conditions of, this Indenture, any other indenture or the Security Documents or to inspect the properties, books or records of the Issuer or any Guarantor.

(d)     The Collateral Agent shall not be deemed to have actual knowledge or notice of the occurrence of any Default or Event of Default, unless the Collateral Agent shall have received written notice from the Trustee or the Issuer referring to this Indenture, describing such Default or Event of Default and stating that such notice is a "notice of default." The Collateral Agent shall take such action with respect to such Default or Event of Default as may be requested by the Trustee in accordance with Article 6 (subject to this Section 12.07); provided, however, that unless and until the Collateral Agent has received any such request, the Collateral Agent may (but shall not be obligated to) take such action, or refrain from taking such action, with respect to such Default or Event of Default as it shall deem advisable.

(e)     A resignation or removal of the Collateral Agent and appointment of a successor Collateral Agent shall become effective only upon the successor Collateral Agent's acceptance of appointment as provided in this Section 12.07(e). The Collateral Agent may resign in writing at any time by so notifying the Issuer, the Trustee and each trustee, agent or representative of holders of Permitted Additional Pari Passu Obligations at least 30 days prior to the proposed date of resignation. The Issuer may remove the Collateral Agent if: (i) the Collateral Agent (x) fails to meet the requirements for being a Trustee under Section 7.10 (prior to the discharge or defeasance of this Indenture) and (y) following the discharge or defeasance of this Indenture, fails to meet the requirements for being the trustee, agent or representative of holders of any extant Permitted Additional Pari Passu Obligations; (ii) the Collateral Agent is adjudged a bankrupt or an insolvent or an order for relief is entered with respect to the Collateral Agent under any Bankruptcy Law; (iii) a custodian or public officer takes charge of the Collateral Agent or its property; or (iv) the Collateral Agent becomes incapable of acting. If the Collateral Agent resigns or is removed or if a vacancy exists in the office of Collateral Agent for any reason, the Issuer shall promptly appoint a successor Collateral Agent which complies with the eligibility requirements contained in this Indenture and each indenture, credit agreement or other agreements which any Permitted Additional Pari Passu Obligations (other than Additional Notes) are incurred. If a successor Collateral Agent does not take office within ten days after the retiring Collateral Agent resigns or is removed, the retiring or removed Collateral Agent, the Issuer or the holders of at least 10% in principal amount of the then outstanding principal amount of (x) the Notes and (y) Permitted Additional Pari Passu Obligations (to the extent the trustee, agent or representative of holders of such Permitted Additional Pari Passu Obligations executed a joinder to the Security Agreement) may petition any court of competent jurisdiction, at the expense of the Issuer for the appointment of a successor Collateral Agent. A successor Collateral Agent shall deliver a written acceptance of its appointment to the retiring Collateral Agent and to the Issuer. Thereupon, the resignation or removal of the retiring Collateral Agent shall become effective, and the successor Collateral Agent shall have all the rights, powers and the duties of the Collateral Agent under this Indenture and the Security Documents. The successor Collateral Agent shall mail a notice of its succession to the Trustee and each trustee, agent or representative of holders of Permitted Additional Pari Passu Obligations. The retiring Collateral Agent shall promptly transfer all property held by it as Collateral Agent to the successor Collateral Agent, provided that all sums owing to the Collateral Agent hereunder have been paid. Notwithstanding replacement of the Collateral Agent pursuant to this Section 12.07(e), the Issuer's obligations under this Section 12.07 and Section 12.12 shall continue for the benefit of the retiring Collateral Agent.

(f)     Except as otherwise explicitly provided herein or in the Security Documents, neither the Collateral Agent nor any of its officers, directors, employees or agents shall be liable for failure to demand, collect or realize upon any of the Collateral or for any delay in doing so or shall be under any obligation to sell or otherwise dispose of any Collateral upon the request of any other Person or to take any other action whatsoever with regard to the Collateral or any part thereof. The Collateral Agent shall be accountable only for amounts that it actually receives as a result of the exercise of such powers, and neither the Collateral Agent nor any of its officers, directors, employees or agents shall be responsible for any act or failure to act hereunder, except for its own willful misconduct, gross negligence or bad faith.

(g)     The Trustee is authorized and directed in writing by the Holders and the Holders by acquiring the Notes are deemed to have authorized the Trustee, as applicable, to (i) enter into the Security Documents, (ii) bind the Holders on the terms as set forth in the Security Documents and (iii) perform and observe its obligations under the Security Documents. The Collateral Agent is authorize and directed by the Trustee and the Holders and the Holders by acquiring the Notes and deemed to have authorized the Collateral Agent to (i) enter into the Security Documents, (ii) bind the Trustee and the Holders on the terms as set forth in the Security Documents and (iii) perform and observe its obligations under the Security Documents.

(h)     Neither the Collateral Agent nor the Trustee shall have any obligation whatsoever to assure that the Collateral exists or is owned by the Issuer and the Guarantors or is cared for, protected or insured or has been encumbered, or that the Collateral Agent's Liens have been properly or sufficiently or lawfully created, perfected, protected, maintained or enforced or are entitled to any particular priority, or to determine whether all of the Grantor's property constituting collateral intended to be subject to the Lien and security interest of the Security Documents has been properly and completely listed or delivered, as the case may be, or the genuineness, validity, marketability or sufficiency thereof or title thereto, or to exercise at all or in any particular manner or under any duty of care, disclosure or fidelity, or to continue exercising, any of the rights, authorities and powers granted or available to the Collateral Agent pursuant to this Indenture or any Security Document, it being understood and agreed that in respect of the Collateral, or any act, omission or event related thereto, the Collateral Agent may act in any manner it may deem appropriate, in its sole discretion given the Collateral Agent's own interest in the Collateral, and that neither the Collateral Agent nor the Trustee shall have any other duty or liability whatsoever as to any of the foregoing.

(i)     The Collateral Agent (i) shall not be liable for any action it takes or omits to take in good faith it believes to be authorized or within its rights or powers, or for any error of judgment made in good faith by an authorized officer, unless it is proved that the Collateral Agent was negligent in ascertaining the pertinent facts, (ii) shall not be liable for interest on any money received by it except as the Collateral Agent may agree in writing with the Issuer (and money held in trust by the Collateral Agent need not be segregated from other funds except to the extent required by law), and (iii) may consult with counsel of its selection and the advice or opinion of such counsel as to matters of law shall be full and complete authorization and protection from liability in respect of any action taken, omitted or suffered by it in good faith and in accordance with the advice or opinion of such counsel. The grant of permissive rights or powers to the Collateral Agent shall not be construed to impose duties to act. In no event shall the Collateral Agent be responsible or liable for special, indirect, punitive or consequential loss

or damage of any kind whatsoever (including, but not limited to, loss of profit) irrespective of whether the Collateral Agent has been advised of the likelihood of such loss or damage and regardless of the form of action.

(j)     Notwithstanding anything to the contrary in this Indenture (including this Article 12), in the event of a foreclosure on the Mortgaged Property and/or the exercise of its remedies under the Security Documents, the Trustee and Collateral Agent agree that they shall not take any action that results in the disturbance, extinguishment or termination of any Permitted Liens granted pursuant to clause 14(B) of the definition thereof. Upon the request of the Issuer, the Collateral Agent shall enter into (x) in the case of any such Permitted Lien that is a lease, a subordination non−disturbance and attornment agreement and (y) in the case of any such other Permitted Lien, a nondisturbance agreement, consent or such other agreement which, in each case, confirms that in the event of a foreclosure on the Mortgaged Property and/or exercise of remedies under the Security Documents, the Collateral Agent (and its successors and assigns) will not disturb, extinguish or terminate any such Permitted Liens (or the rights thereunder). Any request by the Issuer pursuant to the preceding sentence shall be evidenced by a certificate from an officer of the Issuer which certificate shall certify that (1) the Permitted Liens in question do not materially adversely affect or impair (A) the business operations of the Issuer and its Restricted Subsidiaries as a whole or (B) the validity or priority of the Lien of the Mortgages on the balance of the Mortgaged Property and (2) the applicable non−disturbance agreement, consent or other agreement provides that the Permitted Liens in question are subordinate to the Lien in favor of the Collateral Agent on the Mortgaged Property.

(k)     The Trustee and the Collateral Agent shall be deemed to have exercised reasonable care in the custody of the Collateral in their possession if the Collateral is accorded treatment substantially equal to that which it accords its own property and shall not be liable or responsible for any loss or diminution in the value of any Collateral, by reason of the act or omission of any carrier, forwarding agent or other agent or bailee selected by the Trustee or the Collateral Agent in good faith. Neither the Trustee nor the Collateral Agent shall be responsible for filing any financing or continuation statements or recording any documents or instruments in any public office at any time or times or otherwise perfecting or maintaining the perfection of any security interest in the Collateral.

Section 12.08  Purchaser Protected.

No purchaser or grantee of any property or rights purporting to be released shall be bound to ascertain the authority of the Collateral Agent or Trustee to execute the release or to inquire as to the existence of any conditions herein prescribed for the exercise of such authority so long as the conditions set forth in Section 12.04 have been satisfied.

Section 12.09  Authorization of Actions to Be Taken by the Collateral Agent Under the Security Documents.

The Holders agree that the Collateral Agent shall be entitled to the rights, privileges, protections immunities, indemnities and benefits provided to the Collateral Agent by the Security Documents. Furthermore, each holder of a Note, by accepting such Note, consents

to the terms of and authorizes and directs the Trustee (in each of its capacities) and the Collateral Agent to enter into and perform the Security Documents in each of its capacities thereunder.

Section 12.10  Authorization of Receipt of Funds by the Trustee Under the Security Agreement.

The Trustee is authorized to receive any funds for the benefit of Holders distributed under the Security Documents to the Trustee, to apply such funds as provided in Section 6.10 hereof.

Section 12.11  Powers Exercisable by Receiver or Collateral Agent.

In case the Collateral shall be in the possession of a receiver or trustee, lawfully appointed, the powers conferred in this Article 12 upon the Issuer or any Guarantor, as applicable, with respect to the release, sale or other disposition of such property may be exercised by such receiver or trustee, and an instrument signed by such receiver or trustee shall be deemed the equivalent of any similar instrument of the Issuer or any Guarantor, as applicable, or of any officer or officers thereof required by the provisions of this Article 12.

Section 12.12  Compensation and Indemnification.

The Collateral Agent shall be entitled to the compensation and indemnification set forth in Section 7.07 (with the references to the Trustee therein being deemed to refer to the Collateral Agent).

ARTICLE 13

[RESERVED]

ARTICLE 14

MISCELLANEOUS

Section 14.01  Intentionally Omitted.

Section 14.02  Notices.

(a)      Any notice, direction, request, instruction, document, or communication by the Issuer, any Guarantor or the Trustee to the others is duly given if in writing and delivered in Person or by first class mail (registered or certified, return receipt requested), facsimile transmission electronically in PDF format or overnight air courier guaranteeing next day delivery, to the others' address:

If to either Issuer and/or any Guarantor:

TPC Group Inc.
One Allen Center

500 Dallas Street, Suite 1000
Houston, Texas 77002
Facsimile: (832) 415-0456
Attention: Marilyn Moore Basso
Email: Marilyn.MooreBasso@tpcgrp.com

With a copy to:

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Facsimile: (212) 455-2502
Attention: David Azarkh, Esq.
Email: dazarkh@stblaw.com

If to the Trustee or the Collateral Agent:

U.S. Bank National Association
Global Corporate Trust Services
13737 Noel Road, Suite 800
Dallas, Texas 75240
Facsimile: (972) 581-1670

The Issuer, any Guarantor or the Trustee, by notice to the others, may designate additional or different addresses for subsequent notices or communications; provided, however, that notices to the Trustee shall only be effective upon actual receipt.

(b)        All notices and communications (other than those sent to Holders) will be deemed to have been duly given: at the time delivered by hand, if personally delivered; five calendar days after being deposited in the mail, postage prepaid, if mailed; when receipt acknowledged, if transmitted by facsimile; when sent, if sent electronically in PDF format and the next Business Day after timely delivery to the courier, if sent by overnight air courier guaranteeing next day delivery.

(c)        Notwithstanding any other provision hereof or of any Note, where this Indenture or any Note provides for notice of any event (including any notice of redemption) to any holder of an interest in a Global Note (whether by email or otherwise), such notice shall be sufficiently given if given to DTC or other applicable Depositary for such note (or its designee) according to the applicable procedures of DTC or such Depositary. Any notice or communication to a Holder of a Definitive Note will be mailed by first class mail, certified or registered, return receipt requested, or by overnight air courier guaranteeing next day delivery to its address shown on the register kept by the Registrar. Failure to send a notice or communication to a Holder as provided herein or any defect in it will not affect its sufficiency with respect to other Holders.

(d)        If a notice or communication is sent in the manner provided in this Section 14.02 within the time prescribed, it is duly given, whether or not the addressee receives it.

(e)     If the Issuer sends a notice or communication to Holders, it will send a copy to the Trustee and each Agent at the same time.

(f)     In respect of this Indenture, the Trustee and Collateral Agent shall not have any duty or obligation to verify or confirm that the Person sending instructions, directions, reports, notices or other communications or information by electronic transmission is, in fact, a Person authorized to give such instructions, directions, reports, notices or other communications or information on behalf of the party purporting to send such electronic transmission; and neither the Trustee nor the Collateral Agent shall have any liability for any losses, liabilities, costs or expenses incurred or sustained by any party as a result of such reliance upon or compliance with such instructions, directions, reports, notices or other communications or information. Each other party agrees to assume all risks arising out of the use of electronic methods to submit instructions, directions, reports, notices or other communications or information to the Trustee and the Collateral Agent, including without limitation the risk of the Trustee and the Collateral Agent acting on unauthorized instructions, notices, reports or other communications or information, and the risk of interception and misuse by third parties.

Section 14.03  [Reserved].

Section 14.04  <u>Certificate and Opinion as to Conditions Precedent</u>.

Upon any request or application by the Issuer to the Trustee to take any action under this Indenture (other than in connection with the Authentication Order, dated the date hereof, and delivered to the Trustee in connection with the issuance of the Initial Notes), the Issuer shall furnish to the Trustee:

(1)     an Officer's Certificate (which must include the statements set forth in Section 14.05 hereof) stating that, in the opinion of the signers, all conditions precedent and covenants, if any, *provided* for in this Indenture relating to the proposed action have been satisfied; and

(2)     an Opinion of Counsel (which must include the statements set forth in Section 14.05 hereof) stating that, in the opinion of such counsel, all such conditions precedent and covenants have been satisfied.

Section 14.05  <u>Statements Required in Certificate or Opinion</u>.

Each certificate or opinion with respect to compliance with a condition or covenant provided for in this Indenture must include substantially:

(1)     a statement that the Person making such certificate or opinion has read such covenant or condition;

(2)     a brief statement as to the nature and scope of the examination or investigation upon which the statements or opinions contained in such certificate or opinion are based;

(3)     a statement that, in the opinion of such Person, he or she has made such examination or investigation as is necessary to enable him or her to express an informed opinion as to whether or not such covenant or condition has been satisfied; and

(4)     a statement as to whether or not, in the opinion of such Person, such condition or covenant has been satisfied.

Section 14.06  Rules by Trustee and Agents.

The Trustee may make reasonable rules for action by or at a meeting of Holders. The Agents may make reasonable rules and set reasonable requirements for its functions.

Section 14.07  No Personal Liability of Directors, Officers, Employees and Stockholders.

To the extent permitted by law, no past, present or future director, manager, officer, employee, incorporator, stockholder or member of the Issuer, any parent of the Issuer or any Subsidiary, as such, will have any liability for any obligations of the Issuer or the Guarantors under the Notes, this Indenture, the Note Guarantees or for any claim based on, in respect of, or by reason of, such obligations or their creation. Each Holder by accepting a Note waives and releases all such liability. The waiver and release are part of the consideration for issuance of the Notes.

Section 14.08  Governing Law.

(a)     THIS INDENTURE, THE NOTES, AND THE NOTE GUARANTEES SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK.

(b)     Each party hereto irrevocably and unconditionally submits to the jurisdiction of the Supreme Court of the State of New York sitting in the Borough of Manhattan, New York County and of the United States District Court of the Southern District of New York sitting in the Borough of Manhattan, and any appellate court from any jurisdiction thereof, in any action or proceeding arising out of or relating to this Indenture, the Notes or the Note Guarantees, or for recognition or enforcement of any judgment, and each of the parties hereto hereby irrevocably and unconditionally agrees that all claims in respect of any such action or proceeding may be heard and determined in such New York State or, to the extent permitted by law, in such Federal court. Each party hereto agrees that a final judgment in any such action or proceeding shall be conclusive and may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law. Nothing in this Indenture shall affect any right that any party hereto or any Secured Party may otherwise have to bring any action or proceeding relating to this Indenture against any party hereto or its properties in the courts of any jurisdiction.

(c)     Each party hereto irrevocably and unconditionally waives, to the fullest extent it may legally and effectively do so, any objection which it may now or hereafter have to the laying of venue of any suit, action or proceeding arising out of or relating to this Indenture in any court referred to in Section 14.08(b) hereto.  Each party hereto irrevocably waives, to the

fullest extent permitted by law, the defense of an inconvenient forum to the maintenance of such action or proceeding in any such court.

(d)     Each party hereto irrevocably consents to service of process in the manner provided for notices in Section 14.02 hereof, such service to be effective upon receipt.

Nothing in this Indenture will affect the right of any party hereto or any Secured Party to serve process in any other manner permitted by law.

Section 14.09  <u>Successors</u>.

All agreements of the Issuer in this Indenture and the Notes will bind its successors. All agreements of the Trustee in this Indenture will bind its successors. All agreements of each Guarantor in this Indenture will bind its successors, except as otherwise provided in Section 10.04.

Section 14.10  <u>Severability</u>.

In case any provision in this Indenture or in the Notes is invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions will not in any way be affected or impaired thereby.

Section 14.11  <u>Counterpart Originals</u>.

The parties may sign any number of copies of this Indenture. Each signed copy will be an original, but all of them together represent the same agreement. The exchange of copies of this Indenture and of signature pages by facsimile or PDF transmission shall constitute effective execution and delivery of this Indenture as to the parties hereto and may be used in lieu of the original Indenture for all purposes. Signatures of the parties hereto transmitted by facsimile or PDF shall be deemed to be their original signatures for all purposes.

Section 14.12  <u>Table of Contents, Headings, etc.</u>

The Table of Contents, Cross−Reference Table and Headings of the Articles and Sections of this Indenture have been inserted for convenience of reference only, are not to be considered a part of this Indenture and will in no way modify or restrict any of the terms or provisions hereof.

Section 14.13  <u>Waiver of Immunity</u>.

To the extent that any of the Issuer or the Guarantors has or hereafter may acquire any immunity from jurisdiction of any court or from any legal process (whether through service of notice, attachment prior to judgment, attachment in aid of execution or execution, on the ground of sovereignty or otherwise) with respect to itself or its property, it hereby irrevocably waives, to the fullest extent permitted by applicable law, such immunity in respect of its obligations under this Indenture, Note and/or Note Guarantees.

Section 14.14  <u>Waiver of Jury Trial</u>.

ALL PARTIES HERETO HEREBY IRREVOCABLY WAIVE ALL RIGHTS TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER BASED ON CONTRACT, TORT OR OTHERWISE) ARISING OUT OF OR RELATING TO THIS INDENTURE, THE NOTES, THE NOTE GUARANTEES, THE SECURITY DOCUMENTS, THE INTERCREDITOR AGREEMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

Section 14.15  U.S.A. Patriot Act.

The parties hereto acknowledge that in accordance with Section 326 of the U.S.A. Patriot Act, the Trustee, like all financial institutions and in order to help fight the funding of terrorism and money laundering, is required to obtain, verify, and record information that identifies each person or legal entity that establishes a relationship or opens an account with the Trustee. The parties to this Indenture agree that they will provide the Trustee with such information as it may request in order for the Trustee to satisfy the requirements of the U.S.A. Patriot Act.

[Signatures on following page]

IN WITNESS WHEREOF, the parties hereto have caused this Indenture to be duly executed and attested, all as of the date first above written.

**TPC GROUP INC.**

By: _____
Name: Bart de Jong
Title: Senior Vice President and Chief Financial Officer

**TPC GROUP LLC**

By: _____
Name: Bart de Jong
Title: Senior Vice President and Chief Financial Officer

**TP CAPITAL CORPORATION**

By: _____
Name: Bart de Jong
Title: Senior Vice President and Chief Financial Officer

**TEXAS BUTYLENE CHEMICAL CORPORATION**

By: _____
Name: Bart de Jong
Title: Senior Vice President and Chief Financial Officer

**TEXAS OLEFINS DOMESTIC-INTERNATIONAL SALES CORPORATION**

By: _____
Name: Bart de Jong
Title: Senior Vice President and Chief Financial Officer

**PORT NECHES FUELS, LLC**

By:

Name: Bart de Jong
Title: Senior Vice President and Chief
Financial Officer

**TPC PHOENIX FUELS LLC**

By:

Name: Bart de Jong
Title: Senior Vice President and Chief
Financial Officer

**U.S. BANK NATIONAL ASSOCIATION,**
as Trustee

By: _____
      Name:  Michael K. Herberger
      Title:  Vice President


**U.S. BANK NATIONAL ASSOCIATION,**
as Collateral Agent

By: _____
      Name:  Michael K. Herberger
      Title:  Vice President

[Face of 144A Global Note]

*[Insert the Global Note Legend, if applicable pursuant to the provisions of the Indenture]*

*[Insert the Private Placement Legend, if applicable pursuant to the provisions of the Indenture]*

---

CUSIP/ISIN 89236Y AB0 / US89236YAB02

10.50% Senior Secured Note due 2024

No. $

TPC Group Inc.
One Allen Center
500 Dallas Street, Suite 1000
Houston, Texas 77002

promise to pay to CEDE & CO. or registered assigns,

the principal sum of _____ DOLLARS on August 1, 2024.

Interest Payment Dates: February 1 and August 1

Record Dates: January 15 and July 15

Dated: August 2 ,2019

TPC GROUP INC.

By: _____
            Name:
            Title:

     This is one of the Notes referred to
in the within−mentioned Indenture:

U.S. BANK NATIONAL ASSOCIATION,
as Trustee

By: _____
           Authorized Signatory

Capitalized terms used herein have the meanings assigned to them in the Indenture referred to below unless otherwise indicated.

(1) *INTEREST*. TPC Group Inc., a Delaware corporation (the "*Issuer*"), promises to pay interest on the principal amount of this Note at 10.50% per annum from August 2, 2019 until maturity. The Issuer will pay interest semi−annually in arrears on February 1 and August 1 of each year, or if any such day is not a Business Day, on the next succeeding Business Day (each, an "*Interest Payment Date*"). Interest on the Notes will accrue from the most recent date to which interest has been paid or, if no interest has been paid, from August 2, 2019 until the principal hereof is due. The first Interest Payment Date shall be February 1, 2020. The Issuer will pay interest on overdue principal at the rate borne by the Notes, and it shall pay interest on overdue installments of interest at the same rate to the extent lawful. Interest will be computed on the basis of a 360−day year of twelve 30−day months.

(2) *METHOD OF PAYMENT*. The Issuer will pay interest on the Notes (except defaulted interest) to the Persons who are registered Holders at the close of business on the January 15 or July 15 immediately preceding the Interest Payment Date (whether or not a Business Day), even if such Notes are canceled after such record date and on or before such Interest Payment Date, except as provided in Section 2.12 of the Indenture with respect to defaulted interest. Payments in respect of Notes represented by Global Notes (including principal, premium, if any, and interest) shall be made by wire transfer of immediately available funds to the accounts specified by The Depository Trust Company or any successor depositary. The Issuer will make all payments in respect of a Definitive Note (including principal, premium, if any, and interest), at the office of each Paying Agent, except that, at the option of the Issuer, payment of interest may be made by mailing a check to the registered address of each Holder thereof; *provided*, *however*, that payments on the Notes may also be made in the case of a Holder of at least $1,000,000 aggregate principal amount of Notes, by wire transfer to a U.S. dollar account maintained by the payee with a bank in the United States if such Holder elects payment by wire transfer by giving written notice to the Trustee or a Paying Agent to such effect designating such account no later than 30 days immediately preceding the relevant due date for payment (or such other date as the Trustee may accept in its discretion). Such payment will be in such coin or currency of the United States of America as at the time of payment is legal tender for payment of public and private debts.

(3) *PAYING AGENT AND REGISTRAR*. Initially, U.S. Bank National Association, the Trustee under the Indenture, will act as Paying Agent and Registrar. The Issuer may change any Paying Agent or Registrar without notice to any Holder. The Issuer or any of the Issuer's Subsidiaries may act in any such capacity.

(4) *INDENTURE*. The Issuer issued the Notes under an Indenture dated as of August 2, 2019 (the "*Indenture*") among the Issuer, the Guarantors and the Trustee. The terms of the Notes include those stated in the Indenture. Terms defined in the Indenture and not defined herein have the meanings ascribed thereto in the Indenture. The Notes are subject to all the terms and provisions of the Indenture, and Holders are referred to the Indenture for a statement of such

terms. To the extent any provision of this Note conflicts with the express provisions of the Indenture, the provisions of the Indenture shall govern and be controlling.

The Notes are senior secured obligations of the Issuer. This Note is one of the Notes referred to in the Indenture. The Notes include the Initial Notes and any Additional Notes. The Initial Notes and any Additional Notes are treated as a single class of securities under the Indenture. The Indenture imposes certain limitations on the ability of the Issuer and its Restricted Subsidiaries to, among other things, make certain Investments and other Restricted Payments, pay dividends and other distributions, incur Indebtedness, enter into consensual restrictions upon the payment of certain dividends and distributions by such Restricted Subsidiaries, issue or sell shares of capital stock of the Issuer and such Restricted Subsidiaries, enter into or permit certain transactions with Affiliates, create or incur Liens and make asset sales. The Indenture also imposes limitations on the ability of the Issuer and each Guarantor to consolidate or merge with or into any other Person or convey, transfer or lease all or substantially all of its property.

To guarantee the due and punctual payment of the principal and interest on the Notes and all other amounts payable by the Issuer under the Indenture, the Notes and the Security Documents when and as the same shall be due and payable, whether at maturity, by acceleration or otherwise, according to the terms of the Notes and the Indenture, the Guarantors have, jointly and severally, unconditionally guaranteed the Obligations of the Issuer under the Notes on a senior secured basis pursuant to the terms of the Indenture.

The Notes shall be secured by Liens and security interests, subject to Permitted Liens, in the Collateral on the terms and conditions set forth in the Indenture, the Intercreditor Agreement and the other Security Documents. The Collateral Agent holds the Collateral in trust for the benefit of the Holders of the Notes Obligations and the Trustee and the Holders, in each case pursuant to the Security Documents. The Collateral will also secure obligations under Permitted Additional Pari Passu Obligations and Indebtedness and other Obligations permitted under the Indenture to be secured.

Each Holder by accepting this Note consents and agrees to the terms of the Intercreditor Agreement and the other Security Documents as the same may be in effect or may be amended from time to time in accordance with their terms and the Indenture authorizes and directs the Collateral Agent and the Trustee, as applicable, to enter into the Intercreditor Agreement and the other Security Documents and to perform its obligations and exercise its rights thereunder in accordance therewith.

(5)     *OPTIONAL REDEMPTION*.

(a)     At any time prior to August 1, 2021, the Issuer may on any one or more occasions redeem up to 35% of the aggregate principal amount of Notes issued under the Indenture at a redemption price of 110.50% of the principal amount thereof, plus accrued and unpaid interest to, but not including, the redemption date (subject to the right of Holders on the relevant record date to receive interest due on the relevant interest payment date), with the net cash proceeds of one or more Equity Offerings; *provided* that:

(1)     at least 50% of the aggregate principal amount of Notes issued under the Indenture (including any Additional Notes issued after the Issue Date, but excluding Notes held by the Issuer and its Subsidiaries, including the Issuer) remains outstanding immediately after the occurrence of such redemption (unless all of such Notes are redeemed); and

(2)     the redemption occurs within 180 days of the date of the closing of such Equity Offering.

(b)     On or after August 1, 2021, the Issuer may redeem all or a part of the Notes at the redemption prices (expressed as percentages of principal amount) set forth below plus accrued and unpaid interest on the Notes redeemed to, but not including, the applicable redemption date, if redeemed during the 12−month period beginning on August 1 of the years indicated below, subject to the rights of Holders on the relevant record date to receive interest due on the relevant interest payment date:

| Year | Percentage |
|------|------------|
| 2021 | 107.875% |
| 2022 | 103.938% |
| 2023 and thereafter | 100.000% |

Unless the Issuer defaults in the payment of the redemption price or unless any condition to the redemption described in the notice of redemption is not satisfied, interest will cease to accrue on the Notes or portions thereof called for redemption on the applicable redemption date.

(c)     The Notes will be subject to redemption as a whole, but not in part, at the option of the Issuer at any time, at 100% of the principal amount, plus accrued and unpaid interest on the Notes to be redeemed to, but not including, the redemption date (subject to the right of Holders on the relevant record date to receive interest due on the relevant Interest Payment Date).

(d)     At any time prior to August 1, 2021, the Issuer may also redeem all or a part of the Notes, at a redemption price equal to 100% of the aggregate principal amount hereof plus the Applicable Premium as of, and accrued and unpaid interest to, but not including, the date of redemption, subject to the rights of Holders on the relevant record date to receive interest due on the relevant interest payment date.

(6)     *MANDATORY REDEMPTION*.

The Issuer is not required to make mandatory redemption or sinking fund payments with respect to the Notes.

(7)     *NOTICE OF REDEMPTION*. Notice of redemption will be mailed, or otherwise deliver notice in accordance with the applicable procedures of DTC, with a copy to the Trustee, at least 15 days but not more than 60 days before the redemption date to each Holder whose Notes are to be redeemed at its registered address, except that redemption notices may be mailed more than 60 days prior to a redemption date, or otherwise deliver notice in accordance with the applicable procedures of DTC, with a copy to the Trustee, if the notice is issued in

connection with a defeasance of the Notes or a satisfaction or discharge of the Indenture. Notes in denominations larger than $2,000 may be redeemed in part but only in whole multiples of $1,000 in excess of $2,000.

(8)     *REPURCHASE AT THE OPTION OF HOLDER.*

(a)     If there is a Change of Control, the Issuer will make an offer (a "*Change of Control Offer*") to each Holder to repurchase all or any part (equal to $2,000 or an integral multiple of $1,000 in excess of $2,000) of that Holder's Notes at a purchase price in cash equal to 101% of the aggregate principal amount of Notes repurchased plus accrued and unpaid interest on the Notes repurchased to, but not including, the date of purchase, subject to the rights of Holders on the relevant record date to receive interest due on the relevant interest payment date. Within 30 days following any Change of Control, the Issuer will mail a notice to each Holder or otherwise deliver notice in accordance with the applicable procedures of DTC, with a copy to the Trustee, setting forth the procedures governing the Change of Control Offer as required by the Indenture.

(b)     If the Issuer or a Restricted Subsidiary of the Issuer consummates any Asset Sales, within ten Business Days of each date on which the aggregate amount of Excess Proceeds exceeds $25.0 million, the Issuer will commence an offer to all Holders and (x) in the case of Net Proceeds from Notes Priority Collateral, to the holders of any other Permitted Additional Pari Passu Obligations containing provisions similar to those set forth in this Indenture with respect to offers to purchase or redeem with the proceeds of sales of assets or (y) in the case of any other Net Proceeds, to all holders of other Permitted Additional Pari Passu Obligations containing provisions similar to those set forth in the Indenture with respect to offers to purchase or redeem with the proceeds of sales of assets (an "*Asset Sale Offer*") pursuant to Section 4.08 of the Indenture to purchase the maximum principal amount of Notes and Permitted Additional Pari Passu Obligations, as appropriate, that may be purchased out of the Excess Proceeds at an offer price in cash in an amount equal to 100% of the principal amount thereof plus accrued and unpaid interest thereon to, but excluding, the date of purchase, in accordance with the procedures set forth in the Indenture. To the extent that any Excess Proceeds remain after the consummation of an Asset Sale Offer, the Issuer or any Restricted Subsidiary of the Issuer may use those Excess Proceeds for any purpose not otherwise prohibited by the Indenture. If the aggregate principal amount of Notes and Permitted Additional Pari Passu Obligations, as appropriate, tendered into such Asset Sale Offer exceeds the amount of Excess Proceeds, the Trustee shall select the Notes to be purchased on a *pro rata* basis. Holders that are the subject of an offer to purchase will receive an Asset Sale Offer from the Issuer prior to any related purchase date and may elect to have such Notes purchased by completing the form entitled "*Option of Holder to Elect Purchase*" attached to the Notes.

(9)     *DENOMINATIONS, TRANSFER, EXCHANGE.* The Notes are in registered form without coupons in denominations of $2,000 and integral multiples of $1,000 in excess of $2,000. The transfer of Notes may be registered and Notes may be exchanged as provided in the Indenture. The Registrar and the Trustee may require a Holder, among other things, to furnish appropriate endorsements and transfer documents and the Issuer may require a Holder to pay any taxes and fees required by law or permitted by the Indenture. The Issuer need not exchange or register the transfer of any Note or portion of a Note selected for redemption,

except for the unredeemed portion of any Note being redeemed in part. Also, the Issuer need not exchange or register the transfer of any Notes for a period of 15 days before a selection of Notes to be redeemed or during the period between a record date and the corresponding Interest Payment Date.

(10) *PERSONS DEEMED OWNERS*. The registered Holder may be treated as its owner for all purposes.

(11) AMENDMENT, SUPPLEMENT AND WAIVER. The provisions governing amendment, supplement and waiver of any provision of the Indenture, the Notes or the Note Guarantees are set forth in Article 9 of the Indenture.

(12) *DEFAULTS AND REMEDIES*. The Events of Default relating to the Notes are defined in Section 6.01 of the Indenture.

(13) *DISCHARGE AND DEFEASANCE*. Subject to certain conditions, the Issuer at any time may terminate some or all of its obligations under the Notes, the Note Guarantees and the Indenture if the Issuer deposits with the Trustee money or U.S. Government Securities for the payment of principal of and interest on the Notes to redemption or maturity, as the case may be.

(14) *TRUSTEE DEALINGS WITH ISSUER*. The Trustee, in its individual or any other capacity, may make loans to, accept deposits from, and perform services for the Issuer or its Affiliates, and may otherwise deal with the Issuer or its Affiliates, as if it were not the Trustee.

(15) *NO RECOURSE AGAINST OTHERS*. A director, manager, officer, employee, incorporator, member or stockholder of the Issuer or any of the Guarantors, as such, will not have any liability for any obligations of the Issuer or the Guarantors under the Notes, the Note Guarantees or the Indenture or for any claim based on, in respect of, or by reason of, such obligations or their creation. Each Holder by accepting a Note waives and releases all such liability. The waiver and release are part of the consideration for the issuance of the Notes.

(16) *AUTHENTICATION*. This Note will not be valid until authenticated by the manual signature of the Trustee or an authenticating agent.

(17) *ABBREVIATIONS*. Customary abbreviations may be used in the name of a Holder or an assignee, such as: TEN COM (= tenants in common), TEN ENT (= tenants by the entireties), JT TEN (= joint tenants with right of survivorship and not as tenants in common), CUST (= Custodian), and U/G/M/A (= Uniform Gifts to Minors Act).

(18) *CUSIP NUMBERS*. Pursuant to a recommendation promulgated by the Committee on Uniform Security Identification Procedures, the Issuer has caused CUSIP numbers to be printed on the Notes, and CUSIP numbers may be used in notices of redemption as a convenience to Holders. No representation is made as to the accuracy of such numbers either as printed on the Notes or as contained in any notice of redemption, and reliance may be placed only on the other identification numbers placed thereon.

(19)   *GOVERNING LAW*. THE INDENTURE, THIS NOTE AND THE NOTE GUARANTEES SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.

The Issuer will furnish to any Holder upon written request and without charge a copy of the Indenture. Requests may be made to:

TPC Group Inc.
One Allen Center
500 Dallas Street, Suite 1000
Houston, Texas 77002

# ASSIGNMENT FORM

To assign this Note, fill in the form below:

(I) or (we) assign and transfer this Note

to: _____

(Insert assignee's legal name)

_____

(Insert assignee's soc. sec. or tax I.D. no.)

_____
_____
_____
_____

(Print or type assignee's name, address and zip code)

and irrevocably

appoint _____

to transfer this Note on the books of the Issuer. The agent may substitute another to act for him.

Date:

Your Signature: _____

(Sign exactly as your name appears on the face of this Note)

Signature Guarantee*: _____

\* Participant in a recognized Signature Guarantee Medallion Program (or other signature guarantor acceptable to the Trustee).

## OPTION OF HOLDER TO ELECT PURCHASE

If you want to elect to have this Note purchased by the Issuer pursuant to Section 4.08 or 4.12 of the Indenture, check the appropriate box below:

☐ Section 4.08          ☐ Section 4.12

If you want to elect to have only part of the Note purchased by the Issuer pursuant to Section 4.08 or Section 4.12 of the Indenture, state the amount you elect to have purchased:

$

Date:

Your Signature: _____

(Sign exactly as your name appears on the face of this Note)

Tax Identification No.: _____

Signature Guarantee*: _____

* Participant in a recognized Signature Guarantee Medallion Program (or other signature guarantor acceptable to the Trustee).

## SCHEDULE OF TRANSFERS AND EXCHANGES OF INTERESTS IN THE 144A GLOBAL NOTE*

The following exchanges of a part of this 144A Global Note for an interest in another Global Note or for a Definitive Note, or exchanges of a part of another Global Note or Definitive Note for an interest in this 144A Global Note, have been made:

| Date of Transfer or Exchange | Amount of decrease in Principal Amount of this Global Note | Amount of increase in Principal Amount of this Global Note | Principal Amount of this Global Note following such decrease (or increase) | Signature of authorized signatory of Trustee or Custodian |
| --- | --- | --- | --- | --- |

*This schedule should be included only if the Note is issued in global form*

[Face of Regulation S Global Note]

*[Insert the Global Note Legend]*

*[Insert the Private Placement Legend]*

---

CUSIP/ISIN U8925W AD3 / USU8925WAD30

10.50% Senior Secured Note due 2024

No. $

TPC Group Inc.
One Allen Center
500 Dallas Street, Suite 1000
Houston, Texas 77002

promise to pay to CEDE & CO. or registered assigns,

the principal sum of _____ DOLLARS on August 1, 2024.

Interest Payment Dates: February 1 and August 1

Record Dates: January 15 and July 15

Dated: August 2 ,2019

TPC GROUP INC.

By: _____
        Name:
        Title:


       This is one of the Notes referred to
in the within−mentioned Indenture:

U.S. BANK NATIONAL ASSOCIATION,
as Trustee


By: _____
              Authorized Signatory

Capitalized terms used herein have the meanings assigned to them in the Indenture referred to below unless otherwise indicated.

(1)     *INTEREST*. TPC Group Inc., a Delaware corporation (the "*Issuer*"), promises to pay interest on the principal amount of this Note at 10.50% per annum from August 2, 2019 until maturity. The Issuer will pay interest semi−annually in arrears on February 1 and August 1 of each year, or if any such day is not a Business Day, on the next succeeding Business Day (each, an "*Interest Payment Date*"). Interest on the Notes will accrue from the most recent date to which interest has been paid or, if no interest has been paid, from August 2, 2019 until the principal hereof is due. The first Interest Payment Date shall be February 1, 2020. The Issuer will pay interest on overdue principal at the rate borne by the Notes, and it shall pay interest on overdue installments of interest at the same rate to the extent lawful. Interest will be computed on the basis of a 360−day year of twelve 30−day months.

(2)     *METHOD OF PAYMENT*. The Issuer will pay interest on the Notes (except defaulted interest) to the Persons who are registered Holders at the close of business on the January 15 or July 15 immediately preceding the Interest Payment Date (whether or not a Business Day), even if such Notes are canceled after such record date and on or before such Interest Payment Date, except as provided in Section 2.12 of the Indenture with respect to defaulted interest. Payments in respect of Notes represented by Global Notes (including principal, premium, if any, and interest) shall be made by wire transfer of immediately available funds to the accounts specified by The Depository Trust Company or any successor depositary. The Issuer will make all payments in respect of a Definitive Note (including principal, premium, if any, and interest), at the office of each Paying Agent, except that, at the option of the Issuer, payment of interest may be made by mailing a check to the registered address of each Holder thereof; provided, however, that payments on the Notes may also be made in the case of a Holder of at least $1,000,000 aggregate principal amount of Notes, by wire transfer to a U.S. dollar account maintained by the payee with a bank in the United States if such Holder elects payment by wire transfer by giving written notice to the Trustee or a Paying Agent to such effect designating such account no later than 30 days immediately preceding the relevant due date for payment (or such other date as the Trustee may accept in its discretion). Such payment will be in such coin or currency of the United States of America as at the time of payment is legal tender for payment of public and private debts.

(3)     *PAYING AGENT AND REGISTRAR*. Initially, U.S. Bank National Association, the Trustee under the Indenture, will act as Paying Agent and Registrar. The Issuer may change any Paying Agent or Registrar without notice to any Holder. The Issuer or any of the Issuer's Subsidiaries may act in any such capacity.

(4)     *INDENTURE*. The Issuer issued the Notes under an Indenture dated as of August 2, 2019 (the "*Indenture*") among the Issuer, the Guarantors and the Trustee. The terms of the Notes include those stated in the Indenture. Terms defined in the Indenture and not defined herein have the meanings ascribed thereto in the Indenture. The Notes are subject to all the terms and provisions of the Indenture, and Holders are referred to the Indenture for a statement of such

terms. To the extent any provision of this Note conflicts with the express provisions of the Indenture, the provisions of the Indenture shall govern and be controlling.

The Notes are senior secured obligations of the Issuer. This Note is one of the Notes referred to in the Indenture. The Notes include the Initial Notes and any Additional Notes. The Initial Notes and any Additional Notes are treated as a single class of securities under the Indenture. The Indenture imposes certain limitations on the ability of the Issuer and its Restricted Subsidiaries to, among other things, make certain Investments and other Restricted Payments, pay dividends and other distributions, incur Indebtedness, enter into consensual restrictions upon the payment of certain dividends and distributions by such Restricted Subsidiaries, issue or sell shares of capital stock of the Issuer and such Restricted Subsidiaries, enter into or permit certain transactions with Affiliates, create or incur Liens and make asset sales. The Indenture also imposes limitations on the ability of the Issuer and each Guarantor to consolidate or merge with or into any other Person or convey, transfer or lease all or substantially all of its property.

To guarantee the due and punctual payment of the principal and interest on the Notes and all other amounts payable by the Issuer under the Indenture, the Notes and the Security Documents when and as the same shall be due and payable, whether at maturity, by acceleration or otherwise, according to the terms of the Notes and the Indenture, the Guarantors have, jointly and severally, unconditionally guaranteed the Obligations of the Issuer under the Notes on a senior secured basis pursuant to the terms of the Indenture.

The Notes shall be secured by Liens and security interests, subject to Permitted Liens, in the Collateral on the terms and conditions set forth in the Indenture, the Intercreditor Agreement and the other Security Documents. The Collateral Agent holds the Collateral in trust for the benefit of the Holders of the Notes Obligations and the Trustee and the Holders, in each case pursuant to the Security Documents. The Collateral will also secure obligations under Permitted Additional Pari Passu Obligations and Indebtedness and other Obligations permitted under the Indenture to be secured.

Each Holder by accepting this Note consents and agrees to the terms of the Intercreditor Agreement and the other Security Documents as the same may be in effect or may be amended from time to time in accordance with their terms and the Indenture authorizes and directs the Collateral Agent and the Trustee, as applicable, to enter into the Intercreditor Agreement and the other Security Documents and to perform its obligations and exercise its rights thereunder in accordance therewith.

(5)     *OPTIONAL REDEMPTION.*

(a)     At any time prior to August 1, 2021, the Issuer may on any one or more occasions redeem up to 35% of the aggregate principal amount of Notes issued under the Indenture at a redemption price of 110.50% of the principal amount thereof, plus accrued and unpaid interest to, but not including, the redemption date (subject to the right of Holders on the relevant record date to receive interest due on the relevant interest payment date), with the net cash proceeds of one or more Equity Offerings; *provided* that:

(1)     at least 50% of the aggregate principal amount of Notes issued under the Indenture (including any Additional Notes issued after the Issue Date, but excluding Notes held by the Issuer and its Subsidiaries, including the Issuer) remains outstanding immediately after the occurrence of such redemption (unless all of such Notes are redeemed); and

(2)     the redemption occurs within 180 days of the date of the closing of such Equity Offering.

(b)     On or after August 1, 2021, the Issuer may redeem all or a part of the Notes at the redemption prices (expressed as percentages of principal amount) set forth below plus accrued and unpaid interest on the Notes redeemed to, but not including, the applicable redemption date, if redeemed during the 12−month period beginning on August 1 of the years indicated below, subject to the rights of Holders on the relevant record date to receive interest due on the relevant interest payment date:

| Year | Percentage |
|------|-----------|
| 2021 | 107.875% |
| 2022 | 103.938% |
| 2023 and thereafter | 100.000% |

Unless the Issuer defaults in the payment of the redemption price or unless any condition to the redemption described in the notice of redemption is not satisfied, interest will cease to accrue on the Notes or portions thereof called for redemption on the applicable redemption date.

(c)     The Notes will be subject to redemption as a whole, but not in part, at the option of the Issuer at any time, at 100% of the principal amount, plus accrued and unpaid interest on the Notes to be redeemed to, but not including, the redemption date (subject to the right of Holders on the relevant record date to receive interest due on the relevant Interest Payment Date).

(d)     At any time prior to August 1, 2021, the Issuer may also redeem all or a part of the Notes, at a redemption price equal to 100% of the aggregate principal amount hereof plus the Applicable Premium as of, and accrued and unpaid interest to, but not including, the date of redemption, subject to the rights of Holders on the relevant record date to receive interest due on the relevant interest payment date.

(6)     *MANDATORY REDEMPTION*.

The Issuer is not required to make mandatory redemption or sinking fund payments with respect to the Notes.

(7)     *NOTICE OF REDEMPTION*. Notice of redemption will be mailed, or otherwise deliver notice in accordance with the applicable procedures of DTC, with a copy to the Trustee, at least 15 days but not more than 60 days before the redemption date to each Holder whose Notes are to be redeemed at its registered address, except that redemption notices may be mailed more than 60 days prior to a redemption date, or otherwise deliver notice in accordance with the applicable procedures of DTC, with a copy to the Trustee, if the notice is issued in

connection with a defeasance of the Notes or a satisfaction or discharge of the Indenture. Notes in denominations larger than $2,000 may be redeemed in part but only in whole multiples of $1,000 in excess of $2,000.

(8)     *REPURCHASE AT THE OPTION OF HOLDER.*

(a)     If there is a Change of Control, the Issuer will make an offer (a "*Change of Control Offer*") to each Holder to repurchase all or any part (equal to $2,000 or an integral multiple of $1,000 in excess of $2,000) of that Holder's Notes at a purchase price in cash equal to 101% of the aggregate principal amount of Notes repurchased plus accrued and unpaid interest on the Notes repurchased to, but not including, the date of purchase, subject to the rights of Holders on the relevant record date to receive interest due on the relevant interest payment date. Within 30 days following any Change of Control, the Issuer will mail a notice to each Holder or otherwise deliver notice in accordance with the applicable procedures of DTC, with a copy to the Trustee, setting forth the procedures governing the Change of Control Offer as required by the Indenture.

(b)     If the Issuer or a Restricted Subsidiary of the Issuer consummates any Asset Sales, within ten Business Days of each date on which the aggregate amount of Excess Proceeds exceeds $25.0 million, the Issuer will commence an offer to all Holders and (x) in the case of Net Proceeds from Notes Priority Collateral, to the holders of any other Permitted Additional Pari Passu Obligations containing provisions similar to those set forth in this Indenture with respect to offers to purchase or redeem with the proceeds of sales of assets or (y) in the case of any other Net Proceeds, to all holders of other Permitted Additional Pari Passu Obligations containing provisions similar to those set forth in the Indenture with respect to offers to purchase or redeem with the proceeds of sales of assets (an "*Asset Sale Offer*") pursuant to Section 4.08 of the Indenture to purchase the maximum principal amount of Notes and Permitted Additional Pari Passu Obligations, as appropriate, that may be purchased out of the Excess Proceeds at an offer price in cash in an amount equal to 100% of the principal amount thereof plus accrued and unpaid interest thereon to, but excluding, the date of purchase, in accordance with the procedures set forth in the Indenture. To the extent that any Excess Proceeds remain after the consummation of an Asset Sale Offer, the Issuer or any Restricted Subsidiary of the Issuer may use those Excess Proceeds for any purpose not otherwise prohibited by the Indenture. If the aggregate principal amount of Notes and Permitted Additional Pari Passu Obligations, as appropriate, tendered into such Asset Sale Offer exceeds the amount of Excess Proceeds, the Trustee shall select the Notes to be purchased on a *pro rata* basis. Holders that are the subject of an offer to purchase will receive an Asset Sale Offer from the Issuer prior to any related purchase date and may elect to have such Notes purchased by completing the form entitled "*Option of Holder to Elect Purchase*" attached to the Notes.

(9)     *DENOMINATIONS, TRANSFER, EXCHANGE.* The Notes are in registered form without coupons in denominations of $2,000 and integral multiples of $1,000 in excess of $2,000. The transfer of Notes may be registered and Notes may be exchanged as provided in the Indenture. The Registrar and the Trustee may require a Holder, among other things, to furnish appropriate endorsements and transfer documents and the Issuer may require a Holder to pay any taxes and fees required by law or permitted by the Indenture. The Issuer need not exchange or register the transfer of any Note or portion of a Note selected for redemption,

except for the unredeemed portion of any Note being redeemed in part. Also, the Issuer need not exchange or register the transfer of any Notes for a period of 15 days before a selection of Notes to be redeemed or during the period between a record date and the corresponding Interest Payment Date.

(10)    *PERSONS DEEMED OWNERS*. The registered Holder may be treated as its owner for all purposes.

(11)    *AMENDMENT, SUPPLEMENT AND WAIVER*. The provisions governing amendment, supplement and waiver of any provision of the Indenture, the Notes or the Note Guarantees are set forth in Article 9 of the Indenture.

(12)    *DEFAULTS AND REMEDIES*. The Events of Default relating to the Notes are defined in Section 6.01 of the Indenture.

(13)    *DISCHARGE AND DEFEASANCE*. Subject to certain conditions, the Issuer at any time may terminate some or all of its obligations under the Notes, the Note Guarantees and the Indenture if the Issuer deposits with the Trustee money or U.S. Government Securities for the payment of principal of and interest on the Notes to redemption or maturity, as the case may be.

(14)    *TRUSTEE DEALINGS WITH ISSUER*. The Trustee, in its individual or any other capacity, may make loans to, accept deposits from, and perform services for the Issuer or its Affiliates, and may otherwise deal with the Issuer or its Affiliates, as if it were not the Trustee.

(15)    *NO RECOURSE AGAINST OTHERS*. A director, manager, officer, employee, incorporator, member or stockholder of the Issuer or any of the Guarantors, as such, will not have any liability for any obligations of the Issuer or the Guarantors under the Notes, the Note Guarantees or the Indenture or for any claim based on, in respect of, or by reason of, such obligations or their creation. Each Holder by accepting a Note waives and releases all such liability. The waiver and release are part of the consideration for the issuance of the Notes.

(16)    *AUTHENTICATION*. This Note will not be valid until authenticated by the manual signature of the Trustee or an authenticating agent.

(17)    *ABBREVIATIONS*. Customary abbreviations may be used in the name of a Holder or an assignee, such as: TEN COM (= tenants in common), TEN ENT (= tenants by the entireties), JT TEN (= joint tenants with right of survivorship and not as tenants in common), CUST (= Custodian), and U/G/M/A (= Uniform Gifts to Minors Act).

(18)    *CUSIP NUMBERS*. Pursuant to a recommendation promulgated by the Committee on Uniform Security Identification Procedures, the Issuer has caused CUSIP numbers to be printed on the Notes, and CUSIP numbers may be used in notices of redemption as a convenience to Holders. No representation is made as to the accuracy of such numbers either as printed on the Notes or as contained in any notice of redemption, and reliance may be placed only on the other identification numbers placed thereon.

(19)    *GOVERNING LAW*. THE INDENTURE, THIS NOTE AND THE NOTE GUARANTEES SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.

The Issuer will furnish to any Holder upon written request and without charge a copy of the Indenture. Requests may be made to:

TPC Group Inc.
One Allen Center
500 Dallas Street, Suite 1000
Houston, Texas 77002

# ASSIGNMENT FORM

To assign this Note, fill in the form below:

(I) or (we) assign and transfer this Note

to: _____

(Insert assignee's legal name)

_____

(Insert assignee's soc. sec. or tax I.D. no.)

_____
_____
_____
_____

(Print or type assignee's name, address and zip code)

and irrevocably

appoint _____
to transfer this Note on the books of the Issuer. The agent may substitute another to act for him.

Date:

Your Signature: _____

(Sign exactly as your name appears on the<br>face of this Note)

Signature Guarantee*: _____

* Participant in a recognized Signature Guarantee Medallion Program (or other signature guarantor acceptable to the Trustee).

## OPTION OF HOLDER TO ELECT PURCHASE

If you want to elect to have this Note purchased by the Issuer pursuant to Section 4.08 or 4.12 of the Indenture, check the appropriate box below:

☐ Section 4.08          ☐ Section 4.12

If you want to elect to have only part of the Note purchased by the Issuer pursuant to Section 4.08 or Section 4.12 of the Indenture, state the amount you elect to have purchased:

$

Date:

Your Signature: _____

(Sign exactly as your name appears on the face of this Note)

Tax Identification No.: _____

Signature Guarantee*: _____

* Participant in a recognized Signature Guarantee Medallion Program (or other signature guarantor acceptable to the Trustee).

## SCHEDULE OF TRANSFERS AND EXCHANGES OF INTERESTS IN THE REGULATION S GLOBAL NOTE*

The following exchanges of a part of this Regulation S Global Note for an interest in another Global Note or for a Definitive Note, or exchanges of a part of another Global Note or Definitive Note for an interest in this Regulation S Global Note, have been made:

| Date of Transfer or Exchange | Amount of decrease in Principal Amount of this Global Note | Amount of increase in Principal Amount of this Global Note | Principal Amount of this Global Note following such decrease (or increase) | Signature of authorized signatory of Trustee or Custodian |
| --- | --- | --- | --- | --- |

\* *This schedule should be included only if the Note is issued in global form*

FORM OF CERTIFICATE OF TRANSFER

TPC Group Inc.
One Allen Center
500 Dallas Street, Suite 1000
Houston, Texas 77002

U.S. Bank National Association,
as Trustee and Registrar
Global Corporate Trust Services
13737 Noel Road, Suite 800
Dallas, Texas 75240
Facsimile: (972) 581-1670

Re: 10.50% Senior Secured Notes due 2024

Reference is hereby made to the Indenture, dated as of August 2, 2019 (the "*Indenture*"), among TPC Group Inc. (the "*Issuer*"), the Guarantors and U.S. Bank National Association, as trustee and collateral agent. Capitalized terms used but not defined herein shall have the meanings given to them in the Indenture.

_____, (the "*Transferor*") owns and proposes to transfer the Note[s] or interest in such Note[s] specified in Annex A hereto, in the principal amount of $ _____ in such Note[s] or interests (the "*Transfer*"), to _____ (the "*Transferee*"), as further specified in Annex A hereto. In connection with the Transfer, the Transferor hereby certifies that:

[CHECK ALL THAT APPLY]

1. ☐ **Check if Transferee will take delivery of a beneficial interest in the 144A Global Note or a Restricted Definitive Note pursuant to Rule 144A**. The Transfer is being effected pursuant to and in accordance with Rule 144A under the Securities Act of 1933, as amended (the "*Securities Act*"), and, accordingly, the Transferor hereby further certifies that the beneficial interest or Definitive Note is being transferred to a Person that the Transferor reasonably believes is purchasing the beneficial interest or Definitive Note for its own account, or for one or more accounts with respect to which such Person exercises sole investment discretion, and such Person and each such account is a "qualified institutional buyer" within the meaning of Rule 144A in a transaction meeting the requirements of Rule 144A, and such Transfer is in compliance with any applicable blue sky securities laws of any state of the United States. Upon consummation of the proposed Transfer in accordance with the terms of the Indenture, the transferred beneficial interest or Definitive Note will be subject to the restrictions on transfer enumerated in the Private Placement Legend printed on the 144A Global Note and/or the Restricted Definitive Note and in the Indenture and the Securities Act.

2. ☐ **Check if Transferee will take delivery of a beneficial interest in the Regulation S Global Note or a Restricted Definitive Note pursuant to Regulation S**. The Transfer is being effected pursuant to and in accordance with Rule 903 or Rule 904 under the

Securities Act and, accordingly, the Transferor hereby further certifies that (i) the Transfer is not being made to a Person in the United States and (x) at the time the buy order was originated, the Transferee was outside the United States or such Transferor and any Person acting on its behalf reasonably believed and believes that the Transferee was outside the United States or (y) the transaction was executed in, on or through the facilities of a designated offshore securities market and neither such Transferor nor any Person acting on its behalf knows that the transaction was prearranged with a buyer in the United States, (ii) no directed selling efforts have been made in contravention of the requirements of Rule 903(b) or Rule 904(b) of Regulation S under the Securities Act, (iii) the transaction is not part of a plan or scheme to evade the registration requirements of the Securities Act and (iv) if proposed transfer is being made prior to the expiration of the Restricted Period, the transfer is not being made to a U.S. Person or for the account or benefit of a U.S. Person (other than an Initial Purchaser). Upon consummation of the proposed transfer in accordance with the terms of the Indenture, the transferred beneficial interest or Definitive Note will be subject to the restrictions on Transfer enumerated in the Private Placement Legend printed on the Regulation S Global Note and/or the Restricted Definitive Note and in the Indenture and the Securities Act.

3. ☐ **Check if Transferee will take delivery of a beneficial interest in a Restricted Definitive Note pursuant to any provision of the Securities Act other than Rule 144A or Regulation S.**

(a) ☐ such Transfer is being effected pursuant to and in accordance with Rule 144 under the Securities Act; or

(b) ☐ such Transfer is being effected to the Issuer or a subsidiary of the Issuer thereof; or

(c) ☐ such Transfer is being effected pursuant to an effective registration statement under the Securities Act and in compliance with the prospectus delivery requirements of the Securities Act.

4. ☐ **Check if Transferee will take delivery of a beneficial interest in an Unrestricted Global Note or of an Unrestricted Definitive Note**.

(a) ☐ **Check if Transfer is pursuant to Rule 144**. (i) The Transfer is being effected pursuant to and in accordance with Rule 144 under the Securities Act and in compliance with the transfer restrictions contained in the Indenture and any applicable blue sky securities laws of any state of the United States and (ii) the restrictions on transfer contained in the Indenture and the Private Placement Legend are not required in order to maintain compliance with the Securities Act. Upon consummation of the proposed Transfer in accordance with the terms of the Indenture, the transferred beneficial interest or Definitive Note will no longer be subject to the restrictions on transfer enumerated in the Private Placement Legend printed on the Restricted Global Notes, on Restricted Definitive Notes and in the Indenture.

(b) ☐ **Check if Transfer is Pursuant to Regulation S**. (i) The Transfer is being effected pursuant to and in accordance with Rule 903 or Rule 904 under the Securities Act and in compliance with the transfer restrictions contained in the Indenture and any applicable blue sky

securities laws of any state of the United States and (ii) the restrictions on transfer contained in the Indenture and the Private Placement Legend are not required in order to maintain compliance with the Securities Act. Upon consummation of the proposed Transfer in accordance with the terms of the Indenture, the transferred beneficial interest or Definitive Note will no longer be subject to the restrictions on transfer enumerated in the Private Placement Legend printed on the Restricted Global Notes, on Restricted Definitive Notes and in the Indenture.

(c) ☐ **Check if Transfer is Pursuant to Other Exemption**. (i) The Transfer is being effected pursuant to and in compliance with an exemption from the registration requirements of the Securities Act other than Rule 144, Rule 903 or Rule 904 and in compliance with the transfer restrictions contained in the Indenture and any applicable blue sky securities laws of any State of the United States and (ii) the restrictions on transfer contained in the Indenture and the Private Placement Legend are not required in order to maintain compliance with the Securities Act. Upon consummation of the proposed Transfer in accordance with the terms of the Indenture, the transferred beneficial interest or Definitive Note will not be subject to the restrictions on transfer enumerated in the Private Placement Legend printed on the Restricted Global Notes or Restricted Definitive Notes and in the Indenture.

This certificate and the statements contained herein are made for your benefit and the benefit of the Issuer.

_____

[Insert Name of Transferor]

By: _____

Name:
Title:

Dated:

Signature Guarantee*: _____

\* Participant in a recognized Signature Guarantee Medallion Program (or other signature guarantor acceptable to the Trustee).

ANNEX A TO CERTIFICATE OF TRANSFER

1.      The Transferor owns and proposes to transfer the following:

[CHECK ONE OF (a) OR (b)]

(a)      ☐ a beneficial interest in the:

(i)      ☐ 144A Global Note (CUSIP _____), or

(ii)      ☐ Regulation S Global Note (CUSIP _____), or

(b)      ☐ a Restricted Definitive Note.

2.      After the Transfer the Transferee will hold:

[CHECK ONE]

(a)      ☐ a beneficial interest in the:

(i)      ☐ 144A Global Note (CUSIP _____), or

(ii)      ☐ Regulation S Global Note (CUSIP _____), or

(iii)      ☐ Unrestricted Global Note (CUSIP _____), or

(b)      ☐ a Restricted Definitive Note.

(c)      ☐ an Unrestricted Definitive Note,

in accordance with the terms of the Indenture.

EXHIBIT C

FORM OF CERTIFICATE OF EXCHANGE

TPC Group Inc.
One Allen Center
500 Dallas Street, Suite 1000
Houston, Texas 77002

U.S. Bank National Association,
as Trustee and Registrar
Global Corporate Trust Services
13737 Noel Road, Suite 800
Dallas, Texas 75240
Facsimile: (972) 581-1670

Re: 10.50% Senior Secured Notes due 2024

(CUSIP _____)

Reference is hereby made to the Indenture, dated as of August 2, 2019 (the "*Indenture*"), among TPC Group Inc. (the "*Issuer*"), the Guarantors and U.S. Bank National Association, as trustee and collateral agent. Capitalized terms used but not defined herein shall have the meanings given to them in the Indenture.

_____, (the "*Owner*") owns and proposes to exchange the Note[s] or interest in such Note[s] specified herein, in the principal amount of $ _____ in such Note[s] or interests (the "*Exchange*"). In connection with the Exchange, the Owner hereby certifies that:

1.      **Exchange of Restricted Definitive Notes or Beneficial Interests in a Restricted Global Note for Unrestricted Definitive Notes or Beneficial Interests in an Unrestricted Global Note**

(a)      ☐ **Check if Exchange is from beneficial interest in a Restricted Global Note to beneficial interest in an Unrestricted Global Note**. In connection with the Exchange of the Owner's beneficial interest in a Restricted Global Note for a beneficial interest in an Unrestricted Global Note in an equal principal amount, the Owner hereby certifies (i) the beneficial interest is being acquired for the Owner's own account without transfer, (ii) such Exchange has been effected in compliance with the transfer restrictions applicable to the Global Notes and pursuant to and in accordance with the Securities Act of 1933, as amended (the "*Securities Act*"), (iii) the restrictions on transfer contained in the Indenture and the Private Placement Legend are not required in order to maintain compliance with the Securities Act and the beneficial interest in an Unrestricted Global Note is being acquired in compliance with any applicable blue sky securities laws of any state of the United States.

(b)  ☐ **Check if Exchange is from beneficial interest in a Restricted Global Note to Unrestricted Definitive Note**. In connection with the Exchange of the Owner's beneficial interest in a Restricted Global Note for an Unrestricted Definitive Note, the Owner hereby certifies (i) the Definitive Note is being acquired for the Owner's own account without transfer, (ii) such Exchange has been effected in compliance with the transfer restrictions applicable to the Restricted Global Notes and pursuant to and in accordance with the Securities Act, (iii) the restrictions on transfer contained in the Indenture and the Private Placement Legend are not required in order to maintain compliance with the Securities Act and (iv) the Definitive Note is being acquired in compliance with any applicable blue sky securities laws of any state of the United States.

(c)  ☐ **Check if Exchange is from Restricted Definitive Note to beneficial interest in an Unrestricted Global Note**. In connection with the Owner's Exchange of a Restricted Definitive Note for a beneficial interest in an Unrestricted Global Note, the Owner hereby certifies (i) the beneficial interest is being acquired for the Owner's own account without transfer, (ii) such Exchange has been effected in compliance with the transfer restrictions applicable to Restricted Definitive Notes and pursuant to and in accordance with the Securities Act, (iii) the restrictions on transfer contained in the Indenture and the Private Placement Legend are not required in order to maintain compliance with the Securities Act and (iv) the beneficial interest is being acquired in compliance with any applicable blue sky securities laws of any state of the United States.

(d)  ☐ **Check if Exchange is from Restricted Definitive Note to Unrestricted Definitive Note**. In connection with the Owner's Exchange of a Restricted Definitive Note for an Unrestricted Definitive Note, the Owner hereby certifies (i) the Unrestricted Definitive Note is being acquired for the Owner's own account without transfer, (ii) such Exchange has been effected in compliance with the transfer restrictions applicable to Restricted Definitive Notes and pursuant to and in accordance with the Securities Act, (iii) the restrictions on transfer contained in the Indenture and the Private Placement Legend are not required in order to maintain compliance with the Securities Act and (iv) the Unrestricted Definitive Note is being acquired in compliance with any applicable blue sky securities laws of any state of the United States.

2.  **Exchange of Restricted Definitive Notes or Beneficial Interests in Restricted Global Notes for Restricted Definitive Notes or Beneficial Interests in Restricted Global Notes**

(a)  ☐ **Check if Exchange is from beneficial interest in a Restricted Global Note to Restricted Definitive Note**. In connection with the Exchange of the Owner's beneficial interest in a Restricted Global Note for a Restricted Definitive Note with an equal principal amount, the Owner hereby certifies that the Restricted Definitive Note is being acquired for the Owner's own account without transfer. Upon consummation of the proposed Exchange in accordance with the terms of the Indenture, the Restricted Definitive Note issued will continue to be subject to the restrictions on transfer enumerated in the Private Placement Legend printed on the Restricted Definitive Note and in the Indenture and the Securities Act.

(b) ☐ **Check if Exchange is from Restricted Definitive Note to beneficial interest in a Restricted Global Note**. In connection with the Exchange of the Owner's Restricted Definitive Note for a beneficial interest in the [CHECK ONE] (a) ☐ 144A Global Note, ☐ Regulation S Global Note with an equal principal amount, the Owner hereby certifies the beneficial interest is being acquired for the Owner's own account without transfer and such Exchange has been effected in compliance with the transfer restrictions applicable to the Restricted Global Notes and pursuant to and in accordance with the Securities Act, and in compliance with any applicable blue sky securities laws of any state of the United States. Upon consummation of the proposed Exchange in accordance with the terms of the Indenture, the beneficial interest issued will be subject to the restrictions on transfer enumerated in the Private Placement Legend printed on the relevant Restricted Global Note and in the Indenture and the Securities Act.

This certificate and the statements contained herein are made for your benefit and the benefit of the Issuer.

_____
[Insert Name of Transferor]

By: _____
Name:
Title:

Dated:

[FORM OF SUPPLEMENTAL INDENTURE
TO BE DELIVERED BY SUBSEQUENT GUARANTORS]

SUPPLEMENTAL INDENTURE (this "*Supplemental Indenture*"), dated as of _____, 200__, among _____ (the "*New Guarantor*"), TPC Group Inc. (the "*Issuer*"), each other existing Guarantor under the Indenture referred to below and U.S. Bank National Association, as trustee under the Indenture referred to below (the "*Trustee*"). Capitalized terms used but not defined herein shall have the meanings given to them in the Indenture.

W I T N E S E T H

WHEREAS, the Issuer and the existing Guarantors have heretofore executed and delivered to the Trustee an indenture (as amended, supplemented or otherwise modified, the "*Indenture*"), dated as of August 2, 2019 providing for the issuance of 10.50% Senior Secured Notes due 2024 (the "*Notes*");

WHEREAS, Section 4.14 of the Indenture provides that under certain circumstances the New Guarantor shall execute and deliver to the Trustee a supplemental indenture pursuant to which the New Guarantor shall unconditionally Guarantee all of the Issuer's Obligations under the Notes and the Indenture on the terms and conditions set forth herein (the "*Note Guarantee*"); and

WHEREAS, pursuant to Section 9.01 of the Indenture, the Trustee, the Issuer and the existing Guarantors are authorized to execute and deliver this Supplemental Indenture.

NOW, THEREFORE, in consideration of the foregoing and for other good and valuable consideration, the receipt of which is hereby acknowledged, the New Guarantor, the Issuer, the other Guarantors and the Trustee mutually covenant and agree for the equal and ratable benefit of the Holders as follows:

1.      DEFINED TERMS. Defined terms used herein without definition shall have the meanings assigned to them in the Indenture.

2.      AGREEMENT TO GUARANTEE. The New Guarantor hereby agrees, jointly and severally with all existing Guarantors (if any), to provide an unconditional Note Guarantee on the terms and subject to the conditions set forth in Article 10 of the Indenture and to be bound by all other applicable provisions of the Indenture and the Notes and to perform all of the obligations and agreements of a Guarantor under the Indenture.

3.      NO RECOURSE AGAINST OTHERS. To the extent permitted by law, no past, present or future director, manager, officer, employee, incorporator, stockholder or member of the Issuer, any parent of the Issuer or any Subsidiary, as such, will have any liability for any obligations of the Issuer or the Guarantors under the Notes, this Supplemental Indenture, the Note Guarantees or for any claim based on, in respect of, or by reason of, such obligations or

their creation. Each Holder by accepting a Note waives and releases all such liability. The waiver and release are part of the consideration for issuance of the Notes.

4. NOTICES. All notices or other communications to the New Guarantor shall be given as provided in Section 14.02 of the Indenture.

5. RATIFICATION OF INDENTURE; SUPPLEMENTAL INDENTURES PART OF INDENTURE. Except as expressly amended hereby, the Indenture is in all respects ratified and confirmed and all the terms, conditions and provisions thereof shall remain in full force and effect. This Supplemental Indenture shall form a part of the Indenture for all purposes, and every Holder of Notes heretofore or hereafter authenticated and delivered shall be bound hereby.

6. GOVERNING LAW. THE INDENTURE, THIS SUPPLEMENTAL INDENTURE, THE NOTES AND THE NOTE GUARANTEES SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.

7. ALL PARTIES HERETO HEREBY IRREVOCABLY WAIVE ALL RIGHTS TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER BASED ON CONTRACT, TORT OR OTHERWISE) ARISING OUT OF OR RELATING TO THIS SUPPLEMENTAL INDENTURE, THE INDENTURE, THE NOTES, THE NOTE GUARANTEES, THE SECURITY DOCUMENTS, THE INTERCREDITOR AGREEMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY.

8. COUNTERPARTS. The parties may sign any number of copies of this Supplemental Indenture. Each signed copy shall be an original, but all of them together represent the same agreement. The exchange of copies of this Supplemental Indenture and of signature pages by facsimile or PDF transmission shall constitute effective execution and delivery of this Supplemental Indenture as to the parties hereto and may be used in lieu of the original Supplemental Indenture for all purposes. Signatures of the parties hereto transmitted by facsimile or PDF shall be deemed to be their original signatures for all purposes.

9. EFFECT OF HEADINGS. The Section headings herein are for convenience only and shall not affect the construction hereof.

10. TRUSTEE MAKES NO REPRESENTATION. The Trustee makes no representation as to the recitals contained in this Supplemental Indenture or any representation as to the validity or sufficiency of this Supplemental Indenture.

IN WITNESS WHEREOF, the parties hereto have caused this Supplemental Indenture to be duly executed and attested, all as of the date first above written.

Dated: _____, 20

[NEW GUARANTOR]

By: _____
    Name:
    Title:

**ISSUER:**

**TPC GROUP INC.**

By: _____
    Name:
    Title:

**EXISTING GUARANTORS:**

**TP GROUP LLC**

By: _____
    Name:
    Title:

**TP CAPITAL CORPORATION**

By: _____
    Name:
    Title:

**TEXAS BUTYLENE CHEMICAL CORPORATION**

By: _____
    Name:
    Title:

**TEXAS OLEFINS
DOMESTIC-INTERNATIONAL SALES
CORPORATION**

By: _____
       Name:
       Title:

**PORT NECHES FUELS, LLC**

By: _____
       Name:
       Title:

**TPC PHOENIX FUELS LLC**

By: _____
       Name:
       Title:

**U.S. BANK NATIONAL ASSOCIATION,**
as Trustee

By: _____
       Name:
       Title:

**Exhibits 2 through Exhibit 26**

[FILED UNDER SEAL.]

**EXHIBIT 27**



*Source:* TPC Group

*February 02, 2021 16:48 ET*

# TPC Group Successfully Enters into Note Purchase Agreement

HOUSTON, Feb. 02, 2021 (GLOBE NEWSWIRE) -- TPC Group Inc. (the "Company") announced today that it has successfully entered into an agreement for the issuance and sale of $153 million aggregate principal amount of new 10.875 percent Senior Secured Notes due 2024 (the "New Notes"). The New Notes were issued in a private placement that was exempt from the registration requirements of the Securities Act of 1933, as amended (the "Securities Act"). The New Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering will be used to repay and terminate the Company's $70 million term loan credit facility (the "Apollo Term Loan"), to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the New Notes begins accruing on the issue date of the New Notes at a rate of 10.875 percent per year and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021.

"As part of our ongoing efforts to enhance our financial position, I am pleased with the outcome of this refinancing," said Ed Dineen, TPC Group President and CEO. "These New Notes provide us with an additional layer of liquidity as we continue to recover from the widespread impacts of Covid-19."

The New Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the existing 10.5 percent Notes (the "Existing Notes") to the extent of the value of the Existing Notes collateral. The New Notes are effectively subordinated to the revolving asset-based (ABL) credit facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the Existing Notes to the extent of the value of such assets and properties.

The New Notes and the related guarantees have not been registered under the Securities Act, or the securities laws of any state or other jurisdiction, and may not be offered or sold in the United States without registration or an applicable exemption from the Securities Act and applicable state securities or blue sky laws and foreign securities laws.

This press release shall not constitute an offer to sell or the solicitation of an offer to buy, any securities, nor shall there be any sales of the New Notes in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction.

Moelis & Company LLC acted as financial advisor to the Company in connection with this transaction.

### About TPC Group

TPC Group, headquartered in Houston, is a leading producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons, and provider of critical infrastructure and logistics services along the Gulf Coast. The Company sells its products into a wide range of performance, specialty and intermediate markets, including synthetic rubber, fuels, lubricant additives, plastics and surfactants. With an operating history of 75 years, TPC Group has a manufacturing facility in the industrial corridor adjacent to the Houston Ship Channel and operates product terminals in Port Neches, Texas and Lake Charles, Louisiana.

| CONTACT: | Andrew Grygiel, Investor Relations | Sara Cronin, Media Relations |
|---|---|---|
| PHONE: | 713.840.2045 | 713.475.5243 |

# **EXHIBIT 28**



# TPC Group Inc.
# QUARTERLY REPORT
### Quarter ended March 31, 2021

CONFIDENTIAL

# TABLE OF CONTENTS

**Page**

Definitions of Terms                                                                                     3

Explanatory Note                                                                                        4

Cautionary Note Regarding Forward-Looking Statements                                                    5

EBITDA and Adjusted EBITDA                                                                              6

Management's Discussion and Analysis of Financial Condition and Results of Operations                   7

Condensed Consolidated Financial Statements                                                            22

Exhibits

Exhibit I – TPC Group Inc. Annual Report for the year ended December 31, 2020

CONFIDENTIAL

Capitalized and other terms used throughout this Quarterly Report, unless the specific context otherwise requires or indicates have the meanings ascribed to them below:

- **ABL** – our asset-based loan facility originally entered in December 2012, which was repaid, amended, and restated in conjunction with the refinancing of our debt on August 2, 2019 and again amended on February 2, 2021 to permit the issuance of the 10.875% Notes. The ABL is scheduled to mature in August 2024. For a detailed description of the ABL see Note G to our condensed consolidated financial statements on pages 30–36 of this Quarterly Report for the quarter ended March 31, 2021;

- **ASC** - Accounting Standards Codification, which is the sole source of authoritative generally accepted accounting principles in the United States, other than rules and regulations issued by the Securities and Exchange Commission (SEC) that apply to SEC registrants;

- **ASU** - Accounting Standards Update, which the Financial Accounting Standards Board (FASB) issues to communicate changes to the ASC. ASUs are not authoritative standards;

- **Company, us, we, and our** - TPC Group Inc. and its subsidiaries;

- **GAAP** – Generally Accepted Accounting Principles in the United States;

- **Gross profit contribution ("GPC")** - as used herein, is defined as revenue less cost of sales as reported in our consolidated statements of operations and comprehensive income. GPC is the residual amount that is available, after deducting the variable costs to produce and distribute our products from revenue, to cover all other expenses;

- **Holdings** - TPC Holdings Inc., a Delaware corporation, which, upon consummation of the Merger, became the direct parent of TPCGI. Holdings and Parent are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Merger** – the December 20, 2012 merger of Sawgrass Merger Sub Inc., a Delaware corporation, which merged with and into TPCGI, with TPCGI surviving the Merger as a direct wholly-owned subsidiary of Holdings and an indirect wholly-owned subsidiary of Parent;

- **New Term Loan** – the Delayed Draw Term Loan Facility entered into on February 3, 2020, which provides for a delayed draw term loan of up to $70 million for a term of one year. For a detailed description of the New Term Loan see Note G to our condensed consolidated financial statements on pages 30-36 of this Quarterly Report for the quarter ended March 31, 2021;

- **Old Term Loan –** the Senior Secured Delayed Draw Term Loan Facility, scheduled to mature in December 2020, for which the outstanding balance of $50 million was repaid with the net proceeds from issuance of the 10.5% Notes and which was terminated in conjunction with the refinancing of our debt on August 2, 2019;

- **Parent** - Sawgrass Holdings LP, a Delaware limited partnership, which, upon consummation of the Merger became the direct parent of Holdings and indirect parent of TPCGI. Parent and Holdings are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Sponsors -** First Reserve Management, L.P. and SK Capital Partners;

- **TPCGI** - TPC Group Inc., a Delaware corporation, not including any of its subsidiaries;

- **TPCGLLC** - TPC Group LLC, a Texas limited liability company and the principal subsidiary of TPCGI;

- **TPCPF** - TPC Phoenix Fuels LLC, a Texas limited liability company and wholly owned subsidiary of TPCGLLC.

- **8.75% Notes** – the $805 million principal amount of Senior Secured Notes due in December 2020, which were redeemed with the net proceeds from issuance of the 10.5% Notes in conjunction with the refinancing of our debt on August 2, 2019;

- **10.5% Notes** – the $930 million principal amount of Senior Secured Notes due August 1, 2024 issued in conjunction with the refinancing of our debt on August 2, 2019. For a detailed description of the 10.5% Notes see Note G to our condensed consolidated financial statements on pages 30-36 of this Quarterly Report for the quarter ended March 31, 2021;

- **10.875% Notes** – the $153 million principal amount of Senior Secured Notes due August 1, 2024, which were issued on February 2, 2021 and for which a portion of the proceeds were used to repay and terminate the New Term Loan.

## Explanatory Note

This Quarterly Report is highly confidential and has been prepared pursuant to the terms of the Indenture (the "10.5% Indenture") dated as of August 2, 2019, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.5% Notes, as amended by the Supplemental Indenture dated as of February 2, 2021, and the Indenture (the "10.875% Indenture" and collectively with the 10.5% Indenture, the "Indentures") dated as of February 2, 2021, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and the U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.875% Notes. Unlike companies with securities that are registered under the Securities Exchange Act of 1934 (the "Exchange Act") or traded on a national securities exchange, the Company is not required to file reports with the Securities and Exchange Commission and, except as provided under the Indentures, the Company is not required to deliver any reports to holders of its securities. As a result, this Quarterly Report does not include all the information that would be required to be included in a Quarterly Report on Form 10-Q that is filed pursuant to the Exchange Act, including, among other things, a description of the material risks faced by the Company. Moreover, this Quarterly Report does not include all the information that may be material to holders of the Company's securities, including the 10.5% Notes, and should not be relied upon by any person in making an investment decision with respect to the Company's securities. Except as strictly required pursuant to the terms of the Indentures, the Company undertakes no obligation to update or revise any information contained in this Quarterly Report. The Company's Annual Report for the year ended December 31, 2020, which is attached hereto as Exhibit I, is included for informational purposes only and has not been updated or revised.

This Quarterly Report shall not constitute an offer to sell, or the solicitation of an offer to buy, any securities of the Company, including the 10.5% Notes and the 10.875% Notes. Distribution of this Quarterly Report to any person other than holders of the 10.5% Notes and the 10.875% Notes is unauthorized and any disclosure of any of its contents without the Company's prior written consent is prohibited. By accepting delivery of this Quarterly Report, you agree to the foregoing and not to make any photocopies, in whole or in part, of this Quarterly Report or any documents or materials relating to the Company that are provided in connection with this Quarterly Report.

CONFIDENTIAL

# CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Quarterly Report contains forward-looking statements that do not directly or exclusively relate to historical facts. You can typically identify forward-looking statements by the use of forward-looking words, such as "will," "may," "might," "should," "can," "could," "project," "believe," "anticipate," "expect," "estimate," "continue," "potential," "plan," "forecast" and other words of similar import. Forward-looking statements include information concerning possible or assumed future results of our operations, including the following:

- business strategies;
- operating and growth initiatives and opportunities, including proposed capital projects;
- existing and expected competition and competitive position;
- market outlook and trends in our industry;
- expected financial condition;
- future cash flows, including insurance proceeds;
- financing sources and availability;
- expected results of operations;
- future capital and other expenditures;
- availability and price of raw materials and inventories;
- the business cyclicality of the petrochemicals industry;
- effects of seasonality;
- plans and objectives of management or the sponsors;
- future compliance with orders and agreements with regulatory agencies;
- environmental matters;
- the impact of the COVID-19 pandemic on the global economy;
- expected outcomes of insurance settlements, legal, environmental or regulatory proceedings and their expected effects on our results of operations;
- expectations, strategies and plans for individual assets and products (including the ability to maintain plant utilization rates), business segments and the company as a whole;
- anticipated restructuring, divestiture and consolidation activities;
- cost reduction and control efforts and targets;
- compliance and other costs and potential disruption or interruption of production or operation due to accident, interruptions in sources of raw materials, cyber security incidents, terrorism, political unrest, natural disasters or other unforeseen events; and
- any other statements regarding future growth, future cash needs, future operations, business plans and future financial results.

These forward-looking statements represent our intentions, plans, expectations, assumptions and beliefs about future events and are subject to risks, uncertainties and other factors, including risks and uncertainties such as volatility in the petrochemicals industry, limitations on the Company's access to capital, the timing and amount of insurance proceeds received, the effects of competition, leverage and debt service, general economic conditions, third-party claims, governmental litigation and investigations, and extensive environmental, health and safety laws and regulations. Many of those factors are outside of our control and could cause actual results to differ materially from the results expressed or implied by the forward-looking statements.

In light of these risks, uncertainties and assumptions, the events described in the forward-looking statements might not occur or might occur to a different extent or at a different time than we have described. Except as may be required by applicable law or agreement, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

CONFIDENTIAL

## EBITDA AND ADJUSTED EBITDA

EBITDA and Adjusted EBITDA are not measures computed in accordance with GAAP. A non-GAAP financial measure is a numerical measure of historical or future financial performance, financial position or cash flows that excludes amounts, or is subject to adjustments that have the effect of excluding amounts, that are included in the most directly comparable measure calculated and presented in accordance with GAAP in the balance sheets, statements of operations, or statements of cash flows (or equivalent statements); or includes amounts, or is subject to adjustments that have the effect of including amounts, that are excluded from the most directly comparable measure so calculated and presented.

We are including a presentation of EBITDA and Adjusted EBITDA in this Quarterly Report because their presentation is required under the Indenture governing the New Notes. In addition, the Indenture governing the New Notes contains debt incurrence ratios that are calculated by reference to Adjusted EBITDA. Non-compliance with the debt incurrence ratios contained in the Indenture would prohibit us from being able to incur additional indebtedness other than pursuant to specified exceptions.

We calculate EBITDA as earnings before interest, taxes, depreciation and amortization and we calculate Adjusted EBITDA as EBITDA, adjusted to remove or add back certain items, including the impact of butadiene price changes. These items are identified below in the reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss), the GAAP measure most directly comparable to EBITDA and Adjusted EBITDA. Our calculation of EBITDA and Adjusted EBITDA may be different from the calculations used by other companies; therefore, they may not be comparable to other companies.

The following table provides a reconciliation of EBITDA and Adjusted EBITDA to Net Loss for the periods specified (in thousands).

| | Three Months Ended March 31, | |
| | 2021 | 2020 |
|---|---|---|
| **Net loss** | $ (73,291) | $ (51,403) |
| Income tax benefit | (18,756) | (11,981) |
| Interest expense, net | 28,157 | 25,437 |
| Depreciation and amortization (1) | 19,328 | 15,597 |
| **EBITDA** | (44,562) | (22,350) |
| Impact of butadiene price changes (2) | (55) | 813 |
| Port Neches Incident (3) | 4,927 | 23,112 |
| Non recurring items (4) | 63,508 | - |
| **Adjusted EBITDA** | $ 23,818 | $ 1,575 |

(1) Includes depreciation, amortization of deferred turnaround and catalyst costs and amortization of patents for all periods presented.

(2) Adjustment to remove the estimated temporary impact on our operating results of month-to-month changes in the contract price of butadiene. For further discussion see "Management's Discussion and Analysis of Financial Condition and Results of Operations".

(3) Adjustment to remove the losses and costs incurred, net of actual and probable insurance recoveries, for the three months ended March 31, 2021 and 2020, respectively, as a direct result of the Port Neches incident (discussed on pages 9-11).

(4) Adjustments to remove the impact of certain non-recurring items for 2021 include $63.2 million of costs and volume adjustments related to February's freeze event and incremental expenses directly related to our response to the COVID-19 pandemic of $0.3 million.

CONFIDENTIAL

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the unaudited condensed consolidated financial statements and accompanying notes included in this Quarterly Report for the quarter ended March 31, 2021, as well as the audited consolidated financial statements and related notes included in our Annual Report for the year ended December 31, 2020 (attached as Exhibit I).

### Overview

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 9-11).

We also provide critical infrastructure and logistics services along the Gulf Coast. Our Houston processing facility, as well as our terminals, provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. For a more detailed discussion, see page 9 of our Annual Report for the year ended December 31, 2020 (attached as Exhibit I).

### Material Industry and Business Trends

For a detailed historical perspective of material industry trends, see "Management's Discussion and Analysis of Financial Condition and Results of Operations' on pages 9, 10 and 11 of our Annual Report for the year ended December 31, 2020 (attached as Exhibit I).

### Current Market and Business Conditions

On March 11, 2020, the World Health Organization declared the ongoing COVID-19 outbreak a pandemic and recommended containment and mitigation measures worldwide. The pandemic has resulted in widespread adverse impacts on the global economy. With various government-imposed quarantines and travel restrictions, we experienced significant disruptions in 2020 as the pandemic and its impact on the global economy spread through most of our markets. While many of these disruptions have subsided, some have continued into the first quarter of 2021, particularly miles driven which remain somewhat below pre-COVID-19 levels.

For employees who are considered essential and are working in plants, we continue to adhere to, at a minimum, government recommended protocols and best practices related to social distancing, hygiene and the use of additional personal protective equipment. TPC's Crisis Management Team ("CMT") has helped to safely mitigate exposure risk by quickly identifying and isolating any confirmed cases amongst our employees. These measures have not only enabled us to continue to operate our facilities safely but have also helped TPC maintain a largely consistent supply chain. Additionally, the CMT has worked closely with senior leadership to tailor a comprehensive Return to Workplace plan for each site. At the time of this filing, a significant portion of TPC's workforce (non-essential workers) continue to work remotely from their homes but we expect fewer and fewer employees to work remotely on a full time basis as we move into the latter part of Q2 and into Q3 of this year. Our employees' health and well-being continue to remain a key priority.

By the end of 2020, much of the effects of COVID-19 on our operating results had dissipated. Demand in most business segments was back to pre-COVID levels and commodity pricing has continued to recover. Crude oil prices increased late in the second quarter of 2020 and continued to rise throughout the third quarter as supply and demand fundamentals improved. This ultimately drove higher feedstock costs, which proved beneficial to product prices and margins in the third and fourth quarters of 2020. This continued into the first quarter of 2021.

CONFIDENTIAL

However, even with the COVID related challenges subsiding, we experienced two significant setbacks in the first quarter. First, early on the morning of January 9, 2021, there was a fire at the Houston Technical Center. There were no injuries and no offsite or environmental impacts as a result of the event, however, there is considerable damage to the facility and the housed equipment. In the absence of a functioning laboratory, the Company had to secure short term outsourcing solutions for all of our quality control testing needs. Since late February, we have replaced the majority of the outsourced testing with in-house testing in a combination of TPC and rental facilities, thereby substantially reducing the incremental costs. Between response costs, outsourcing costs, rental expenses and the cost of rebuilding the Technical Center, we estimate that the fire will cost the Company approximately $26 million.

Second, the significant freeze that hit the U.S., particularly the Texas and western Louisiana gulf coast in mid-February, impacted virtually every petrochemical plant in a significant way from Lake Charles, Louisiana west along the gulf coast of Texas all the way down to Brownsville, Texas. Natural gas supply was significantly impacted with spot pricing jumping from $2.50/MMBtu to over $9,000/MMBtu. Electricity pricing increased to unprecedented levels. The Governor of Texas implemented mandatory curtailments to major industrial users. Consequently, in addition to the shutdowns directly caused by the freeze, limitations on natural gas and skyrocketing electricity costs forced many manufacturers to curtail operations.

As a result of the freeze, TPC's Houston plant lost steam from all of our boilers and had to shut down the entire facility. Due to the record low temperatures, significant damage occurred to our plant. Repairs took over 45 days to complete. Some units began restart efforts in mid-March with most units back up and operating by the end of March. Our final unit came back on-line April 9th. As a result of these operating issues, sales in the February and March timeframes were reduced between 25% and 100%. As we enter into April, we expect to get back to more normal operations with sales expected to recover to 75-90% of our annual operating plan levels. Demand is robust in all chemical product areas and customer inventories have been depleted as a result of the supply disruptions. We expect it will take us well into the third quarter to fully recover inventory levels and be able to fill all pent-up customer demand.

With the rebound in crude oil prices, most other commodity prices have also recovered and may present some tailwinds for our business in the near-term. In addition, we expect the recovery in customer demand to continue, absent a significant resurgence of COVID-19. The extent to which COVID-19 will adversely impact our business, financial condition and results of operations will depend on numerous evolving factors, which are highly uncertain, rapidly changing and cannot be predicted. But, with growing numbers of vaccinations occurring and customers' low inventory levels after the February freeze, we are optimistic that demand will continue to stay strong through the balance of 2021.

The impacts of COVID-19, the global oil and trade wars, and the fallout from the Port Neches plant explosion all converged to create challenges in the market that influenced commodity prices and spreads in 2020. The biggest impacts to our business were in the butadiene, PIB and MTBE segments. The third quarter of 2020 saw an increase in demand for all of our products including raffinate (sold to the refining industry for the production of alkylate), butene-1 (used primarily as a comonomer for polyethylene and used in many single serve packaging applications), diisobutylene (DIB which is used in resins for the tire industry) and polyisobutylene (PIB) which also continued in the fourth quarter. All this demand growth persisted into early 2021 prior to the freeze. Margins continue to improve as commodity pricing remains strong. MTBE margins are now back to pre-COVID levels and butadiene pricing is at levels not seen since the first quarter of 2019.

Early in the second quarter of 2020, we signed a new MTBE offtake contract with one of the world's largest independent fuels and commodity trading firms. The contract is market based and provides a secure outlet for 100% of our MTBE production through the end of 2023. Since the new MTBE offtake contract is market based, we are subject to greater pricing volatility than under our previous offtake contract. With the recent recovery in MTBE margins, TPC is realizing 100% of the uptick in margins accruing to TPC under this new contract. From time to time TPC may enter into short term agreements that provide the opportunity to lock in the value resulting from the ULR and Isobutane spread.

In the butadiene area, third and fourth quarter 2020 sales strengthened compared to our first and second quarter levels. China, Europe and the U.S. all reported increases in new car sales. New car sales around the globe continue to be strong as miles driven continue to improve. This has also resulted in replacement tire sales recovering, leading us to forecast stronger sales in 2021. Coming out of the February freeze impact, rubber and tire inventories are at extremely low levels, giving us more confidence in our 2021 forecast.

COVID-19 not only impacted demand for butadiene in 2020, but it also has had a major impact on pricing, leading to our low point in the June-July time frame of 19.6 cents per pound. After dropping precipitously in the second quarter, butadiene prices increased steadily through the end of 2020. As the economy began to recover in the second half of 2020, so did the price for butadiene, rising 130% from its low point of 19.6 cents per pound in June-July to 46.0 cents per pound in December. This continued into 2021 with pricing for April reaching 50.7 cents per pound and the May price settling at 55.3 cents per pound.

Demand for butene-1 has been solid throughout the COVID-19 outbreak and continues to be strong so far in 2021.

On May 12, 2020 we completed key milestones on the Port Neches terminal, enabling us to resume selling raffinate to our largest customer. With strengthening demand and the terminal opening, we were able to return to normal sales levels by the end of the second quarter. In January 2021, we completed the second phase of our Port Neches terminal and began bringing in butadiene over our dock

CONFIDENTIAL

and into refurbished tanks, which enabled us to begin selling and transporting additional volumes of butadiene to major customers in the Beaumont and Port Neches area.

In response to the loss of our Port Neches crude C4 processing capacity, we have been actively pursuing tolling opportunities with third parties within the industry. In January 2021, we signed a long-term contract with a third-party processor for crude C4 processing and began sending crude C4's to this processor through enhancements made to our Port Neches terminal during the second phase of our refurbishment of these assets. We are now receiving butadiene and raffinate back from the third-party processor. This third-party toll processing deal grows in volume throughout 2021 and into the first quarter of 2022.

After a very strong first quarter of 2020 for our PIB business, the second quarter was the low point for this business segment due to COVID-19 impacts on miles driven and its impact on lubricant and fuel additive demand. The third and fourth quarter demand increased significantly from our second quarter sales levels, with sales volumes for all of 2020 recovering to 85% of our annual operating plan. Demand for PIB to start 2021 was at record levels in January. Like other product areas, our PIB business was impacted by the freeze. Coming out of the freeze, all customers are at extremely low levels of inventory in their supply chain. Demand for their products, particularly fuel and lubricant additives, is very strong. Thus, as we enter the second quarter, we are optimistic with the sales prospects for the next several quarters as we and our customers fill this demand by rebuilding supply chain inventories.

### Dock Incident – 2018

On June 13, 2018, an ocean-going bulk carrier navigating in the Port of Houston Ship Channel veered off course and struck a barge stationed at our primary Houston facility dock. The incident caused substantial damage to both the barge and the dock facilities. There were no significant injuries and there was no environmental impact from the incident.

The damaged dock was returned to full barge and ship service in August 2018 after temporary repairs of approximately $5 million which, excluding a $0.25 million deductible, were reimbursed from insurance proceeds in September 2018. The insurance proceeds were accounted for as an offset to the actual dock repair costs. The total amount of the insurance deductible and uninsured logistics and legal expenses recognized in our reported 2018 earnings was $1.5 million and the margin on estimated lost sales volume was approximately $6.0 million. The revenue and cost of sales related to the lost sales volume for the C4 Processing segment were estimated to be $4 million and $2 million, respectively, and for the Performance Products segment were estimated to be $13 million and $9 million, respectively.

We are finalizing the legal agreements with the Port Authority for the additional land needed to rebuild the dock. Additionally, we have reached an agreement with insurers on the scope of the rebuild and we are preparing for construction bids. The expectation is to begin construction late in the second quarter of this year. We anticipate that the entire cost, which we currently estimate to be $30-$35 million, will be reimbursed by our insurance carriers.

### Port Neches Incident – 2019

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues including a settlement conference scheduled for August 2021.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company also was served with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,600 property claims have been resolved and approximately 1,540 additional eligible claims are working through the claims process.

CONFIDENTIAL

The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, sixty-four private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-nine of the sixty-four private party lawsuits, including approximately 600 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in summer 2021 as the plaintiffs filed an amended master petition in Q2 2021 adding additional defendants. Those defendants have not yet been served or made an appearance in the litigation. A hearing on class certification is not expected before Q4 2021 at the earliest.

Four different sets of insurance policies in effect at the time provide coverage for costs and losses incurred as a result of the Port Neches incident. Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of March 31, 2021, we have paid $74.4 million of costs and collected $200.0 million under these policies, of which $12.1 million has been specifically designated as business interruption coverage and $187.9 million has been designated as an unallocated payment on account. Of the unallocated proceeds of $187.9 million, $74.2 million are recorded as a deferred gain due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2019 and 2020 were $64.7 million and $58.0 million, respectively. Reimbursable costs for the three months ended March 31, 2021 were $2.5 million. Of these costs, we currently estimate that $113.7 million will be recoverable.

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of March 31, 2021, we have accrued third-party claim amounts of $168.3 million, have paid $125.9 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $51.5 million and we have collected $15.3 million of this amount. We anticipate collecting a total of $35.6 million for the remainder of these expenses. Costs recorded under this policy in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million. So far in 2021, an additional $3.3 million was added primarily for commercial claims.

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of March 31, 2021, we have incurred and paid $51.4 million of costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million, $28.0 million and $0.3 million of these costs in 2019, 2020 and 2021 respectively.

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.8 million. We expect to recover the fair market value at the time of the event on these materials.

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

On January 13, 2021 we executed an additional unallocated Proof of Loss for $40.0 million under our property and business interruption policies and received the funds in January and February 2021. In addition, on April 28, 2021 we executed a $30.0 million unallocated Proof of Loss and as of the issuance of this Quarterly Report (i.e. May 14, 2021), we have received $9.45 million. As of this report date we paid out $127.9 million on liability claims. Excluding claims, we have also paid approximately $181.3 million in response, defense, pollution, and other costs. Total proceeds anticipated to cover booked costs equal $278.0 million with any additional proceeds received to be booked as a gain until the claim is fully settled.

For the quarter ended March 31, 2021, we had recognized a net amount of losses and incurred costs of $4.9 million, which reflected $8.1 million in losses and incurred costs offset by $3.2 million of insurance proceeds. The net amount of $8.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.3 million. Additionally, the net amount of response cost losses of $1.7 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

CONFIDENTIAL

The following table summarizes the net amount of losses and current costs for the three months ended March 31, 2021 (in millions):

|  | Cost | Insurance anticipated | Net cost |
|---|---|---|---|
| Liability claims | $ 3 | $ - | $ 3 |
| Response costs | 5 | 3 | 2 |
|  | $ 8 | $ 3 | $ 5 |

The following table summarizes the net amount of inception to date losses and costs incurred as of March 31, 2021 (in millions):

|  | Cost | Insurance anticipated | Net cost |
|---|---|---|---|
| Response and cleanup costs Incurred as of December 31, 2019 | $ 287 | $ 195 | $ 92 |
| Incurred three months ended March 31, 2020 | 80 | 57 | $ 23 |
| Incurred three months ended June 30, 2020 | 27 | 24 | $ 3 |
| Incurred three months ended September 30, 2020 | 13 | 14 | $ (1) |
| Incurred three months ended December 31, 2020 | 9 | (16) | $ 25 |
| Incurred three months ended March 31, 2021 | 8 | 3 | 5 |
| Incurred as of March 31, 2021 | $ 424 | $ 277 | $ 147 |

*Dehydro unit turnaround - 2020*

The third scheduled turnaround of the dehydro unit commenced on February 1, 2020 and was safely completed within budget, but it did have a significant schedule delay due to issues with a compressor overhaul and our 505 waste heat boiler. The scope of the project and the total cost of approximately $48 million were in line with our expectation.

*Coronavirus – 2021*

The global coronavirus (or COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. In 2020, global markets experienced a precipitous decline in oil prices in response to concerns regarding the potential impacts of the COVID-19 outbreak on worldwide oil demand and the anticipated increases in oil production from Russia and OPEC, which have impacted margins in our raffinate and MTBE businesses. Although commodity prices have recovered considerably, we expect the outlook for 2021 to remain uncertain due to the rapidly evolving conditions, and we cannot estimate the scope of their impact on our business, our results of operations, our financial condition, our personnel, our customers, our suppliers or the global economy. We continue to assess the potential impact of COVID-19 on our staff and operations and have implemented appropriate mitigation plans, including precautions with regard to employee and facility hygiene, imposed travel limitations on our employees and directed our employees to work remotely whenever possible. We also continue to work with our suppliers to understand the potential impacts to our supply chain, and at this time, we have not identified any material risks to our supply chain. This is a rapidly evolving situation, and we will continue to monitor developments affecting our workforce and our suppliers and take additional precautions as we believe are warranted.

*Technical Center Fire - 2021*

Early on the morning of January 9, 2021, the TPC Houston operations team responded to a fire alarm in the Technical Center. The Technical Center, located on the southwest side of the facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded to the incident with assistance from the Houston Fire Department. The Company coordinated with local officials and emergency responders to quickly resolve the issue.

There were no injuries to TPC employees and no offsite or environmental impacts as a result of the event; however, one emergency responder sustained an ankle injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. Fortunately, over 75% of the equipment is salvageable, but, in the absence of a functioning laboratory the Company had to secure short term outsourcing solutions for all of the quality control testing needs. Since late February, however, we have replaced the majority of the outsourced testing with in-house testing in a combination of TPC and rental facilities, thereby substantially reducing the incremental costs. Between response costs, outsourcing costs, rental expenses and the cost of rebuilding the Technical Center, we estimate that the fire will cost the Company approximately $26 million.

### *February Weather Event – 2021*

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather. Due to abnormally low temperatures for an extended period of time, facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs. We anticipate that the total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, will be upwards of $70 million.

We are taking a number of steps to offset the impact of these two events. This includes commercial and procurement initiatives, capital and cost reductions and various other cash preservation initiatives. In addition, we have seen marked improvement in underlying business conditions, especially a more favorable commodity price environment. Collectively these offsets are expected to be sufficient to compensate for the 2021 cash impacts of the freeze and the Technical Center fire.

### *Insurance Renewal*

We seek to maintain comprehensive insurance coverage at commercially reasonable rates. Although we carry property and casualty insurance to cover certain risks, our insurance policies do not cover all types of losses and liabilities, and our insurance may not be sufficient to cover the full extent of losses or liabilities for which we are insured. Due to significant recent insurance claims in the petrochemical industry, insurance market conditions have tightened, and we cannot guarantee that we will be able to renew our current insurance policies on favorable terms, or at all.

## Results of Operations

### *Contractual linkages of raw material costs and selling prices of finished products to commodity indices*

Most of our raw material feedstock costs and finished product selling prices are determined by application of contractual formulas linked to commodity market indices and, in most cases, the indices used to determine raw material feedstock costs are the same indices used to determine finished product selling prices.

As of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model and which is more commensurate with the valuable and consistent service we provide to the industry.

Although linkage of most of our raw material costs and selling prices to the same indices and our restructured crude C4 supply contracts provide some degree of consistency in our average material margin per pound (which we define as the difference between average revenue per pound and average raw material cost per pound) during periods in which the underlying commodity indices are relatively stable, there are various factors that can have a significant impact on our average material margin per pound, including those listed below. Moreover, even a relatively minor increase or decrease in average material margin per pound can have a significant impact on our overall profitability given the magnitude of our sales volumes.

- We may purchase raw material feedstocks in a given month based on market indices for that month, and then sell the related finished products in a later month based on market indices for the later month. Changes in selling prices of finished products, based on changes in the underlying market indices between the month the raw material feedstocks are purchased and the month the related finished products are sold causes variation in our average material margin per pound. For example, we may purchase the components of a crude C4 stream based on formulas that reflect the respective January commodity indices but then sell the finished products at pricing formulas based on the respective February commodity indices. If the indices for January and February are the same, we would expect to realize substantially the same unit margins regardless of the absolute value of the indices. However, for any components of the stream for which the respective index increases between January and February, we would expect to realize a temporary margin expansion until pricing stabilizes; and conversely, if the index decreases, we would expect to realize a temporary margin contraction. The magnitude of the effect on the average material margin per pound and the material margin percentage in a given month depends on the magnitude of the change in the underlying indices compared to the prior month and the quantity of inventory

CONFIDENTIAL

at the end of the prior month as a result of its impact on the moving average cost of finished products sold in the subsequent month.

- Although most of our supply and sales contracts contain index-based formulas, varying proportions of our raw material purchases and finished product sales are done on a spot basis or otherwise negotiated terms. In addition, while many of the index-based formulas in our contracts are simply based on a percentage of the relevant index, others apply adjustment factors to the market indices that do not fluctuate with changes in the underlying index. As supply and sales contracts are renegotiated, the amounts of such adjustment factors can change, thus the average material margin per pound would be impacted.

- Under some of our raw material purchase contracts, the cost of the raw materials is based on a percentage of the relevant market index, and under some of our sales contracts, the selling price of the related finished product is based on a higher percentage of the same market index. As a result, the average material margin per pound tends to be higher during periods in which the market indices are higher and tends to be lower during periods when the market indices are lower.

- Finished product selling price formulas under some of our sales contracts, primarily in the Performance Products segment, are based on commodity indices not for the period in which the sale occurs but for either a prior or subsequent period. The effect on average material margin per pound of the selling price formulas can be significant during times of rapidly increasing or decreasing market indices.

### *Butadiene Price Impact*

As discussed above, a substantial portion of our finished product selling prices and raw material costs are linked to the same commodity indices and this linkage mitigates, to varying degrees, our exposure to volatility in our profit margins. As also documented above, as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, which are more commensurate with the valuable and consistent service we provide to the industry. However, the stabilizing effect of these factors on our profit margins is lessened when we do not purchase the feedstock and sell the finished product in the same period. Regarding butadiene, which has historically been the largest individual product line in our C4 Processing segment, the linkage between our raw material cost and finished product selling price is the published contract price for butadiene. As a result of purchasing crude C4 in one month and selling finished butadiene in the subsequent month, the GPC per pound we report in the subsequent month will expand when the price of butadiene increases and will contract when the price of butadiene declines due to the impact of beginning inventory (quantity and unit cost) on the moving average cost of finished butadiene sold in the subsequent month.

As shown in the presentation of EBITDA and Adjusted EBITDA on page 6 of this Quarterly Report, we adjust EBITDA to remove the estimated temporary impact on our reported GPC of the month-to-month changes in the contract price of butadiene. The rationale for the adjustment is that the temporary impacts of butadiene price changes distort the underlying business performance.

The table below shows, for each period presented, the impact on our reported GPC (in millions) of purchasing crude C4 in one period and selling finished butadiene in a later period at higher or lower butadiene contract prices. The impact on reported GPC for each period is the sum of the monthly impacts, which are dependent on the magnitude of the contract price change each month and the quantity of butadiene inventory at the beginning of each month.

| | Three Months Ended March 31, | |
|---|---|---|
| | **2021** | **2020** |
| Positive (negative) impact on GPC | $ - | $ (1) |

CONFIDENTIAL

*Average material margin per pound*

The table below provides the average material margin per pound (defined above) for each period presented.

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2021 | 2020 |
| Average revenue per pound | $ 0.42 | $ 0.40 |
| Average raw material cost per pound | 0.22 | 0.24 |
| Average material margin per pound | 0.20 | 0.16 |

As discussed above, our material margin per pound and reported GPC reflect the temporary impact of month-to-month changes in the contract price of butadiene. As provided in the table above, and in the discussion of cost of sales for the first quarter of 2021 compared to the first quarter of 2020 on page 16, the impact of butadiene price changes on GPC was neutral in the current year quarter and a negative $1 million in the prior year quarter. Excluding the temporary impact of butadiene price changes on both the current and prior year quarters, average material margin per pound was $0.20 and $0.15 for each of the three months ended March 31, 2021 and 2020, respectively.

The following table summarizes the primary indices which impact our revenues and raw material costs by segment.

| Segment / Finished Product | Revenues | Raw Material Costs |
| --- | --- | --- |
| **C4 Processing Segment** | | |
| Butadiene | Butadiene | Butadiene |
| Butene – 1 | Unleaded regular gasoline | Unleaded regular gasoline |
| Raffinates | Unleaded regular gasoline | Unleaded regular gasoline |
| | | |
| **Performance Products Segment** | | |
| Polyisobutylene | Isobutane | Butane |
| Diisobutylene | Isobutane | Butane |
| MTBE | MTBE | Isobutane, methanol |

The following table summarizes the average commodity index prices for each period presented.

|  | Three Months Ended March 31, | | |
| --- | --- | --- | --- |
| **Average commodity prices:** | **2021** | **2020** | **% Chg.** |
| Butadiene (cents/lb) (1) | 43.9 | 40.8 | 8% |
| Unleaded regular gasoline (cents/gal) (2) | 174.3 | 133.4 | 31% |
| Normal butane (cents/gal) (3) | 94.1 | 56.9 | 65% |
| Isobutane (cents/gal) (3) | 93.0 | 62.8 | 48% |
| MTBE (cents/gal) (2) | 183.4 | 173.1 | 6% |
| Methanol (cents/gal) (4) | 148.2 | 113.8 | 30% |

(1) Industry pricing was obtained through IHS.

(2) Industry pricing was obtained through Platts.

(3) Industry pricing was obtained through Oil Price Information Service.

(4) Industry pricing was obtained through J. Jordan.

CONFIDENTIAL

The following table provides unaudited sales volumes, revenue, cost of sales, GPC and operating expenses by operating segment (amounts in thousands) for the three-month periods ended March 31, 2021 and 2020.  Please refer to this information, as well as our unaudited condensed consolidated financial statements and accompanying notes included elsewhere in this Quarterly Report for the quarter ended March 31, 2021, when reading our discussion and analysis of results of operations below.   All information provided in the table below, except sales volumes, is derived from our unaudited Condensed Consolidated Statements of Operations.

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| **Sales volumes (pounds) (1):** | | |
| C4 Processing | 275,064 | 349,729 |
| Performance Products | 187,455 | 195,024 |
| | 462,519 | 544,753 |
| **Revenue:** | | |
| C4 Processing | $ 109,763 | $ 124,350 |
| Performance Products | 82,052 | 91,474 |
| | $ 191,815 | $ 215,824 |
| **Cost of sales (2):** | | |
| C4 Processing | $ 83,974 | $ 102,867 |
| Performance Products | 52,896 | 58,385 |
| | $ 136,870 | $ 161,252 |
| **GPC:** | | |
| C4 Processing | $ 25,789 | $ 21,483 |
| Performance Products | 29,156 | 33,089 |
| | $ 54,945 | $ 54,572 |
| **Operating expenses (2):** | | |
| C4 Processing | $ 31,404 | $ 28,498 |
| Performance Products | 19,860 | 16,786 |
| | $ 51,264 | $ 45,284 |

(1)  Sales volumes represent product sales volumes only and do not include volumes of products delivered under tolling or similar arrangements, in which we do not purchase the raw materials, but process raw materials for another party for a specified fee.

(2)  Cost of sales does not include operating expenses, and cost of sales and operating expenses do not include depreciation and amortization expenses.

CONFIDENTIAL

*Three months ended March 31, 2021 versus three months ended March 31, 2020*

*Revenue*

Total revenue for the first quarter of 2021 was $191.8 million compared to $215.8 million for the first quarter of 2020.  The decrease of $24.0 million, or 11%, reflected a 15% decrease in overall sales volume and a 5% increase in average revenue per pound.  The lower overall sales volume reflected lower sales volumes for both operating segments.  The increase in overall average revenue per pound primarily reflected an increase in average revenue per pound for the C4 Processing segment, partially offset by a decline in the average selling price for the Performance Products segment.  Variances in average selling prices for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 12 - 13 and the table of commodity indices to which a substantial portion of our selling prices are linked on page 14).

C4 Processing segment revenue of $109.8 million for the first quarter of 2021 was down $14.6 million, or 12%, compared to first quarter of 2020 revenue of $124.4 million.  The lower revenue for the current year quarter reflected the combined impact of a 21% decrease in sales volume, which had a negative impact of $31 million, and a 12% increase in average revenue per pound, which had a positive impact of $16 million.  The decrease in sales volume primarily reflected the Houston plant being offline for half of the quarter due to the February freeze event.  The higher average selling price for the segment reflected increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 8% and 31%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 14).

Performance Products segment revenue for the first quarter of 2021 was $82.1 million compared to $91.5 million for the comparable prior year quarter.  The $9.4 million, or 10%, decrease in revenue was driven by a 4% decrease in sales volume, which had a negative impact of $7.9 million.  Although the sales volumes were impacted by the February freeze event in first quarter of 2021, the effect on PIB sales was somewhat muted by our inventory position as of the end of January, while the effect on MTBE volumes was offset by the absence of a Dehydro Turnaround this year.  Average revenue per pound for the segment decreased 7% resulting in a negative impact of $1.5 million.  The decrease in average revenue per pound reflected the fact that a higher proportion of our first quarter sales consisted of lower priced MTBE (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 14).

*Cost of Sales*

Total cost of sales for the first quarter of 2021 was $136.9 million compared to $161.3 million for the first quarter of 2020.  The overall decrease reflected the combined impact of lower sales volumes, as discussed above, and the decrease in the average cost of raw materials included in the average cost of our finished products for both operating segments.  Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 12-13 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 14).

C4 Processing segment cost of sales in the first quarter of 2021 was $84.0 million versus $102.9 million for the comparable prior year quarter, resulting in a decrease of $18.9 million.  An LCM adjustment of $8.4 million was booked in the first quarter of 2020 and accounts for a portion of the $18.9 million variance.  Removing that impact, there was a 21% decrease in sales volume discussed above.  Aside from the adjustment, the raw material pricing on a cents per pound basis was higher in the first quarter of 2021 over the first quarter of 2020 due to increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 8% and 31%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 14).  As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility.  As a result of such month-to-month movements in the contract price of butadiene, our profit margins in the first quarter of 2020 reflected a negative butadiene pricing impact of $1 million.

Performance Products segment cost of sales was $52.9 million in the first quarter of 2021 compared to $58.4 million for the comparable prior year quarter.  The $5.5 million decrease reflected an LCM adjustment of $1.6 million and 4% decrease in sales volume, as discussed above.  There was also a 15% decrease in the average cost of the raw material component of the finished products sold mainly related to selling lower cost inventory such as PIB in the first quarter of 2021.

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in the overall average revenue per pound and average raw material cost per pound for the first quarter of 2021 compared to the first quarter of 2020.

CONFIDENTIAL

*Operating Expenses*

Operating expenses incurred in the first quarter of 2021 were $51.3 million compared to $45.3 million for the prior year quarter. The $6.0 million increase reflected higher insurance expenses of $9.1 million primarily due to the 2019 Port Neches Incident, higher property taxes of $0.3 million and higher incentive compensation of $0.7 million. This was partially offset by $2.2 million lower manufacturing expenses primarily due to the Port Neches headcount reductions and performing less routine maintenance work due to the efforts expended on the Freeze event that was not considered part of period operating costs, $0.8 million lower 401K costs, $0.3 million lower supply chain costs, $0.3 million lower sales and use taxes, $0.3 million lower selling expenses and $0.2 million lower benefits.

*General and Administrative Expenses*

General and administrative expenses in the first quarter of 2021 were $8.3 million compared to $8.2 million in the first quarter of 2020. The increase of $0.1 million consisted primarily of $1.3 million higher incentive compensation partially offset by lower expenses primarily related to human resources, accounting, legal and 401K costs.

*Depreciation and Amortization*

Depreciation and amortization expense in the first quarter of 2021 was $19.3 million compared to $15.6 million for the comparable prior year quarter. The $3.7 million increase reflected higher depreciation of $1.6 million and higher net turnaround and catalyst amortization of $2.1 million. The $1.6 million increase in depreciation reflected the net impact of capital additions less retirements during the past year. Higher turnaround and catalyst amortization were driven by three months of amortization of the dehydro turnaround in 2021 whereas the dehydro turnaround occurred in the first quarter of 2020 so amortization didn't begin until April 2020.

*Loss on Port Neches Incident, net*

The Company recognized $4.9 million in losses related to the Port Neches incident in the first quarter of 2021 versus a $23.1 million loss in the first quarter of 2020. Additional losses for the current quarter consisted of incremental response, clean-up and liability defense costs for which insurance coverage was not considered probable and costs in excess of insurance coverage limitations. The net amount reflected total incremental costs of $8.1 million, partially offset by probable incremental insurance proceeds of $3.2 million.

*COVID-19 Expenses*

The expense of $0.3 million represents the incremental expenses directly related to our response to the COVID-19 pandemic.

*Freeze Event Expenses*

The $29.8 million of freeze event expenses for the three months ending March 31, 2021 relate to costs incurred as a result of extreme winter weather experienced by large parts of the southern United States, including Texas and Louisiana where the Company's operations are located. The costs include extensive emergency repairs, utility costs and overtime personnel costs.

*Technical Center Event Expenses*

In January of 2021 a fire occurred in the Technical Center at the Houston Plant. The Technical Center is used for quality control and research and development activities. The $5.0 million of Technical Center fire expenses for the three months ending March 31, 2021 relates to costs incurred as a result of a fire. The expenses primarily represent event response costs, outsourced quality control testing and rental expenses to house equipment and employees until the Technical Center rebuild is complete.

*Interest Expense*

Interest expense for the first quarter of 2021 was $28.2 million compared to $25.4 million for the first quarter of 2020. The $2.8 million increase was primarily due to $2.6 million higher interest expense on the 10.875% Notes, $0.4 million higher debt discount expense related to both the write-off of unamortized New Term Loan discount upon the payoff of the loan in February as well as additional discount amortization related to the 10.875% Notes, higher ABL interest of $0.3 million, $0.3 million higher interest on the 10.5% Notes, higher interest expense related to the New Term Loan of $0.3 million and $0.5 higher other net interest expense related primarily to insurance financing and lower interest income versus the prior year. This was partially offset by lower net deferred financing costs of $1.6 million on the New Term Loan as exit and extension fee costs were not exercised as originally anticipated.

CONFIDENTIAL

*Other, Net*

Other, net for the prior year quarter included various miscellaneous expenses, none of which were individually significant.

*Income Tax Benefit*

The effective income tax rates for the first quarters of 2021 and 2020 were the projected effective rates for the full years 2021 and 2020 of 20.4% and 18.9%, respectively. The projected effective rate for the full year 2021 and 2020 reflected the federal statutory rate of 21% on a projected pretax loss, reduced by the projected state income taxes and permanent differences.

In response to the global pandemic related to the outbreak of COVID-19, on March 27, 2020, the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") was enacted in the US to grant relief to taxpayers. The CARES Act provides numerous tax provisions and other stimulus measures, including temporary changes regarding the prior and future utilization of net operating losses, temporary changes to the prior and future limitations on interest deductions, temporary suspension of certain payment requirements for the employer portion of social security taxes, technical corrections from prior tax legislation for tax depreciation of certain qualified improvement property and the creation of certain refundable employee retention credits. The Company does not currently expect the CARES Act to have a material impact on its tax expense. The Company will continue to monitor legislative and regulatory developments related to COVID-19 and will record the associated tax impacts as discrete events in the periods that guidance is finalized, or the Company is able to estimate an impact.

**Liquidity and Capital Resources**

Our financing arrangements at March 31, 2021 consisted primarily of the 10.875% Notes, the 10.5% Notes, and the ABL Facility. In addition, we financed our 2020 insurance renewal premiums through Aon Premium Finance LLC, an affiliate of our Broker, Aon PLC.

At March 31, 2021, we had total long-term debt of $1,063.6 million (excluding deferred financing costs of $16.5 million), which consisted of the 10.875% Notes of $153.0 million and the 10.5% Notes of $930.0 million. Cash on hand was $46.6 million and we had no short-term money market investments (with maturities of less than three months) or short-term investments (with original maturities between 90 days and one year).

At March 31, 2021 the ABL borrowing base was sufficient to support $38.9 million of additional borrowings. As of March 31, 2021, we were in compliance with all covenants set forth in the Indentures governing the 10.875% Notes and the 10.5% Notes.

The additional borrowing capacity of $38.9 million under the ABL plus the cash on hand of $46.6 million provided total liquidity of $85.5 million at March 31, 2021, which was more than the targeted liquidity we have considered necessary to support our operations and provide ample cushion to maneuver through future market volatility and operational upsets.

*ABL Facility*

The ABL Facility is available on a revolving basis to finance our working capital needs and for general corporate purposes. The ABL Facility was composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" revolving tranche (the ABL FILO) when amended and restated on August 2, 2019. Commitments under the ABL FILO reduce, and commitments under the ABL Revolver equally and simultaneously increase, by $2.5 million on each of the first three anniversaries of the August 2, 2019 amendment and restatement.

The credit agreement governing the ABL Facility contains covenants that impose restrictions on, among other things, additional indebtedness, liens, investments, advances, guarantees and mergers and acquisitions. These covenants also place restrictions on asset sales, sale and leaseback transactions, dividends, payments between us and our subsidiaries and certain transactions with affiliates

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

CONFIDENTIAL

*10.5% Notes*

The 10.5% Notes were issued on August 2, 2019 in conjunction with the refinancing of our debt. The net proceeds from the issuance of the 10.5% Notes were $918.3 million after underwriters and other fees and expenses of $11.7 million. The net proceeds from the issuance of the 10.5% Notes were used to redeem and pay accrued interest due on the 8.75% Notes of $816.2 million, to repay the outstanding loan balance and pay accrued interest due on the Old Term Loan of $50.3 million and to repay the outstanding loan balance and pay accrued interest due on the ABL of $35.9 million.

The 10.5% Notes are due August 1, 2024 and interest is paid semi-annually in arrears on February 1 and August 1.

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 2, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes (the "10.5% Indenture"). On February 2, 2021, TPCGI and the guarantors entered into a Supplemental Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes (the "10.5% Supplemental Indenture"). The 10.5% Supplemental Indenture modified the 10.5% Indenture to match certain restrictions contained in the 10.875% Indenture (as defined below) on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies. We may also be required to make an offer to repurchase the 10.5% Notes at a price equal to 102% of the principal amount of 10.5% Notes so repurchased, plus accrued and unpaid interest, if any, upon receipt of certain insurance proceeds, and subject further to other conditions and limitations.

The 10.5% Notes are effectively subordinated to the 10.875% Notes and are subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.5% Notes rank senior in right of payment to all of TPCGI's and the subsidiary guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the subsidiary guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5 % Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness to the extent of the value of the 10.5% Notes collateral.

The 10.5% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

On February 2, 2021 we issued $153 million of 10.875% Senior Secured Notes and repaid the $70 million New Term Loan we had in place with Apollo Global Management to provide additional liquidity against any uncertainty around timing of future insurance recoveries, including business interruption recoveries, over the next year.

*10.875% Notes*

The net proceeds from the offering of the 10.875% Notes were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. The 10.875% Notes are due August 1, 2024 and interest will be paid quarterly in arrears on February 1, May 1, August 1 and November 1.

On February 2, 2021, TPCGI and the guarantors entered into the Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.875% Indenture").

The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all subsidiary guarantors.

The 10.875 % Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.875% Notes are effectively subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.875% Notes to the extent of the value of such assets and properties.

The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

CONFIDENTIAL

*Insurance Premium Financing*

As of March 31, 2021, we have $3.3 million remaining of the insurance premiums we financed through Aon Premium Finance LLC. The first down payment and the first installment were paid in July 2020 and the remainder is payable in monthly installments following the applicable renewal date through April 2021.

*Sources and Uses of Cash*

Our principal sources of liquidity are our existing cash and cash equivalents, short-term investments, cash generated from operations and borrowings under our ABL. In addition to these sources, another source of liquidity over the near-term will be insurance proceeds received under our various insurance policies, including our property damage and business interruption policies. Business interruption coverage became effective on January 12, 2020 after the forty-five-day deductible period and from that date on will replace the earnings the Port Neches plant would have contributed except as a result of the explosion incident on November 27, 2019 that shut down the plant. The timing of receipt of additional insurance proceeds under our policies is uncertain at this time. We may also, from time to time, generate cash from opportunistic sales of non-core assets. Our principal uses of cash are to provide working capital, meet debt service requirements, fund capital expenditures and finance our strategic plans, including possible acquisitions. We may also seek to finance our capital expenditures under capital leases or other debt arrangements that provide liquidity or favorable borrowing terms. Our business may not generate sufficient cash flows from operations and future borrowings under our ABL Facility may not be available to us in an amount sufficient to enable us to pay our indebtedness or to fund our other liquidity needs. Our ability to generate sufficient cash depends on, among other factors, prevailing economic conditions, many of which are beyond our control. In addition, upon the occurrence of certain events, such as a change in control, we could be required to repay or refinance our indebtedness. Any future acquisitions, joint ventures or other similar transactions may require additional capital and there can be no assurance that any such capital will be available to us on acceptable terms or at all. However, based on our current level of operations and available cash, including the liquidity generated by the issuance of the 10.875% Notes, we believe that our cash flow from operations, together with availability under the ABL and proceeds received under our insurance policies, will provide sufficient liquidity to fund our current obligations, projected working capital requirements, debt service requirements and capital spending requirements for the foreseeable future.

Our liquidity requirements will be significant primarily due to the annual debt service requirements on the 10.5% Notes, which are estimated to be $97.7 million, annual debt service requirements on the 10.875% Notes, which are approximately $16.6 million, our baseline capital expenditures, which fall within the range of $70 to $80 million, our turnaround and catalyst costs, which would typically be in the range of $20 to $30 million in years we do not perform a dehydro unit turnaround and $35 to $40 million in years we do perform a dehydro unit turnaround, and cash requirements related to the Port Neches incident in advance of insurance recoveries or in excess of insurance coverage limits.

As market conditions warrant and subject to the Company's contractual restrictions and liquidity position, we, our affiliates and/or our equity holders, including the Sponsors and their affiliates, may from time to time repurchase the Company's outstanding debt securities in privately negotiated or open market transactions, by tender offer or otherwise. Should we decide to engage in such transactions in the future, any such purchases may be funded by incurring new debt, including borrowings under our ABL. Any new debt may also be secured debt. We may also use available cash on our balance sheet or new equity capital. The amounts involved in any such transactions, individually or in the aggregate, may be material. Further, any such purchases may result in us acquiring and retiring a substantial amount of the 10.875% Notes or the 10.5% Notes, with the attendant reduction in the trading liquidity of any such Notes.

CONFIDENTIAL

*Cash Flow Summary*

The following table summarizes changes in cash and cash equivalents for the periods indicated (in thousands):

| | Three Months Ended March 31, | |
| | 2021 | 2020 |
| --- | --- | --- |
| Cash flows provided by (used in): | | |
| Operating activities | $ (12,970) | $ (38,869) |
| Investing activities | (23,723) | (18,766) |
| Financing activities | 64,830 | 117,812 |
| Change in cash and cash equivalents | $ 28,137 | $ 60,177 |

*Operating Activities*

For the three months ended March 31, 2021, net use of cash for operating activities was $13.0 million. The net loss of $73.3 million, deferred turnaround and catalyst costs of $0.8 million, and deferred income tax benefit of $18.8 million were partially offset by non-cash expenses of $57.0 million and a decrease in working capital of $22.9 million. Non-cash expenses consisted of depreciation and amortization of $19.3 million, amortization of debt issuance costs of $3.7 million and non-cash expenses related to the Port Neches incident of $34.0 million.

Trade accounts receivable were $38.2 million at March 31, 2021 compared to $73.4 million at December 31, 2020. The decrease of $35.2 million reflected lower revenue of $41.1 million in March 2021 compared to December 2020 and an increase in days of sales outstanding from 29 days at December 31, 2020 to 32 days at March 31, 2021. The increase in days outstanding reflected the regional impact of Winter Storm Uri. Trade accounts receivable were 100 % and 99% current at March 31, 2021 and December 31, 2020, respectively.

Our inventory at March 31, 2021 was $42.9 million compared to $45.4 million at December 31, 2020. The $2.5 million decrease in inventory value reflected a 15% decrease in total volume, which had an impact of $6.7 million, partially offset by an 11% increase in overall average cost per pound, which had an impact of $4.2 million.

For the three months ended March 31, 2020, net use of cash for operating activities was $38.9 million. The net loss of $51.4 million, deferred turnaround and catalyst costs of $25.8 million, deferred income tax benefit of $12.0 million and an increase in working capital of $1.2 million were partially offset by non-cash expenses of $51.5 million. Non-cash expenses consisted of depreciation and amortization of $15.6 million, amortization of debt issuance costs of $0.9 million and non-cash expenses related to the Port Neches incident of $35.0 million.

*Investing activities*

During the quarters ended March 31, 2021 and 2020, we invested $23.7 million and $18.8 million, respectively, in the form of capital expenditures.

*Financing activities*

Cash of $64.8 million was generated during the first quarter of 2021 from net proceeds of $150.0 million from issuance of the 10.875% Notes partially offset by repayment of the $70.0 million New Term Loan, repayment of $9.8 million of financed insurance premiums, and debt issuance costs of $5.4 million. Cash generated during the first quarter of 2020 was $117.8 million from net borrowings on the New Term Loan of $69.3 million and borrowings on the ABL of $50.0 million, partially offset by deferred financing costs of $1.5 million.

*Off-Balance-Sheet Arrangements*

We do not currently utilize any off-balance-sheet arrangements to enhance our liquidity and capital resource positions, or for any other purpose.

CONFIDENTIAL

# CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

## Index to Condensed Consolidated Financial Statements

| | Page |
|---|---|
| Condensed Consolidated Balance Sheets | 23 |
| Condensed Consolidated Statements of Operations and Comprehensive Loss | 24 |
| Condensed Consolidated Statements of Cash Flows | 25 |
| Notes to Condensed Consolidated Financial Statements | 26 |

CONFIDENTIAL

**TPC Group Inc.**

**CONDENSED CONSOLIDATED BALANCE SHEETS**

*(In thousands, except share and per share amounts)*

| | March 31, 2021 | December 31, 2020 |
|---|---|---|
| | (Unaudited) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 46,589 | $ 18,452 |
| Trade accounts receivable | 38,237 | 73,447 |
| Insurance receivable - Port Neches incident | 24,040 | 23,289 |
| Inventories | 42,868 | 45,435 |
| Other current assets | 33,413 | 41,123 |
| Total current assets | 185,147 | 201,746 |
| Property, plant and equipment, net | 707,560 | 703,273 |
| Intangible assets, net | 3,880 | 3,880 |
| Other assets, net | 49,677 | 55,850 |
| Total assets | $ 946,264 | $ 964,749 |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | |
| Current liabilities: | | |
| Accounts payable | $ 113,118 | $ 113,092 |
| Accrued liabilities | 66,812 | 92,635 |
| Short-term debt | 3,319 | 13,098 |
| Accrued liabilities - Port Neches incident | 121,102 | 90,262 |
| Total current liabilities | 304,351 | 309,087 |
| Long-term debt, net of deferred financing costs | 1,063,619 | 985,321 |
| Deferred income taxes | (18,756) | - |
| Total liabilities | 1,349,214 | 1,294,408 |
| Commitments and contingencies | | |
| Stockholder's deficit: | | |
| Common stock, $0.01 par value, 2,000 shares authorized, 1,030 issued and outstanding | - | - |
| Additional paid-in capital | 478,314 | 478,314 |
| Accumulated deficit | (878,603) | (805,312) |
| Accumulated other comprehensive loss | (2,661) | (2,661) |
| Total stockholder's deficit | (402,950) | (329,659) |
| Total liabilities and stockholder's deficit | $ 946,264 | $ 964,749 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

**TPC Group Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**

*(In thousands)*
**(Unaudited)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| Revenue | $ 191,815 | $ 215,824 |
| Cost of sales (excludes items listed below) | 136,870 | 161,252 |
| Operating expenses | 51,264 | 45,284 |
| General and administrative expenses | 8,259 | 8,171 |
| Depreciation and amortization | 19,328 | 15,597 |
| Loss on Port Neches incident, net of insurance recovery | 4,927 | 23,112 |
| COVID-19 expenses | 252 | - |
| Freeze event expenses | 29,849 | - |
| Technical Center fire event expenses | 4,956 | - |
| Income (loss) from operations | (63,890) | (37,592) |
| Other expense: | | |
|    Interest expense | 28,157 | 25,437 |
|    Other, net | - | 355 |
| Loss before income taxes | (92,047) | (63,384) |
| Income tax benefit | (18,756) | (11,981) |
| Net loss | $ (73,291) | $ (51,403) |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

**TPC Group Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

*(In thousands)*
**(Unaudited)**

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | **2021** | **2020** |
| Cash provided by (used in) operating activities | $ (12,970) | $ (38,869) |
| Cash flows from investing activities: |  |  |
| Capital expenditures | (23,723) | (18,766) |
| Cash used in investing activities | (23,723) | (18,766) |
| Cash flows from financing activities: |  |  |
| Net proceeds from issuance of 10.875% notes | 150,000 | - |
| Net proceeds from term loan | - | 69,300 |
| Payment on term loan | (70,000) | - |
| Net proceeds from ABL Facility borrowings | - | 50,000 |
| Insurance finance repayments | (9,778) | - |
| Debt issuance costs | (5,392) | (1,488) |
| Cash provided by financing activities | 64,830 | 117,812 |
| Increase in cash and cash equivalents | 28,137 | 60,177 |
| Cash and cash equivalents, beginning of period | 18,452 | 85,159 |
| Cash and cash equivalents, end of period | $ 46,589 | $ 145,336 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

## NOTE A – BASIS OF PRESENTATION

### 1.   *Definition of Terms*

Certain terms used throughout these unaudited condensed consolidated financial statements and accompanying notes are defined on page 3 of this Quarterly Report, which should be referred to when reading these interim unaudited condensed consolidated financial statements and accompanying notes.

### 2.   *Organization*

The accompanying consolidated financial statements include the accounts of TPCGI and its direct wholly owned and indirect subsidiaries.  TPCGI's direct wholly owned subsidiaries include TPCGLLC and Texas Petrochemicals Netherlands B.V., and its indirect subsidiaries, which are all wholly owned subsidiaries of TPCGLLC, include Texas Butylene Chemical Corporation, Texas Olefins Domestic International Sales Corporation, Port Neches Fuels LLC, TP Capital Corp., TPC Pipeline Holding Company LLC and TPC Pipeline Company LLC.

### 3.   *Principles of Consolidation*

The Company's unaudited condensed consolidated financial statements include the accounts of TPCGI and its direct and indirect subsidiaries, after the elimination of all significant intercompany accounts and transactions.  The unaudited condensed consolidated financial statements presented have been prepared by us in accordance with GAAP.

### 4.   *Interim Financial Statements*

The unaudited condensed consolidated financial statements have been prepared in accordance with GAAP.  Our December 31, 2020 Condensed Consolidated Balance Sheet data was derived from audited financial statements.

The unaudited condensed consolidated financial statements contained in this Quarterly Report include all material adjustments of a normal and recurring nature that, in the opinion of management, are necessary for a fair statement of the results for the interim periods. The results of operations for the interim periods presented in this Quarterly Report are not necessarily indicative of the results to be expected for a full year or any other interim period.

The interim condensed consolidated financial statements should be read together with the audited consolidated financial statements and related notes thereto included in TPC Group Inc.'s Annual Report for the year ended December 31, 2020, which is attached to this Quarterly Report as Exhibit I.

## NOTE B – DESCRIPTION OF BUSINESS

See Note B to our Annual Report for the year ended December 31, 2020, which is attached to this Quarterly Report as Exhibit I.

**CONFIDENTIAL**

**NOTE C – RISKS AND UNCERTAINTIES RELATED TO THE COVID-19 PANDEMIC**

In March 2020, the World Health Organization declared the outbreak of COVID-19 to be a pandemic. The global coronavirus (COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. The COVID-19 outbreak has impacted the addressable market for the Company's products, and the Company's business continues to be exposed to risks and uncertainties related to the pandemic. The Company has taken several actions to deal with the pandemic. These include enabling its employees to work from home and suspending all non-essential travel. The ultimate impact and the extent to which the COVID-19 pandemic will continue to affect the business, results of operation and financial condition is difficult to predict and depends on numerous evolving factors outside of the Company's control including: the duration and scope of the pandemic; government, social, business and other actions that have been and will be taken in response to the pandemic; and the effect of the pandemic on short and long-term general economic conditions. This uncertainty also affects management's accounting estimates and assumptions, which could result in greater variability in a variety of areas that depend on these estimates and assumptions.

**NOTE D – RECENT ACCOUNTING DEVELOPMENTS**

*Accounting Guidance Issued but Not Yet Adopted as of March 31, 2021*

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic. This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment. The Company anticipates recognition of additional assets and corresponding liabilities related to leases upon adoption, effective January 1, 2022.

*Defined Benefit Plans* – ASU 2018-14, *Compensation—Retirement Benefits*, amends disclosure requirements for employers that sponsor defined benefit pension or other postretirement plans. For public business entities, the amendments are effective for fiscal years ending after December 15, 2020. For all other entities the amendments are effective for fiscal years ending after December 15, 2021. Early adoption is permitted. The Company anticipates some changes to the disclosures required to comply with this standard.

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021. Adoption methods vary based on the specific items impacted. Management does not expect that changes required by the new standard will materially impact the Company's financial statements and related disclosures.

**NOTE E – DETAIL AND DISCUSSION OF CERTAIN CONDENSED CONSOLIDATED BALANCE SHEET CAPTIONS**

*Cash and Cash Equivalents*

Cash and cash equivalents included amounts on deposit with banks, cash invested temporarily in investments with original maturities of three months or less, and cash on hand. We maintain cash balances that are insured by the Federal Deposit Insurance Corporation ("FDIC"). As of March 31, 2021, we had $46.6 million in cash and cash equivalents, which were subject to a $0.25 million per account FDIC insurance coverage limit. We believe the likelihood of any loss of cash and cash equivalents is remote and that we are not exposed to any significant credit risk on cash and cash equivalents.

**CONFIDENTIAL**

*Inventories*

Inventories, as of the dates presented, were as follows (in thousands):

| | | March 31, 2021 | | December 31, 2020 |
|---|---|---|---|---|
| Finished goods | $ | 14,419 | $ | 24,665 |
| Raw materials and chemical supplies | | 28,449 | | 20,770 |
| | $ | 42,868 | $ | 45,435 |

The decrease in inventory value reflected a 15% decrease in total volume, which had an impact of $6.7 million, partially offset by an 11% increase in overall average cost per pound, which had an impact of $4.2 million.

*Other Current Assets*

Other current assets, as of the dates presented, were as follows (in thousands):

| | | March 31, 2021 | | December 31, 2020 |
|---|---|---|---|---|
| Prepaid insurance premiums | $ | 10,443 | $ | 21,002 |
| Spare parts inventory | | 15,846 | | 15,741 |
| Prepaid expense and other | | 7,124 | | 4,380 |
| | $ | 33,413 | $ | 41,123 |

*Property, Plant and Equipment*

Property, plant and equipment, as of the dates presented, were as follows (in thousands):

| | | March 31, 2021 | | December 31, 2020 |
|---|---|---|---|---|
| Land and land improvements | $ | 52,839 | $ | 52,839 |
| Plant and equipment | | 1,128,972 | | 1,108,577 |
| Construction in progress | | 87,215 | | 93,903 |
| Other | | 55,564 | | 52,464 |
| | | 1,324,590 | | 1,307,783 |
| Accumulated depreciation | | (617,030) | | (604,510) |
| | $ | 707,560 | $ | 703,273 |

CONFIDENTIAL

*Intangible Assets*

There were no changes in the carrying amount of our intangible assets, for the three months ended March 31, 2021.   The gross carrying amounts and accumulated amortization of intangible assets, as of the dates presented, were as follows (in thousands):

|  | Gross Carrying Value | Accumulated Amortization | Net Carrying Value |
|---|---|---|---|
| March 31, 2021 |  |  |  |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
|  | $ 26,980 | $ (23,100) | $ 3,880 |

*Other Assets*

Other assets, as of the dates presented, were as follows (in thousands):

|  | March 31, 2021 | December 31, 2020 |
|---|---|---|
| Deferred turnaround costs | $ 36,157 | $ 40,308 |
| Catalyst and solvent costs | 11,683 | 13,693 |
| Other deferred charges | 1,837 | 1,849 |
|  | $ 49,677 | $ 55,850 |

The decrease in the deferred turnaround and catalyst costs reflected the Dehydro turnaround completed in first quarter 2020.

*Accrued Liabilities*

Accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | March 31, 2021 | December 31, 2020 |
|---|---|---|
| Accrued payroll and benefits | $ 22,261 | $ 17,537 |
| Net pension liability | 7,456 | 8,493 |
| Accrued freight | 5,628 | 5,875 |
| Accrued interest | 19,167 | 41,231 |
| Accrued property and sales tax | 10,568 | 13,991 |
| Other | 1,732 | 5,508 |
|  | $ 66,812 | $ 92,635 |

CONFIDENTIAL

*Accrued Liabilities – Port Neches Incident*

Accrued liabilities for the Port Neches Incident, as of the dates presented, were as follows (in thousands):

|  | March 31, 2021 | December 31, 2020 |
|---|---|---|
| Total of losses and costs recognized | $ 424,982 | $ 416,817 |
| Deferred gain on insurance | 74,206 | 36,694 |
| Invoices / settlements paid | (304,808) | (293,874) |
| Unpaid invoices included in payables | (16,378) | (12,507) |
| Asset write-offs | (56,900) | (56,868) |
|  | $ 121,102 | $ 90,262 |
|  |  |  |
| Accrued response / clean-up costs | $ 79,025 | $ 46,258 |
| Estimated claims liability | 42,077 | 44,004 |
|  | $ 121,102 | $ 90,262 |

## NOTE F – SHORT-TERM DEBT

Our short-term financing arrangements at March 31, 2021 and December 31, 2020 consisted of insurance premium financing. In June 2020 we financed $2.3 million of insurance premiums through Aon Premium Finance LLC. The initial down payment and the first installment payment were due in July 2020 with the remaining payments scheduled to be paid over the next nine months through April 2021. We financed approximately $39.0 million of additional insurance premiums through Aon Premium Finance LLC for insurance coverages that were renewed during the third quarter, making additional down payments and increasing the amount of the remaining monthly payments through April 2021.

## NOTE G – LONG-TERM DEBT

Outstanding debt as of the dates presented, was as follows (in thousands):

|  | March 31, 2021 | December 31, 2020 |
|---|---|---|
| Notes | $ 1,083,000 | $ 930,000 |
| New Term Loan | - | 70,000 |
| Unamortized discount on New Term Loan | - | (286) |
| Unamortized discount on Notes | (2,857) | - |
| Total long-term debt | 1,080,143 | 999,714 |
| Less: deferred financing costs | (16,524) | (14,393) |
| Long-term debt net of deferred financing costs | $ 1,063,619 | $ 985,321 |

Our financing arrangements at March 31, 2021 were comprised of the 10.875% Notes and the 10.5% Notes. As of March 31, 2021, we were in compliance with all covenants set forth in the Indentures governing the 10.875% Notes and the 10.5% Notes.

*ABL*

TPCGI is the lead borrower under the ABL and certain domestic subsidiaries of TPCGI are co-borrowers (or may be designated co-borrowers) on a joint and several basis.

**CONFIDENTIAL**

The ABL is composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" tranche (the ABL FILO). Commitments under the ABL FILO will be reduced, and commitments under the ABL Revolver equally and simultaneously increased, by $2.5 million on each of the first three anniversaries of the August 2019 amendment and restatement.

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

As of March 31, 2021, we had no borrowings outstanding on the ABL and the combined ABL Revolver and ABL FILO borrowing bases provided us with the ability to borrow up to $38.9 million.

The ABL Revolver commitments may be increased by an aggregate principal amount of not more than $150 million, subject only to the consent of the new or existing lenders providing such increases. The lenders under this facility are under no obligation to provide any such additional commitments, and any increase in commitments will be subject to customary conditions precedent. Notwithstanding any such increase in the facility size, TPCGI's ability to borrow under the facility will remain limited at all times by the borrowing base (to the extent the borrowing base is less than the commitments).

Loans under the ABL Revolver bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 1.75% (and may subsequently decrease to 1.50% or increase to 2.00% depending on average excess availability) and with respect to base rate borrowings will initially be 0.75% (and may subsequently decrease to 0.50% or increase to 1.00% depending on average excess availability).

Loans under the ABL FILO bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 3.00% (and may subsequently decrease to 2.75% or increase to 3.25% depending on average excess availability) and with respect to base rate borrowings will initially be 2.00% (and may subsequently decrease to 1.75% or increase to 2.25% depending on average excess availability).

The ABL provides for all applicable margins to be reduced by 0.25% during any fiscal quarter for which the Total Leverage Ratio, as defined in the ABL credit agreement, as of the last day of the immediately preceding fiscal quarter, is less than 5.0 to 1.0.

In addition to paying interest on outstanding principal under the ABL, TPCGI is required to pay a commitment fee at an initial rate of 0.500% per annum in respect of the unutilized commitments thereunder. The commitment fee rate subsequently may be reduced to 0.375% depending on the amount of excess availability under the ABL. TPCGI must also pay customary letter of credit fees and fronting fees for each letter of credit issued.

If, at any time, (i) an Event of Default is continuing or (ii) Excess Availability is less than the greater of (x) 12.5% of Availability and (y) $12.5 million, TPCGI shall comply with a minimum Fixed Charge Coverage Ratio for the most recent period of four consecutive fiscal quarters of at least 1.0 to 1.0. Such requirement shall continue until the date that no Event of Default exists, and Excess Availability shall have been not less than the greater of (x) 12.5% of Availability and (y) $12.5 million for a period of 21 consecutive calendar days.

If at any time the aggregate amount of loans and letters of credit outstanding under either the ABL Revolver or under the ABL FILO exceeds the lesser of (a) the applicable total commitments and (b) the applicable borrowing base, TPCGI will be required to prepay loans outstanding and/or cash collateralize outstanding letters of credit in an aggregate amount equal to the amount of any such excess, without any reduction of the commitments. Under certain circumstances, if the aggregate amount available under the ABL is less than the greater of (1) 12.5% of the lesser of (i) the total commitments under such facility and (ii) the borrowing base and (2) $12.5 million for 5 consecutive business days, or if certain defaults occur, all collateral proceeds collected through the cash management system in favor of the collateral agent and applied daily to repay outstanding loans and cash collateralize letters of credit under the ABL.

TPCGI may voluntarily repay loans outstanding under the ABL Revolver and under the ABL FILO at any time without premium or penalty other than customary "breakage" costs with respect to LIBOR loans.  All outstanding loans under the ABL Revolver must be repaid before any loans outstanding under the ABL FILO may be repaid.  Any subsequent borrowings under the ABL would be made first under the ABL FILO (subject to availability) and next under the ABL Revolver (subject to availability).  We may elect at any time to reduce the unutilized portion of the commitment amount under the ABL.  We may elect at any time to terminate the ABL FILO commitments in full (but not in part) provided that 30 Day Excess Availability, as defined in the Credit Agreement and calculated on a pro forma basis, would not be less than the greater of (a) 17.5% of availability and (b) $25 million if the Fixed Charge Coverage Ratio is at least 1.0 to 1.0 or 30 Day Excess Availability would not be less than 22.5% of availability if the Fixed Charge Coverage Ratio is less than 1.0 to 1.0.

Pursuant to a Guarantee, dated as of August 2, 2019, among Parent, TPCGI, the other guarantors party thereto and Bank of America, N.A., as administrative agent and collateral agent, all obligations under the Senior Secured Asset-Based Revolving Credit Agreement are unconditionally guaranteed by substantially all existing and future, direct and indirect, wholly-owned material restricted domestic subsidiaries of TPCGI, subject to certain exceptions, including, any applicable legal, regulatory or contractual constraints and to the requirement that such guarantee will not cause material adverse tax consequences.

The borrowers under the ABL are jointly and severally liable for all borrowings and other obligations thereunder.  Pursuant to a Pledge and Security Agreement, dated as of August 2, 2019, among Parent, TPCGI, the subsidiary grantors and Bank of America, N.A., as administrative agent and collateral agent, and any additional borrowers that may become party thereto from time to time, such obligations and the guarantees of such obligations are secured, subject to permitted liens and other exceptions, by:

- a first-priority lien on the following:

  (a)     accounts receivable, including those arising from the sale of inventory and other goods and services (including related contracts and contract rights, inventory, tax refunds, cash and cash equivalents);

  (b)     inventory;

  (c)     intercompany notes and intellectual property and other intangible assets to the extent attached to or necessary to sell any of the foregoing;

  (d)     deposit and investment accounts (and all cash, checks and other negotiable instruments, funds and other evidences of payment held therein, but not any identifiable proceeds of Notes First Priority Collateral (as defined below));

  (e)     to the extent evidencing, governing, securing or otherwise related to any of the foregoing and the other Revolver First Priority Collateral (as defined below), all documents, general intangibles (excluding intellectual property), instruments, investment property (but not stock in subsidiaries or equity interest in any limited liability company or other entity constituting Notes First Priority Collateral), commercial tort claims, letters of credit, supporting obligations and letter of credit rights;

  (f)     all loans payable by a grantor to any other grantor to the extent made using proceeds of advances under the ABL Facility;

  (g)     books and records, documents, supporting obligations, chattel paper, instruments, payment intangibles and general intangibles relating to any of the foregoing; and

  (h)     all proceeds and products of any or all of the foregoing in whatever form received, in each case above subject to certain qualifications and exclusions (collectively, the "Revolver First Priority Collateral"); and

- a second-priority lien on assets not constituting Revolver First Priority Collateral subject to certain qualifications and exclusions (the "Notes First Priority Collateral").

The ABL contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- incur additional indebtedness;
- create liens;

- engage in mergers or consolidations;

- sell or transfer assets;

- pay dividends and distributions or repurchase its capital stock;

- make investments, loans or advances;

- prepay certain indebtedness;

- engage in certain transactions with affiliates;

- designate certain subsidiaries as restricted or unrestricted by the covenants; and

- change its lines of business.

In addition, at any time when an event of default is continuing or the aggregate amount available under the ABL is less than the greater of (a) 12.5% of the lesser of (1) the total commitments and (2) the borrowing base and (b) $12.5 million (or a lesser amount if a significant asset sale has occurred), TPCGI will be required to maintain a minimum fixed charge coverage ratio of 1.0:1.0.

The ABL also contains a customary "holding company" covenant that restricts Parent's ability to take certain actions and contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the ABL, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion by Parent or a borrower of any such invalidity), change of control and loss of lien perfection or priority.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes are due August 1, 2024 and interest will be paid semi-annually in arrears on February 1 and August 1.

*Indenture Governing the 10.5% Notes*

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 2, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes, (the "10.5% Indenture"). On February 2, 2021, TPCGI and the guarantors entered into a Supplemental Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes (the "10.5% Supplemental Indenture"). The 10.5% Supplemental Indenture modified the 10.5% Indenture to match certain restrictions contained in the 10.875% Indenture (as defined below) on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies. We may also be required to make an offer to repurchase the 10.5% Notes at a price equal to 102% of the principal amount of 10.5% Notes so repurchased, plus accrued and unpaid interest, if any, upon receipt of certain insurance proceeds, and subject further to other conditions and limitations.

The 10.5% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. ("Holdings") and on a senior secured basis by all of TPCGI's existing and future direct and indirect domestic subsidiaries other than certain excluded subsidiaries (the "subsidiary guarantors" and together with Holdings, the "guarantors") that guarantee obligations under the ABL.

The 10.5% Notes are effectively subordinated to the 10.875% Notes and are subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.5% Notes rank senior in right of payment to all of TPCGI's and the subsidiary guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the subsidiary guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5 % Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.5% Notes effectively senior to TPCGI's and the subsidiary guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of

the assets securing the 10.5% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.5% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the subsidiary guarantors' assets (in each case, other than TPCGI's and the subsidiary guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens.  Subject to certain exceptions and permitted liens, the 10.5% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the subsidiary guarantors' assets that secure our ABL on a first-priority basis.

The 10.5% Notes become redeemable as of August 1, 2021 at the redemption prices specified in the 10.5% Indenture.  The redemption price for the period from (and including) August 1, 2021 through July 31, 2022 is 107.875% and for the period from (and including) August 1, 2022 through July 31, 2023 is 103.938%.  The 10.5% Notes become redeemable at par as of August 1, 2023.  Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.5% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any.   TPCGI may also be required to make an offer to repurchase the 10.5% Notes at a price equal to 102% of the principal amount of 10.5% Notes so repurchased, plus accrued and unpaid interest, if any, upon receipt of certain insurance proceeds, and subject further to other conditions and limitations.   In addition, at any time prior to August 1, 2021, TPCGI may redeem, subject to certain conditions, up to 35% of the 10.5% Notes at a redemption price of 110.50% with the net cash proceeds from one or more equity offerings.

In addition, upon the sale of certain assets or the receipt of insurance proceeds in connection with certain casualty events, in each case, in which TPCGI and its subsidiaries do not apply the proceeds as required, the holders of the 10.5% Notes may require TPCGI to purchase for cash all or a portion of its 10.5% Notes at a purchase price equal to 100% of the principal amount of the 10.5% Notes, plus accrued and unpaid interest, if any, to, but excluding, the repurchase date.

The 10.5% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.5% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency.  Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.5% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.5% Notes to be due and payable.

On February 2, 2021 we issued $153 million of 10.875% Senior Secured Notes and repaid the $70 million New Term Loan we had in place with Apollo Global Management to provide additional liquidity against any uncertainty around timing of future insurance recoveries, including business interruption recoveries, over the next year.

*10.875% Notes*

The net proceeds from the offering of the 10.875% Notes were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. The 10.875% Notes are due August 1, 2024 and interest will be paid quarterly in arrears on February 1, May 1, August 1 and November 1.

**CONFIDENTIAL**

*Indenture Governing the 10.875% Notes*

On February 2, 2021, TPCGI and the guarantors entered into the Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.875% Indenture").

The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all subsidiary guarantors.

The 10.875 % Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.875% Notes are effectively subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.875% Notes to the extent of the value of such assets and properties.

The 10.875% Notes are TPCGI's and the guarantees are the guarantors' senior secured obligations and rank senior in right of payment to the 10.5% Notes and all of TPCGI's and the guarantors' future debt that is expressly subordinated in right of payment to the 10.875% Notes and rank equally in right of payment with all TPCGI's and the guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.875% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.875% Notes effectively senior to TPCGI's and the guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.875% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.875% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the guarantors' assets (in each case, other than TPCGI's and the guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the 10.875% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the guarantors' assets that secure our ABL on a first-priority basis.

The 10.875% Notes are redeemable at the redemption prices specified in the 10.875% Indenture. The 10.875% Notes are redeemable prior to August 2, 2022 at a price equal to 100% of the principal amount of the Notes to be redeemed, plus accrued and unpaid interest to, but excluding, the redemption date, plus the applicable "make-whole premium." The redemption price for the period from (and including) August 2, 2022 through February 1, 2023 is 108.1563% and for the period from (and including) February 2, 2023 through August 1, 2023 is 104.0781%. The 10.875% Notes become redeemable at par as of August 2, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.875% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any.

In addition, upon the sale of certain assets or the receipt of insurance proceeds in connection with certain casualty events, in each case, in which TPCGI and its subsidiaries do not apply the proceeds as required, the holders of the 10.875% Notes may require TPCGI to purchase for cash all or a portion of its 10.875% Notes at a purchase price equal to 100% of the principal amount of the 10.875% Notes, plus accrued and unpaid interest, if any, to, but excluding, the repurchase date.

The 10.875% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.875% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency. Generally, if an event of default occurs, the Trustee or

**CONFIDENTIAL**

holders of at least 25% in principal amount of the then outstanding 10.875% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.875% Notes to be due and payable.

## NOTE H – REVENUE

We operate in two principal business segments, C4 Processing and Performance Products. The following table disaggregates revenue for each segment by major activity and by domestic and foreign for each period presented.

| | Three Months Ended March 31, | | | |
| | 2021 | | 2020 | |
| --- | --- | --- | --- | --- |
| **Revenue by segment** | | | | |
| C4 Processing | | | | |
| Product sales | $ | 103,822 | $ | 117,727 |
| Process revenue | | 524 | | 612 |
| Terminalling revenue | | 2,293 | | 2,432 |
| Service fees | | 774 | | 681 |
| Shipping and handling | | 2,350 | | 2,898 |
| | $ | 109,763 | $ | 124,350 |
| | | | | |
| Performance Products | | | | |
| Product sales | | 77,626 | | 86,626 |
| Terminalling revenue | | - | | 38 |
| Shipping and handling | | 4,426 | | 4,810 |
| | $ | 82,052 | $ | 91,474 |
| | $ | 191,815 | $ | 215,824 |
| | | | | |
| **Revenue by geographic location** | | | | |
| United States | $ | 178,906 | $ | 201,892 |
| All foreign countries | | 12,909 | | 13,932 |
| | $ | 191,815 | $ | 215,824 |

## NOTE I – PORT NECHES INCIDENT

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues including a settlement conference scheduled for August 2021.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these

**CONFIDENTIAL**

events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,600 property claims have been resolved and approximately 1,540 additional eligible claims are working through the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, sixty-four private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-nine of the sixty-four private party lawsuits, including approximately 600 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. A revised schedule is expected as the plaintiffs filed amended master petitions in Q2 2021 adding additional defendants. A hearing on class certification is not expected before Q4 2021 at the earliest.

Four different sets of insurance policies in effect at the time provide coverage for costs and losses incurred as a result of the Port Neches incident. Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of March 31, 2021, we have paid $74.4 million of costs and collected $200.0 million under these policies, of which $12.1 million has been specifically designated as business interruption coverage and $187.9 million has been designated as an unallocated payment on account. Of the unallocated proceeds of $187.9 million, $74.2 million are recorded as a deferred gain due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2019 and 2020 were $64.7 million and $58.0 million, respectively. Reimbursable costs for the three months ended March 31, 2021 were $2.5 million. Of these costs, we currently estimate that $113.7 million will be recoverable.

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of March 31, 2021, we have accrued third-party claim amounts of $168.3 million, have paid $125.9 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $51.5 million and we have collected $15.3 million of this amount. We anticipate collecting a total of $35.6 million for these expenses. Costs recorded under this policy in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million. So far in 2021, an additional $3.3 million was added for primarily commercial claims with no additional defense costs.

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of March 31, 2021, we have incurred and paid $51.4 million of costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million, $28.0 million and $0.3 million of these costs in 2019, 2020 and 2021 respectively.

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.8 million. We expect to recover the fair market value at the time of the event on these materials.

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

**CONFIDENTIAL**

On January 13, 2021 we executed an additional unallocated Proof of Loss for $40.0 million under our property and business interruption policies and received the funds in January and February 2021. In addition, on April 28, 2021 we executed a $30.0 million unallocated Proof of Loss and as of the issuance of this Quarterly Report (i.e. May 14, 2021), we have received $9.45 million. As of this report date we paid out $127.9 million on liability claims. Excluding claims, we have also paid approximately $181.3 million in response, defense, pollution, and other costs. Total proceeds anticipated to cover booked costs equal $278.0 million with any additional proceeds received to be booked as a gain until the claim is fully settled.

For the quarter ended March 31, 2021, we had recognized a net amount of losses and incurred costs of $4.9 million, which reflected $8.1 million in losses and incurred costs offset by $3.2 million of insurance proceeds. The net amount of $8.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.3 million. Additionally, the net amount of response cost losses of $1.7 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

## NOTE J – COVID-19 EXPENSES

The $0.3 million of COVID-19 expenses for the three months ending March 31, 2021 relate to costs incurred as a result of precautionary measures taken by the Company to prevent the spread of COVID-19 at TPC sites. The costs include protective gear for employees, increased sanitation of TPC sites, and enhancements to workspaces to promote safety.

## NOTE K – FREEZE EVENT EXPENSES

The $29.8 million of freeze event expenses for the three months ending March 31, 2021 relate to costs incurred as a result of extreme winter weather experienced by large parts of the southern United States, including Texas and Louisiana where the Company's operations are located. The costs include extensive emergency repairs, utility costs and overtime personnel costs.

## NOTE L – TECHNICAL CENTER FIRE EVENT EXPENSES

In January of 2021 a fire occurred in the Technical Center at the Houston Plant. The Technical Center is used for quality control and research and development activities. The $5.0 million of Technical Center fire expenses for the three months ending March 31, 2021 relates to costs incurred as a result of a fire. The expenses primarily represent event response costs, outsourced quality control testing and rental expenses to house equipment and employees until the Technical Center rebuild is complete.

## NOTE M – INCOME TAXES

The effective income tax rates for the first quarters of 2021 and 2020 were the projected effective rates for the full years 2021 and 2020 of 20.4% and 18.9%, respectively. The projected effective rate for the full year 2021 and 2020 reflected the federal statutory rate of 21% on a projected pretax loss, reduced by the projected state income taxes and permanent differences.

In response to the global pandemic related to the outbreak of COVID-19, on March 27, 2020, the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") was enacted in the US to grant relief to taxpayers. The CARES Act provides numerous tax provisions and other stimulus measures, including temporary changes regarding the prior and future utilization of net operating losses, temporary changes to the prior and future limitations on interest deductions, temporary suspension of certain payment requirements for the employer portion of social security taxes, technical corrections from prior tax legislation for tax depreciation of certain qualified improvement property and the creation of certain refundable employee retention credits. The Company does not currently expect the CARES Act to have a material impact on its tax expense. The Company will continue to monitor legislative and regulatory developments related to COVID-19 and will record the associated tax impacts as discrete events in the periods that guidance is finalized, or the Company is able to estimate an impact.

## NOTE N – COMMITMENTS AND CONTINGENCIES (see Note Q of Exhibit I for additional discussion)

*Legal Matters*

From time to time, we are party to routine litigation incidental to the normal course of our business, consisting primarily of claims for personal injury or exposure to our chemical products or feedstocks, and environmental matters. We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not

be material to our financial condition, results of operations or cash flows. We record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of litigation. Many of the personal injury or product exposure lawsuits to which we are a party are covered by insurance subject to certain self-insured retention amounts.

Our contractual arrangements with our customers and suppliers are typically very complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation, and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier.

On December 10, 2020, the Company received a notice from a customer asserting a purported breach of the parties' MTBE sales agreement. The customer asserts that it had properly exercised the right of first refusal provided in the sales agreement and that the Company's subsequent agreement with another customer constitutes a breach of the sales agreement. The Company disputes and intends to aggressively defend the customer's possible claim. The parties have set up a mediation to take place in Q2 2021 as required in the dispute resolution provisions of the sales agreement. No lawsuit has been filed.

As described above, we record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of the dispute resolution or litigation process. As of March 31, 2021, we have not recognized any material reserves related to unresolved disputes with customers and suppliers.

Sixty-four private party lawsuits, including five class actions, are pending in Texas state court related to the November 2019 incident at our Port Neches plant. The petitions bring a variety of claims sounding in negligence, gross negligence, nuisance, and trespass. The plaintiffs in these cases allege in the most general way that we were negligent and/or grossly negligent by breaching duties to, among other things, (1) maintain unspecified plant equipment, (2) develop, implement, and maintain proper procedures for storage of chemicals at the facility, and (3) warn the public concerning the risks and dangers of the chemicals maintained at the facility. The petitions also allege that these and other breaches caused damages, including property damage, medical care and expenses, pain and suffering, physical impairment, lost earnings, disfigurement, medical monitoring, mental anguish, and injury to business. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-nine of the sixty-four private party lawsuits, including approximately 600 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in summer 2021 as the plaintiffs filed an amended master petition in Q2 2021 adding additional defendants. Those defendants have not yet been served or made an appearance in the litigation. A hearing on class certification is not expected before Q4 2021 at the earliest.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company also was served with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA.

Because these lawsuits, which we intend to vigorously defend, are in their early stages, we are unable to determine if a loss is probable or estimate the amount or range of potential loss and therefore have not established any reserves, but we believe the amounts involved may be material.

**CONFIDENTIAL**

Beyond the matters in active litigation, the Company has received other claims and demands, through its formal claims process and otherwise, from individuals, companies, and insurers claiming damages as a result of the incident. The Company is in the process of reviewing these claims. It is possible some of these claims may result in additional litigation.

*Environmental and Safety Matters*

Our Company is subject to federal, state, local and foreign laws, regulations, rules and ordinances from various governing agencies that regulate human health, safety, security and the environment

We are committed to maintaining compliance with applicable environmental, health, safety (including process safety) and security ("EHS&S") legal requirements, and we have developed policies and management systems intended to identify the various EHS&S legal requirements applicable to our operations and facilities. We work to enhance and assure compliance with applicable requirements, ensure the safety of our employees, contractors, community neighbors and customers, and minimize the generation of wastes, the emission of air contaminants and the discharge of pollutants. These EHS&S management systems also serve to foster efficiency and improvement and to reduce operating risks.

In the ordinary course of business, we undertake frequent environmental inspections and monitoring and are sometimes subject to investigations by governmental authorities. In addition, our production facilities require a number of environmental permits and authorizations that are subject to renewal, modification and, in certain circumstances, revocation. Actual or alleged violations of environmental laws or permit requirements or the discovery of releases of hazardous substances at or from our facilities could result in restrictions or prohibitions on plant operations, significant remedial expenditures, substantial civil or criminal sanctions, as well as, under some environmental laws, the assessment of strict and/or joint and several liability. Moreover, changes in environmental regulations or the terms of our environmental permits could inhibit or interrupt our operations, or require us to modify our facilities or operations. Accordingly, environmental or regulatory matters may cause us to incur significant unanticipated losses, costs or liabilities.

In addition to the requirements imposed upon us by law, we also enter into other agreements from time to time with state and local environmental agencies either to avoid the risks of potential regulatory action against us or to implement improvements that exceed current legal requirements.

The Company has agreed to indemnify third parties for environmental and other liabilities pursuant to various agreements, including asset divestiture agreements and leases. Many of these obligations contain monetary and/or time limitations, but others do not provide for those limitations. The Company is not aware of any probable and reasonably estimable losses associated with any of these obligations.

*Port Neches Incident*

The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA. The Company may have insurance coverage for some of the foregoing claims for environmental cleanup.

**NOTE O – DEFINED BENEFIT PENSION PLAN**

For the periods presented, periodic pension expense consisted of the following components (in thousands):

|  | Three Months Ended March 31, | | | |
|  | 2021 | | 2020 | |
| Components of net periodic pension cost: | | | | |
| Service cost | $ | 182 | $ | 319 |
| Interest cost | | 75 | | 143 |
| Expected return on assets | | (159) | | (235) |
| Amortization of prior service cost | | (12) | | (9) |
| Amortization of actuarial loss | | 126 | | 139 |
| | $ | 212 | $ | 357 |

**NOTE P – SUBSEQUENT EVENTS**

On April 28, 2021, we executed a $30.0 million unallocated Proof of Loss.   As of May 14, 2021, the issuance date of this Quarterly Report, we have received $9.45 million.

**CONFIDENTIAL**



THIS PAGE INTENTIONALLY LEFT BLANK

**Exhibit I**



# ANNUAL REPORT

**Year ended December 31, 2020**

**CONFIDENTIAL**

# TABLE OF CONTENTS

| | Page |
|---|---|
| Definitions of Terms | 3 |
| Explanatory Note | 4 |
| Cautionary Note Regarding Forward-Looking Statements | 5 |
| Selected Historical Consolidated Financial Data | 6 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 9 |
| Consolidated Financial Statements | 32 |

CONFIDENTIAL

# DEFINITIONS OF TERMS

Capitalized and other terms used throughout this Annual Report for the year ended December 31, 2020, unless the specific context otherwise requires or indicates, have the meanings ascribed to them below:

- **ABL** – our asset-based loan facility originally entered in December 2012, which was repaid, amended, and restated in conjunction with the refinancing of our debt on August 2, 2019 and again amended on February 2, 2021 to permit the issuance of the 10.875% Notes. The ABL is scheduled to mature in August 2024. For a detailed description of the ABL see Note H to our audited financial statements on pages 49-53 of this Annual Report for the year ended December 31, 2020;

- **ASC** - Accounting Standards Codification, which is the sole source of authoritative generally accepted accounting principles in the United States, other than rules and regulations issued by the Securities and Exchange Commission (SEC) that apply to SEC registrants;

- **ASU** - Accounting Standards Update, which the Financial Accounting Standards Board (FASB) issues to communicate changes to the ASC. ASUs are not authoritative standards;

- **Company, us, we, and our** - TPC Group Inc. and its subsidiaries;

- **GAAP** – Generally Accepted Accounting Principles in the United States;

- **Gross profit contribution ("GPC")** - as used herein, is defined as revenue less cost of sales as reported in our consolidated statements of operations and comprehensive income. GPC is the residual amount that is available, after deducting the variable costs to produce and distribute our products from revenue, to cover all other expenses;

- **Holdings** - TPC Holdings Inc., a Delaware corporation, which, upon consummation of the Merger, became the direct parent of TPCGI. Holdings and Parent are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Merger** – the December 20, 2012 merger of Sawgrass Merger Sub Inc., a Delaware corporation, which merged with and into TPCGI, with TPCGI surviving the Merger as a direct wholly-owned subsidiary of Holdings and an indirect wholly-owned subsidiary of Parent;

- **New Term Loan** – the Delayed Draw Term Loan Facility entered into on February 3, 2020, which provides for a delayed draw term loan of up to $70 million for a term of one year. For a detailed description of the New Term Loan see Note H to our audited financial statements on pages 49-53 of this Annual Report for the year ended December 31, 2020;

- **Old Term Loan –** the Senior Secured Delayed Draw Term Loan Facility, scheduled to mature in December 2020, for which the outstanding balance of $50 million was repaid with the net proceeds from issuance of the 10.5% Notes and which was terminated in conjunction with the refinancing of our debt on August 2, 2019;

- **Parent** - Sawgrass Holdings LP, a Delaware limited partnership, which, upon consummation of the Merger became the direct parent of Holdings and indirect parent of TPCGI. Parent and Holdings are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Sponsors** - First Reserve Management, L.P. and SK Capital Partners;

- **TPCGI** - TPC Group Inc., a Delaware corporation, not including any of its subsidiaries;

- **TPCGLLC** - TPC Group LLC, a Texas limited liability company and the principal subsidiary of TPCGI;

- **TPCPF** - TPC Phoenix Fuels LLC, a Texas limited liability company and wholly owned subsidiary of TPCGLLC.

- **8.75% Notes** – the $805 million principal amount of Senior Secured Notes due in December 2020, which were redeemed with the net proceeds from issuance of the 10.5% Notes in conjunction with the refinancing of our debt on August 2, 2019;

- **10.5% Notes** – the $930 million principal amount of Senior Secured Notes due August 1, 2024 issued in conjunction with the refinancing of our debt on August 2, 2019. For a detailed description of the 10.5% Notes see Note H to our audited financial statements on pages 49-53 of this Annual Report for the year ended December 31, 2020;

- **10.875% Notes** – the $153 million principal amount of Senior Secured Notes due August 1, 2024, which were issued on February 2, 2021 and for which a portion of the proceeds were used to repay and terminate the New Term Loan.

CONFIDENTIAL

# EXPLANATORY NOTE

This Annual Report is highly confidential and has been prepared pursuant to the terms of the Indenture (the "10.5% Indenture") dated as of August 2, 2019, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.5% Notes, as amended by the Supplemental Indenture dated as of February 2, 2021, and the Indenture (the "10.875% Indenture" and collectively with the 10.5% Indenture, the "Indentures") dated as of February 2, 2021, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and the U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.875% Notes.   Unlike companies with securities that are registered under the Securities Exchange Act of 1934 (the "Exchange Act") or traded on a national securities exchange, the Company is not required to file reports with the Securities and Exchange Commission and, except as provided under the Indentures, the Company is not required to deliver any reports to holders of its securities.   As a result, this Annual Report does not include all the information that would be required to be included in an Annual Report on Form 10-K that is filed pursuant to the Exchange Act, including, among other things, a description of the material risks faced by the Company.   Moreover, this Annual Report does not include all the information that may be material to holders of the Company's securities, including the 10.5% Notes, and should not be relied upon by any person in making an investment decision with respect to the Company's securities.   Except as strictly required pursuant to the terms of the Indentures, the Company undertakes no obligation to update or revise any information contained in this Annual Report.

This Annual Report shall not constitute an offer to sell, or the solicitation of an offer to buy, any securities of the Company, including the 10.5% Notes and the 10.875% Notes.   Distribution of this Annual Report to any person other than holders of the 10.5% Notes and the 10.875% Notes is unauthorized and any disclosure of any of its contents without the Company's prior written consent is prohibited.   By accepting delivery of this Annual Report, you agree to the foregoing and not to make any photocopies, in whole or in part, of this Annual Report or any documents or materials relating to the Company that are provided in connection with this Annual Report.

CONFIDENTIAL

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Annual Report contains forward-looking statements that do not directly or exclusively relate to historical facts. You can typically identify forward-looking statements by the use of forward-looking words, such as "will," "may," "might," "should," "can," "could," "project," "believe," "anticipate," "expect," "estimate," "continue," "potential," "plan," "forecast" and other words of similar import. Forward-looking statements include information concerning possible or assumed future results of our operations, including the following:

- business strategies;
- operating and growth initiatives and opportunities, including proposed capital projects;
- existing and expected competition and competitive position;
- market outlook and trends in our industry;
- expected financial condition;
- future cash flows, including insurance proceeds;
- financing sources and availability;
- expected results of operations;
- future capital and other expenditures;
- availability and price of raw materials and inventories;
- the business cyclicality of the petrochemicals industry;
- effects of seasonality;
- plans and objectives of management or the sponsors;
- future compliance with orders and agreements with regulatory agencies;
- environmental matters;
- expected outcomes of insurance settlements, legal, environmental or regulatory proceedings and their expected effects on our results of operations;
- expectations, strategies and plans for individual assets and products (including the ability to maintain plant utilization rates), business segments and the company as a whole;
- anticipated restructuring, divestiture and consolidation activities;
- cost reduction and control efforts and targets;
- compliance and other costs and potential disruption or interruption of production or operation due to accident, interruptions in sources of raw materials, cyber security incidents, terrorism, political unrest, natural disasters or other unforeseen events; and
- any other statements regarding future growth, future cash needs, future operations, business plans and future financial results.

These forward-looking statements represent our intentions, plans, expectations, assumptions and beliefs about future events and are subject to risks, uncertainties and other factors, including risks and uncertainties such as volatility in the petrochemicals industry, limitations on the Company's access to capital, the timing and amount of insurance proceeds received, the effects of competition, leverage and debt service, general economic conditions, third-party claims, governmental litigation and investigations, and extensive environmental, health and safety laws and regulations. Many of those factors are outside of our control and could cause actual results to differ materially from the results expressed or implied by the forward-looking statements.

In light of these risks, uncertainties and assumptions, the events described in the forward-looking statements might not occur or might occur to a different extent or at a different time than we have described. Except as may be required by applicable law or agreement, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

CONFIDENTIAL

## SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA

The following table presents selected historical consolidated financial data (in thousands) at the dates and for the periods indicated. This selected historical consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the historical consolidated financial statements, together with the related notes, included elsewhere in this Annual Report.

The Balance Sheet and Statements of Operations and Cash Flows Data presented below have been derived from the Company's audited consolidated financial statements. The "Other Financial Data" presented below is unaudited, non-GAAP information. Consolidated Balance Sheets as of December 31, 2018, 2017 and 2016 and Consolidated Statements of Operations and Comprehensive Loss and Consolidated Statements of Cash Flows for the years ended December 31, 2017 and 2016 are not included in this Annual Report.

|  | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
|  | **2020** | **2019** | **2018** | **2017** | **2016** |
| **Statements of Operations Data:** | | | | | |
| Revenue | $ 751,390 | $ 1,464,926 | $ 1,626,835 | $ 1,609,068 | $ 1,114,459 |
| Cost of sales (excludes items listed below) | 519,063 | 1,031,833 | 1,253,054 | 1,256,669 | 807,868 |
| Operating expenses | 181,059 | 179,936 | 183,328 | 176,963 | 164,827 |
| General and administrative expenses | 27,970 | 28,695 | 26,337 | 32,202 | 25,572 |
| Depreciation and amortization | 74,155 | 81,002 | 141,708 | 139,904 | 137,113 |
| Loss on Port Neches incident, net of insurance recovery | 50,141 | 91,895 | - | - | - |
| COVID-19 expenses | 1,896 | - | - | - | - |
| Repair and other expenses related to dock incident | - | - | 1,459 | - | - |
| Business interruption insurance recovery | (12,100) | - | (567) | - | - |
| Gain on sale of HRVOC allowances | - | - | - | (6,152) | - |
| Hurricane Harvey expenses | - | - | - | 7,512 | - |
| Capital project write-offs | - | - | - | 946 | 6,875 |
| Gain on sale of plant | - | - | - | - | (5,037) |
| Income (loss) from operations | (90,794) | 51,565 | 21,516 | 1,024 | (22,759) |
| Interest expense | 112,933 | 101,729 | 89,305 | 81,662 | 82,617 |
| Other (income) expense | 182 | 1,565 | (889) | 1,270 | (1,803) |
| Loss before income taxes | (203,909) | (51,729) | (66,900) | (81,908) | (103,573) |
| Income tax benefit | (15,745) | (10,238) | (13,698) | (56,094) | (34,989) |
| Net loss | $ (188,164) | $ (41,491) | $ (53,202) | $ (25,814) | $ (68,584) |
| **Statements of Cash Flows Data:** | | | | | |
| Cash flows from operating activities | $ (88,865) | $ 117,354 | $ 30,817 | $ 36,478 | $ (2,138) |
| Cash flows from investing activities | | | | | |
| Capital expenditures | (55,889) | (53,957) | (63,717) | (45,652) | (42,861) |
| Proceeds from sale of assets | - | - | - | - | 59,913 |
| Cash flows from financing activities | | | | | |
| Proceeds from issuance of 10.5% Notes | - | 930,000 | - | - | - |
| Redemption of 8.75% Notes | - | (805,000) | - | - | - |
| Repayment of Old Term Loan | - | (50,000) | - | - | - |
| Net proceeds from (paydowns on) ABL | - | (40,000) | 32,000 | (12,500) | (52,500) |
| Proceeds from New Term Loan | 69,300 | - | - | - | - |
| Insurance finance borrowings | 42,492 | - | - | - | - |
| Insurance finance repayments | (29,395) | - | - | - | - |
| Debt issuance costs | (4,344) | (14,902) | (502) | (5,149) | (3,131) |
| Equity contributions (returns), net | (6) | (141) | - | 19 | 15,019 |
| Proceeds from Old Term Loan borrowings | - | - | - | 25,000 | 25,000 |
| **Balance Sheet Data (end of period):** | | | | | |
| Cash and cash equivalents | $ 18,452 | $ 85,159 | $ 995 | $ 2,397 | $ 4,201 |
| Trade accounts receivable | 73,477 | 83,882 | 93,962 | 95,833 | 81,246 |
| Insurance receivable - Port Neches incident | 23,289 | 185,477 | - | - | - |
| Inventories | 45,435 | 52,058 | 68,092 | 72,564 | 66,491 |
| Property, plant and equipment, net | 703,273 | 684,844 | 702,090 | 749,442 | 815,746 |
| Total assets | 964,749 | 1,173,502 | 976,706 | 999,579 | 1,059,478 |
| Current liabilities | 309,087 | 387,164 | 171,816 | 162,336 | 153,569 |
| Long-term debt, net of deferred financing costs | 985,321 | 915,772 | 882,362 | 844,821 | 831,504 |
| Deferred income taxes | - | 13,271 | 22,276 | 36,740 | 92,978 |
| Total liabilities | 1,294,408 | 1,316,207 | 1,076,454 | 1,043,897 | 1,078,051 |
| Total equity (deficit) | (329,659) | (142,705) | (99,748) | (44,318) | (18,573) |
| **Other Non-GAAP Financial Data:** | | | | | |
| EBITDA (1) | $ (16,821) | $ 131,002 | $ 164,113 | $ 139,658 | $ 116,157 |
| Adjusted EBITDA (1) | 45,875 | 231,418 | 167,321 | 170,014 | 109,602 |

CONFIDENTIAL

(1) EBITDA and Adjusted EBITDA are not measures computed in accordance with GAAP. A non-GAAP financial measure is a numerical measure of historical or future financial performance, financial position or cash flows that excludes amounts, or is subject to adjustments that have the effect of excluding amounts, that are included in the most directly comparable measure calculated and presented in accordance with GAAP in the balance sheets, statements of operations, or statements of cash flows (or equivalent statements); or includes amounts, or is subject to adjustments that have the effect of including amounts, that are excluded from the most directly comparable measure so calculated and presented.

We are including a presentation of EBITDA and Adjusted EBITDA in this Annual Report because their presentation is required under the Indentures. In addition, the Indentures contain debt incurrence ratios that are calculated by reference to Adjusted EBITDA. Non-compliance with the debt incurrence ratios contained in the Indentures would prohibit us from being able to incur additional indebtedness other than pursuant to specified exceptions.

We calculate EBITDA as earnings before interest, taxes, depreciation and amortization and we calculate Adjusted EBITDA as EBITDA, adjusted to remove or add back certain items, including the impact of butadiene price changes. These items are identified below in the reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss), the GAAP measure most directly comparable to EBITDA and Adjusted EBITDA. Our calculation of EBITDA and Adjusted EBITDA may be different from the calculations used by other companies; therefore, they may not be comparable to other companies.

The following table provides a reconciliation of EBITDA and Adjusted EBITDA to Net Loss for the periods specified.

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | **2020** | **2019** | **2018** | **2017** | **2016** |
| **Net Loss** | $ (188,164) | $ (41,491) | $ (53,202) | $ (25,814) | $ (68,584) |
| Income tax benefit | (15,745) | (10,238) | (13,698) | (56,094) | (34,989) |
| Interest expense, net | 112,933 | 101,729 | 89,305 | 81,662 | 82,617 |
| Depreciation and amortization (1) | 74,155 | 81,002 | 141,708 | 139,904 | 137,113 |
| **EBITDA** | (16,821) | 131,002 | 164,113 | 139,658 | 116,157 |
| Impact of butadiene price changes (2) | 5,211 | 8,014 | (3,709) | 18,540 | (9,265) |
| Port Neches Incident (3) | 50,141 | 91,895 | - | - | - |
| Write-offs (4) | - | - | - | - | 6,875 |
| Other non-recurring items (5) | 7,344 | 507 | 6,917 | 11,816 | (4,165) |
| **Adjusted EBITDA** | $ 45,875 | $ 231,418 | $ 167,321 | $ 170,014 | $ 109,602 |

(1) Includes depreciation, amortization of deferred turnaround and catalyst costs and amortization of patents for all periods presented.

(2) Adjustment to remove the estimated temporary impact on our operating results of month-to-month changes in the contract price of butadiene. For further discussion see "Management's Discussion and Analysis of Financial Condition and Results of Operations".

(3) Adjustment to remove the losses and costs incurred, net of actual and probable insurance recoveries as a direct result of the Port Neches incident (discussed on pages 12-14).

(4) Adjustments to remove charges for the write-offs of accumulated costs for certain capital projects.

(5) Adjustments to remove the impact of certain non-recurring items for 2020 which include incremental expenses directly related to the impact of Hurricane Laura and Tropical Storm Beta of $0.5 million, the estimated impact of lost sales due to Hurricane Laura and Tropical Storm Beta of $4.4 million, the incremental expenses directly related to our response to the COVID-19 pandemic of $1.9 million, and refinancing optimization expenses of $0.5 million. The adjustment for 2019 removes refinancing optimization expenses incurred in advance of refinancing our debt on August 2, 2019. The adjustment for 2018 removes a $0.6 million business interruption insurance recovery related to Hurricane Harvey and the insurance deductible and uninsured logistics and legal expenses related to the Houston dock incident (discussed on page 12) of $1.5 million and adds $6.0 million of estimated margin impact of lost sales volume as a direct result of the dock incident. The adjustment for 2017 removes incremental expenses directly related to the impact of Hurricane Harvey of $7.5 million, certain corporate optimization initiatives of $1.6 million and a gain from the sale of environmental emissions credits of $6.1 million and adds $8.8 million of estimated impact of lost sales due to Hurricane Harvey. The adjustment for 2016 removes the book gain of $5.0 million from the sale of our Baytown plant in the fourth quarter of 2016 and earnings, net of dividends received, from our interest in a joint venture we sold in 2016.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the consolidated financial statements and accompanying notes, which are included elsewhere in this Annual Report.

**Overview**

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

In our C4 Processing segment, we process the crude C4 stream into higher value components, namely butadiene, butene-1 and raffinates. Butadiene is primarily used to produce synthetic rubber that is mainly used in tires and other automotive products; butene-1 is primarily used in the manufacture of polyethylene plastic resins and synthetic alcohols; and raffinates are primarily used in the production of alkylate, a component of premium unleaded gasoline.

In our Performance Products segment, we process isobutylene, which we purchase as a raw material and also produce internally, to produce polyisobutylene ("PIB"), diisobutylene ("DIB"), and methyl tertiary-butyl ether ("MTBE"). PIB is primarily used in the production of fuel and lubricant additives, caulks, adhesives, sealants and packaging; DIB is primarily used in the manufacture of surfactants, plasticizers and resins; and MTBE is primarily used as a gasoline blending stock.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 12-14). The Houston plant, in addition to processing crude C4, also produces PIB, DIB, and MTBE. The raw material isobutylene processed at our Houston facility is sourced from processing crude C4, third-party supply and internal on-purpose production. The feedstock for our on-purpose isobutylene production is isobutane, which is a plentiful natural gas liquid resulting from shale gas development. As discussed in more detail under "Current Market and Business Conditions" below, in order to replace the lost crude C4 processing capacity at our Port Neches plant, we recently entered into a long-term contract with a third-party to process a substantial portion of our crude C4 supply and return butadiene and raffinate to us.

We also provide critical infrastructure and logistics services along the Gulf Coast. Both our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. Our results are impacted by the effects of economic upturns or downturns on our customers and our suppliers, as well as on our own costs to produce, sell and deliver our products. Our customers generally use our products in their own production processes; therefore, if our customers curtail production of their products, our results could be materially affected. In particular, our feedstock costs and product prices are susceptible to volatility in pricing and availability of crude oil, natural gas, natural gas liquids such as isobutane and oil-related products such as unleaded regular gasoline. Prices for these products tend to be volatile as well as cyclical, as a result of global and local economic factors, worldwide political events, weather patterns and the economics of oil and natural gas exploration and production, among other things.

**Material Industry Trends**

We receive crude C4 feedstock for our C4 Processing segment from steam crackers, which are designed to process naphtha and natural gas liquids ("NGL's") as feedstocks for ethylene production. Crude C4 is a by-product of the ethylene production process, and the volume of crude C4 produced by the process is driven by both the volume of ethylene produced and the composition of the steam cracker feedstock. Some major ethylene producers have the flexibility to shift from light feedstocks, such as NGL's (ethane, propane and butane), to heavier feedstocks, such as naphtha, or vice versa depending on the economics of the feedstock. When ethylene producers process heavier feedstock, greater volumes of crude C4 are produced. However, when light feedstocks (i.e. NGL's) are inexpensive relative to heavy feedstocks, the producers may choose to process those light feedstocks instead, a process referred to as "light cracking," which results in lower volumes of crude C4 production. In recent years, lighter cracking by domestic ethylene

CONFIDENTIAL

producers has been prevalent as a result of an abundant supply of cost advantaged NGL feedstocks (particularly ethane), and we experienced the largest impact of the shift from heavier to lighter ethylene cracker feedstocks between 2007 and 2009. In 2015, we experienced an increase in domestic delivery rates, which reflected more favorable economics for propane and butane cracking compared to the lighter ethane feedstock. However, over the course of 2016 and 2017, ethane feedstock economics were generally more favorable, which again resulted in relatively lower domestic delivery rates of crude C4's. Domestic delivery rates were positively impacted beginning the latter part of 2017 as newly constructed ethylene crackers in North America came on-line, making more crude C4 feedstock available. Domestic crude C4 feedstock supply continued to grow in 2019 as additional new North American ethylene crackers came on-line. Those crackers produced additional C4 feedstock in 2020 as they ramped up rates and ran for the full year. Some constraints regarding our ability to process all of the incremental crude C4 available arose in 2020 due to the outage at our Port Neches facility. Some amount of the crude C4 produced by the ethylene crackers needed to be consumed through suppliers recycling the material (referred to as co-cracking) because of short-term limitations in butadiene extraction capacity. TPC has taken steps to minimize the impact of the Port Neches outage. We ramped up production rates on our largest butadiene extraction unit and converted one of our butadiene extraction trains (the furfural unit) at our Houston plant, which had been in butane removal service for our raffinate business since 2014, back to butadiene extraction service. We also restarted our hydrotreating unit, which converts crude C4's to butylenes, and are operating the unit at maximum rates in an effort to consume a larger volume of crude C4's from our suppliers. This unit has also gone through significant optimization throughout 2020 further increasing crude C4 consumption.

The supply of butadiene is driven by ethylene cracker operating rates and feedstock composition. Because butadiene is a small co-product stream in relation to the quantity and value of ethylene and propylene produced in a cracker, butadiene supply is relatively insensitive to its demand and/or price. In addition, butadiene cannot be stored for long periods of time. Therefore, the price of butadiene can be highly volatile based on relatively small changes in supply or demand.

Demand for butadiene strengthened in early 2018 and pricing began an upward trend in response to producer supply constraints in the early part of the year and strong demand through the third quarter of 2018. As a result of softening demand partly due to typical seasonality, butadiene pricing declined over the course of the fourth quarter of 2018 and remained relatively stable through the first four months of 2019. With new car sales demand softening globally over the balance of 2019, butadiene pricing declined 30% over the last eight months of the year to 34 cents per pound. Our Port Neches plant outage in late November curtailed the domestic supply of butadiene, which contributed to a 25% increase in the contract price over the first two months of 2020. However, as a result of temporary weakened global demand linked to the coronavirus, the price of butadiene declined by 50% through July of 2020 as automotive and tire plants shutdown for much of the second quarter. As the economy began to recover in the second half of 2020, so did the price of butadiene, rising 130% from its low point of 19.6 cents per pound in June-July to 46 cents per pound in December.

The North American region continued to be a net importer of butadiene and its derivatives (synthetic rubber and tires) in 2020 and we expect this to continue in 2021; however, as we look forward, we expect strong global economic growth, combined with the continued ramp-up of new North American tire plants, to provide growth for the additional butadiene supply that will come from the new ethylene crackers, which we expect will shrink the amount of imports over the next few years. Further, as we look forward, we expect NGL's, due to shale gas, to continue to provide favorable ethylene production economics to North America leading to additional ethylene crackers being built in the future (2026-2028) bringing additional crude C4's and butadiene to market. This should lead to additional butadiene consuming derivative plants being built over the next 6-8 years in North America.

Beginning in the latter part of 2016 and through 2019, we successfully restructured our C4 processing business by renegotiating essentially all of our crude C4 supply contracts. As of the end of 2020, approximately 90% of our contracted crude C4 volume was under the new business model. The primary objective of the restructured business model was to create more stability in the profit margins we realize on all components of the entire crude C4 streams commensurate with the valuable service we provide to our suppliers. The restructured model minimizes our downside risk during periods of weaker prices for the commodities upon which the values of our products are based, as it provides us with a fixed processing margin and energy recovery fee sufficient to cover our processing costs and a sustainable minimum profit margin. The restructured model also provides us with upside margin sharing with our suppliers when the value of crude C4 streams, which is based on the value we receive for our products, exceeds a floor value. The margin sharing mechanism of the restructured contracts is accomplished through direct linkage between the value we receive for the extracted products and what we pay our suppliers for the components of the crude C4 stream.

In addition to the margin stability, risk mitigation and upside sharing in the supplier margins, the restructured crude C4 supply contracts also provide for larger discounts on the price we pay for contained butane as well as an energy fee for having to process larger volumes of butane in our system. The larger discounts and energy fee offset the cost we incur to remove the butane and/or the negative impact on the value of and margins realized on our raffinate streams when the contained butane exceeds certain minimum levels.

The remainder of our crude C4 supply continues to be purchased on a component basis under contractual arrangements not based on the restructured model and on a spot basis. Under these supply arrangements we are exposed to more commodity risk as they do not provide the same downside protection as the restructured contracts and there is no direct linkage between the value we receive for the extracted products and what we pay for various components of the crude C4. Under these arrangements, the profit margins on our

raffinates, which are the second largest part of the crude C4 stream after butadiene, are directly impacted by the price of unleaded regular gasoline (ULR) since we buy and sell the butylenes contained in the raffinate streams based on a factor of ULR. The price of ULR impacts the margins on the raffinate we produce from these streams in two ways. One impact is dependent on the absolute price of ULR, which impacts the spread between what we pay for the contained butylenes and what we sell them for. We buy and sell the butylenes on a percentage of ULR basis, so a higher ULR price results in a wider spread and a more positive impact on our margins. The other impact is dependent on the quantity of inventory and the magnitude of volatility in the ULR price from period to period as we may purchase the contained butylenes in one period and then sell them in a subsequent period.

Our MTBE margins in 2020 were negatively impacted by the effects of COVID-19 starting in March and reached a low point in April due to the MTBE to unleaded regular gasoline (ULR) spread falling from an average of 42 cents per gallon in the first quarter to 4.5 and 2.2 cents per gallon in the second and third quarters, respectively. High raw material isobutane and methanol costs in relation to the value of MTBE also had a negative impact on MTBE margins during this period. Margins for MTBE, starting at the end of the third quarter of 2020, began to expand as the MTBE-ULR spread grew to 11.3 cent per gallon. However, the strength of methanol and butane pricing tempered the margin expansion.

**Current Market and Business Conditions**

On March 11, 2020, the World Health Organization declared the ongoing COVID-19 outbreak a pandemic and recommended containment and mitigation measures worldwide. The pandemic has resulted in widespread adverse impacts on the global economy. With various government-imposed quarantines and travel restrictions, we experienced significant disruptions in the second quarter of 2020 as the pandemic and its impact on the global economy spread through most of our markets.

For employees who are considered essential and are working in plants, we have at a minimum, implemented government recommended protocols and best practices related to social distancing, hygiene and the use of additional personal protective equipment. TPC's Crisis Management Team ("CMT") has helped to safely mitigate exposure risk by quickly identifying and isolating twenty-two confirmed cases amongst our employees, all of which contracted COVID-19 outside the workplace. These measures have not only enabled us to continue to operate our facilities safely but have also helped TPC maintain a largely consistent supply chain. Additionally, the CMT has worked closely with senior leadership to tailor a comprehensive Return to Workplace plan for each site. At the time of this filing, a significant portion of TPC's workforce (non-essential workers) continue to work remotely from their homes. Our employees' health and well-being continue to remain a key priority.

By the end of March 2020, we witnessed the effects of COVID-19 on our operating results when declining commodity prices resulted in compressed margins and a $10 million lower of cost and net realizable value inventory adjustment. The expected declines in consumer demand occurred in March and the second quarter, with the low points in our business in the March-June timeframe. Crude oil prices increased late in the second quarter and continued to rise throughout the third quarter as supply and demand fundamentals improved. This ultimately drove higher feedstock costs, which proved beneficial to product prices and margins in the third and fourth quarters of 2020.

Despite the partial rebound in crude oil prices, commodity prices may continue to present a challenge for our business in the near-term. However, we expect the recovery in customer demand to continue, absent a significant resurgence of COVID-19. The extent to which COVID-19 will adversely impact our business, financial condition and results of operations will depend on numerous evolving factors, which are highly uncertain, rapidly changing and cannot be predicted.

The impacts of COVID-19, the global oil and trade wars, and the fallout from the Port Neches plant explosion have all converged to create challenges in the market that influence commodity prices and spreads. Throughout 2020, the biggest impacts to our business were in the butadiene, PIB and MTBE segments. The third quarter saw an increase in demand for all of our products including raffinate (sold to the refining industry for the production of alkylate), butene-1 (used primarily as a comonomer for polyethylene and used in many single serve packaging applications) and diisobutylene (DIB which is used in resins for the tire industry). Demand for butadiene was strong and we saw a significant increase in demand for PIB in the third quarter which continued in the fourth quarter.

Throughout 2020, we saw a continuation of the commodity headwinds that started in the first quarter of 2020 in our MTBE business with weaker MTBE to isobutane spreads as our primary demand regions of Mexico, Central and South America saw a significant reduction in gasoline demand. Since the low point on volume and margins in March and April, our MTBE business segment has continued to recover in both volume and margins. However, the impact of stronger isobutane and methanol pricing on MTBE margins persisted during the fourth quarter. During this challenging period, we have capitalized on our operational flexibility and moved some feedstock normally used for MTBE production into our raffinate business to benefit from the stronger demand and margins in alkylate. We also optimized our hydrotreating and raffinate train operations to maximize our production of butene-1.

Early in the second quarter, we signed a new MTBE offtake contract with one of the world's largest independent fuels and commodity trading firms. The contract is market based and provides a secure outlet for 100% of our MTBE production through the end of 2023. Since the new MTBE offtake contract is market based, we are subject to greater pricing volatility than under our previous

CONFIDENTIAL

offtake contract.

The closure of automotive production globally during late March and early April resulted in the closure of virtually all tire manufacturing operations and with that the closure or significant cut back in production levels at the key synthetic rubber plants that supply raw material to the tire companies. The key raw material we supply to the synthetic rubber industry is butadiene, and its major use is in tires. As a result of automotive production shutdowns and fewer miles driven with government imposed social distancing requirements, major tire plants significantly curtailed production, impacting global demand for synthetic rubber and the consumption of butadiene during the second quarter. Exacerbated by our limited access to certain customers due to the Port Neches incident, our sales for the prior quarters were markedly lower than what we had projected in our annual operating plan (AOP), hitting the low point in April. However, third and fourth quarter sales strengthened compared to our first and second quarter levels. China, Europe and the U.S. all reported increases in new car sales. Additionally, replacement tire sales are recovering, leading us to forecast stronger sales in 2021.

COVID-19 has not only impacted demand for butadiene, but it also has had a major impact on pricing, leading to our low point in the June-July time frame of 19.6 cents per pound. After dropping precipitously in the second quarter, butadiene prices increased steadily through the end of 2020. As the economy began to recover in the second half of 2020, so did the price for butadiene, rising 130% from its low point of 19.6 cents per pound in June-July to 46 cents per pound in December.

Demand for butene-1 continued to be solid in the third and fourth quarters. Butene-1 demand remains strong, as demand for polyethylene single serve packaging continues to grow during the COVID-19 outbreak.

On May 12, 2020 we completed key milestones on the Port Neches terminal, enabling us to resume selling raffinate to our largest customer. With strengthening demand and the terminal opening, we were able to return to normal sales levels by the end of the second quarter. In January 2021, we completed the second phase of our Port Neches terminal and began importing butadiene over our dock and into refurbished tanks, which enabled us to begin selling and transporting additional volumes of butadiene to major customers in the Beaumont and Port Neches area.

In response to the loss of our Port Neches crude C4 processing capacity, we have been actively pursuing tolling opportunities with third parties within the industry. In January 2021, we signed a long-term contract with a third-party processor for crude C4 processing and began sending crude C4's to this processor through enhancements made to our Port Neches terminal in the second phase of our refurbishment of these assets. We are now receiving butadiene and raffinate back from the third-party processor. This third-party toll processing deal grows in volume throughout 2021 and into the first quarter of 2022 bringing our butadiene volumes available for sale back to pre-incident levels. As we look to further increase capacities within our system, we are moving forward with a debottleneck of our Houston butadiene extraction unit that will increase existing capacity by approximately 25% by the end of 2022.

After a very strong first quarter for our PIB business, the second quarter was the low point for this business segment due to COVID-19 impacts on miles driven and its impact on lubricant and fuel additive demand. The third and fourth quarter demand increased significantly from our second quarter sales levels, with sales volumes for all of 2020 recovering to 85% of our annual operating plan.

***Dock Incident – 2018***

On June 13, 2018, an ocean-going bulk carrier navigating in the Port of Houston Ship Channel veered off course and struck a barge stationed at our primary Houston facility dock. The incident caused substantial damage to both the barge and the dock facilities. There were no significant injuries and there was no environmental impact from the incident.

The damaged dock was returned to full barge and ship service in August 2018 after temporary repairs of approximately $5 million which, excluding a $0.25 million deductible, were reimbursed from insurance proceeds in September 2018. The insurance proceeds were accounted for as an offset to the actual dock repair costs. The total amount of the insurance deductible and uninsured logistics and legal expenses recognized in our reported 2018 earnings was $1.5 million and the margin on estimated lost sales volume was approximately $6.0 million. The revenue and cost of sales related to the lost sales volume for the C4 Processing segment were estimated to be $4 million and $2 million, respectively, and for the Performance Products segment were estimated to be $13 million and $9 million, respectively.

We are currently finalizing the legal agreements with the Port Authority for the additional land needed to rebuild the dock and the agreements are expected to be finalized by the end of March. Additionally, we have reached an agreement with insurers on the scope of the rebuild and we are preparing for construction bids. The expectation is to begin construction late in the second quarter of this year. We anticipate that the entire cost, which we currently estimate to be $30-35 million, will be reimbursed by our insurance carriers.

***Port Neches Incident – 2019***

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

CONFIDENTIAL

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues including a settlement conference scheduled for August 2021.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,500 property claims have been resolved and approximately 1,600 additional eligible claims are working through the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, sixty-one private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-seven of the sixty-one private party lawsuits, including approximately 565 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. A hearing on class certification is not expected before Q4 2021 at the earliest.

Four different sets of insurance policies, under the insurance coverage we had in effect at the time, provide coverage for costs and losses incurred as a result of the Port Neches incident. Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for some category costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of December 31, 2020, we have paid $67.7 million of costs and collected $160.0 million under this policy, of which $12.1 million has been specifically designated as business interruption coverage and $147.9 million has been designated as an unallocated payment on account. Of the unallocated proceeds of $147.9 million, $36.7 million are recorded as a deferred gain due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2020 and 2019 total $58.0 million and $64.7 million, respectively. Of these costs we currently estimate that $111.2 million is recoverable.

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of December 31, 2020, we have incurred third-party claim amounts of $165.0 million, have paid $120.7 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $49.8 million and we have collected $15.3 million of this amount. We anticipate collecting a total of $35.2 million for these expenses. Costs recorded under this policy in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million.

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of December 31, 2020, we have incurred and paid $51.1 million of costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million of these costs in 2019 and an additional $28.0 million in 2020.

CONFIDENTIAL

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.4 million. We expect to recover the fair market value at the time of the event on these materials.

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

On January 13, 2021 we executed an additional unallocated Proof of Loss for $40.0 million under our property and business interruption policies and received the funds in January and February 2021. As of the issuance of this 2020 Annual Report (i.e. March 24, 2021), we have paid out $127.4 million on liability claims. Excluding claims, we have also paid approximately $178.9 million in response, defense, pollution, and other costs. Additional proceeds anticipated to cover book costs equal $280.6 million with additional recovery anticipated as a gain.

For the year ended December 31, 2020, we had recognized a net amount of losses and incurred costs of $50.1 million, which reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

The following table summarizes the net amount of losses and current costs for the year ended December 31, 2020 (in millions):

|  | Cost | | Insurance anticipated | | Net cost | |
|---|---|---|---|---|---|---|
| Liability claims | $ | 3 | $ | - | $ | 3 |
| Response costs | | 126 | | 79 | | 47 |
|  | $ | 129 | $ | 79 | $ | 50 |

The following table summarizes the net amount of inception to date losses and costs incurred as of December 31, 2020 (in millions):

|  | Cost | | Insurance anticipated | | Net cost | |
|---|---|---|---|---|---|---|
| Response and cleanup costs | | | | | | |
| Incurred as of December 31, 2019 | $ | 287 | $ | 195 | $ | 92 |
| Incurred three months ended March 31, 2020 | | 80 | | 57 | $ | 23 |
| Incurred three months ended June 30, 2020 | | 27 | | 24 | $ | 3 |
| Incurred three months ended September 30, 2020 | | 13 | | 14 | $ | (1) |
| Incurred three months ended December 31, 2020 | | 9 | | (16) | $ | 25 |
| Incurred as of December 31, 2020 | $ | 416 | $ | 274 | $ | 142 |

*Coronavirus – 2021*

The global coronavirus (or COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. In 2020, global markets experienced a precipitous decline in oil prices in response to concerns regarding the potential impacts of the COVID-19 outbreak on worldwide oil demand and the anticipated increases in oil production from Russia and OPEC, which have impacted margins in our raffinate and MTBE businesses. Although commodity prices have recovered considerably, we expect the outlook for 2021 to remain uncertain due to the rapidly evolving conditions, and we cannot estimate the scope of their impact on our business, our results of operations, our financial condition, our personnel, our customers, our suppliers or the global economy. We continue to assess the potential impact of COVID-19 on our staff and operations and have implemented appropriate mitigation plans, including precautions

with regard to employee and facility hygiene, imposed travel limitations on our employees and directed our employees to work remotely whenever possible. We also continue to work with our suppliers to understand the potential impacts to our supply chain, and at this time, we have not identified any material risks to our supply chain. This is a rapidly evolving situation, and we will continue to monitor developments affecting our workforce and our suppliers and take additional precautions as we believe are warranted.

### Technical Center Fire - 2021

Early on the morning of January 9, 2021, the TPC Houston operations team responded to a fire alarm in the Technical Center. The Technical Center, located on the southwest side of the facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded to the incident with assistance from the Houston Fire Department. The Company coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts as a result of the event; however, one emergency responder sustained an ankle injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. Fortunately, over 75% of the equipment is salvageable, but, in the absence of a functioning laboratory the Company had to secure short term outsourcing solutions for all of the quality control testing needs. Since late February, however, we have replaced the majority of the outsourced testing with inhouse testing in a combination of TPC and rental facilities, thereby substantially reducing the incremental costs. Between response costs, outsourcing costs, rental expenses and the cost of rebuilding the Technical Center, we estimate that the fire will cost the Company approximately $11.5 million. Please also refer to Note T, *Subsequent Events.*

### February Weather Event – 2021

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather. Due to abnormally low temperatures for an extended period of time, facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs. We anticipate that the total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, will be between $50 million and $60 million. Please also refer to Note T, *Subsequent Events.*

We are taking a number of steps to offset the impact of these two events. This includes commercial and procurement initiatives, and capital and cost reductions. At this point, we have defined actions to offset about 70% of the impact, and we are pursuing additional opportunities.

### Insurance Renewal

We seek to maintain comprehensive insurance coverage, and we renewed all of our insurance coverages during 2020 with terms and conditions that we believe are consistent with those generally prevailing in insurance markets, although at substantially higher premiums than the expiring coverages. Although we carry property and casualty insurance to cover certain risks, our insurance policies do not cover all types of losses and liabilities, and our insurance may not be sufficient to cover the full extent of losses or liabilities for which we are insured. Due to significant recent insurance claims in the petrochemical industry, insurance market conditions have tightened, and we cannot guarantee that we will be able to renew our current insurance policies on favorable terms, or at all.

### Dehydrogenation Unit

The third scheduled turnaround of the dehydro unit commenced on February 1, 2020 and was safely completed within budget, but it did have a significant schedule delay due to issues with a compressor overhaul and our 505 waste heat boiler. The scope of the project and the total cost of approximately $48 million were in line with our expectations.

## Results of Operations

### Contractual linkages of raw material costs and selling prices of finished products to commodity indices

Most of our raw material feedstock costs and finished product selling prices are determined by application of contractual formulas linked to commodity market indices and, in most cases, the indices used to determine raw material feedstock costs are the same indices used to determine finished product selling prices.

As discussed above under "Material Industry Trends", as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, and is more

CONFIDENTIAL

commensurate with the valuable and consistent service we provide to the industry.

Although linkage of most of our raw material costs and selling prices to the same indices and our restructured crude C4 supply contracts provide some degree of consistency in our average material margin per pound (which we define as the difference between average revenue per pound and average raw material cost per pound) during periods in which the underlying commodity indices are relatively stable, there are various factors that can have a significant impact on our average material margin per pound, including those listed below. Moreover, even a relatively minor increase or decrease in average material margin per pound can have a significant impact on our overall profitability given the magnitude of our sales volumes.

- We may purchase raw material feedstocks in a given month based on market indices for that month, and then sell the related finished products in a later month based on market indices for the later month. Changes in selling prices of finished products, based on changes in the underlying market indices between the month the raw material feedstocks are purchased and the month the related finished products are sold causes variation in our average material margin per pound. For example, we may purchase the components of a crude C4 stream based on formulas that reflect the respective January commodity indices but then sell the finished products at pricing formulas based on the respective February commodity indices. If the indices for January and February are the same, we would expect to realize substantially the same unit margins regardless of the absolute value of the indices. However, for any components of the stream for which the respective index increases between January and February, we would expect to realize a temporary margin expansion until pricing stabilizes; and conversely, if the index decreases, we would expect to realize a temporary margin contraction. The magnitude of the effect on the average material margin per pound and the material margin percentage in a given month depends on the magnitude of the change in the underlying indices compared to the prior month and the quantity of inventory at the end of the prior month as a result of its impact on the moving average cost of finished products sold in the subsequent month.

- Although most of our supply and sales contracts contain index-based formulas, varying proportions of our raw material purchases and finished product sales are done on a spot basis or otherwise negotiated terms. In addition, while many of the index-based formulas in our contracts are simply based on a percentage of the relevant index, others apply adjustment factors to the market indices that do not fluctuate with changes in the underlying index. As supply and sales contracts are renegotiated, the amounts of such adjustment factors can change, thus the average material margin per pound would be impacted.

- Under some of our raw material purchase contracts, the costs of the raw materials are based on a percentage of the relevant market index, and under some of our sales contracts, the selling price of the related finished product is based on a higher percentage of the same market index. As a result, the average material margin per pound tends to be higher during periods in which the market indices are higher and tends to be lower during periods when the market indices are lower.

- Finished product selling price formulas under some of our sales contracts, primarily in the Performance Products segment, are based on commodity indices not for the period in which the sale occurs but for either a prior or subsequent period. The effect on average material margin per pound of the selling price formulas can be significant during times of rapidly increasing or decreasing market indices.

### Butadiene Price Impact

As discussed above, a substantial portion of our finished product selling prices and raw material costs are linked to the same commodity indices and this linkage mitigates, to varying degrees, our exposure to volatility in our profit margins. As also discussed above, as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, which are more commensurate with the valuable and consistent service we provide to the industry. However, the stabilizing effect of these factors on our profit margins is lessened when we do not purchase the feedstock and sell the finished product in the same period. Regarding butadiene, which has historically been the largest individual product line in our C4 Processing segment, the linkage between our raw material cost and finished product selling price is the published contract price for butadiene. As a result of purchasing crude C4 in one month and selling finished butadiene in the subsequent month, the GPC per pound we report in the subsequent month will expand when the price of butadiene increases and will contract when the price of butadiene declines due to the impact of beginning inventory (quantity and unit cost) on the moving average cost of finished butadiene sold in the subsequent month.

As shown in the presentation of EBITDA and Adjusted EBITDA on page 8 of this Annual Report, we adjust EBITDA to remove the estimated temporary impact on our reported GPC of the month-to-month changes in the contract price of butadiene. The rationale for the adjustment is that the temporary impacts of butadiene price changes distort the underlying business performance.

CONFIDENTIAL

The table below shows, for each period presented, the impact on our reported GPC (in millions) of purchasing crude C4 in one period and selling finished butadiene in a later period at higher or lower butadiene contract prices.   The impact on reported GPC for each period is the sum of the monthly impacts, which are dependent on the magnitude of the contract price change each month and the quantity of butadiene inventory at the beginning of each month.

| | Year Ended December 31, | | |
| | 2020 | 2019 | 2018 |
|---|---|---|---|
| Positive (negative) impact on GPC | $    (5) | $    (8) | $    4 |

### *Average material margin per pound*

The table below provides the average material margin per pound (defined above) for each period presented.

| | Year Ended December 31, | | |
| | 2020 | 2019 | 2018 |
|---|---|---|---|
| Average revenue per pound ($) | $    0.30 | $    0.40 | $    0.50 |
| Average raw material cost per pound ($) | 0.16 | 0.24 | 0.34 |
| Average material margin per pound ($) | 0.14 | 0.16 | 0.16 |

As discussed above, our material margin per pound and reported GPC reflect the temporary impact of month-to-month changes in the contract price of butadiene.   As provided in the table above, and in the discussion of cost of sales for 2020 versus 2019 on pages 19-20 and for 2019 versus 2018 on page 22, the impact of butadiene price changes on GPC was a negative $5 million in 2020, a negative $8 million in 2019, and a positive $4 million in 2018.   Excluding the temporary impact of butadiene price changes on all three years, average material margin per pound would be $0.15 for 2020 and $0.16 for 2019 and 2018.

The following table summarizes the primary indices which impact our revenues and raw material costs by segment.

| Segment / Finished Product | Revenues | Raw Material Costs |
|---|---|---|
| **C4 Processing Segment** | | |
| Butadiene | Butadiene | Butadiene |
| Butene – 1 | Unleaded regular gasoline | Unleaded regular gasoline |
| Raffinates | Unleaded regular gasoline | Unleaded regular gasoline |
| **Performance Products Segment** | | |
| Polyisobutylene | Isobutane | Butane |
| Diisobutylene | Isobutane | Butane |
| MTBE | MTBE | Isobutane, methanol |

CONFIDENTIAL

The following table summarizes the average commodity index prices for each period presented.

| | Year Ended December 31, | | | Year Ended December 31, | | |
|---|---|---|---|---|---|---|
| Average commodity prices: | **2020** | **2019** | **% Chg.** | **2019** | **2018** | **% Chg.** |
| Butadiene (cents/lb) (1) | 30.6 | 44.0 | -30% | 44.0 | 62.2 | -29% |
| Unleaded regular gasoline (cents/gal) (2) | 114.7 | 171.6 | -33% | 171.6 | 189.8 | -10% |
| Butane (cents/gal) (3) | 58.6 | 65.2 | -10% | 65.2 | 101.9 | -36% |
| Isobutane (cents/gal) (3) | 58.5 | 73.9 | -21% | 73.9 | 109.9 | -33% |
| MTBE (cents/gal) (2) | 127.7 | 197.5 | -35% | 197.5 | 223.8 | -12% |
| Methanol (cents/gal) (4) | 101.3 | 116.3 | -13% | 116.3 | 147.8 | -21% |

(1) Industry pricing was obtained through IHS.

(2) Industry pricing was obtained through Platts.

(3) Industry pricing was obtained through Oil Price Information Service.

(4) Industry pricing was obtained through J. Jordan.

The following table provides sales volumes, revenue, cost of sales, GPC and operating expenses by operating segment (amounts in thousands) for the years ended December 31, 2020, 2019 and 2018.  Please refer to this information, as well as our consolidated financial statements and accompanying notes included elsewhere in this Annual Report, when reading our discussion and analysis of results of operations below.  All information provided in the table below, except sales volumes, is derived from our Consolidated Statements of Operations.   Sales volumes for all periods presented constitute unaudited information.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2020** | | **2019** | | **2018** | |
| **Sales volumes (pounds) (1):** | | | | | | |
| C4 Processing | | 1,474,078 | | 2,326,067 | | 1,988,264 |
| Performance Products | | 1,055,889 | | 1,379,245 | | 1,254,734 |
| | | 2,529,967 | | 3,705,312 | | 3,242,998 |
| **Revenue:** | | | | | | |
| C4 Processing | $ | 407,181 | $ | 922,204 | $ | 1,043,164 |
| Performance Products | | 344,209 | | 542,722 | | 583,671 |
| | $ | 751,390 | $ | 1,464,926 | $ | 1,626,835 |
| **Cost of sales (2):** | | | | | | |
| C4 Processing | $ | 300,342 | $ | 700,421 | $ | 853,517 |
| Performance Products | | 218,721 | | 331,412 | | 399,537 |
| | $ | 519,063 | $ | 1,031,833 | $ | 1,253,054 |
| **GPC** | | | | | | |
| C4 Processing | $ | 106,839 | $ | 221,783 | $ | 189,647 |
| Performance Products | | 125,488 | | 211,310 | | 184,134 |
| | $ | 232,327 | $ | 433,093 | $ | 373,781 |
| **Operating expenses (2):** | | | | | | |
| C4 Processing | $ | 109,916 | $ | 112,870 | $ | 117,592 |
| Performance Products | | 71,143 | | 67,066 | | 65,736 |
| | $ | 181,059 | $ | 179,936 | $ | 183,328 |

(5) Sales volumes represent product sales volumes only and do not include volumes of products delivered under tolling or similar arrangements, in which we do not purchase the raw materials, but process raw materials for another party for a specified fee.

(6) Cost of sales does not include operating expenses, and cost of sales and operating expenses do not include depreciation and amortization expenses.

CONFIDENTIAL

*Year ended December 31, 2020 versus year ended December 31, 2019*

*Revenue*

Total revenue for 2020 was $751.4 million compared to $1,464.9 million for 2019.  The decrease of $713.5 million, or 49%, reflected a 32% decrease in overall sales volume and a 25% decrease in average revenue per pound.  The lower overall sales volume reflected decreases for both the C4 Processing segment and the Performance Products segment.  The lower overall average revenue per pound reflected lower average selling prices for both operating segments.  Variances in average selling prices for both operating segments reflected variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of selling prices are linked on page 17).

C4 Processing segment revenue of $407.2 million for 2020 was down $515.0 million, or 56%, compared to 2019 revenue of $922.2 million.  The lower revenue for 2020 reflected a 37% decrease in sales volume, which had a negative impact of $354 million, and a 30% decrease in average revenue per pound, which had a negative impact of $161 million.  The decrease in sales volume for 2020 primarily reflected a combination of the loss of our crude C4 processing capacity resulting from the shutdown of our Port Neches facility and customer demand impact from COVID, which would have been mitigated with connectivity to butadiene and raffinate customers from our PNO location.  Sales volume for 2019 was driven by strong demand for all products, and raffinate demand for alkylation by our refinery customers was especially strong over the last three quarters of the year.  The 30% decrease in average revenue per pound for the segment reflected a 30% decrease in the average benchmark price for butadiene and a 33% decrease in average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 17).

Performance Products segment revenue for 2020 was $344.2 million compared to $542.7 million for the prior year.  The $198.5 million, or 37%, decrease in revenue reflected a 23% decrease in sales volume, which had a negative impact of $109 million, and a 17% decrease in average revenue per pound, which had a negative impact of $90 million.  The decrease in average revenue per pound reflected decreases in the prices of isobutane and MTBE of 21% and 35%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 17).  The lower sales volume was driven primarily by weaker PIB demand due in large part to the global slowdown in new car sales.  MTBE sales volume was down 28% which reflected lower production volumes as we elected to move feedstock used for MTBE production into our raffinate business because of significant margin erosion on MTBE and the effects of the 2020 first quarter turnaround.

*Cost of Sales*

Total cost of sales for 2020 was $519.1 million compared to $1,031.8 million for 2019.  The significantly lower cost of sales in the current year period reflected the overall decrease in sales volume discussed above and the substantial decline in the average cost of raw materials included in the average cost of the finished products sold by both operating segments.  Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 17).

C4 Processing segment cost of sales for 2020 was $300.3 million versus $700.4 million for the prior year.  The decrease reflected the impact of the 37% decrease in sales volume discussed above and a 44% decrease in the average cost of the raw material component of the finished products sold.  The lower average cost of raw materials reflected decreases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 30% and 33%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 17).  As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility.  As a result of such month-to-month movements in the contract price of butadiene, our profit margins in 2020 reflected a negative butadiene pricing impact of $5 million and our profit margins in 2019 reflected a negative butadiene pricing impact of $8 million, which resulted in a favorable year-over-year impact on profit margins of $3 million.

Performance Products segment cost of sales was $218.7 million for 2020 compared to $331.4 million for 2019.  The $112.7 million, or 34%, decrease reflected a 23% decrease in the sales volume discussed above and a 19% decrease in the average cost of the raw material component of the finished products sold.  The lower average cost of raw materials reflected decreases in the average price of butane, isobutane and methanol of 10%, 21% and 13%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 17).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind

CONFIDENTIAL

the variations in overall average revenue per pound and average raw material cost per pound for 2020 compared to 2019.

*Operating Expenses*

Operating expenses incurred during 2020 were $181.1 million compared to $179.9 million incurred during 2019. The $1.2 million increase included $19 million higher insurance costs primarily due to the PNO incident, $2.3 million higher sales and use taxes, $1.2 million higher property taxes, as well as $0.8 million higher employee benefits. This was partially offset by lower fixed supply chain expenses of $3.9 million, lower 401-K and incentive compensation costs of $7.6 million, $10.1 million lower manufacturing overhead costs and $0.5 million lower selling costs. Lower manufacturing costs of $10.1 million included $13.7 million lower PNO facility costs and $1.4 million lower support group costs, partially offset by higher maintenance expenses which included inspections and repairs. The lower fixed supply chain expenses largely reflected lower pipeline repair and inspection expenses.

*General and Administrative Expenses*

General and administrative expenses for 2020 were $28.0 million versus $28.7 million for the prior year. The $0.7 million decrease consisted primarily of lower personnel-related expenses.

*Depreciation and Amortization*

Depreciation and amortization expenses were $74.2 million in 2020 compared to $81.0 million in 2019. The $6.8 million decrease reflected lower depreciation of $3.8 million and lower turnaround amortization of $4.5 million partly offset by higher catalyst amortization of $1.5 million. The $3.8 million decrease in depreciation expense primarily represents a $4.7 million decrease in certain technology assets that were fully depreciated in early 2020 offset by $0.9 million increase in deprecation for assets put into service in 2020. In general, depreciation expense varies due to the net impact of capital additions less retirements and write-offs. The $4.5 million net decrease in turnaround amortization reflects the lower dehydro turnaround amortization as a result of the lower total turnaround cost of the unit's third scheduled turnaround during the first quarter of 2020. In addition, the write-off of deferred turnaround costs related to the Port Neches incident in the fourth quarter of 2019, lowered the turnaround amortization in future periods.

*Loss on Port Neches Incident, net*

For the current year, the $50.1 million loss related to the Port Neches incident (discussed on pages 12-14) reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

For the prior year, the comparative loss related to the Port Neches incident (discussed on pages 12-14) was $91.9 million. This loss reflected the amount of asset write-offs and costs incurred as a direct result of the Port Neches incident, net of insurance reimbursement received and for which future receipt was considered to be probable. The net loss consisted of $19.0 million for the write-off of deferred turnaround costs related to the Port Neches site, insurance deductibles of $11.1 million, and estimated third-party liability claims expected to be in excess of insurance policy coverage of $61.8 million.

*Business Interruption Insurance Recovery*

The $12.1 million of business interruption insurance recovery represents the amount received on our PNO incident business interruption claim.

*COVID-19 Expenses*

The expense of $1.9 million represents the incremental expenses directly related to our response to the COVID-19 pandemic.

*Interest Expense*

Interest expense for 2020 was $112.9 million compared to $101.7 million for 2019. The $11.2 million increase primarily reflected the impact of the refinancing of our debt on August 2, 2019 and consisted of a net increase in interest expense on the 10.5% Notes compared to the 8.75% Notes of $7.4 million, an increase in interest expense on the New Term Loan of $3.7 million and higher net

other interest expense of $0.4 million which included interest on the financing of insurance premiums. This was partially offset by lower interest on the ABL facility of $0.3 million.

The $7.4 million higher interest on the Notes reflected $13.5 million higher interest, partially offset by $6.1 million lower deferred financing and discount costs versus prior year. The $3.7 million higher interest on the Old Term Loan included $1.8 million higher interest and $1.9 million higher deferred financing cost amortization in conjunction with the refinancing of this loan on February 3, 2020.

*Other, Net*

Other than refinancing optimization expenses in 2019 of $0.5 million, both the current and prior year amounts included various miscellaneous income and expense items, none of which were individually significant.

*Income Tax Benefit*

The effective income tax benefit rates for 2020 and 2019 were 7.7% and 19.8%, respectively. The effective rates for both periods reflected the federal statutory rate of 21% and state income taxes, net of federal benefit, adjusted for the impact of permanent book/tax differences, the credit for increasing research activities and adjustments for prior year permanent book/tax differences that were identified upon completion of the tax return for each year. The lower effective benefit rate for 2020 reflected the establishment of a $27.7 million valuation allowance.

Prior to recording the valuation allowance, we had a net deferred tax asset at December 31, 2020 of $27.7 million, which reflected deferred tax assets of $153.7 million and deferred tax liabilities of $126.0 million. Based on assessment of both positive and negative evidence, we have concluded that it is more likely than not that the Company will not be able to realize the benefit of the deferred tax assets recorded at December 31, 2020. In the event that the actual outcome of future tax consequences differs from management estimates and assumptions, the resulting change to the provision for income taxes could have a material impact on the consolidated results of operations and statements of financial position. Please refer to Note O *Income Taxes.*

Our net operating loss for 2020 was $9.0 million, which reflects our pretax book loss of $203.9 million which was substantially offset by taxable temporary differences of $135.1 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $69.5 million. The book pretax loss reflects the significant loss of production and distribution capability resulting from the Port Neches incident as well as the negative impact of COVID-19 on demand for our products and the overall economy.

### Year ended December 31, 2019 versus year ended December 31, 2018

*Revenue*

Total revenue for 2019 was $1,464.9 million compared to $1,626.8 million for 2018. The decrease of $161.9 million, or 10%, reflected a 21% decrease in overall average revenue per pound, partially offset by a 14% increase in overall sales volume. The lower overall average revenue per pound reflected lower average selling prices for both operating segments. The higher overall sales volume reflected increases for both the C4 Processing segment and the Performance Products segment. Variances in average selling prices for both operating segments reflected variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of selling prices are linked on page 17).

C4 Processing segment revenue of $922.2 million for 2019 was down $121.0 million, or 12%, compared to 2018 revenue of $1,043.2 million. The lower revenue for 2019 reflected a 24% decrease in average revenue per pound, which had a negative impact of $245 million, partially offset by a 17% increase in sales volume, which had a positive impact of $124 million. The 24% decrease in average revenue per pound for the segment reflected a 29% decrease in the average benchmark price for butadiene and a 10% decrease in average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 17). Sales volume for 2019 was driven by strong demand for all products, and raffinate demand for alkylation by our refinery customers was especially strong over the last three quarters of the year. Although the Port Neches incident, which occurred in late November (discussed on pages 12-14) was a significant event, it did not have a material impact on the segment's 2019 reported operating results. Regarding 2018, production and sales volumes were negatively impacted by crude C4 supply constraints due to supplier outages, as well as freezing temperatures and ship channel fog issues in the first quarter, some carryover of the first quarter issues and operational issues in our crude C4 processing system in the second quarter and the dock incident (discussed on page 12) in the third quarter.

Performance Products segment revenue for 2019 was $542.7 million compared to $583.7 million for the prior year. The $41.0 million, or 7%, decrease in revenue reflected a 15% decrease in average revenue per pound, which had a negative impact of $71 million, partially offset by a 10% increase in sales volume, which had a positive impact of $30 million. The decrease in average revenue per pound reflected decreases in the prices of isobutane and MTBE of 33% and 12%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 17). The increase in sales volume reflected a full year of operation of the dehydro unit in 2019 whereas production for 2018 was curtailed by a seventy-day turnaround and revamp of the unit in the first quarter and the dock incident (discussed on page 12) in second quarter 2018. The increase in production and sales volume of the dehydro unit was somewhat offset by weaker PIB demand due in large part to the global slowdown in new car sales.

*Cost of Sales*

Total cost of sales for 2019 was $1,031.8 million compared to $1,253.1 million for 2018. The overall decrease of $221.3 million was driven primarily by a substantial decline in the average cost of raw materials included in the average cost of the finished products sold by both operating segments, partially offset by higher overall sales volume as discussed above. Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 17).

C4 Processing segment cost of sales for 2019 was $700.4 million versus $853.5 million for the prior year. The decrease of $153.1 million, or 18%, for the segment reflected the impact of a 32% decrease in the average cost of the raw material component of the finished products sold, partially offset by the 17% increase in sales volume discussed above. The lower average cost of raw materials reflected decreases in the average benchmark price of butadiene and the average price of unleaded regular gasoline of 29% and 10%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 17). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in 2019 reflected a negative butadiene pricing impact of $8 million and our profit margins in 2018 reflected a positive butadiene pricing impact of $4 million, which resulted in an unfavorable year-over-year impact on profit margins of $12 million for 2019 compared to 2018.

Performance Products segment cost of sales was $331.4 million for 2019 compared to $399.5 million for 2018. The $68.1 million, or 17%, decrease was driven by a 28% decrease in the average cost of the raw material component of the finished products we sold, partially offset by the 10% increase in sales volume discussed above. The lower average cost of raw materials reflected decreases in the average prices of butane, isobutane and methanol of 36%, 33% and 21%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 17).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in overall average revenue per pound and average raw material cost per pound for 2019 compared to 2018.

*Operating Expenses*

Operating expenses incurred during 2019 were $179.9 million compared to $183.3 million incurred during 2018. The $3.4 million decrease reflected lower maintenance expenses of $9.4 million and lower rental expenses of $2.7 million, partially offset by higher fixed supply chain expenses of $6.8 million, higher personnel expenses of $1.2 million and higher technology expenses of $0.6 million. The lower maintenance expenses in large part reflected the absence of incremental maintenance expenses incurred in the first half of 2018 related to the freeze damage incurred at both of our plant sites, the unplanned dehydro outage in the first quarter of 2018 and the operational issues in our crude C4 Processing system in the second quarter of 2018. The lower rental expenses reflected the incremental cost of temporary rental boilers at our Port Neches facility in the prior year to mitigate the impact of the site's primary steam supplier's outage. The higher fixed supply chain expenses reflected an increase in third party storage facility expense and higher pipeline repair and inspection expenses.

*General and Administrative Expenses*

General and administrative expenses for 2019 were $28.7 million versus $26.3 million for the prior year. The $2.4 million increase consisted primarily of higher personnel-related expenses.

CONFIDENTIAL

*Depreciation and Amortization*

Depreciation and amortization expense was $81.0 million compared to $141.7 million in 2018. The $60.7 million decrease reflected lower depreciation of $61.9 million, lower turnaround amortization of $0.5 million and higher catalyst amortization of $1.7 million. The decrease in depreciation expense reflected a substantial number of plant and equipment assets that were revalued with remaining estimated useful lives of six years in conjunction with the Merger in December 2012 and which were fully depreciated as of the end of 2018.

*Loss on Port Neches Incident, net*

The $91.9 million loss related to the Port Neches incident (discussed on pages 12-14) reflected the amount of asset write-offs and costs incurred as a direct result of the Port Neches incident, net of insurance reimbursement received and for which future receipt was considered to be probable. The net loss consists of $19.0 million for the write-off of deferred turnaround costs related to the Port Neches site, insurance deductibles of $11.1 million, and estimated third-party liability claims expected to be in excess of insurance policy coverage of $61.8 million.

*Business Interruption Insurance Recovery*

The $0.6 million of business interruption insurance recovery represents the full amount received on our Hurricane Harvey business interruption claim.

*Repair and Other Expenses Related to Dock Incident*

The expense of $1.5 million for 2018 included the insurance deductible of $0.25 million and the uninsured incremental logistics and legal expenses directly related to the dock incident in the second quarter.

*Interest Expense*

Interest expense for 2019 was $101.7 million compared to $89.3 million for 2018. The $12.4 million increase reflected the impact of the refinancing of our debt on August 2, 2019 and consisted of a net increase in interest on the 10.5% Notes compared to the 8.75% Notes of $13.5 million, write-off of the discount on the 8.75% Notes of $1.6 million and the write-off of deferred financing costs related to the 8.75% Notes and the New Term Loan of $4.8 million, partially offset by the impact of repayment of the Old Term Loan in conjunction with the refinancing of $6.3 million, lower interest on the ABL facility due to lower average borrowings of $0.9 million and higher interest income of $0.4 million.

*Other, Net*

Other than refinancing optimization expenses in 2019 of $0.5 million, both the current and prior year amounts included various miscellaneous income and expense items, none of which were individually significant.

*Income Tax Benefit*

The effective income tax benefit rates for 2019 and 2018 were 19.8% and 20.5%, respectively. The effective rates for both periods reflected the federal statutory rate of 21% and state income taxes, net of federal benefit, adjusted for the impact of permanent book/tax differences, the credit for increasing research activities and adjustments for prior year permanent book/tax differences that were identified upon completion of the tax return for each year. The lower effective benefit rate for 2019 reflected the impact of a higher state tax, net of federal benefit, on a substantially lower pretax loss.

The 2019 book pretax loss of $51.7 million included a net loss related to the Port Neches incident (discussed on pages 12-14) of $91.9 million, which consisted of losses and costs incurred of $287.4 million, offset by $10.0 million of liability insurance proceeds received in 2019 and probable insurance proceeds receivable of $185.5 million recorded at December 31, 2019. Our 2019 tax net operating loss was $93.1 million, which included tax deductions of $241.5 million for incurred ordinary and necessary expenses related to the Port Neches incident, offset by $10.0 million of insurance proceeds we received in 2019.

We had a net deferred tax liability at December 31, 2019 of $13.3 million, which reflected deferred tax liabilities of $148.8 million and deferred tax assets of $135.5 million. Based on assessment of both positive and negative evidence, we have concluded that it is more likely than not that the Company will realize the benefit of the deferred tax assets recorded at December 31, 2019. The Company's long-range plan, which was completed prior to the Port Neches incident, projected use of all net operating losses generated through 2018

CONFIDENTIAL

within the next five years as well as utilization of a significant portion of the disallowed interest deduction carryforward. The loss of income reflected in the long-range plan due to the shutdown of the Port Neches facility will be replaced by business interruption insurance recoveries, which went into effect on January 12, 2020 after a forty-five-day deductible period.

### *Liquidity and Capital Resources*

#### *Net Debt and Liquidity*

As of December 31, 2020, our financing arrangements consisted principally of the 10.5% Notes, the ABL Facility and the New Term Loan. In addition, we financed our 2020 insurance renewal premiums through Aon Premium Finance LLC, an affiliate of our Broker, Aon PLC.

At December 31, 2020, we had total long-term debt of $985.3 million (excluding deferred financing costs of $14.7 million), Long-term debt consisted of $930.0 million of 10.5% Notes and $70.0 million of the New Term Loan; we had no borrowings on the ABL Facility. Despite the fact that the New Term Loan's extended maturity date was in August of 2021, we classified the New Term Loan as long-term because we were able to refinance the loan, as discussed below, prior to the issuance of this Annual Report. Cash on hand was $18.5 million and we had no short-term money market investments (with maturities of less than three months) or short-term investments (with original maturities between 90 days and one year).

The ABL borrowing base was sufficient to support borrowings of $75.6 million and combined with cash on hand of $18.5 million, provided total liquidity of $94.1 million at December 31, 2020. Based on our current estimates of operating income and the uncertainty surrounding the timing of insurance proceeds, the Company refinanced the New Term Loan on February 2, 2021 to add incremental liquidity. As discussed in more detail below, on February 2, 2021 TPCGI issued and sold $153 million of 10.875% Senior Secured Notes. We are currently considering additional opportunities to improve liquidity.

#### *New Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provided for a delayed draw term loan of up to $70.0 million and a term of one-year. Availability under the Term Loan was limited to a maximum of four draws with a minimum of $5.0 million per draw. Subject to certain exceptions, the Company's obligations with respect of the Term Loan were secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the 10.5% Indenture . On March 18, 2020, we drew on the facility and received $70.0 million less a 1% original issue discount fee. In May 2020 the lenders agreed to grant the Company the option to extend the maturity date to August 5, 2021. The Term Loan is classified as long-term debt as of December 31, 2020. This treatment is appropriate where short-term debt is replaced with long-term debt after the report date but prior to the issuance of the annual report. This loan was repaid on February 2, 2021 with some of the proceeds received from issuance and sale of the 10.875% Notes.

#### *ABL Facility*

The ABL Facility is available on a revolving basis to finance our working capital needs and for general corporate purposes. The ABL Facility was composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" revolving tranche (the ABL FILO) when amended and restated on August 2, 2019. Commitments under the ABL FILO reduce, and commitments under the ABL Revolver equally and simultaneously increase, by $2.5 million on each of the first three anniversaries of the August 2, 2019 amendment and restatement.

The credit agreement governing the ABL Facility contains covenants that impose restrictions on, among other things, additional indebtedness, liens, investments, advances, guarantees and mergers and acquisitions. These covenants also place restrictions on asset sales, sale and leaseback transactions, dividends, payments between us and our subsidiaries and certain transactions with affiliates

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

CONFIDENTIAL

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes were issued on August 2, 2019 in conjunction with the refinancing of our debt. The net proceeds from the issuance of the 10.5% Notes were $918.3 million after underwriters and other fees and expenses of $11.7 million. The net proceeds from the issuance of the 10.5% Notes were used to redeem and pay accrued interest due on the 8.75% Notes of $816.2 million, to repay the outstanding loan balance and pay accrued interest due on the Old Term Loan of $50.3 million and to repay the outstanding loan balance and pay accrued interest due on the ABL of $35.9 million.

The 10.5% Notes are due August 1, 2024 and interest is paid semi-annually in arrears on February 1 and August 1.

The 10.5% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

On February 2,2021 the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein.

*10.875% Notes*

On February 2, 2021 TPCGI issued and sold $153 million aggregate principal amount of 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021. The 10.875 % Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL Facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

*Insurance Premium Financing*

As of December 31, 2020, we have financed $23.6 million of insurance premiums though Aon Premium Finance LLC. The first down payment and the first installment were paid in July 2020 and the remainder is payable in monthly installments following the applicable renewal date through April 2021.

*Sources and Uses of Cash*

Our principal sources of liquidity are our existing cash and cash equivalents, short-term investments, cash generated from operations and borrowings under our ABL. In addition to these sources, another source of liquidity over the near-term will be insurance proceeds received under our various insurance policies, including our property damage and business interruption policies. Business interruption coverage became effective on January 12, 2020 after the forty-five-day deductible period and from that date on will replace the earnings the Port Neches plant would have contributed except as a result of the explosion incident on November 27, 2019 that shut down the plant. The timing of receipt of the additional insurance proceeds under our policies is uncertain at this time. We may also, from time to time, generate cash from opportunistic sales of non-core assets. Our principal uses of cash are to provide working capital, meet debt service requirements, fund capital expenditures and finance our strategic plans, including possible acquisitions. We may also seek to finance our capital expenditures under capital leases or other debt arrangements that provide liquidity or favorable borrowing terms. Our business may not generate sufficient cash flows from operations and future borrowings under our ABL Facility may not be available to us in an amount sufficient to enable us to pay our indebtedness or to fund our other liquidity needs. Our ability to generate

**CONFIDENTIAL**

sufficient cash depends on, among other factors, prevailing economic conditions, many of which are beyond our control. In addition, upon the occurrence of certain events, such as a change in control, we could be required to repay or refinance our indebtedness. Any future acquisitions, joint ventures or other similar transactions may require additional capital and there can be no assurance that any such capital will be available to us on acceptable terms or at all. However, based on our current level of operations and available cash, including the liquidity generated by the issuance of the 10.875% Notes, we believe that our cash flow from operations, together with availability under the ABL and proceeds received under our insurance policies, will provide sufficient liquidity to fund our current obligations, projected working capital requirements, debt service requirements and capital spending requirements for the foreseeable future.

Our liquidity requirements will be significant primarily due to the annual debt service requirements on the 10.5% Notes, which are estimated to be $97.7 million, annual debt service requirements on the 10.875% Notes, which are approximately $11.6 million, our baseline capital expenditures, which fall within the range of $70 to $80 million, our turnaround and catalyst costs, which would typically be in the range of $20 to $30 million in years we do not perform a dehydro unit turnaround and $35 to $40 million in years we do perform a dehydro unit turnaround, and cash requirements related to the Port Neches incident in advance of insurance recoveries or in excess of insurance coverage limits.

As market conditions warrant and subject to the Company's contractual restrictions and liquidity position, we, our affiliates and/or our equity holders, including the Sponsors and their affiliates, may from time to time repurchase the Company's outstanding debt securities in privately negotiated or open market transactions, by tender offer or otherwise. If in the future we should decide to engage in such transactions, any such purchases may be funded by incurring new debt, including borrowings under our ABL. Any new debt may also be secured debt. We may also use available cash on our balance sheet or new equity capital. The amounts involved in any such transactions, individually or in the aggregate, may be material. Further, any such purchases may result in us acquiring and retiring a substantial amount of the 10.5% Notes, with the attendant reduction in the trading liquidity of any such Notes.

*Cash Flow Summary*

The following table summarizes changes in cash and cash equivalents for the periods indicated (in thousands):

|  | Year Ended December 31, | | | | | |
|  | 2020 | | 2019 | | 2018 | |
|---|---|---|---|---|---|---|
| Cash flows provided by (used in): | | | | | | |
| Operating activities | $ | (88,865) | $ | 117,354 | $ | 30,817 |
| Investing activities | | (55,889) | | (53,957) | | (63,717) |
| Financing activities | | 78,047 | | 20,767 | | 31,498 |
| Change in cash and cash equivalents | $ | (66,707) | $ | 84,164 | $ | (1,402) |

*Operating Activities*

For the year ended December 31, 2020, net cash used in operating activities was $88.9 million. The net loss of $188.2 million, deferred turnaround and catalyst costs of $28.0 million, deferred income tax benefit of $13.6 million and an increase in working capital of $6.6 million were partially offset by non-cash expenses of $147.5 million. Non-cash expenses consisted of depreciation and amortization of $74.1 million, amortization of debt issuance costs of $8.4 million and non-cash expenses related to the Port Neches incident of $65.0 million.

Trade accounts receivable were $73.4 million at December 31, 2020 compared to $83.9 million at December 31, 2019. The $10.5 million decrease primarily reflected lower revenue of $23.5 million in December 2020 compared to December 2019 and an increase in the days outstanding from 26 days at December 31, 2019 to 29 days at December 31, 2020. Trade accounts receivable were 99% current at both December 31, 2020 and 2019.

Our inventory at December 31, 2020 was $45.4 million compared to $52.1 million at December 31, 2019. The decrease of $6.7 million reflected a 11% decrease in overall average cost per pound, which accounted for $5.8 million of the decrease, and a 2% decrease in physical inventory volumes, which accounted for the remainder of the decrease. The decrease in average cost per pound was driven primarily by a 30% decrease in the benchmark price of butadiene comparing the prices for December 2020 to December 2019.

For the year ended December 31, 2019, net cash generated from operating activities was $117.4 million. The net loss of $41.5 million, deferred income tax benefit of $8.7 million and deferred plant turnaround and catalyst costs of $29.6 were more than offset by non-cash expenses of $164.8 million and a $32.4 million decrease in working capital. Non-cash expenses consisted of depreciation

and amortization of $81.0 million, amortization and write-off of debt issuance costs of $12.5 million and non-cash expenses related to the Port Neches incident of $71.3 million.

In 2018, net cash generated from operating activities was $30.8 million. The net loss of $53.2 million, deferred tax benefit of $13.9 million and deferred plant turnaround and catalyst costs of $53.0 million were more than offset by non-cash expenses of $147.7 million and a $3.1 million decrease in working capital. Non-cash expenses consisted primarily of depreciation and amortization of $141.7 million and debt issuance costs of $6.0 million.

*Investing Activities*

During 2020, 2019, and 2018 we invested $55.9 million, $54.0 million, and $63.7 million, respectively, in the form of capital expenditures, which consisted primarily of baseline spending. In addition to baseline capital investment, 2020 included replacing capacity due to the volumes lost as a result of the Port Neches incident, 2019 included infrastructure improvements in preparation for the increased crude C4 supply from the new ethylene crackers coming on line and 2018 included capital spending related to the dehydro revamp in the first quarter and expansion of capacity at our Port Neches facility as part of our crude C4 processing upgrade program.

*Financing Activities*

Cash of $78.0 million was generated in 2020 from net borrowings on the New Term Loan of $69.3 million and net borrowings to finance our insurance premiums of $13.0 million. These amounts were partially offset by debt issuance costs of $4.3 million.

Net cash generated from financing activities in 2019 was $20.8 million, which consisted of $35.0 million of net borrowings due to the refinancing on August 2, 2019 and the related debt issuance costs of $14.0 million.

Net cash generated from financing activities in 2018 was $31.5 million, which consisted of $32.0 million of net borrowings under the ABL and debt issuance costs of $0.5 million related to the amendment of the ABL in May 2018.

### Contractual Obligations

The following table presents our contractual cash obligations at December 31, 2020 (in thousands).

| | | Payments Due By Year | | | |
|---|---|---|---|---|---|
| | Total | 2021 | 2022-2023 | 2024-2025 | After 2025 |
| Notes (1) | $ 1,083,000 | $ - | $ - | $ 1,083,000 | $ - |
| Interest on Notes (1) | 408,324 | 112,764 | 228,578 | 66,982 | - |
| Operating leases (2) | 163,400 | 35,162 | 60,090 | 31,052 | 37,096 |
| | $ 1,654,724 | $ 147,926 | $ 288,668 | $ 1,181,034 | $ 37,096 |

(1) Our financing arrangements at March 24, 2021 comprised the $930 million 10.50% Senior Secured Notes due August 2024 and the $153 million 10.875% Senior Secured Notes due August 2024. Interest on the 10.5% Notes will be paid in arrears on February 1 and August 1 of each year through the August 1, 2024 maturity date. Interest on the 10.875% Notes will be paid in arrears on February 1, May 1, August 1 and Nov 1 of each year through the August 1, 2024 maturity date.

(2) Operating leases consist primarily of leases for barges and tugs, railcars, docks and terminals. Periods covered by operating lease commitments range from less than one year to a maximum of thirteen years.

The above table does not include our long-term crude C4 feedstock purchase contracts, as those commitments generally cannot be estimated on a forward-looking basis because: (1) the amount we are obligated to purchase under these contracts is a percentage of volume of crude C4 produced by a particular supplier, which varies depending on the production methods utilized and the aggregate volume produced by the supplier; and (2) the price for this variable volume is based on certain commodity price indices which vary over time. Our commitments under our long-term crude C4 feedstock purchase contracts are not subject to a specified maximum volume or cap, though as a practical matter the commitments are limited by the production capacity of the supplier. During 2020, we obtained 99.8% of our crude C4 feedstocks under these long-term feedstock purchase contracts (excluding spot purchases and contracts with terms of less than one year), for aggregate expenditures of $173.9 million.

CONFIDENTIAL

*Off-Balance-Sheet Arrangements*

We do not currently utilize any off-balance-sheet arrangements to enhance our liquidity and capital resource positions, or for any other purpose.

**Critical Accounting Policies and Estimates**

In preparing our financial statements in conformity with accounting principles generally accepted in the United States of America, we make certain estimates and assumptions about future events that could significantly affect the amounts of reported assets, liabilities, revenues and expenses, as well as the disclosure of contingent assets and liabilities in the financial statements and accompanying notes. Some of our accounting policies require the application of significant judgment by management to select the appropriate assumptions to determine these estimates. By their nature, these judgments are subject to an inherent degree of uncertainty; therefore, actual results may differ significantly from estimated results. We base our judgments on our historical experience, knowledge of the business and industry, advice from experts and consultants, business forecasts and other available information, as appropriate.

Our most critical accounting policies, which reflect significant management estimates and judgment to determine amounts reported in our consolidated financial statements, are as follows:

*Inventory Cost*

Our inventories consist of raw materials and finished products and are valued at the lower of average cost or market. Costs of finished products include raw materials, energy, labor and manufacturing overhead. We may enter into product exchange agreements with suppliers and customers for raw materials and/or finished goods in the normal course of business. Under these arrangements we deliver product volumes to the exchange partner to be delivered in-kind back to us or receive product volumes to be delivered in-kind by us to the exchange partner in the future, generally in the short term. Product exchanges typically benefit both parties from a logistical perspective and provide for additional flexibility regarding both receipt of raw materials from suppliers and delivery of finished goods to customers. Exchange balances due to or from exchange partners are recorded in inventory at the lower of average cost or market and do not impact the consolidated statements of operations and comprehensive income, as they are recognized at the carrying amount. Our inventory levels can vary significantly depending on availability of raw materials, especially crude C4, plant operations, customer demand and seasonality. In addition to potential fluctuations in the amounts of physical inventories we carry, we can be exposed to potential devaluations in net realizable value of our inventories, especially our fuel-related products, during periods of rapidly declining unleaded regular gasoline prices and demand for fuel-additive products. A significant amount of judgment is required to determine the appropriate normal range of plant production activity and plant operating expenses regarding plant overhead cost absorption and to determine the appropriate market valuation of inventories to assess recoverability of the carrying cost of our inventory. Use of different estimates and assumptions to determine the appropriate amounts of overhead absorption and market value for inventory valuation purposes, when such market is below cost, could have a significant impact on our financial condition and results of operations from period to period.

The average cost of our inventory at the end of any period reflects the carrying cost of raw materials and finished goods inventory on hand at the beginning of the period and the actual cost of raw material purchases and finished goods production during the period. The actual costs of most of our raw materials are based on contractual arrangements which, in various ways, link the purchase costs to a commodity price index. Downward movement in commodity price indices between the times raw materials are purchased and the related finished products are sold can result in reductions in realizable value of the inventory prior to the sale of our finished products. Such reductions in realizable value can occur despite the index-based pricing in our contracts, because the effect of using matching indices is lessened when we do not purchase the feedstock and sell the finished product in the same period. If it is determined at the balance sheet date that the carrying value of the inventory will not be recovered based on management's best estimates and assumptions regarding inventory turnover rates and future selling prices, the carrying value of the inventory is written down to net realizable value through lower-of-cost-or-market (net realizable value) adjustments.

*Property, Plant and Equipment*

Property, plant and equipment are stated at depreciated historical cost. Depreciation of property, plant and equipment is computed using the straight-line method over the estimated useful lives of the assets. Maintenance and repairs and minor renewals are charged to expense as incurred while major improvements, renewals and betterments are capitalized. Interest is capitalized on long-term construction projects using our internal cost of debt rate, or at the rate at which funds are borrowed specifically for a certain project. A significant amount of judgment is required in various circumstances to determine the appropriate recognition of costs as capital expenditures or expenses, estimated useful lives of property, plant and equipment, and when and by how much carrying amounts may be impaired. Use of different estimates and assumptions to determine capital versus expense treatment of costs, useful lives of assets

28

CONFIDENTIAL

and impairment of long-lived assets could have a significant impact on our financial condition and results of operations from period to period. The estimated useful lives of our main categories of fixed assets are as presented below.

|  | Estimated Useful Lives (in years) |
| --- | --- |
| Plant equipment | 5 - 35 |
| Pipelines | 15 - 40 |
| Buildings and land improvements | 15 - 45 |
| Technology assets | 5 - 6 |

*Intangible Assets*

Our intangible assets include patents and a technology license for the butadiene extraction process at our Port Neches facility. Patents are amortized using the straight-line method over useful lives. Our technology license has no legal, regulatory, contractual, competitive, economic or other factors that would limit its useful life. Consequently, we have determined its useful life to be indefinite.

*Plant Turnaround Costs*

We use the deferral method to account for costs of major scheduled plant turnarounds. Plant turnarounds are scheduled and require partial or complete shutdowns of chemical processing units for significant overhaul and refurbishment, for periods typically lasting from two to four weeks. Under the deferral method, we defer the cost of a turnaround project and amortize the cost over the period between the completion of the turnaround and the next scheduled turnaround, which typically occurs from three to five years after the most recently completed turnaround. If the next scheduled turnaround occurs sooner than originally anticipated, any remaining deferred cost from the previous turnaround is charged to expense at that time. If the next scheduled turnaround occurs later than originally anticipated, the amortization period for the previous turnaround cost is not extended. The deferral method of accounting for turnaround costs requires judgment as to the specific costs to be included in a major turnaround project and requires estimates and assumptions regarding the period of time over which the costs will be amortized. Use of different estimates and assumptions could have a significant impact on our financial condition and results of operations from period to period.

*Income Tax Assets and Liabilities*

We account for income taxes in accordance with ASC 740, *Income Taxes*. Determination of tax related assets and liabilities to be recorded and the appropriate recognition of tax positions taken on tax returns requires a significant amount of judgment. Regarding realization of our deferred tax assets and the need for a valuation allowance against deferred tax assets at each balance sheet date, we consider both positive and negative evidence of sufficient taxable income within the carry-back and/or carry-forward periods as provided under applicable tax law. Based on our significant net deferred tax asset position and future reversals of existing taxable temporary differences, as well as our historical operating results, we have concluded that a valuation allowance should be recorded for the entire amount of the deferred tax asset. Regarding assessment of taxable income exclusive of reversing temporary differences and carry-forwards, we consider both our recent historical operating results, as well as our expectations of future operating results; however, historical results are given more weight than our expectations of future profitability, which is inherently uncertain.

*Revenue Recognition*

We recognize revenue in accordance with ASC 606, *Revenue from Contracts with Customers*. We adopted ASC 606 as of January 1, 2019 and applied the modified retrospective transition method to all contracts not completed as of the adoption date. The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. The impact of the new standard on our consolidated financial statements was immaterial.

*Derivatives and Hedging*

We account for derivative instruments in accordance with ASC 815, *Derivatives and Hedging*. Such instruments are measured at fair value and recognized as assets or liabilities in the consolidated balance sheets. Accounting for changes in the fair value of a derivative depends on the intended use of the derivative and the resulting designation established at the inception of the derivative. For derivatives that are designated as fair value hedges, changes in fair value are recognized currently though earnings with an offsetting,

CONFIDENTIAL

partial mark-to-fair-value of the hedged item. For derivatives designated as cash flow hedges and meeting the effectiveness guidelines of ASC 815, changes in fair value, to the extent effective, are recognized as other comprehensive income or loss until the hedged item is recognized in earnings. Hedge effectiveness is measured at least quarterly based on the relative changes in fair value between the derivative contract and the hedged item over time, or in the case of options, based on the change in intrinsic value. Any change in fair value of a derivative resulting from ineffectiveness or an excluded component of the gain or loss, such as time value for option contracts, is recognized immediately in earnings. For any derivative instrument not designated as a hedge at inception, changes in fair value of the instrument are recognized in earnings in the period in which the change occurs.

### Contingent Liabilities

We record reserves for contingent liabilities when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment may be subject to the uncertainty of dispute resolution or litigation. Contractual arrangements with our customers and suppliers are typically complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier. Regarding any such disputes, we record reserves for contingent liabilities when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable.

### Stock-Based Compensation

We account for stock-based compensation in accordance with ASC 718, *Compensation-Stock Compensation*. Expense related to stock-based compensation awards is recognized in our financial statements based on the grant date fair values of the respective awards. The amount of grant date fair value recognized as expense in our financial statements is based on an estimate of the number of awards that are ultimately expected to vest, and the related expense is recognized ratably over the vesting period. Forfeitures are estimated at the time of grant and revised, if necessary, in subsequent periods if actual forfeitures differ from the estimates.

### Benefit Plans

We sponsor a noncontributory defined benefit pension plan for approximately 130 union-represented employees at our Port Neches facility. The actuarial determination of the projected benefit obligation and related benefit expense requires certain assumptions, including discount rate, expected return on plan assets, rate of future compensation increases and mortality rates. These assumptions require considerable judgment and can have a significant impact on the amount of the obligation and periodic expense recognized.

## Recent Accounting Developments

### Accounting Standards Adopted in 2020

*Fair Value Measurement* – As required, we adopted ASU 2018-13, *Disclosure Framework - Changes to the Disclosure Requirements for Fair Value Measurement*, which amended ASC 820, *Fair Value Measurement*, as of January 1, 2020. The Company will, when applicable, disclose at Fair Value any derivative assets and liabilities or investments in entities. However, based on our assessment, the standard has currently had little or no impact on our consolidated financial position, results of operations or cash flows.

### Accounting Guidance Issued but Not Yet Adopted as of December 31, 2020

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic. This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment. The Company anticipates recognition of additional assets and corresponding liabilities related to leases upon adoption, effective January 1, 2022.

CONFIDENTIAL

*Defined Benefit Plans* – ASU 2018-14, *Compensation—Retirement Benefits*, amends disclosure requirements for employers that sponsor defined benefit pension or other postretirement plans. For public business entities, the amendments are effective for fiscal years ending after December 15, 2020. For all other entities the amendments are effective for fiscal years ending after December 15, 2021. Early adoption is permitted. The Company anticipates some changes to the disclosures.

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021. Adoption methods vary based on the specific items impacted. Management does not expect that changes required by the new standard will materially impact the Company's financial statements and related disclosures.

CONFIDENTIAL

**CONSOLIDATED FINANCIAL STATEMENTS**

**Index to Consolidated Financial Statements**

| | Page |
|---|---|
| Report of Independent Certified Public Accountants | 33 |
| Consolidated Balance Sheets | 35 |
| Consolidated Statements of Operations and Comprehensive Loss | 36 |
| Consolidated Statement of Stockholder's Deficit | 37 |
| Consolidated Statements of Cash Flows | 38 |
| Notes to Consolidated Financial Statements | 39 |

CONFIDENTIAL



Grant Thornton LLP
700 Milam Street, Suite 300
Houston, TX 77002

T 832.476.4600
F 713.655.8741

**REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS**

Board of Managers of Sawgrass Holdings GP LLC
Board of Directors and Stockholder of TPC Group Inc. and Subsidiaries

We have audited the accompanying consolidated financial statements of TPC Group Inc. (a Delaware corporation) and subsidiaries, which comprise the consolidated balance sheets as of December 31, 2020 and 2019, and the related consolidated statements of operations and comprehensive loss, changes in stockholder's deficit, and cash flows for each of the three years in the period ended December 31, 2020, and the related notes to the financial statements.

**Management's responsibility for the financial statements**
Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.
Auditor's responsibility

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

CONFIDENTIAL



We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of TPC Group Inc. and subsidiaries as of December 31, 2020 and 2019, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2020 in accordance with accounting principles generally accepted in the United States of America.

*Grant Thornton LLP*

Houston, Texas
March 24, 2021

Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd (GTIL). GTIL and each of its member firms are separate legal entities and are not a worldwide partnership.

CONFIDENTIAL

## CONSOLIDATED BALANCE SHEETS

*(In thousands, except share and per share amounts)*

| | December 31, | |
| | 2020 | 2019 |
|---|---|---|

**ASSETS**

| | | |
|---|---|---|
| Current assets: | | |
| Cash and cash equivalents | $ 18,452 | $ 85,159 |
| Trade accounts receivable | 73,447 | 83,882 |
| Insurance receivable - Port Neches incident | 23,289 | 185,477 |
| Inventories | 45,435 | 52,058 |
| Other current assets | 41,123 | 21,690 |
| Total current assets | 201,746 | 428,266 |
| Property, plant and equipment, net | 703,273 | 684,844 |
| Intangible assets, net | 3,880 | 6,768 |
| Other assets, net | 55,850 | 53,624 |
| Total assets | $ 964,749 | $ 1,173,502 |

**LIABILITIES AND STOCKHOLDER'S DEFICIT**

| | | |
|---|---|---|
| Current liabilities: | | |
| Accounts payable | $ 113,092 | $ 117,716 |
| Accrued liabilities | 92,635 | 78,038 |
| Short-term debt | 13,098 | - |
| Accrued liabilities - Port Neches incident | 90,262 | 191,410 |
| Total current liabilities | 309,087 | 387,164 |
| Long-term debt, net of deferred financing costs | 985,321 | 915,772 |
| Deferred income taxes | - | 13,271 |
| Total liabilities | 1,294,408 | 1,316,207 |
| Commitments and contingencies | | |
| Stockholder's equity (deficit): | | |
| Common stock, $0.01 par value, 2,000 shares authorized, 1,030 issued and outstanding | - | - |
| Additional paid-in capital | 478,314 | 478,320 |
| Accumulated deficit | (805,312) | (617,148) |
| Accumulated other comprehensive loss | (2,661) | (3,877) |
| Total stockholder's deficit | (329,659) | (142,705) |
| Total liabilities and stockholder's deficit | $ 964,749 | $ 1,173,502 |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**

*(In thousands)*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2020** | **2019** | **2018** |
| Revenue | $ 751,390 | $ 1,464,926 | $ 1,626,835 |
| Cost of sales (excludes items listed below) | 519,063 | 1,031,833 | 1,253,054 |
| Operating expenses | 181,059 | 179,936 | 183,328 |
| General and administrative expenses | 27,970 | 28,695 | 26,337 |
| Depreciation and amortization | 74,155 | 81,002 | 141,708 |
| Loss on Port Neches incident, net of insurance recovery | 50,141 | 91,895 | - |
| Business interruption insurance recovery | (12,100) | - | (567) |
| COVID-19 expenses | 1,896 | - | - |
| Repair and other expenses related to dock incident | - | - | 1,459 |
| Income (loss) from operations | (90,794) | 51,565 | 21,516 |
| Other (income) expense: | | | |
|   Interest expense | 112,933 | 101,729 | 89,305 |
|   Other, net | 182 | 1,565 | (889) |
| Loss before income taxes | (203,909) | (51,729) | (66,900) |
| Income tax benefit | (15,745) | (10,238) | (13,698) |
| Net loss | (188,164) | (41,491) | (53,202) |
| Change in funded status of defined benefit plan, net of tax effect of ($323), $352 and $592, respectively | 1,216 | (1,325) | (2,228) |
| Comprehensive loss | $ (186,948) | $ (42,816) | $ (55,430) |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

## CONSOLIDATED STATEMENT OF STOCKHOLDER'S DEFICIT

### *(In thousands)*

| | Common Stock | | Additional Paid-in Capital | Accumulated deficit | Accumulated Other Comprehensive Income (Loss) | Total Deficit |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| **Balances - December 31, 2017** | 1 | - | 478,461 | (522,455) | (324) | (44,318) |
| Net loss | - | - | - | (53,202) | - | (53,202) |
| Change in funded status of defined benefit plan, net of tax benefit of $592 | - | - | - | - | (2,228) | (2,228) |
| **Balances - December 31, 2018** | 1 | - | 478,461 | (575,657) | (2,552) | (99,748) |
| Net loss | - | - | - | (41,491) | - | (41,491) |
| Return of equity contributions | - | - | (141) | - | - | (141) |
| Change in funded status of defined benefit plan, net of tax benefit of $352 | - | - | - | - | (1,325) | (1,325) |
| **Balances - December 31, 2019** | 1 | $ - | $ 478,320 | $ (617,148) | $ (3,877) | $ (142,705) |
| Net loss | - | - | - | (188,164) | - | (188,164) |
| Return of equity contributions | - | - | (6) | - | - | (6) |
| Change in funded status of defined benefit plan, net of tax benefit of ($323) | - | - | - | - | 1,216 | 1,216 |
| **Balances - December 31, 2020** | 1 | $ - | $ 478,314 | $ (805,312) | $ (2,661) | $ (329,659) |

The accompanying notes are an integral part of this consolidated financial statement.

CONFIDENTIAL

## CONSOLIDATED STATEMENTS OF CASH FLOWS

*(In thousands)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2020** | **2019** | **2018** |
| **Cash flows from operating activities:** | | | |
| Net loss | $ (188,164) | $ (41,491) | $ (53,202) |
| Adjustments to reconcile net loss to cash flows provided by operating activities: | | | |
| Depreciation | 47,075 | 50,931 | 112,863 |
| Turnaround amortization | 17,851 | 22,353 | 22,844 |
| Catalyst amortization | 6,341 | 4,831 | 3,113 |
| Patent amortization | 2,888 | 2,887 | 2,888 |
| Port Neches Incident, net of cash expense | 65,021 | 71,325 | - |
| Amortization / write-off of debt issuance costs | 8,443 | 12,501 | 6,040 |
| Deferred income taxes | (13,594) | (8,653) | (13,873) |
| Deferred turnaround cost | (22,505) | (20,956) | (49,869) |
| Deferred catalyst cost | (5,537) | (8,745) | (3,766) |
| Capital projects write-off | - | - | - |
| Changes in assets and liabilities: | | | |
| Accounts receivable | 10,435 | 10,080 | 1,870 |
| Inventories | 7,633 | 11,592 | 4,472 |
| Accounts payable | (19,698) | (32,278) | 19,445 |
| Other assets and liabilities, net | (5,054) | 42,977 | (22,008) |
| Cash provided by (used in) operating activities | (88,865) | 117,354 | 30,817 |
| **Cash flows from investing activities:** | | | |
| Capital expenditures | (55,889) | (53,957) | (63,717) |
| Cash used in investing activities | (55,889) | (53,957) | (63,717) |
| **Cash flows from financing activities:** | | | |
| Proceeds from issuance of 10.5% Notes | - | 930,000 | - |
| Payment of 8.75% Notes | - | (805,000) | - |
| Payment of Term Loan | - | (50,000) | - |
| Net proceeds from (paydowns on) ABL Facility | - | (40,000) | 32,000 |
| Proceeds from Term Loan | 69,300 | - | - |
| Insurance finance borrowings | 42,492 | - | - |
| Insurance finance repayments | (29,395) | - | - |
| Debt issuance costs | (4,344) | (14,092) | (502) |
| Equity contributions (returns), net | (6) | (141) | - |
| Cash provided by financing activities | 78,047 | 20,767 | 31,498 |
| Increase (decrease) in cash and cash equivalents | (66,707) | 84,164 | (1,402) |
| Cash and cash equivalents, beginning of period | 85,159 | 995 | 2,397 |
| Cash and cash equivalents, end of period | $ 18,452 | $ 85,159 | $ 995 |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

**TPC Group Inc.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

## NOTE A – BASIS OF PRESENTATION

### 1. *Definition of Terms*

Certain terms used throughout these consolidated financial statements and accompanying notes are defined on page 3 of this Report, which should be referred to when reading these consolidated financial statements and accompanying notes.

### 2. *Organization*

The accompanying consolidated financial statements include the accounts of TPCGI and its direct wholly owned and indirect subsidiaries. TPCGI's direct wholly owned subsidiaries include TPCGLLC and Texas Petrochemicals Netherlands B.V., and its indirect subsidiaries, which are all wholly owned subsidiaries of TPCGLLC, include Texas Butylene Chemical Corporation, Texas Olefins Domestic International Sales Corporation, TPC Phoenix Fuels LLC, Port Neches Fuels LLC, TP Capital Corp., TPC Pipeline Holding Company LLC and TPC Pipeline Company LLC.

### 3. *Principles of Consolidation*

The Company's consolidated financial statements include the accounts of TPCGI and its direct and indirect subsidiaries, after the elimination of all significant intercompany accounts and transactions. The financial statements presented have been prepared by us in accordance with GAAP.

## NOTE B – DESCRIPTION OF BUSINESS

We are a leading North American producer of value-added products derived primarily from C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

In our C4 Processing segment, we process crude C4 into higher value components, namely butadiene, butene-1 and raffinates. Butadiene is primarily used to produce synthetic rubber that is mainly used in tires and other automotive products; butene-1 is primarily used in the manufacture of polyethylene plastic resins and synthetic alcohols; and raffinates are primarily used in the production of alkylate, a component of premium unleaded gasoline.

In our Performance Products segment, we process isobutylene, which we purchase as a raw material and also produce internally, to produce polyisobutylene ("PIB"), diisobutylene ("DIB"), and methyl tertiary-butyl ether ("MTBE").

PIB is primarily used in the production of fuel and lubricant additives, caulks, adhesives, sealants and packaging; DIB is primarily used in the manufacture of surfactants, plasticizers and resins; and MTBE is primarily used as a gasoline blending stock.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 12-14). The Houston plant, in addition to processing crude C4, also produces PIB, DIB, and MTBE. The raw material isobutylene processed at our Houston facility is sourced from processing crude C4, third party supply and internal on-purpose production. The feedstock for our on-purpose isobutylene production is isobutane, which is a plentiful natural gas liquid resulting from shale gas development. Early in the second quarter, we signed a new MTBE offtake contract with one of the world's largest independent fuels and commodity trading firms, in an effort to replace crude C4 capacity. The contract is market based and provides a secure outlet for 100% of our MTBE production through the end of 2023. Since the new MTBE offtake contract is market based, we are subject to greater pricing volatility than under our previous offtake contract.

We also provide critical infrastructure and logistics services along the Gulf Coast. Our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. Our results are impacted by the effects of economic upturns or downturns on our customers and our suppliers, as well as on our own costs to produce, sell and deliver our products. Our customers generally use our products in their own production processes; therefore, if our customers curtail production of their products, our results could be materially affected. In particular, our feedstock costs and product prices are susceptible to volatility in pricing and availability of crude oil, natural gas and oil-related products such as unleaded regular gasoline. Prices for these products tend to be volatile as well as cyclical, as a result of global and local economic factors, worldwide political events, weather patterns and the economics of oil and natural gas exploration and production, among other things.

## NOTE C – RISKS AND UNCERTAINTIES RELATED TO THE COVID-19 PANDEMIC

In March 2020, the World Health Organization declared the outbreak of COVID-19 to be a pandemic. The global coronavirus (COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. The COVID-19 outbreak has impacted the addressable market for the Company's products, and the Company's business continues to be exposed to risks and uncertainties related to the pandemic. The Company has taken several actions to deal with the pandemic. These include enabling its employees to work from home and suspending all non-essential travel. The ultimate impact and the extent to which the COVID-19 pandemic will continue to affect the business, results of operation and financial condition is difficult to predict and depends on numerous evolving factors outside of the Company's control including: the duration and scope of the pandemic; government, social, business and other actions that have been and will be taken in response to the pandemic; and the effect of the pandemic on short and long-term general economic conditions. This uncertainty also affects management's accounting estimates and assumptions, which could result in greater variability in a variety of areas that depend on these estimates and assumptions.

## NOTE D – GOING CONCERN

The consolidated financial statements of the Company have been prepared on a going concern basis, which contemplates the realization of assets and the discharge of liabilities in the normal course of business. When preparing financial statements, management has the responsibility to evaluate whether there are conditions or events, considered in the aggregate, that create substantial doubt about the Company's ability to continue as a going concern within one year after the date that the financial statements are issued. In applying the accounting guidance, the Company considered its current financial condition and liquidity sources, including current funds available, forecasted future cash flows and its unconditional obligations due over the next 12 months.

The Company has sustained operating losses due to the Port Neches plant explosion in 2019 and as a result of market complications from COVID-19. While the Company's assessment of forecasted cash flow and available liquidity for 2021 includes significant PNO-related insurance receipts, the amount and timing is uncertain and largely outside of the Company's control. The Company can exercise some control over capital spending, but there is no guarantee that alternate forms of additional capital will be available.

## NOTE E– SIGNIFICANT ACCOUNTING POLICIES

### 1. *Use of Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting periods. Significant estimates include liabilities and insurance proceeds related to the Port Neches incident (see Note J), impairment considerations,

allowance for doubtful accounts, inventory valuation, pension plan assumptions, environmental and litigation reserves and provision for income taxes.   Actual results could differ from those estimates.

**2.    *Cash and Cash Equivalents***

Cash and cash equivalents include amounts on deposit with banks, cash invested temporarily in investments with original maturities of three months or less, and cash on hand.   We maintain cash balances that are insured by the Federal Deposit Insurance Corporation ("FDIC").   At December 31, 2020 and 2019, we had $18.5 million and $85.2 million, respectively, in cash and cash equivalents, which were subject to a $0.25 million per financial institution FDIC insurance coverage limit.   We believe that the likelihood of any loss of cash and cash equivalents is remote and that we are not exposed to any significant credit risk on cash and cash equivalents.

**3.    *Accounts Receivable***

We extend credit to our customers in the normal course of business and generally do not require collateral for trade accounts receivable.   We perform ongoing credit evaluations of our customers and, in some instances, require letters of credit or additional guarantees in support of contracted amounts.   We review the collectability of trade receivables and use the allowance method to record bad debt expense for amounts that we believe may be uncollectible.   We believe no allowance was necessary as of December 31, 2020 and 2019.   Write-offs are recorded at the time a customer receivable is deemed uncollectible.

**4.    *Inventories***

Inventories consist of raw materials and finished goods and are valued at the lower of average cost or net realizable value.   Costs of finished products include raw materials, energy, labor and manufacturing overhead.   We may enter into product exchange agreements with suppliers and customers for raw materials and/or finished goods in the normal course of business.   Under these arrangements we deliver product volumes to the exchange partner to be delivered in-kind back to us or we receive product volumes to be delivered in-kind by us to the exchange partner in the future, generally in the short term.   Product exchanges typically benefit both parties from a logistical perspective and provide for additional flexibility regarding both receipt of raw materials from suppliers and delivery of finished goods to customers.   Exchange balances due to or from exchange partners are recorded in inventory at the lower of average cost or net realizable value and do not impact the consolidated statements of operations and comprehensive loss, as they are recognized at the carrying amount.   At December 31, 2020 we had no exchange receivable position and our exchange payable position was $0.6 million.   At December 31, 2019 we had no exchange receivable position and our exchange payable position was $0.8 million.

**5.    *Property, Plant and Equipment***

Property, plant and equipment are stated at depreciated historical cost.   Depreciation of property, plant and equipment is computed using the straight-line method over estimated useful lives ranging from five to forty-five years for financial reporting purposes and accelerated methods for income tax purposes.   Maintenance and repairs and minor renewals are charged to expense as incurred while major improvements, renewals and betterments are capitalized.

Upon retirement or sale of an asset, the asset cost and the related accumulated depreciation are removed from the accounts and any resulting gain or loss is reflected in results of operations.

The estimated useful lives for our main categories of fixed assets are shown in the table below.

| | Estimated Useful Lives (in years) |
|---|---|
| Plant equipment | 5  - 35 |
| Pipelines | 15  - 40 |
| Buildings and land improvements | 15  - 45 |
| Technology assets | 5   - 6 |

**6.** *Intangible Assets*

Our intangible assets include patents and a technology license for the butadiene extraction process used at our Port Neches facility. Patents are amortized using the straight-line method over their useful lives. Our technology license has no legal, regulatory, contractual, competitive, economic, or other factors that would limit its useful life; consequently, we have determined its useful life to be indefinite.

**7.** *Impairment*

We follow ASC 350, *Intangibles—Goodwill and Other*, regarding impairment of the carrying value of our intangible assets and ASC 360, *Property, Plant and Equipment*, regarding impairment of the carrying value of our property, plant and equipment.

An impairment loss is recognized only if the carrying value of a long-lived asset or asset group is not recoverable and is measured as the excess of the carrying value over the fair value. The carrying amount of a long-lived asset or asset group is considered not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use of the long-lived asset or asset group. Because our long-lived intangible asset (one technology license) is fundamental to and inseparable from the respective long-lived manufacturing assets, we assess impairment of the technology license together with the respective long-lived manufacturing assets based on the undiscounted future cash flows related to the respective manufacturing processes.

We assess our indefinite lived intangible assets and our long-lived assets for impairment annually, during the fourth quarter of each year using a measurement date of December 31 or more frequently if events or changes in circumstances indicate that the carrying amount of these assets may not be recoverable.

**8.** *Plant Turnaround Costs*

Plant turnarounds are major scheduled events and require partial or complete shutdowns of chemical processing units for significant overhaul and refurbishment, for periods typically lasting from two to four weeks. We use the deferral method to account for the cost of turnarounds. Under the deferral method the costs of major scheduled plant turnarounds are deferred on the balance sheet and charged to depreciation and amortization expense on a straight-line basis during the period until the next scheduled turnaround.

**9.** *Debt Issuance Costs*

Direct costs incurred in connection with the issuance of long-term debt or modification of a credit facility, if the borrowing capacity of the new arrangement is greater than or equal to the borrowing capacity of the previous arrangement, are deferred and amortized as interest expense over the term of the debt or credit facility. Deferred debt issuance costs are reported as an offset to long-term debt on our consolidated balance sheets.

**10.** *Revenue Recognition*

We recognize revenue in accordance with ASC 606, *Revenue from Contracts with Customers*, which we adopted as of January 1, 2019. We applied the modified retrospective transition method to all contracts not completed as of the adoption date. This revenue recognition standard provides for a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services.

Substantially all our revenues are derived through contractual arrangements with customers. We consider contractual arrangements to be in place when both parties have approved the contract, are committed to perform, the rights of the parties and payment terms have been identified, the contract has commercial substance and collectability is probable.

Revenue is recognized when the obligations under the terms of a contractual arrangement with the customer have been satisfied. This generally occurs at the point in time when performance obligations are fulfilled and control transfers to the customer. Revenue is measured as the amount of consideration we expect to receive in exchange for transferring goods. Customer incentives are generally based on volumes purchased and recognized over the period earned.

**11.** *Insurance Recoveries*

If an insurance claim as of the balance sheet date relates to a recovery of incurred losses, we recognize the recovery up to the amount of the loss incurred, if the recovery is probable. Such recognized insurance proceeds are recorded as a receivable and an offset

**CONFIDENTIAL**

to the related losses incurred.   We do not recognize any net gains related to insurance proceeds unless the proceeds have been received and any contingencies related to the proceeds have been adequately resolved.

**12.   *Environmental Remediation Costs***

Anticipated expenditures related to investigation and remediation of contaminated sites, which include operating facilities and waste disposal sites, are accrued when it is probable a liability has been incurred and the amount of the liability can be reasonably estimated.

**13.   *Comprehensive Loss***

Comprehensive loss is reported in accordance with ASC 220, *Comprehensive Income*.   Our comprehensive loss is defined as net income adjusted for the change (net of tax) in the funded status of our defined benefit pension plan.

**14.   *Income Taxes***

We account for income taxes in accordance with ASC 740, *Income Taxes*.

We recognize deferred taxes at enacted tax rates on temporary differences between the carrying amounts of assets and liabilities for financial and tax reporting purposes.

We record a valuation allowance on net deferred tax assets when it is more likely than not that these assets will not be realized.

We recognize interest and penalties related to uncertain tax positions taken or to be taken as part of income tax expense.   We incurred no penalty or interest expenses in 2020, 2019 or 2018.

**15.   *Stock-Based Compensation***

We account for stock-based compensation in accordance with ASC 718, *Compensation—Stock Compensation*.   Expense related to stock-based compensation awards is recognized in our financial statements based on the grant date fair values of the respective awards. The amount of grant date fair value recognized as expense in our financial statements is based on an estimate of the number of awards that are ultimately expected to vest, and the related expense is recognized ratably over the vesting period.   Forfeitures are estimated at the time of grant and revised, if necessary, in subsequent periods if actual forfeitures differ from the estimates.

**16.   *Asset Retirement Obligations***

We follow ASC 410, *Asset Retirement and Environmental Obligations*, regarding accounting for obligations associated with the retirement of tangible long-lived assets and the associated asset retirement costs.   The provisions of this statement apply to legal obligations associated with the retirement of long-lived assets that result from the acquisition, construction, development and/or normal operation of a long-lived asset.

We have asset retirement obligations with respect to certain of our chemical processing assets due to various legal obligations to clean and/or dispose of various components of the chemical plants at the time they are retired.   However, these components can be used for extended and indeterminate periods of time as long as they are properly maintained and/or upgraded.   It is our practice and current intent to maintain our chemical processing assets and continue making improvements to those assets based on technological advances. As a result, we believe our facilities have indeterminate lives for purposes of estimating asset retirement obligations because dates or ranges of dates upon which we would retire chemical processing assets cannot reasonably be estimated at this time.   When a date or range of dates can reasonably be estimated for the retirement of any component part of a chemical plant, an estimate of the cost of performing the retirement activities will be provided and a liability will be recorded for the fair value of that cost using established present value techniques.   We did not record any asset retirement obligations related to the retirement of any component parts of our facilities as of December 31, 2020 and 2019.

**17.   *Shipping and Handling Costs***

We account for shipping and handling costs as a fulfillment activity and not a separate performance obligation.   Shipping and handling costs billed to customers in conjunction with sale transactions are recorded as a component of revenue and shipping and handling costs incurred by us are included in cost of sales in the Consolidated Statements of Operations and Comprehensive Loss.

**CONFIDENTIAL**

18.  *Financial Instruments*

The carrying amounts for cash and cash equivalents, receivables and payables approximate fair value because of the short maturity of these instruments.  At December 31, 2020, our long-term debt consisted of the fixed rate 10.5% Notes, which had a carrying amount of $930.0 million and a fair value of approximately $774.2 million.  At December 31, 2019, our long-term debt consisted of the fixed rate 10.5% Notes, which had a carrying amount of $930.0 million and a fair value of approximately $939.4 million.  There were no borrowings on the ABL at December 31, 2020 and December 31, 2019.

19.  *Fair Value Option*

ASC 825, *Financial Instruments*, allows entities to choose, at specified election dates, to measure eligible financial assets and liabilities at fair value that are not otherwise required to be measured at fair value.  If a company elects the fair value option for an eligible item, changes in that item's fair value in subsequent reporting periods must be recognized in current earnings.  We have not elected to measure any of our eligible financial assets and liabilities at fair value.

20.  *Recent Accounting Developments*

*Accounting Standards Adopted in 2020*

*Fair Value Measurement* – As required, we adopted ASU 2018-13, *Disclosure Framework - Changes to the Disclosure Requirements for Fair Value Measurement*, which amended ASC 820, *Fair Value Measurement*, as of January 1, 2020.  The Company will, when applicable, disclose at Fair Value any derivative assets and liabilities or investments in entities.  However, based on our assessment, the standard has currently had little or no impact on our consolidated financial position, results of operations or cash flows.

*Accounting Guidance Issued but Not Yet Adopted as of December 31, 2020*

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022.  The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months.  Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition.  In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic.  This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022.  The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment.  The Company anticipates recognition of additional assets and corresponding liabilities related to leases upon adoption, effective January 1, 2022.

*Defined Benefit Plans* – ASU 2018-14, *Compensation—Retirement Benefits*, amends disclosure requirements for employers that sponsor defined benefit pension or other postretirement plans.  For public business entities, the amendments are effective for fiscal years ending after December 15, 2020.  For all other entities the amendments are effective for fiscal years ending after December 15, 2021.  Early adoption is permitted.  The Company anticipates some changes to the disclosures required to comply with this standard.

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021.  Adoption methods vary based on the specific items impacted.  Management does not expect that changes required by the new standard will materially impact the Company's financial statements and related disclosures.

CONFIDENTIAL

**NOTE F – DETAIL AND DISCUSSION OF CERTAIN CONSOLIDATED BALANCE SHEET CAPTIONS**

*Inventories*

Inventories, as of the dates presented, were as follows (in thousands):

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2020 | | 2019 |
| Finished goods | $ | 24,665 | $ | 31,632 |
| Raw materials and chemical supplies | | 20,770 | | 20,426 |
|  | $ | 45,435 | $ | 52,058 |

The decrease of $6.6 million reflected an 11% decrease in overall average cost per pound, which accounted for $5.8 million of the decrease, and a 2% decrease in physical inventory volumes, which accounted for the remainder of the decrease.   The decrease in average cost per pound was driven primarily by a 34% decrease in the benchmark price of butadiene comparing the prices for December 2020 to December 2019.

*Other Current Assets*

Other current assets, as of the dates presented, were as follows (in thousands):

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2020 | | 2019 |
| Prepaid insurance premiums | $ | 21,002 | $ | 342 |
| Spare parts inventory | | 15,741 | | 14,675 |
| Prepaid expense and other | | 4,380 | | 6,673 |
|  | $ | 41,123 | $ | 21,690 |

The increase in Other Current Assets relates to the financing of a substantial portion of our insurance premiums in 2020 for policies renewed through 2021.   Due to significant recent insurance claims in the petrochemical industry, insurance market conditions tightened, and we renewed our policies at substantially higher premiums than the expiring coverages.

*Property, Plant and Equipment*

Property, plant and equipment, as of the dates presented, were as follows (in thousands):

|  | December 31, | |
|  | 2020 | 2019 |
|---|---|---|
| Land and land improvements | $ 52,839 | $ 52,839 |
| Plant and equipment | 1,108,577 | 1,071,744 |
| Construction in progress | 93,903 | 66,830 |
| Other | 52,464 | 50,971 |
|  | 1,307,783 | 1,242,384 |
| Accumulated depreciation | (604,510) | (557,540) |
|  | $ 703,273 | $ 684,844 |

The net increase in Property, Plant and Equipment primarily relates to the $27 million net increase in construction in progress (CIP), which consists of the new Port Neches Plant terminal project that was started in 2020 but not completed by December 31, 2020. The change also reflects the $11 million CIP write off of Port Neches projects in 2019, which lowered 2019 CIP.

*Intangible Assets*

Changes in the carrying amount of our intangible assets, for the periods presented, were as follows (in thousands):

|  | Intangible assets | Accumulated amortization | Carrying value |
|---|---|---|---|
| Balance at December 31, 2018 | $ 26,980 | $ (17,325) | $ 9,655 |
| Amortization | - | (2,887) | (2,887) |
| Balance at December 31, 2019 | 26,980 | (20,212) | 6,768 |
| Amortization | - | (2,888) | (2,888) |
| Balance at December 31, 2020 | $ 26,980 | $ (23,100) | $ 3,880 |

The gross carrying amounts and accumulated amortization of intangible assets, as of the dates presented, were as follows (in thousands):

|  | Gross carrying value | Accumulated amortization | Net carrying value |
|---|---|---|---|
| December 31, 2019 |  |  |  |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (20,212) | 2,888 |
|  | $ 26,980 | $ (20,212) | $ 6,768 |
| December 31, 2020 |  |  |  |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
|  | $ 26,980 | $ (23,100) | $ 3,880 |

**CONFIDENTIAL**

The technology license is related to the butadiene extraction process at the Port Neches facility, which was shut down indefinitely due to the explosion incident on November 27, 2019 (see Note J). Our current position is that it is more likely than not that this licensed process will be used in the future, so we do not consider the carrying value of the intangible to be impaired. If future facts and/or circumstances indicate an impairment of the carrying value of this asset we will recognize an impairment charge.

Patent amortization expense for year ending December 31, 2020 was $2,888, after which the patents are fully amortized.

*Other Assets*

Other assets, as of the dates presented, were as follows (in thousands):

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2020 | | 2019 |
| Deferred turnaround costs | $ 40,308 | $ | 35,654 |
| Catalyst and solvent costs | 13,693 | | 14,870 |
| Other deferred charges | 1,849 | | 3,100 |
|  | $ 55,850 | $ | 53,624 |

The increase in deferred turnaround costs in 2020 is solely attributable to the Houston facility. The Port Neches facility is currently operating as a terminal (and not a production facility) and therefore has not had any turnaround activity during 2020.

*Accrued Liabilities*

Accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2020 | | 2019 |
| Accrued payroll and benefits | $ 17,537 | $ | 12,007 |
| Net pension liability | 8,493 | | 7,870 |
| Accrued freight | 5,875 | | 6,799 |
| Accrued interest | 41,231 | | 40,967 |
| Property and sales tax | 13,991 | | 9,894 |
| Other | 5,508 | | 501 |
|  | $ 92,635 | $ | 78,038 |

The net increase in accrued payroll and benefits liabilities represents an increase deferred payroll taxes as well as an increase in incentive compensation accrued liabilities, not yet paid, year over year. As part of the Company's cash preservation measures, incentive compensation payments for the year ended December 31, 2019 were deferred and are to be paid in 2021. The increase in property and sales tax liabilities versus prior year reflects higher unpaid property tax assessments, a portion of which is currently under appeal. The property tax balance at December 31, 2020 includes $5.1 million and $2.2 million in unpaid taxes related to tax appeals for the years 2020 and 2019 respectively. A $6.3 million property tax payment was made in January of 2021, excluding amounts under appeal. Accrued interest was fairly consistent year over year and the slight increase largely reflects higher interest on the New Term Loan. Payments on the New Term Loan are made quarterly, with the last payment occurring in December 2020. Interest on the $930 million principal amount of the 10.5% Notes is paid semiannually on February 1 and August 2.

*Accrued Liabilities – Port Neches Incident*

Port Neches incident accrued liabilities, as of the dates presented, were as follows (in thousands):

| | December 31, | | |
|---|---|---|---|
| | 2020 | | 2019 |
| Total of losses and costs recognized | $ 416,817 | $ | 287,372 |
| Deferred gain on insurance | 36,694 | | - |
| Invoices / settlements paid | (293,874) | | (30,570) |
| Unpaid invoices included in payables | (12,507) | | (7,875) |
| Asset write-offs | (56,868) | | (57,517) |
| | 90,262 | | 191,410 |
| Accrued response / clean-up costs | $ 46,258 | $ | 47,566 |
| Estimated claims liability | 44,004 | | 143,844 |
| | $ 90,262 | $ | 191,410 |

The above reconciliation reflects $416.8 million and $287.4 million of losses and costs related to the Port Neches incident as of December 31, 2020 and December 31, 2019 respectively (see Note J). The reconciliation provides the main components of the accrued liability for each year. These amounts are shown on the accompanying consolidated balance sheet at December 31, 2020 and December 31, 2019.

For 2020, the amount of loss on the Port Neches incident, net of insurance recoveries, of $50.1 million showing on the Consolidated Statements of Operations and Comprehensive Loss is the total amount of additional losses and costs of $129.4 million incurred during the year less $56.0 million of insurance recoveries received related to 2020 losses and costs and probable insurance recoveries receivable of $23.3 million at December 31, 2020. As of the issuance date of this report, March 24, 2021, we have received $40.0 million in additional insurance proceeds in 2021.

For 2019, the amount of loss on the Port Neches incident, net of insurance recoveries, of $91.9 million showing on the Consolidated Statements of Operations and Comprehensive Loss reflected the total amount of losses and costs of $287.4 million less insurance recoveries received in 2019 of $10.0 million and probable insurance recoveries receivable of $185.5 million at December 31, 2019. As of the issuance date of the December 31, 2019 report, $165.0 million in additional insurance proceeds was received.

## NOTE G – SHORT-TERM DEBT

Our short-term financing arrangements at December 31, 2020 consisted of insurance premium financing. In June 2020 we financed $2.3 million of insurance premiums through Aon Premium Finance LLC. The initial down payment and the first installment payment were due in July 2020 with the remaining payments scheduled to be paid over the next nine months through April 2021. We financed approximately $39.0 million of additional insurance premiums through Aon Premium Finance LLC for insurance coverages that were renewed during the third quarter, making additional down payments and increasing the amount of the remaining monthly payments through April 2021.

**NOTE H – LONG-TERM DEBT**

Outstanding debt as of the dates presented, was as follows (in thousands):

|  | December 31, | | | |
|---|---|---|---|---|
|  | 2020 | | 2019 | |
| Notes | $ | 930,000 | $ | 930,000 |
| New Term Loan |  | 70,000 |  | - |
| Unamortized discount on New Term Loan |  | (286) |  | - |
| Total long-term debt |  | 999,714 |  | 930,000 |
| Less: deferred financing costs |  | (14,393) |  | (14,228) |
| Long-term debt net of deferred financing costs | $ | 985,321 | $ | 915,772 |

Our financing arrangements at December 31, 2020 were comprised of the 10.5% Notes, the New Term Loan and the ABL.   As of December 31, 2020, we were in compliance with all covenants set forth in the Indenture governing the 10.5% Notes and the credit agreement governing the ABL.

New *Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provides for a delayed draw term loan of up to $70 million and a term of one-year.

Availability under the New Term Loan is limited to a maximum of four draws with a minimum of $5 million per draw.

Subject to certain exceptions, the Company's obligations with respect of the New Term Loan are secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the Indenture governing the 10.5% Notes.

The ABR loans under the New Term Loan bear interest at an Alternate Base Rate plus an Applicable Margin of 6%.   The Alternate Base Rate is equal to a fluctuating rate per annum equal to the greatest of (i) the rate of interest last quoted by The Wall Street Journal (or, other national publication selected by the Administrative Agent in consultation with the Borrower) as the United States "prime rate" (the "Prime Rate"), (ii) the Federal Funds Rate plus 0.50%, (iii) the LIBOR Rate determined by the Administrative Agent (with a term equivalent to one month), published as of approximately 11:00 a.m. (London time) two Business Days prior to the date at which the Alternate Base Rate is being determined, plus 1.00%, and (iv) in the case of ABR Loans, 2.50% per annum.   The Prime Rate is not necessarily the lowest rate that the Administrative Agent is charging to any corporate customer.   Interest is due on the last Business Day of each calendar quarter.

The LIBOR Loans under the New Term Loan have a LIBOR Rate and an Applicable Margin of 7% applied.   The LIBOR Rate is the per annum rate of interest (rounded up to the nearest 1/100th of 1%) determined by the Administrative Agent at or about 11:00 a.m. (London time) two Business Days prior to an Interest Period, for a term equivalent to such period, equal to the London Interbank Offered Rate, or comparable or successor rate approved by the Administrative Agent, as published on the applicable Bloomberg screen page (or other commercially available source designated by the Administrative Agent from time to time); provided, that any comparable or successor rate shall be applied by the Administrative Agent in a manner consistent with market practice; provided further, that in no event shall the LIBOR Rate be less than 1.50%.   Interest payments are due quarterly in arrears.

The New Term Loan contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- pay dividends on or make certain distributions and other restricted payments;

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

**CONFIDENTIAL**

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets;

- change its lines of business;

- designate TPCGI's subsidiaries as unrestricted subsidiaries; and

- in addition to the foregoing, with respect to the borrower and its subsidiaries, incur certain liabilities.

The New Term Loan also contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the New Term Loan, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion of any such invalidity), certain casualty events, change of control and loss of lien perfection or priority.

On March 18, 2020, we drew on the facility and received $70 million less a 1% original issue discount fee. On May 15, 2020 we and the lenders agreed to amend the New Term Loan. The amendment extended the maturity date from February 2, 2021 to August 5, 2021. In addition, the amendment increased the Applicable Margin on ABR Loans from 6% to 7% and on LIBOR Loans from 7% to 8% as of the date of the amendment. Although the New Term Loan matures in less than one year, as of December 31, 2020, it has been classified as long-term debt, as it was refinanced in February 2021. See Note T, *Subsequent Events*, for further discussion.

*ABL*

TPCGI is the lead borrower under the ABL and certain domestic subsidiaries of TPCGI are co-borrowers (or may be designated co-borrowers) on a joint and several basis.

The ABL is composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" tranche (the ABL FILO). Commitments under the ABL FILO will be reduced, and commitments under the ABL Revolver equally and simultaneously increased, by $2.5 million on each of the first three anniversaries of the August 2019 amendment and restatement.

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

As of December 31, 2020, we had no borrowings outstanding on the ABL and the combined ABL Revolver and ABL FILO borrowing bases provided us with the ability to borrow up to $75.6 million.

The ABL Revolver commitments may be increased by an aggregate principal amount of not more than $150 million, subject only to the consent of the new or existing lenders providing such increases. The lenders under this facility are under no obligation to provide any such additional commitments, and any increase in commitments will be subject to customary conditions precedent. Notwithstanding any such increase in the facility size, TPCGI's ability to borrow under the facility will remain limited at all times by the borrowing base (to the extent the borrowing base is less than the commitments).

Loans under the ABL Revolver bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 1.75% (and may subsequently decrease to 1.50% or increase to 2.00% depending on average excess availability) and with respect to base rate borrowings will initially be 0.75% (and may subsequently decrease to 0.50% or increase to 1.00% depending on average excess availability).

Loans under the ABL FILO bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus

**CONFIDENTIAL**

1%, plus, in either case, an applicable margin.  The applicable margin with respect to LIBOR borrowings will initially be 3.00% (and may subsequently decrease to 2.75% or increase to 3.25% depending on average excess availability) and with respect to base rate borrowings will initially be 2.00% (and may subsequently decrease to 1.75% or increase to 2.25% depending on average excess availability).

The ABL provides for all applicable margins to be reduced by 0.25% during any fiscal quarter for which the Total Leverage Ratio, as defined in the ABL credit agreement, as of the last day of the immediately preceding fiscal quarter, is less than 5.0 to 1.0.

In addition to paying interest on outstanding principal under the ABL, TPCGI is required to pay a commitment fee at an initial rate of 0.500% per annum in respect of the unutilized commitments thereunder.  The commitment fee rate subsequently may be reduced to 0.375% depending on the amount of excess availability under the ABL.  TPCGI must also pay customary letter of credit fees and fronting fees for each letter of credit issued.

If, at any time, (i) an Event of Default is continuing or (ii) Excess Availability is less than the greater of (x) 12.5% of Availability and (y) $12.5 million, TPCGI shall comply with a minimum Fixed Charge Coverage Ratio for the most recent period of four consecutive fiscal quarters of at least 1.0 to 1.0.  Such requirement shall continue until the date that no Event of Default exists, and Excess Availability shall have been not less than the greater of (x) 12.5% of Availability and (y) $12.5 million for a period of 21 consecutive calendar days.

If at any time the aggregate amount of loans and letters of credit outstanding under either the ABL Revolver or under the ABL FILO exceeds the lesser of (a) the applicable total commitments and (b) the applicable borrowing base, TPCGI will be required to prepay loans outstanding and/or cash collateralize outstanding letters of credit in an aggregate amount equal to the amount of any such excess, without any reduction of the commitments.  Under certain circumstances, if the aggregate amount available under the ABL is less than the greater of (1) 12.5% of the lesser of (i) the total commitments under such facility and (ii) the borrowing base and (2) $12.5 million for 5 consecutive business days, or if certain defaults occur, all collateral proceeds collected through the cash management system in favor of the collateral agent will be swept to a collection account and applied daily to repay outstanding loans and cash collateralize letters of credit under the ABL.

TPCGI may voluntarily repay loans outstanding under the ABL Revolver and under the ABL FILO at any time without premium or penalty other than customary "breakage" costs with respect to LIBOR loans.  All outstanding loans under the ABL Revolver must be repaid before any loans outstanding under the ABL FILO may be repaid.  Any subsequent borrowings under the ABL would be made first under the ABL FILO (subject to availability) and next under the ABL Revolver (subject to availability).  We may elect at any time to reduce the unutilized portion of the commitment amount under the ABL.  We may elect at any time to terminate the ABL FILO commitments in full (but not in part) provided that 30 Day Excess Availability, as defined in the Credit Agreement and calculated on a pro forma basis, would not be less than the greater of (a) 17.5% of availability and (b) $25 million if the Fixed Charge Coverage Ratio is at least 1.0 to 1.0 or 30 Day Excess Availability would not be less than 22.5% of availability if the Fixed Charge Coverage Ratio is less than 1.0 to 1.0.

Pursuant to a Guarantee, dated as of August 2, 2019, among Parent, TPCGI, the other guarantors party thereto and Bank of America, N.A., as administrative agent and collateral agent, all obligations under the Senior Secured Asset-Based Revolving Credit Agreement are unconditionally guaranteed by substantially all existing and future, direct and indirect, wholly-owned material restricted domestic subsidiaries of TPCGI, subject to certain exceptions, including, any applicable legal, regulatory or contractual constraints and to the requirement that such guarantee will not cause material adverse tax consequences.

The borrowers under the ABL are jointly and severally liable for all borrowings and other obligations thereunder.  Pursuant to a Pledge and Security Agreement, dated as of August 2, 2019, among Parent, TPCGI, the subsidiary grantors and Bank of America, N.A., as administrative agent and collateral agent, and any additional borrowers that may become party thereto from time to time, such obligations and the guarantees of such obligations are secured, subject to permitted liens and other exceptions, by:

- a first-priority lien on the following:

  (a)    accounts receivable, including those arising from the sale of inventory and other goods and services (including related contracts and contract rights, inventory, tax refunds, cash and cash equivalents);

  (b)    inventory;

  (c)    intercompany notes and intellectual property and other intangible assets to the extent attached to or necessary to sell any of the foregoing;

(d)    deposit and investment accounts (and all cash, checks and other negotiable instruments, funds and other evidences of payment held therein, but not any identifiable proceeds of Notes First Priority Collateral (as defined below));

(e)    to the extent evidencing, governing, securing or otherwise related to any of the foregoing and the other Revolver First Priority Collateral (as defined below), all documents, general intangibles (excluding intellectual property), instruments, investment property (but not stock in subsidiaries or equity interest in any limited liability company or other entity constituting Notes First Priority Collateral), commercial tort claims, letters of credit, supporting obligations and letter of credit rights;

(f)    all loans payable by a grantor to any other grantor to the extent made using proceeds of advances under the ABL Facility;

(g)    books and records, documents, supporting obligations, chattel paper, instruments, payment intangibles and general intangibles relating to any of the foregoing; and

(h)    all proceeds and products of any or all of the foregoing in whatever form received, in each case above subject to certain qualifications and exclusions (collectively, the "Revolver First Priority Collateral"); and

- a second-priority lien on assets not constituting Revolver First Priority Collateral subject to certain qualifications and exclusions (the "Notes First Priority Collateral").

The ABL contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- incur additional indebtedness;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets;

- pay dividends and distributions or repurchase its capital stock;

- make investments, loans or advances;

- prepay certain indebtedness;

- engage in certain transactions with affiliates;

- designate certain subsidiaries as restricted or unrestricted by the covenants; and

- change its lines of business.

In addition, at any time when an event of default is continuing or the aggregate amount available under the ABL is less than the greater of (a) 12.5% of the lesser of (1) the total commitments and (2) the borrowing base and (b) $12.5 million (or a lesser amount if a significant asset sale has occurred), TPCGI will be required to maintain a minimum fixed charge coverage ratio of 1.0:1.0.

The ABL also contains a customary "holding company" covenant that restricts Parent's ability to take certain actions and contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the ABL, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion by Parent or a borrower of any such invalidity), change of control and loss of lien perfection or priority.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes are due August 1, 2024 and interest will be paid semi-annually in arrears on February 1 and August 1.

*Indenture Governing the 10.5% Notes*

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 02, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.5% Indenture").

The 10.5% Notes are guaranteed by all of TPCGI's existing or future direct and indirect domestic subsidiaries other than certain excluded subsidiaries (the "guarantors") that guarantee obligations under the ABL.

The 10.5% Notes are TPCGI's and the guarantees are the guarantors' senior secured obligations and rank senior in right of payment to all of TPCGI's and the guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.5% Notes effectively senior to TPCGI's and the guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.5% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.5% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the guarantors' assets (in each case, other than TPCGI's and the guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the 10.5% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the guarantors' assets that secure our ABL on a first-priority basis.

The 10.5% Notes become redeemable as of August 1, 2021 at the redemption prices specified in the 10.5% Indenture. The redemption price for the period from (and including) August 1, 2021 through July 31, 2022 is 107.875% and for the period from (and including) August 1, 2022 through July 31, 2023 is 103.938%. The 10.5% Notes become redeemable at par as of August 1, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.5% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any. In addition, at any time prior to August 1, 2021, TPCGI may redeem, subject to certain conditions, up to 35% of the 10.5% Notes at a redemption price of 110.50% with the net cash proceeds from one or more equity offerings.

The 10.5% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.5% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency. Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.5% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.5% Notes to be due and payable.

On February 2, 2021 we issued $153 million of 10.875% Senior Secured Notes and repaid the $70 million New Term Loan we had in place with Apollo Global Management to provide additional liquidity against any uncertainty around timing of future insurance recoveries, including business interruption recoveries, over the next year.

**CONFIDENTIAL**

**NOTE I – REVENUE**

We operate in two principal business segments, C4 Processing and Performance Products. The following table disaggregates revenue for each segment by major activity and by domestic and foreign.

|  | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
|  | | 2020 | | 2019 | | 2018 |
| **Revenue by segment** | | | | | | |
| C4 Processing | | | | | | |
| Product sales | $ | 382,557 | $ | 889,744 | $ | 1,012,450 |
| Process revenue | | 2,228 | | 6,208 | | 6,190 |
| Terminalling revenue | | 7,164 | | 8,916 | | 9,828 |
| Service fees | | 2,386 | | 5,818 | | 5,518 |
| Shipping and handling | | 12,846 | | 11,518 | | 9,178 |
|  | $ | 407,181 | $ | 922,204 | $ | 1,043,164 |
|  | | | | | | |
| Performance Products | | | | | | |
| Product sales | | 328,160 | | 524,213 | | 563,500 |
| Terminalling revenue | | 75 | | 150 | | 3,226 |
| Shipping and handling | | 15,974 | | 18,359 | | 16,945 |
|  | $ | 344,209 | $ | 542,722 | $ | 583,671 |
|  | $ | 751,390 | $ | 1,464,926 | $ | 1,626,835 |
|  | | | | | | |
| **Revenue by geographic location** | | | | | | |
| United Sates | $ | 711,818 | $ | 1,341,470 | $ | 1,483,515 |
| All foreign countries | | 39,572 | | 123,456 | | 143,320 |
|  | $ | 751,390 | $ | 1,464,926 | $ | 1,626,835 |

**NOTE J – PORT NECHES INCIDENT**

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues including a settlement conference scheduled for August 2021.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies. However, we are unable to estimate a liability associated with such claims at this time.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses,

54

CONFIDENTIAL

damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,500 property claims have been resolved and approximately 1,600 additional eligible claims are working through the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, sixty-one private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-seven of the sixty-one private party lawsuits, including approximately 565 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. A hearing on class certification is not expected before Q4 2021 at the earliest.

Four different sets of insurance policies, under the insurance coverage we had in effect at the time, provide coverage for costs and losses incurred as a result of the Port Neches incident. Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million and certain categories of costs are subject to varying coverage sub-limits. In addition, the policies contain a 45-day waiting period before business interruption qualifies for coverage. As of December 31, 2020, we have paid $67.7 million of costs and collected $160.0 million under this policy, of which $12.1 million has been specifically designated as business interruption coverage and $147.9 million has been designated as an unallocated payment on account. Of the unallocated proceeds of $147.9 million, $36.7 million are recorded as a deferred gain due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2020 and 2019 total $58.0 million and $64.7 million, respectively. Of these costs we currently estimate that $111.2 million will be recoverable.

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of December 31, 2020, we have incurred third-party claim amounts of $165.0 million, have paid $120.7 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $49.8 million and we have collected $15.3 million of this amount. We anticipate collecting a total of $35.2 million for these expenses. Costs recorded under this policy in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million.

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of December 31, 2020, we have incurred and paid $51.1 million of these costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million of these costs in 2019 and an additional $28.0 million in 2020.

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.4 million. We expect to recover the fair market value at the time of the event on these materials.

Costs that we will not recover from insurance include turnaround amortization, fines, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

On January 13, 2021 we executed an additional unallocated Proof of Loss for $40.0 million under our property and business interruption policies and received the funds in January and February 2021. As of the issuance of this 2020 Annual Report (i.e. March 24, 2021), we have paid out $127.4 million on liability claims. Excluding claims, we have also paid approximately $178.9 million in response, defense, pollution, and other costs. Additional proceeds anticipated to cover book costs equal $280.6 million with additional recovery anticipated as a gain.

For the year ended December 31, 2020, we had recognized a net amount of losses and incurred costs of $50.1 million, which reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

For the prior year, ended December 31, 2019, we had recognized a net amount of losses and incurred costs $91.9 million, which

reflected $287.4 million in losses and incurred costs offset by $195.5 million of insurance proceeds, of which $10.0 million was received in 2019 and $185.5 million was recorded as an insurance receivable since recovery of that amount was determined to be probable. The net amount of $91.9 million consisted of a write-off of deferred turnaround costs of $19.0 million, insurance deductibles of $11.1 million and estimated liability claims expected to be in excess of our liability insurance coverage of $61.8 million.

**NOTE K – BUSINESS INTERRUPTION INSURANCE RECOVERY**

During the fourth quarter of 2018 the Company received $0.6 million in insurance proceeds, which represented the full amount of our Hurricane Harvey business interruption claim.

**NOTE L – COVID-19 EXPENSES**

The $1.9 million of COVID-19 expenses relate to costs incurred as a result of precautionary measures taken by the Company to prevent the spread of COVID-19 at TPC sites. The costs include protective gear for employees, increased sanitation of TPC sites, and enhancements to workspaces to promote safety.

**NOTE M – REPAIR AND OTHER EXPENSES RELATED TO DOCK INCIDENT**

These expenses of $1.5 million for the year ended December 31, 2018 consisted of a $0.25 million insurance deductible and uninsured logistics and legal expenses incurred as a direct result of the damage to the main dock at our Houston facility in June 2018. All temporary repair costs, except for the deductible, were offset by insurance proceeds received in 2018.

**NOTE N – FAIR VALUE**

Within the framework for measuring fair value, ASC 820, *Fair Value Measurements and Disclosures*, establishes a fair value hierarchy, which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. The standard defines the three levels of inputs used to measure fair value as follows:

- Level 1: Inputs are unadjusted quoted prices for identical assets or liabilities in active markets, which primarily consist of financial instruments, traded on exchange or futures markets.

- Level 2: Inputs are other than quoted prices in active markets (included in Level 1), which are directly or indirectly observable as of the financial reporting date, including derivative instruments transacted primarily in over-the-counter markets.

- Level 3: Unobservable inputs, which include inputs derived through extrapolation or interpolation that cannot be corroborated by observable market data.

As of December 31, 2020, and 2019, we had no outstanding assets or liabilities measured at fair value on a recurring basis except for the fair value of our pension plan assets and short-term investments which were measured using Level 1 and Level 3 inputs.

**CONFIDENTIAL**

## NOTE O – INCOME TAXES

The significant components of deferred tax assets and liabilities are shown below as of the dates presented (in thousands):

|  | December 31, | | | |
|  | 2020 | | 2019 | |
|---|---|---|---|---|
| Deferred tax assets: | | | | |
|    Loss and credit carryforwards | $ | 94,580 | $ | 94,612 |
|    Disallowed interest | | 47,761 | | 33,176 |
|    Accrued and other expenses | | 8,648 | | 5,679 |
|    Inventory | | 2,678 | | 2,030 |
|       Total deferred tax assets | | 153,667 | | 135,497 |
| Less:  Valuation allowance | | (27,703) | | - |
| Deferred tax assets less valuation allowance | $ | 125,964 | $ | 135,497 |
| Deferred tax liabilities: | | | | |
|    Property, plant and equipment | $ | (101,651) | $ | (100,750) |
|    Insurance proceeds receivable | | (10,610) | | (38,950) |
|    Deferred turnaround costs | | (8,512) | | (7,487) |
|    Prepaid expenses | | (4,462) | | (309) |
|    Intangible assets | | (729) | | (1,272) |
|       Total deferred tax liabilities | | (125,964) | | (148,768) |
|       Net deferred tax liability | $ | - | $ | (13,271) |

We analyze both positive and negative evidence available to us to provide a reasonable basis for us to assess the realizability of our deferred tax assets.  ASC 740 "Accounting for Income Taxes" requires that a valuation allowance be established for a deferred tax asset if it is more likely than not that the related tax benefit will not be realized.  Realization of deferred tax assets depends on the existence of sufficient taxable income of the appropriate character within the carryback and carryforward period available under the tax law.  Our assessment of the realizability of our deferred tax assets considered the following four sources of future taxable income:

- Future reversal of existing temporary differences;
- Future taxable income exclusive of reversing temporary differences and carryforwards;
- Taxable income in prior carryback years; and
- Tax planning strategies.

Reversal of exiting taxable temporary differences existing at December 31, 2020 would not generate sufficient taxable income to utilize our deferred tax assets as of that date as we were in a net deferred tax position of $27.7 million.

Regarding future taxable income, we considered our annual net operating losses since 2014 and the uncertainty of sufficient future taxable income to be objective evidence that is it more likely than not that the benefit of our deferred tax assets will not be fully realized.

We have no taxable income in carryback periods and do not have tax planning strategies that provide positive evidence that our deferred tax assets will be realized.

As a result of our analysis we have concluded that it is more likely than not that we will not realize the full benefit of our deferred tax assets and have therefore established a deferred tax asset valuation allowance of $27.7 million at December 31, 2020.

The primary components of our deferred tax assets at December 31, 2020 were $94.6 million related to net operating losses and credit carryforwards and $47.8 million related to the amount of temporarily disallowed interest deductions.  Our cumulative pretax net operating losses of $440.4 million consisted of $281.0 million of pre-2018 net operating losses and post-2017 pretax net operating losses of $159.4 million.  Pretax disallowed interest deductions for 2020, 2019 and 2018 were $69.5 million, $101.7 million and $56.3 million, respectively.  All pre-2018 net operating losses have a 20-year carryforward period and can be used to offset up to 100% of future taxable income in any year.  All post-2017 net operating losses and disallowed interest deductions can be carried forward indefinitely;

CONFIDENTIAL

however, the use of post-2017 net operating losses will be limited to 80% of future taxable income in any year.

Our deferred tax liabilities consist primarily of the tax effect of temporary differences between the book and tax basis of property plant and equipment, due to cumulative differences between book and tax depreciation, and the tax effect of cumulative differences between book and tax treatment of insurance proceeds in 2019 and 2020 related to the Port Neches incident

Our net operating loss for 2020 was $9.0 million, which reflects our pretax book loss of $203.9 million which was substantially offset by taxable temporary differences of $135.1 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $69.5 million. The book pretax loss reflects the significant loss of production and distribution capability resulting from the Port Neches incident as well as the negative impact of COVID-19 on demand for our products and the overall economy.

We have conducted an evaluation of tax positions taken on previous tax returns. Based on that evaluation, we concluded that it is more likely than not, based on the technical merits of our tax positions, that we are entitled to the economic benefits resulting from positions taken on our tax returns. Consequently, we have not recorded any liabilities related to uncertain tax positions and have not reversed any benefits previously recognized. Therefore, we have not recognized any interest or penalties related to uncertain tax positions.

We file a consolidated federal income tax return and state tax returns in Texas and Louisiana.

IRS audits of 2011, 2012 and 2013 were concluded during 2015 and by letter dated July 1, 2015, we were notified by the IRS that no changes would be needed to the tax returns filed for those years. All years subsequent to 2013 remain open for examination and we have not been notified by the IRS of any impending examinations.

In 2012, the Texas Comptroller of Public Accounts completed franchise tax audits for the fiscal years ended June 30, 2007, 2008 and 2009. Based on the results of those audits, the Texas Comptroller of Public Accounts and the Company reached a settlement pursuant to which the Company paid a total of $0.3 million in additional taxes and interest related to the three years covered by the audit. All years subsequent to fiscal 2009 remain open for examination and we have not been notified by the Texas Comptroller of Public Accounts of any impending examinations.

Our income tax benefit was comprised of the following for the periods presented (in thousands):

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2020 | 2019 | 2018 |
| Current: |  |  |  |
| Federal | $ (2,079) | $ (2,079) | $ - |
| State | (71) | 494 | 175 |
| Deferred |  |  |  |
| Federal | (41,214) | (8,936) | (14,079) |
| State | (84) | 283 | 206 |
| Valuation allowance | 27,703 | - | - |
| Income tax benefit | $ (15,745) | $ (10,238) | $ (13,698) |

**CONFIDENTIAL**

The provision for income taxes differs from the amount computed by applying the statutory federal income tax rate to income before income taxes.   The reasons for this difference are as follows for the periods presented (in thousands):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2020 | 2019 | 2018 |
| Loss before income taxes | $ (203,909) | $ (51,729) | $ (66,900) |
| Statutory federal income tax rate | 21% | 21% | 21% |
| Computed "expected" federal income tax benefit | (42,821) | (10,863) | (14,049) |
| Increase (decrease) in tax resulting from: |  |  |  |
| Credit for increasing research and development activities | (305) | (150) | (249) |
| State tax, net of federal benefit | (122) | 614 | 301 |
| Other, net | (200) | 161 | 299 |
| Valuation allowance | 27,703 | - | - |
| Total income tax benefit | $ (15,745) | $ (10,238) | $ (13,698) |

## NOTE P – SUPPLEMENTAL DISLOSURES OF CASH FLOW INFORMATION

Cash paid (received) for interest and taxes, for the periods presented, were as follows (in thousands):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2020 | 2019 | 2018 |
| Interest payments, net | $ 104,245 | $ 52,099 | $ 83,727 |
| Income tax payments (refunds), net | (1,662) | (1,912) | 121 |

## NOTE Q – COMMITMENTS AND CONTINGENCIES

We lease office space, dock space, tank cars, barges, tugboats and various types of equipment under non-cancelable operating leases expiring on various dates through December 2033.   The future minimum lease payments under non-cancelable operating leases, in excess of one year, at December 31, 2020 consisted of the following (in thousands):

| | |
|---|---|
| 2021 | $ 35,162 |
| 2022 | 33,058 |
| 2023 | 27,032 |
| 2024 | 16,172 |
| 2025 | 14,880 |
| 2026 and thereafter | 37,096 |
| | $ 163,400 |

Rent expense included in operating expenses and general and administrative expenses was $14.0 million, $13.7 million and $13.0 million for 2020, 2019 and 2018, respectively.   Rent expense included in cost of sales was $61.1 million, $53.6 million and $45.8 million for 2020, 2019 and 2018, respectively.

1.   *Purchase Commitments*

We have purchase commitments incident to the ordinary conduct of business.   The prices of such purchase commitments are based on indices, which are determined from the prevailing market rates for the associated products.   These commitments generally have provisions permitting cancellation upon satisfaction of notification requirements.

CONFIDENTIAL

## 2. *Legal Matters*

From time to time, we are party to routine litigation incidental to the normal course of our business, consisting primarily of claims for personal injury or exposure to our chemical products or feedstocks, and environmental matters. We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not be material to our financial condition, results of operations or cash flows. We record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of litigation. Many of the personal injury or product exposure lawsuits to which we are a party are covered by insurance subject to certain self-insured retention amounts.

Our contractual arrangements with our customers and suppliers are typically very complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation, and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier.

On December 10, 2020, the Company received a notice from a customer asserting a purported breach of the parties' MTBE sales agreement. The customer asserts that it had properly exercised the right of first refusal provided in the sales agreement and that the Company's subsequent agreement with another customer constitutes a breach of the sales agreement. The Company disputes and intends to aggressively defend the customer's possible claim. The parties are working to set up a mediation as required in the dispute resolution provisions of the sales agreement. No lawsuit has been filed.

As described above, we record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of the dispute resolution or litigation process. As of December 31, 2020, we have not recognized any material reserves related to unresolved disputes with customers and suppliers.

Sixty-one private party lawsuits, including five class actions, are pending in Texas state court related to the November 2019 incident at our Port Neches plant. The petitions bring a variety of claims sounding in negligence, gross negligence, nuisance, and trespass. The plaintiffs in these cases allege in the most general way that we were negligent and/or grossly negligent by breaching duties to, among other things, (1) maintain unspecified plant equipment, (2) develop, implement, and maintain proper procedures for storage of chemicals at the facility, and (3) warn the public concerning the risks and dangers of the chemicals maintained at the facility. The petitions also allege that these and other breaches caused damages, including property damage, medical care and expenses, pain and suffering, physical impairment, lost earnings, disfigurement, medical monitoring, mental anguish, and injury to business. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-seven of the sixty-one private party lawsuits, including approximately 565 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. A hearing on class certification is not expected before Q4 2021 at the earliest.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA.

Because these lawsuits, which we intend to vigorously defend, are in their early stages, we are unable to determine if a loss is probable or estimate the amount or range of potential loss and therefore have not established any reserves, but we believe the amounts involved may be material.

**CONFIDENTIAL**

Beyond the matters in active litigation, the Company has received other claims and demands, through its formal claims process and otherwise, from individuals, companies, and insurers claiming damages as a result of the incident. The Company is in the process of reviewing these claims. It is possible some of these claims may result in additional litigation.

3. *Environmental and Safety Matters*

Our Company is subject to federal, state, local and foreign laws, regulations, rules and ordinances from various governing agencies that regulate human health, safety, security and the environment. These include, for example:

- The federal Resource Conservation and Recovery Act ("RCRA") and comparable state laws that impose requirements for the generation, handling, transportation, treatment, storage, disposal and cleanup of waste from our facilities.

- The federal Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") also known as "Superfund," and comparable state laws that regulate the cleanup of hazardous substances that may have been released at properties currently or previously owned or operated by us or locations to which we have sent waste for disposal.

  - Under CERCLA and comparable State of Texas Laws, at this time TPC has not identified any liability of material significance for previously disposed substances and wastes, or for remediation of contaminated property to prevent future contamination.

- The federal Clean Water Act ("CWA") and analogous state laws and regulations that impose detailed permit requirements and strict controls on discharges of wastewater from our facilities.

- The federal Clean Air Act ("CAA") and comparable state laws and regulations that impose obligations related to air emissions, including federal and state laws and regulations that recently took effect or are currently under development to address greenhouse gas ("GHG") emissions.

  - At this time, we anticipate that the Environmental Protection Agency's ("EPA") recently adopted Boiler Maximum Achievable Control Technology ("MACT") regulation package will only require the Company to implement work practices, recordkeeping, and reporting, and will not require any substantial capital investments.

  - Regarding GHG emission requirements, the Company is subject to annual reporting of emissions and to air permitting for projects but currently is not subject to any other requirements.

  - Air quality standards intended to protect the environment, including the National Ambient Air Quality Standards ("NAAQS") promulgated by the EPA to address ambient air quality concerns, continue to evolve. The federal CAA requires that the EPA periodically review the science upon which the NAAQS are based and the standards themselves. As a result of this review, the EPA has in recent years lowered certain NAAQS, including the standards for sulfur dioxide, ozone and particulate matter, and may do so again in the future, for these or other pollutants. Changes to the NAAQS may increase the cost of our operations, require the installation of emissions controls, or reduce or delay available business opportunities.

- Chemical product safety regulation including the federal Toxic Substances Control Act ("TSCA") and the Emergency Planning and Community Right-to-Know Act ("EPCRA") that impose notification, reporting, record-keeping and testing requirements, and restrictions relating to chemical substances and/or mixtures as well as certain reporting on the storage, use and releases of hazardous chemicals to federal, state, and local governments.

  - TSCA reform legislation was enacted in June 2016, expanding EPA's authority to review and regulate new and existing chemicals. EPA's implementation of this legislation may increase the cost of our operations, require changes to our supply chain and logistics practices or delay available business opportunities.

  - Similar compliance laws related to chemical product safety in jurisdictions outside the United States where our products are distributed such as the European Union's regulatory framework concerning the Registration, Evaluation and Authorization of Chemicals (known as REACH), may increase the cost of our operations, require changes to our supply chain and logistics practices or delay available business opportunities.

  - In June 2013, the EPA finalized its second list of chemicals subject to its Endocrine Disruptor Screening Program ("EDSP") and included MTBE, a major product for the Company, in this final list. EPA will issue test orders to manufacturers of MTBE at some time in the future, at which time TPC will be required to embark on an initial two-year test program along with other MTBE manufacturers. TPC has joined a consortium with the other major manufacturers of MTBE to manage the test program and share costs. Based on the results of the initial testing

61

to determine if MTBE exhibits endocrine disrupting properties, EPA may decide some years in the future to include MTBE in a second round of tests to evaluate MTBE's potency as a potential endocrine disruptor.

- The Occupational Safety and Health Act and comparable state statutes, laws and regulations including OSHA's Process Safety Management standard which imposes requirements on regulated entities relating to the management of hazards associated with highly hazardous chemicals.

  - The Company expects to incur capital expenditures in the future as part of our ongoing baseline capital expenditure program to address the findings of ongoing process hazard assessments, including expenditures to upgrade equipment and instrumentation.

- United States Department of Homeland Security's Marine Transportation Security Act ("MTSA") which establishes standards for security at marine-based chemical facilities.

We are committed to maintaining compliance with applicable environmental, health, safety (including process safety) and security ("EHS&S") legal requirements, and we have developed policies and management systems intended to identify the various EHS&S legal requirements applicable to our operations and facilities. We work to enhance and assure compliance with applicable requirements, ensure the safety of our employees, contractors, community neighbors and customers, and minimize the generation of wastes, the emission of air contaminants and the discharge of pollutants. These EHS&S management systems also serve to foster efficiency and improvement and to reduce operating costs.

In the ordinary course of business, we undertake frequent environmental inspections and monitoring and are sometimes subject to investigations by governmental authorities. In addition, our production facilities require a number of environmental permits and authorizations that are subject to renewal, modification and, in certain circumstances, revocation. Actual or alleged violations of environmental laws or permit requirements or the discovery of releases of hazardous substances at or from our facilities could result in restrictions or prohibitions on plant operations, significant remedial expenditures, substantial civil or criminal sanctions, as well as, under some environmental laws, the assessment of strict and/or joint and several liability. Moreover, changes in environmental regulations or the terms of our environmental permits could inhibit or interrupt our operations or require us to modify our facilities or operations. Accordingly, environmental or regulatory matters may cause us to incur significant unanticipated losses, costs or liabilities.

In addition to the requirements imposed upon us by law, we also enter into other agreements from time to time with state and local environmental agencies either to avoid the risks of potential regulatory action against us or to implement improvements that exceed current legal requirements. To that end, in April 2015, we signed an Agreed Order with the TCEQ requiring us to achieve continued reductions in our emissions of butadiene and other volatile organic compounds at our Houston Facility and undertook a new five-year, $20 million incremental spending program on environmental performance projects. The Agreed Order is in effect for five years from the effective date of the order or until compliance with all terms and conditions of the order, whichever is later. We expect to implement the required measures and incur the incremental spending through a combination of (a) increases in our annual maintenance and capital expenditures throughout the five-year period and (b) additional expenditures in connection with our regularly scheduled turnarounds (typically occurring every three to four years). We expect to fund the incremental expenditures from our operations and/or from borrowings under the Revolving Credit Facility and do not expect the expenditures to have a material impact on our operations or liquidity.

The Company has agreed to indemnify third parties for environmental and other liabilities pursuant to various agreements, including asset divestiture agreements and leases. Many of these obligations contain monetary and/or time limitations, but others do not provide for those limitations. The Company is not aware of any probable and reasonably estimable losses associated with any of these obligations.

The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities.

**CONFIDENTIAL**

Such requests are typically the first step in EPA enforcement.   We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA.   The Company may have insurance coverage for some of the foregoing claims for environmental cleanup.

## NOTE R – EMPLOYEE BENEFITS

### 1. *Retirement Plan*

We sponsor a defined contribution plan that is available to all full-time employees on the date of hire.   The plan allows employees to contribute up to 60% of their base compensation to a tax-deferred fund not to exceed $19,500 for 2020, $19,000 for 2019, and $18,500 for 2018.

For non-represented employees, we match at the rate of one dollar for each dollar contributed by the employee up to 5% of the employee's annual earnings.   Non-represented employees also participate in our discretionary plan which, based on business performance, may contribute up to 6% of the employee's annual earnings.

For represented employees, we match at a rate of one dollar for each dollar contributed by the employee up to 7% of the employee's annual earnings.   Represented employees do not participate in the discretionary plan.

Company contributions for both non-represented and represented employees vest immediately.

Our expense to match employee contributions, including discretionary contributions, during the years ended December 31, 2020, 2019 and 2018 was $2.0 million, $5.6 million and $4.7 million, respectively.

### 2. *Stock Compensation Plans*

On December 29, 2012, Parent adopted the 2012 Long-Term Incentive Plan (the "2012 Plan"), which permits it to grant awards of profit interests to certain of the Company's officers and employees, in the form of Class B Management Interests and Class C Management Interests ("Class B and Class C Interests," collectively).   The Class B and Class C Interests under the 2012 Plan constitute performance-based awards, and the amount of payouts for these awards is based on the amount of distributable assets available upon the occurrence of an Exit Event (defined below) to the general and limited partners at the time of their disposal, distribution or sale of their ownership stake in the Company.

We utilized a Monte Carlo simulation model to estimate the grant date fair value of Class B and Class C Interests granted on December 29, 2012.   The key factors that will create value in these awards include: (1) the year of the "Exit Event" (either an initial public offering or subsequent public offering of the equity of the Company, or the merger, consolidation, sale of interests or sale of the Company), (2) the probability that an Exit Event will occur in a particular year, which is based on management's assessment of when this is likely to occur, (3) the probability that the Exit Event will result in a sufficient return on invested capital to trigger a payout to the Class B and Class C Interests, (4) the risk-free interest rate, which is based on the U.S. Treasury yield curve in effect at the time of grant with maturities equal to the grant's expected life, and (5) the ultimate exit value of the Company, which was estimated using a Monte Carlo simulation.

As of December 31, 2012, based on the results of the Monte Carlo simulation, we determined that no Exit Event timing or valuation is more probable than any other and, therefore, were unable to determine a grant date fair value for the awards granted under the 2012 Plan and did not recognize any expense related to the awards in the year ended December 31, 2012.   Additionally, there have been no changes in events or circumstances since that original assessment as of December 31, 2012 that allowed us to determine an Exit Event timing or valuation that is more probable than any other and, therefore, have been unable to determine a grant date fair value for any awards granted under the 2012 Plan.   Consequently, we did not recognize any expense related to the awards for the years ended December 31, 2020, 2019 and 2018.

The Company will continue to review the assumptions used to assess value of the awards granted under the 2012 Long-Term Incentive Plan and if at any point in the future we are able to determine a probable timing or valuation of an Exit Event we will value the awards and recognize compensation expense.

*Defined Benefit Pension Plan*

We sponsor a cash balance plan (the "Cash Balance Plan") for the benefit of represented employees at the Port Neches facility.   Participation in the Cash Balance Plan is subject to terms of negotiated contracts.   For participating employees, the Cash Balance Plan

benefit formula provides annual pay credits from 4% to 12% of eligible pay, depending on age and service, plus accrued interest. The plan's assets are maintained by trustees in separately managed portfolios consisting of equity and fixed income securities.

Provided below, as of and for the years ended, were the components of the changes in the benefit obligation and plan assets and a reconciliation of the funded status to the liabilities recognized in the consolidated balance sheets (in thousands):

|  | December 31, | |
|  | 2020 | 2019 |
| --- | ---: | ---: |
| Change in benefit obligation: | | |
| Benefit obligation at beginning of period | $ 22,647 | $ 19,082 |
| Service cost | 946 | 1,006 |
| Interest cost | 429 | 652 |
| Benefits paid | (6,231) | (1,112) |
| Actuarial loss | 1,119 | 3,019 |
| Plan amendments | (703) | - |
| Benefit obligation at end of period | 18,207 | 22,647 |
| Change in plan assets: | | |
| Fair value of plan assets at beginning of period | 14,777 | 12,176 |
| Actual return on plan assets | 317 | 1,615 |
| Employer contributions | 851 | 2,098 |
| Benefits paid | (6,231) | (1,112) |
| Fair value of plan assets at end of period | 9,714 | 14,777 |
| Unfunded status, end of period | $ (8,493) | $ (7,870) |
| Reconciliation of accrued liability: | | |
| Accrued liability at beginning of period | $ (367) | $ (1,080) |
| Net periodic pension cost for the period | (1,174) | (1,385) |
| Total one-time costs | (1,839) | - |
| Employer contributions | 851 | 2,098 |
| Accrued liability at end of period | (2,529) | (367) |
| Accumulated amounts recognized in OCI (before tax) | (5,964) | (7,503) |
| Net liability recognized in Consolidated Balance Sheets | $ (8,493) | $ (7,870) |

The net pension liability at both December 31, 2020 and 2019 were recorded in accrued liabilities.

On April 30, 2020, the Company terminated 68 employees as part of a Reduction in Force ("RIF") resulting from the Port Neches incident. The Cash Balance Plan was re-measured as of April 30, 2020 to reflect settlement accounting, retroactive plan amendments, and the RIF.

Two plan amendments were executed in 2020 and resulted in a $702.2 million decrease in the projected benefit obligation.

The one-time costs incurred of $1.8 million relate to the RIF and the resulting changes to the Cash Balance Plan. A curtailment gain of $0.5 million was triggered at the April 30, 2020 RIF when the Cash Balance Plan's expected future years of service decreased by 54%. Additionally, settlement accounting was triggered initially on April 30th when eligible employees elected a lump sum payment and the lump sum payouts from the Cash Balance Plan exceeded the expected sum of the plan's service cost and interest cost. Settlement accounting was triggered two more times in 2020 for total settlement charges of $2.4 million.

**CONFIDENTIAL**

Provided below, for the periods presented, were the components of net pension expense (in thousands):

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| Components of net pension expense: | | | | | | |
| Service cost | $ | 946 | $ | 1,006 | $ | 1,202 |
| Interest cost | | 429 | | 652 | | 490 |
| Expected return on assets | | (753) | | (681) | | (789) |
| Amortization of prior service cost | | (43) | | (35) | | - |
| Amortization of net actuarial loss | | 595 | | 443 | | 135 |
| | $ | 1,174 | $ | 1,385 | $ | 1,038 |

The projected net pension expense for the year ending December 31, 2021 consists of the following components (in thousands):

| | | |
|---|---|---|
| Service cost | $ | 728 |
| Interest cost | | 299 |
| Expected return on assets | | (634) |
| Amortization of prior service costs | | (47) |
| Amortization of net actuarial loss | | 503 |
| | $ | 849 |

The following actuarial assumptions were used to determine benefit obligations as of the dates presented:

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Discount rate | 1.81% | 2.70% |
| Rate of compensation increase | 4.00% | 4.50% |

The following actuarial assumptions were used to determine net periodic benefit cost for the periods presented:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Discount rate | 2.70% | 3.81% | 3.14% |
| Expected return on plan assets | 6.50% | 6.50% | 6.50% |
| Rate of compensation increase | 4.50% | 4.50% | 4.50% |

The measurement date for our Cash Balance Plan is as of the end of our fiscal year. Our Cash Balance Plan assets are managed by outside investment managers. Our investment strategy with respect to the Cash Balance Plan assets is to maximize returns while preserving principal. At December 31, 2020, Cash Balance Plan assets were invested 89.0% in equity mutual funds, 7.9% in fixed income mutual funds and 3.1% in cash equivalents. The expected return on assets assumption was determined based on the anticipated performance of the various asset classes in the Cash Balance Plan's portfolio.

The following table presents the Cash Balance Plan assets using the fair value hierarchy as of December 31, 2020. The fair value hierarchy has three levels based on the reliability of the inputs used to determine fair value. See Note N for a brief description of the three levels under the fair value hierarchy.

**CONFIDENTIAL**

| Category | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Cash and equivalents | $ 302 | $ 302 | $ - | $ - |
| Mutual funds - equity | 8,643 | 8,643 | - | - |
| Mutual funds - fixed income | 769 | - | - | 769 |
| | $ 9,714 | $ 8,945 | $ - | $ 769 |

Provided below, for the periods presented, are benefit payments expected to be paid to eligible plan participants under our Cash Balance Plan (in thousands):

| | |
|---|---|
| 2021 | $ 3,429 |
| 2022 | 557 |
| 2023 | 1,827 |
| 2024 | 539 |
| 2025 | 1,707 |
| 2026 and thereafter | 7,703 |

**NOTE S – CONCENTRATION RISKS**

We had sales to customers outside the United States during years ended December 31, 2020, 2019 and 2018 of $39.6 million, $123.5 million and $143.2 million, respectively. Our top five customers accounted for an aggregate of 47.2%, 43.3%, and 50.6% of our revenues for years ended December 31, 2020, 2019 and 2018, respectively.

Sales to customers who accounted for at least 10% of our sales for the periods presented were as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Trafigura Trading, LLC | 15% | * | * |
| Afton Chemical Corporation | 11% | * | * |
| Lukoil Pan Americas, LLC | * | 14% | 17% |
| Goodyear - SRI Global | * | 10% | 10% |

* Less than 10%

We perform ongoing credit evaluations of our customers and generally do not require collateral for accounts receivable. Historically, our credit losses have been minimal.

Customers who accounted for at least 10% of our accounts receivable balance, as of the dates presented were as follows:

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Afton Chemical Corporation | 18% | 15% |
| Goodyear - SRI Global | 12% | * |

* Less than 10%

CONFIDENTIAL

A small number of suppliers for our feedstocks account for a significant percentage of our feedstock purchases. Our top five suppliers accounted for an aggregate of 65.6%, 48.3%, and 46.5% of our vendor feedstock purchases in the years ended December 31, 2020, 2019 and 2018, respectively.

Some of the employees at our Port Neches facility are covered by collective bargaining agreements that expire on January 31, 2022. To the extent that we experience work stoppages in the future as a result of labor disagreements, a prolonged labor disturbance at one or more of our facilities could have a material adverse effect on our operations.

## NOTE T – SUBSEQUENT EVENTS

### *Technical Center Fire*

Early on the morning of January 9, 2021, the TPC Houston operations team responded to a fire alarm in the Technical Center. The Technical Center, located on the southwest side of the facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded to the incident with assistance from the Houston Fire Department. The Company coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts; however, one emergency responder sustained an injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. Fortunately, over 75% of the equipment is salvageable, but, in the absence of a functioning laboratory the Company had to secure short term outsourcing solutions for all of the quality control testing needs. Since late February, however, we have replaced the majority of the outsourced testing by inhouse testing in a combination of TPC and rental facilities, substantially reducing the incremental costs. Between response costs, outsourcing costs, rental expenses and the cost of rebuilding the Technical Center, we estimate that the fire will cost the Company approximately $11.5 million.

### *C4 Processing Agreement*

In January 2021 TPC signed a long-term contract with a third-party crude C4 toll processor and began sending crude C4's to this processor through enhancements made to the Port Neches terminal in the second phase of the refurbishment of these assets. The agreement uses TPC Group's logistic and storage facilities, along with its commercial agreements for feedstock and product sales, to supply a steady stream of crude C4's to the third-party processor. The agreement uses available butadiene extraction capacity to process the Crude C4 and return the finished butadiene and raffinate products to TPC Group for distribution.

### *Refinancing*

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

### *10.875% Notes*

On February 2, 2021 the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein. Simultaneously, TPCGI issued and sold $153 million aggregate principal amount of the 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021. The 10.875% Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL Facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties.

### *February Weather Event*

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather.

CONFIDENTIAL

Due to the extreme weather, our facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs.   We anticipate that the total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, will be between $50 million and $60 million.

#######

**EXHIBIT 29**



# TPC Group Inc.
# QUARTERLY REPORT
### Quarter ended June 30, 2021

**CONFIDENTIAL**

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| Definitions of Terms | 3 |
| Explanatory Note | 4 |
| Cautionary Note Regarding Forward-Looking Statements | 5 |
| EBITDA and Adjusted EBITDA | 6 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 7 |
| Condensed Consolidated Financial Statements | 25 |

Exhibits

Exhibit I – TPC Group Inc. Annual Report for the year ended December 31, 2020

CONFIDENTIAL

# DEFINITIONS OF TERMS

Capitalized and other terms used throughout this Quarterly Report, unless the specific context otherwise requires or indicates have the meanings ascribed to them below:

- **ABL** – our asset-based loan facility originally entered in December 2012, which was repaid, amended, and restated in conjunction with the refinancing of our debt on August 2, 2019 and again amended on February 2, 2021 to permit the issuance of the 10.875% Notes. The ABL is scheduled to mature in August 2024. For a detailed description of the ABL see Note G to our condensed consolidated financial statements on pages 33–38 of this Quarterly Report for the quarter ended June 30, 2021;

- **ASC** - Accounting Standards Codification, which is the sole source of authoritative generally accepted accounting principles in the United States, other than rules and regulations issued by the Securities and Exchange Commission (SEC) that apply to SEC registrants;

- **ASU** - Accounting Standards Update, which the Financial Accounting Standards Board (FASB) issues to communicate changes to the ASC. ASUs are not authoritative standards;

- **Company, us, we, and our** - TPC Group Inc. and its subsidiaries;

- **GAAP** – Generally Accepted Accounting Principles in the United States;

- **Gross profit contribution ("GPC")** - as used herein, is defined as revenue less cost of sales as reported in our consolidated statements of operations and comprehensive income. GPC is the residual amount that is available, after deducting the variable costs to produce and distribute our products from revenue, to cover all other expenses;

- **Holdings** - TPC Holdings Inc., a Delaware corporation, which, upon consummation of the Merger, became the direct parent of TPCGI. Holdings and Parent are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Merger** – the December 20, 2012 merger of Sawgrass Merger Sub Inc., a Delaware corporation, which merged with and into TPCGI, with TPCGI surviving the Merger as a direct wholly-owned subsidiary of Holdings and an indirect wholly-owned subsidiary of Parent;

- **New Term Loan** – the Delayed Draw Term Loan Facility entered into on February 3, 2020, which provided for a delayed draw term loan of up to $70 million for a term of one year, and which the outstanding balance of $70 million was repaid with the net proceeds from issuance of the 10.875% Notes;

- **Old Term Loan –** the Senior Secured Delayed Draw Term Loan Facility, scheduled to mature in December 2020, for which the outstanding balance of $50 million was repaid with the net proceeds from issuance of the 10.5% Notes and which was terminated in conjunction with the refinancing of our debt on August 2, 2019;

- **Parent** - Sawgrass Holdings LP, a Delaware limited partnership, which, upon consummation of the Merger became the direct parent of Holdings and indirect parent of TPCGI. Parent and Holdings are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Sponsors -** First Reserve Management, L.P. and SK Capital Partners;

- **TPCGI** - TPC Group Inc., a Delaware corporation, not including any of its subsidiaries;

- **TPCGLLC** - TPC Group LLC, a Texas limited liability company and the principal subsidiary of TPCGI;

- **TPCPF** - TPC Phoenix Fuels LLC, a Texas limited liability company and wholly owned subsidiary of TPCGLLC;

- **8.75% Notes** – the $805 million principal amount of Senior Secured Notes due in December 2020, which were redeemed with the net proceeds from issuance of the 10.5% Notes in conjunction with the refinancing of our debt on August 2, 2019;

- **10.5% Notes** – the $930 million principal amount of Senior Secured Notes due August 1, 2024 issued in conjunction with the refinancing of our debt on August 2, 2019. For a detailed description of the 10.5% Notes see Note G to our condensed consolidated financial statements on pages 33–38 of this Quarterly Report for the quarter ended June 30, 2021;

- **10.875% Notes** – the $153 million principal amount of Senior Secured Notes due August 1, 2024, which were issued on February 2, 2021 and for which a portion of the proceeds were used to repay and terminate the New Term Loan. For a detailed description of the 10.875% Notes see Note G to our condensed consolidated financial statements on pages 33–38 of this Quarterly Report for the quarter ended June 30, 2021.

CONFIDENTIAL

## EXPLANATORY NOTE

This Quarterly Report is highly confidential and has been prepared pursuant to the terms of the Indenture (the "10.5% Indenture") dated as of August 2, 2019, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.5% Notes, as amended by the Supplemental Indenture dated as of February 2, 2021, and the Indenture (the "10.875% Indenture" and collectively with the 10.5% Indenture, the "Indentures") dated as of February 2, 2021, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and the U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.875% Notes. Unlike companies with securities that are registered under the Securities Exchange Act of 1934 (the "Exchange Act") or traded on a national securities exchange, the Company is not required to file reports with the Securities and Exchange Commission and, except as provided under the Indentures, the Company is not required to deliver any reports to holders of its securities. As a result, this Quarterly Report does not include all the information that would be required to be included in a Quarterly Report on Form 10-Q that is filed pursuant to the Exchange Act, including, among other things, a description of the material risks faced by the Company. Moreover, this Quarterly Report does not include all the information that may be material to holders of the Company's securities, including the 10.5% Notes, and should not be relied upon by any person in making an investment decision with respect to the Company's securities. Except as strictly required pursuant to the terms of the Indentures, the Company undertakes no obligation to update or revise any information contained in this Quarterly Report. The Company's Annual Report for the year ended December 31, 2020, which is attached hereto as Exhibit I, is included for informational purposes only and has not been updated or revised.

This Quarterly Report shall not constitute an offer to sell, or the solicitation of an offer to buy, any securities of the Company, including the 10.5% Notes and the 10.875% Notes. Distribution of this Quarterly Report to any person other than holders of the 10.5% Notes and the 10.875% Notes is unauthorized and any disclosure of any of its contents without the Company's prior written consent is prohibited. By accepting delivery of this Quarterly Report, you agree to the foregoing and not to make any photocopies, in whole or in part, of this Quarterly Report or any documents or materials relating to the Company that are provided in connection with this Quarterly Report.

CONFIDENTIAL

# CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Quarterly Report contains forward-looking statements that do not directly or exclusively relate to historical facts. You can typically identify forward-looking statements by the use of forward-looking words, such as "will," "may," "might," "should," "can," "could," "project," "believe," "anticipate," "expect," "estimate," "continue," "potential," "plan," "forecast" and other words of similar import. Forward-looking statements include information concerning possible or assumed future results of our operations, including the following:

- business strategies;
- operating and growth initiatives and opportunities, including proposed capital projects;
- existing and expected competition and competitive position;
- market outlook and trends in our industry;
- expected financial condition;
- future cash flows, including insurance proceeds;
- financing sources and availability;
- expected results of operations;
- future capital and other expenditures;
- availability and price of raw materials and inventories;
- the business cyclicality of the petrochemicals industry;
- effects of seasonality;
- plans and objectives of management or the sponsors;
- future compliance with orders and agreements with regulatory agencies;
- environmental matters;
- the impact of the COVID-19 pandemic on the global economy;
- expected outcomes of insurance settlements, legal, environmental or regulatory proceedings and their expected effects on our results of operations;
- expectations, strategies and plans for individual assets and products (including the ability to maintain plant utilization rates), business segments and the company as a whole;
- anticipated restructuring, divestiture and consolidation activities;
- cost reduction and control efforts and targets;
- compliance and other costs and potential disruption or interruption of production or operation due to accident, interruptions in sources of raw materials, cyber security incidents, terrorism, political unrest, natural disasters or other unforeseen events; and
- any other statements regarding future growth, future cash needs, future operations, business plans and future financial results.

These forward-looking statements represent our intentions, plans, expectations, assumptions and beliefs about future events and are subject to risks, uncertainties and other factors, including risks and uncertainties such as volatility in the petrochemicals industry, limitations on the Company's access to capital, the timing and amount of insurance proceeds received, the effects of competition, leverage and debt service, general economic conditions, third-party claims, governmental litigation and investigations, and extensive environmental, health and safety laws and regulations. Many of those factors are outside of our control and could cause actual results to differ materially from the results expressed or implied by the forward-looking statements.

In light of these risks, uncertainties and assumptions, the events described in the forward-looking statements might not occur or might occur to a different extent or at a different time than we have described. Except as may be required by applicable law or agreement, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

CONFIDENTIAL

**EBITDA AND ADJUSTED EBITDA**

EBITDA and Adjusted EBITDA are not measures computed in accordance with GAAP. A non-GAAP financial measure is a numerical measure of historical or future financial performance, financial position or cash flows that excludes amounts, or is subject to adjustments that have the effect of excluding amounts, that are included in the most directly comparable measure calculated and presented in accordance with GAAP in the balance sheets, statements of operations, or statements of cash flows (or equivalent statements); or includes amounts, or is subject to adjustments that have the effect of including amounts, that are excluded from the most directly comparable measure so calculated and presented.

We are including a presentation of EBITDA and Adjusted EBITDA in this Quarterly Report because their presentation is required under the Indenture governing the New Notes. In addition, the Indenture governing the New Notes contains debt incurrence ratios that are calculated by reference to Adjusted EBITDA. Non-compliance with the debt incurrence ratios contained in the Indenture would prohibit us from being able to incur additional indebtedness other than pursuant to specified exceptions.

We calculate EBITDA as earnings before interest, taxes, depreciation and amortization and we calculate Adjusted EBITDA as EBITDA, adjusted to remove or add back certain items, including the impact of butadiene price changes. These items are identified below in the reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss), the GAAP measure most directly comparable to EBITDA and Adjusted EBITDA. Our calculation of EBITDA and Adjusted EBITDA may be different from the calculations used by other companies; therefore, they may not be comparable to other companies.

The following table provides a reconciliation of EBITDA and Adjusted EBITDA to Net Loss for the periods specified (in thousands).

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| **Net income (loss)** | $ (46,665) | $ (37,500) | $(119,956) | $ (88,903) |
| Income tax expense (benefit) | (10,394) | (10,966) | (29,150) | (22,947) |
| Interest expense, net | 30,413 | 28,817 | 58,570 | 54,254 |
| Depreciation and amortization (1) | 19,091 | 18,026 | 38,419 | 33,623 |
| **EBITDA** | (7,555) | (1,623) | (52,117) | (23,973) |
| Impact of butadiene price changes (2) | (3,139) | 9,761 | (3,194) | 10,574 |
| Port Neches Incident (3) | 30,139 | 2,907 | 35,066 | 26,019 |
| Non-recurring items (4) | 7,142 | - | 70,650 | - |
| **Adjusted EBITDA** | $ 26,587 | $ 11,045 | $ 50,405 | $ 12,620 |

(1)  Includes depreciation, amortization of deferred turnaround and catalyst costs and amortization of patents for all periods presented.

(2)  Adjustment to remove the estimated temporary impact on our operating results of month-to-month changes in the contract price of butadiene. For further discussion see "Management's Discussion and Analysis of Financial Condition and Results of Operations".

(3)  Adjustment to remove the losses and costs incurred, net of actual and probable insurance recoveries, for the three and six months ended June 30, 2021 and 2020, respectively, as a direct result of the Port Neches incident (discussed on pages 9-12).

(4)  Adjustments to remove the impact of certain non-recurring items. Such non-recurring items for the three and six months ended June 30, 2021 include $6.7 million and $69.9 million, respectively, of costs and volume adjustments related to February's freeze event and incremental expenses directly related to our response to the COVID-19 pandemic of $0.1 million and $0.3 million, respectively.

CONFIDENTIAL

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the unaudited condensed consolidated financial statements and accompanying notes included in this Quarterly Report for the quarter ended June 30, 2021, as well as the audited consolidated financial statements and related notes included in our Annual Report for the year ended December 31, 2020 (attached as Exhibit I).

**Overview**

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 9-12).

We also provide critical infrastructure and logistics services along the Gulf Coast. Our Houston processing facility, as well as our terminals, provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. For a more detailed discussion, see page 9 of our Annual Report for the year ended December 31, 2020 (attached as Exhibit I).

**Material Industry and Business Trends**

For a detailed historical perspective of material industry trends, see "Management's Discussion and Analysis of Financial Condition and Results of Operations' on pages 9, 10 and 11 of our Annual Report for the year ended December 31, 2020 (attached as Exhibit I).

**Current Market and Business Conditions**

On March 11, 2020, the World Health Organization declared the ongoing COVID-19 outbreak a pandemic and recommended containment and mitigation measures worldwide.

For employees who are considered essential and are working in plants, we continue to adhere to, at a minimum, government recommended protocols and best practices related to social distancing, hygiene and the use of additional personal protective equipment. TPC's Crisis Management Team ("CMT") has helped to safely mitigate exposure risk by quickly identifying and isolating any confirmed cases amongst our employees. These measures have not only enabled us to continue to operate our facilities safely but have also helped TPC maintain a largely consistent supply chain. Additionally, the CMT has worked closely with senior leadership to tailor a comprehensive Return to Workplace plan for each site. At the time of this filing, a significant portion of TPC's workforce (non-essential workers) continue to work remotely from their homes but we expect fewer and fewer employees to work remotely on a full-time basis as we move further into the third quarter of this year. Our employees' health and well-being continue to remain a key priority.

For the most part, the effects of COVID-19 on our operating results have dissipated. Demand in most business segments, with exception of our fuels business, is now back to pre-COVID levels and commodity pricing has recovered. Crude oil prices are now above pre-COVID levels and supply-demand fundamentals have improved, which was beneficial to product prices and margins in the second quarter of 2021.

Despite the resolution of the COVID related challenges, we have experienced several setbacks in the second quarter and continuing into the third quarter as we are dealing with the after-effects of the first quarter freeze and several other operational issues. Specifically, one of our PIB units was delayed in starting back up and did not return to service until mid-April. We also experienced fouling in a

major column used in butadiene service, forcing us to place an alternative column in service. While fortunate to have this backup capability, it did reduce butadiene production rates which limited our sales volumes for the second quarter in this segment. Additionally, while proactively changing out a valve in our dehydro unit, we experienced an issue with one of our waste heat boilers which lengthened the planned four-day outage to thirteen days. This resulted in lower MTBE sales in the month of June.

Along with the rebound in crude oil prices, most other commodity prices have also recovered and resulted in some tailwinds for our business in the second quarter. We expect this to continue in the third quarter. With regards to our fuels segment, demand is weak in our raffinate business, which we sell to refiners for alkylate production. With lesser jet and diesel fuel demand, refiners have adjusted their operations producing more of their own butylenes for alkylation and, thus, impacting our sales. We built significant inventory during the second quarter and the expected lower net realizable value has resulted in the lower-of-cost-or-market adjustment ("LCM adjustment") you see in our financials. We continue to look for new outlets and have recently found an export opportunity as well as co-cracking interest from the olefins industry, which along with increasing demand for jet fuel, should help our inventory levels, be it at potentially lower than normal sales prices.

The impacts of COVID-19, the global oil and trade wars, and the fallout from the Port Neches plant explosion all converged to create challenges in the market that influenced commodity prices and spreads in 2020. The biggest impacts to our business were in the butadiene, PIB and MTBE segments. Demand has improved in all areas, partly due to the effects of the freeze which limited product availability in many areas of the chemical industry, and the market has rebounded solidly in all areas except the raffinate market as previously discussed. MTBE margins during the second quarter were back to pre-COVID levels and approached five-year highs during the quarter. Working with our MTBE offtake customer, we were successful in locking in gasoline to isobutane spreads near five-year highs on half of our volumes for the May-September months. While demand continues to be solid, early in the third quarter, strong isobutane and methanol pricing have impacted our margins for MTBE. Butadiene pricing, due to very strong demand and supply limitations, is at levels not seen since the first quarter of 2017. Coming out of the February freeze impact, rubber and tire inventories were at extremely low levels. Since the short-term price drop in February, butadiene pricing has risen from a contract level of 41.5 cents per pound, to 62 cents per pound in June, 72 cents per pound in July and 90 cents per pound in August.

Demand for butene-1 has been solid throughout the COVID-19 outbreak and continues to be strong so far in 2021. Upcoming catalyst and operational changes will increase production capabilities in the fourth quarter by 10-15%. Recent steam issues at our Houston plant forced us to reduce rates in various units, which impacted butadiene, butene-1 and MTBE volumes in July and early August.

In response to the loss of our Port Neches crude C4 processing capacity, in January 2021 we signed a long-term contract with BASF-TOTAL Petrochemical ("BTP") for crude C4 processing and began sending crude C4's to the BTP through enhancements made to our Port Neches terminal during the second phase of our terminal project. We are now receiving butadiene back from the BTP. In June we were able to increase volumes from the BTP over 60% and in early July have demonstrated another 20% in throughput volume. Work continues at our Port Neches terminal where we are adding additional tankage and pumping capabilities to allow us to sustain the early July volumes and to enable us to achieve another 20% growth milestone in the second quarter of 2022.

Demand for PIB was at record levels in January 2021. Like other product areas, our PIB business was impacted by the freeze. Coming out of the freeze, all customers were at extremely low levels of inventory in their supply chain. Demand for most product areas, particularly fuel and lubricant additives, is very strong. In the industrial segment, which includes caulks, sealants and adhesives, demand has also strengthened. As a result, second quarter sales volumes were at a level that, even with the production/sales impacts of the freeze, we are forecasting that we will now exceed our operating plan for the year. Thanks to solid production, our inventories continue to rebound and will allow us to take on this increase in demand across all market segments.

### Dock Incident – 2018

On June 13, 2018, an ocean-going bulk carrier navigating in the Port of Houston Ship Channel veered off course and struck a barge stationed at our primary Houston facility dock. The incident caused substantial damage to both the barge and the dock facilities. There were no significant injuries and there was no environmental impact from the incident.

The damaged dock was returned to full barge and ship service in August 2018 after temporary repairs of approximately $5 million which, excluding a $0.25 million deductible, were reimbursed from insurance proceeds in September 2018. The insurance proceeds were accounted for as an offset to the actual dock repair costs. The total amount of the insurance deductible and uninsured logistics and legal expenses recognized in our reported 2018 earnings was $1.5 million and the margin on estimated lost sales volume was approximately $6.0 million. The revenue and cost of sales related to the lost sales volume for the C4 Processing segment were estimated to be $4 million and $2 million, respectively, and for the Performance Products segment were estimated to be $13 million and $9 million, respectively.

Legal agreements with the Port Authority for the additional land needed to rebuild the dock have been finalized and we expect to receive the permit in the next few weeks. All of the design packages have been finalized and provided to the insurance carriers;

CONFIDENTIAL

however, we are waiting for final agreement on two remaining items before beginning construction, hopefully sometime in the fourth quarter of 2021. We anticipate that the entire cost, which we currently estimate to be $30-$35 million, will be reimbursed by our insurance carriers.

### Port Neches Incident – 2019

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues including a mandatory settlement conference scheduled for August 5-6, and 24-26, 2021.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice has initiated an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,670 property claims have been resolved and approximately 1,430 additional eligible claims are pending action by the claimant in the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, sixty-seven private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with over 1650 individual plaintiff cases now pending. Twenty-nine of the sixty-seven private party lawsuits, including approximately 600 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 750 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in third quarter 2021 as the plaintiffs filed an amended master petition in Q2 2021 adding additional defendants. A hearing on class certification is not expected before Q4 2021 at the earliest.

Four different sets of insurance policies in effect at the time provide coverage for costs and losses incurred as a result of the Port Neches Incident.

On an event to date basis, TPC has incurred $434.1 million dollars of costs associated with the PNO Event and anticipates recovering $257.0 million of these costs through insurance proceeds. At the end of the first quarter of 2021 we anticipated collecting $278.0 million. The $21.0 million change in estimate is a result of lowering the probability of proceed collection based on current claim status. It does not constitute a view that these funds are not collectable, just that they do not currently meet the probability test. We have collected $372.8 million dollars of insurance proceeds and have paid out $316.1 million. Any proceeds collected in excess of book costs will be reflected as a deferred gain until the claim is fully settled.

CONFIDENTIAL

The following table summarizes the PNO Event spend and reimbursements, event to date, as of June 30, 2021 (in millions):

| Insurance Policies | Costs | Recovery | Net Costs | Proceeds Collected | Invoices Paid |
|---|---|---|---|---|---|
| Property/Business Interuption (BI) | $ 130.3 | $ 97.1 | $ 33.2 | $ 230.0 | $ 80.5 |
| Liability | 168.1 | 100.0 | 68.1 | 100.0 | 129.5 |
| Defense | 55.3 | 31.2 | 24.1 | 15.3 | 53.5 |
| Pollution | 51.8 | 25.0 | 26.8 | 25.0 | 46.6 |
| Inventory | 3.8 | 3.7 | 0.1 | 2.5 | - |
| Not Recoverable | 24.8 | - | 24.8 | - | 6.0 |
| Total | $ 434.1 | $ 257.0 | $ 177.1 | $ 372.8 | $ 316.1 |

*Property/Business Interruption Policies*

Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of June 30, 2021, we have paid $80.5 million of costs and collected $230.0 million under these policies, of which $12.1 million has been specifically designated as business interruption coverage and $217.9 million has been designated as an unallocated payment on account. Of the unallocated proceeds of $217.9 million, $120.8 million are recorded as a deferred gain primarily due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2019 and 2020 were $52.4 million and $58.8 million, respectively. Reimbursable costs for the first quarter of 2021 were $2.5 million and for the three months ended June 30, 2021 we made a change in estimate adjustment and reduced probable anticipated recoverable costs by $16.6 million. This change was based on proposed adjustments from insurance carriers for which we have supported positions that counter their assessment. We currently estimate that $97.1 million will be recoverable under this policy.

On April 28, 2021 we executed a $30.0 million unallocated Partial Proof of Loss and received those funds by the 1st week of June. In addition, on August 4, 2021 we executed a $28 million unallocated Partial Proof of Loss under these policies bringing the total to $258 million. As of the date of the issuance of this report we have received $8.8 million of this amount.

For the periods presented, property insurance incremental costs consisted of the following components (in millions):

| Property Insurance Incremental Costs | 2019 | 2020 | Q1 2021 | Q2 2021 | Total |
|---|---|---|---|---|---|
| Costs | 64.7 | 58.0 | 2.5 | 5.1 | $ 130.3 |
| Recovery | 52.4 | 58.8 | 2.5 | (16.6) | $ 97.1 |
| Proceeds Collected | - | 160.0 | 40.0 | 30.0 | $ 230.0 |
| To expense | - | 111.2 | 2.5 | (16.6) | $ 97.1 |
| To deferred gain | - | 36.7 | 37.5 | 46.6 | $ 120.8 |
| Business Insurance (BI) | - | 12.1 | - | - | $ 12.1 |
| Invoices paid | 10.6 | 59.7 | 4.1 | 6.1 | $ 80.5 |

*Liability/Defense Policies*

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of June 30, 2021, we have accrued third-party claim amounts of $168.1 million, have paid $129.5 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $55.3 million and we have collected $15.3 million of this amount. We anticipate collecting a total of $31.2 million for these expenses. Costs recorded under these policies in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million. So far in 2021, an additional $3.2 million was added primarily

CONFIDENTIAL

for commercial claims and an additional $5.5M in defense costs.   To date we have paid $53.5 million of these defense cost invoices.

We have reached an agreement with the majority of our liability insurers to settle our claims for reimbursement of eligible liability defense costs we incurred in 2020.   As a result of this agreement, we anticipate receiving an additional $16.7 million of defense costs bringing the total expected recovery to $31.2 million.   As of this report date we have received $6.2 million of those additional costs.

For the periods presented, liability insurance incremental costs consisted of the following components (in millions):

| Liability Insurance Incremental Costs | 2019 | 2020 | Q1 2021 | Q2 2021 | Total |
|---|---|---|---|---|---|
| Costs | 161.8 | 3.1 | 3.3 | (0.1) | $ 168.1 |
| Recovery | 100.0 | - | - | - | $ 100.0 |
| Proceeds Collected | 10.0 | 90.0 | - | - | $ 100.0 |
| Invoices paid | 18.0 | 102.7 | 5.2 | 3.6 | $ 129.5 |

For the periods presented, defense insurance incremental costs consisted of the following components (in millions):

| Defense Insurance Incremental Costs | 2019 | 2020 | Q1 2021 | Q2 2021 | Total |
|---|---|---|---|---|---|
| Costs | 14.2 | 35.6 | 1.7 | 3.8 | $ 55.3 |
| Recovery | 15.5 | 19.7 | 0.4 | (4.4) | $ 31.2 |
| Proceeds Collected | - | 15.3 | - | - | $ 15.3 |
| Invoices paid | 2.0 | 48.8 | 1.5 | 1.2 | $ 53.5 |

*Environmental/Pollution Policies*

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible.   As of June 30, 2021, we have incurred $51.8 million of costs and paid $46.6 million of those costs and have collected the full $25.0 million of coverage under this policy.   We incurred $23.1 million, $28.0 million and $0.7 million of these costs in 2019, 2020 and 2021 respectively.

For the periods presented, pollution insurance incremental costs consisted of the following components (in millions):

| Pollution Insurance Incremental Costs | 2019 | 2020 | Q1 2021 | Q2 2021 | Total |
|---|---|---|---|---|---|
| Costs | 23.1 | 28.0 | 0.3 | 0.4 | $ 51.8 |
| Recovery | 23.1 | 1.9 | - | - | $ 25.0 |
| Proceeds Collected | - | 25.0 | - | - | $ 25.0 |
| Invoices paid | - | 46.1 | 0.1 | 0.4 | $ 46.6 |

*Inventory Policy*

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible.   The book value of the process materials destroyed during the event is $3.8 million. We executed a $2.5 million Partial Proof of Loss under this policy and received the total $2.5 million in June. We expect to recover the fair market value at the time of the event on these materials which is estimated to be $4.5 million.

CONFIDENTIAL

For the periods presented, inventory insurance incremental costs consisted of the following components (in millions):

| Inventory Insurance Incremental Costs | 2019 | 2020 | Q1 2021 | Q2 2021 | Total | |
|---|---|---|---|---|---|---|
| Costs | 4.4 | (1.0) | 0.4 | - | $ | 3.8 |
| Recovery | 4.4 | (1.0) | 0.3 | - | $ | 3.7 |
| Proceeds Collected | - | - | - | 2.5 | $ | 2.5 |
| Invoices paid (N/A) | - | - | - | - | $ | - |

*Not Recoverable*

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

### Coronavirus – 2021

The global coronavirus (or COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. In 2020, global markets experienced a precipitous decline in oil prices in response to concerns regarding the potential impacts of the COVID-19 outbreak on worldwide oil demand and the anticipated increases in oil production from Russia and OPEC, which have impacted margins in our raffinate and MTBE businesses. Although commodity prices have recovered considerably, we expect the outlook for 2021 to remain uncertain due to the rapidly evolving conditions, and we cannot estimate the scope of their impact on our business, our results of operations, our financial condition, our personnel, our customers, our suppliers or the global economy. We continue to assess the potential impact of COVID-19 on our staff and operations and have implemented appropriate mitigation plans, including precautions with regard to employee and facility hygiene and imposed travel limitations on our employees whenever possible. We also continue to work with our suppliers to understand the potential impacts to our supply chain, and at this time, we have not identified any material risks to our supply chain. This is a rapidly evolving situation, and we will continue to monitor developments affecting our workforce and our suppliers and take additional precautions as we believe are warranted.

### Technical Center Fire - 2021

Early on the morning of January 9, 2021, the TPC Houston operations team responded to a fire alarm in the Technical Center. The Technical Center, located on the southwest side of the facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded to the incident with assistance from the Houston Fire Department. The Company coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts as a result of the event; however, one emergency responder sustained an ankle injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. Fortunately, over 75% of the equipment is salvageable, but, in the absence of a functioning laboratory the Company had to secure short term outsourcing solutions for all of the quality control testing needs. Since late February, however, we have replaced the majority of the outsourced testing with in-house testing in a combination of TPC and rental facilities, thereby substantially reducing the incremental costs. Between response costs, outsourcing costs, rental expenses and the cost of rebuilding the Technical Center, we estimate that the fire will cost the Company approximately $26 million.

### February Weather Event – 2021

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather. Due to abnormally low temperatures for an extended period of time, facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs. We anticipate that the total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, will be upwards of $70 million.

We are taking a number of steps to offset the impact of these two events. This includes commercial and procurement initiatives,

capital and cost reductions and various other cash preservation initiatives. In addition, we have seen marked improvement in underlying business conditions, especially a more favorable commodity price environment. Collectively these offsets are expected to be sufficient to compensate for the 2021 cash impacts of the freeze and the Technical Center fire.

### *Insurance Renewal*

We seek to maintain comprehensive insurance coverage at commercially reasonable rates. Although we carry property and casualty insurance to cover certain risks, our insurance policies do not cover all types of losses and liabilities, and our insurance may not be sufficient to cover the full extent of losses or liabilities for which we may be liable. Despite persistently tight insurance market conditions, we have renewed all our expiring insurance coverages on substantially the same terms at premium increases in line with market conditions. We have financed the premiums through an affiliate of our broker, requiring us to pay 25% of the premium upfront with the remainder payable in monthly installments through March 2022. Although we have been able to replace our insurance in 2021, we may not be able to do so in the future.

## Results of Operations

### *Contractual linkages of raw material costs and selling prices of finished products to commodity indices*

Most of our raw material feedstock costs and finished product selling prices are determined by application of contractual formulas linked to commodity market indices and, in most cases, the indices used to determine raw material feedstock costs are the same indices used to determine finished product selling prices.

As of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model and which is more commensurate with the valuable and consistent service we provide to the industry.

Although linkage of most of our raw material costs and selling prices to the same indices and our restructured crude C4 supply contracts provide some degree of consistency in our average material margin per pound (which we define as the difference between average revenue per pound and average raw material cost per pound) during periods in which the underlying commodity indices are relatively stable, there are various factors that can have a significant impact on our average material margin per pound, including those listed below. Moreover, even a relatively minor increase or decrease in average material margin per pound can have a significant impact on our overall profitability given the magnitude of our sales volumes.

- We may purchase raw material feedstocks in a given month based on market indices for that month, and then sell the related finished products in a later month based on market indices for the later month. Changes in selling prices of finished products, based on changes in the underlying market indices between the month the raw material feedstocks are purchased and the month the related finished products are sold causes variation in our average material margin per pound. For example, we may purchase the components of a crude C4 stream based on formulas that reflect the respective January commodity indices but then sell the finished products at pricing formulas based on the respective February commodity indices. If the indices for January and February are the same, we would expect to realize substantially the same unit margins regardless of the absolute value of the indices. However, for any components of the stream for which the respective index increases between January and February, we would expect to realize a temporary margin expansion until pricing stabilizes; and conversely, if the index decreases, we would expect to realize a temporary margin contraction. The magnitude of the effect on the average material margin per pound and the material margin percentage in a given month depends on the magnitude of the change in the underlying indices compared to the prior month and the quantity of inventory at the end of the prior month as a result of its impact on the moving average cost of finished products sold in the subsequent month.

- Although most of our supply and sales contracts contain index-based formulas, varying proportions of our raw material purchases and finished product sales are done on a spot basis or otherwise negotiated terms. In addition, while many of the index-based formulas in our contracts are simply based on a percentage of the relevant index, others apply adjustment factors to the market indices that do not fluctuate with changes in the underlying index. As supply and sales contracts are renegotiated, the amounts of such adjustment factors can change, thus the average material margin per pound would be impacted.

- Under some of our raw material purchase contracts, the cost of the raw materials is based on a percentage of the relevant market index, and under some of our sales contracts, the selling price of the related finished product is based on a higher percentage of the same market index. As a result, the average material margin per pound tends to be higher during periods in which the market indices are higher and tends to be lower during periods when the market indices are lower.

CONFIDENTIAL

- Finished product selling price formulas under some of our sales contracts, primarily in the Performance Products segment, are based on commodity indices not for the period in which the sale occurs but for either a prior or subsequent period. The effect on average material margin per pound of the selling price formulas can be significant during times of rapidly increasing or decreasing market indices.

### *Butadiene Price Impact*

As discussed above, a substantial portion of our finished product selling prices and raw material costs are linked to the same commodity indices and this linkage mitigates, to varying degrees, our exposure to volatility in our profit margins. As also documented above, as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, which are more commensurate with the valuable and consistent service we provide to the industry. However, the stabilizing effect of these factors on our profit margins is lessened when we do not purchase the feedstock and sell the finished product in the same period. Regarding butadiene, which has historically been the largest individual product line in our C4 Processing segment, the linkage between our raw material cost and finished product selling price is the published contract price for butadiene. As a result of purchasing crude C4 in one month and selling finished butadiene in the subsequent month, the GPC per pound we report in the subsequent month will expand when the price of butadiene increases and will contract when the price of butadiene declines due to the impact of beginning inventory (quantity and unit cost) on the moving average cost of finished butadiene sold in the subsequent month.

As shown in the presentation of EBITDA and Adjusted EBITDA on page 6 of this Quarterly Report, we adjust EBITDA to remove the estimated temporary impact on our reported GPC of the month-to-month changes in the contract price of butadiene. The rationale for the adjustment is that the temporary impacts of butadiene price changes distort the underlying business performance.

The table below shows, for each period presented, the impact on our reported GPC (in millions) of purchasing crude C4 in one period and selling finished butadiene in a later period at higher or lower butadiene contract prices. The impact on reported GPC for each period is the sum of the monthly impacts, which are dependent on the magnitude of the contract price change each month and the quantity of butadiene inventory at the beginning of each month.

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2021 | | 2020 | 2021 | | 2020 |
| Positive (negative) impact on GPC | $ 3 | $ | (10) | $ 3 | $ | (11) |

### *Average material margin per pound*

The table below provides the average material margin per pound (defined above) for each period presented.

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2021 | | 2020 | 2021 | | 2020 |
| Average revenue per pound | $ 0.49 | $ | 0.21 | $ 0.46 | $ | 0.30 |
| Average raw material cost per pound | 0.29 | | 0.10 | 0.26 | | 0.17 |
| Average material margin per pound | 0.20 | | 0.11 | 0.20 | | 0.13 |

As discussed above, our material margin per pound and reported GPC reflect the temporary impact of month-to-month changes in the contract price of butadiene. Provided in the table above and reflected in the discussion of cost of sales for the three and six months ended June 30, 2021 compared to the comparable prior year periods on pages 17 and 19 are the impacts of butadiene price changes on GPC for the respective periods. Excluding the temporary impact of butadiene price changes on all periods presented, the average material margin per pound would be $0.19 and $0.13 for the three months ended June 30, 2021 and 2020, respectively, and $0.19 and $0.14 for the six months ended June 30, 2021 and 2020, respectively.

CONFIDENTIAL

The following table summarizes the primary indices which impact our revenues and raw material costs by segment.

| Segment / Finished Product | Revenues | Raw Material Costs |
|---|---|---|
| **C4 Processing Segment** | | |
| Butadiene | Butadiene | Butadiene |
| Butene – 1 | Unleaded regular gasoline | Unleaded regular gasoline |
| Raffinates | Unleaded regular gasoline | Unleaded regular gasoline |
| | | |
| **Performance Products Segment** | | |
| Polyisobutylene | Isobutane | Butane |
| Diisobutylene | Isobutane | Butane |
| MTBE | MTBE | Isobutane, methanol |

The following table summarizes the average commodity index prices for each period presented.

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | **2021** | **2020** | **% Chg.** | **2021** | **2020** | **% Chg.** |
| **Average commodity prices:** | | | | | | |
| Butadiene (cents/lb) (1) | 56.0 | 21.4 | 162% | 50.0 | 31.1 | 61% |
| Unleaded regular gasoline (cents/gal) (2) | 206.1 | 85.0 | 142% | 190.2 | 109.2 | 74% |
| Normal butane (cents/gal) (3) | 97.5 | 43.4 | 125% | 95.8 | 50.2 | 91% |
| Isobutane (cents/gal) (3) | 98.0 | 43.6 | 125% | 95.5 | 53.2 | 80% |
| MTBE (cents/gal) (2) | 219.3 | 87.7 | 150% | 201.4 | 130.4 | 54% |
| Methanol (cents/gal) (4) | 160.0 | 95.4 | 68% | 154.1 | 104.6 | 47% |

(1)  Industry pricing was obtained through IHS.

(2)  Industry pricing was obtained through Platts.

(3)  Industry pricing was obtained through Oil Price Information Service.

(4)  Industry pricing was obtained through J. Jordan.

CONFIDENTIAL

The following table provides unaudited sales volumes, revenue, cost of sales, GPC and operating expenses by operating segment (amounts in thousands) for the three and six-month periods ended June 30, 2021 and 2020.   Please refer to this information, as well as our unaudited condensed consolidated financial statements and accompanying notes included elsewhere in this Quarterly Report for the quarter ended June 30, 2021, when reading our discussion and analysis of results of operations below.   All information provided in the table below, except sales volumes, is derived from our unaudited Condensed Consolidated Statements of Operations.

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2021 | 2020 | 2021 | 2020 |
|---|---|---|---|---|
| **Sales volumes (pounds) (1):** | | | | |
| C4 Processing | 321,769 | 368,078 | 596,833 | 717,807 |
| Performance Products | 304,237 | 280,995 | 491,692 | 476,020 |
| | 626,006 | 649,073 | 1,088,525 | 1,193,827 |
| **Revenue:** | | | | |
| C4 Processing | $ 164,006 | $ 72,594 | $ 273,769 | $ 196,944 |
| Performance Products | 140,007 | 66,551 | 222,059 | 158,025 |
| | $ 304,013 | $ 139,145 | $ 495,828 | $ 354,969 |
| **Cost of sales (2):** | | | | |
| C4 Processing | $ 120,289 | $ 56,163 | $ 204,263 | $ 159,030 |
| Performance Products | 91,126 | 45,250 | 144,022 | 103,635 |
| | $ 211,415 | $ 101,413 | $ 348,285 | $ 262,665 |
| **GPC:** | | | | |
| C4 Processing | $ 43,717 | $ 16,431 | $ 69,506 | $ 37,914 |
| Performance Products | 48,881 | 21,301 | 78,037 | 54,390 |
| | $ 92,598 | $ 37,732 | $ 147,543 | $ 92,304 |
| **Operating expenses (2):** | | | | |
| C4 Processing | $ 34,941 | $ 26,142 | $ 66,345 | $ 54,640 |
| Performance Products | 21,892 | 15,492 | 41,752 | 32,278 |
| | $ 56,833 | $ 41,634 | $ 108,097 | $ 86,918 |

(1)  Sales volumes represent product sales volumes only and do not include volumes of products delivered under tolling or similar arrangements, in which we do not purchase the raw materials, but process raw materials for another party for a specified fee.

(2)  Cost of sales does not include operating expenses, and cost of sales and operating expenses do not include depreciation and amortization expenses.

CONFIDENTIAL

*Three months ended June 30, 2021 versus three months ended June 30, 2020*

*Revenue*

Total revenue for the second quarter of 2021 was $304.0 million compared to $139.1 million for the second quarter of 2020.   The increase of $164.9 million, or 119%, reflected a 127% increase in average revenue per pound and a 4% decrease in overall sales volume. The increase in overall average revenue per pound reflected higher selling prices for both operating segments and the lower overall sales volume reflected lower sales volumes for the C4 Processing segment. Variances in average selling prices for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 13-14 and the table of commodity indices to which a substantial portion of our selling prices are linked on page 15).

C4 Processing segment revenue of $164.0 million for the second quarter of 2021 increased $91.4 million, or 126%, compared to second quarter of 2020 revenue of $72.6 million.   The higher revenue for the current year quarter reflected the combined impact of a 158% increase in revenue per pound, which had a positive impact of $97.9 million, and a 13% decrease in sales volumes, which had a negative impact of $6.5 million.   The decrease in sales volume is mostly related to operational issues with our BD finishing tower. The higher average selling price for the segment reflected increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 162% and 142%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 15).

Performance Products segment revenue for the second quarter of 2021 was $140.0 million versus $66.6 million for the comparable prior year quarter.   The $73.4 million, or 110%, increase in revenue reflected the combined impact of a 94% increase in average revenue per pound, which had a positive impact of $53.1 million, and an 8% increase in sales volume, which had a positive impact of $20.3 million.   The higher average revenue per pound reflected substantial increases in the prices of butane and MTBE of 125% and 150%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 15).   Sales volumes were driven primarily by an 84% increase in PIB demand.

*Cost of Sales*

Total cost of sales for the second quarter of 2021 was $211.4 million compared to $101.4 million for the second quarter of 2020. The overall increase was driven primarily by a substantial increase in the average cost of raw materials only slightly offset by the lower sales volume discussed above.   Variances in raw material costs for both operating segments reflected the changes in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 13-14 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 15).

C4 Processing segment cost of sales in the second quarter of 2021 was $120.3 million versus $56.2 million for the comparable prior year quarter.  The variance from the prior year quarter primarily reflected a significantly higher average cost of raw materials driven by increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 162% and 142%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 15) and the $7.5 million LCM adjustment that was recorded in the current year quarter.   As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility.   As a result of such month-to-month movements in the contract price of butadiene, our profit margins in the second quarter of 2021 reflected a positive butadiene pricing impact of $3 million and our profit margins in the second quarter of 2020 reflected a negative butadiene pricing impact of $10 million, which resulted in a favorable year-over-year impact on profit margins of $13 million.

Performance Products segment cost of sales was $91.1 million in the second quarter of 2021 versus to $45.3 million for the comparable prior year quarter.   The $45.8 million increase reflected the combined impact of a 110% increase in the average cost of the raw material component of the finished products sold and the higher sales volumes described above.   The higher average cost of raw materials reflected increases in the average price of butane, isobutane and methanol of 125%, 125% and 68%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 15).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in overall average revenue per pound and average raw material cost per pound for the second quarter of 2021 compared to the second quarter of 2020.

CONFIDENTIAL

*Operating Expenses*

Operating expenses incurred in the second quarter of 2021 were $56.8 million compared to $41.6 million for the prior year quarter. The primary components of the $15.2 million increase are $9.0 million higher insurance costs, $5.6 million higher manufacturing costs, $2.5 million higher incentive compensation accruals and $0.3 million higher 401K costs. This was partly offset by $0.7 million lower pipeline maintenance costs related to TPC's supply chain activities, $0.9 million lower benefit costs, $0.5 million lower sales and use taxes and $0.1 million lower selling costs.

*General and Administrative Expenses*

General and administrative expenses in the second quarter of 2021 were $8.1 million compared to $5.9 million in the second quarter of 2020. The increase of $2.2 million was primarily due to higher incentive compensation accruals of $2.1 million in the current year quarter.

*Depreciation and Amortization*

Depreciation and amortization expense in the second quarter of 2021 was $19.1 million compared to $18.0 million for the comparable prior year quarter. The $1.1 million increase reflected higher depreciation of $1.0 million and higher net turnaround and catalyst amortization of $0.1 million. The $1.0 million depreciation increase reflected the net impact of higher capital additions, primarily plant related, less retirements during the past year. Higher amortization of $0.1 million includes $0.8 million higher turnaround and catalyst expense partly offset by $0.7 million lower patent amortization as the latter assets were fully depreciated at the end of 2020.

*Loss on Port Neches Incident, net*

The $30.1 million loss related to the Port Neches incident recognized in the second quarter of 2021 consisted of incremental response, clean-up and liability defense costs for which insurance coverage was not considered probable, costs in excess of insurance coverage limits, and a change in accounting estimate for collectability of insurance proceeds previously reported as collectible. This change does not reflect that these costs will not be collected but only that at this point in the claim status they cannot be deemed probable to collect and booked as such. TPC will continue to vigorously pursue collection of these expenses. The net amount reflected total incremental costs of $9.2 million, plus the additional insurance proceeds previously deemed collectible of $21.0 million.

*Business Interruption Insurance Recoveries*

As of June 30, 2020, the Company had secured $11.0 million in business interruption insurance proceeds to reimburse lost profits for the first quarter of the year.

*Interest Expense*

Interest expense for the second quarter of 2021 was $30.4 million compared to $28.8 million for the second quarter of 2020. The $1.6 million increase included an increase of $4.3 million in interest on the 10.875% Notes issued in February 2021, partly offset by $1.6 million lower interest on the New Term Loan which was paid off with the proceeds from the 10.875% Notes and $1.4 million lower deferred financing interest amortization related to the New Term Loan.

*Other, Net*

Both the current and prior year quarters included various miscellaneous income and expense items, none of which were individually significant.

*Income Tax Benefit*

The income tax provisions for the second quarters of 2021 and 2020 represent the differences between the income tax provisions for the six-month periods ended June 30, 2021 and 2020 and the income tax provisions for the three-month periods ended March 31, 2021 and 2020, respectively. The effective tax rates applied to pretax loss for the six months ended June 30, 2021 and 2020 were the projected effective rates for the respective full years ending December 31, which reflected the federal statutory rate of 21% appropriately adjusted for the state tax provision and permanent book/tax differences. The projected full-year 2021 effective income tax rate applied to pretax loss for the six months ended June 30, 2021 and 2020 was 19.6% was 20.5%, respectively. The effective tax rate for the

CONFIDENTIAL

second quarter of 2021 was 18.3% which represents the decrease in the projected full year rate from 20.4% applied to pretax income for the three months ended March 31 to 19.6% applied to pretax income for the six months ended June 30.

***Six months ended June 30, 2021 versus six months ended June 30, 2020***

*Revenue*

Total revenue for the six months ended June 30, 2021 was $495.8 million compared to $355.0 million for the six months ended June 30, 2020. The increase of $140.8 million, or 40%, reflected a 53% increase in average revenue per pound partially offset by a 9% decrease in overall sales volume. Both operating segments witnessed an increase in average revenue per pound. The decrease in overall sales volume reflected a decrease in the C4 Processing segment partially offset by a slight increase in sales volume for the Performance Product segment. Variances in average selling prices for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 13-14 and the table of commodity indices to which a substantial portion of our selling prices are linked on page 15).

C4 Processing segment revenue of $273.8 million for the six months ended June 30, 2021 was up $76.9 million, or 39%, compared to the six months ended June 30, 2020 revenue of $196.9 million. The higher revenue for the current six-month period reflected a 67% increase in average revenue per pound, which had a positive impact of $103.6 million, partially offset by a 17% decrease in sales volume, which had a negative impact of $26.7 million. The decrease in sales volume for the first half of 2021 reflects the Houston plant being offline for half of the first quarter due to the February freeze event and the operational issues with our BD finishing tower. The overall 67% increase in average revenue per pound for the segment reflected a 61% increase in the average benchmark price for butadiene and an 74% increase in the average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 15).

Performance Products segment revenue for the six months ended June 30, 2021 was $222.1 million compared to $158.0 million for the comparable prior year period. The increase of $64.1 million, or 41%, reflected a 36% increase in revenue per pound, which had a positive impact of $53 million, and a 3% increase in sales volumes, which had a positive impact of $11 million. The increase in average revenue per pound reflected substantial increases in the prices of butane and MTBE of 91% and 54%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 15). Although the sales volumes were impacted by the February freeze event in first quarter of 2021, the effect on PIB sales was somewhat muted by our inventory position as of the end of January and PIB demand continued to climb during the second quarter. The effect on MTBE volumes was offset by the absence of a Dehydro Turnaround this year.

*Cost of Sales*

Total cost of sales for the six months ended June 30, 2021 was $348.3 million compared to $262.7 million for the six months ended June 30, 2020. The increase in cost of sales in the current year period reflected a modest overall decrease in sales volume discussed above offset by an increase in the average cost of raw materials included in the average cost of the finished products sold by both operating segments. Variances in raw material costs for both operating segments reflected the changes in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 13-14 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 15).

C4 Processing segment cost of sales for the six months ended June 30, 2021 was $204.3 million versus $159.0 million for the comparable prior year period. The increase reflected the impact of the 17% decrease in sales volume discussed above and a 73% increase in the average cost of the raw material component of the finished products sold. The higher average cost of raw materials reflected increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 61% and 74%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 15). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in the first half of 2021 reflected a positive butadiene pricing impact of $3 million and our profit margins in the first half of 2020 reflected a negative butadiene pricing impact of $11 million, which resulted in an favorable year-over-year impact on profit margins of $14 million.

Performance Products segment cost of sales was $144.0 million for the six months ended June 30, 2021 compared to $103.6 million for the six months ended June 30, 2020. The $40.4 million increase reflected a 3% increase in the sales volume discussed above and a 38% increase in the average cost of the raw material component of the finished products sold. The higher average cost of raw materials reflected increases in the average price of butane, isobutane and methanol of 91%, 80% and 47%, respectively (see the table

of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 15).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in overall average revenue per pound and average raw material cost per pound for the six months ended June 30, 2021 compared to the six months ended June 30, 2020.

*Operating Expenses*

Operating expenses incurred in the first half of 2021 were $108.1 million compared to $86.9 million for the first half of 2020. The $21.2 million increase reflected $18.1 million higher insurance expense, $3.3 million higher manufacturing costs, $3.2 million higher incentive compensation accruals and $0.3 million higher property taxes. This was partly offset by $0.9 million lower pipeline maintenance costs related to TPC's supply chain activities, $1.1 million lower benefit costs, $0.5 million lower 401K costs, $0.8 million lower sales and use taxes and $0.4 million lower selling costs.

*General and Administrative Expenses*

General and administrative expenses for the first half of 2021 were $16.4 million versus $14.1 million for the first half of 2020. The $2.3 million increase reflected $3.3 million higher incentive compensation partly offset by lower legal, accounting and other administrative costs.

*Depreciation and Amortization*

Depreciation and amortization expense in the first half of 2021 was $38.4 million compared to $33.6 million for the first half of 2020. The $4.8 million increase reflected higher depreciation of $2.6 million and higher turnaround and catalyst amortization of $2.2 million. The increase in depreciation expense reflected the net impact of higher capital additions less retirements during the past year. Higher amortization of $2.2 million includes $3.6 million higher turnaround and catalyst expense primarily related to the Dehydro unit partly offset by $1.4 million lower patent amortization as the latter assets were fully depreciated at the end of 2020.

*Loss on Port Neches Incident, net*

The $35.0 million loss related to the Port Neches incident recognized in the first six months of 2021 consisted of incremental response, clean-up, and liability defense costs for which insurance coverage was not considered probable, costs in excess of insurance coverage limits, and a change in accounting estimate for collectability of insurance proceeds previously reported as collectible. This change does not reflect that these costs will not be collected but only that at this point in the current claim status they cannot be deemed probable to collect and booked as such. TPC will continue to vigorously pursue collection of these expenses. The net amount reflected total incremental costs of $17.3 million, plus the reduction in the estimate for probable collection of insurance proceeds of $17.7 million.

*Business Interruption Insurance Recoveries*

As of June 30, 2020, the Company had secured $11.0 million in business interruption insurance proceeds to reimburse lost profits for the first quarter of the year.

*Interest Expense*

Interest expense for the six months ended June 30, 2021 was $58.6 million compared to $54.3 million for the six months ended June 30, 2020. The $4.3 million increase reflected an increase of $6.9 million in interest on the 10.875% Notes issued in February 2021, partly offset by $1.2 million lower interest on the New Term Loan which was paid off with the proceeds of the 10.875% Notes and $3.0 million lower deferred financing amortization related to the New Term Loan. Other net interest costs increased by $1.6 million and includes $0.6 million higher ABL related interest expense.

*Other, Net*

Both the current and prior year six-month periods ending June 30th included various miscellaneous income and expense items, none of which were individually significant.

CONFIDENTIAL

*Income Tax Expense / Benefit*

The effective tax rates applied to pretax loss for the six months ended June 30, 2021 and 2020 were the projected effective rates for the respective full years ending December 31, which reflected the federal statutory rate of 21% appropriately adjusted for the state tax provision and permanent book/tax differences. The projected full-year 2021 effective income tax rate applied to pretax loss of $149.1 million for the six months ended June 30, 2021 was 19.6% and the projected 2020 full-year effective income tax rate applied to pretax loss of $111.8 million for the six months ended June 30, 2020 was 20.5%.

In response to the global pandemic related to the outbreak of COVID-19, on March 27, 2020, the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") was enacted in the US to grant relief to taxpayers. The CARES Act provides numerous tax provisions and other stimulus measures, including temporary changes regarding the prior and future utilization of net operating losses, temporary changes to the prior and future limitations on interest deductions, temporary suspension of certain payment requirements for the employer portion of social security taxes, technical corrections from prior tax legislation for tax depreciation of certain qualified improvement property and the creation of certain refundable employee retention credits. The Company does not currently expect the CARES Act to have a material impact on its income tax expense or cash flows for 2020. The Company will continue to monitor legislative and regulatory developments related to COVID-19 and will record the associated income tax impacts as discrete events in the periods that guidance is finalized, or the Company is able to estimate an impact.

## Liquidity and Capital Resources

Our financing arrangements at June 30, 2021 consisted primarily of the 10.875% Notes and the 10.5% Notes. In addition, we financed our 2021 insurance renewal premiums through Aon Premium Finance LLC, an affiliate of our Broker, Aon PLC.

At June 30, 2021, we had total long-term debt of $1,065.0 million (excluding deferred financing costs of $15.4 million), which consisted of the 10.875% Notes of $153.0 million and the 10.5% Notes of $930.0 million. Cash on hand was $27.0 million and we had no short-term money market investments (with maturities of less than three months) or short-term investments (with original maturities between 90 days and one year).

At June 30, 2021 the ABL borrowing base was sufficient to support $112.5 million of additional borrowings. As of June 30, 2021, we were in compliance with all covenants set forth in the Indentures governing the 10.875% Notes and the 10.5% Notes.

The additional borrowing capacity of $112.5 million under the ABL plus the cash on hand of $27.0 million provided total liquidity of $139.5 million at June 30, 2021, which was more than the targeted liquidity we consider necessary to support our operations and provide ample cushion to maneuver through future market volatility and operational upsets.

*ABL Facility*

The ABL Facility is available on a revolving basis to finance our working capital needs and for general corporate purposes. The ABL Facility was composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" revolving tranche (the ABL FILO) when amended and restated on August 2, 2019. Commitments under the ABL FILO reduce, and commitments under the ABL Revolver equally and simultaneously increase, by $2.5 million on each of the first three anniversaries of the August 2, 2019 amendment and restatement.

The credit agreement governing the ABL Facility contains covenants that impose restrictions on, among other things, additional indebtedness, liens, investments, advances, guarantees and mergers and acquisitions. These covenants also place restrictions on asset sales, sale and leaseback transactions, dividends, payments between us and our subsidiaries and certain transactions with affiliates

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

CONFIDENTIAL

*10.5% Notes*

The 10.5% Notes were issued on August 2, 2019 in conjunction with the refinancing of our debt. The net proceeds from the issuance of the 10.5% Notes were $918.3 million after underwriters and other fees and expenses of $11.7 million. The net proceeds from the issuance of the 10.5% Notes were used to redeem and pay accrued interest due on the 8.75% Notes of $816.2 million, to repay the outstanding loan balance and pay accrued interest due on the Old Term Loan of $50.3 million and to repay the outstanding loan balance and pay accrued interest due on the ABL of $35.9 million.

The 10.5% Notes are due August 1, 2024 and interest is paid semi-annually in arrears on February 1 and August 1.

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 2, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes (the "10.5% Indenture"). On February 2, 2021, TPCGI and the guarantors entered into a Supplemental Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes (the "10.5% Supplemental Indenture"). The 10.5% Supplemental Indenture modified the 10.5% Indenture to match certain restrictions contained in the 10.875% Indenture (as defined below) on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies. We may also be required to make an offer to repurchase the 10.5% Notes at a price equal to 102% of the principal amount of 10.5% Notes so repurchased, plus accrued and unpaid interest, if any, upon receipt of certain insurance proceeds, and subject further to other conditions and limitations.

The 10.5% Notes are effectively subordinated to the 10.875% Notes and are subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.5% Notes rank senior in right of payment to all of TPCGI's and the subsidiary guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the subsidiary guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5% Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness to the extent of the value of the 10.5% Notes collateral.

The 10.5% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

*10.875% Notes*

The net proceeds from the offering of the 10.875% Notes were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. The 10.875% Notes are due August 1, 2024 and interest will be paid quarterly in arrears on February 1, May 1, August 1 and November 1.

On February 2, 2021, TPCGI and the guarantors entered into the Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.875% Indenture").

The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all subsidiary guarantors.

The 10.875% Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.875% Notes are effectively subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.875% Notes to the extent of the value of such assets and properties.

The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

*Insurance Premium Financing*

As of June 30, 2021, we have $13.6 million of the insurance premiums we financed through Aon Premium Finance LLC recorded as short-term debt. The first down payment and the first installment were paid in July 2021 and the remainder is payable in monthly installments following the applicable renewal date through March of 2022.

CONFIDENTIAL

*Sources and Uses of Cash*

Our principal sources of liquidity are our existing cash and cash equivalents, short-term investments, cash generated from operations and borrowings under our ABL.   In addition to these sources, another source of liquidity over the near-term will be insurance proceeds received under our various insurance policies, including our property damage and business interruption policies.   Business interruption coverage became effective on January 12, 2020 after the forty-five-day deductible period and from that date on will replace the earnings the Port Neches plant would have contributed except as a result of the explosion incident on November 27, 2019 that shut down the plant.   The timing of receipt of additional insurance proceeds under our policies is uncertain at this time.   We may also, from time to time, generate cash from opportunistic sales of non-core assets.   Our principal uses of cash are to provide working capital, meet debt service requirements, fund capital expenditures and finance our strategic plans, including possible acquisitions.   We may also seek to finance our capital expenditures under capital leases or other debt arrangements that provide liquidity or favorable borrowing terms. Our business may not generate sufficient cash flows from operations and future borrowings under our ABL Facility may not be available to us in an amount sufficient to enable us to pay our indebtedness or to fund our other liquidity needs.   Our ability to generate sufficient cash depends on, among other factors, prevailing economic conditions, many of which are beyond our control.   In addition, upon the occurrence of certain events, such as a change in control, we could be required to repay or refinance our indebtedness.   Any future acquisitions, joint ventures or other similar transactions may require additional capital and there can be no assurance that any such capital will be available to us on acceptable terms or at all.   However, based on our current level of operations and available cash, including the liquidity generated by the issuance of the 10.875% Notes, we believe that our cash flow from operations, together with availability under the ABL and proceeds received under our insurance policies, will provide sufficient liquidity to fund our current obligations, projected working capital requirements, debt service requirements and capital spending requirements for the foreseeable future.

Our liquidity requirements will be significant primarily due to the annual debt service requirements on the 10.5% Notes, which are estimated to be $97.7 million, annual debt service requirements on the 10.875% Notes, which are approximately $16.6 million, our baseline capital expenditures, which fall within the range of $70 to $80 million, our turnaround and catalyst costs, which would typically be in the range of $20 to $30 million in years we do not perform a dehydro unit turnaround and $35 to $40 million in years we do perform a dehydro unit turnaround, and cash requirements related to the Port Neches incident in advance of insurance recoveries or in excess of insurance coverage limits.

As market conditions warrant and subject to the Company's contractual restrictions and liquidity position, we, our affiliates and/or our equity holders, including the Sponsors and their affiliates, may from time to time repurchase the Company's outstanding debt securities in privately negotiated or open market transactions, by tender offer or otherwise.   Should we decide to engage in such transactions in the future, any such purchases may be funded by incurring new debt, including borrowings under our ABL.   Any new debt may also be secured debt.   We may also use available cash on our balance sheet or new equity capital.   The amounts involved in any such transactions, individually or in the aggregate, may be material.   Further, any such purchases may result in us acquiring and retiring a substantial amount of the 10.875% Notes or the 10.5% Notes, with the attendant reduction in the trading liquidity of any such Notes.

*Cash Flow Summary*

The following table summarizes changes in cash and cash equivalents for the periods indicated (in thousands):

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2021 | 2020 |
| Cash flows provided by (used in): |  |  |
| Operating activities | $ (15,834) | $ (41,043) |
| Investing activities | (50,653) | (34,420) |
| Financing activities | 75,033 | 102,834 |
| Change in cash and cash equivalents | $  8,546 | $  27,371 |

*Operating Activities*

For the six months ended June 30, 2021, net use of cash for operating activities was $15.8 million.   The net loss of $120.0 million, deferred turnaround and catalyst costs of $4.4 million, and deferred income tax benefit of $29.2 million were partially offset by non-cash expenses of $129.0 million and a decrease in working capital of $8.8 million.   Non-cash expenses consisted of depreciation and

CONFIDENTIAL

amortization of $38.4 million, amortization of debt issuance costs of $5.2 million and non-cash expenses related to the Port Neches incident of $85.4 million.

Trade accounts receivable were $91.2 million at June 30, 2021 compared to $73.4 million at December 31, 2020. The increase of $17.8 million reflected higher revenue of $94.6 million in June 2021 compared to December 2020 while the days of sales outstanding remained unchanged at 29 days for June 30, 2021 and December 31, 2020. Trade accounts receivable were 99% current at June 30, 2021 and December 31, 2020.

Our inventory at June 30, 2021 was $100.3 million compared to $45.4 million at December 31, 2020. The $54.9 million increase in inventory value reflected a 57% increase in total volume, which had an impact of $26.0 million, and a 40% increase in overall average cost per pound, which had an impact of $28.9 million, of which $16.2 million related to Raffinate inventories.

For the six months ended June 30, 2020, net use of cash for operating activities was $41.0 million. The net loss of $88.9 million, deferred turnaround and catalyst costs of $24.2 million, deferred income tax benefit of $22.9 million, and the accrual of business interruption proceeds of $2.4 million, were partially offset by a decrease in working capital of $28.2 million and by non-cash expenses of $69.2 million. Non-cash expenses consisted of depreciation and amortization of $33.6 million, net non-cash expenses related to the Port Neches incident of $32.4 million and amortization of debt issuance costs of $3.2 million.

*Investing activities*

During the six months ended June 30, 2021 and 2020, we invested $50.7 million and $34.4 million, respectively, in the form of capital expenditures.

*Financing activities*

Cash of $75.0 million was generated during the first six months of 2021 from net proceeds of $150.0 million from issuance of the 10.875% Notes and $13.6 million from insurance financings, partially offset by repayment of the $70.0 million New Term Loan, repayment of $13.1 million of financed insurance premiums, and debt issuance costs of $5.5 million. Cash of $102.8 million was generated during the first six months of 2020 from net borrowings on the New Term Loan of $69.3 million, net borrowings on the New ABL of $34.5 million, and borrowings to finance our insurance premiums of $2.3 million, partially offset by deferred financing costs of $3.3 million.

*Off-Balance-Sheet Arrangements*

We do not currently utilize any off-balance-sheet arrangements to enhance our liquidity and capital resource positions, or for any other purpose.

# CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

## Index to Condensed Consolidated Financial Statements

| | Page |
|---|---|
| Condensed Consolidated Balance Sheets | 26 |
| Condensed Consolidated Statements of Operations and Comprehensive Loss | 27 |
| Condensed Consolidated Statements of Cash Flows | 28 |
| Notes to Condensed Consolidated Financial Statements | 29 |

CONFIDENTIAL

## TPC Group Inc.

### CONDENSED CONSOLIDATED BALANCE SHEETS

*(In thousands, except share and per share amounts)*

| | June 30, 2021 | December 31, 2020 |
|---|---|---|
| | (Unaudited) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 26,998 | $ 18,452 |
| Trade accounts receivable | 91,246 | 73,447 |
| Insurance receivable - Port Neches incident | 17,166 | 23,289 |
| Inventories | 100,323 | 45,435 |
| Other current assets | 35,106 | 41,123 |
| Total current assets | 270,839 | 201,746 |
| Property, plant and equipment, net | 718,589 | 703,273 |
| Intangible assets, net | 3,880 | 3,880 |
| Other assets, net | 46,568 | 55,850 |
| Total assets | $ 1,039,876 | $ 964,749 |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | |
| Current liabilities: | | |
| Accounts payable | $ 171,571 | $ 113,092 |
| Accrued liabilities | 101,355 | 92,635 |
| Short-term debt | 13,637 | 13,098 |
| Accrued liabilities - Port Neches incident | 167,132 | 90,262 |
| Total current liabilities | 453,695 | 309,087 |
| Long-term debt, net of deferred financing costs | 1,064,971 | 985,321 |
| Deferred income taxes | (29,175) | - |
| Total liabilities | 1,489,491 | 1,294,408 |
| Commitments and contingencies | | |
| Stockholder's deficit: | | |
| Common stock, $0.01 par value, 2,000 shares authorized, 1,030 issued and outstanding | - | - |
| Additional paid-in capital | 478,314 | 478,314 |
| Accumulated deficit | (925,268) | (805,312) |
| Accumulated other comprehensive loss | (2,661) | (2,661) |
| Total stockholder's deficit | (449,615) | (329,659) |
| Total liabilities and stockholder's deficit | $ 1,039,876 | $ 964,749 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**

*(In thousands)*
**(Unaudited)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| Revenue | $ 304,013 | $ 139,145 | $ 495,828 | $ 354,969 |
| Cost of sales (excludes items listed below) | 211,415 | 101,413 | 348,285 | 262,665 |
| Operating expenses | 56,833 | 41,634 | 108,097 | 86,918 |
| General and administrative expenses | 8,094 | 5,932 | 16,353 | 14,103 |
| Depreciation and amortization | 19,091 | 18,026 | 38,419 | 33,623 |
| Loss on Port Neches incident, net of insurance recovery | 30,139 | 2,907 | 35,066 | 26,019 |
| Business interruption insurance recoveries | - | (11,000) | - | (11,000) |
| COVID-19 expenses | 132 | - | 384 | - |
| Freeze event expenses | 3,509 | - | 33,358 | - |
| Technical Center fire event expenses | 1,265 | - | 6,221 | - |
| Income (loss) from operations | (26,465) | (19,767) | (90,355) | (57,359) |
| Other (income) expense: | | | | |
| Interest expense | 30,413 | 28,817 | 58,570 | 54,254 |
| Other, net | 181 | (118) | 181 | 237 |
| Income (loss) before income taxes | (57,059) | (48,466) | (149,106) | (111,850) |
| Income tax expense (benefit) | (10,394) | (10,966) | (29,150) | (22,947) |
| Net income (loss) | $ (46,665) | $ (37,500) | $ (119,956) | $ (88,903) |
| Comprehensive income (loss) | $ (46,665) | $ (37,500) | $ (119,956) | $ (88,903) |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

*(In thousands)*
**(Unaudited)**

| | Six Months Ended June 30, | |
|---|---|---|
| | **2021** | **2020** |
| Cash provided by (used in) operating activities | $ (15,834) | $ (41,043) |
| Cash flows from investing activities: | | |
| Capital expenditures | (50,653) | (34,420) |
| Cash used in investing activities | (50,653) | (34,420) |
| Cash flows from financing activities: | | |
| Net proceeds from issuance of 10.875% notes | 150,000 | - |
| Net proceeds from term loan | - | 69,300 |
| Payment on term loan | (70,000) | - |
| Net proceeds from ABL Facility borrowings | - | 34,500 |
| Proceeds from insurance finance debt | 13,637 | 2,284 |
| Insurance finance repayments | (13,097) | - |
| Debt issuance costs | (5,507) | (3,250) |
| Cash provided by financing activities | 75,033 | 102,834 |
| Increase in cash and cash equivalents | 8,546 | 27,371 |
| Cash and cash equivalents, beginning of period | 18,452 | 85,159 |
| Cash and cash equivalents, end of period | $ 26,998 | $ 112,530 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

## NOTE A – BASIS OF PRESENTATION

**1.** *Definition of Terms*

Certain terms used throughout these unaudited condensed consolidated financial statements and accompanying notes are defined on page 3 of this Quarterly Report, which should be referred to when reading these interim unaudited condensed consolidated financial statements and accompanying notes.

**2.** *Organization*

The accompanying consolidated financial statements include the accounts of TPCGI and its direct wholly owned and indirect subsidiaries. TPCGI's direct wholly owned subsidiaries include TPCGLLC and Texas Petrochemicals Netherlands B.V., and its indirect subsidiaries, which are all wholly owned subsidiaries of TPCGLLC, include Texas Butylene Chemical Corporation, Texas Olefins Domestic International Sales Corporation, Port Neches Fuels LLC, TP Capital Corp., TPC Pipeline Holding Company LLC and TPC Pipeline Company LLC.

**3.** *Principles of Consolidation*

The Company's unaudited condensed consolidated financial statements include the accounts of TPCGI and its direct and indirect subsidiaries, after the elimination of all significant intercompany accounts and transactions. The unaudited condensed consolidated financial statements presented have been prepared by us in accordance with GAAP.

**4.** *Interim Financial Statements*

The unaudited condensed consolidated financial statements have been prepared in accordance with GAAP. Our December 31, 2020 Condensed Consolidated Balance Sheet data was derived from audited financial statements.

The unaudited condensed consolidated financial statements contained in this Quarterly Report include all material adjustments of a normal and recurring nature that, in the opinion of management, are necessary for a fair statement of the results for the interim periods. The results of operations for the interim periods presented in this Quarterly Report are not necessarily indicative of the results to be expected for a full year or any other interim period.

The interim condensed consolidated financial statements should be read together with the audited consolidated financial statements and related notes thereto included in TPC Group Inc.'s Annual Report for the year ended December 31, 2020, which is attached to this Quarterly Report as Exhibit I.

## NOTE B – DESCRIPTION OF BUSINESS

See Note B to our Annual Report for the year ended December 31, 2020, which is attached to this Quarterly Report as Exhibit I.

**NOTE C – RISKS AND UNCERTAINTIES RELATED TO THE COVID-19 PANDEMIC**

In March 2020, the World Health Organization declared the outbreak of COVID-19 to be a pandemic. The global coronavirus (COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. The COVID-19 outbreak has impacted the addressable market for the Company's products, and the Company's business continues to be exposed to risks and uncertainties related to the pandemic. The Company has taken several actions to deal with the pandemic. These include enabling its employees to work from home and suspending all non-essential travel. The ultimate impact and the extent to which the COVID-19 pandemic will continue to affect the business, results of operation and financial condition is difficult to predict and depends on numerous evolving factors outside of the Company's control including: the duration and scope of the pandemic; government, social, business and other actions that have been and will be taken in response to the pandemic; and the effect of the pandemic on short and long-term general economic conditions. This uncertainty also affects management's accounting estimates and assumptions, which could result in greater variability in a variety of areas that depend on these estimates and assumptions.

**NOTE D – RECENT ACCOUNTING DEVELOPMENTS**

*Accounting Guidance Issued but Not Yet Adopted as of June 30, 2021*

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic. This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment. The Company anticipates recognition of additional assets and corresponding liabilities related to leases upon adoption, effective January 1, 2022.

*Defined Benefit Plans* – ASU 2018-14, *Compensation—Retirement Benefits*, amends disclosure requirements for employers that sponsor defined benefit pension or other postretirement plans. For public business entities, the amendments are effective for fiscal years ending after December 15, 2020. For all other entities the amendments are effective for fiscal years ending after December 15, 2021. Early adoption is permitted. The Company anticipates some changes to the disclosures required to comply with this standard.

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021. Adoption methods vary based on the specific items impacted. Management, in discussion with our tax consultants, have concluded that changes required by the new standard will not impact the Company's financial statements and related tax disclosures.

**NOTE E – DETAIL AND DISCUSSION OF CERTAIN CONDENSED CONSOLIDATED BALANCE SHEET CAPTIONS**

*Cash and Cash Equivalents*

Cash and cash equivalents included amounts on deposit with banks, cash invested temporarily in investments with original maturities of three months or less, and cash on hand. We maintain cash balances that are insured by the Federal Deposit Insurance Corporation ("FDIC"). As of June 30, 2021, we had $27.0 million in cash and cash equivalents, which were subject to a $0.25 million per account FDIC insurance coverage limit. We believe the likelihood of any loss of cash and cash equivalents is remote and that we are not exposed to any significant credit risk on cash and cash equivalents.

**CONFIDENTIAL**

*Inventories*

Inventories, as of the dates presented, were as follows (in thousands):

|  | June 30, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
| Finished goods | $ | 54,360 | $ | 24,665 |
| Raw materials and chemical supplies | | 45,963 | | 20,770 |
| | $ | 100,323 | $ | 45,435 |

The increase in inventory value of $54.9 million reflected a 57% increase in total volume, which had an impact of $26.0 million along with a 40% increase in overall average cost per pound, which had an impact of $28.9 million.

*Other Current Assets*

Other current assets, as of the dates presented, were as follows (in thousands):

|  | June 30, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
| Prepaid insurance premiums | $ | 12,949 | $ | 21,002 |
| Spare parts inventory | | 16,234 | | 15,741 |
| Prepaid expense and other | | 5,923 | | 4,380 |
| | $ | 35,106 | $ | 41,123 |

*Property, Plant and Equipment*

Property, plant and equipment, as of the dates presented, were as follows (in thousands):

|  | June 30, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
| Land and land improvements | $ | 52,839 | $ | 52,839 |
| Plant and equipment | | 1,136,844 | | 1,108,577 |
| Construction in progress | | 102,157 | | 93,903 |
| Other | | 55,944 | | 52,464 |
| | | 1,347,784 | | 1,307,783 |
| Accumulated depreciation | | (629,195) | | (604,510) |
| | $ | 718,589 | $ | 703,273 |

**CONFIDENTIAL**

*Intangible Assets*

There were no changes in the carrying amount of our intangible assets, for the six months ended June 30, 2021.   The gross carrying amounts and accumulated amortization of intangible assets, as of the dates presented, were as follows (in thousands):

|  | Gross Carrying Value | Accumulated Amortization | Net Carrying Value |
|---|---|---|---|
| June 31, 2021 |  |  |  |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
|  | $ 26,980 | $ (23,100) | $ 3,880 |

*Other Assets*

Other assets, as of the dates presented, were as follows (in thousands):

|  | June 30, 2021 | December 31, 2020 |
|---|---|---|
| Deferred turnaround costs | $ 31,808 | $ 40,308 |
| Catalyst and solvent costs | 12,915 | 13,693 |
| Other deferred charges | 1,845 | 1,849 |
|  | $ 46,568 | $ 55,850 |

The decrease in the deferred turnaround costs reflects the amortization of turnaround costs in the first two quarters of 2021.

*Accrued Liabilities*

Accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | June 30, 2021 | December 31, 2020 |
|---|---|---|
| Accrued interest | $ 43,757 | $ 41,231 |
| Accrued payroll and benefits | 26,048 | 17,537 |
| Accrued property and sales tax | 13,865 | 13,991 |
| Net pension liability | 7,332 | 8,493 |
| Accrued freight | 5,365 | 5,875 |
| Other | 4,988 | 5,508 |
|  | $ 101,355 | $ 92,635 |

**CONFIDENTIAL**

*Accrued Liabilities – Port Neches Incident*

Accrued liabilities for the Port Neches Incident, as of the dates presented, were as follows (in thousands):

|  | June 30, 2021 | December 31, 2020 |
|---|---|---|
| Total of losses and costs recognized | $ 434,147 | $ 416,817 |
| Deferred gain on insurance | 120,805 | 36,694 |
| Invoices / settlements paid | (316,110) | (293,874) |
| Unpaid invoices included in payables | (14,810) | (12,507) |
| Asset write-offs | (56,900) | (56,868) |
|  | $ 167,132 | $ 90,262 |
| | | |
| Accrued response / clean-up costs | $ 128,818 | $ 46,258 |
| Estimated claims liability | 38,314 | 44,004 |
|  | $ 167,132 | $ 90,262 |

## NOTE F – SHORT-TERM DEBT

Our short-term financing arrangements at June 30, 2021 and December 31, 2020 consisted of insurance premiums financing.   The $13.6 million balance at June 30, 2021 represents insurance premiums financed for nine months in June 2021, with the first payment due in July 2021 and the final payment due in March 2022.   The $13.1 million balance at December 31, 2020 represented the four remaining installments of the ten months of insurance premiums financed 2020 that were paid in full in April 2021.

## NOTE G – LONG-TERM DEBT

Outstanding debt as of the dates presented, was as follows (in thousands):

|  | June 30, 2021 | December 31, 2020 |
|---|---|---|
| 10.5% Notes | $ 930,000 | $ 930,000 |
| 10.875% Notes | 153,000 | - |
| New Term Loan | - | 70,000 |
| Unamortized discount on New Term Loan | - | (286) |
| Unamortized discount on notes | (2,643) | - |
| Total long-term debt | 1,080,357 | 999,714 |
| Less: deferred financing costs | (15,386) | (14,393) |
| Long-term debt net of deferred financing costs | $ 1,064,971 | $ 985,321 |

Our financing arrangements at June 30, 2021 were comprised of the 10.875% Notes and the 10.5% Notes.   As of June 30, 2021, we were in compliance with all covenants set forth in the Indentures governing the 10.875% Notes and the 10.5% Notes.

*ABL*

TPCGI is the lead borrower under the ABL and certain domestic subsidiaries of TPCGI are co-borrowers (or may be designated co-borrowers) on a joint and several basis.

The ABL is composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" tranche (the ABL FILO).   Commitments under the ABL FILO will be reduced, and commitments under the ABL Revolver equally and simultaneously increased, by $2.5 million on each of the first three anniversaries of the August 2019 amendment and restatement.

**CONFIDENTIAL**

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

As of June 30, 2021, we had no borrowings outstanding on the ABL and the combined ABL Revolver and ABL FILO borrowing bases provided us with the ability to borrow up to $112.5 million.

The ABL Revolver commitments may be increased by an aggregate principal amount of not more than $150 million, subject only to the consent of the new or existing lenders providing such increases. The lenders under this facility are under no obligation to provide any such additional commitments, and any increase in commitments will be subject to customary conditions precedent. Notwithstanding any such increase in the facility size, TPCGI's ability to borrow under the facility will remain limited at all times by the borrowing base (to the extent the borrowing base is less than the commitments).

Loans under the ABL Revolver bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 1.75% (and may subsequently decrease to 1.50% or increase to 2.00% depending on average excess availability) and with respect to base rate borrowings will initially be 0.75% (and may subsequently decrease to 0.50% or increase to 1.00% depending on average excess availability).

Loans under the ABL FILO bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 3.00% (and may subsequently decrease to 2.75% or increase to 3.25% depending on average excess availability) and with respect to base rate borrowings will initially be 2.00% (and may subsequently decrease to 1.75% or increase to 2.25% depending on average excess availability).

The ABL provides for all applicable margins to be reduced by 0.25% during any fiscal quarter for which the Total Leverage Ratio, as defined in the ABL credit agreement, as of the last day of the immediately preceding fiscal quarter, is less than 5.0 to 1.0.

In addition to paying interest on outstanding principal under the ABL, TPCGI is required to pay a commitment fee at an initial rate of 0.500% per annum in respect of the unutilized commitments thereunder. The commitment fee rate subsequently may be reduced to 0.375% depending on the amount of excess availability under the ABL. TPCGI must also pay customary letter of credit fees and fronting fees for each letter of credit issued.

If, at any time, (i) an Event of Default is continuing or (ii) Excess Availability is less than the greater of (x) 12.5% of Availability and (y) $12.5 million, TPCGI shall comply with a minimum Fixed Charge Coverage Ratio for the most recent period of four consecutive fiscal quarters of at least 1.0 to 1.0. Such requirement shall continue until the date that no Event of Default exists, and Excess Availability shall have been not less than the greater of (x) 12.5% of Availability and (y) $12.5 million for a period of 21 consecutive calendar days.

If at any time the aggregate amount of loans and letters of credit outstanding under either the ABL Revolver or under the ABL FILO exceeds the lesser of (a) the applicable total commitments and (b) the applicable borrowing base, TPCGI will be required to prepay loans outstanding and/or cash collateralize outstanding letters of credit in an aggregate amount equal to the amount of any such excess, without any reduction of the commitments. Under certain circumstances, if the aggregate amount available under the ABL is less than the greater of (1) 12.5% of the lesser of (i) the total commitments under such facility and (ii) the borrowing base and (2) $12.5 million for 5 consecutive business days, or if certain defaults occur, all collateral proceeds collected through the cash management system in favor of the collateral agent will be swept to a collection account and applied daily to repay outstanding loans and cash collateralize letters of credit under the ABL.

TPCGI may voluntarily repay loans outstanding under the ABL Revolver and under the ABL FILO at any time without premium or penalty other than customary "breakage" costs with respect to LIBOR loans. All outstanding loans under the ABL Revolver must be repaid before any loans outstanding under the ABL FILO may be repaid. Any subsequent borrowings under the ABL would be made first under the ABL FILO (subject to availability) and next under the ABL Revolver (subject to availability). We may elect at

any time to reduce the unutilized portion of the commitment amount under the ABL. We may elect at any time to terminate the ABL FILO commitments in full (but not in part) provided that 30 Day Excess Availability, as defined in the Credit Agreement and calculated on a pro forma basis, would not be less than the greater of (a) 17.5% of availability and (b) $25 million if the Fixed Charge Coverage Ratio is at least 1.0 to 1.0 or 30 Day Excess Availability would not be less than 22.5% of availability if the Fixed Charge Coverage Ratio is less than 1.0 to 1.0.

Pursuant to a Guarantee, dated as of August 2, 2019, among Parent, TPCGI, the other guarantors party thereto and Bank of America, N.A., as administrative agent and collateral agent, all obligations under the Senior Secured Asset-Based Revolving Credit Agreement are unconditionally guaranteed by substantially all existing and future, direct and indirect, wholly-owned material restricted domestic subsidiaries of TPCGI, subject to certain exceptions, including, any applicable legal, regulatory or contractual constraints and to the requirement that such guarantee will not cause material adverse tax consequences.

The borrowers under the ABL are jointly and severally liable for all borrowings and other obligations thereunder. Pursuant to a Pledge and Security Agreement, dated as of August 2, 2019, among Parent, TPCGI, the subsidiary grantors and Bank of America, N.A., as administrative agent and collateral agent, and any additional borrowers that may become party thereto from time to time, such obligations and the guarantees of such obligations are secured, subject to permitted liens and other exceptions, by:

- a first-priority lien on the following:

  (a) accounts receivable, including those arising from the sale of inventory and other goods and services (including related contracts and contract rights, inventory, tax refunds, cash and cash equivalents);

  (b) inventory;

  (c) intercompany notes and intellectual property and other intangible assets to the extent attached to or necessary to sell any of the foregoing;

  (d) deposit and investment accounts (and all cash, checks and other negotiable instruments, funds and other evidences of payment held therein, but not any identifiable proceeds of Notes First Priority Collateral (as defined below));

  (e) to the extent evidencing, governing, securing or otherwise related to any of the foregoing and the other Revolver First Priority Collateral (as defined below), all documents, general intangibles (excluding intellectual property), instruments, investment property (but not stock in subsidiaries or equity interest in any limited liability company or other entity constituting Notes First Priority Collateral), commercial tort claims, letters of credit, supporting obligations and letter of credit rights;

  (f) all loans payable by a grantor to any other grantor to the extent made using proceeds of advances under the ABL Facility;

  (g) books and records, documents, supporting obligations, chattel paper, instruments, payment intangibles and general intangibles relating to any of the foregoing; and

  (h) all proceeds and products of any or all of the foregoing in whatever form received, in each case above subject to certain qualifications and exclusions (collectively, the "Revolver First Priority Collateral"); and

- a second-priority lien on assets not constituting Revolver First Priority Collateral subject to certain qualifications and exclusions (the "Notes First Priority Collateral").

The ABL contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- incur additional indebtedness;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets;

- pay dividends and distributions or repurchase its capital stock;

- make investments, loans or advances;

- prepay certain indebtedness;

- engage in certain transactions with affiliates;

- designate certain subsidiaries as restricted or unrestricted by the covenants; and

- change its lines of business.

In addition, at any time when an event of default is continuing or the aggregate amount available under the ABL is less than the greater of (a) 12.5% of the lesser of (1) the total commitments and (2) the borrowing base and (b) $12.5 million (or a lesser amount if a significant asset sale has occurred), TPCGI will be required to maintain a minimum fixed charge coverage ratio of 1.0:1.0.

The ABL also contains a customary "holding company" covenant that restricts Parent's ability to take certain actions and contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the ABL, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion by Parent or a borrower of any such invalidity), change of control and loss of lien perfection or priority.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes are due August 1, 2024 and interest will be paid semi-annually in arrears on February 1 and August 1.

*Indenture Governing the 10.5% Notes*

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 2, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes, (the "10.5% Indenture"). On February 2, 2021, TPCGI and the guarantors entered into a Supplemental Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes (the "10.5% Supplemental Indenture"). The 10.5% Supplemental Indenture modified the 10.5% Indenture to match certain restrictions contained in the 10.875% Indenture (as defined below) on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies. We may also be required to make an offer to repurchase the 10.5% Notes at a price equal to 102% of the principal amount of 10.5% Notes so repurchased, plus accrued and unpaid interest, if any, upon receipt of certain insurance proceeds, and subject further to other conditions and limitations.

The 10.5% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. ("Holdings") and on a senior secured basis by all of TPCGI's existing and future direct and indirect domestic subsidiaries other than certain excluded subsidiaries (the "subsidiary guarantors" and together with Holdings, the "guarantors") that guarantee obligations under the ABL.

The 10.5% Notes are effectively subordinated to the 10.875% Notes and are subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.5% Notes rank senior in right of payment to all of TPCGI's and the subsidiary guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the subsidiary guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5 % Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.5% Notes effectively senior to TPCGI's and the subsidiary guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.5% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.5% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the subsidiary guarantors' assets (in each case, other than TPCGI's and the subsidiary guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the 10.5% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the subsidiary guarantors' assets that secure our ABL on a first-priority basis.

**CONFIDENTIAL**

The 10.5% Notes become redeemable as of August 1, 2021 at the redemption prices specified in the 10.5% Indenture. The redemption price for the period from (and including) August 1, 2021 through July 31, 2022 is 107.875% and for the period from (and including) August 1, 2022 through July 31, 2023 is 103.938%. The 10.5% Notes become redeemable at par as of August 1, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.5% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any. TPCGI may also be required to make an offer to repurchase the 10.5% Notes at a price equal to 102% of the principal amount of 10.5% Notes so repurchased, plus accrued and unpaid interest, if any, upon receipt of certain insurance proceeds, and subject further to other conditions and limitations. In addition, at any time prior to August 1, 2021, TPCGI may redeem, subject to certain conditions, up to 35% of the 10.5% Notes at a redemption price of 110.50% with the net cash proceeds from one or more equity offerings.

In addition, upon the sale of certain assets or the receipt of insurance proceeds in connection with certain casualty events, in each case, in which TPCGI and its subsidiaries do not apply the proceeds as required, the holders of the 10.5% Notes may require TPCGI to purchase for cash all or a portion of its 10.5% Notes at a purchase price equal to 100% of the principal amount of the 10.5% Notes, plus accrued and unpaid interest, if any, to, but excluding, the repurchase date.

The 10.5% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.5% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency. Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.5% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.5% Notes to be due and payable.

On February 2, 2021 we issued $153 million of 10.875% Senior Secured Notes and repaid the $70 million New Term Loan we had in place with Apollo Global Management to provide additional liquidity against any uncertainty around timing of future insurance recoveries, including business interruption recoveries, over the next year.

*10.875% Notes*

The net proceeds from the offering of the 10.875% Notes were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. The 10.875% Notes are due August 1, 2024 and interest will be paid quarterly in arrears on February 1, May 1, August 1 and November 1.

*Indenture Governing the 10.875% Notes*

On February 2, 2021, TPCGI and the guarantors entered into the Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.875% Indenture").

The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all subsidiary guarantors.

The 10.875 % Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.875% Notes are effectively subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.875% Notes to the extent of the value of such assets and properties.

**CONFIDENTIAL**

The 10.875% Notes are TPCGI's and the guarantees are the guarantors' senior secured obligations and rank senior in right of payment to the 10.5% Notes and all of TPCGI's and the guarantors' future debt that is expressly subordinated in right of payment to the 10.875% Notes and rank equally in right of payment with all TPCGI's and the guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.875% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.875% Notes effectively senior to TPCGI's and the guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.875% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.875% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the guarantors' assets (in each case, other than TPCGI's and the guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the 10.875% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the guarantors' assets that secure our ABL on a first-priority basis.

The 10.875% Notes are redeemable at the redemption prices specified in the 10.875% Indenture. The 10.875% Notes are redeemable prior to August 2, 2022 at a price equal to 100% of the principal amount of the Notes to be redeemed, plus accrued and unpaid interest to, but excluding, the redemption date, plus the applicable "make-whole premium." The redemption price for the period from (and including) August 2, 2022 through February 1, 2023 is 108.1563% and for the period from (and including) February 2, 2023 through August 1, 2023 is 104.0781%. The 10.875% Notes become redeemable at par as of August 2, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.875% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any.

In addition, upon the sale of certain assets or the receipt of insurance proceeds in connection with certain casualty events, in each case, in which TPCGI and its subsidiaries do not apply the proceeds as required, the holders of the 10.875% Notes may require TPCGI to purchase for cash all or a portion of its 10.875% Notes at a purchase price equal to 100% of the principal amount of the 10.875% Notes, plus accrued and unpaid interest, if any, to, but excluding, the repurchase date.

The 10.875% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.875% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency. Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.875% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.875% Notes to be due and payable.

CONFIDENTIAL

## NOTE H – REVENUE

We operate in two principal business segments, C4 Processing and Performance Products. The following table disaggregates revenue for each segment by major activity and by domestic and foreign for each period presented.

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2021 | 2020 | 2021 | 2020 |
| **Revenue by segment** | | | | |
| C4 Processing | | | | |
| Product sales | $ 156,576 | $ 67,253 | $ 260,399 | $ 184,980 |
| Process revenue | 678 | 520 | 1,202 | 1,132 |
| Terminalling revenue | 2,885 | 1,378 | 5,178 | 3,811 |
| Service fees | 1,308 | 374 | 2,083 | 1,055 |
| Shipping and handling | 2,559 | 3,069 | 4,907 | 5,966 |
| | $ 164,006 | $ 72,594 | $ 273,769 | $ 196,944 |
| | | | | |
| Performance Products | | | | |
| Product sales | $ 135,519 | $ 63,549 | $ 213,145 | $ 150,175 |
| Terminalling revenue | - | 38 | - | 75 |
| Shipping and handling | 4,488 | 2,964 | 8,914 | 7,775 |
| | $ 140,007 | $ 66,551 | $ 222,059 | $ 158,025 |
| | $ 304,013 | $ 139,145 | $ 495,828 | $ 354,969 |
| | | | | |
| **Revenue by geographic location** | | | | |
| United States | $ 289,599 | $ 129,466 | $ 468,504 | $ 331,358 |
| All foreign countries | 14,414 | 9,679 | 27,324 | 23,611 |
| | $ 304,013 | $ 139,145 | $ 495,828 | $ 354,969 |

## NOTE I – PORT NECHES INCIDENT

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues including a mandatory settlement conference scheduled for August 5-6, and 24-26, 2021.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston

**CONFIDENTIAL**

facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice has initiated an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,670 property claims have been resolved and approximately 1,430 additional eligible claims are pending action by the claimant in the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, sixty-seven private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with over 1650 individual plaintiff cases now pending. Twenty-nine of the sixty-seven private party lawsuits, including approximately 600 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 750 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in third quarter 2021 as the plaintiffs filed an amended master petition in Q2 2021 adding additional defendants. A hearing on class certification is not expected before Q4 2021 at the earliest.

Four different sets of insurance policies in effect at the time provide coverage for costs and losses incurred as a result of the Port Neches Incident.

On an event to date basis, TPC has incurred $434.1 million dollars of costs associated with the PNO Event and anticipates recovering $257.0 million of these costs through insurance proceeds. At the end of the first quarter of 2021 we anticipated collecting $278.0 million. The $21.0 million change in estimate is a result of lowering the probability of proceed collection based on the current claims status. It does not constitute a view that these funds are not collectable, just that they do not currently meet the probability test. We have collected $372.8 million dollars of insurance proceeds and have paid out $316.1 million. Any proceeds collected in excess of book costs will be reflected as a deferred gain until the claim is fully settled.

*Property/Business Interruption Policies*

Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of June 30, 2021, we have paid $80.5 million of costs and collected $230.0 million under these policies, of which $12.1 million has been specifically designated as business interruption coverage and $217.9 million has been designated as an unallocated payment on account. Of the unallocated proceeds of $217.9 million, $120.8 million are recorded as a deferred gain primarily due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2019 and 2020 were $52.4 million and $58.8 million, respectively. Reimbursable costs for the first quarter of 2021 were $2.5 million and for the three months ended June 30, 2021 we made a change in estimate adjustment and reduced probable anticipated recoverable costs by $16.6 million. This change was based on proposed adjustments from insurance carriers for which we have supported positions that counter their assessment but due to the current claim status we could no longer deem these proceeds as probable. We currently estimate that $97.1 million will be recoverable under this policy.

On April 28, 2021 we executed a $30.0 million unallocated Partial Proof of Loss and received those funds by the 1st week of June. In addition, on August 4, 2021 we executed a $28 million unallocated Partial Proof of Loss under these policies bringing the total to $258 million. As of the date of the issuance of this report we have received $8.8 million of this amount.

*Liability/Defense Policies*

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of June 30, 2021, we have accrued third-party claim amounts of $168.1 million, have paid $129.5

million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $55.3 million and we have collected $15.3 million of this amount. We anticipate collecting a total of $31.2 million for these expenses. Costs recorded under these policies in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million. So far in 2021, an additional $3.2 million was added primarily for commercial claims and an additional $5.5M in defense costs. To date we have paid $53.5 million of these defense cost invoices.

We have reached an agreement with the majority of our liability insurers to settle our claims for reimbursement of eligible liability defense costs we incurred in 2020. As a result of this agreement, we anticipate receiving an additional $16.7 million of defense costs bringing the total expected recovery to $31.2 million. As of this report date we have received $6.2 million of those additional costs.

*Environmental/Pollution Policies*

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of June 30, 2021, we have incurred $51.8 million and paid $46.6 million of those costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million, $28.0 million and $0.7 million of these costs in 2019, 2020 and 2021 respectively.

*Inventory Policy*

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.8 million. We executed a $2.5 million Partial Proof of Loss under this policy and received the total $2.5 million in June. We expect to recover the fair market value at the time of the event on these materials which is estimated to be $4.5 million.

*Not Recoverable*

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

**NOTE J – COVID-19 EXPENSES**

The $0.1 million and $0.4 million of COVID-19 expenses for the three and six months ended June 30, 2021 relate to costs incurred as a result of precautionary measures taken by the Company to prevent the spread of COVID-19 at TPC sites. The costs include protective gear for employees, increased sanitation of TPC sites, and enhancements to workspaces to promote safety.

**NOTE K – FREEZE EVENT EXPENSES**

The freeze event expenses of $3.5 million and $33.4 million for the three and six months ended June 30, 2021 relate to costs incurred as a result of extreme winter weather experienced by large parts of the southern United States, including Texas and Louisiana where the Company's operations are located. The costs include extensive emergency repairs, utility costs and overtime personnel costs.

**NOTE L – TECHNICAL CENTER FIRE EVENT EXPENSES**

In January of 2021 a fire occurred in the Technical Center at the Houston Plant. The Technical Center is used for quality control and research and development activities. The $1.3 million and $6.2 million of Technical Center fire expenses for the three and six months ended June 30, 2021 relates to costs incurred as a result of a fire. The expenses primarily represent event response costs, outsourced quality control testing and rental expenses to house equipment and employees until the Technical Center rebuild is complete.

**NOTE M – INCOME TAXES**

The income tax provisions for the second quarters of 2021 and 2020 represent the differences between the income tax provisions for the six-month periods ended June 30, 2021 and 2020 and the income tax provisions for the quarters ended March 31, 2021 and 2020, respectively. The effective tax rates applied to pretax loss for the six months ended June 30, 2021 and 2020 were the projected effective rates for the respective full years ending December 31, which reflected the federal statutory rate of 21% appropriately adjusted for the

state tax provision and permanent book/tax differences. The projected full-year 2020 effective income tax rate applied to pretax loss for the six months ended June 30, 2021 and 2020 was 19.6% and 20.5%, respectively.

In response to the global pandemic related to the outbreak of COVID-19, on March 27, 2020, the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") was enacted in the US to grant relief to taxpayers. The CARES Act provides numerous tax provisions and other stimulus measures, including temporary changes regarding the prior and future utilization of net operating losses, temporary changes to the prior and future limitations on interest deductions, temporary suspension of certain payment requirements for the employer portion of social security taxes, technical corrections from prior tax legislation for tax depreciation of certain qualified improvement property and the creation of certain refundable employee retention credits. The Company does not currently expect the CARES Act to have a material impact on its tax expense. The Company will continue to monitor legislative and regulatory developments related to COVID-19 and will record the associated tax impacts as discrete events in the periods that guidance is finalized, or the Company is able to estimate an impact.

**NOTE N – COMMITMENTS AND CONTINGENCIES (see Note Q of Exhibit I for additional discussion)**

*Legal Matters*

From time to time, we are party to routine litigation incidental to the normal course of our business, consisting primarily of claims for personal injury or exposure to our chemical products or feedstocks, and environmental matters. We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not be material to our financial condition, results of operations or cash flows. We record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of litigation. Many of the personal injury or product exposure lawsuits to which we are a party are covered by insurance subject to certain self-insured retention amounts.

Our contractual arrangements with our customers and suppliers are typically very complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation, and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier.

On December 10, 2020, the Company received a notice from a customer asserting a purported breach of the parties' MTBE sales agreement. The customer asserts that it had properly exercised the right of first refusal provided in the sales agreement and that the Company's subsequent agreement with another customer constitutes a breach of the sales agreement. The Company disputes and intends to aggressively defend the customer's possible claim. A mediation took place in May 2021 as required in the dispute resolution provisions of the sales agreement. No settlement was reached at that mediation, and no lawsuit has yet been filed.

As described above, we record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of the dispute resolution or litigation process. As of June 30, 2021, we have not recognized any material reserves related to unresolved disputes with customers and suppliers.

Sixty-seven private party lawsuits, including five class actions, are pending in Texas state court related to the November 2019 incident at our Port Neches plant. The petitions bring a variety of claims sounding in negligence, gross negligence, nuisance, and trespass. The plaintiffs in these cases allege in the most general way that we were negligent and/or grossly negligent by breaching duties to, among other things, (1) maintain unspecified plant equipment, (2) develop, implement, and maintain proper procedures for storage of chemicals at the facility, and (3) warn the public concerning the risks and dangers of the chemicals maintained at the facility. The petitions also allege that these and other breaches caused damages, including property damage, medical care and expenses, pain and suffering, physical impairment, lost earnings, disfigurement, medical monitoring, mental anguish, and injury to business. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with over 1,650 individual plaintiff cases now pending. Twenty-nine of the sixty-seven private party lawsuits, including approximately 600 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 750 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a

Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in Q3 2021 as the plaintiffs filed an amended master petition in Q2 2021 adding additional defendants. A hearing on class certification is not expected before Q4 2021 at the earliest.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company also was served with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA.

Because these lawsuits, which we intend to vigorously defend, are in their early stages, we are unable to determine if a loss is probable or estimate the amount or range of potential loss and therefore have not established any reserves, but we believe the amounts involved may be material.

Beyond the matters in active litigation, the Company has received other claims and demands, through its formal claims process and otherwise, from individuals, companies, and insurers claiming damages as a result of the incident. The Company is in the process of reviewing these claims. It is possible some of these claims may result in additional litigation.

*Environmental and Safety Matters*

Our Company is subject to federal, state, local and foreign laws, regulations, rules and ordinances from various governing agencies that regulate human health, safety, security and the environment.

We are committed to maintaining compliance with applicable environmental, health, safety (including process safety) and security ("EHS&S") legal requirements, and we have developed policies and management systems intended to identify the various EHS&S legal requirements applicable to our operations and facilities. We work to enhance and assure compliance with applicable requirements, ensure the safety of our employees, contractors, community neighbors and customers, and minimize the generation of wastes, the emission of air contaminants and the discharge of pollutants. These EHS&S management systems also serve to foster efficiency and improvement and to reduce operating risks.

In the ordinary course of business, we undertake frequent environmental inspections and monitoring and are sometimes subject to investigations by governmental authorities. In addition, our production facilities require a number of environmental permits and authorizations that are subject to renewal, modification and, in certain circumstances, revocation. Actual or alleged violations of environmental laws or permit requirements or the discovery of releases of hazardous substances at or from our facilities could result in restrictions or prohibitions on plant operations, significant remedial expenditures, substantial civil or criminal sanctions, as well as, under some environmental laws, the assessment of strict and/or joint and several liability. Moreover, changes in environmental regulations or the terms of our environmental permits could inhibit or interrupt our operations or require us to modify our facilities or operations. Accordingly, environmental or regulatory matters may cause us to incur significant unanticipated losses, costs or liabilities.

In addition to the requirements imposed upon us by law, we also enter into other agreements from time to time with state and local environmental agencies either to avoid the risks of potential regulatory action against us or to implement improvements that exceed current legal requirements.

The Company has agreed to indemnify third parties for environmental and other liabilities pursuant to various agreements, including asset divestiture agreements and leases. Many of these obligations contain monetary and/or time limitations, but others do not provide for those limitations. The Company is not aware of any probable and reasonably estimable losses associated with any of these obligations.

*Port Neches Incident*

The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations.

We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We have recently received two additional subpoenas from the EPA for documents and data and are in the process of responding to those subpoenas. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA. The Company may have insurance coverage for some of the foregoing claims for environmental cleanup.

**NOTE O – DEFINED BENEFIT PENSION PLAN**

For the periods presented, periodic pension expense consisted of the following components (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|  | 2021 | 2020 | 2021 | 2020 |
|---|---|---|---|---|
| Components of net periodic pension cost: |  |  |  |  |
| Service cost | $ 182 | $ 237 | $ 364 | $ 556 |
| Interest cost | 75 | 114 | 150 | 257 |
| Expected return on assets | (159) | (186) | (318) | (421) |
| Amortization of prior service cost | (12) | (11) | (24) | (20) |
| Amortization of actuarial loss | 126 | 163 | 252 | 302 |
| Settlement charge | - | 1,166 | - | 1,166 |
| Curtailment (credit)/charge | - | (539) | - | (539) |
|  | $ 212 | $ 944 | $ 424 | $ 1,301 |

**NOTE P – SUBSEQUENT EVENTS**

We evaluated subsequent events through August 13, 2021, the date the financial statements were issued. As of the date of this report, we have successfully renewed and financed all of our insurance premiums. Insurance premiums financed in July were $29.7 million for our property renewal and an additional $1.0 million for liability policies renewed in June.

Additionally, on August 4, 2021, we executed a $28.0 million unallocated Partial Proof of Loss under our property and business interruption policies. As of the date of issuance of this quarterly report we have received $8.8 million. We have also reached agreement with the majority of our liability insurers to settle our claims for reimbursement of eligible liability defense costs we incurred in 2020. As a result of this agreement, we received $6.2 million in early August 2021.

**CONFIDENTIAL**

THIS PAGE INTENTIONALLY LEFT BLANK

**Exhibit I**



# ANNUAL REPORT

**Year ended December 31, 2020**

**CONFIDENTIAL**

# TABLE OF CONTENTS

**Page**

| | |
|---|---|
| Definitions of Terms | 3 |
| Explanatory Note | 4 |
| Cautionary Note Regarding Forward-Looking Statements | 5 |
| Selected Historical Consolidated Financial Data | 6 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 9 |
| Consolidated Financial Statements | 32 |

CONFIDENTIAL

## DEFINITIONS OF TERMS

Capitalized and other terms used throughout this Annual Report for the year ended December 31, 2020, unless the specific context otherwise requires or indicates, have the meanings ascribed to them below:

- **ABL** – our asset-based loan facility originally entered in December 2012, which was repaid, amended, and restated in conjunction with the refinancing of our debt on August 2, 2019 and again amended on February 2, 2021 to permit the issuance of the 10.875% Notes. The ABL is scheduled to mature in August 2024. For a detailed description of the ABL see Note H to our audited financial statements on pages 49-53 of this Annual Report for the year ended December 31, 2020;

- **ASC** - Accounting Standards Codification, which is the sole source of authoritative generally accepted accounting principles in the United States, other than rules and regulations issued by the Securities and Exchange Commission (SEC) that apply to SEC registrants;

- **ASU** - Accounting Standards Update, which the Financial Accounting Standards Board (FASB) issues to communicate changes to the ASC. ASUs are not authoritative standards;

- **Company, us, we, and our** - TPC Group Inc. and its subsidiaries;

- **GAAP** – Generally Accepted Accounting Principles in the United States;

- **Gross profit contribution ("GPC")** - as used herein, is defined as revenue less cost of sales as reported in our consolidated statements of operations and comprehensive income. GPC is the residual amount that is available, after deducting the variable costs to produce and distribute our products from revenue, to cover all other expenses;

- **Holdings** - TPC Holdings Inc., a Delaware corporation, which, upon consummation of the Merger, became the direct parent of TPCGI. Holdings and Parent are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Merger** – the December 20, 2012 merger of Sawgrass Merger Sub Inc., a Delaware corporation, which merged with and into TPCGI, with TPCGI surviving the Merger as a direct wholly-owned subsidiary of Holdings and an indirect wholly-owned subsidiary of Parent;

- **New Term Loan** – the Delayed Draw Term Loan Facility entered into on February 3, 2020, which provides for a delayed draw term loan of up to $70 million for a term of one year. For a detailed description of the New Term Loan see Note H to our audited financial statements on pages 49-53 of this Annual Report for the year ended December 31, 2020;

- **Old Term Loan –** the Senior Secured Delayed Draw Term Loan Facility, scheduled to mature in December 2020, for which the outstanding balance of $50 million was repaid with the net proceeds from issuance of the 10.5% Notes and which was terminated in conjunction with the refinancing of our debt on August 2, 2019;

- **Parent** - Sawgrass Holdings LP, a Delaware limited partnership, which, upon consummation of the Merger became the direct parent of Holdings and indirect parent of TPCGI. Parent and Holdings are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Sponsors** - First Reserve Management, L.P. and SK Capital Partners;

- **TPCGI** - TPC Group Inc., a Delaware corporation, not including any of its subsidiaries;

- **TPCGLLC** - TPC Group LLC, a Texas limited liability company and the principal subsidiary of TPCGI;

- **TPCPF** - TPC Phoenix Fuels LLC, a Texas limited liability company and wholly owned subsidiary of TPCGLLC.

- **8.75% Notes** – the $805 million principal amount of Senior Secured Notes due in December 2020, which were redeemed with the net proceeds from issuance of the 10.5% Notes in conjunction with the refinancing of our debt on August 2, 2019;

- **10.5% Notes** – the $930 million principal amount of Senior Secured Notes due August 1, 2024 issued in conjunction with the refinancing of our debt on August 2, 2019. For a detailed description of the 10.5% Notes see Note H to our audited financial statements on pages 49-53 of this Annual Report for the year ended December 31, 2020;

- **10.875% Notes** – the $153 million principal amount of Senior Secured Notes due August 1, 2024, which were issued on February 2, 2021 and for which a portion of the proceeds were used to repay and terminate the New Term Loan.

CONFIDENTIAL

## EXPLANATORY NOTE

This Annual Report is highly confidential and has been prepared pursuant to the terms of the Indenture (the "10.5% Indenture") dated as of August 2, 2019, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.5% Notes, as amended by the Supplemental Indenture dated as of February 2, 2021, and the Indenture (the "10.875% Indenture" and collectively with the 10.5% Indenture, the "Indentures") dated as of February 2, 2021, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and the U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.875% Notes.    Unlike companies with securities that are registered under the Securities Exchange Act of 1934 (the "Exchange Act") or traded on a national securities exchange, the Company is not required to file reports with the Securities and Exchange Commission and, except as provided under the Indentures, the Company is not required to deliver any reports to holders of its securities.   As a result, this Annual Report does not include all the information that would be required to be included in an Annual Report on Form 10-K that is filed pursuant to the Exchange Act, including, among other things, a description of the material risks faced by the Company.   Moreover, this Annual Report does not include all the information that may be material to holders of the Company's securities, including the 10.5% Notes, and should not be relied upon by any person in making an investment decision with respect to the Company's securities.   Except as strictly required pursuant to the terms of the Indentures, the Company undertakes no obligation to update or revise any information contained in this Annual Report.

This Annual Report shall not constitute an offer to sell, or the solicitation of an offer to buy, any securities of the Company, including the 10.5% Notes and the 10.875% Notes.   Distribution of this Annual Report to any person other than holders of the 10.5% Notes and the 10.875% Notes is unauthorized and any disclosure of any of its contents without the Company's prior written consent is prohibited.   By accepting delivery of this Annual Report, you agree to the foregoing and not to make any photocopies, in whole or in part, of this Annual Report or any documents or materials relating to the Company that are provided in connection with this Annual Report.

CONFIDENTIAL

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Annual Report contains forward-looking statements that do not directly or exclusively relate to historical facts. You can typically identify forward-looking statements by the use of forward-looking words, such as "will," "may," "might," "should," "can," "could," "project," "believe," "anticipate," "expect," "estimate," "continue," "potential," "plan," "forecast" and other words of similar import. Forward-looking statements include information concerning possible or assumed future results of our operations, including the following:

- business strategies;
- operating and growth initiatives and opportunities, including proposed capital projects;
- existing and expected competition and competitive position;
- market outlook and trends in our industry;
- expected financial condition;
- future cash flows, including insurance proceeds;
- financing sources and availability;
- expected results of operations;
- future capital and other expenditures;
- availability and price of raw materials and inventories;
- the business cyclicality of the petrochemicals industry;
- effects of seasonality;
- plans and objectives of management or the sponsors;
- future compliance with orders and agreements with regulatory agencies;
- environmental matters;
- expected outcomes of insurance settlements, legal, environmental or regulatory proceedings and their expected effects on our results of operations;
- expectations, strategies and plans for individual assets and products (including the ability to maintain plant utilization rates), business segments and the company as a whole;
- anticipated restructuring, divestiture and consolidation activities;
- cost reduction and control efforts and targets;
- compliance and other costs and potential disruption or interruption of production or operation due to accident, interruptions in sources of raw materials, cyber security incidents, terrorism, political unrest, natural disasters or other unforeseen events; and
- any other statements regarding future growth, future cash needs, future operations, business plans and future financial results.

These forward-looking statements represent our intentions, plans, expectations, assumptions and beliefs about future events and are subject to risks, uncertainties and other factors, including risks and uncertainties such as volatility in the petrochemicals industry, limitations on the Company's access to capital, the timing and amount of insurance proceeds received, the effects of competition, leverage and debt service, general economic conditions, third-party claims, governmental litigation and investigations, and extensive environmental, health and safety laws and regulations. Many of those factors are outside of our control and could cause actual results to differ materially from the results expressed or implied by the forward-looking statements.

In light of these risks, uncertainties and assumptions, the events described in the forward-looking statements might not occur or might occur to a different extent than we have described. Except as may be required by applicable law or agreement, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

CONFIDENTIAL

## SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA

The following table presents selected historical consolidated financial data (in thousands) at the dates and for the periods indicated. This selected historical consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the historical consolidated financial statements, together with the related notes, included elsewhere in this Annual Report.

The Balance Sheet and Statements of Operations and Cash Flows Data presented below have been derived from the Company's audited consolidated financial statements. The "Other Financial Data" presented below is unaudited, non-GAAP information. Consolidated Balance Sheets as of December 31, 2018, 2017 and 2016 and Consolidated Statements of Operations and Comprehensive Loss and Consolidated Statements of Cash Flows for the years ended December 31, 2017 and 2016 are not included in this Annual Report.

|  | Year Ended December 31, | | | | |
|  | **2020** | **2019** | **2018** | **2017** | **2016** |
| **Statements of Operations Data:** | | | | | |
| Revenue | $ 751,390 | $ 1,464,926 | $ 1,626,835 | $ 1,609,068 | $ 1,114,459 |
| Cost of sales (excludes items listed below) | 519,063 | 1,031,833 | 1,253,054 | 1,256,669 | 807,868 |
| Operating expenses | 181,059 | 179,936 | 183,328 | 176,963 | 164,827 |
| General and administrative expenses | 27,970 | 28,695 | 26,337 | 32,202 | 25,572 |
| Depreciation and amortization | 74,155 | 81,002 | 141,708 | 139,904 | 137,113 |
| Loss on Port Neches incident, net of insurance recovery | 50,141 | 91,895 | - | - | - |
| COVID-19 expenses | 1,896 | - | - | - | - |
| Repair and other expenses related to dock incident | - | - | 1,459 | - | - |
| Business interruption insurance recovery | (12,100) | - | (567) | - | - |
| Gain on sale of HRVOC allowances | - | - | - | (6,152) | - |
| Hurricane Harvey expenses | - | - | - | 7,512 | - |
| Capital project write-offs | - | - | - | 946 | 6,875 |
| Gain on sale of plant | - | - | - | - | (5,037) |
| Income (loss) from operations | (90,794) | 51,565 | 21,516 | 1,024 | (22,759) |
| Interest expense | 112,933 | 101,729 | 89,305 | 81,662 | 82,617 |
| Other (income) expense | 182 | 1,565 | (889) | 1,270 | (1,803) |
| Loss before income taxes | (203,909) | (51,729) | (66,900) | (81,908) | (103,573) |
| Income tax benefit | (15,745) | (10,238) | (13,698) | (56,094) | (34,989) |
| Net loss | $ (188,164) | $ (41,491) | $ (53,202) | $ (25,814) | $ (68,584) |
| **Statements of Cash Flows Data:** | | | | | |
| Cash flows from operating activities | $ (88,865) | $ 117,354 | $ 30,817 | $ 36,478 | $ (2,138) |
| Cash flows from investing activities | | | | | |
| Capital expenditures | (55,889) | (53,957) | (63,717) | (45,652) | (42,861) |
| Proceeds from sale of assets | - | - | - | - | 59,913 |
| Cash flows from financing activities | | | | | |
| Proceeds from issuance of 10.5% Notes | - | 930,000 | - | - | - |
| Redemption of 8.75% Notes | - | (805,000) | - | - | - |
| Repayment of Old Term Loan | - | (50,000) | - | - | - |
| Net proceeds from (paydowns on) ABL | - | (40,000) | 32,000 | (12,500) | (52,500) |
| Proceeds from New Term Loan | 69,300 | - | - | - | - |
| Insurance finance borrowings | 42,492 | - | - | - | - |
| Insurance finance repayments | (29,395) | - | - | - | - |
| Debt issuance costs | (4,344) | (14,902) | (502) | (5,149) | (3,131) |
| Equity contributions (returns), net | (6) | (141) | - | 19 | 15,019 |
| Proceeds from Old Term Loan borrowings | - | - | - | 25,000 | 25,000 |
| **Balance Sheet Data (end of period):** | | | | | |
| Cash and cash equivalents | $ 18,452 | $ 85,159 | $ 995 | $ 2,397 | $ 4,201 |
| Trade accounts receivable | 73,477 | 83,882 | 93,962 | 95,833 | 81,246 |
| Insurance receivable - Port Neches incident | 23,289 | 185,477 | - | - | - |
| Inventories | 45,435 | 52,058 | 68,092 | 72,564 | 66,491 |
| Property, plant and equipment, net | 703,273 | 684,844 | 702,090 | 749,442 | 815,746 |
| Total assets | 964,749 | 1,173,502 | 976,706 | 999,579 | 1,059,478 |
| Current liabilities | 309,087 | 387,164 | 171,816 | 162,336 | 153,569 |
| Long-term debt, net of deferred financing costs | 985,321 | 915,772 | 882,362 | 844,821 | 831,504 |
| Deferred income taxes | - | 13,271 | 22,276 | 36,740 | 92,978 |
| Total liabilities | 1,294,408 | 1,316,207 | 1,076,454 | 1,043,897 | 1,078,051 |
| Total equity (deficit) | (329,659) | (142,705) | (99,748) | (44,318) | (18,573) |
| **Other Non-GAAP Financial Data:** | | | | | |
| EBITDA (1) | $ (16,821) | $ 131,002 | $ 164,113 | $ 139,658 | $ 116,157 |
| Adjusted EBITDA (1) | 45,875 | 231,418 | 167,321 | 170,014 | 109,602 |

CONFIDENTIAL

(1) EBITDA and Adjusted EBITDA are not measures computed in accordance with GAAP. A non-GAAP financial measure is a numerical measure of historical or future financial performance, financial position or cash flows that excludes amounts, or is subject to adjustments that have the effect of excluding amounts, that are included in the most directly comparable measure calculated and presented in accordance with GAAP in the balance sheets, statements of operations, or statements of cash flows (or equivalent statements); or includes amounts, or is subject to adjustments that have the effect of including amounts, that are excluded from the most directly comparable measure so calculated and presented.

We are including a presentation of EBITDA and Adjusted EBITDA in this Annual Report because their presentation is required under the Indentures. In addition, the Indentures contain debt incurrence ratios that are calculated by reference to Adjusted EBITDA. Non-compliance with the debt incurrence ratios contained in the Indentures would prohibit us from being able to incur additional indebtedness other than pursuant to specified exceptions.

We calculate EBITDA as earnings before interest, taxes, depreciation and amortization and we calculate Adjusted EBITDA as EBITDA, adjusted to remove or add back certain items, including the impact of butadiene price changes. These items are identified below in the reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss), the GAAP measure most directly comparable to EBITDA and Adjusted EBITDA. Our calculation of EBITDA and Adjusted EBITDA may be different from the calculations used by other companies; therefore, they may not be comparable to other companies.

The following table provides a reconciliation of EBITDA and Adjusted EBITDA to Net Loss for the periods specified.

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | **2020** | **2019** | **2018** | **2017** | **2016** |
| **Net Loss** | $ (188,164) | $ (41,491) | $ (53,202) | $ (25,814) | $ (68,584) |
| Income tax benefit | (15,745) | (10,238) | (13,698) | (56,094) | (34,989) |
| Interest expense, net | 112,933 | 101,729 | 89,305 | 81,662 | 82,617 |
| Depreciation and amortization (1) | 74,155 | 81,002 | 141,708 | 139,904 | 137,113 |
| **EBITDA** | (16,821) | 131,002 | 164,113 | 139,658 | 116,157 |
| Impact of butadiene price changes (2) | 5,211 | 8,014 | (3,709) | 18,540 | (9,265) |
| Port Neches Incident (3) | 50,141 | 91,895 | - | - | - |
| Write-offs (4) | - | - | - | - | 6,875 |
| Other non-recurring items (5) | 7,344 | 507 | 6,917 | 11,816 | (4,165) |
| **Adjusted EBITDA** | $ 45,875 | $ 231,418 | $ 167,321 | $ 170,014 | $ 109,602 |

(1) Includes depreciation, amortization of deferred turnaround and catalyst costs and amortization of patents for all periods presented.

(2) Adjustment to remove the estimated temporary impact on our operating results of month-to-month changes in the contract price of butadiene. For further discussion see "Management's Discussion and Analysis of Financial Condition and Results of Operations".

(3) Adjustment to remove the losses and costs incurred, net of actual and probable insurance recoveries as a direct result of the Port Neches incident (discussed on pages 12-14).

(4) Adjustments to remove charges for the write-offs of accumulated costs for certain capital projects.

(5) Adjustments to remove the impact of certain non-recurring items for 2020 which include incremental expenses directly related to the impact of Hurricane Laura and Tropical Storm Beta of $0.5 million, the estimated impact of lost sales due to Hurricane Laura and Tropical Storm Beta of $4.4 million, the incremental expenses directly related to our response to the COVID-19 pandemic of $1.9 million, and refinancing optimization expenses of $0.5 million. The adjustment for 2019 removes refinancing optimization expenses incurred in advance of refinancing our debt on August 2, 2019. The adjustment for 2018 removes a $0.6 million business interruption insurance recovery related to Hurricane Harvey and the insurance deductible and uninsured logistics and legal expenses related to the Houston dock incident (discussed on page 12) of $1.5 million and adds $6.0 million of estimated margin impact of lost sales volume as a direct result of the dock incident. The adjustment for 2017 removes incremental expenses directly related to the impact of Hurricane Harvey of $7.5 million, certain corporate optimization initiatives of $1.6 million and a gain from the sale of environmental emissions credits of $6.1 million and adds $8.8 million of estimated impact of lost sales due to Hurricane Harvey. The adjustment for 2016 removes the book gain of $5.0 million from the sale of our Baytown plant in the fourth quarter of 2016 and earnings, net of dividends received, from our interest in a joint venture we sold in 2016.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the consolidated financial statements and accompanying notes, which are included elsewhere in this Annual Report.

**Overview**

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

In our C4 Processing segment, we process the crude C4 stream into higher value components, namely butadiene, butene-1 and raffinates. Butadiene is primarily used to produce synthetic rubber that is mainly used in tires and other automotive products; butene-1 is primarily used in the manufacture of polyethylene plastic resins and synthetic alcohols; and raffinates are primarily used in the production of alkylate, a component of premium unleaded gasoline.

In our Performance Products segment, we process isobutylene, which we purchase as a raw material and also produce internally, to produce polyisobutylene ("PIB"), diisobutylene ("DIB"), and methyl tertiary-butyl ether ("MTBE"). PIB is primarily used in the production of fuel and lubricant additives, caulks, adhesives, sealants and packaging; DIB is primarily used in the manufacture of surfactants, plasticizers and resins; and MTBE is primarily used as a gasoline blending stock.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 12-14). The Houston plant, in addition to processing crude C4, also produces PIB, DIB, and MTBE. The raw material isobutylene processed at our Houston facility is sourced from processing crude C4, third-party supply and internal on-purpose production. The feedstock for our on-purpose isobutylene production is isobutane, which is a plentiful natural gas liquid resulting from shale gas development. As discussed in more detail under "Current Market and Business Conditions" below, in order to replace the lost crude C4 processing capacity at our Port Neches plant, we recently entered into a long-term contract with a third-party to process a substantial portion of our crude C4 supply and return butadiene and raffinate to us.

We also provide critical infrastructure and logistics services along the Gulf Coast. Both our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. Our results are impacted by the effects of economic upturns or downturns on our customers and our suppliers, as well as on our own costs to produce, sell and deliver our products. Our customers generally use our products in their own production processes; therefore, if our customers curtail production of their products, our results could be materially affected. In particular, our feedstock costs and product prices are susceptible to volatility in pricing and availability of crude oil, natural gas, natural gas liquids such as isobutane and oil-related products such as unleaded regular gasoline. Prices for these products tend to be volatile as well as cyclical, as a result of global and local economic factors, worldwide political events, weather patterns and the economics of oil and natural gas exploration and production, among other things.

**Material Industry Trends**

We receive crude C4 feedstock for our C4 Processing segment from steam crackers, which are designed to process naphtha and natural gas liquids ("NGL's") as feedstocks for ethylene production. Crude C4 is a by-product of the ethylene production process, and the volume of crude C4 produced by the process is driven by both the volume of ethylene produced and the composition of the steam cracker feedstock. Some major ethylene producers have the flexibility to shift from light feedstocks, such as NGL's (ethane, propane and butane), to heavier feedstocks, such as naphtha, or vice versa depending on the economics of the feedstock. When ethylene producers process heavier feedstock, greater volumes of crude C4 are produced. However, when light feedstocks (i.e. NGL's) are inexpensive relative to heavy feedstocks, the producers may choose to process those light feedstocks instead, a process referred to as "light cracking," which results in lower volumes of crude C4 production. In recent years, lighter cracking by domestic ethylene

CONFIDENTIAL

producers has been prevalent as a result of an abundant supply of cost advantaged NGL feedstocks (particularly ethane), and we experienced the largest impact of the shift from heavier to lighter ethylene cracker feedstocks between 2007 and 2009. In 2015, we experienced an increase in domestic delivery rates, which reflected more favorable economics for propane and butane cracking compared to the lighter ethane feedstock. However, over the course of 2016 and 2017, ethane feedstock economics were generally more favorable, which again resulted in relatively lower domestic delivery rates of crude C4's. Domestic delivery rates were positively impacted beginning the latter part of 2017 as newly constructed ethylene crackers in North America came on-line, making more crude C4 feedstock available. Domestic crude C4 feedstock supply continued to grow in 2019 as additional new North American ethylene crackers came on-line. Those crackers produced additional C4 feedstock in 2020 as they ramped up rates and ran for the full year. Some constraints regarding our ability to process all of the incremental crude C4 available arose in 2020 due to the outage at our Port Neches facility. Some amount of the crude C4 produced by the ethylene crackers needed to be consumed through suppliers recycling the material (referred to as co-cracking) because of short-term limitations in butadiene extraction capacity. TPC has taken steps to minimize the impact of the Port Neches outage. We ramped up production rates on our largest butadiene extraction unit and converted one of our butadiene extraction trains (the furfural unit) at our Houston plant, which had been in butane removal service for our raffinate business since 2014, back to butadiene extraction service. We also restarted our hydrotreating unit, which converts crude C4's to butylenes, and are operating the unit at maximum rates in an effort to consume a larger volume of crude C4's from our suppliers. This unit has also gone through significant optimization throughout 2020 further increasing crude C4 consumption.

The supply of butadiene is driven by ethylene cracker operating rates and feedstock composition. Because butadiene is a small co-product stream in relation to the quantity and value of ethylene and propylene produced in a cracker, butadiene supply is relatively insensitive to its demand and/or price. In addition, butadiene cannot be stored for long periods of time. Therefore, the price of butadiene can be highly volatile based on relatively small changes in supply or demand.

Demand for butadiene strengthened in early 2018 and pricing began an upward trend in response to producer supply constraints in the early part of the year and strong demand through the third quarter of 2018. As a result of softening demand partly due to typical seasonality, butadiene pricing declined over the course of the fourth quarter of 2018 and remained relatively stable through the first four months of 2019. With new car sales demand softening globally over the balance of 2019, butadiene pricing declined 30% over the last eight months of the year to 34 cents per pound. Our Port Neches plant outage in late November curtailed the domestic supply of butadiene, which contributed to a 25% increase in the contract price over the first two months of 2020. However, as a result of temporary weakened global demand linked to the coronavirus, the price of butadiene declined by 50% through July of 2020 as automotive and tire plants shutdown for much of the second quarter. As the economy began to recover in the second half of 2020, so did the price of butadiene, rising 130% from its low point of 19.6 cents per pound in June-July to 46 cents per pound in December.

The North American region continued to be a net importer of butadiene and its derivatives (synthetic rubber and tires) in 2020 and we expect this to continue in 2021; however, as we look forward, we expect strong global economic growth, combined with the continued ramp-up of new North American tire plants, to provide growth for the additional butadiene supply that will come from the new ethylene crackers, which we expect will shrink the amount of imports over the next few years. Further, as we look forward, we expect NGL's, due to shale gas, to continue to provide favorable ethylene production economics to North America leading to additional ethylene crackers being built in the future (2026-2028) bringing additional crude C4's and butadiene to market. This should lead to additional butadiene consuming derivative plants being built over the next 6-8 years in North America.

Beginning in the latter part of 2016 and through 2019, we successfully restructured our C4 processing business by renegotiating essentially all of our crude C4 supply contracts. As of the end of 2020, approximately 90% of our contracted crude C4 volume was under the new business model. The primary objective of the restructured business model was to create more stability in the profit margins we realize on all components of the entire crude C4 streams commensurate with the valuable service we provide to our suppliers. The restructured model minimizes our downside risk during periods of weaker prices for the commodities upon which the values of our products are based, as it provides us with a fixed processing margin and energy recovery fee sufficient to cover our processing costs and a sustainable minimum profit margin. The restructured model also provides us with upside margin sharing with our suppliers when the value of crude C4 streams, which is based on the value we receive for our products, exceeds a floor value. The margin sharing mechanism of the restructured contracts is accomplished through direct linkage between the value we receive for the extracted products and what we pay our suppliers for the components of the crude C4 stream.

In addition to the margin stability, risk mitigation and upside sharing in the supplier margins, the restructured crude C4 supply contracts also provide for larger discounts on the price we pay for contained butane as well as an energy fee for having to process larger volumes of butane in our system. The larger discounts and energy fee offset the cost we incur to remove the butane and/or the negative impact on the value of and margins realized on our raffinate streams when the contained butane exceeds certain minimum levels.

The remainder of our crude C4 supply continues to be purchased on a component basis under contractual arrangements not based on the restructured model and on a spot basis. Under these supply arrangements we are exposed to more commodity risk as they do not provide the same downside protection as the restructured contracts and there is no direct linkage between the value we receive for the extracted products and what we pay for various components of the crude C4. Under these arrangements, the profit margins on our

raffinates, which are the second largest part of the crude C4 stream after butadiene, are directly impacted by the price of unleaded regular gasoline (ULR) since we buy and sell the butylenes contained in the raffinate streams based on a factor of ULR. The price of ULR impacts the margins on the raffinate we produce from these streams in two ways. One impact is dependent on the absolute price of ULR, which impacts the spread between what we pay for the contained butylenes and what we sell them for. We buy and sell the butylenes on a percentage of ULR basis, so a higher ULR price results in a wider spread and a more positive impact on our margins. The other impact is dependent on the quantity of inventory and the magnitude of volatility in the ULR price from period to period as we may purchase the contained butylenes in one period and then sell them in a subsequent period.

Our MTBE margins in 2020 were negatively impacted by the effects of COVID-19 starting in March and reached a low point in April due to the MTBE to unleaded regular gasoline (ULR) spread falling from an average of 42 cents per gallon in the first quarter to 4.5 and 2.2 cents per gallon in the second and third quarters, respectively. High raw material isobutane and methanol costs in relation to the value of MTBE also had a negative impact on MTBE margins during this period. Margins for MTBE, starting at the end of the third quarter of 2020, began to expand as the MTBE-ULR spread grew to 11.3 cent per gallon. However, the strength of methanol and butane pricing tempered the margin expansion.

**Current Market and Business Conditions**

On March 11, 2020, the World Health Organization declared the ongoing COVID-19 outbreak a pandemic and recommended containment and mitigation measures worldwide. The pandemic has resulted in widespread adverse impacts on the global economy. With various government-imposed quarantines and travel restrictions, we experienced significant disruptions in the second quarter of 2020 as the pandemic and its impact on the global economy spread through most of our markets.

For employees who are considered essential and are working in plants, we have at a minimum, implemented government recommended protocols and best practices related to social distancing, hygiene and the use of additional personal protective equipment. TPC's Crisis Management Team ("CMT") has helped to safely mitigate exposure risk by quickly identifying and isolating twenty-two confirmed cases amongst our employees, all of which contracted COVID-19 outside the workplace. These measures have not only enabled us to continue to operate our facilities safely but have also helped TPC maintain a largely consistent supply chain. Additionally, the CMT has worked closely with senior leadership to tailor a comprehensive Return to Workplace plan for each site. At the time of this filing, a significant portion of TPC's workforce (non-essential workers) continue to work remotely from their homes. Our employees' health and well-being continue to remain a key priority.

By the end of March 2020, we witnessed the effects of COVID-19 on our operating results when declining commodity prices resulted in compressed margins and a $10 million lower of cost and net realizable value inventory adjustment. The expected declines in consumer demand occurred in March and the second quarter, with the low points in our business in the March-June timeframe. Crude oil prices increased late in the second quarter and continued to rise throughout the third quarter as supply and demand fundamentals improved. This ultimately drove higher feedstock costs, which proved beneficial to product prices and margins in the third and fourth quarters of 2020.

Despite the partial rebound in crude oil prices, commodity prices may continue to present a challenge for our business in the near-term. However, we expect the recovery in customer demand to continue, absent a significant resurgence of COVID-19. The extent to which COVID-19 will adversely impact our business, financial condition and results of operations will depend on numerous evolving factors, which are highly uncertain, rapidly changing and cannot be predicted.

The impacts of COVID-19, the global oil and trade wars, and the fallout from the Port Neches plant explosion have all converged to create challenges in the market that influence commodity prices and spreads. Throughout 2020, the biggest impacts to our business were in the butadiene, PIB and MTBE segments. The third quarter saw an increase in demand for all of our products including raffinate (sold to the refining industry for the production of alkylate), butene-1 (used primarily as a comonomer for polyethylene and used in many single serve packaging applications) and diisobutylene (DIB which is used in resins for the tire industry). Demand for butadiene was strong and we saw a significant increase in demand for PIB in the third quarter which continued in the fourth quarter.

Throughout 2020, we saw a continuation of the commodity headwinds that started in the first quarter of 2020 in our MTBE business with weaker MTBE to isobutane spreads as our primary demand regions of Mexico, Central and South America saw a significant reduction in gasoline demand. Since the low point on volume and margins in March and April, our MTBE business segment has continued to recover in both volume and margins. However, the impact of stronger isobutane and methanol pricing on MTBE margins persisted during the fourth quarter. During this challenging period, we have capitalized on our operational flexibility and moved some feedstock normally used for MTBE production into our raffinate business to benefit from the stronger demand and margins in alkylate. We also optimized our hydrotreating and raffinate train operations to maximize our production of butene-1.

Early in the second quarter, we signed a new MTBE offtake contract with one of the world's largest independent fuels and commodity trading firms. The contract is market based and provides a secure outlet for 100% of our MTBE production through the end of 2023. Since the new MTBE offtake contract is market based, we are subject to greater pricing volatility than under our previous

CONFIDENTIAL

offtake contract.

The closure of automotive production globally during late March and early April resulted in the closure of virtually all tire manufacturing operations and with that the closure or significant cut back in production levels at the key synthetic rubber plants that supply raw material to the tire companies. The key raw material we supply to the synthetic rubber industry is butadiene, and its major use is in tires. As a result of automotive production shutdowns and fewer miles driven with government imposed social distancing requirements, major tire plants significantly curtailed production, impacting global demand for synthetic rubber and the consumption of butadiene during the second quarter. Exacerbated by our limited access to certain customers due to the Port Neches incident, our sales for the prior quarters were markedly lower than what we had projected in our annual operating plan (AOP), hitting the low point in April. However, third and fourth quarter sales strengthened compared to our first and second quarter levels. China, Europe and the U.S. all reported increases in new car sales. Additionally, replacement tire sales are recovering, leading us to forecast stronger sales in 2021.

COVID-19 has not only impacted demand for butadiene, but it also has had a major impact on pricing, leading to our low point in the June-July time frame of 19.6 cents per pound. After dropping precipitously in the second quarter, butadiene prices increased steadily through the end of 2020. As the economy began to recover in the second half of 2020, so did the price for butadiene, rising 130% from its low point of 19.6 cents per pound in June-July to 46 cents per pound in December.

Demand for butene-1 continued to be solid in the third and fourth quarters. Butene-1 demand remains strong, as demand for polyethylene single serve packaging continues to grow during the COVID-19 outbreak.

On May 12, 2020 we completed key milestones on the Port Neches terminal, enabling us to resume selling raffinate to our largest customer. With strengthening demand and the terminal opening, we were able to return to normal sales levels by the end of the second quarter. In January 2021, we completed the second phase of our Port Neches terminal and began importing butadiene over our dock and into refurbished tanks, which enabled us to begin selling and transporting additional volumes of butadiene to major customers in the Beaumont and Port Neches area.

In response to the loss of our Port Neches crude C4 processing capacity, we have been actively pursuing tolling opportunities with third parties within the industry. In January 2021, we signed a long-term contract with a third-party processor for crude C4 processing and began sending crude C4's to this processor through enhancements made to our Port Neches terminal in the second phase of our refurbishment of these assets. We are now receiving butadiene and raffinate back from the third-party processor. This third-party toll processing deal grows in volume throughout 2021 and into the first quarter of 2022 bringing our butadiene volumes available for sale back to pre-incident levels. As we look to further increase capacities within our system, we are moving forward with a debottleneck of our Houston butadiene extraction unit that will increase existing capacity by approximately 25% by the end of 2022.

After a very strong first quarter for our PIB business, the second quarter was the low point for this business segment due to COVID-19 impacts on miles driven and its impact on lubricant and fuel additive demand. The third and fourth quarter demand increased significantly from our second quarter sales levels, with sales volumes for all of 2020 recovering to 85% of our annual operating plan.

### Dock Incident – 2018

On June 13, 2018, an ocean-going bulk carrier navigating in the Port of Houston Ship Channel veered off course and struck a barge stationed at our primary Houston facility dock. The incident caused substantial damage to both the barge and the dock facilities. There were no significant injuries and there was no environmental impact from the incident.

The damaged dock was returned to full barge and ship service in August 2018 after temporary repairs of approximately $5 million which, excluding a $0.25 million deductible, were reimbursed from insurance proceeds in September 2018. The insurance proceeds were accounted for as an offset to the actual dock repair costs. The total amount of the insurance deductible and uninsured logistics and legal expenses recognized in our reported 2018 earnings was $1.5 million and the margin on estimated lost sales volume was approximately $6.0 million. The revenue and cost of sales related to the lost sales volume for the C4 Processing segment were estimated to be $4 million and $2 million, respectively, and for the Performance Products segment were estimated to be $13 million and $9 million, respectively.

We are currently finalizing the legal agreements with the Port Authority for the additional land needed to rebuild the dock and the agreements are expected to be finalized by the end of March. Additionally, we have reached an agreement with insurers on the scope of the rebuild and we are preparing for construction bids. The expectation is to begin construction late in the second quarter of this year. We anticipate that the entire cost, which we currently estimate to be $30-35 million, will be reimbursed by our insurance carriers.

### Port Neches Incident – 2019

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

CONFIDENTIAL

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues including a settlement conference scheduled for August 2021.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,500 property claims have been resolved and approximately 1,600 additional eligible claims are working through the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, sixty-one private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-seven of the sixty-one private party lawsuits, including approximately 565 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. A hearing on class certification is not expected before Q4 2021 at the earliest.

Four different sets of insurance policies, under the insurance coverage we had in effect at the time, provide coverage for costs and losses incurred as a result of the Port Neches incident. Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for some category costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of December 31, 2020, we have paid $67.7 million of costs and collected $160.0 million under this policy, of which $12.1 million has been specifically designated as business interruption coverage and $147.9 million has been designated as an unallocated payment on account. Of the unallocated proceeds of $147.9 million, $36.7 million are recorded as a deferred gain due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2020 and 2019 total $58.0 million and $64.7 million, respectively. Of these costs we currently estimate that $111.2 million will be recoverable.

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of December 31, 2020, we have incurred third-party claim amounts of $165.0 million, have paid $120.7 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $49.8 million and we have collected $15.3 million of this amount. We anticipate collecting a total of $35.2 million for these expenses. Costs recorded under this policy in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million.

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of December 31, 2020, we have incurred and paid $51.1 million of costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million of these costs in 2019 and an additional $28.0 million in 2020.

CONFIDENTIAL

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.4 million. We expect to recover the fair market value at the time of the event on these materials.

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

On January 13, 2021 we executed an additional unallocated Proof of Loss for $40.0 million under our property and business interruption policies and received the funds in January and February 2021. As of the issuance of this 2020 Annual Report (i.e. March 24, 2021), we have paid out $127.4 million on liability claims. Excluding claims, we have also paid approximately $178.9 million in response, defense, pollution, and other costs. Additional proceeds anticipated to cover book costs equal $280.6 million with additional recovery anticipated as a gain.

For the year ended December 31, 2020, we had recognized a net amount of losses and incurred costs of $50.1 million, which reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

The following table summarizes the net amount of losses and current costs for the year ended December 31, 2020 (in millions):

|  | Cost | | Insurance anticipated | | Net cost | |
|---|---|---|---|---|---|---|
| Liability claims | $ | 3 | $ | - | $ | 3 |
| Response costs | | 126 | | 79 | | 47 |
|  | $ | 129 | $ | 79 | $ | 50 |

The following table summarizes the net amount of inception to date losses and costs incurred as of December 31, 2020 (in millions):

|  | Cost | | Insurance anticipated | | Net cost | |
|---|---|---|---|---|---|---|
| Response and cleanup costs | | | | | | |
| Incurred as of December 31, 2019 | $ | 287 | $ | 195 | $ | 92 |
| Incurred three months ended March 31, 2020 | | 80 | | 57 | $ | 23 |
| Incurred three months ended June 30, 2020 | | 27 | | 24 | $ | 3 |
| Incurred three months ended September 30, 2020 | | 13 | | 14 | $ | (1) |
| Incurred three months ended December 31, 2020 | | 9 | | (16) | | 25 |
| Incurred as of December 31, 2020 | $ | 416 | $ | 274 | $ | 142 |

*Coronavirus – 2021*

The global coronavirus (or COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. In 2020, global markets experienced a precipitous decline in oil prices in response to concerns regarding the potential impacts of the COVID-19 outbreak on worldwide oil demand and the anticipated increases in oil production from Russia and OPEC, which have impacted margins in our raffinate and MTBE businesses. Although commodity prices have recovered considerably, we expect the outlook for 2021 to remain uncertain due to the rapidly evolving conditions, and we cannot estimate the scope of their impact on our business, our results of operations, our financial condition, our personnel, our customers, our suppliers or the global economy. We continue to assess the potential impact of COVID-19 on our staff and operations and have implemented appropriate mitigation plans, including precautions

with regard to employee and facility hygiene, imposed travel limitations on our employees and directed our employees to work remotely whenever possible. We also continue to work with our suppliers to understand the potential impacts to our supply chain, and at this time, we have not identified any material risks to our supply chain. This is a rapidly evolving situation, and we will continue to monitor developments affecting our workforce and our suppliers and take additional precautions as we believe are warranted.

### *Technical Center Fire - 2021*

Early on the morning of January 9, 2021, the TPC Houston operations team responded to a fire alarm in the Technical Center. The Technical Center, located on the southwest side of the facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded to the incident with assistance from the Houston Fire Department. The Company coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts as a result of the event; however, one emergency responder sustained an ankle injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. Fortunately, over 75% of the equipment is salvageable, but, in the absence of a functioning laboratory the Company had to secure short term outsourcing solutions for all of the quality control testing needs. Since late February, however, we have replaced the majority of the outsourced testing with inhouse testing in a combination of TPC and rental facilities, thereby substantially reducing the incremental costs. Between response costs, outsourcing costs, rental expenses and the cost of rebuilding the Technical Center, we estimate that the fire will cost the Company approximately $11.5 million. Please also refer to Note T, *Subsequent Events.*

### *February Weather Event – 2021*

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather. Due to abnormally low temperatures for an extended period of time, facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs. We anticipate that the total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, will be between $50 million and $60 million. Please also refer to Note T, *Subsequent Events.*

We are taking a number of steps to offset the impact of these two events. This includes commercial and procurement initiatives, and capital and cost reductions. At this point, we have defined actions to offset about 70% of the impact, and we are pursuing additional opportunities.

### *Insurance Renewal*

We seek to maintain comprehensive insurance coverage, and we renewed all of our insurance coverages during 2020 with terms and conditions that we believe are consistent with those generally prevailing in insurance markets, although at substantially higher premiums than the expiring coverages. Although we carry property and casualty insurance to cover certain risks, our insurance policies do not cover all types of losses and liabilities, and our insurance may not be sufficient to cover the full extent of losses or liabilities for which we are insured. Due to significant recent insurance claims in the petrochemical industry, insurance market conditions have tightened, and we cannot guarantee that we will be able to renew our current insurance policies on favorable terms, or at all.

### *Dehydrogenation Unit*

The third scheduled turnaround of the dehydro unit commenced on February 1, 2020 and was safely completed within budget, but it did have a significant schedule delay due to issues with a compressor overhaul and our 505 waste heat boiler. The scope of the project and the total cost of approximately $48 million were in line with our expectations.

## Results of Operations

### *Contractual linkages of raw material costs and selling prices of finished products to commodity indices*

Most of our raw material feedstock costs and finished product selling prices are determined by application of contractual formulas linked to commodity market indices and, in most cases, the indices used to determine raw material feedstock costs are the same indices used to determine finished product selling prices.

As discussed above under "Material Industry Trends", as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, and is more

CONFIDENTIAL

commensurate with the valuable and consistent service we provide to the industry.

Although linkage of most of our raw material costs and selling prices to the same indices and our restructured crude C4 supply contracts provide some degree of consistency in our average material margin per pound (which we define as the difference between average revenue per pound and average raw material cost per pound) during periods in which the underlying commodity indices are relatively stable, there are various factors that can have a significant impact on our average material margin per pound, including those listed below. Moreover, even a relatively minor increase or decrease in average material margin per pound can have a significant impact on our overall profitability given the magnitude of our sales volumes.

- We may purchase raw material feedstocks in a given month based on market indices for that month, and then sell the related finished products in a later month based on market indices for the later month. Changes in selling prices of finished products, based on changes in the underlying market indices between the month the raw material feedstocks are purchased and the month the related finished products are sold causes variation in our average material margin per pound. For example, we may purchase the components of a crude C4 stream based on formulas that reflect the respective January commodity indices but then sell the finished products at pricing formulas based on the respective February commodity indices. If the indices for January and February are the same, we would expect to realize substantially the same unit margins regardless of the absolute value of the indices. However, for any components of the stream for which the respective index increases between January and February, we would expect to realize a temporary margin expansion until pricing stabilizes; and conversely, if the index decreases, we would expect to realize a temporary margin contraction. The magnitude of the effect on the average material margin per pound and the material margin percentage in a given month depends on the magnitude of the change in the underlying indices compared to the prior month and the quantity of inventory at the end of the prior month as a result of its impact on the moving average cost of finished products sold in the subsequent month.

- Although most of our supply and sales contracts contain index-based formulas, varying proportions of our raw material purchases and finished product sales are done on a spot basis or otherwise negotiated terms. In addition, while many of the index-based formulas in our contracts are simply based on a percentage of the relevant index, others apply adjustment factors to the market indices that do not fluctuate with changes in the underlying index. As supply and sales contracts are renegotiated, the amounts of such adjustment factors can change, thus the average material margin per pound would be impacted.

- Under some of our raw material purchase contracts, the costs of the raw materials are based on a percentage of the relevant market index, and under some of our sales contracts, the selling price of the related finished product is based on a higher percentage of the same market index. As a result, the average material margin per pound tends to be higher during periods in which the market indices are higher and tends to be lower during periods when the market indices are lower.

- Finished product selling price formulas under some of our sales contracts, primarily in the Performance Products segment, are based on commodity indices not for the period in which the sale occurs but for either a prior or subsequent period. The effect on average material margin per pound of the selling price formulas can be significant during times of rapidly increasing or decreasing market indices.

### Butadiene Price Impact

As discussed above, a substantial portion of our finished product selling prices and raw material costs are linked to the same commodity indices and this linkage mitigates, to varying degrees, our exposure to volatility in our profit margins. As also discussed above, as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, which are more commensurate with the valuable and consistent service we provide to the industry. However, the stabilizing effect of these factors on our profit margins is lessened when we do not purchase the feedstock and sell the finished product in the same period. Regarding butadiene, which has historically been the largest individual product line in our C4 Processing segment, the linkage between our raw material cost and finished product selling price is the published contract price for butadiene. As a result of purchasing crude C4 in one month and selling finished butadiene in the subsequent month, the GPC per pound we report in the subsequent month will expand when the price of butadiene increases and will contract when the price of butadiene declines due to the impact of beginning inventory (quantity and unit cost) on the moving average cost of finished butadiene sold in the subsequent month.

As shown in the presentation of EBITDA and Adjusted EBITDA on page 8 of this Annual Report, we adjust EBITDA to remove the estimated temporary impact on our reported GPC of the month-to-month changes in the contract price of butadiene. The rationale for the adjustment is that the temporary impacts of butadiene price changes distort the underlying business performance.

CONFIDENTIAL

The table below shows, for each period presented, the impact on our reported GPC (in millions) of purchasing crude C4 in one period and selling finished butadiene in a later period at higher or lower butadiene contract prices. The impact on reported GPC for each period is the sum of the monthly impacts, which are dependent on the magnitude of the contract price change each month and the quantity of butadiene inventory at the beginning of each month.

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Positive (negative) impact on GPC | $ (5) | $ (8) | $ 4 |

### *Average material margin per pound*

The table below provides the average material margin per pound (defined above) for each period presented.

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Average revenue per pound ($) | $ 0.30 | $ 0.40 | $ 0.50 |
| Average raw material cost per pound ($) | 0.16 | 0.24 | 0.34 |
| Average material margin per pound ($) | 0.14 | 0.16 | 0.16 |

As discussed above, our material margin per pound and reported GPC reflect the temporary impact of month-to-month changes in the contract price of butadiene. As provided in the table above, and in the discussion of cost of sales for 2020 versus 2019 on pages 19-20 and for 2019 versus 2018 on page 22, the impact of butadiene price changes on GPC was a negative $5 million in 2020, a negative $8 million in 2019, and a positive $4 million in 2018. Excluding the temporary impact of butadiene price changes on all three years, average material margin per pound would be $0.15 for 2020 and $0.16 for 2019 and 2018.

The following table summarizes the primary indices which impact our revenues and raw material costs by segment.

| Segment / Finished Product | Revenues | Raw Material Costs |
|---|---|---|
| **C4 Processing Segment** | | |
| Butadiene | Butadiene | Butadiene |
| Butene – 1 | Unleaded regular gasoline | Unleaded regular gasoline |
| Raffinates | Unleaded regular gasoline | Unleaded regular gasoline |
| | | |
| **Performance Products Segment** | | |
| Polyisobutylene | Isobutane | Butane |
| Diisobutylene | Isobutane | Butane |
| MTBE | MTBE | Isobutane, methanol |

CONFIDENTIAL

The following table summarizes the average commodity index prices for each period presented.

| | Year Ended December 31, | | | Year Ended December 31, | | |
|---|---|---|---|---|---|---|
| Average commodity prices: | **2020** | **2019** | **% Chg.** | **2019** | **2018** | **% Chg.** |
| Butadiene (cents/lb) (1) | 30.6 | 44.0 | -30% | 44.0 | 62.2 | -29% |
| Unleaded regular gasoline (cents/gal) (2) | 114.7 | 171.6 | -33% | 171.6 | 189.8 | -10% |
| Butane (cents/gal) (3) | 58.6 | 65.2 | -10% | 65.2 | 101.9 | -36% |
| Isobutane (cents/gal) (3) | 58.5 | 73.9 | -21% | 73.9 | 109.9 | -33% |
| MTBE (cents/gal) (2) | 127.7 | 197.5 | -35% | 197.5 | 223.8 | -12% |
| Methanol (cents/gal) (4) | 101.3 | 116.3 | -13% | 116.3 | 147.8 | -21% |

(1) Industry pricing was obtained through IHS.

(2) Industry pricing was obtained through Platts.

(3) Industry pricing was obtained through Oil Price Information Service.

(4) Industry pricing was obtained through J. Jordan.

The following table provides sales volumes, revenue, cost of sales, GPC and operating expenses by operating segment (amounts in thousands) for the years ended December 31, 2020, 2019 and 2018.  Please refer to this information, as well as our consolidated financial statements and accompanying notes included elsewhere in this Annual Report, when reading our discussion and analysis of results of operations below.  All information provided in the table below, except sales volumes, is derived from our Consolidated Statements of Operations.   Sales volumes for all periods presented constitute unaudited information.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2020** | | **2019** | | **2018** | |
| **Sales volumes (pounds) (1):** | | | | | | |
| C4 Processing | 1,474,078 | | 2,326,067 | | 1,988,264 | |
| Performance Products | 1,055,889 | | 1,379,245 | | 1,254,734 | |
| | 2,529,967 | | 3,705,312 | | 3,242,998 | |
| **Revenue:** | | | | | | |
| C4 Processing | $ | 407,181 | $ | 922,204 | $ | 1,043,164 |
| Performance Products | | 344,209 | | 542,722 | | 583,671 |
| | $ | 751,390 | $ | 1,464,926 | $ | 1,626,835 |
| **Cost of sales (2):** | | | | | | |
| C4 Processing | $ | 300,342 | $ | 700,421 | $ | 853,517 |
| Performance Products | | 218,721 | | 331,412 | | 399,537 |
| | $ | 519,063 | $ | 1,031,833 | $ | 1,253,054 |
| **GPC** | | | | | | |
| C4 Processing | $ | 106,839 | $ | 221,783 | $ | 189,647 |
| Performance Products | | 125,488 | | 211,310 | | 184,134 |
| | $ | 232,327 | $ | 433,093 | $ | 373,781 |
| **Operating expenses (2):** | | | | | | |
| C4 Processing | $ | 109,916 | $ | 112,870 | $ | 117,592 |
| Performance Products | | 71,143 | | 67,066 | | 65,736 |
| | $ | 181,059 | $ | 179,936 | $ | 183,328 |

(5) Sales volumes represent product sales volumes only and do not include volumes of products delivered under tolling or similar arrangements, in which we do not purchase the raw materials, but process raw materials for another party for a specified fee.

(6) Cost of sales does not include operating expenses, and cost of sales and operating expenses do not include depreciation and amortization expenses.

CONFIDENTIAL

*Year ended December 31, 2020 versus year ended December 31, 2019*

*Revenue*

Total revenue for 2020 was $751.4 million compared to $1,464.9 million for 2019. The decrease of $713.5 million, or 49%, reflected a 32% decrease in overall sales volume and a 25% decrease in average revenue per pound. The lower overall sales volume reflected decreases for both the C4 Processing segment and the Performance Products segment. The lower overall average revenue per pound reflected lower average selling prices for both operating segments. Variances in average selling prices for both operating segments reflected variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of selling prices are linked on page 17).

C4 Processing segment revenue of $407.2 million for 2020 was down $515.0 million, or 56%, compared to 2019 revenue of $922.2 million. The lower revenue for 2020 reflected a 37% decrease in sales volume, which had a negative impact of $354 million, and a 30% decrease in average revenue per pound, which had a negative impact of $161 million. The decrease in sales volume for 2020 primarily reflected a combination of the loss of our crude C4 processing capacity resulting from the shutdown of our Port Neches facility and customer demand impact from COVID, which would have been mitigated with connectivity to butadiene and raffinate customers from our PNO location. Sales volume for 2019 was driven by strong demand for all products, and raffinate demand for alkylation by our refinery customers was especially strong over the last three quarters of the year. The 30% decrease in average revenue per pound for the segment reflected a 30% decrease in the average benchmark price for butadiene and a 33% decrease in average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 17).

Performance Products segment revenue for 2020 was $344.2 million compared to $542.7 million for the prior year. The $198.5 million, or 37%, decrease in revenue reflected a 23% decrease in sales volume, which had a negative impact of $109 million, and a 17% decrease in average revenue per pound, which had a negative impact of $90 million. The decrease in average revenue per pound reflected decreases in the prices of isobutane and MTBE of 21% and 35%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 17). The lower sales volume was driven primarily by weaker PIB demand due in large part to the global slowdown in new car sales. MTBE sales volume was down 28% which reflected lower production volumes as we elected to move feedstock used for MTBE production into our raffinate business because of significant margin erosion on MTBE and the effects of the 2020 first quarter turnaround.

*Cost of Sales*

Total cost of sales for 2020 was $519.1 million compared to $1,031.8 million for 2019. The significantly lower cost of sales in the current year period reflected the overall decrease in sales volume discussed above and the substantial decline in the average cost of raw materials included in the average cost of the finished products sold by both operating segments. Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 17).

C4 Processing segment cost of sales for 2020 was $300.3 million versus $700.4 million for the prior year. The decrease reflected the impact of the 37% decrease in sales volume discussed above and a 44% decrease in the average cost of the raw material component of the finished products sold. The lower average cost of raw materials reflected decreases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 30% and 33%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 17). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in 2020 reflected a negative butadiene pricing impact of $5 million and our profit margins in 2019 reflected a negative butadiene pricing impact of $8 million, which resulted in a favorable year-over-year impact on profit margins of $3 million.

Performance Products segment cost of sales was $218.7 million for 2020 compared to $331.4 million for 2019. The $112.7 million, or 34%, decrease reflected a 23% decrease in the sales volume discussed above and a 19% decrease in the average cost of the raw material component of the finished products sold. The lower average cost of raw materials reflected decreases in the average price of butane, isobutane and methanol of 10%, 21% and 13%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 17).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind

CONFIDENTIAL

the variations in overall average revenue per pound and average raw material cost per pound for 2020 compared to 2019.

*Operating Expenses*

Operating expenses incurred during 2020 were $181.1 million compared to $179.9 million incurred during 2019. The $1.2 million increase included $19 million higher insurance costs primarily due to the PNO incident, $2.3 million higher sales and use taxes, $1.2 million higher property taxes, as well as $0.8 million higher employee benefits. This was partially offset by lower fixed supply chain expenses of $3.9 million, lower 401-K and incentive compensation costs of $7.6 million, $10.1 million lower manufacturing overhead costs and $0.5 million lower selling costs. Lower manufacturing costs of $10.1 million included $13.7 million lower PNO facility costs and $1.4 million lower support group costs, partially offset by higher maintenance expenses which included inspections and repairs. The lower fixed supply chain expenses largely reflected lower pipeline repair and inspection expenses.

*General and Administrative Expenses*

General and administrative expenses for 2020 were $28.0 million versus $28.7 million for the prior year. The $0.7 million decrease consisted primarily of lower personnel-related expenses.

*Depreciation and Amortization*

Depreciation and amortization expenses were $74.2 million in 2020 compared to $81.0 million in 2019. The $6.8 million decrease reflected lower depreciation of $3.8 million and lower turnaround amortization of $4.5 million partly offset by higher catalyst amortization of $1.5 million. The $3.8 million decrease in depreciation expense primarily represents a $4.7 million decrease in certain technology assets that were fully depreciated in early 2020 offset by $0.9 million increase in deprecation for assets put into service in 2020. In general, depreciation expense varies due to the net impact of capital additions less retirements and write-offs. The $4.5 million net decrease in turnaround amortization reflects the lower dehydro turnaround amortization as a result of the lower total turnaround cost of the unit's third scheduled turnaround during the first quarter of 2020. In addition, the write-off of deferred turnaround costs related to the Port Neches incident in the fourth quarter of 2019, lowered the turnaround amortization in future periods.

*Loss on Port Neches Incident, net*

For the current year, the $50.1 million loss related to the Port Neches incident (discussed on pages 12-14) reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

For the prior year, the comparative loss related to the Port Neches incident (discussed on pages 12-14) was $91.9 million. This loss reflected the amount of asset write-offs and costs incurred as a direct result of the Port Neches incident, net of insurance reimbursement received and for which future receipt was considered to be probable. The net loss consisted of $19.0 million for the write-off of deferred turnaround costs related to the Port Neches site, insurance deductibles of $11.1 million, and estimated third-party liability claims expected to be in excess of insurance policy coverage of $61.8 million.

*Business Interruption Insurance Recovery*

The $12.1 million of business interruption insurance recovery represents the amount received on our PNO incident business interruption claim.

*COVID-19 Expenses*

The expense of $1.9 million represents the incremental expenses directly related to our response to the COVID-19 pandemic.

*Interest Expense*

Interest expense for 2020 was $112.9 million compared to $101.7 million for 2019. The $11.2 million increase primarily reflected the impact of the refinancing of our debt on August 2, 2019 and consisted of a net increase in interest expense on the 10.5% Notes compared to the 8.75% Notes of $7.4 million, an increase in interest expense on the New Term Loan of $3.7 million and higher net

CONFIDENTIAL

other interest expense of $0.4 million which included interest on the financing of insurance premiums. This was partially offset by lower interest on the ABL facility of $0.3 million.

The $7.4 million higher interest on the Notes reflected $13.5 million higher interest, partially offset by $6.1 million lower deferred financing and discount costs versus prior year. The $3.7 million higher interest on the Old Term Loan included $1.8 million higher interest and $1.9 million higher deferred financing cost amortization in conjunction with the refinancing of this loan on February 3, 2020.

### *Other, Net*

Other than refinancing optimization expenses in 2019 of $0.5 million, both the current and prior year amounts included various miscellaneous income and expense items, none of which were individually significant.

## *Income Tax Benefit*

The effective income tax benefit rates for 2020 and 2019 were 7.7% and 19.8%, respectively. The effective rates for both periods reflected the federal statutory rate of 21% and state income taxes, net of federal benefit, adjusted for the impact of permanent book/tax differences, the credit for increasing research activities and adjustments for prior year permanent book/tax differences that were identified upon completion of the tax return for each year. The lower effective benefit rate for 2020 reflected the establishment of a $27.7 million valuation allowance.

Prior to recording the valuation allowance, we had a net deferred tax asset at December 31, 2020 of $27.7 million, which reflected deferred tax assets of $153.7 million and deferred tax liabilities of $126.0 million. Based on assessment of both positive and negative evidence, we have concluded that it is more likely than not that the Company will not be able to realize the benefit of the deferred tax assets recorded at December 31, 2020. In the event that the actual outcome of future tax consequences differs from management estimates and assumptions, the resulting change to the provision for income taxes could have a material impact on the consolidated results of operations and statements of financial position. Please refer to Note O *Income Taxes.*

Our net operating loss for 2020 was $9.0 million, which reflects our pretax book loss of $203.9 million which was substantially offset by taxable temporary differences of $135.1 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $69.5 million. The book pretax loss reflects the significant loss of production and distribution capability resulting from the Port Neches incident as well as the negative impact of COVID-19 on demand for our products and the overall economy.

### ***Year ended December 31, 2019 versus year ended December 31, 2018***

### *Revenue*

Total revenue for 2019 was $1,464.9 million compared to $1,626.8 million for 2018. The decrease of $161.9 million, or 10%, reflected a 21% decrease in overall average revenue per pound, partially offset by a 14% increase in overall sales volume. The lower overall average revenue per pound reflected lower average selling prices for both operating segments. The higher overall sales volume reflected increases for both the C4 Processing segment and the Performance Products segment. Variances in average selling prices for both operating segments reflected variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of selling prices are linked on page 17).

C4 Processing segment revenue of $922.2 million for 2019 was down $121.0 million, or 12%, compared to 2018 revenue of $1,043.2 million. The lower revenue for 2019 reflected a 24% decrease in average revenue per pound, which had a negative impact of $245 million, partially offset by a 17% increase in sales volume, which had a positive impact of $124 million. The 24% decrease in average revenue per pound for the segment reflected a 29% decrease in the average benchmark price for butadiene and a 10% decrease in average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 17). Sales volume for 2019 was driven by strong demand for all products, and raffinate demand for alkylation by our refinery customers was especially strong over the last three quarters of the year. Although the Port Neches incident, which occurred in late November (discussed on pages 12-14) was a significant event, it did not have a material impact on the segment's 2019 reported operating results. Regarding 2018, production and sales volumes were negatively impacted by crude C4 supply constraints due to supplier outages, as well as freezing temperatures and ship channel fog issues in the first quarter, some carryover of the first quarter issues and operational issues in our crude C4 processing system in the second quarter and the dock incident (discussed on page 12) in the third quarter.

Performance Products segment revenue for 2019 was $542.7 million compared to $583.7 million for the prior year. The $41.0 million, or 7%, decrease in revenue reflected a 15% decrease in average revenue per pound, which had a negative impact of $71 million, partially offset by a 10% increase in sales volume, which had a positive impact of $30 million. The decrease in average revenue per pound reflected decreases in the prices of isobutane and MTBE of 33% and 12%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 17). The increase in sales volume reflected a full year of operation of the dehydro unit in 2019 whereas production for 2018 was curtailed by a seventy-day turnaround and revamp of the unit in the first quarter and the dock incident (discussed on page 12) in second quarter 2018. The increase in production and sales volume of the dehydro unit was somewhat offset by weaker PIB demand due in large part to the global slowdown in new car sales.

*Cost of Sales*

Total cost of sales for 2019 was $1,031.8 million compared to $1,253.1 million for 2018. The overall decrease of $221.3 million was driven primarily by a substantial decline in the average cost of raw materials included in the average cost of the finished products sold by both operating segments, partially offset by higher overall sales volume as discussed above. Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 17).

C4 Processing segment cost of sales for 2019 was $700.4 million versus $853.5 million for the prior year. The decrease of $153.1 million, or 18%, for the segment reflected the impact of a 32% decrease in the average cost of the raw material component of the finished products sold, partially offset by the 17% increase in sales volume discussed above. The lower average cost of raw materials reflected decreases in the average benchmark price of butadiene and the average price of unleaded regular gasoline of 29% and 10%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 17). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in 2019 reflected a negative butadiene pricing impact of $8 million and our profit margins in 2018 reflected a positive butadiene pricing impact of $4 million, which resulted in an unfavorable year-over-year impact on profit margins of $12 million for 2019 compared to 2018.

Performance Products segment cost of sales was $331.4 million for 2019 compared to $399.5 million for 2018. The $68.1 million, or 17%, decrease was driven by a 28% decrease in the average cost of the raw material component of the finished products we sold, partially offset by the 10% increase in sales volume discussed above. The lower average cost of raw materials reflected decreases in the average prices of butane, isobutane and methanol of 36%, 33% and 21%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 17).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in overall average revenue per pound and average raw material cost per pound for 2019 compared to 2018.

*Operating Expenses*

Operating expenses incurred during 2019 were $179.9 million compared to $183.3 million incurred during 2018. The $3.4 million decrease reflected lower maintenance expenses of $9.4 million and lower rental expenses of $2.7 million, partially offset by higher fixed supply chain expenses of $6.8 million, higher personnel expenses of $1.2 million and higher technology expenses of $0.6 million. The lower maintenance expenses in large part reflected the absence of incremental maintenance expenses incurred in the first half of 2018 related to the freeze damage incurred at both of our plant sites, the unplanned dehydro outage in the first quarter of 2018 and the operational issues in our crude C4 Processing system in the second quarter of 2018. The lower rental expenses reflected the incremental cost of temporary rental boilers at our Port Neches facility in the prior year to mitigate the impact of the site's primary steam supplier's outage. The higher fixed supply chain expenses reflected an increase in third party storage facility expense and higher pipeline repair and inspection expenses.

*General and Administrative Expenses*

General and administrative expenses for 2019 were $28.7 million versus $26.3 million for the prior year. The $2.4 million increase consisted primarily of higher personnel-related expenses.

CONFIDENTIAL

*Depreciation and Amortization*

Depreciation and amortization expense was $81.0 million compared to $141.7 million in 2018. The $60.7 million decrease reflected lower depreciation of $61.9 million, lower turnaround amortization of $0.5 million and higher catalyst amortization of $1.7 million. The decrease in depreciation expense reflected a substantial number of plant and equipment assets that were revalued with remaining estimated useful lives of six years in conjunction with the Merger in December 2012 and which were fully depreciated as of the end of 2018.

*Loss on Port Neches Incident, net*

The $91.9 million loss related to the Port Neches incident (discussed on pages 12-14) reflected the amount of asset write-offs and costs incurred as a direct result of the Port Neches incident, net of insurance reimbursement received and for which future receipt was considered to be probable. The net loss consists of $19.0 million for the write-off of deferred turnaround costs related to the Port Neches site, insurance deductibles of $11.1 million, and estimated third-party liability claims expected to be in excess of insurance policy coverage of $61.8 million.

*Business Interruption Insurance Recovery*

The $0.6 million of business interruption insurance recovery represents the full amount received on our Hurricane Harvey business interruption claim.

*Repair and Other Expenses Related to Dock Incident*

The expense of $1.5 million for 2018 included the insurance deductible of $0.25 million and the uninsured incremental logistics and legal expenses directly related to the dock incident in the second quarter.

*Interest Expense*

Interest expense for 2019 was $101.7 million compared to $89.3 million for 2018. The $12.4 million increase reflected the impact of the refinancing of our debt on August 2, 2019 and consisted of a net increase in interest on the 10.5% Notes compared to the 8.75% Notes of $13.5 million, write-off of the discount on the 8.75% Notes of $1.6 million and the write-off of deferred financing costs related to the 8.75% Notes and the New Term Loan of $4.8 million, partially offset by the impact of repayment of the Old Term Loan in conjunction with the refinancing of $6.3 million, lower interest on the ABL facility due to lower average borrowings of $0.9 million and higher interest income of $0.4 million.

*Other, Net*

Other than refinancing optimization expenses in 2019 of $0.5 million, both the current and prior year amounts included various miscellaneous income and expense items, none of which were individually significant.

*Income Tax Benefit*

The effective income tax benefit rates for 2019 and 2018 were 19.8% and 20.5%, respectively. The effective rates for both periods reflected the federal statutory rate of 21% and state income taxes, net of federal benefit, adjusted for the impact of permanent book/tax differences, the credit for increasing research activities and adjustments for prior year permanent book/tax differences that were identified upon completion of the tax return for each year. The lower effective benefit rate for 2019 reflected the impact of a higher state tax, net of federal benefit, on a substantially lower pretax loss.

The 2019 book pretax loss of $51.7 million included a net loss related to the Port Neches incident (discussed on pages 12-14) of $91.9 million, which consisted of losses and costs incurred of $287.4 million, offset by $10.0 million of liability insurance proceeds received in 2019 and probable insurance proceeds receivable of $185.5 million recorded at December 31, 2019. Our 2019 tax net operating loss was $93.1 million, which included tax deductions of $241.5 million for incurred ordinary and necessary expenses related to the Port Neches incident, offset by $10.0 million of insurance proceeds we received in 2019.

We had a net deferred tax liability at December 31, 2019 of $13.3 million, which reflected deferred tax liabilities of $148.8 million and deferred tax assets of $135.5 million. Based on assessment of both positive and negative evidence, we have concluded that it is more likely than not that the Company will realize the benefit of the deferred tax assets recorded at December 31, 2019. The Company's long-range plan, which was completed prior to the Port Neches incident, projected use of all net operating losses generated through 2018

CONFIDENTIAL

within the next five years as well as utilization of a significant portion of the disallowed interest deduction carryforward. The loss of income reflected in the long-range plan due to the shutdown of the Port Neches facility will be replaced by business interruption insurance recoveries, which went into effect on January 12, 2020 after a forty-five-day deductible period.

### *Liquidity and Capital Resources*

#### *Net Debt and Liquidity*

As of December 31, 2020, our financing arrangements consisted principally of the 10.5% Notes, the ABL Facility and the New Term Loan. In addition, we financed our 2020 insurance renewal premiums through Aon Premium Finance LLC, an affiliate of our Broker, Aon PLC.

At December 31, 2020, we had total long-term debt of $985.3 million (excluding deferred financing costs of $14.7 million), Long-term debt consisted of $930.0 million of 10.5% Notes and $70.0 million of the New Term Loan; we had no borrowings on the ABL Facility. Despite the fact that the New Term Loan's extended maturity date was in August of 2021, we classified the New Term Loan as long-term because we were able to refinance the loan, as discussed below, prior to the issuance of this Annual Report. Cash on hand was $18.5 million and we had no short-term money market investments (with maturities of less than three months) or short-term investments (with original maturities between 90 days and one year).

The ABL borrowing base was sufficient to support borrowings of $75.6 million and combined with cash on hand of $18.5 million, provided total liquidity of $94.1 million at December 31, 2020. Based on our current estimates of operating income and the uncertainty surrounding the timing of insurance proceeds, the Company refinanced the New Term Loan on February 2, 2021 to add incremental liquidity. As discussed in more detail below, on February 2, 2021 TPCGI issued and sold $153 million of 10.875% Senior Secured Notes. We are currently considering additional opportunities to improve liquidity.

#### *New Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provided for a delayed draw term loan of up to $70.0 million and a term of one-year. Availability under the Term Loan was limited to a maximum of four draws with a minimum of $5.0 million per draw. Subject to certain exceptions, the Company's obligations with respect of the Term Loan were secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the 10.5% Indenture . On March 18, 2020, we drew on the facility and received $70.0 million less a 1% original issue discount fee. In May 2020 the lenders agreed to grant the Company the option to extend the maturity date to August 5, 2021. The Term Loan is classified as long-term debt as of December 31, 2020. This treatment is appropriate where short-term debt is replaced with long-term debt after the report date but prior to the issuance of the annual report. This loan was repaid on February 2, 2021 with some of the proceeds received from issuance and sale of the 10.875% Notes.

#### *ABL Facility*

The ABL Facility is available on a revolving basis to finance our working capital needs and for general corporate purposes. The ABL Facility was composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" revolving tranche (the ABL FILO) when amended and restated on August 2, 2019. Commitments under the ABL FILO reduce, and commitments under the ABL Revolver equally and simultaneously increase, by $2.5 million on each of the first three anniversaries of the August 2, 2019 amendment and restatement.

The credit agreement governing the ABL Facility contains covenants that impose restrictions on, among other things, additional indebtedness, liens, investments, advances, guarantees and mergers and acquisitions. These covenants also place restrictions on asset sales, sale and leaseback transactions, dividends, payments between us and our subsidiaries and certain transactions with affiliates

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

CONFIDENTIAL

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes were issued on August 2, 2019 in conjunction with the refinancing of our debt. The net proceeds from the issuance of the 10.5% Notes were $918.3 million after underwriters and other fees and expenses of $11.7 million. The net proceeds from the issuance of the 10.5% Notes were used to redeem and pay accrued interest due on the 8.75% Notes of $816.2 million, to repay the outstanding loan balance and pay accrued interest due on the Old Term Loan of $50.3 million and to repay the outstanding loan balance and pay accrued interest due on the ABL of $35.9 million.

The 10.5% Notes are due August 1, 2024 and interest is paid semi-annually in arrears on February 1 and August 1.

The 10.5% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

On February 2,2021 the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein.

*10.875% Notes*

On February 2, 2021 TPCGI issued and sold $153 million aggregate principal amount of 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021. The 10.875 % Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL Facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

*Insurance Premium Financing*

As of December 31, 2020, we have financed $23.6 million of insurance premiums though Aon Premium Finance LLC. The first down payment and the first installment were paid in July 2020 and the remainder is payable in monthly installments following the applicable renewal date through April 2021.

*Sources and Uses of Cash*

Our principal sources of liquidity are our existing cash and cash equivalents, short-term investments, cash generated from operations and borrowings under our ABL. In addition to these sources, another source of liquidity over the near-term will be insurance proceeds received under our various insurance policies, including our property damage and business interruption policies. Business interruption coverage became effective on January 12, 2020 after the forty-five-day deductible period and from that date on will replace the earnings the Port Neches plant would have contributed except as a result of the explosion incident on November 27, 2019 that shut down the plant. The timing of receipt of the additional insurance proceeds under our policies is uncertain at this time. We may also, from time to time, generate cash from opportunistic sales of non-core assets. Our principal uses of cash are to provide working capital, meet debt service requirements, fund capital expenditures and finance our strategic plans, including possible acquisitions. We may also seek to finance our capital expenditures under capital leases or other debt arrangements that provide liquidity or favorable borrowing terms. Our business may not generate sufficient cash flows from operations and future borrowings under our ABL Facility may not be available to us in an amount sufficient to enable us to pay our indebtedness or to fund our other liquidity needs. Our ability to generate

**CONFIDENTIAL**

sufficient cash depends on, among other factors, prevailing economic conditions, many of which are beyond our control. In addition, upon the occurrence of certain events, such as a change in control, we could be required to repay or refinance our indebtedness. Any future acquisitions, joint ventures or other similar transactions may require additional capital and there can be no assurance that any such capital will be available to us on acceptable terms or at all. However, based on our current level of operations and available cash, including the liquidity generated by the issuance of the 10.875% Notes, we believe that our cash flow from operations, together with availability under the ABL and proceeds received under our insurance policies, will provide sufficient liquidity to fund our current obligations, projected working capital requirements, debt service requirements and capital spending requirements for the foreseeable future.

Our liquidity requirements will be significant primarily due to the annual debt service requirements on the 10.5% Notes, which are estimated to be $97.7 million, annual debt service requirements on the 10.875% Notes, which are approximately $11.6 million, our baseline capital expenditures, which fall within the range of $70 to $80 million, our turnaround and catalyst costs, which would typically be in the range of $20 to $30 million in years we do not perform a dehydro unit turnaround and $35 to $40 million in years we do perform a dehydro unit turnaround, and cash requirements related to the Port Neches incident in advance of insurance recoveries or in excess of insurance coverage limits.

As market conditions warrant and subject to the Company's contractual restrictions and liquidity position, we, our affiliates and/or our equity holders, including the Sponsors and their affiliates, may from time to time repurchase the Company's outstanding debt securities in privately negotiated or open market transactions, by tender offer or otherwise. If in the future we should decide to engage in such transactions, any such purchases may be funded by incurring new debt, including borrowings under our ABL. Any new debt may also be secured debt. We may also use available cash on our balance sheet or new equity capital. The amounts involved in any such transactions, individually or in the aggregate, may be material. Further, any such purchases may result in us acquiring and retiring a substantial amount of the 10.5% Notes, with the attendant reduction in the trading liquidity of any such Notes.

*Cash Flow Summary*

The following table summarizes changes in cash and cash equivalents for the periods indicated (in thousands):

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2020** | | **2019** | | **2018** | |
| Cash flows provided by (used in): | | | | | | |
| Operating activities | $ | (88,865) | $ | 117,354 | $ | 30,817 |
| Investing activities | | (55,889) | | (53,957) | | (63,717) |
| Financing activities | | 78,047 | | 20,767 | | 31,498 |
| Change in cash and cash equivalents | $ | (66,707) | $ | 84,164 | $ | (1,402) |

*Operating Activities*

For the year ended December 31, 2020, net cash used in operating activities was $88.9 million. The net loss of $188.2 million, deferred turnaround and catalyst costs of $28.0 million, deferred income tax benefit of $13.6 million and an increase in working capital of $6.6 million were partially offset by non-cash expenses of $147.5 million. Non-cash expenses consisted of depreciation and amortization of $74.1 million, amortization of debt issuance costs of $8.4 million and non-cash expenses related to the Port Neches incident of $65.0 million.

Trade accounts receivable were $73.4 million at December 31, 2020 compared to $83.9 million at December 31, 2019. The $10.5 million decrease primarily reflected lower revenue of $23.5 million in December 2020 compared to December 2019 and an increase in the days outstanding from 26 days at December 31, 2019 to 29 days at December 31, 2020. Trade accounts receivable were 99% current at both December 31, 2020 and 2019.

Our inventory at December 31, 2020 was $45.4 million compared to $52.1 million at December 31, 2019. The decrease of $6.7 million reflected a 11% decrease in overall average cost per pound, which accounted for $5.8 million of the decrease, and a 2% decrease in physical inventory volumes, which accounted for the remainder of the decrease. The decrease in average cost per pound was driven primarily by a 30% decrease in the benchmark price of butadiene comparing the prices for December 2020 to December 2019.

For the year ended December 31, 2019, net cash generated from operating activities was $117.4 million. The net loss of $41.5 million, deferred income tax benefit of $8.7 million and deferred plant turnaround and catalyst costs of $29.6 were more than offset by non-cash expenses of $164.8 million and a $32.4 million decrease in working capital. Non-cash expenses consisted of depreciation

CONFIDENTIAL

and amortization of $81.0 million, amortization and write-off of debt issuance costs of $12.5 million and non-cash expenses related to the Port Neches incident of $71.3 million.

In 2018, net cash generated from operating activities was $30.8 million. The net loss of $53.2 million, deferred tax benefit of $13.9 million and deferred plant turnaround and catalyst costs of $53.0 million were more than offset by non-cash expenses of $147.7 million and a $3.1 million decrease in working capital. Non-cash expenses consisted primarily of depreciation and amortization of $141.7 million and debt issuance costs of $6.0 million.

*Investing Activities*

During 2020, 2019, and 2018 we invested $55.9 million, $54.0 million, and $63.7 million, respectively, in the form of capital expenditures, which consisted primarily of baseline spending. In addition to baseline capital investment, 2020 included replacing capacity due to the volumes lost as a result of the Port Neches incident, 2019 included infrastructure improvements in preparation for the increased crude C4 supply from the new ethylene crackers coming on line and 2018 included capital spending related to the dehydro revamp in the first quarter and expansion of capacity at our Port Neches facility as part of our crude C4 processing upgrade program.

*Financing Activities*

Cash of $78.0 million was generated in 2020 from net borrowings on the New Term Loan of $69.3 million and net borrowings to finance our insurance premiums of $13.0 million. These amounts were partially offset by debt issuance costs of $4.3 million.

Net cash generated from financing activities in 2019 was $20.8 million, which consisted of $35.0 million of net borrowings due to the refinancing on August 2, 2019 and the related debt issuance costs of $14.0 million.

Net cash generated from financing activities in 2018 was $31.5 million, which consisted of $32.0 million of net borrowings under the ABL and debt issuance costs of $0.5 million related to the amendment of the ABL in May 2018.

### Contractual Obligations

The following table presents our contractual cash obligations at December 31, 2020 (in thousands).

| | Payments Due By Year | | | | |
|---|---|---|---|---|---|
| | Total | 2021 | 2022-2023 | 2024-2025 | After 2025 |
| Notes (1) | $ 1,083,000 | $ - | $ - | $ 1,083,000 | $ - |
| Interest on Notes (1) | 408,324 | 112,764 | 228,578 | 66,982 | - |
| Operating leases (2) | 163,400 | 35,162 | 60,090 | 31,052 | 37,096 |
| | $ 1,654,724 | $ 147,926 | $ 288,668 | $ 1,181,034 | $ 37,096 |

(1) Our financing arrangements at March 24, 2021 comprised the $930 million 10.50% Senior Secured Notes due August 2024 and the $153 million 10.875% Senior Secured Notes due August 2024. Interest on the 10.5% Notes will be paid in arrears on February 1 and August 1 of each year through the August 1, 2024 maturity date. Interest on the 10.875% Notes will be paid in arrears on February 1, May 1, August 1 and Nov 1 of each year through the August 1, 2024 maturity date.

(2) Operating leases consist primarily of leases for barges and tugs, railcars, docks and terminals. Periods covered by operating lease commitments range from less than one year to a maximum of thirteen years.

The above table does not include our long-term crude C4 feedstock purchase contracts, as those commitments generally cannot be estimated on a forward-looking basis because: (1) the amount we are obligated to purchase under these contracts is a percentage of volume of crude C4 produced by a particular supplier, which varies depending on the production methods utilized and the aggregate volume produced by the supplier; and (2) the price for this variable volume is based on certain commodity price indices which vary over time. Our commitments under our long-term crude C4 feedstock purchase contracts are not subject to a specified maximum volume or cap, though as a practical matter the commitments are limited by the production capacity of the supplier. During 2020, we obtained 99.8% of our crude C4 feedstocks under these long-term feedstock purchase contracts (excluding spot purchases and contracts with terms of less than one year), for aggregate expenditures of $173.9 million.

CONFIDENTIAL

*Off-Balance-Sheet Arrangements*

We do not currently utilize any off-balance-sheet arrangements to enhance our liquidity and capital resource positions, or for any other purpose.

### Critical Accounting Policies and Estimates

In preparing our financial statements in conformity with accounting principles generally accepted in the United States of America, we make certain estimates and assumptions about future events that could significantly affect the amounts of reported assets, liabilities, revenues and expenses, as well as the disclosure of contingent assets and liabilities in the financial statements and accompanying notes. Some of our accounting policies require the application of significant judgment by management to select the appropriate assumptions to determine these estimates. By their nature, these judgments are subject to an inherent degree of uncertainty; therefore, actual results may differ significantly from estimated results. We base our judgments on our historical experience, knowledge of the business and industry, advice from experts and consultants, business forecasts and other available information, as appropriate.

Our most critical accounting policies, which reflect significant management estimates and judgment to determine amounts reported in our consolidated financial statements, are as follows:

*Inventory Cost*

Our inventories consist of raw materials and finished products and are valued at the lower of average cost or market. Costs of finished products include raw materials, energy, labor and manufacturing overhead. We may enter into product exchange agreements with suppliers and customers for raw materials and/or finished goods in the normal course of business. Under these arrangements we deliver product volumes to the exchange partner to be delivered in-kind back to us or receive product volumes to be delivered in-kind by us to the exchange partner in the future, generally in the short term. Product exchanges typically benefit both parties from a logistical perspective and provide for additional flexibility regarding both receipt of raw materials from suppliers and delivery of finished goods to customers. Exchange balances due to or from exchange partners are recorded in inventory at the lower of average cost or market and do not impact the consolidated statements of operations and comprehensive income, as they are recognized at the carrying amount. Our inventory levels can vary significantly depending on availability of raw materials, especially crude C4, plant operations, customer demand and seasonality. In addition to potential fluctuations in the amounts of physical inventories we carry, we can be exposed to potential devaluations in net realizable value of our inventories, especially our fuel-related products, during periods of rapidly declining unleaded regular gasoline prices and demand for fuel-additive products. A significant amount of judgment is required to determine the appropriate normal range of plant production activity and plant operating expenses regarding plant overhead cost absorption and to determine the appropriate market valuation of inventories to assess recoverability of the carrying cost of our inventory. Use of different estimates and assumptions to determine the appropriate amounts of overhead absorption and market value for inventory valuation purposes, when such market is below cost, could have a significant impact on our financial condition and results of operations from period to period.

The average cost of our inventory at the end of any period reflects the carrying cost of raw materials and finished goods inventory on hand at the beginning of the period and the actual cost of raw material purchases and finished goods production during the period. The actual costs of most of our raw materials are based on contractual arrangements which, in various ways, link the purchase costs to a commodity price index. Downward movement in commodity price indices between the times raw materials are purchased and the related finished products are sold can result in reductions in realizable value of the inventory prior to the sale of our finished products. Such reductions in realizable value can occur despite the index-based pricing in our contracts, because the effect of using matching indices is lessened when we do not purchase the feedstock and sell the finished product in the same period. If it is determined at the balance sheet date that the carrying value of the inventory will not be recovered based on management's best estimates and assumptions regarding inventory turnover rates and future selling prices, the carrying value of the inventory is written down to net realizable value through lower-of-cost-or-market (net realizable value) adjustments.

*Property, Plant and Equipment*

Property, plant and equipment are stated at depreciated historical cost. Depreciation of property, plant and equipment is computed using the straight-line method over the estimated useful lives of the assets. Maintenance and repairs and minor renewals are charged to expense as incurred while major improvements, renewals and betterments are capitalized. Interest is capitalized on long-term construction projects using our internal cost of debt rate, or at the rate at which funds are borrowed specifically for a certain project. A significant amount of judgment is required in various circumstances to determine the appropriate recognition of costs as capital expenditures or expenses, estimated useful lives of property, plant and equipment, and when and by how much carrying amounts may be impaired. Use of different estimates and assumptions to determine capital versus expense treatment of costs, useful lives of assets

CONFIDENTIAL

and impairment of long-lived assets could have a significant impact on our financial condition and results of operations from period to period.   The estimated useful lives of our main categories of fixed assets are as presented below.

|  | Estimated Useful Lives (in years) |
|---|---|
| Plant equipment | 5 - 35 |
| Pipelines | 15 - 40 |
| Buildings and land improvements | 15 - 45 |
| Technology assets | 5 - 6 |

*Intangible Assets*

Our intangible assets include patents and a technology license for the butadiene extraction process at our Port Neches facility.  Patents are amortized using the straight-line method over useful lives.   Our technology license has no legal, regulatory, contractual, competitive, economic or other factors that would limit its useful life.   Consequently, we have determined its useful life to be indefinite.

*Plant Turnaround Costs*

We use the deferral method to account for costs of major scheduled plant turnarounds.   Plant turnarounds are scheduled and require partial or complete shutdowns of chemical processing units for significant overhaul and refurbishment, for periods typically lasting from two to four weeks.   Under the deferral method, we defer the cost of a turnaround project and amortize the cost over the period between the completion of the turnaround and the next scheduled turnaround, which typically occurs from three to five years after the most recently completed turnaround.   If the next scheduled turnaround occurs sooner than originally anticipated, any remaining deferred cost from the previous turnaround is charged to expense at that time.   If the next scheduled turnaround occurs later than originally anticipated, the amortization period for the previous turnaround cost is not extended.   The deferral method of accounting for turnaround costs requires judgment as to the specific costs to be included in a major turnaround project and requires estimates and assumptions regarding the period of time over which the costs will be amortized.   Use of different estimates and assumptions could have a significant impact on our financial condition and results of operations from period to period.

*Income Tax Assets and Liabilities*

We account for income taxes in accordance with ASC 740, *Income Taxes*.   Determination of tax related assets and liabilities to be recorded and the appropriate recognition of tax positions taken on tax returns requires a significant amount of judgment.   Regarding realization of our deferred tax assets and the need for a valuation allowance against deferred tax assets at each balance sheet date, we consider both positive and negative evidence of sufficient taxable income within the carry-back and/or carry-forward periods as provided under applicable tax law.   Based on our significant net deferred tax asset position and future reversals of existing taxable temporary differences, as well as our historical operating results, we have concluded that a valuation allowance should be recorded for the entire amount of the deferred tax asset.   Regarding assessment of taxable income exclusive of reversing temporary differences and carry-forwards, we consider both our recent historical operating results, as well as our expectations of future operating results; however, historical results are given more weight than our expectations of future profitability, which is inherently uncertain.

*Revenue Recognition*

We recognize revenue in accordance with ASC 606, *Revenue from Contracts with Customers.*   We adopted ASC 606 as of January 1, 2019 and applied the modified retrospective transition method to all contracts not completed as of the adoption date.   The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized.   The premise of the guidance is that a company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services.   The impact of the new standard on our consolidated financial statements was immaterial.

*Derivatives and Hedging*

We account for derivative instruments in accordance with ASC 815, *Derivatives and Hedging*.   Such instruments are measured at fair value and recognized as assets or liabilities in the consolidated balance sheets.   Accounting for changes in the fair value of a derivative depends on the intended use of the derivative and the resulting designation established at the inception of the derivative.   For derivatives that are designated as fair value hedges, changes in fair value are recognized currently though earnings with an offsetting,

CONFIDENTIAL

partial mark-to-fair-value of the hedged item. For derivatives designated as cash flow hedges and meeting the effectiveness guidelines of ASC 815, changes in fair value, to the extent effective, are recognized as other comprehensive income or loss until the hedged item is recognized in earnings. Hedge effectiveness is measured at least quarterly based on the relative changes in fair value between the derivative contract and the hedged item over time, or in the case of options, based on the change in intrinsic value. Any change in fair value of a derivative resulting from ineffectiveness or an excluded component of the gain or loss, such as time value for option contracts, is recognized immediately in earnings. For any derivative instrument not designated as a hedge at inception, changes in fair value of the instrument are recognized in earnings in the period in which the change occurs.

### Contingent Liabilities

We record reserves for contingent liabilities when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment may be subject to the uncertainty of dispute resolution or litigation. Contractual arrangements with our customers and suppliers are typically complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier. Regarding any such disputes, we record reserves for contingent liabilities when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable.

### Stock-Based Compensation

We account for stock-based compensation in accordance with ASC 718, *Compensation-Stock Compensation*. Expense related to stock-based compensation awards is recognized in our financial statements based on the grant date fair values of the respective awards. The amount of grant date fair value recognized as expense in our financial statements is based on an estimate of the number of awards that are ultimately expected to vest, and the related expense is recognized ratably over the vesting period. Forfeitures are estimated at the time of grant and revised, if necessary, in subsequent periods if actual forfeitures differ from the estimates.

### Benefit Plans

We sponsor a noncontributory defined benefit pension plan for approximately 130 union-represented employees at our Port Neches facility. The actuarial determination of the projected benefit obligation and related benefit expense requires certain assumptions, including discount rate, expected return on plan assets, rate of future compensation increases and mortality rates. These assumptions require considerable judgment and can have a significant impact on the amount of the obligation and periodic expense recognized.

## Recent Accounting Developments

### Accounting Standards Adopted in 2020

*Fair Value Measurement* – As required, we adopted ASU 2018-13, *Disclosure Framework - Changes to the Disclosure Requirements for Fair Value Measurement*, which amended ASC 820, *Fair Value Measurement*, as of January 1, 2020. The Company will, when applicable, disclose at Fair Value any derivative assets and liabilities or investments in entities. However, based on our assessment, the standard has currently had little or no impact on our consolidated financial position, results of operations or cash flows.

### Accounting Guidance Issued but Not Yet Adopted as of December 31, 2020

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic. This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment. The Company anticipates recognition of additional assets and corresponding liabilities related to leases upon adoption, effective January 1, 2022.

*Defined Benefit Plans* – ASU 2018-14, *Compensation—Retirement Benefits*, amends disclosure requirements for employers that sponsor defined benefit pension or other postretirement plans.   For public business entities, the amendments are effective for fiscal years ending after December 15, 2020.  For all other entities the amendments are effective for fiscal years ending after December 15, 2021.  Early adoption is permitted.   The Company anticipates some changes to the disclosures.

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021.   Adoption methods vary based on the specific items impacted. Management does not expect that changes required by the new standard will materially impact the Company's financial statements and related disclosures.

CONFIDENTIAL

# CONSOLIDATED FINANCIAL STATEMENTS

## Index to Consolidated Financial Statements

| | Page |
|---|---|
| Report of Independent Certified Public Accountants | 33 |
| Consolidated Balance Sheets | 35 |
| Consolidated Statements of Operations and Comprehensive Loss | 36 |
| Consolidated Statement of Stockholder's Deficit | 37 |
| Consolidated Statements of Cash Flows | 38 |
| Notes to Consolidated Financial Statements | 39 |

CONFIDENTIAL



**Grant Thornton LLP**
700 Milam Street, Suite 300
Houston, TX 77002

**T** 832.476.4600
**F** 713.655.8741

**REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS**

Board of Managers of Sawgrass Holdings GP LLC
Board of Directors and Stockholder of TPC Group Inc. and Subsidiaries

We have audited the accompanying consolidated financial statements of TPC Group Inc. (a Delaware corporation) and subsidiaries, which comprise the consolidated balance sheets as of December 31, 2020 and 2019, and the related consolidated statements of operations and comprehensive loss, changes in stockholder's deficit, and cash flows for each of the three years in the period ended December 31, 2020, and the related notes to the financial statements.

**Management's responsibility for the financial statements**
Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.
Auditor's responsibility

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.



We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of TPC Group Inc. and subsidiaries as of December 31, 2020 and 2019, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2020 in accordance with accounting principles generally accepted in the United States of America.

Grant Thornton LLP

Houston, Texas
March 24, 2021

Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd (GTIL). GTIL and each of its member firms are separate legal entities and are not a worldwide partnership.

CONFIDENTIAL

# CONSOLIDATED BALANCE SHEETS

*(In thousands, except share and per share amounts)*

| | | December 31, | | |
|---|---|---|---|---|
| | | **2020** | | **2019** |
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 18,452 | $ | 85,159 |
| Trade accounts receivable | | 73,447 | | 83,882 |
| Insurance receivable - Port Neches incident | | 23,289 | | 185,477 |
| Inventories | | 45,435 | | 52,058 |
| Other current assets | | 41,123 | | 21,690 |
| Total current assets | | 201,746 | | 428,266 |
| Property, plant and equipment, net | | 703,273 | | 684,844 |
| Intangible assets, net | | 3,880 | | 6,768 |
| Other assets, net | | 55,850 | | 53,624 |
| Total assets | $ | 964,749 | $ | 1,173,502 |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 113,092 | $ | 117,716 |
| Accrued liabilities | | 92,635 | | 78,038 |
| Short-term debt | | 13,098 | | - |
| Accrued liabilities - Port Neches incident | | 90,262 | | 191,410 |
| Total current liabilities | | 309,087 | | 387,164 |
| Long-term debt, net of deferred financing costs | | 985,321 | | 915,772 |
| Deferred income taxes | | - | | 13,271 |
| Total liabilities | | 1,294,408 | | 1,316,207 |
| Commitments and contingencies | | | | |
| Stockholder's equity (deficit): | | | | |
| Common stock, $0.01 par value, 2,000 shares authorized, 1,030 issued and outstanding | | - | | - |
| Additional paid-in capital | | 478,314 | | 478,320 |
| Accumulated deficit | | (805,312) | | (617,148) |
| Accumulated other comprehensive loss | | (2,661) | | (3,877) |
| Total stockholder's deficit | | (329,659) | | (142,705) |
| Total liabilities and stockholder's deficit | $ | 964,749 | $ | 1,173,502 |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**

*(In thousands)*

|  | Year Ended December 31, | | |
|  | 2020 | 2019 | 2018 |
|---|---|---|---|
| Revenue | $ 751,390 | $ 1,464,926 | $ 1,626,835 |
| Cost of sales (excludes items listed below) | 519,063 | 1,031,833 | 1,253,054 |
| Operating expenses | 181,059 | 179,936 | 183,328 |
| General and administrative expenses | 27,970 | 28,695 | 26,337 |
| Depreciation and amortization | 74,155 | 81,002 | 141,708 |
| Loss on Port Neches incident, net of insurance recovery | 50,141 | 91,895 | - |
| Business interruption insurance recovery | (12,100) | - | (567) |
| COVID-19 expenses | 1,896 | - | - |
| Repair and other expenses related to dock incident | - | - | 1,459 |
| Income (loss) from operations | (90,794) | 51,565 | 21,516 |
| Other (income) expense: | | | |
|   Interest expense | 112,933 | 101,729 | 89,305 |
|   Other, net | 182 | 1,565 | (889) |
| Loss before income taxes | (203,909) | (51,729) | (66,900) |
| Income tax benefit | (15,745) | (10,238) | (13,698) |
| Net loss | (188,164) | (41,491) | (53,202) |
| Change in funded status of defined benefit plan, net of tax effect of ($323), $352 and $592, respectively | 1,216 | (1,325) | (2,228) |
| Comprehensive loss | $ (186,948) | $ (42,816) | $ (55,430) |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

# CONSOLIDATED STATEMENT OF STOCKHOLDER'S DEFICIT

*(In thousands)*

| | Common Stock | | Additional Paid-in Capital | Accumulated deficit | Accumulated Other Comprehensive Income (Loss) | Total Deficit |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| **Balances - December 31, 2017** | 1 | - | 478,461 | (522,455) | (324) | (44,318) |
| Net loss | - | - | - | (53,202) | - | (53,202) |
| Change in funded status of defined benefit plan, net of tax benefit of $592 | - | - | - | - | (2,228) | (2,228) |
| **Balances - December 31, 2018** | 1 | - | 478,461 | (575,657) | (2,552) | (99,748) |
| Net loss | - | - | - | (41,491) | - | (41,491) |
| Return of equity contributions | - | - | (141) | - | - | (141) |
| Change in funded status of defined benefit plan, net of tax benefit of $352 | - | - | - | - | (1,325) | (1,325) |
| **Balances - December 31, 2019** | 1 | $ - | $ 478,320 | $ (617,148) | $ (3,877) | $ (142,705) |
| Net loss | - | - | - | (188,164) | - | (188,164) |
| Return of equity contributions | - | - | (6) | - | - | (6) |
| Change in funded status of defined benefit plan, net of tax benefit of ($323) | - | - | - | - | 1,216 | 1,216 |
| **Balances - December 31, 2020** | 1 | $ - | $ 478,314 | $ (805,312) | $ (2,661) | $ (329,659) |

The accompanying notes are an integral part of this consolidated financial statement.

CONFIDENTIAL

## CONSOLIDATED STATEMENTS OF CASH FLOWS

*(In thousands)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2020** | **2019** | **2018** |
| Cash flows from operating activities: | | | |
| Net loss | $ (188,164) | $ (41,491) | $ (53,202) |
| Adjustments to reconcile net loss to cash flows provided by operating activities: | | | |
| Depreciation | 47,075 | 50,931 | 112,863 |
| Turnaround amortization | 17,851 | 22,353 | 22,844 |
| Catalyst amortization | 6,341 | 4,831 | 3,113 |
| Patent amortization | 2,888 | 2,887 | 2,888 |
| Port Neches Incident, net of cash expense | 65,021 | 71,325 | - |
| Amortization / write-off of debt issuance costs | 8,443 | 12,501 | 6,040 |
| Deferred income taxes | (13,594) | (8,653) | (13,873) |
| Deferred turnaround cost | (22,505) | (20,956) | (49,869) |
| Deferred catalyst cost | (5,537) | (8,745) | (3,766) |
| Capital projects write-off | - | - | - |
| Changes in assets and liabilities: | | | |
| Accounts receivable | 10,435 | 10,080 | 1,870 |
| Inventories | 7,633 | 11,592 | 4,472 |
| Accounts payable | (19,698) | (32,278) | 19,445 |
| Other assets and liabilities, net | (5,054) | 42,977 | (22,008) |
| Cash provided by (used in) operating activities | (88,865) | 117,354 | 30,817 |
| Cash flows from investing activities: | | | |
| Capital expenditures | (55,889) | (53,957) | (63,717) |
| Cash used in investing activities | (55,889) | (53,957) | (63,717) |
| Cash flows from financing activities: | | | |
| Proceeds from issuance of 10.5% Notes | - | 930,000 | - |
| Payment of 8.75% Notes | - | (805,000) | - |
| Payment of Term Loan | - | (50,000) | - |
| Net proceeds from (paydowns on) ABL Facility | - | (40,000) | 32,000 |
| Proceeds from Term Loan | 69,300 | - | - |
| Insurance finance borrowings | 42,492 | - | - |
| Insurance finance repayments | (29,395) | - | - |
| Debt issuance costs | (4,344) | (14,092) | (502) |
| Equity contributions (returns), net | (6) | (141) | - |
| Cash provided by financing activities | 78,047 | 20,767 | 31,498 |
| Increase (decrease) in cash and cash equivalents | (66,707) | 84,164 | (1,402) |
| Cash and cash equivalents, beginning of period | 85,159 | 995 | 2,397 |
| Cash and cash equivalents, end of period | $ 18,452 | $ 85,159 | $ 995 |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

## NOTE A – BASIS OF PRESENTATION

### 1. *Definition of Terms*

Certain terms used throughout these consolidated financial statements and accompanying notes are defined on page 3 of this Report, which should be referred to when reading these consolidated financial statements and accompanying notes.

### 2. *Organization*

The accompanying consolidated financial statements include the accounts of TPCGI and its direct wholly owned and indirect subsidiaries. TPCGI's direct wholly owned subsidiaries include TPCGLLC and Texas Petrochemicals Netherlands B.V., and its indirect subsidiaries, which are all wholly owned subsidiaries of TPCGLLC, include Texas Butylene Chemical Corporation, Texas Olefins Domestic International Sales Corporation, TPC Phoenix Fuels LLC, Port Neches Fuels LLC, TP Capital Corp., TPC Pipeline Holding Company LLC and TPC Pipeline Company LLC.

### 3. *Principles of Consolidation*

The Company's consolidated financial statements include the accounts of TPCGI and its direct and indirect subsidiaries, after the elimination of all significant intercompany accounts and transactions. The financial statements presented have been prepared by us in accordance with GAAP.

## NOTE B – DESCRIPTION OF BUSINESS

We are a leading North American producer of value-added products derived primarily from C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

In our C4 Processing segment, we process crude C4 into higher value components, namely butadiene, butene-1 and raffinates. Butadiene is primarily used to produce synthetic rubber that is mainly used in tires and other automotive products; butene-1 is primarily used in the manufacture of polyethylene plastic resins and synthetic alcohols; and raffinates are primarily used in the production of alkylate, a component of premium unleaded gasoline.

In our Performance Products segment, we process isobutylene, which we purchase as a raw material and also produce internally, to produce polyisobutylene ("PIB"), diisobutylene ("DIB"), and methyl tertiary-butyl ether ("MTBE").

PIB is primarily used in the production of fuel and lubricant additives, caulks, adhesives, sealants and packaging; DIB is primarily used in the manufacture of surfactants, plasticizers and resins; and MTBE is primarily used as a gasoline blending stock.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 12-14). The Houston plant, in addition to processing crude C4, also produces PIB, DIB, and MTBE. The raw material isobutylene processed at our Houston facility is sourced from processing crude C4, third party supply and internal on-purpose production. The feedstock for our on-purpose isobutylene production is isobutane, which is a plentiful natural gas liquid resulting from shale gas development. Early in the second quarter, we signed a new MTBE offtake contract with one of the world's largest independent fuels and commodity trading firms, in an effort to replace crude C4 capacity. The contract is market based and provides a secure outlet for 100% of our MTBE production through the end of 2023. Since the new MTBE offtake contract is market based, we are subject to greater pricing volatility than under our previous offtake contract.

We also provide critical infrastructure and logistics services along the Gulf Coast. Our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. Our results are impacted by the effects of economic upturns or downturns on our customers and our suppliers, as well as on our own costs to produce, sell and deliver our products. Our customers generally use our products in their own production processes; therefore, if our customers curtail production of their products, our results could be materially affected. In particular, our feedstock costs and product prices are susceptible to volatility in pricing and availability of crude oil, natural gas and oil-related products such as unleaded regular gasoline. Prices for these products tend to be volatile as well as cyclical, as a result of global and local economic factors, worldwide political events, weather patterns and the economics of oil and natural gas exploration and production, among other things.

**NOTE C – RISKS AND UNCERTAINTIES RELATED TO THE COVID-19 PANDEMIC**

In March 2020, the World Health Organization declared the outbreak of COVID-19 to be a pandemic. The global coronavirus (COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. The COVID-19 outbreak has impacted the addressable market for the Company's products, and the Company's business continues to be exposed to risks and uncertainties related to the pandemic. The Company has taken several actions to deal with the pandemic. These include enabling its employees to work from home and suspending all non-essential travel. The ultimate impact and the extent to which the COVID-19 pandemic will continue to affect the business, results of operation and financial condition is difficult to predict and depends on numerous evolving factors outside of the Company's control including: the duration and scope of the pandemic; government, social, business and other actions that have been and will be taken in response to the pandemic; and the effect of the pandemic on short and long-term general economic conditions. This uncertainty also affects management's accounting estimates and assumptions, which could result in greater variability in a variety of areas that depend on these estimates and assumptions.

**NOTE D – GOING CONCERN**

The consolidated financial statements of the Company have been prepared on a going concern basis, which contemplates the realization of assets and the discharge of liabilities in the normal course of business. When preparing financial statements, management has the responsibility to evaluate whether there are conditions or events, considered in the aggregate, that create substantial doubt about the Company's ability to continue as a going concern within one year after the date that the financial statements are issued. In applying the accounting guidance, the Company considered its current financial condition and liquidity sources, including current funds available, forecasted future cash flows and its unconditional obligations due over the next 12 months.

The Company has sustained operating losses due to the Port Neches plant explosion in 2019 and as a result of market complications from COVID-19. While the Company's assessment of forecasted cash flow and available liquidity for 2021 includes significant PNO-related insurance receipts, the amount and timing is uncertain and largely outside of the Company's control. The Company can exercise some control over capital spending, but there is no guarantee that alternate forms of additional capital will be available.

**NOTE E– SIGNIFICANT ACCOUNTING POLICIES**

    **1.**   *Use of Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting periods. Significant estimates include liabilities and insurance proceeds related to the Port Neches incident (see Note J), impairment considerations,

allowance for doubtful accounts, inventory valuation, pension plan assumptions, environmental and litigation reserves and provision for income taxes.  Actual results could differ from those estimates.

## 2. *Cash and Cash Equivalents*

Cash and cash equivalents include amounts on deposit with banks, cash invested temporarily in investments with original maturities of three months or less, and cash on hand.  We maintain cash balances that are insured by the Federal Deposit Insurance Corporation ("FDIC").  At December 31, 2020 and 2019, we had $18.5 million and $85.2 million, respectively, in cash and cash equivalents, which were subject to a $0.25 million per financial institution FDIC insurance coverage limit.  We believe that the likelihood of any loss of cash and cash equivalents is remote and that we are not exposed to any significant credit risk on cash and cash equivalents.

## 3. *Accounts Receivable*

We extend credit to our customers in the normal course of business and generally do not require collateral for trade accounts receivable.  We perform ongoing credit evaluations of our customers and, in some instances, require letters of credit or additional guarantees in support of contracted amounts.  We review the collectability of trade receivables and use the allowance method to record bad debt expense for amounts that we believe may be uncollectible.  We believe no allowance was necessary as of December 31, 2020 and 2019.  Write-offs are recorded at the time a customer receivable is deemed uncollectible.

## 4. *Inventories*

Inventories consist of raw materials and finished goods and are valued at the lower of average cost or net realizable value.  Costs of finished products include raw materials, energy, labor and manufacturing overhead.  We may enter into product exchange agreements with suppliers and customers for raw materials and/or finished goods in the normal course of business.  Under these arrangements we deliver product volumes to the exchange partner to be delivered in-kind back to us or we receive product volumes to be delivered in-kind by us to the exchange partner in the future, generally in the short term.  Product exchanges typically benefit both parties from a logistical perspective and provide for additional flexibility regarding both receipt of raw materials from suppliers and delivery of finished goods to customers.  Exchange balances due to or from exchange partners are recorded in inventory at the lower of average cost or net realizable value and do not impact the consolidated statements of operations and comprehensive loss, as they are recognized at the carrying amount.  At December 31, 2020 we had no exchange receivable position and our exchange payable position was $0.6 million.  At December 31, 2019 we had no exchange receivable position and our exchange payable position was $0.8 million.

## 5. *Property, Plant and Equipment*

Property, plant and equipment are stated at depreciated historical cost.  Depreciation of property, plant and equipment is computed using the straight-line method over estimated useful lives ranging from five to forty-five years for financial reporting purposes and accelerated methods for income tax purposes.  Maintenance and repairs and minor renewals are charged to expense as incurred while major improvements, renewals and betterments are capitalized.

Upon retirement or sale of an asset, the asset cost and the related accumulated depreciation are removed from the accounts and any resulting gain or loss is reflected in results of operations.

The estimated useful lives for our main categories of fixed assets are shown in the table below.

|  | Estimated Useful Lives (in years) |
|---|---|
| Plant equipment | 5  - 35 |
| Pipelines | 15  - 40 |
| Buildings and land improvements | 15  - 45 |
| Technology assets | 5  - 6 |

### 6. *Intangible Assets*

Our intangible assets include patents and a technology license for the butadiene extraction process used at our Port Neches facility. Patents are amortized using the straight-line method over their useful lives. Our technology license has no legal, regulatory, contractual, competitive, economic, or other factors that would limit its useful life; consequently, we have determined its useful life to be indefinite.

### 7. *Impairment*

We follow ASC 350, *Intangibles—Goodwill and Other*, regarding impairment of the carrying value of our intangible assets and ASC 360, *Property, Plant and Equipment*, regarding impairment of the carrying value of our property, plant and equipment.

An impairment loss is recognized only if the carrying value of a long-lived asset or asset group is not recoverable and is measured as the excess of the carrying value over the fair value. The carrying amount of a long-lived asset or asset group is considered not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use of the long-lived asset or asset group. Because our long-lived intangible asset (one technology license) is fundamental to and inseparable from the respective long-lived manufacturing assets, we assess impairment of the technology license together with the respective long-lived manufacturing assets based on the undiscounted future cash flows related to the respective manufacturing processes.

We assess our indefinite lived intangible assets and our long-lived assets for impairment annually, during the fourth quarter of each year using a measurement date of December 31 or more frequently if events or changes in circumstances indicate that the carrying amount of these assets may not be recoverable.

### 8. *Plant Turnaround Costs*

Plant turnarounds are major scheduled events and require partial or complete shutdowns of chemical processing units for significant overhaul and refurbishment, for periods typically lasting from two to four weeks. We use the deferral method to account for the cost of turnarounds. Under the deferral method the costs of major scheduled plant turnarounds are deferred on the balance sheet and charged to depreciation and amortization expense on a straight-line basis during the period until the next scheduled turnaround.

### 9. *Debt Issuance Costs*

Direct costs incurred in connection with the issuance of long-term debt or modification of a credit facility, if the borrowing capacity of the new arrangement is greater than or equal to the borrowing capacity of the previous arrangement, are deferred and amortized as interest expense over the term of the debt or credit facility. Deferred debt issuance costs are reported as an offset to long-term debt on our consolidated balance sheets.

### 10. *Revenue Recognition*

We recognize revenue in accordance with ASC 606, *Revenue from Contracts with Customers*, which we adopted as of January 1, 2019. We applied the modified retrospective transition method to all contracts not completed as of the adoption date. This revenue recognition standard provides for a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services.

Substantially all our revenues are derived through contractual arrangements with customers. We consider contractual arrangements to be in place when both parties have approved the contract, are committed to perform, the rights of the parties and payment terms have been identified, the contract has commercial substance and collectability is probable.

Revenue is recognized when the obligations under the terms of a contractual arrangement with the customer have been satisfied. This generally occurs at the point in time when performance obligations are fulfilled and control transfers to the customer. Revenue is measured as the amount of consideration we expect to receive in exchange for transferring goods. Customer incentives are generally based on volumes purchased and recognized over the period earned.

### 11. *Insurance Recoveries*

If an insurance claim as of the balance sheet date relates to a recovery of incurred losses, we recognize the recovery up to the amount of the loss incurred, if the recovery is probable. Such recognized insurance proceeds are recorded as a receivable and an offset

to the related losses incurred.   We do not recognize any net gains related to insurance proceeds unless the proceeds have been received and any contingencies related to the proceeds have been adequately resolved.

### 12.   *Environmental Remediation Costs*

Anticipated expenditures related to investigation and remediation of contaminated sites, which include operating facilities and waste disposal sites, are accrued when it is probable a liability has been incurred and the amount of the liability can be reasonably estimated.

### 13.   *Comprehensive Loss*

Comprehensive loss is reported in accordance with ASC 220, *Comprehensive Income*.   Our comprehensive loss is defined as net income adjusted for the change (net of tax) in the funded status of our defined benefit pension plan.

### 14.   *Income Taxes*

We account for income taxes in accordance with ASC 740, *Income Taxes*.

We recognize deferred taxes at enacted tax rates on temporary differences between the carrying amounts of assets and liabilities for financial and tax reporting purposes.

We record a valuation allowance on net deferred tax assets when it is more likely than not that these assets will not be realized.

We recognize interest and penalties related to uncertain tax positions taken or to be taken as part of income tax expense.   We incurred no penalty or interest expenses in 2020, 2019 or 2018.

### 15.   *Stock-Based Compensation*

We account for stock-based compensation in accordance with ASC 718, *Compensation—Stock Compensation*.   Expense related to stock-based compensation awards is recognized in our financial statements based on the grant date fair values of the respective awards. The amount of grant date fair value recognized as expense in our financial statements is based on an estimate of the number of awards that are ultimately expected to vest, and the related expense is recognized ratably over the vesting period.   Forfeitures are estimated at the time of grant and revised, if necessary, in subsequent periods if actual forfeitures differ from the estimates.

### 16.   *Asset Retirement Obligations*

We follow ASC 410, *Asset Retirement and Environmental Obligations*, regarding accounting for obligations associated with the retirement of tangible long-lived assets and the associated asset retirement costs.   The provisions of this statement apply to legal obligations associated with the retirement of long-lived assets that result from the acquisition, construction, development and/or normal operation of a long-lived asset.

We have asset retirement obligations with respect to certain of our chemical processing assets due to various legal obligations to clean and/or dispose of various components of the chemical plants at the time they are retired.   However, these components can be used for extended and indeterminate periods of time as long as they are properly maintained and/or upgraded.   It is our practice and current intent to maintain our chemical processing assets and continue making improvements to those assets based on technological advances. As a result, we believe our facilities have indeterminate lives for purposes of estimating asset retirement obligations because dates or ranges of dates upon which we would retire chemical processing assets cannot reasonably be estimated at this time.   When a date or range of dates can reasonably be estimated for the retirement of any component part of a chemical plant, an estimate of the cost of performing the retirement activities will be provided and a liability will be recorded for the fair value of that cost using established present value techniques.   We did not record any asset retirement obligations related to the retirement of any component parts of our facilities as of December 31, 2020 and 2019.

### 17.   *Shipping and Handling Costs*

We account for shipping and handling costs as a fulfillment activity and not a separate performance obligation.   Shipping and handling costs billed to customers in conjunction with sale transactions are recorded as a component of revenue and shipping and handling costs incurred by us are included in cost of sales in the Consolidated Statements of Operations and Comprehensive Loss.

**CONFIDENTIAL**

**18.   *Financial Instruments***

The carrying amounts for cash and cash equivalents, receivables and payables approximate fair value because of the short maturity of these instruments.  At December 31, 2020, our long-term debt consisted of the fixed rate 10.5% Notes, which had a carrying amount of $930.0 million and a fair value of approximately $774.2 million.  At December 31, 2019, our long-term debt consisted of the fixed rate 10.5% Notes, which had a carrying amount of $930.0 million and a fair value of approximately $939.4 million.  There were no borrowings on the ABL at December 31, 2020 and December 31, 2019.

**19.   *Fair Value Option***

ASC 825, *Financial Instruments*, allows entities to choose, at specified election dates, to measure eligible financial assets and liabilities at fair value that are not otherwise required to be measured at fair value.  If a company elects the fair value option for an eligible item, changes in that item's fair value in subsequent reporting periods must be recognized in current earnings.  We have not elected to measure any of our eligible financial assets and liabilities at fair value.

**20.   *Recent Accounting Developments***

*Accounting Standards Adopted in 2020*

*Fair Value Measurement* – As required, we adopted ASU 2018-13, *Disclosure Framework - Changes to the Disclosure Requirements for Fair Value Measurement*, which amended ASC 820, *Fair Value Measurement*, as of January 1, 2020.  The Company will, when applicable, disclose at Fair Value any derivative assets and liabilities or investments in entities.  However, based on our assessment, the standard has currently had little or no impact on our consolidated financial position, results of operations or cash flows.

*Accounting Guidance Issued but Not Yet Adopted as of December 31, 2020*

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022.  The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months.  Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition.  In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic.  This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022.  The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment.  The Company anticipates recognition of additional assets and corresponding liabilities related to leases upon adoption, effective January 1, 2022.

*Defined Benefit Plans* – ASU 2018-14, *Compensation—Retirement Benefits*, amends disclosure requirements for employers that sponsor defined benefit pension or other postretirement plans.  For public business entities, the amendments are effective for fiscal years ending after December 15, 2020.  For all other entities the amendments are effective for fiscal years ending after December 15, 2021.  Early adoption is permitted.  The Company anticipates some changes to the disclosures required to comply with this standard.

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021.  Adoption methods vary based on the specific items impacted.  Management does not expect that changes required by the new standard will materially impact the Company's financial statements and related disclosures.

CONFIDENTIAL

**NOTE F – DETAIL AND DISCUSSION OF CERTAIN CONSOLIDATED BALANCE SHEET CAPTIONS**

*Inventories*

Inventories, as of the dates presented, were as follows (in thousands):

|  | December 31, | |
|  | 2020 | 2019 |
| --- | --- | --- |
| Finished goods | $ 24,665 | $ 31,632 |
| Raw materials and chemical supplies | 20,770 | 20,426 |
|  | $ 45,435 | $ 52,058 |

The decrease of $6.6 million reflected an 11% decrease in overall average cost per pound, which accounted for $5.8 million of the decrease, and a 2% decrease in physical inventory volumes, which accounted for the remainder of the decrease. The decrease in average cost per pound was driven primarily by a 34% decrease in the benchmark price of butadiene comparing the prices for December 2020 to December 2019.

*Other Current Assets*

Other current assets, as of the dates presented, were as follows (in thousands):

|  | December 31, | |
|  | 2020 | 2019 |
| --- | --- | --- |
| Prepaid insurance premiums | $ 21,002 | $ 342 |
| Spare parts inventory | 15,741 | 14,675 |
| Prepaid expense and other | 4,380 | 6,673 |
|  | $ 41,123 | $ 21,690 |

The increase in Other Current Assets relates to the financing of a substantial portion of our insurance premiums in 2020 for policies renewed through 2021. Due to significant recent insurance claims in the petrochemical industry, insurance market conditions tightened, and we renewed our policies at substantially higher premiums than the expiring coverages.

**CONFIDENTIAL**

*Property, Plant and Equipment*

Property, plant and equipment, as of the dates presented, were as follows (in thousands):

| | December 31, | | |
|---|---|---|---|
| | 2020 | | 2019 |
| Land and land improvements | $ 52,839 | $ | 52,839 |
| Plant and equipment | 1,108,577 | | 1,071,744 |
| Construction in progress | 93,903 | | 66,830 |
| Other | 52,464 | | 50,971 |
| | 1,307,783 | | 1,242,384 |
| Accumulated depreciation | (604,510) | | (557,540) |
| | $ 703,273 | $ | 684,844 |

The net increase in Property, Plant and Equipment primarily relates to the $27 million net increase in construction in progress (CIP), which consists of the new Port Neches Plant terminal project that was started in 2020 but not completed by December 31, 2020. The change also reflects the $11 million CIP write off of Port Neches projects in 2019, which lowered 2019 CIP.

*Intangible Assets*

Changes in the carrying amount of our intangible assets, for the periods presented, were as follows (in thousands):

| | Intangible assets | Accumulated amortization | Carrying value |
|---|---|---|---|
| Balance at December 31, 2018 | $ 26,980 | $ (17,325) | $ 9,655 |
| Amortization | - | (2,887) | (2,887) |
| Balance at December 31, 2019 | 26,980 | (20,212) | 6,768 |
| Amortization | - | (2,888) | (2,888) |
| Balance at December 31, 2020 | $ 26,980 | $ (23,100) | $ 3,880 |

The gross carrying amounts and accumulated amortization of intangible assets, as of the dates presented, were as follows (in thousands):

| | Gross carrying value | Accumulated amortization | Net carrying value |
|---|---|---|---|
| December 31, 2019 | | | |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (20,212) | 2,888 |
| | $ 26,980 | $ (20,212) | $ 6,768 |
| December 31, 2020 | | | |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
| | $ 26,980 | $ (23,100) | $ 3,880 |

**CONFIDENTIAL**

The technology license is related to the butadiene extraction process at the Port Neches facility, which was shut down indefinitely due to the explosion incident on November 27, 2019 (see Note J). Our current position is that it is more likely than not that this licensed process will be used in the future, so we do not consider the carrying value of the intangible to be impaired. If future facts and/or circumstances indicate an impairment of the carrying value of this asset we will recognize an impairment charge.

Patent amortization expense for year ending December 31, 2020 was $2,888, after which the patents are fully amortized.

*Other Assets*

Other assets, as of the dates presented, were as follows (in thousands):

|  | December 31, | | | |
|  | 2020 | | 2019 | |
| --- | --- | --- | --- | --- |
| Deferred turnaround costs | $ | 40,308 | $ | 35,654 |
| Catalyst and solvent costs | | 13,693 | | 14,870 |
| Other deferred charges | | 1,849 | | 3,100 |
| | $ | 55,850 | $ | 53,624 |

The increase in deferred turnaround costs in 2020 is solely attributable to the Houston facility. The Port Neches facility is currently operating as a terminal (and not a production facility) and therefore has not had any turnaround activity during 2020.

*Accrued Liabilities*

Accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | December 31, | | | |
|  | 2020 | | 2019 | |
| --- | --- | --- | --- | --- |
| Accrued payroll and benefits | $ | 17,537 | $ | 12,007 |
| Net pension liability | | 8,493 | | 7,870 |
| Accrued freight | | 5,875 | | 6,799 |
| Accrued interest | | 41,231 | | 40,967 |
| Property and sales tax | | 13,991 | | 9,894 |
| Other | | 5,508 | | 501 |
| | $ | 92,635 | $ | 78,038 |

The net increase in accrued payroll and benefits liabilities represents an increase deferred payroll taxes as well as an increase in incentive compensation accrued liabilities, not yet paid, year over year. As part of the Company's cash preservation measures, incentive compensation payments for the year ended December 31, 2019 were deferred and are to be paid in 2021. The increase in property and sales tax liabilities versus prior year reflects higher unpaid property tax assessments, a portion of which is currently under appeal. The property tax balance at December 31, 2020 includes $5.1 million and $2.2 million in unpaid taxes related to tax appeals for the years 2020 and 2019 respectively. A $6.3 million property tax payment was made in January of 2021, excluding amounts under appeal. Accrued interest was fairly consistent year over year and the slight increase largely reflects higher interest on the New Term Loan. Payments on the New Term Loan are made quarterly, with the last payment occurring in December 2020. Interest on the $930 million principal amount of the 10.5% Notes is paid semiannually on February 1 and August 2.

**CONFIDENTIAL**

*Accrued Liabilities – Port Neches Incident*

Port Neches incident accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | December 31, | | | |
|  | 2020 | | 2019 | |
|---|---|---|---|---|
| Total of losses and costs recognized | $ | 416,817 | $ | 287,372 |
| Deferred gain on insurance |  | 36,694 |  | - |
| Invoices / settlements paid |  | (293,874) |  | (30,570) |
| Unpaid invoices included in payables |  | (12,507) |  | (7,875) |
| Asset write-offs |  | (56,868) |  | (57,517) |
|  |  | 90,262 |  | 191,410 |
| Accrued response / clean-up costs | $ | 46,258 | $ | 47,566 |
| Estimated claims liability |  | 44,004 |  | 143,844 |
|  | $ | 90,262 | $ | 191,410 |

The above reconciliation reflects $416.8 million and $287.4 million of losses and costs related to the Port Neches incident as of December 31, 2020 and December 31, 2019 respectively (see Note J). The reconciliation provides the main components of the accrued liability for each year. These amounts are shown on the accompanying consolidated balance sheet at December 31, 2020 and December 31, 2019.

For 2020, the amount of loss on the Port Neches incident, net of insurance recoveries, of $50.1 million showing on the Consolidated Statements of Operations and Comprehensive Loss is the total amount of additional losses and costs of $129.4 million incurred during the year less $56.0 million of insurance recoveries received related to 2020 losses and costs and probable insurance recoveries receivable of $23.3 million at December 31, 2020. As of the issuance date of this report, March 24, 2021, we have received $40.0 million in additional insurance proceeds in 2021.

For 2019, the amount of loss on the Port Neches incident, net of insurance recoveries, of $91.9 million showing on the Consolidated Statements of Operations and Comprehensive Loss reflected the total amount of losses and costs of $287.4 million less insurance recoveries received in 2019 of $10.0 million and probable insurance recoveries receivable of $185.5 million at December 31, 2019. As of the issuance date of the December 31, 2019 report, $165.0 million in additional insurance proceeds was received.

## NOTE G – SHORT-TERM DEBT

Our short-term financing arrangements at December 31, 2020 consisted of insurance premium financing. In June 2020 we financed $2.3 million of insurance premiums through Aon Premium Finance LLC. The initial down payment and the first installment payment were due in July 2020 with the remaining payments scheduled to be paid over the next nine months through April 2021. We financed approximately $39.0 million of additional insurance premiums through Aon Premium Finance LLC for insurance coverages that were renewed during the third quarter, making additional down payments and increasing the amount of the remaining monthly payments through April 2021.

CONFIDENTIAL

**NOTE H – LONG-TERM DEBT**

Outstanding debt as of the dates presented, was as follows (in thousands):

| | December 31, | | | |
|---|---|---|---|---|
| | 2020 | | 2019 | |
| Notes | $ | 930,000 | $ | 930,000 |
| New Term Loan | | 70,000 | | - |
| Unamortized discount on New Term Loan | | (286) | | - |
| Total long-term debt | | 999,714 | | 930,000 |
| Less: deferred financing costs | | (14,393) | | (14,228) |
| Long-term debt net of deferred financing costs | $ | 985,321 | $ | 915,772 |

Our financing arrangements at December 31, 2020 were comprised of the 10.5% Notes, the New Term Loan and the ABL.   As of December 31, 2020, we were in compliance with all covenants set forth in the Indenture governing the 10.5% Notes and the credit agreement governing the ABL.

New *Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provides for a delayed draw term loan of up to $70 million and a term of one-year.

Availability under the New Term Loan is limited to a maximum of four draws with a minimum of $5 million per draw.

Subject to certain exceptions, the Company's obligations with respect of the New Term Loan are secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the Indenture governing the 10.5% Notes.

The ABR loans under the New Term Loan bear interest at an Alternate Base Rate plus an Applicable Margin of 6%.   The Alternate Base Rate is equal to a fluctuating rate per annum equal to the greatest of (i) the rate of interest last quoted by The Wall Street Journal (or, other national publication selected by the Administrative Agent in consultation with the Borrower) as the United States "prime rate" (the "Prime Rate"), (ii) the Federal Funds Rate plus 0.50%, (iii) the LIBOR Rate determined by the Administrative Agent (with a term equivalent to one month), published as of approximately 11:00 a.m. (London time) two Business Days prior to the date at which the Alternate Base Rate is being determined, plus 1.00%, and (iv) in the case of ABR Loans, 2.50% per annum.   The Prime Rate is not necessarily the lowest rate that the Administrative Agent is charging to any corporate customer.   Interest is due on the last Business Day of each calendar quarter.

The LIBOR Loans under the New Term Loan have a LIBOR Rate and an Applicable Margin of 7% applied.   The LIBOR Rate is the per annum rate of interest (rounded up to the nearest 1/100th of 1%) determined by the Administrative Agent at or about 11:00 a.m. (London time) two Business Days prior to an Interest Period, for a term equivalent to such period, equal to the London Interbank Offered Rate, or comparable or successor rate approved by the Administrative Agent, as published on the applicable Bloomberg screen page (or other commercially available source designated by the Administrative Agent from time to time); provided, that any comparable or successor rate shall be applied by the Administrative Agent in a manner consistent with market practice; provided further, that in no event shall the LIBOR Rate be less than 1.50%.   Interest payments are due quarterly in arrears.

The New Term Loan contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- pay dividends on or make certain distributions and other restricted payments;
- incur additional debt, issue disqualified stock or issue certain preferred stock;
- create certain liens or encumbrances;
- sell assets;
- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets;

- change its lines of business;

- designate TPCGI's subsidiaries as unrestricted subsidiaries; and

- in addition to the foregoing, with respect to the borrower and its subsidiaries, incur certain liabilities.

The New Term Loan also contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the New Term Loan, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion of any such invalidity), certain casualty events, change of control and loss of lien perfection or priority.

On March 18, 2020, we drew on the facility and received $70 million less a 1% original issue discount fee. On May 15, 2020 we and the lenders agreed to amend the New Term Loan. The amendment extended the maturity date from February 2, 2021 to August 5, 2021. In addition, the amendment increased the Applicable Margin on ABR Loans from 6% to 7% and on LIBOR Loans from 7% to 8% as of the date of the amendment. Although the New Term Loan matures in less than one year, as of December 31, 2020, it has been classified as long-term debt, as it was refinanced in February 2021. See Note T, *Subsequent Events*, for further discussion.

*ABL*

TPCGI is the lead borrower under the ABL and certain domestic subsidiaries of TPCGI are co-borrowers (or may be designated co-borrowers) on a joint and several basis.

The ABL is composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" tranche (the ABL FILO). Commitments under the ABL FILO will be reduced, and commitments under the ABL Revolver equally and simultaneously increased, by $2.5 million on each of the first three anniversaries of the August 2019 amendment and restatement.

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

As of December 31, 2020, we had no borrowings outstanding on the ABL and the combined ABL Revolver and ABL FILO borrowing bases provided us with the ability to borrow up to $75.6 million.

The ABL Revolver commitments may be increased by an aggregate principal amount of not more than $150 million, subject only to the consent of the new or existing lenders providing such increases. The lenders under this facility are under no obligation to provide any such additional commitments, and any increase in commitments will be subject to customary conditions precedent. Notwithstanding any such increase in the facility size, TPCGI's ability to borrow under the facility will remain limited at all times by the borrowing base (to the extent the borrowing base is less than the commitments).

Loans under the ABL Revolver bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 1.75% (and may subsequently decrease to 1.50% or increase to 2.00% depending on average excess availability) and with respect to base rate borrowings will initially be 0.75% (and may subsequently decrease to 0.50% or increase to 1.00% depending on average excess availability).

Loans under the ABL FILO bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus

**CONFIDENTIAL**

1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 3.00% (and may subsequently decrease to 2.75% or increase to 3.25% depending on average excess availability) and with respect to base rate borrowings will initially be 2.00% (and may subsequently decrease to 1.75% or increase to 2.25% depending on average excess availability).

The ABL provides for all applicable margins to be reduced by 0.25% during any fiscal quarter for which the Total Leverage Ratio, as defined in the ABL credit agreement, as of the last day of the immediately preceding fiscal quarter, is less than 5.0 to 1.0.

In addition to paying interest on outstanding principal under the ABL, TPCGI is required to pay a commitment fee at an initial rate of 0.500% per annum in respect of the unutilized commitments thereunder. The commitment fee rate subsequently may be reduced to 0.375% depending on the amount of excess availability under the ABL. TPCGI must also pay customary letter of credit fees and fronting fees for each letter of credit issued.

If, at any time, (i) an Event of Default is continuing or (ii) Excess Availability is less than the greater of (x) 12.5% of Availability and (y) $12.5 million, TPCGI shall comply with a minimum Fixed Charge Coverage Ratio for the most recent period of four consecutive fiscal quarters of at least 1.0 to 1.0. Such requirement shall continue until the date that no Event of Default exists, and Excess Availability shall have been not less than the greater of (x) 12.5% of Availability and (y) $12.5 million for a period of 21 consecutive calendar days.

If at any time the aggregate amount of loans and letters of credit outstanding under either the ABL Revolver or under the ABL FILO exceeds the lesser of (a) the applicable total commitments and (b) the applicable borrowing base, TPCGI will be required to prepay loans outstanding and/or cash collateralize outstanding letters of credit in an aggregate amount equal to the amount of any such excess, without any reduction of the commitments. Under certain circumstances, if the aggregate amount available under the ABL is less than the greater of (1) 12.5% of the lesser of (i) the total commitments under such facility and (ii) the borrowing base and (2) $12.5 million for 5 consecutive business days, or if certain defaults occur, all collateral proceeds collected through the cash management system in favor of the collateral agent will be swept to a collection account and applied daily to repay outstanding loans and cash collateralize letters of credit under the ABL.

TPCGI may voluntarily repay loans outstanding under the ABL Revolver and under the ABL FILO at any time without premium or penalty other than customary "breakage" costs with respect to LIBOR loans. All outstanding loans under the ABL Revolver must be repaid before any loans outstanding under the ABL FILO may be repaid. Any subsequent borrowings under the ABL would be made first under the ABL FILO (subject to availability) and next under the ABL Revolver (subject to availability). We may elect at any time to reduce the unutilized portion of the commitment amount under the ABL. We may elect at any time to terminate the ABL FILO commitments in full (but not in part) provided that 30 Day Excess Availability, as defined in the Credit Agreement and calculated on a pro forma basis, would not be less than the greater of (a) 17.5% of availability and (b) $25 million if the Fixed Charge Coverage Ratio is at least 1.0 to 1.0 or 30 Day Excess Availability would not be less than 22.5% of availability if the Fixed Charge Coverage Ratio is less than 1.0 to 1.0.

Pursuant to a Guarantee, dated as of August 2, 2019, among Parent, TPCGI, the other guarantors party thereto and Bank of America, N.A., as administrative agent and collateral agent, all obligations under the Senior Secured Asset-Based Revolving Credit Agreement are unconditionally guaranteed by substantially all existing and future, direct and indirect, wholly-owned material restricted domestic subsidiaries of TPCGI, subject to certain exceptions, including, any applicable legal, regulatory or contractual constraints and to the requirement that such guarantee will not cause material adverse tax consequences.

The borrowers under the ABL are jointly and severally liable for all borrowings and other obligations thereunder. Pursuant to a Pledge and Security Agreement, dated as of August 2, 2019, among Parent, TPCGI, the subsidiary grantors and Bank of America, N.A., as administrative agent and collateral agent, and any additional borrowers that may become party thereto from time to time, such obligations and the guarantees of such obligations are secured, subject to permitted liens and other exceptions, by:

- a first-priority lien on the following:

    (a)    accounts receivable, including those arising from the sale of inventory and other goods and services (including related contracts and contract rights, inventory, tax refunds, cash and cash equivalents);

    (b)    inventory;

    (c)    intercompany notes and intellectual property and other intangible assets to the extent attached to or necessary to sell any of the foregoing;

(d)     deposit and investment accounts (and all cash, checks and other negotiable instruments, funds and other evidences of payment held therein, but not any identifiable proceeds of Notes First Priority Collateral (as defined below));

(e)     to the extent evidencing, governing, securing or otherwise related to any of the foregoing and the other Revolver First Priority Collateral (as defined below), all documents, general intangibles (excluding intellectual property), instruments, investment property (but not stock in subsidiaries or equity interest in any limited liability company or other entity constituting Notes First Priority Collateral), commercial tort claims, letters of credit, supporting obligations and letter of credit rights;

(f)     all loans payable by a grantor to any other grantor to the extent made using proceeds of advances under the ABL Facility;

(g)     books and records, documents, supporting obligations, chattel paper, instruments, payment intangibles and general intangibles relating to any of the foregoing; and

(h)     all proceeds and products of any or all of the foregoing in whatever form received, in each case above subject to certain qualifications and exclusions (collectively, the "Revolver First Priority Collateral"); and

- a second-priority lien on assets not constituting Revolver First Priority Collateral subject to certain qualifications and exclusions (the "Notes First Priority Collateral").

The ABL contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- incur additional indebtedness;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets;

- pay dividends and distributions or repurchase its capital stock;

- make investments, loans or advances;

- prepay certain indebtedness;

- engage in certain transactions with affiliates;

- designate certain subsidiaries as restricted or unrestricted by the covenants; and

- change its lines of business.

In addition, at any time when an event of default is continuing or the aggregate amount available under the ABL is less than the greater of (a) 12.5% of the lesser of (1) the total commitments and (2) the borrowing base and (b) $12.5 million (or a lesser amount if a significant asset sale has occurred), TPCGI will be required to maintain a minimum fixed charge coverage ratio of 1.0:1.0.

The ABL also contains a customary "holding company" covenant that restricts Parent's ability to take certain actions and contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the ABL, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion by Parent or a borrower of any such invalidity), change of control and loss of lien perfection or priority.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

**CONFIDENTIAL**

*10.5% Notes*

The 10.5% Notes are due August 1, 2024 and interest will be paid semi-annually in arrears on February 1 and August 1.

*Indenture Governing the 10.5% Notes*

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 02, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.5% Indenture").

The 10.5% Notes are guaranteed by all of TPCGI's existing or future direct and indirect domestic subsidiaries other than certain excluded subsidiaries (the "guarantors") that guarantee obligations under the ABL.

The 10.5% Notes are TPCGI's and the guarantees are the guarantors' senior secured obligations and rank senior in right of payment to all of TPCGI's and the guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.5% Notes effectively senior to TPCGI's and the guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.5% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.5% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the guarantors' assets (in each case, other than TPCGI's and the guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the 10.5% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the guarantors' assets that secure our ABL on a first-priority basis.

The 10.5% Notes become redeemable as of August 1, 2021 at the redemption prices specified in the 10.5% Indenture. The redemption price for the period from (and including) August 1, 2021 through July 31, 2022 is 107.875% and for the period from (and including) August 1, 2022 through July 31, 2023 is 103.938%. The 10.5% Notes become redeemable at par as of August 1, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.5% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any. In addition, at any time prior to August 1, 2021, TPCGI may redeem, subject to certain conditions, up to 35% of the 10.5% Notes at a redemption price of 110.50% with the net cash proceeds from one or more equity offerings.

The 10.5% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.5% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency. Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.5% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.5% Notes to be due and payable.

On February 2, 2021 we issued $153 million of 10.875% Senior Secured Notes and repaid the $70 million New Term Loan we had in place with Apollo Global Management to provide additional liquidity against any uncertainty around timing of future insurance recoveries, including business interruption recoveries, over the next year.

**CONFIDENTIAL**

## NOTE I – REVENUE

We operate in two principal business segments, C4 Processing and Performance Products. The following table disaggregates revenue for each segment by major activity and by domestic and foreign.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| **Revenue by segment** | | | | | | |
| C4 Processing | | | | | | |
| Product sales | $ | 382,557 | $ | 889,744 | $ | 1,012,450 |
| Process revenue | | 2,228 | | 6,208 | | 6,190 |
| Terminalling revenue | | 7,164 | | 8,916 | | 9,828 |
| Service fees | | 2,386 | | 5,818 | | 5,518 |
| Shipping and handling | | 12,846 | | 11,518 | | 9,178 |
| | $ | 407,181 | $ | 922,204 | $ | 1,043,164 |
| | | | | | | |
| Performance Products | | | | | | |
| Product sales | | 328,160 | | 524,213 | | 563,500 |
| Terminalling revenue | | 75 | | 150 | | 3,226 |
| Shipping and handling | | 15,974 | | 18,359 | | 16,945 |
| | $ | 344,209 | $ | 542,722 | $ | 583,671 |
| | $ | 751,390 | $ | 1,464,926 | $ | 1,626,835 |
| | | | | | | |
| **Revenue by geographic location** | | | | | | |
| United Sates | $ | 711,818 | $ | 1,341,470 | $ | 1,483,515 |
| All foreign countries | | 39,572 | | 123,456 | | 143,320 |
| | $ | 751,390 | $ | 1,464,926 | $ | 1,626,835 |

## NOTE J – PORT NECHES INCIDENT

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues including a settlement conference scheduled for August 2021.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies. However, we are unable to estimate a liability associated with such claims at this time.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,500 property claims have been resolved and approximately 1,600 additional eligible claims are working through the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, sixty-one private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-seven of the sixty-one private party lawsuits, including approximately 565 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. A hearing on class certification is not expected before Q4 2021 at the earliest.

Four different sets of insurance policies, under the insurance coverage we had in effect at the time, provide coverage for costs and losses incurred as a result of the Port Neches incident. Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million and certain categories of costs are subject to varying coverage sub-limits. In addition, the policies contain a 45-day waiting period before business interruption qualifies for coverage. As of December 31, 2020, we have paid $67.7 million of costs and collected $160.0 million under this policy, of which $12.1 million has been specifically designated as business interruption coverage and $147.9 million has been designated as an unallocated payment on account. Of the unallocated proceeds of $147.9 million, $36.7 million are recorded as a deferred gain due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2020 and 2019 total $58.0 million and $64.7 million, respectively. Of these costs we currently estimate that $111.2 million will be recoverable.

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of December 31, 2020, we have incurred third-party claim amounts of $165.0 million, have paid $120.7 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $49.8 million and we have collected $15.3 million of this amount. We anticipate collecting a total of $35.2 million for these expenses. Costs recorded under this policy in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million.

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of December 31, 2020, we have incurred and paid $51.1 million of costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million of these costs in 2019 and an additional $28.0 million in 2020.

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.4 million. We expect to recover the fair market value at the time of the event on these materials.

Costs that we will not recover from insurance include turnaround amortization, fines, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

On January 13, 2021 we executed an additional unallocated Proof of Loss for $40.0 million under our property and business interruption policies and received the funds in January and February 2021. As of the issuance of this 2020 Annual Report (i.e. March 24, 2021), we have paid out $127.4 million on liability claims. Excluding claims, we have also paid approximately $178.9 million in response, defense, pollution, and other costs. Additional proceeds anticipated to cover book costs equal $280.6 million with additional recovery anticipated as a gain.

For the year ended December 31, 2020, we had recognized a net amount of losses and incurred costs of $50.1 million, which reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

For the prior year, ended December 31, 2019, we had recognized a net amount of losses and incurred costs $91.9 million, which reflected $287.4 million in losses and incurred costs offset by $195.5 million of insurance proceeds, of which $10.0 million was received in 2019 and $185.5 million was recorded as an insurance receivable since recovery of that amount was determined to be probable. The net amount of $91.9 million consisted of a write-off of deferred turnaround costs of $19.0 million, insurance deductibles of $11.1 million and estimated liability claims expected to be in excess of our liability insurance coverage of $61.8 million.

## NOTE K – BUSINESS INTERRUPTION INSURANCE RECOVERY

During the fourth quarter of 2018 the Company received $0.6 million in insurance proceeds, which represented the full amount of our Hurricane Harvey business interruption claim.

## NOTE L – COVID-19 EXPENSES

The $1.9 million of COVID-19 expenses relate to costs incurred as a result of precautionary measures taken by the Company to prevent the spread of COVID-19 at TPC sites. The costs include protective gear for employees, increased sanitation of TPC sites, and enhancements to workspaces to promote safety.

## NOTE M – REPAIR AND OTHER EXPENSES RELATED TO DOCK INCIDENT

These expenses of $1.5 million for the year ended December 31, 2018 consisted of a $0.25 million insurance deductible and uninsured logistics and legal expenses incurred as a direct result of the damage to the main dock at our Houston facility in June 2018. All temporary repair costs, except for the deductible, were offset by insurance proceeds received in 2018.

## NOTE N – FAIR VALUE

Within the framework for measuring fair value, ASC 820, *Fair Value Measurements and Disclosures*, establishes a fair value hierarchy, which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. The standard defines the three levels of inputs used to measure fair value as follows:

- Level 1: Inputs are unadjusted quoted prices for identical assets or liabilities in active markets, which primarily consist of financial instruments, traded on exchange or futures markets.

- Level 2: Inputs are other than quoted prices in active markets (included in Level 1), which are directly or indirectly observable as of the financial reporting date, including derivative instruments transacted primarily in over-the-counter markets.

- Level 3: Unobservable inputs, which include inputs derived through extrapolation or interpolation that cannot be corroborated by observable market data.

As of December 31, 2020, and 2019, we had no outstanding assets or liabilities measured at fair value on a recurring basis except for the fair value of our pension plan assets and short-term investments which were measured using Level 1 and Level 3 inputs.

**CONFIDENTIAL**

**NOTE O – INCOME TAXES**

The significant components of deferred tax assets and liabilities are shown below as of the dates presented (in thousands):

| | December 31, | | |
|---|---|---|---|
| | 2020 | | 2019 |
| Deferred tax assets: | | | |
| Loss and credit carryforwards | $ 94,580 | $ | 94,612 |
| Disallowed interest | 47,761 | | 33,176 |
| Accrued and other expenses | 8,648 | | 5,679 |
| Inventory | 2,678 | | 2,030 |
| Total deferred tax assets | 153,667 | | 135,497 |
| Less: Valuation allowance | (27,703) | | - |
| Deferred tax assets less valuation allowance | $ 125,964 | $ | 135,497 |
| Deferred tax liabilities: | | | |
| Property, plant and equipment | $ (101,651) | $ | (100,750) |
| Insurance proceeds receivable | (10,610) | | (38,950) |
| Deferred turnaround costs | (8,512) | | (7,487) |
| Prepaid expenses | (4,462) | | (309) |
| Intangible assets | (729) | | (1,272) |
| Total deferred tax liabilities | (125,964) | | (148,768) |
| Net deferred tax liability | $ - | $ | (13,271) |

We analyze both positive and negative evidence available to us to provide a reasonable basis for us to assess the realizability of our deferred tax assets. ASC 740 "Accounting for Income Taxes" requires that a valuation allowance be established for a deferred tax asset if it is more likely than not that the related tax benefit will not be realized. Realization of deferred tax assets depends on the existence of sufficient taxable income of the appropriate character within the carryback and carryforward period available under the tax law. Our assessment of the realizability of our deferred tax assets considered the following four sources of future taxable income:

- Future reversal of existing temporary differences;
- Future taxable income exclusive of reversing temporary differences and carryforwards;
- Taxable income in prior carryback years; and
- Tax planning strategies.

Reversal of exiting taxable temporary differences existing at December 31, 2020 would not generate sufficient taxable income to utilize our deferred tax assets as of that date as we were in a net deferred tax position of $27.7 million.

Regarding future taxable income, we considered our annual net operating losses since 2014 and the uncertainty of sufficient future taxable income to be objective evidence that is it more likely than not that the benefit of our deferred tax assets will not be fully realized.

We have no taxable income in carryback periods and do not have tax planning strategies that provide positive evidence that our deferred tax assets will be realized.

As a result of our analysis we have concluded that it is more likely than not that we will not realize the full benefit of our deferred tax assets and have therefore established a deferred tax asset valuation allowance of $27.7 million at December 31, 2020.

The primary components of our deferred tax assets at December 31, 2020 were $94.6 million related to net operating losses and credit carryforwards and $47.8 million related to the amount of temporarily disallowed interest deductions. Our cumulative pretax net operating losses of $440.4 million consisted of $281.0 million of pre-2018 net operating losses and post-2017 pretax net operating losses of $159.4 million. Pretax disallowed interest deductions for 2020, 2019 and 2018 were $69.5 million, $101.7 million and $56.3 million, respectively. All pre-2018 net operating losses have a 20-year carryforward period and can be used to offset up to 100% of future taxable income in any year. All post-2017 net operating losses and disallowed interest deductions can be carried forward indefinitely;

however, the use of post-2017 net operating losses will be limited to 80% of future taxable income in any year.

Our deferred tax liabilities consist primarily of the tax effect of temporary differences between the book and tax basis of property plant and equipment, due to cumulative differences between book and tax depreciation, and the tax effect of cumulative differences between book and tax treatment of insurance proceeds in 2019 and 2020 related to the Port Neches incident

Our net operating loss for 2020 was $9.0 million, which reflects our pretax book loss of $203.9 million which was substantially offset by taxable temporary differences of $135.1 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $69.5 million. The book pretax loss reflects the significant loss of production and distribution capability resulting from the Port Neches incident as well as the negative impact of COVID-19 on demand for our products and the overall economy.

We have conducted an evaluation of tax positions taken on previous tax returns. Based on that evaluation, we concluded that it is more likely than not, based on the technical merits of our tax positions, that we are entitled to the economic benefits resulting from positions taken on our tax returns. Consequently, we have not recorded any liabilities related to uncertain tax positions and have not reversed any benefits previously recognized. Therefore, we have not recognized any interest or penalties related to uncertain tax positions.

We file a consolidated federal income tax return and state tax returns in Texas and Louisiana.

IRS audits of 2011, 2012 and 2013 were concluded during 2015 and by letter dated July 1, 2015, we were notified by the IRS that no changes would be needed to the tax returns filed for those years. All years subsequent to 2013 remain open for examination and we have not been notified by the IRS of any impending examinations.

In 2012, the Texas Comptroller of Public Accounts completed franchise tax audits for the fiscal years ended June 30, 2007, 2008 and 2009. Based on the results of those audits, the Texas Comptroller of Public Accounts and the Company reached a settlement pursuant to which the Company paid a total of $0.3 million in additional taxes and interest related to the three years covered by the audit. All years subsequent to fiscal 2009 remain open for examination and we have not been notified by the Texas Comptroller of Public Accounts of any impending examinations.

Our income tax benefit was comprised of the following for the periods presented (in thousands):

|  | Year Ended December 31, | | |
|  | 2020 | 2019 | 2018 |
|---|---|---|---|
| Current: |  |  |  |
| Federal | $ (2,079) | $ (2,079) | $ - |
| State | (71) | 494 | 175 |
| Deferred |  |  |  |
| Federal | (41,214) | (8,936) | (14,079) |
| State | (84) | 283 | 206 |
| Valuation allowance | 27,703 | - | - |
| Income tax benefit | $ (15,745) | $ (10,238) | $ (13,698) |

**CONFIDENTIAL**

The provision for income taxes differs from the amount computed by applying the statutory federal income tax rate to income before income taxes.   The reasons for this difference are as follows for the periods presented (in thousands):

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| Loss before income taxes | $ | (203,909) | $ | (51,729) | $ | (66,900) |
| Statutory federal income tax rate | | 21% | | 21% | | 21% |
| Computed "expected" federal income tax benefit | | (42,821) | | (10,863) | | (14,049) |
| Increase (decrease) in tax resulting from: | | | | | | |
| Credit for increasing research and development activities | | (305) | | (150) | | (249) |
| State tax, net of federal benefit | | (122) | | 614 | | 301 |
| Other, net | | (200) | | 161 | | 299 |
| Valuation allowance | | 27,703 | | - | | - |
| Total income tax benefit | $ | (15,745) | $ | (10,238) | $ | (13,698) |

## NOTE P – SUPPLEMENTAL DISLOSURES OF CASH FLOW INFORMATION

Cash paid (received) for interest and taxes, for the periods presented, were as follows (in thousands):

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| Interest payments, net | $ | 104,245 | $ | 52,099 | $ | 83,727 |
| Income tax payments (refunds), net | | (1,662) | | (1,912) | | 121 |

## NOTE Q – COMMITMENTS AND CONTINGENCIES

We lease office space, dock space, tank cars, barges, tugboats and various types of equipment under non-cancelable operating leases expiring on various dates through December 2033.   The future minimum lease payments under non-cancelable operating leases, in excess of one year, at December 31, 2020 consisted of the following (in thousands):

| | | |
|---|---|---|
| 2021 | $ | 35,162 |
| 2022 | | 33,058 |
| 2023 | | 27,032 |
| 2024 | | 16,172 |
| 2025 | | 14,880 |
| 2026 and thereafter | | 37,096 |
| | $ | 163,400 |

Rent expense included in operating expenses and general and administrative expenses was $14.0 million, $13.7 million and $13.0 million for 2020, 2019 and 2018, respectively.   Rent expense included in cost of sales was $61.1 million, $53.6 million and $45.8 million for 2020, 2019 and 2018, respectively.

1.   *Purchase Commitments*

We have purchase commitments incident to the ordinary conduct of business.   The prices of such purchase commitments are based on indices, which are determined from the prevailing market rates for the associated products.   These commitments generally have provisions permitting cancellation upon satisfaction of notification requirements.

CONFIDENTIAL

## 2.    *Legal Matters*

From time to time, we are party to routine litigation incidental to the normal course of our business, consisting primarily of claims for personal injury or exposure to our chemical products or feedstocks, and environmental matters.  We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not be material to our financial condition, results of operations or cash flows.  We record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable.  Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of litigation.  Many of the personal injury or product exposure lawsuits to which we are a party are covered by insurance subject to certain self-insured retention amounts.

Our contractual arrangements with our customers and suppliers are typically very complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products.  Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas.  These disputes occur in the normal course of our business, seldom result in actual formal litigation, and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier.

On December 10, 2020, the Company received a notice from a customer asserting a purported breach of the parties' MTBE sales agreement.  The customer asserts that it had properly exercised the right of first refusal provided in the sales agreement and that the Company's subsequent agreement with another customer constitutes a breach of the sales agreement.  The Company disputes and intends to aggressively defend the customer's possible claim.  The parties are working to set up a mediation as required in the dispute resolution provisions of the sales agreement.  No lawsuit has been filed.

As described above, we record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable.  Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of the dispute resolution or litigation process.  As of December 31, 2020, we have not recognized any material reserves related to unresolved disputes with customers and suppliers.

Sixty-one private party lawsuits, including five class actions, are pending in Texas state court related to the November 2019 incident at our Port Neches plant.  The petitions bring a variety of claims sounding in negligence, gross negligence, nuisance, and trespass.  The plaintiffs in these cases allege in the most general way that we were negligent and/or grossly negligent by breaching duties to, among other things, (1) maintain unspecified plant equipment, (2) develop, implement, and maintain proper procedures for storage of chemicals at the facility, and (3) warn the public concerning the risks and dangers of the chemicals maintained at the facility.  The petitions also allege that these and other breaches caused damages, including property damage, medical care and expenses, pain and suffering, physical impairment, lost earnings, disfigurement, medical monitoring, mental anguish, and injury to business.  Limited discovery has taken place.  The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery.  The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases.  Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending.  Twenty-seven of the sixty-one private party lawsuits, including approximately 565 individual plaintiffs, are awaiting transfer to the pre-trial court.  Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies.  The Court has been conducting monthly status conferences.  The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery.  A hearing on class certification is not expected before Q4 2021 at the earliest.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant.  The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019.  Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.  On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act.  The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities.  Such requests are typically the first step in EPA enforcement.  We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA.

Because these lawsuits, which we intend to vigorously defend, are in their early stages, we are unable to determine if a loss is probable or estimate the amount or range of potential loss and therefore have not established any reserves, but we believe the amounts involved may be material.

**CONFIDENTIAL**

Beyond the matters in active litigation, the Company has received other claims and demands, through its formal claims process and otherwise, from individuals, companies, and insurers claiming damages as a result of the incident. The Company is in the process of reviewing these claims. It is possible some of these claims may result in additional litigation.

### 3. *Environmental and Safety Matters*

Our Company is subject to federal, state, local and foreign laws, regulations, rules and ordinances from various governing agencies that regulate human health, safety, security and the environment. These include, for example:

- The federal Resource Conservation and Recovery Act ("RCRA") and comparable state laws that impose requirements for the generation, handling, transportation, treatment, storage, disposal and cleanup of waste from our facilities.

- The federal Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") also known as "Superfund," and comparable state laws that regulate the cleanup of hazardous substances that may have been released at properties currently or previously owned or operated by us or locations to which we have sent waste for disposal.

  - Under CERCLA and comparable State of Texas Laws, at this time TPC has not identified any liability of material significance for previously disposed substances and wastes, or for remediation of contaminated property to prevent future contamination.

- The federal Clean Water Act ("CWA") and analogous state laws and regulations that impose detailed permit requirements and strict controls on discharges of wastewater from our facilities.

- The federal Clean Air Act ("CAA") and comparable state laws and regulations that impose obligations related to air emissions, including federal and state laws and regulations that recently took effect or are currently under development to address greenhouse gas ("GHG") emissions.

  - At this time, we anticipate that the Environmental Protection Agency's ("EPA") recently adopted Boiler Maximum Achievable Control Technology ("MACT") regulation package will only require the Company to implement work practices, recordkeeping, and reporting, and will not require any substantial capital investments.

  - Regarding GHG emission requirements, the Company is subject to annual reporting of emissions and to air permitting for projects but currently is not subject to any other requirements.

  - Air quality standards intended to protect the environment, including the National Ambient Air Quality Standards ("NAAQS") promulgated by the EPA to address ambient air quality concerns, continue to evolve. The federal CAA requires that the EPA periodically review the science upon which the NAAQS are based and the standards themselves. As a result of this review, the EPA has in recent years lowered certain NAAQS, including the standards for sulfur dioxide, ozone and particulate matter, and may do so again in the future, for these or other pollutants. Changes to the NAAQS may increase the cost of our operations, require the installation of emissions controls, or reduce or delay available business opportunities.

- Chemical product safety regulation including the federal Toxic Substances Control Act ("TSCA") and the Emergency Planning and Community Right-to-Know Act ("EPCRA") that impose notification, reporting, record-keeping and testing requirements, and restrictions relating to chemical substances and/or mixtures as well as certain reporting on the storage, use and releases of hazardous chemicals to federal, state, and local governments.

  - TSCA reform legislation was enacted in June 2016, expanding EPA's authority to review and regulate new and existing chemicals. EPA's implementation of this legislation may increase the cost of our operations, require changes to our supply chain and logistics practices or delay available business opportunities.

  - Similar compliance laws related to chemical product safety in jurisdictions outside the United States where our products are distributed such as the European Union's regulatory framework concerning the Registration, Evaluation and Authorization of Chemicals (known as REACH), may increase the cost of our operations, require changes to our supply chain and logistics practices or delay available business opportunities.

  - In June 2013, the EPA finalized its second list of chemicals subject to its Endocrine Disruptor Screening Program ("EDSP") and included MTBE, a major product for the Company, in this final list. EPA will issue test orders to manufacturers of MTBE at some time in the future, at which time TPC will be required to embark on an initial two-year test program along with other MTBE manufacturers. TPC has joined a consortium with the other major

manufacturers of MTBE to manage the test program and share costs. Based on the results of the initial testing to determine if MTBE exhibits endocrine disrupting properties, EPA may decide some years in the future to include MTBE in a second round of tests to evaluate MTBE's potency as a potential endocrine disruptor.

- The Occupational Safety and Health Act and comparable state statutes, laws and regulations including OSHA's Process Safety Management standard which imposes requirements on regulated entities relating to the management of hazards associated with highly hazardous chemicals.

  - The Company expects to incur capital expenditures in the future as part of our ongoing baseline capital expenditure program to address the findings of ongoing process hazard assessments, including expenditures to upgrade equipment and instrumentation.

- United States Department of Homeland Security's Marine Transportation Security Act ("MTSA") which establishes standards for security at marine-based chemical facilities.

We are committed to maintaining compliance with applicable environmental, health, safety (including process safety) and security ("EHS&S") legal requirements, and we have developed policies and management systems intended to identify the various EHS&S legal requirements applicable to our operations and facilities. We work to enhance and assure compliance with applicable requirements, ensure the safety of our employees, contractors, community neighbors and customers, and minimize the generation of wastes, the emission of air contaminants and the discharge of pollutants. These EHS&S management systems also serve to foster efficiency and improvement and to reduce operating risks.

In the ordinary course of business, we undertake frequent environmental inspections and monitoring and are sometimes subject to investigations by governmental authorities. In addition, our production facilities require a number of environmental permits and authorizations that are subject to renewal, modification and, in certain circumstances, revocation. Actual or alleged violations of environmental laws or permit requirements or the discovery of releases of hazardous substances at or from our facilities could result in restrictions or prohibitions on plant operations, significant remedial expenditures, substantial civil or criminal sanctions, as well as, under some environmental laws, the assessment of strict and/or joint and several liability. Moreover, changes in environmental regulations or the terms of our environmental permits could inhibit or interrupt our operations or require us to modify our facilities or operations. Accordingly, environmental or regulatory matters may cause us to incur significant unanticipated losses, costs or liabilities.

In addition to the requirements imposed upon us by law, we also enter into other agreements from time to time with state and local environmental agencies either to avoid the risks of potential regulatory action against us or to implement improvements that exceed current legal requirements. To that end, in April 2015, we signed an Agreed Order with the TCEQ requiring us to achieve continued reductions in our emissions of butadiene and other volatile organic compounds at our Houston Facility and undertook a new five-year, $20 million incremental spending program on environmental performance projects. The Agreed Order is in effect for five years from the effective date of the order or until compliance with all terms and conditions of the order, whichever is later. We expect to implement the required measures and incur the incremental spending through a combination of (a) increases in our annual maintenance and capital expenditures throughout the five-year period and (b) additional expenditures in connection with our regularly scheduled turnarounds (typically occurring every three to four years). We expect to fund the incremental expenditures from our operations and/or from borrowings under the Revolving Credit Facility and do not expect the expenditures to have a material impact on our operations or liquidity.

The Company has agreed to indemnify third parties for environmental and other liabilities pursuant to various agreements, including asset divestiture agreements and leases. Many of these obligations contain monetary and/or time limitations, but others do not provide for those limitations. The Company is not aware of any probable and reasonably estimable losses associated with any of these obligations.

The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA)

served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA. The Company may have insurance coverage for some of the foregoing claims for environmental cleanup.

## NOTE R – EMPLOYEE BENEFITS

### 1. *Retirement Plan*

We sponsor a defined contribution plan that is available to all full-time employees on the date of hire. The plan allows employees to contribute up to 60% of their base compensation to a tax-deferred fund not to exceed $19,500 for 2020, $19,000 for 2019, and $18,500 for 2018.

For non-represented employees, we match at the rate of one dollar for each dollar contributed by the employee up to 5% of the employee's annual earnings. Non-represented employees also participate in our discretionary plan which, based on business performance, may contribute up to 6% of the employee's annual earnings.

For represented employees, we match at a rate of one dollar for each dollar contributed by the employee up to 7% of the employee's annual earnings. Represented employees do not participate in the discretionary plan.

Company contributions for both non-represented and represented employees vest immediately.

Our expense to match employee contributions, including discretionary contributions, during the years ended December 31, 2020, 2019 and 2018 was $2.0 million, $5.6 million and $4.7 million, respectively.

### 2. *Stock Compensation Plans*

On December 29, 2012, Parent adopted the 2012 Long-Term Incentive Plan (the "2012 Plan"), which permits it to grant awards of profit interests to certain of the Company's officers and employees, in the form of Class B Management Interests and Class C Management Interests ("Class B and Class C Interests," collectively). The Class B and Class C Interests under the 2012 Plan constitute performance-based awards, and the amount of payouts for these awards is based on the amount of distributable assets available upon the occurrence of an Exit Event (defined below) to the general and limited partners at the time of their disposal, distribution or sale of their ownership stake in the Company.

We utilized a Monte Carlo simulation model to estimate the grant date fair value of Class B and Class C Interests granted on December 29, 2012. The key factors that will create value in these awards include: (1) the year of the "Exit Event" (either an initial public offering or subsequent public offering of the equity of the Company, or the merger, consolidation, sale of interests or sale of the Company), (2) the probability that an Exit Event will occur in a particular year, which is based on management's assessment of when this is likely to occur, (3) the probability that the Exit Event will result in a sufficient return on invested capital to trigger a payout to the Class B and Class C Interests, (4) the risk-free interest rate, which is based on the U.S. Treasury yield curve in effect at the time of grant with maturities equal to the grant's expected life, and (5) the ultimate exit value of the Company, which was estimated using a Monte Carlo simulation.

As of December 31, 2012, based on the results of the Monte Carlo simulation, we determined that no Exit Event timing or valuation is more probable than any other and, therefore, were unable to determine a grant date fair value for the awards granted under the 2012 Plan and did not recognize any expense related to the awards in the year ended December 31, 2012. Additionally, there have been no changes in events or circumstances since that original assessment as of December 31, 2012 that allowed us to determine an Exit Event timing or valuation that is more probable than any other and, therefore, have been unable to determine a grant date fair value for any awards granted under the 2012 Plan. Consequently, we did not recognize any expense related to the awards for the years ended December 31, 2020, 2019 and 2018.

The Company will continue to review the assumptions used to assess value of the awards granted under the 2012 Long-Term Incentive Plan and if at any point in the future we are able to determine a probable timing or valuation of an Exit Event we will value the awards and recognize compensation expense.

*Defined Benefit Pension Plan*

We sponsor a cash balance plan (the "Cash Balance Plan") for the benefit of represented employees at the Port Neches facility. Participation in the Cash Balance Plan is subject to terms of negotiated contracts.  For participating employees, the Cash Balance Plan benefit formula provides annual pay credits from 4% to 12% of eligible pay, depending on age and service, plus accrued interest.  The plan's assets are maintained by trustees in separately managed portfolios consisting of equity and fixed income securities.

Provided below, as of and for the years ended, were the components of the changes in the benefit obligation and plan assets and a reconciliation of the funded status to the liabilities recognized in the consolidated balance sheets (in thousands):

| | December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| **Change in benefit obligation:** | | |
| Benefit obligation at beginning of period | $ 22,647 | $ 19,082 |
| Service cost | 946 | 1,006 |
| Interest cost | 429 | 652 |
| Benefits paid | (6,231) | (1,112) |
| Actuarial loss | 1,119 | 3,019 |
| Plan amendments | (703) | - |
| Benefit obligation at end of period | 18,207 | 22,647 |
| **Change in plan assets:** | | |
| Fair value of plan assets at beginning of period | 14,777 | 12,176 |
| Actual return on plan assets | 317 | 1,615 |
| Employer contributions | 851 | 2,098 |
| Benefits paid | (6,231) | (1,112) |
| Fair value of plan assets at end of period | 9,714 | 14,777 |
| Unfunded status, end of period | $ (8,493) | $ (7,870) |
| | | |
| **Reconciliation of accrued liability:** | | |
| Accrued liability at beginning of period | $ (367) | $ (1,080) |
| Net periodic pension cost for the period | (1,174) | (1,385) |
| Total one-time costs | (1,839) | - |
| Employer contributions | 851 | 2,098 |
| Accrued liability at end of period | (2,529) | (367) |
| Accumulated amounts recognized in OCI (before tax) | (5,964) | (7,503) |
| Net liability recognized in Consolidated Balance Sheets | $ (8,493) | $ (7,870) |

The net pension liability at both December 31, 2020 and 2019 were recorded in accrued liabilities.

On April 30, 2020, the Company terminated 68 employees as part of a Reduction in Force ("RIF") resulting from the Port Neches incident. The Cash Balance Plan was re-measured as of April 30, 2020 to reflect settlement accounting, retroactive plan amendments, and the RIF.

Two plan amendments were executed in 2020 and resulted in a $702.2 million decrease in the projected benefit obligation.

The one-time costs incurred of $1.8 million relate to the RIF and the resulting changes to the Cash Balance Plan.  A curtailment gain of $0.5 million was triggered at the April 30, 2020 RIF when the Cash Balance Plan's expected future years of service decreased by 54%.  Additionally, settlement accounting was triggered initially on April 30th when eligible employees elected a lump sum payment and the lump sum payouts from the Cash Balance Plan exceeded the expected sum of the plan's service cost and interest cost. Settlement accounting was triggered two more times in 2020 for total settlement charges of $2.4 million.

CONFIDENTIAL

Provided below, for the periods presented, were the components of net pension expense (in thousands):

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| Components of net pension expense: | | | | | | |
| Service cost | $ | 946 | $ | 1,006 | $ | 1,202 |
| Interest cost | | 429 | | 652 | | 490 |
| Expected return on assets | | (753) | | (681) | | (789) |
| Amortization of prior service cost | | (43) | | (35) | | - |
| Amortization of net actuarial loss | | 595 | | 443 | | 135 |
| | $ | 1,174 | $ | 1,385 | $ | 1,038 |

The projected net pension expense for the year ending December 31, 2021 consists of the following components (in thousands):

| | | |
|---|---|---|
| Service cost | $ | 728 |
| Interest cost | | 299 |
| Expected return on assets | | (634) |
| Amortization of prior service costs | | (47) |
| Amortization of net actuarial loss | | 503 |
| | $ | 849 |

The following actuarial assumptions were used to determine benefit obligations as of the dates presented:

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Discount rate | 1.81% | 2.70% |
| Rate of compensation increase | 4.00% | 4.50% |

The following actuarial assumptions were used to determine net periodic benefit cost for the periods presented:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Discount rate | 2.70% | 3.81% | 3.14% |
| Expected return on plan assets | 6.50% | 6.50% | 6.50% |
| Rate of compensation increase | 4.50% | 4.50% | 4.50% |

The measurement date for our Cash Balance Plan is as of the end of our fiscal year. Our Cash Balance Plan assets are managed by outside investment managers. Our investment strategy with respect to the Cash Balance Plan assets is to maximize returns while preserving principal. At December 31, 2020, Cash Balance Plan assets were invested 89.0% in equity mutual funds, 7.9% in fixed income mutual funds and 3.1% in cash equivalents. The expected return on assets assumption was determined based on the anticipated performance of the various asset classes in the Cash Balance Plan's portfolio.

The following table presents the Cash Balance Plan assets using the fair value hierarchy as of December 31, 2020. The fair value hierarchy has three levels based on the reliability of the inputs used to determine fair value. See Note N for a brief description of the three levels under the fair value hierarchy.

**CONFIDENTIAL**

| Category | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Cash and equivalents | $ 302 | $ 302 | $ - | $ - |
| Mutual funds - equity | 8,643 | 8,643 | - | - |
| Mutual funds - fixed income | 769 | - | - | 769 |
| | $ 9,714 | $ 8,945 | $ - | $ 769 |

Provided below, for the periods presented, are benefit payments expected to be paid to eligible plan participants under our Cash Balance Plan (in thousands):

| | |
|---|---|
| 2021 | $ 3,429 |
| 2022 | 557 |
| 2023 | 1,827 |
| 2024 | 539 |
| 2025 | 1,707 |
| 2026 and thereafter | 7,703 |

**NOTE S – CONCENTRATION RISKS**

We had sales to customers outside the United States during years ended December 31, 2020, 2019 and 2018 of $39.6 million, $123.5 million and $143.2 million, respectively.  Our top five customers accounted for an aggregate of 47.2%, 43.3%, and 50.6% of our revenues for years ended December 31, 2020, 2019 and 2018, respectively.

Sales to customers who accounted for at least 10% of our sales for the periods presented were as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Trafigura Trading, LLC | 15% | * | * |
| Afton Chemical Corporation | 11% | * | * |
| Lukoil Pan Americas, LLC | * | 14% | 17% |
| Goodyear - SRI Global | * | 10% | 10% |

* Less than 10%

We perform ongoing credit evaluations of our customers and generally do not require collateral for accounts receivable. Historically, our credit losses have been minimal.

Customers who accounted for at least 10% of our accounts receivable balance, as of the dates presented were as follows:

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Afton Chemical Corporation | 18% | 15% |
| Goodyear - SRI Global | 12% | * |

* Less than 10%

CONFIDENTIAL

A small number of suppliers for our feedstocks account for a significant percentage of our feedstock purchases. Our top five suppliers accounted for an aggregate of 65.6%, 48.3%, and 46.5% of our vendor feedstock purchases in the years ended December 31, 2020, 2019 and 2018, respectively.

Some of the employees at our Port Neches facility are covered by collective bargaining agreements that expire on January 31, 2022. To the extent that we experience work stoppages in the future as a result of labor disagreements, a prolonged labor disturbance at one or more of our facilities could have a material adverse effect on our operations.

## NOTE T – SUBSEQUENT EVENTS

### Technical Center Fire

Early on the morning of January 9, 2021, the TPC Houston operations team responded to a fire alarm in the Technical Center. The Technical Center, located on the southwest side of the facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded to the incident with assistance from the Houston Fire Department. The Company coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts; however, one emergency responder sustained an injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. Fortunately, over 75% of the equipment is salvageable, but, in the absence of a functioning laboratory the Company had to secure short term outsourcing solutions for all of the quality control testing needs. Since late February, however, we have replaced the majority of the outsourced testing by inhouse testing in a combination of TPC and rental facilities, substantially reducing the incremental costs. Between response costs, outsourcing costs, rental expenses and the cost of rebuilding the Technical Center, we estimate that the fire will cost the Company approximately $11.5 million.

### C4 Processing Agreement

In January 2021 TPC signed a long-term contract with a third-party crude C4 toll processor and began sending crude C4's to this processor through refurbishments made to the Port Neches terminal in the second phase of the refurbishment of these assets. The agreement uses TPC Group's logistic and storage facilities, along with its commercial agreements for feedstock and product sales, to supply a steady stream of crude C4's to the third-party processor. The agreement uses available butadiene extraction capacity to process the Crude C4 and return the finished butadiene and raffinate products to TPC Group for distribution.

### Refinancing

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

#### 10.875% Notes

On February 2, 2021 the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein. Simultaneously, TPCGI issued and sold $153 million aggregate principal amount of the 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021. The 10.875% Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL Facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties.

### February Weather Event

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather.

**CONFIDENTIAL**

Due to the extreme weather, our facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs.   We anticipate that the total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, will be between $50 million and $60 million.

#######

# **EXHIBIT 30**



# TPC Group Inc.
# QUARTERLY REPORT
## Quarter ended September 30, 2021

**CONFIDENTIAL**

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| Definitions of Terms | 3 |
| Explanatory Note | 4 |
| Cautionary Note Regarding Forward-Looking Statements | 5 |
| EBITDA and Adjusted EBITDA | 6 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 7 |
| Condensed Consolidated Financial Statements | 25 |

Exhibits

Exhibit I – TPC Group Inc. Annual Report for the year ended December 31, 2020

CONFIDENTIAL

# DEFINITIONS OF TERMS

Capitalized and other terms used throughout this Quarterly Report, unless the specific context otherwise requires or indicates have the meanings ascribed to them below:

- **ABL** – our asset-based loan facility originally entered in December 2012, which was repaid, amended, and restated in conjunction with the refinancing of our debt on August 2, 2019 and again amended on February 2, 2021 to permit the issuance of the 10.875% Notes. The ABL is scheduled to mature in August 2024. For a detailed description of the ABL see Note G to our condensed consolidated financial statements on pages 33-38 of this Quarterly Report for the quarter ended September 30, 2021;

- **ASC** - Accounting Standards Codification, which is the sole source of authoritative generally accepted accounting principles in the United States, other than rules and regulations issued by the Securities and Exchange Commission (SEC) that apply to SEC registrants;

- **ASU** - Accounting Standards Update, which the Financial Accounting Standards Board (FASB) issues to communicate changes to the ASC. ASUs are not authoritative standards;

- **Company, us, we, and our** - TPC Group Inc. and its subsidiaries;

- **GAAP** – Generally Accepted Accounting Principles in the United States;

- **Gross profit contribution ("GPC")** - as used herein, is defined as revenue less cost of sales as reported in our consolidated statements of operations and comprehensive income. GPC is the residual amount that is available, after deducting the variable costs to produce and distribute our products from revenue, to cover all other expenses;

- **Holdings** - TPC Holdings Inc., a Delaware corporation, which, upon consummation of the Merger, became the direct parent of TPCGI. Holdings and Parent are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Merger** – the December 20, 2012 merger of Sawgrass Merger Sub Inc., a Delaware corporation, which merged with and into TPCGI, with TPCGI surviving the Merger as a direct wholly-owned subsidiary of Holdings and an indirect wholly-owned subsidiary of Parent;

- **New Term Loan** – the Delayed Draw Term Loan Facility entered into on February 3, 2020, which provided for a delayed draw term loan of up to $70 million for a term of one year, and which the outstanding balance of $70 million was repaid with the net proceeds from issuance of the 10.875% Notes;

- **Old Term Loan** – the Senior Secured Delayed Draw Term Loan Facility, scheduled to mature in December 2020, for which the outstanding balance of $50 million was repaid with the net proceeds from issuance of the 10.5% Notes and which was terminated in conjunction with the refinancing of our debt on August 2, 2019;

- **Parent** - Sawgrass Holdings LP, a Delaware limited partnership, which, upon consummation of the Merger became the direct parent of Holdings and indirect parent of TPCGI. Parent and Holdings are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Sponsors** - First Reserve Management, L.P. and SK Capital Partners;

- **TPCGI** - TPC Group Inc., a Delaware corporation, not including any of its subsidiaries;

- **TPCGLLC** - TPC Group LLC, a Texas limited liability company and the principal subsidiary of TPCGI;

- **TPCPF** - TPC Phoenix Fuels LLC, a Texas limited liability company and wholly owned subsidiary of TPCGLLC;

- **8.75% Notes** – the $805 million principal amount of Senior Secured Notes due in December 2020, which were redeemed with the net proceeds from issuance of the 10.5% Notes in conjunction with the refinancing of our debt on August 2, 2019;

- **10.5% Notes** – the $930 million principal amount of Senior Secured Notes due August 1, 2024 issued in conjunction with the refinancing of our debt on August 2, 2019. For a detailed description of the 10.5% Notes see Note G to our condensed consolidated financial statements on pages 33-38 of this Quarterly Report for the quarter ended September 30, 2021;

- **10.875% Notes** – the $153 million principal amount of Senior Secured Notes due August 1, 2024, which were issued on February 2, 2021 and for which a portion of the proceeds were used to repay and terminate the New Term Loan. For a detailed description of the 10.875% Notes see Note G to our condensed consolidated financial statements on pages 33-38 of this Quarterly Report for the quarter ended September 30, 2021.

CONFIDENTIAL

**Explanatory Note**

This Quarterly Report is highly confidential and has been prepared pursuant to the terms of the Indenture (the "10.5% Indenture") dated as of August 2, 2019, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.5% Notes, as amended by the Supplemental Indenture dated as of February 2, 2021, and the Indenture (the "10.875% Indenture" and collectively with the 10.5% Indenture, the "Indentures") dated as of February 2, 2021, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and the U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.875% Notes. Unlike companies with securities that are registered under the Securities Exchange Act of 1934 (the "Exchange Act") or traded on a national securities exchange, the Company is not required to file reports with the Securities and Exchange Commission and, except as provided under the Indentures, the Company is not required to deliver any reports to holders of its securities. As a result, this Quarterly Report does not include all the information that would be required to be included in a Quarterly Report on Form 10-Q that is filed pursuant to the Exchange Act, including, among other things, a description of the material risks faced by the Company. Moreover, this Quarterly Report does not include all the information that may be material to holders of the Company's securities, including the 10.5% Notes and the 10.875% Notes, and should not be relied upon by any person in making an investment decision with respect to the Company's securities. Except as strictly required pursuant to the terms of the Indentures, the Company undertakes no obligation to update or revise any information contained in this Quarterly Report. The Company's Annual Report for the year ended December 31, 2020, which is attached hereto as Exhibit I, is included for informational purposes only and has not been updated or revised.

This Quarterly Report shall not constitute an offer to sell, or the solicitation of an offer to buy, any securities of the Company, including the 10.5% Notes and the 10.875% Notes. Distribution of this Quarterly Report to any person other than holders of the 10.5% Notes and the 10.875% Notes is unauthorized and any disclosure of any of its contents without the Company's prior written consent is prohibited. By accepting delivery of this Quarterly Report, you agree to the foregoing and not to make any photocopies, in whole or in part, of this Quarterly Report or any documents or materials relating to the Company that are provided in connection with this Quarterly Report.

CONFIDENTIAL

# CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Quarterly Report contains forward-looking statements that do not directly or exclusively relate to historical facts. You can typically identify forward-looking statements by the use of forward-looking words, such as "will," "may," "might," "should," "can," "could," "project," "believe," "anticipate," "expect," "estimate," "continue," "potential," "plan," "forecast" and other words of similar import. Forward-looking statements include information concerning possible or assumed future results of our operations, including the following:

- business strategies;
- operating and growth initiatives and opportunities, including proposed capital projects;
- existing and expected competition and competitive position;
- market outlook and trends in our industry;
- expected financial condition;
- future cash flows, including insurance proceeds;
- liquidity needs, financing sources and availability;
- expected results of operations;
- future capital and other expenditures;
- availability and price of raw materials and inventories;
- the business cyclicality of the petrochemicals industry;
- effects of seasonality;
- plans and objectives of management or the sponsors;
- future compliance with orders and agreements with regulatory agencies;
- environmental matters;
- the impact of the COVID-19 pandemic on the global economy;
- expected outcomes of insurance settlements, legal, environmental or regulatory proceedings and their expected effects on our results of operations;
- expectations, strategies and plans for individual assets and products (including the ability to maintain plant utilization rates), business segments and the company as a whole;
- anticipated restructuring, divestiture and consolidation activities;
- cost reduction and control efforts and targets;
- compliance and other costs and potential disruption or interruption of production or operation due to accident, fires, explosions, interruptions in sources of raw materials, cyber security incidents, terrorism, political unrest, natural disasters or other unforeseen events; and
- any other statements regarding future growth, future cash needs, future operations, business plans and future financial results.

These forward-looking statements represent our intentions, plans, expectations, assumptions and beliefs about future events and are subject to risks, uncertainties and other factors, including risks and uncertainties such as volatility in the petrochemicals industry, limitations on the Company's access to capital, the timing and amount of insurance proceeds received, the effects of competition, leverage and debt service, general economic conditions, third-party claims, governmental litigation and investigations, and extensive environmental, health and safety laws and regulations. Many of those factors are outside of our control and could cause actual results to differ materially from the results expressed or implied by the forward-looking statements.

In light of these risks, uncertainties and assumptions, the events described in the forward-looking statements might not occur or might occur to a different extent or at a different time than we have described. Except as may be required by applicable law or agreement, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

CONFIDENTIAL

**EBITDA AND ADJUSTED EBITDA**

EBITDA and Adjusted EBITDA are not measures computed in accordance with GAAP.  A non-GAAP financial measure is a numerical measure of historical or future financial performance, financial position or cash flows that excludes amounts, or is subject to adjustments that have the effect of excluding amounts, that are included in the most directly comparable measure calculated and presented in accordance with GAAP in the balance sheets, statements of operations, or statements of cash flows (or equivalent statements); or includes amounts, or is subject to adjustments that have the effect of including amounts, that are excluded from the most directly comparable measure so calculated and presented.

We are including a presentation of EBITDA and Adjusted EBITDA in this Quarterly Report because their presentation is required under the Indentures governing the 10.5% Notes and the 10.875% Notes.   In addition, the Indentures contain debt incurrence ratios that are calculated by reference to Adjusted EBITDA.   Non-compliance with the debt incurrence ratios contained in the Indentures would prohibit us from being able to incur additional indebtedness other than pursuant to specified exceptions.

We calculate EBITDA as earnings before interest, taxes, depreciation and amortization and we calculate Adjusted EBITDA as EBITDA, adjusted to remove or add back certain items, including the impact of butadiene price changes.   These items are identified below in the reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss), the GAAP measure most directly comparable to EBITDA and Adjusted EBITDA.   Our calculation of EBITDA and Adjusted EBITDA may be different from the calculations used by other companies; therefore, they may not be comparable to other companies.

The following table provides a reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss) for the periods specified (in thousands).

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | **2021** | **2020** | **2021** | **2020** |
| **Net income (loss)** | $ (32,298) | $ (23,395) | $ (152,254) | $ (112,298) |
| Income tax expense (benefit) | (10,612) | (6,498) | (39,762) | (29,445) |
| Interest expense, net | 30,888 | 29,383 | 89,458 | 83,637 |
| Depreciation and amortization (1) | 18,653 | 18,953 | 57,072 | 52,576 |
| **EBITDA** | 6,631 | 18,443 | (45,486) | (5,530) |
| Impact of butadiene price changes (2) | (8,406) | (1,823) | (11,600) | 8,751 |
| Port Neches Incident (3) | 109 | (1,160) | 35,175 | 24,859 |
| Non-recurring items (4) | 7,181 | 6,431 | 77,831 | 6,431 |
| **Adjusted EBITDA** | $ 5,515 | $ 21,891 | $ 55,920 | $ 34,511 |

(1)  Includes depreciation, amortization of deferred turnaround and catalyst costs and amortization of patents for all periods presented.

(2)  Adjustment to remove the estimated temporary impact on our operating results of month-to-month changes in the contract price of butadiene. For further discussion see "Management's Discussion and Analysis of Financial Condition and Results of Operations".

(3)  Adjustment to remove the losses and costs incurred, net of actual and probable insurance recoveries, for the three and nine months ended September 30, 2021 and 2020, respectively, as a direct result of the Port Neches incident (discussed on pages 8-12).

(4)  Adjustments to remove the impact of certain non-recurring items.   Such non-recurring items for the three and nine months ended September 30, 2021 include $6.4 million and $76.3 million, respectively, of costs and volume adjustments related to February's freeze event and incremental expenses directly related to our response to the COVID-19 pandemic of $0.2 million and $0.6 million, respectively.   Non-recurring items for the three and nine-month periods ended September 30, 2020 include incremental expenses recognized in the third quarter of 2020 directly related to the impact of Hurricane Laura and Tropical Storm Beta of $0.4 million, the estimated impact of lost sales due to Hurricane Laura and Tropical Storm Beta of $4.4 million, and the incremental expenses directly related to our response to the COVID-19 pandemic of $1.6 million.

CONFIDENTIAL

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the unaudited condensed consolidated financial statements and accompanying notes included in this Quarterly Report for the quarter ended September 30, 2021, as well as the audited consolidated financial statements and related notes included in our Annual Report for the year ended December 31, 2020 (attached as Exhibit I).

**Overview**

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 8-12).

We also provide critical infrastructure and logistics services along the Gulf Coast. Our Houston processing facility, as well as our terminals, provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. For a more detailed discussion, see page 9 of our Annual Report for the year ended December 31, 2020 (attached as Exhibit I).

**Material Industry and Business Trends**

For a detailed historical perspective of material industry trends, see "Management's Discussion and Analysis of Financial Condition and Results of Operations", discussed on pages 9-11 of our Annual Report for the year ended December 31, 2020 (attached as Exhibit I).

**Current Market and Business Conditions**

For the most part, the effects of COVID-19 on our operating results have dissipated. Demand in most business segments, with exception of our fuels business, is now back to pre-COVID levels. Commodity pricing, which had provided good returns during the second quarter and early into the third quarter, has now reversed course. Crude oil and natural gas prices are now well above pre-COVID levels and have led to significant price increases in two of our key feedstocks – isobutane and methanol - resulting in a significant impact on our fuels business. Supply-demand fundamentals have been strong in our butadiene, butene-1 and PIB businesses along with DIB. This was beneficial to product prices, particularly butadiene, in the third quarter of 2021.

Despite the current mitigation of challenges related to COVID, we have continued to experience several setbacks in the third quarter as we are dealing with the after-effects of the first quarter freeze and several other operational issues. Specifically, we have experienced repeated outages with our boilers in our utilities area. Boiler 9, our oldest boiler, experienced a three-week outage in late June followed by another outage in late July, this time for four weeks. In late September, boiler 9 once again experienced significant tube failures and we had to bring the unit back down for repairs. Shortly thereafter, boilers 10 and 11 experienced leaks and we had to shut down both of those units as well. Fortunately, our waste heat boilers in our dehydro unit have continued to run allowing us to maintain production in our PIB and DIB units. However, with boilers 9, 10 and 11 down for repairs until late October or early November, we lost butadiene, butene-1 and all of our fuels production for over 30 days. These production reductions limited our sales volumes for the third quarter in all of these segments.

In our fuels segment, up until the middle of September, demand was weak in our raffinate business, which we sell to refiners for alkylate production. With lesser jet and diesel fuel demand, refiners have adjusted their operations, producing more of their own butylenes for alkylation and, thus, impacting our sales. We built significant inventory during the second and early third quarters and the expected lower net realizable value has resulted in the lower-of-cost-or-market adjustment ("LCM adjustment") in our financial

CONFIDENTIAL

statements.  We did find new outlets for raffinate sales during the third quarter.  This along with increased demand from one of our largest customers due to Hurricane Ida issues limiting their normal butylene supply, helped control inventory build.  Due to our operating issues combined with this stronger demand, we saw inventories fall by almost half from the peak level we experienced early in Q3.

Demand has been strong in all product areas and limited product availability has further tightened the supply/demand fundamentals, mainly in butadiene, butene-1, and, to a lesser extent, raffinate.    MTBE margins during the early part of the third quarter remained at five-year high levels.   Working with our MTBE offtake customer, we were successful in locking in gasoline to isobutane spreads near these five-year highs on half of our volumes for the May-September months.   While demand continues to be solid, strong isobutane and methanol pricing began impacting our margins for MTBE reducing them to five-year lows towards the end of the quarter. Butadiene pricing, due to very strong demand and supply limitations, is at levels not seen since the first quarter of 2017. Following the February freeze event, rubber and tire inventories were at extremely low levels and continue to be constrained.   Since the short-term price drop in February, butadiene pricing has risen from a contract level of $0.415/lb. to $0.97/lb. in September.   Rolling power outages in China, which affected the operating rates at many of the butadiene derivative consuming plants, have led to excess material in Asia and have driven Asia pricing down dramatically at the end of the third quarter, which created downward pressure on U.S. pricing. Butadiene prices dropped to $0.90/lb. at the beginning of the fourth quarter and the November price declined further to $0.80/lb.

Demand for butene-1 has been solid throughout the COVID-19 outbreak and continues to be strong so far in 2021.   Upcoming catalyst and operational changes will increase TPC's production capabilities by year end 10-15%.

In response to the loss of our Port Neches crude C4 processing capacity, in January 2021 we signed a long-term contract with BASF-TOTAL Petrochemical ("BTP") for crude C4 processing and began sending crude C4's to BTP through enhancements made to our Port Neches terminal during the second phase of our terminal project.   We are now receiving butadiene back from BTP.   In June, due to the installation of new pump capacity, we increased volumes from BTP to over 3,250 barrels per day.   In early July, we demonstrated another increase in throughput volume capacity to almost 5,000 barrels per day.   We have been able to maintain these demonstrated rates which has helped to limit the sales control levels to our customer base.   Work continues at our Port Neches terminal where we are adding additional tankage and pumping capabilities to better sustain these higher production rates.

Demand for PIB was at record levels in January 2021.   Like other product areas, our PIB business was impacted by the freeze.  Coming out of the freeze, all customers were at extremely low levels of inventory in their supply chain.   Demand for most product areas, particularly fuel and lubricant additives, is very strong.   In the industrial segment, which includes caulks, sealants and adhesives, demand has also strengthened.   Third quarter PIB sales volumes were at a level that, even with the production/sales impacts of the freeze, we are now expecting that we will exceed our 2021 operating plan by close to 20 percent.   Thanks to solid production, our PIB inventories continue to rebound and will allow us to take on this increase in demand across all market segments.   Strong demand and higher feedstock prices have allowed us to realize a number of price increases in our PIB industrial segment which is about 20% of our PIB business.

### Dock Incident – 2018

On June 13, 2018, an ocean-going bulk carrier navigating in the Port of Houston Ship Channel veered off course and struck a barge stationed at our primary Houston facility dock.   The incident caused substantial damage to both the barge and the dock facilities.   There were no significant injuries and there was no environmental impact from the incident.

The damaged dock was returned to full barge and ship service in August 2018 after temporary repairs of approximately $5 million which, excluding a $0.25 million deductible, were reimbursed from insurance proceeds in September 2018.   The insurance proceeds were accounted for as an offset to the actual dock repair costs.   The total amount of the insurance deductible and uninsured logistics and legal expenses recognized in our reported 2018 earnings was $1.5 million and the margin on estimated lost sales volume was approximately $6.0 million.   The revenue and cost of sales related to the lost sales volume for the C4 Processing segment were estimated to be $4 million and $2 million, respectively, and for the Performance Products segment were estimated to be $13 million and $9 million, respectively.

We are close to finalizing the agreements with the Houston Port Authority and our insurance carriers around the rebuild of the dock and we expect to commence the project, fully covered by insurance, early in the new year.

### Port Neches Incident – 2019

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information.   The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019.

CONFIDENTIAL

OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." Mandatory settlement conferences took place August 5-6, and 19-20, 2021. The citations were not resolved, and OSHA filed its complaint on September 9, 2021. It is anticipated that trial will take place in Q4 2022.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,700 property claims have been resolved and approximately 1,400 additional eligible claims are pending action by the claimant in the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, fifty-nine private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 1,695 individual plaintiffs. Approximately 350 individual plaintiffs have cases pending in Jefferson County, Texas which have not yet been non-suited or abated. Additionally, claims have been made for more than 750 other properties, and more than 350 properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. A hearing on class certification is not expected before the second half of 2022 at the earliest.

Four different sets of insurance policies in effect at the time of the incident provide coverage for costs and losses incurred as a result of the Port Neches Incident.

On an event to date basis, TPC has incurred $435.9 million of costs associated with the PNO Event and anticipates recovering $257.0 million of these costs through insurance proceeds to be paid directly to the Company. $1.7 million was paid on our behalf to a third party that suffered a loss at the site as a result of the incident. We have no basis for a change in estimate for the third quarter, but the estimate is subject to change as claims are evaluated. As of September 30, 2021, we have collected $415.6 million dollars of insurance proceeds and have paid out $323.5 million. Any proceeds collected in excess of book costs will be reflected as a deferred gain until the claim is fully settled.

CONFIDENTIAL

The following table summarizes the PNO Event spend and reimbursements, event to date, as of September 30, 2021 (in millions):

| Insurance Policies | Costs | Recovery | Net Costs | Proceeds Collected | Invoices Paid |
|---|---|---|---|---|---|
| Property/Business Interuption (BI) | $ 131.8 | $ 94.3 | $ 37.5 | $ 258.0 | $ 81.4 |
| Liability | 166.2 | 100.0 | 66.2 | 100.0 | 132.0 |
| Defense | 57.7 | 35.6 | 22.1 | 30.1 | 55.1 |
| Pollution | 51.5 | 25.0 | 26.5 | 25.0 | 49.0 |
| Inventory | 3.8 | 3.8 | - | 2.5 | - |
| Not Recoverable | 24.9 | - | 24.9 | - | 6.0 |
| Total | $ 435.9 | $ 258.7 | $ 177.2 | $ 415.6 | $ 323.5 |

*Property/Business Interruption Policies*

Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of September 30, 2021, we have paid $81.4 million of costs and collected $258.0 million under these policies, of which $12.1 million has been specifically designated as business interruption coverage and $245.9 million has been designated as unallocated payments on account. $1.7 million was paid to a third party on our behalf as a result of a loss they incurred as a result of the incident. Of the unallocated proceeds of $245.9 million, $153.2 million are recorded as a deferred gain primarily due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2019 and 2020 were $52.4 million and $58.8 million, respectively. As of the end of the first half of 2021, reimbursable costs were reduced by $14.1 million due to the change in accounting estimate for probable insurance proceed recovery. This change was based on proposed adjustments from insurance carriers for which we have supported positions that counter their assessment. For the quarter ending September 30, 2021 we reduced our estimate another $4.4 million for labor costs that we do not anticipate collecting. We currently estimate that $92.6 million will be recoverable under this policy for property losses.

On October 19, 2021 we executed a $43.0 million unallocated Partial Proof of Loss. As of the date of the issuance of this report we have received $37.6 million of this amount.

For the periods presented, property insurance incremental costs consisted of the following components (in millions):

| Property Insurance Incremental Costs | 2019 | 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Total |
|---|---|---|---|---|---|---|
| Costs | $ 64.7 | 58.0 | 2.5 | 5.1 | 1.5 | $ 131.8 |
| Recovery | $ 52.4 | 58.8 | 2.5 | (16.6) | (2.8) | $ 94.3 |
| Proceeds Collected | $ - | 160.0 | 40.0 | 30.0 | 28.0 | $ 258.0 |
|     To offset expense | $ - | 111.2 | 2.5 | (16.6) | (4.4) | $ 92.7 |
|     To deferred gain | $ - | 36.7 | 37.5 | 46.6 | 32.4 | $ 153.2 |
|     Business Interruption (BI) | $ - | 12.1 | - | - | - | $ 12.1 |
| Invoices paid | $ 10.6 | 59.7 | 4.1 | 6.1 | 0.9 | $ 81.4 |

*Liability/Defense Policies*

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of September 30, 2021, we have accrued third-party claim amounts of $166.2 million, have paid $132.0 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $57.7 million and we have collected $30.1 million of this amount. We anticipate collecting a total of $35.6 million for these expenses. Costs recorded under these policies in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million. As of the end of September 2021, an additional $1.3

CONFIDENTIAL

million for liability has been incurred and an additional $7.9 million in defense costs.   To date we have paid $55.1 million of these defense cost invoices.

For the periods presented, liability insurance incremental costs consisted of the following components (in millions):

| Liability Insurance Incremental Costs | | 2019 | 2020 | Q1 2021 | Q2 2021 | Q3 2021 | | Total |
|---|---|---|---|---|---|---|---|---|
| Costs | $ | 161.8 | 3.1 | 3.3 | (0.1) | (1.9) | $ | 166.2 |
| Recovery | $ | 100.0 | - | - | - | - | $ | 100.0 |
| Proceeds Collected | $ | 10.0 | 90.0 | - | - | - | $ | 100.0 |
| Invoices paid | $ | 18.0 | 102.7 | 5.2 | 3.6 | 2.5 | $ | 132.0 |

For the periods presented, defense insurance incremental costs consisted of the following components (in millions):

| Defense Insurance Incremental Costs | | 2019 | 2020 | Q1 2021 | Q2 2021 | Q3 2021 | | Total |
|---|---|---|---|---|---|---|---|---|
| Costs | $ | 14.2 | 35.6 | 1.7 | 3.8 | 2.4 | $ | 57.7 |
| Recovery | $ | 15.5 | 19.7 | 0.4 | (4.4) | 4.4 | $ | 35.6 |
| Proceeds Collected | $ | - | 15.3 | - | - | 14.8 | $ | 30.1 |
| Invoices paid | $ | 2.0 | 48.8 | 1.5 | 1.2 | 1.6 | $ | 55.1 |

*Environmental/Pollution Policies*

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible.   As of September 30, 2021, we have incurred $51.5 million of costs, paid $49.0 million of those costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million, $28.0 million and $0.4 million of these costs in 2019, 2020 and 2021 respectively.

For the periods presented, pollution insurance incremental costs consisted of the following components (in millions):

| Pollution Insurance Incremental Costs | | 2019 | 2020 | Q1 2021 | Q2 2021 | Q3 2021 | | Total |
|---|---|---|---|---|---|---|---|---|
| Costs | $ | 23.1 | 28.0 | 0.3 | 0.4 | (0.3) | $ | 51.5 |
| Recovery | $ | 23.1 | 1.9 | - | - | - | $ | 25.0 |
| Proceeds Collected | $ | - | 25.0 | - | - | - | $ | 25.0 |
| Invoices paid | $ | - | 46.1 | 0.1 | 0.4 | 2.4 | $ | 49.0 |

*Inventory Policy*

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible.   The book value of the process materials destroyed during the event is $3.8 million. We expect to recover the fair market value at the time of the event on these materials which is estimated to be $4.5 million.

For the periods presented, inventory insurance incremental costs consisted of the following components (in millions):

| Inventory Insurance Incremental Costs | | 2019 | 2020 | Q1 2021 | Q2 2021 | Q3 2021 | | Total |
|---|---|---|---|---|---|---|---|---|
| Costs | $ | 4.4 | (1.0) | 0.4 | - | - | $ | 3.8 |
| Recovery | $ | 4.4 | (1.0) | 0.4 | - | - | $ | 3.8 |
| Proceeds Collected | $ | - | - | - | 2.5 | - | $ | 2.5 |
| Invoices paid (N/A) | $ | - | - | - | - | - | $ | - |

*Not Recoverable*

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

### Coronavirus – 2021

On March 11, 2020, the World Health Organization declared the ongoing COVID-19 outbreak a pandemic and recommended containment and mitigation measures worldwide. For employees who are considered essential and are working in plants, we adhere to, at a minimum, government recommended protocols and best practices related to social distancing, hygiene and the use of additional personal protective equipment. TPC's Crisis Management Team ("CMT") has helped to safely mitigate exposure risk by quickly identifying and isolating any confirmed cases amongst our employees. These measures have not only enabled us to continue to operate our facilities safely but have also helped TPC maintain a largely consistent supply chain. Additionally, the CMT has worked closely with senior leadership to tailor a comprehensive Return to Workplace plan for each site. At the time of this filing, a significant portion of TPC's workforce (non-essential workers) are still working remotely from their homes. We continue to review the level of new cases and are hopeful that early next year we will have employees return to site work on a more regular basis. Our employees' health and well-being remain a key priority.

For the most part, the effects of COVID-19 on our operating results have dissipated with government restrictions across the world easing and the availability of vaccines to help prevent COVID-19 infections. We continue to monitor and assess the potential impact of COVID-19 and the possibility of future variants on our staff and operations and have implemented appropriate mitigation plans and will take additional precautions as we believe are warranted. We also work with our suppliers to understand any potential impacts to our supply chain, and at this time, we have not identified any material risks to our supply chain.

### Technical Center Fire - 2021

Early on the morning of January 9, 2021, the TPC Houston operations team responded to a fire alarm in the Technical Center. The Technical Center, located on the southwest side of the facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded to the incident with assistance from the Houston Fire Department. The Company coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts as a result of the event; however, one emergency responder sustained an ankle injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. Fortunately, over 75% of the equipment is salvageable, but, in the absence of a functioning laboratory the Company had to secure short term outsourcing solutions for all of the quality control testing needs. Since late February, however, we have replaced the majority of the outsourced testing with in-house testing in a combination of TPC and rental facilities, thereby substantially reducing the incremental costs. In view of our recent operational challenges and their impact on liquidity, we have decided to defer rebuilding the technical center for the time being and cover all of our analytical and R&D needs through leased facilities.

### February Weather Event – 2021

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather. Due to abnormally low temperatures for an extended period of time, facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs. The total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, has been upwards of $76 million.

CONFIDENTIAL

*Insurance Renewal*

We seek to maintain comprehensive insurance coverage at commercially reasonable rates. Although we carry property and casualty insurance to cover certain risks, our insurance policies do not cover all types of losses and liabilities, and our insurance may not be sufficient to cover the full extent of losses or liabilities for which we may be liable. Despite persistently tight insurance market conditions, we have renewed all our expiring insurance coverages on substantially the same terms at premium increases in line with market conditions. We have financed the premiums through an affiliate of our broker, requiring us to pay 25% of the premium upfront with the remainder payable in monthly installments through March 2022. Although we have been able to replace our insurance in 2021, we may not be able to do so in the future.

## Results of Operations

### *Contractual linkages of raw material costs and selling prices of finished products to commodity indices*

Most of our raw material feedstock costs and finished product selling prices are determined by application of contractual formulas linked to commodity market indices and, in most cases, the indices used to determine raw material feedstock costs are the same indices used to determine finished product selling prices.

As of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model and which is more commensurate with the valuable and consistent service we provide to the industry.

Although linkage of most of our raw material costs and selling prices to the same indices and our restructured crude C4 supply contracts provide some degree of consistency in our average material margin per pound (which we define as the difference between average revenue per pound and average raw material cost per pound) during periods in which the underlying commodity indices are relatively stable, there are various factors that can have a significant impact on our average material margin per pound, including those listed below. Moreover, even a relatively minor increase or decrease in average material margin per pound can have a significant impact on our overall profitability given the magnitude of our sales volumes.

- We may purchase raw material feedstocks in a given month based on market indices for that month, and then sell the related finished products in a later month based on market indices for the later month. Changes in selling prices of finished products, based on changes in the underlying market indices between the month the raw material feedstocks are purchased and the month the related finished products are sold causes variation in our average material margin per pound. For example, we may purchase the components of a crude C4 stream based on formulas that reflect the respective January commodity indices but then sell the finished products at pricing formulas based on the respective February commodity indices. If the indices for January and February are the same, we would expect to realize substantially the same unit margins regardless of the absolute value of the indices. However, for any components of the stream for which the respective index increases between January and February, we would expect to realize a temporary margin expansion until pricing stabilizes; and conversely, if the index decreases, we would expect to realize a temporary margin contraction. The magnitude of the effect on the average material margin per pound and the material margin percentage in a given month depends on the magnitude of the change in the underlying indices compared to the prior month and the quantity of inventory at the end of the prior month as a result of its impact on the moving average cost of finished products sold in the subsequent month.

- Although most of our supply and sales contracts contain index-based formulas, varying proportions of our raw material purchases and finished product sales are done on a spot basis or otherwise negotiated terms. In addition, while many of the index-based formulas in our contracts are simply based on a percentage of the relevant index, others apply adjustment factors to the market indices that do not fluctuate with changes in the underlying index. As supply and sales contracts are renegotiated, the amounts of such adjustment factors can change, thus the average material margin per pound would be impacted.

- Under some of our raw material purchase contracts, the cost of the raw materials is based on a percentage of the relevant market index, and under some of our sales contracts, the selling price of the related finished product is based on a higher percentage of the same market index. As a result, the average material margin per pound tends to be higher during periods in which the market indices are higher and tends to be lower during periods when the market indices are lower.

- Finished product selling price formulas under some of our sales contracts, primarily in the Performance Products segment, are based on commodity indices not for the period in which the sale occurs but for either a prior or subsequent period. The effect on average material margin per pound of the selling price formulas can be significant during times of rapidly increasing or decreasing market indices.

CONFIDENTIAL

*Butadiene Price Impact*

As discussed above, a substantial portion of our finished product selling prices and raw material costs are linked to the same commodity indices and this linkage mitigates, to varying degrees, our exposure to volatility in our profit margins.   As also documented above, as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, which are more commensurate with the valuable and consistent service we provide to the industry.   However, the stabilizing effect of these factors on our profit margins is lessened when we do not purchase the feedstock and sell the finished product in the same period.   Regarding butadiene, which has historically been the largest individual product line in our C4 Processing segment, the linkage between our raw material cost and finished product selling price is the published contract price for butadiene.   As a result of purchasing crude C4 in one month and selling finished butadiene in the subsequent month, the GPC per pound we report in the subsequent month will expand when the price of butadiene increases and will contract when the price of butadiene declines due to the impact of beginning inventory (quantity and unit cost) on the moving average cost of finished butadiene sold in the subsequent month.

As shown in the presentation of EBITDA and Adjusted EBITDA on page 6 of this Quarterly Report, we adjust EBITDA to remove the estimated temporary impact on our reported GPC of the month-to-month changes in the contract price of butadiene.   The rationale for the adjustment is that the temporary impacts of butadiene price changes distort the underlying business performance.

The table below shows, for each period presented, the impact on our reported GPC of purchasing crude C4 in one period and selling finished butadiene in a later period at higher or lower butadiene contract prices.   The impact on reported GPC for each period is the sum of the monthly impacts, which are dependent on the magnitude of the contract price change each month and the quantity of butadiene inventory at the beginning of each month.

Impact on reported GPC as of the dates presented, was as follows (in millions):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| Positive (negative) impact on GPC | $    8 | $    2 | $    12 | $    (9) |

*Average material margin per pound*

The table below provides the average material margin per pound (defined above) for each period presented.

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| Average revenue per pound | $    0.60 | $    0.27 | $    0.51 | $    0.29 |
| Average raw material cost per pound | $    0.41 | $    0.12 | $    0.32 | $    0.15 |
| Average material margin per pound | $    0.19 | $    0.15 | $    0.19 | $    0.14 |

As discussed above, our material margin per pound and reported GPC reflect the temporary impact of month-to-month changes in the contract price of butadiene.   Provided in the table above and reflected in the discussion of cost of sales for the three and nine months ended September 30, 2021 compared to the comparable prior year periods starting on pages 17 and 19 are the impacts of butadiene price changes on GPC for the respective periods.   Excluding the temporary impact of butadiene price changes on all periods presented, the average material margin per pound would be $0.18 and $0.15 for the three months ended September 30, 2021 and 2020, respectively, and $0.19 and $0.14 for the nine months ended September 30, 2021 and 2020, respectively.

CONFIDENTIAL

The following table summarizes the primary indices which impact our revenues and raw material costs by segment.

| Segment / Finished Product | Revenues | Raw Material Costs |
|---|---|---|
| **C4 Processing Segment** | | |
| Butadiene | Butadiene | Butadiene |
| Butene – 1 | Unleaded regular gasoline | Unleaded regular gasoline |
| Raffinates | Unleaded regular gasoline | Unleaded regular gasoline |
| | | |
| **Performance Products Segment** | | |
| Polyisobutylene | Isobutane | Butane |
| Di isobutylene | Isobutane | Butane |
| MTBE | MTBE | Isobutane, methanol |

The following table summarizes the average commodity index prices for each period presented.

| | Three Months Ended September 30, | | | Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|
| | **2021** | **2020** | **% Chg.** | **2021** | **2020** | **% Chg.** |
| **Average commodity prices:** | | | | | | |
| Butadiene (cents/lb) (1) | 86.3 | 22.5 | 284% | 62.1 | 28.2 | 120% |
| Unleaded regular gasoline (cents/gal) (2) | 220.8 | 119.6 | 85% | 200.4 | 112.7 | 78% |
| Normal butane (cents/gal) (3) | 134.4 | 57.8 | 133% | 108.7 | 52.7 | 106% |
| Isobutane (cents/gal) (3) | 133.8 | 59.8 | 124% | 108.3 | 55.4 | 95% |
| MTBE (cents/gal) (2) | 218.8 | 119.9 | 82% | 207.2 | 126.9 | 63% |
| Methanol (cents/gal) (4) | 167.4 | 83.9 | 100% | 158.5 | 97.7 | 62% |

(1)  Industry pricing was obtained through IHS.

(2)  Industry pricing was obtained through Platts.

(3)  Industry pricing was obtained through Oil Price Information Service.

(4)  Industry pricing was obtained through J. Jordan.

CONFIDENTIAL

The following table provides unaudited sales volumes, revenue, cost of sales, GPC and operating expenses by operating segment for the three and nine-month periods ended September 30, 2021 and 2020.  Please refer to this information, as well as our unaudited condensed consolidated financial statements and accompanying notes included elsewhere in this Quarterly Report for the quarter ended September 30, 2021, when reading our discussion and analysis of results of operations below.   All information provided in the table below, except sales volumes, is derived from our unaudited Condensed Consolidated Statements of Operations.

Segment data, as of the dates presented, was as follows (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| **Sales volumes (pounds) (1):** | | | | |
| C4 Processing | 408,461 | 392,785 | 1,005,294 | 1,110,592 |
| Performance Products | 268,661 | 308,333 | 760,353 | 784,353 |
| | 677,122 | 701,118 | 1,765,647 | 1,894,945 |
| **Revenue:** | | | | |
| C4 Processing | $ 264,900 | $ 93,518 | $ 538,669 | $ 290,462 |
| Performance Products | 140,888 | 93,530 | 362,947 | 251,555 |
| | $ 405,788 | $ 187,048 | $ 901,616 | $ 542,017 |
| **Cost of sales (2):** | | | | |
| C4 Processing | $ 220,656 | $ 60,755 | $ 424,919 | $ 219,785 |
| Performance Products | 101,995 | 56,599 | 246,017 | 160,234 |
| | $ 322,651 | $ 117,354 | $ 670,936 | $ 380,019 |
| **GPC:** | | | | |
| C4 Processing | $ 44,244 | $ 32,763 | $ 113,750 | $ 70,677 |
| Performance Products | 38,893 | 36,931 | 116,930 | 91,321 |
| | $ 83,137 | $ 69,694 | $ 230,680 | $ 161,998 |
| **Operating expenses (2):** | | | | |
| C4 Processing | $ 36,898 | $ 26,644 | $ 103,243 | $ 81,284 |
| Performance Products | 22,392 | 17,883 | 64,144 | 50,161 |
| | $ 59,290 | $ 44,527 | $ 167,387 | $ 131,445 |

(1)  Sales volumes represent product sales volumes only and do not include volumes of products delivered under tolling or similar arrangements, in which we do not purchase the raw materials, but process raw materials for another party for a specified fee.

(2)  Cost of sales does not include operating expenses, and cost of sales and operating expenses do not include depreciation and amortization expenses.

CONFIDENTIAL

*Three months ended September 30, 2021 versus three months ended September 30, 2020*

*Revenue*

Total revenue for the third quarter of 2021 was $405.8 million compared to $187.0 million for the third quarter of 2020. The increase of $218.8 million, or 117%, reflected a 125% increase in average revenue per pound and a decrease of 3% in overall sales volume. The increase in overall average revenue per pound reflected higher selling prices for both operating segments and the slightly lower overall sales volume reflected lower sales volumes for the performance products operating segment. Variances in average selling prices for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 13-14 and the table of commodity indices to which a substantial portion of our selling prices are linked on page 15).

C4 Processing segment revenue of $264.9 million for the third quarter of 2021 was up $171.4 million, or 183%, compared to third quarter of 2020 revenue of $93.5 million. The higher revenue for the current year quarter reflected an increase in average revenue per pound of 172%, which had a positive impact of $169.7 million, combined with a 4% increase in sales volume, which had a $1.7 million positive impact. Sales volumes increased only slightly and were mainly related to butadiene sales, which we purchased to resell. With the operational issues related to the steam system, we had an offsetting decrease in butene-1 and raffinate volumes. The higher average selling price for the segment reflected increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 284% and 85%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 15).

Performance Products segment revenue for the third quarter of 2021 was $140.9 million versus $93.5 million for the comparable prior year quarter. The $47.4 million, or 51%, increase in revenue reflected the combined impact of a 73% increase in average revenue per pound, which had a positive impact of $44.5 million, and a 13% decrease in sales volume, which had a positive impact of $2.9 million as the positive impact of increased higher priced PIB volumes more than offset the negative impact of decreased lower priced MTBE volumes. The higher average revenue per pound reflected an increase in the price of MTBE of 82% and a substantial increase in the price of butane of 133% to which a substantial portion of our Performance Products segment selling prices are linked (see table on page 15).

*Cost of Sales*

Total cost of sales for the third quarter of 2021 was $322.7 million compared to $117.4 million for the third quarter of 2020. The overall increase was driven primarily by a substantial increase in the average cost of raw materials. Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 13-14 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 15).

C4 Processing segment cost of sales in the third quarter of 2021 was $220.7 million versus $60.8 million for the comparable prior year quarter. The variance from the prior year quarter reflected a 389% increase in the average cost of the crude C4 raw material purchased. Since we are purchasing most of our crude C4 raw materials based on the weighted average selling price of the components, the higher average cost of raw materials reflected increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 284% and 85%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 15). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in the third quarter of 2021 reflected a positive butadiene pricing impact of $8 million and our profit margins in the third quarter of 2020 reflected a positive butadiene pricing impact of $2 million, which resulted in a favorable year-over-year impact on profit margins of $6 million.

Performance Products segment cost of sales was $102.0 million in the third quarter of 2021 versus $56.6 million for the comparable prior year quarter. The $45.4 million increase reflected the combined impact of a 120% increase in the average cost of the raw material component of the finished products sold and the lower sales volume discussed above. The higher average cost of raw materials reflected increases in the average price of butane, isobutane and methanol of 133%, 124% and 100%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 15).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in overall average revenue per pound and average raw material cost per pound for the third quarter of 2021 compared to the third quarter of 2020.

CONFIDENTIAL

*Operating Expenses*

Operating expenses incurred in the third quarter of 2021 were $59.3 million compared to $44.5 million for the prior year quarter. The $14.8 million increase was largely driven by repair costs associated with the unplanned boiler outages and the boiler feedwater system. Other contributors were the thermal oxidizer rental costs at the PNO terminal, increased 401(k) matching contributions, higher incentive compensation accruals and higher insurance costs.

*General and Administrative Expenses*

General and administrative expenses in the third quarter of 2021 were $9.2 million compared to $6.7 million in the third quarter of 2020. The $2.5 million increase was all driven by higher incentive compensation accruals, as the program, which was eliminated in 2020 due to the economic downturn amid COVID-19 concerns, was reinstated in 2021.

*Depreciation and Amortization*

Depreciation and amortization expense in the third quarter of 2021 was $18.7 million compared to $19.0 million for the comparable prior year quarter. The $0.3 million decrease was comprised of $1.4 million lower turnaround, catalyst and patent amortization. The latter included $0.7 million lower patent amortization in 2021 as the patent (related to the butadiene extraction process used at our Port Neches facility) was fully amortized at the end of 2020. This was partly offset by a $1.1 million increase in depreciation due to the net impact of capital additions less retirements during comparable periods.

*Loss (gain) on Port Neches Incident, net*

The $0.1 million additional loss related to the Port Neches incident recognized in the third quarter of 2021 consisted of additional defense costs being mostly offset by a lowered estimate for claims liability accruals and small reductions in the response costs. Although the defense cost insurance recovery estimate was increased by approximately $4.0 million, it was offset by the reduction in the anticipated property insurance recovery as certain internal labor costs are now deemed unrecoverable.

*Business Interruption Insurance Recoveries*

For the three months ended September 30, 2020, the Company had secured $1.1 million in business interruption insurance proceeds to reimburse lost profits for the first quarter of the year. As of the date of this report, no additional proceeds have been categorized as reimbursement of lost profits.

*Interest Expense*

Interest expense for the third quarter of 2021 was $30.9 million compared to $29.4 million for the third quarter of 2020. The $1.5 million increase included an increase of $4.2 million in interest on the 10.875% Notes issued in February 2021 and $0.7 million higher interest related to the ABL facility. This was partly offset by $1.7 million lower interest on the New Term Loan which was paid off with the proceeds from the 10.875% Notes and $1.7 million lower deferred financing cost amortization related to the New Term Loan.

*Other, Net*

The current and prior year quarters included various miscellaneous income and expense items, none of which were individually significant.

*Income Tax Benefit*

The income tax provisions for the third quarters of 2021 and 2020 represent the differences between the income tax provisions for the nine-month periods ended September 30, 2021 and 2020 and the income tax provisions for the six-month periods ended June 30, 2021 and 2020, respectively. The effective tax rates applied to the pretax loss for the nine months ended September 30, 2021 and 2020 were the projected effective rates for the respective full years ending December 31, which reflected the federal statutory rate of 21% appropriately adjusted for the state tax provision and permanent book/tax differences. The projected full-year 2021 effective income tax rate applied to the pretax loss for the nine months ended September 30, 2021 was 20.7% and the projected full-year 2020 effective income tax rate applied to the pretax loss for the nine months ended September 30, 2020 was 20.8%. The effective tax rate for the third quarter of 2021 was 24.7% which represents the increase in the projected full year rate from 18.3% applied to the pretax income for the six months ended June 30 to 20.7% applied to the pretax income for the nine months ended September 30.

CONFIDENTIAL

*Nine months ended September 30, 2021 versus nine months ended September 30, 2020*

*Revenue*

Total revenue for the nine months ended September 30, 2021 was $901.6 million compared to $542.0 million for the nine months ended September 30, 2020.  The increase of $359.6 million, or 66%, reflected a 79% increase in average revenue per pound offset by a 7% decrease in overall sales volume.  The decrease in overall sales volume reflects lower sales volume in both operating segments.  Likewise, the overall increase in average revenue per pound was true for both operating segments.  Variances in average selling prices for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 13-14 and the table of commodity indices to which a substantial portion of our selling prices are linked on page 15).

C4 Processing segment revenue of $538.7 million for the nine months ended September 30, 2021 was up $248.2 million, or 85%, compared to revenue for the nine months ended September 30, 2020 of $290.5 million.  The higher revenue for the current nine-month period reflected a 105% increase in average revenue per pound, which had a positive impact of $271 million and a 9% decrease in sales volume, which had a negative impact of $23 million.  The decrease in the sales volume for the first nine months of 2021 reflects the Houston plant being offline for half of the first quarter due to the February freeze event, the operational issues with our BD finishing tower in the second quarter, and issues with our steam system impacting production and sales volume of butadiene, butene-1 and raffinate.  The overall 105% increase in average revenue per pound for the segment reflected a 120% increase in the average benchmark price for butadiene and a 78% increase in the average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 15).

Performance Products segment revenue for the nine months ended September 30, 2021 was $362.9 million compared to $251.6 million for the comparable prior year period.  The increase of $111.3 million, or 44%, reflected a 49% increase in overall revenue per pound, which had a positive impact of $98 million, and a 3% decrease in sales volume, which had a positive impact of $13 million as the positive effect of increased higher priced PIB sales volumes more than offset the negative effect of decreased lower price MTBE.  The increase in average revenue per pound reflected substantial increases in the prices of butane and MTBE of 106% and 63%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 15).  Although the sales volumes were impacted by the February freeze event in first quarter of 2021, the effect on PIB sales was somewhat offset by our inventory position as of the end of January and PIB demand continued to be strong during the second and third quarters.  Although current year MTBE volumes were affected by the Texas freeze event and the third quarter boiler outages, the impact when compared to 2020, was offset by the absence of a Dehydro Turnaround this year.

*Cost of Sales*

Total cost of sales for the nine months ended September 30, 2021 was $670.9 million compared to $380.0 million for the nine months ended September 30, 2020.  The significantly higher cost of sales in the current year period reflected the substantial increase in the average cost of raw materials included in the average cost of the finished products sold by both operating segments, partially offset by the overall decrease in sales volume discussed above.  Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 13-14 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 15).

C4 Processing segment cost of sales for the nine months ended September 30, 2021 was $424.9 million versus $219.8 million for the comparable prior year period.  The increase reflected the impact of the 9% decrease in sales volume discussed above and a 158% increase in the average cost of the raw material component of the finished products sold.  The higher average cost of raw materials reflected increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 120% and 78%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 15).  As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility.  As a result of such month-to-month movements in the contract price of butadiene, our profit margins in the first nine months of 2021 reflected a positive butadiene pricing impact of $12 million and our profit margins in the first nine months of 2020 reflected a negative butadiene pricing impact of $9 million, which resulted in a favorable year-over-year impact on profit margins of $21 million.

Performance Products segment cost of sales was $246.0 million for the nine months ended September 30, 2021 compared to $160.2 million for the nine months ended September 30, 2020.  The $85.8 million increase reflected a 3% decrease in the sales volume discussed above and a 65% increase in the average cost of the raw material component of the finished products sold.  The higher average cost of raw materials reflected increases in the average price of butane, isobutane and methanol of 106%, 95% and 62%, respectively

CONFIDENTIAL

(see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 15).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in overall average revenue per pound and average raw material cost per pound for the nine months ended September 30, 2021 compared to the nine months ended September 30, 2020.

*Operating Expenses*

Operating expenses incurred for the nine months ended September 30, 2021 were $167.4 million versus $131.4 million for the first nine months of 2020.   The $36.0 million increase is largely driven by higher insurance expense, which increased largely as a result of the PNO Incident, repair costs associated with the unplanned boiler outages and boiler feedwater system repair costs, thermal oxidizer rental costs, higher incentive compensation expense due to the temporary suspension of the bonus program in 2020, and higher 401K company matching contributions.

*General and Administrative Expenses*

General and administrative expenses for the nine months ended September 30, 2021 were $25.6 million versus $20.8 million for the nine months ended September 30, 2020.   The $4.8 million increase was driven by a $5.9 million increase in incentive compensation expense which due to the suspension of the bonus program in 2020, partially offset by lower legal, accounting and administrative costs.

*Depreciation and Amortization*

Depreciation and amortization expense for the nine months ended September 30, 2021 was $57.1 million compared to $52.6 million for the comparable period of 2020.   The $4.5 million increase included the following: (i) higher depreciation of $3.7 million, which in general varies due to the net impact of capital additions less retirements and write-offs; (ii) higher turnaround and catalyst amortization of $3.0 million where Dehydro related costs drove a significant portion of the increase and (iii) an offset of $2.2 million related to lower patent amortization, the patent related to the butadiene extraction process used at our Port Neches facility was fully amortized at the end of 2020.

*Loss (gain) on Port Neches Incident, net*

The $35.2 million loss related to the Port Neches incident recognized in the first nine months of 2021 consisted of incremental response, clean-up and liability defense costs for which insurance coverage was not considered probable, costs in excess of insurance coverage limits, and a change in accounting estimate for collectability of insurance proceeds previously reported as collectible.   This change does not indicate that these costs will not be recovered but only that at this point in the claim they cannot be deemed probable to collect and book as such.   TPC will continue to vigorously pursue collection of these expenses.   The net amount reflected total incremental costs of $17.4 million, plus the reduction in the estimate for probable collection of insurance proceeds of $17.8 million.

*Business Interruption Insurance Recoveries*

As of September 30, 2020, the Company had secured $12.1 million in business interruption insurance proceeds to reimburse lost profits for the first quarter of the year.   Since the second quarter, no additional insurance proceeds were categorized as reimbursement of lost profits.

*Interest Expense*

Interest expense for the nine months ended September 30, 2021 was $89.4 million compared to $83.6 million for the nine months ended September 30, 2020.   The $5.8 million increase reflects an increase of $11.0 million in interest on the 10.875% Notes issued in February 2021 and higher other net interest costs of $2.5 million which includes $1.3 million higher ABL related interest expense.   This was partly offset by $2.9 million lower interest on the New Term Loan which was paid off with the proceeds of the 10.875% Notes and $4.8 million lower deferred financing amortization related to the New Term Loan.

*Other, Net*

Both the current and prior year nine-month periods ending September 30th included various miscellaneous income and expense items, none of which were individually significant.

CONFIDENTIAL

*Income Tax Expense / Benefit*

The effective tax rates applied to the pretax loss for the nine months ended September 30, 2021 and 2020 were the projected effective rates for the respective full years ending December 31, which reflected the federal statutory rate of 21% appropriately adjusted for the state tax provision and permanent book/tax differences. The projected full-year 2021 effective income tax rate applied to the pretax loss of $192.0 million for the nine months ended September 30, 2021 was 20.7% and the projected 2020 full-year effective income tax rate applied to the pretax loss of $141.7 million for the nine months ended September 30, 2020 was 20.8%.

**Liquidity and Capital Resources**

Our financing arrangements at September 30, 2021 consisted primarily of the 10.875% Notes, the 10.5% Notes and our ABL Credit Facility. In addition, we financed our 2021 insurance renewal premiums through Aon Premium Finance LLC, an affiliate of our Broker, Aon PLC.

At September 30, 2021, we had total long-term debt of $1,120.6 million (including deferred financing costs of $14.5 million), which consisted of the 10.875% Notes of $153.0 million and the 10.5% Notes of $930.0 million. Cash on hand was $7.7 million (excluding $4.4 million of restricted cash) and we had no short-term money market investments (with maturities of less than three months) or short-term investments (with original maturities between 90 days and one year).

As of September 30, 2021, we had $54.5 million in borrowings outstanding on the ABL and the combined ABL Revolver and ABL FILO borrowing bases were sufficient to support $67.6 million of additional borrowings. As of September 30, 2021, we were in compliance with all covenants set forth in the Indentures governing the 10.875% Notes and the 10.5% Notes.

The additional borrowing capacity of $67.6 million under the ABL plus the cash on hand of $7.7 million (excluding restricted cash) provided total liquidity of $75.3 million at September 30, 2021.

*ABL Facility*

The ABL Facility is available on a revolving basis to finance our working capital needs and for general corporate purposes. The ABL Facility was composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" revolving tranche (the ABL FILO) when amended and restated on August 2, 2019. Commitments under the ABL FILO reduce, and commitments under the ABL Revolver equally and simultaneously increase, by $2.5 million on each of the first three anniversaries of the August 2, 2019 amendment and restatement.

The credit agreement governing the ABL Facility contains covenants that impose restrictions on, among other things, additional indebtedness, liens, investments, advances, guarantees and mergers and acquisitions. These covenants also place restrictions on asset sales, sale and leaseback transactions, dividends, payments between us and our subsidiaries and certain transactions with affiliates.

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes were issued on August 2, 2019 in conjunction with the refinancing of our debt. The net proceeds from the issuance of the 10.5% Notes were $918.3 million after underwriters and other fees and expenses of $11.7 million. The net proceeds from the issuance of the 10.5% Notes were used to redeem and pay accrued interest due on the 8.75% Notes of $816.2 million, to repay the outstanding loan balance and pay accrued interest due on the Old Term Loan of $50.3 million and to repay the outstanding loan balance and pay accrued interest due on the ABL of $35.9 million.

The 10.5% Notes are due August 1, 2024 and interest is paid semi-annually in arrears on February 1 and August 1.

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 2, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes (the "10.5% Indenture"). On February 2, 2021, TPCGI and the

guarantors entered into a Supplemental Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes (the "10.5% Supplemental Indenture"). The 10.5% Supplemental Indenture modified the 10.5% Indenture to match certain restrictions contained in the 10.875% Indenture (as defined below) on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies. We may also be required to make an offer to repurchase the 10.5% Notes at a price equal to 102% of the principal amount of 10.5% Notes so repurchased, plus accrued and unpaid interest, if any, upon receipt of certain insurance proceeds, and subject further to other conditions and limitations.

The 10.5% Notes are effectively subordinated to the 10.875% Notes and are subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.5% Notes rank senior in right of payment to all of TPCGI's and the subsidiary guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the subsidiary guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5 % Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness to the extent of the value of the 10.5% Notes collateral.

The 10.5% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

*10.875% Notes*

The net proceeds from the offering of the 10.875% Notes were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. The 10.875% Notes are due August 1, 2024 and interest is paid quarterly in arrears on February 1, May 1, August 1 and November 1.

On February 2, 2021, TPCGI and the guarantors entered into the Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.875% Indenture").

The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all subsidiary guarantors.

The 10.875% Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.875% Notes are effectively subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.875% Notes to the extent of the value of such assets and properties.

The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

*Insurance Premium Financing*

As of September 30, 2021, we have $25.8 million of the insurance premiums we financed through Aon Premium Finance LLC recorded as short-term debt. The first down payment and the first installment were paid in July 2021 and the remainder is payable in monthly installments following the applicable renewal date through March of 2022.

*Sources and Uses of Cash*

Our principal sources of liquidity are our existing cash and cash equivalents, short-term investments, cash generated from operations and borrowings under our ABL. In addition to these sources, another source of liquidity over the near-term will be insurance proceeds received under our various insurance policies, including our property damage and business interruption policies. Business interruption coverage became effective on January 12, 2020 after the forty-five-day deductible period and from that date on will replace the earnings the Port Neches plant would have contributed except as a result of the explosion incident on November 27, 2019 that shut down the plant. The timing of receipt of additional insurance proceeds under our policies is uncertain at this time. We may also, from time to time, generate cash from opportunistic sales of non-core assets. Our principal uses of cash are to provide working capital, meet debt service requirements, fund capital expenditures and finance our strategic plans, including possible acquisitions. We may also seek to finance our capital expenditures under capital leases or other debt arrangements that provide liquidity or favorable borrowing terms. Our business may not generate sufficient cash flows from operations and future borrowings under our ABL Facility may not be available

CONFIDENTIAL

to us in an amount sufficient to enable us to pay our indebtedness or to fund our other liquidity needs. Our ability to generate sufficient cash depends on, among other factors, prevailing economic conditions, many of which are beyond our control. In addition, upon the occurrence of certain events, such as a change in control, we could be required to repay or refinance our indebtedness. Any future acquisitions, joint ventures or other similar transactions may require additional capital and there can be no assurance that any such capital will be available to us on acceptable terms or at all. The Company's liquidity position has been challenged by recent developments described above under "Current Market and Business Conditions". Our management has taken actions to enhance liquidity to manage this challenge. However, there can be no assurances that these actions will sufficiently improve our liquidity given the uncertainty of the timing of further insurance proceeds, it is likely that additional steps may be required.

Our liquidity requirements are significant primarily due to the annual debt service requirements on the 10.5% Notes, which are estimated to be $97.7 million, annual debt service requirements on the 10.875% Notes, which are approximately $16.6 million, our baseline capital expenditures.

As market conditions warrant and subject to the Company's contractual restrictions and liquidity position, we, our affiliates and/or our equity holders, including the Sponsors and their affiliates, may from time to time repurchase the Company's outstanding debt securities in privately negotiated or open market transactions, by tender offer or otherwise. Should we decide to engage in such transactions in the future, any such purchases may be funded by incurring new debt, including borrowings under our ABL. Any new debt may also be secured debt. We may also use available cash on our balance sheet or new equity capital. The amounts involved in any such transactions, individually or in the aggregate, may be material. Further, any such purchases may result in us acquiring and retiring a substantial amount of the 10.875% Notes or the 10.5% Notes, with the attendant reduction in the trading liquidity of any such Notes.

*Cash Flow Summary*

The following table summarizes changes in cash and cash equivalents for the periods indicated (in thousands):

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2021 | 2020 |
| Cash flows provided by (used in): | | |
| Operating activities | $ (77,002) | $ (112,447) |
| Investing activities | (70,572) | (45,448) |
| Financing activities | 141,219 | 123,503 |
| Change in cash and cash equivalents | $ (6,355) | $ (34,392) |

*Operating Activities*

For the nine months ended September 30, 2021, net use of cash for operating activities was $77.0 million. The net loss of $152.3 million, deferred turnaround and catalyst costs of $9.4 million, deferred income tax benefit of $39.4 million, and an increase in working capital of $60.4 million were partially offset by non-cash expenses of $184.5 million. Non-cash expenses consisted of depreciation and amortization of $57.1 million, net non-cash expenses related to the Port Neches incident of $120.7 million and amortization of debt issuance costs of $6.7 million. Working capital changes were primarily related to an increase in prepaid insurance and a decrease in accrued interest.

Trade accounts receivable were $119.9 million at September 30, 2021 compared to $73.4 million at December 31, 2020. The increase of $46.5 million reflected higher revenue of $48.6 million in September 2021 compared to December 2020 while the days of sales outstanding fell slightly to 28.5 days for September 30, 2021 versus 29 days in December 31, 2020. Trade accounts receivable were 98% current at September 30, 2021 and 99% current at December 31, 2020.

Our inventory at September 30, 2021 was $109.7 million compared to $45.4 million at December 31, 2020. The $64.2 million increase in inventory value reflected a 74% increase in overall average cost per pound, which had an impact of $46.7 million and a 39% increase in total volume, which had an impact of $17.5 million.

For the nine months ended September 30, 2020, net use of cash for operating activities was $112.4 million. The net loss of $112.3 million, deferred turnaround and catalyst costs of $26.0 million, deferred income tax benefit of $29.5 million, the accrual of business interruption proceeds of $1.1 million, and an increase in working capital of $30.1 million were partially offset by non-cash expenses of $86.6 million. Non-cash expenses consisted of depreciation and amortization of $52.6 million, net non-cash expenses related to the Port Neches incident of $28.2 million and amortization of debt issuance costs of $5.8 million. Working capital changes were primarily related to an increase in prepaid insurance and a decrease in interest accrued.

CONFIDENTIAL

*Investing activities*

During the nine months ended September 30, 2021 and 2020, we invested $70.6 million and $45.4 million, respectively, in the form of capital expenditures.

*Financing activities*

Cash of $141.2 million was generated during the first nine months of 2021 from net proceeds of $150.0 million from issuance of the 10.875% Notes, $54.5 million of net borrowings on the ABL and $46.1 million from insurance financings, partially offset by repayment of the $70.0 million New Term Loan, repayment of $33.4 million of financed insurance premiums, and debt issuance costs of $6.0 million.  Cash of $123.5 million was generated during the first nine months of 2020 from net borrowings on the New Term Loan of $69.3 million, net borrowings on the New ABL of $34.5 million, and net borrowings to finance our insurance premiums of $23.6 million, partially offset by deferred financing costs of $3.9 million.

*Off-Balance-Sheet Arrangements*

We do not currently utilize any off-balance-sheet arrangements to enhance our liquidity and capital resource positions, or for any other purpose.

CONFIDENTIAL

# CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

## Index to Condensed Consolidated Financial Statements

|                                                                                | Page |
| ------------------------------------------------------------------------------ | ---- |
| Condensed Consolidated Balance Sheets                                          | 26   |
| Condensed Consolidated Statements of Operations and Comprehensive Loss         | 27   |
| Condensed Consolidated Statements of Cash Flows                                | 28   |
| Notes to Condensed Consolidated Financial Statements                           | 29   |

CONFIDENTIAL

**TPC Group Inc.**

**CONDENSED CONSOLIDATED BALANCE SHEETS**

*(In thousands, except share and per share amounts)*

| | September 30, 2021 | December 31, 2020 |
|---|---|---|
| | (Unaudited) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 7,707 | $ 18,452 |
| Restricted cash | 4,390 | - |
| Trade accounts receivable | 119,923 | 73,447 |
| Insurance receivable - Port Neches incident | 6,781 | 23,289 |
| Inventories | 109,671 | 45,435 |
| Other current assets | 58,511 | 41,123 |
| Total current assets | 306,983 | 201,746 |
| Property, plant and equipment, net | 724,711 | 703,273 |
| Intangible assets, net | 3,880 | 3,880 |
| Other assets, net | 45,929 | 55,850 |
| Total assets | $ 1,081,503 | $ 964,749 |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | |
| Current liabilities: | | |
| Accounts payable | $ 172,890 | $ 113,092 |
| Accrued liabilities | 89,012 | 92,635 |
| Short-term debt | 25,770 | 13,098 |
| Accrued liabilities - Port Neches incident | 193,343 | 90,262 |
| Total current liabilities | 481,015 | 309,087 |
| Long-term debt, net of deferred financing costs | 1,120,571 | 985,321 |
| Deferred income taxes | (39,447) | - |
| Total liabilities | 1,562,139 | 1,294,408 |
| Commitments and contingencies | | |
| Stockholder's deficit: | | |
| Common stock, $0.01 par value, 2,000 shares authorized, 1,030 issued and outstanding | - | - |
| Additional paid-in capital | 478,314 | 478,314 |
| Accumulated deficit | (957,566) | (805,312) |
| Accumulated other comprehensive loss | (1,384) | (2,661) |
| Total stockholder's deficit | (480,636) | (329,659) |
| Total liabilities and stockholder's deficit | $ 1,081,503 | $ 964,749 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

**TPC Group Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**

*(In thousands)*
**(Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| Revenue | $ 405,788 | $ 187,048 | $ 901,616 | $ 542,017 |
| Cost of sales (excludes items listed below) | 322,651 | 117,354 | 670,936 | 380,019 |
| Operating expenses | 59,290 | 44,527 | 167,387 | 131,445 |
| General and administrative expenses | 9,224 | 6,701 | 25,577 | 20,804 |
| Depreciation and amortization | 18,653 | 18,953 | 57,072 | 52,576 |
| Loss on Port Neches incident, net of insurance recovery | 109 | (1,160) | 35,175 | 24,859 |
| Business interruption insurance recoveries | - | (1,100) | - | (12,100) |
| COVID-19 expenses | 233 | 1,607 | 617 | 1,607 |
| Freeze event expenses | 6,351 | - | 39,709 | - |
| Technical Center fire event expenses | 588 | - | 6,809 | - |
| Income (loss) from operations | (11,311) | 166 | (101,666) | (57,193) |
| Other (income) expense: | | | | |
|   Interest expense | 30,888 | 29,383 | 89,458 | 83,637 |
|   Other, net | 711 | 676 | 892 | 913 |
| Income (loss) before income taxes | (42,910) | (29,893) | (192,016) | (141,743) |
| Income tax expense (benefit) | (10,612) | (6,498) | (39,762) | (29,445) |
| Net income (loss) | $ (32,298) | $ (23,395) | $ (152,254) | $ (112,298) |
| Comprehensive income (loss) | $ (32,298) | $ (23,395) | $ (152,254) | $ (112,298) |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

**TPC Group Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

*(In thousands)*
**(Unaudited)**

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | **2021** | **2020** |
| Cash used in operating activities | $ (77,002) | $ (112,447) |
| Cash flows from investing activities: | | |
| Capital expenditures | (70,572) | (45,448) |
| Cash used in investing activities | (70,572) | (45,448) |
| Cash flows from financing activities: | | |
| Proceeds from issuance of 10.875% Notes | 150,000 | - |
| Net proceeds from Term Loan | - | 69,300 |
| Pay off of Term Loan | (70,000) | - |
| Net proceeds (payments) from ABL Facility borrowings | 54,500 | 34,500 |
| Proceeds from insurance debt | 46,115 | 42,607 |
| Payments on insurance debt | (33,442) | (19,034) |
| Equity returns, net | - | (6) |
| Debt issuance costs | (5,954) | (3,864) |
| Cash provided by financing activities | 141,219 | 123,503 |
| Decrease in cash and cash equivalents | (6,355) | (34,392) |
| Restricted cash, beginning of period | - | - |
| Cash and cash equivalents, beginning of period | 18,452 | 85,159 |
| Restricted cash, end of period | 4,390 | - |
| Cash and cash equivalents, end of period | $ 7,707 | $ 50,767 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

## NOTE A – BASIS OF PRESENTATION

**1.** *Definition of Terms*

Certain terms used throughout these unaudited condensed consolidated financial statements and accompanying notes are defined on page 3 of this Quarterly Report, which should be referred to when reading these interim unaudited condensed consolidated financial statements and accompanying notes.

**2.** *Organization*

The accompanying consolidated financial statements include the accounts of TPCGI and its direct wholly owned and indirect subsidiaries. TPCGI's direct wholly owned subsidiaries include TPCGLLC and Texas Petrochemicals Netherlands B.V., and its indirect subsidiaries, which are all wholly owned subsidiaries of TPCGLLC, include Texas Butylene Chemical Corporation, Texas Olefins Domestic International Sales Corporation, TPC Phoenix Fuels LLC, Port Neches Fuels LLC, TP Capital Corp., TPC Pipeline Holding Company LLC and TPC Pipeline Company LLC.

**3.** *Principles of Consolidation*

The Company's unaudited condensed consolidated financial statements include the accounts of TPCGI and its direct and indirect subsidiaries, after the elimination of all significant intercompany accounts and transactions. The unaudited condensed consolidated financial statements presented have been prepared by us in accordance with GAAP.

**4.** *Interim Financial Statements*

The unaudited condensed consolidated financial statements have been prepared in accordance with GAAP. Our December 31, 2020 Condensed Consolidated Balance Sheet data was derived from audited financial statements.

The unaudited condensed consolidated financial statements contained in this Quarterly Report include all material adjustments of a normal and recurring nature that, in the opinion of management, are necessary for a fair statement of the results for the interim periods. The results of operations for the interim periods presented in this Quarterly Report are not necessarily indicative of the results to be expected for a full year or any other interim period.

The interim condensed consolidated financial statements should be read together with the audited consolidated financial statements and related notes thereto included in TPC Group Inc.'s Annual Report for the year ended December 31, 2020, which is attached to this Quarterly Report as Exhibit I.

## NOTE B – DESCRIPTION OF BUSINESS

See Note B to our Annual Report for the year ended December 31, 2020, which is attached to this Quarterly Report as Exhibit I.

**CONFIDENTIAL**

**NOTE C – RISKS AND UNCERTAINTIES RELATED TO THE COVID-19 PANDEMIC**

In March 2020, the World Health Organization declared the outbreak of COVID-19 to be a pandemic. The global coronavirus (COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. The COVID-19 outbreak has impacted the addressable market for the Company's products, and the Company's business continues to be exposed to risks and uncertainties related to the pandemic. The Company has taken several actions to deal with the pandemic. These include enabling its employees to work from home and suspending all non-essential travel. The ultimate impact and the extent to which the COVID-19 pandemic will continue to affect the business, results of operation and financial condition is difficult to predict and depends on numerous evolving factors outside of the Company's control including: the duration and scope of the pandemic; government, social, business and other actions that have been and will be taken in response to the pandemic; and the effect of the pandemic on short and long-term general economic conditions. This uncertainty also affects management's accounting estimates and assumptions, which could result in greater variability in a variety of areas that depend on these estimates and assumptions.

**NOTE D – RECENT ACCOUNTING DEVELOPMENTS**

*Accounting Guidance Issued but Not Yet Adopted as of September 30, 2021*

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic. This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment. The Company anticipates recognition of additional assets and corresponding liabilities related to leases upon adoption, effective January 1, 2022.

*Defined Benefit Plans* – ASU 2018-14, *Compensation—Retirement Benefits*, amends disclosure requirements for employers that sponsor defined benefit pension or other postretirement plans. For public business entities, the amendments are effective for fiscal years ending after December 15, 2020. For all other entities the amendments are effective for fiscal years ending after December 15, 2021. Early adoption is permitted. The Company anticipates some changes to the disclosures required to comply with this standard.

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021. Adoption methods vary based on the specific items impacted. Management, in discussion with our tax consultants, have concluded that changes required by the new standard will not impact the Company's financial statements and related tax disclosures.

**NOTE E – DETAIL AND DISCUSSION OF CERTAIN CONDENSED CONSOLIDATED BALANCE SHEET CAPTIONS**

*Cash*

Our cash balances as of September 30, 2021 are comprised of cash and cash equivalents and restricted cash. Cash and cash equivalents included amounts on deposit with banks, cash invested temporarily in investments with original maturities of three months or less, and cash on hand. Restricted cash included amounts on deposit with a bank, held in escrow as defined by contractual agreements for the purpose of funding our committed portion of contractual agreements for capital projects to be completed in less than one year. We maintain cash balances that are insured by the Federal Deposit Insurance Corporation ("FDIC"). As of September 30, 2021, we had $7.7 million in cash and cash equivalents and $4.4 million in restricted cash, totaling $12.1 million in total cash on deposit with banks, which were subject to a $0.25 million per account FDIC insurance coverage limit. We believe the likelihood of any loss of cash and cash equivalents is remote and that we are not exposed to any significant credit risk on cash and cash equivalents.

CONFIDENTIAL

*Inventories*

Inventories, as of the dates presented, were as follows (in thousands):

|  | September 30, 2021 | December 31, 2020 |
|---|---|---|
| Finished goods | $ 56,489 | $ 24,665 |
| Raw materials and chemical supplies | 53,182 | 20,770 |
|  | $ 109,671 | $ 45,435 |

The increase in inventory value of $64.2 million reflected a 39% increase in volume, which had an impact of $17.5 million along with a 74% increase in overall average cost per pound, which had an impact of $46.7 million.

*Other Current Assets*

Other current assets, as of the dates presented, were as follows (in thousands):

|  | September 30, 2021 | December 31, 2020 |
|---|---|---|
| Prepaid insurance premiums | $ 33,658 | $ 21,002 |
| Spare parts inventory | 16,453 | 15,741 |
| Prepaid expense and other | 8,400 | 4,380 |
|  | $ 58,511 | $ 41,123 |

*Property, Plant and Equipment*

Property, plant and equipment, as of the dates presented, were as follows (in thousands):

|  | September 30, 2021 | December 31, 2020 |
|---|---|---|
| Land and land improvements | $ 52,839 | $ 52,839 |
| Plant and equipment | 1,139,444 | 1,108,577 |
| Construction in progress | 117,197 | 93,903 |
| Other | 56,219 | 52,464 |
|  | 1,365,699 | 1,307,783 |
| Accumulated depreciation | (640,988) | (604,510) |
|  | $ 724,711 | $ 703,273 |

**CONFIDENTIAL**

*Intangible Assets*

There were no changes in the carrying amount of our intangible assets, for the nine months ended September 30, 2021.   The gross carrying amounts and accumulated amortization of intangible assets, as of the dates presented, were as follows (in thousands):

| | Gross Carrying Value | Accumulated Amortization | Net Carrying Value |
|---|---|---|---|
| September 30, 2021 | | | |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
| | $ 26,980 | $ (23,100) | $ 3,880 |

*Other Assets*

Other assets, as of the dates presented, were as follows (in thousands):

| | September 30, 2021 | December 31, 2020 |
|---|---|---|
| Deferred turnaround costs | $ 30,767 | $ 40,308 |
| Catalyst and solvent costs | 12,181 | 13,693 |
| Other deferred charges | 2,981 | 1,849 |
| | $ 45,929 | $ 55,850 |

The decrease in the deferred turnaround costs reflects the amortization of turnaround costs in the first three quarters of 2021.

*Accrued Liabilities*

Accrued liabilities, as of the dates presented, were as follows (in thousands):

| | September 30, 2021 | December 31, 2020 |
|---|---|---|
| Accrued interest | $ 19,425 | $ 41,231 |
| Accrued payroll and benefits | 29,550 | 17,537 |
| Accrued property and sales tax | 16,895 | 13,991 |
| Freeze related energy accrual | 8,378 | - |
| Net pension liability | 6,473 | 8,493 |
| Accrued freight | 6,423 | 5,875 |
| Other | 1,868 | 5,508 |
| | $ 89,012 | $ 92,635 |

*Accrued Liabilities – Port Neches Incident*

Accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | September 30, 2021 | December 31, 2020 |
|---|---|---|
| Total of losses and costs recognized | $ 434,227 | $ 416,817 |
| Deferred gain on insurance | 153,229 | 36,694 |
| Invoices / settlements paid | (323,581) | (293,874) |
| Unpaid invoices included in payables | (13,632) | (12,507) |
| Asset write-offs | (56,900) | (56,868) |
|  | $ 193,343 | $ 90,262 |
|  |  |  |
| Accrued response / clean-up costs | $ 159,124 | $ 46,258 |
| Estimated claims liability | 34,219 | 44,004 |
|  | $ 193,343 | $ 90,262 |

## NOTE F– SHORT-TERM DEBT

Our short-term financing arrangements at September 30, 2021 and December 31, 2020 consisted of insurance premium financing. The $25.8 million balance at September 30, 2021 represents insurance premiums financed, where the first payment was made in July 2021 and the final payment is due in March 2022. The $13.1 million balance at December 31, 2020 was paid in full in April 2021 and represented four remaining installments of the ten months of insurance premiums financed in 2020.

## NOTE G – LONG-TERM DEBT

Outstanding long-term debt as of the dates presented, was as follows (in thousands):

|  | September 30, 2021 | December 31, 2020 |
|---|---|---|
| 10.5% Notes | $ 930,000 | $ 930,000 |
| 10.875% Notes | 153,000 | - |
| New Term Loan | - | 70,000 |
| ABL | 54,500 | - |
| Unamortized discount on New Term Loan | - | (286) |
| Unamortized discount on Notes | (2,429) | - |
| Total long-term debt | 1,135,071 | 999,714 |
| Less: deferred financing costs | (14,500) | (14,393) |
| Long-term debt net of deferred financing costs | $ 1,120,571 | $ 985,321 |

Our financing arrangements at September 30, 2021 were comprised of the 10.875% Notes, the 10.5% Notes and our ABL Credit Facility. As of September 30, 2021, we were in compliance with all covenants set forth in the Indentures governing the 10.875% Notes and the 10.5% Notes.

*ABL*

TPCGI is the lead borrower under the ABL and certain domestic subsidiaries of TPCGI are co-borrowers (or may be designated co-borrowers) on a joint and several basis.

CONFIDENTIAL

The ABL is composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" tranche (the ABL FILO). Commitments under the ABL FILO will be reduced, and commitments under the ABL Revolver equally and simultaneously increased, by $2.5 million on each of the first three anniversaries of the August 2019 amendment and restatement.

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

As of September 30, 2021, we had $54.5 million in borrowings outstanding on the ABL and the combined ABL Revolver and ABL FILO borrowing bases provided us with the ability to borrow up to $67.6 million.

The ABL Revolver commitments may be increased by an aggregate principal amount of not more than $150 million, subject only to the consent of the new or existing lenders providing such increases. The lenders under this facility are under no obligation to provide any such additional commitments, and any increase in commitments will be subject to customary conditions precedent. Notwithstanding any such increase in the facility size, TPCGI's ability to borrow under the facility will remain limited at all times by the borrowing base (to the extent the borrowing base is less than the commitments).

Loans under the ABL Revolver bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 1.75% (and may subsequently decrease to 1.50% or increase to 2.00% depending on average excess availability) and with respect to base rate borrowings will initially be 0.75% (and may subsequently decrease to 0.50% or increase to 1.00% depending on average excess availability).

Loans under the ABL FILO bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 3.00% (and may subsequently decrease to 2.75% or increase to 3.25% depending on average excess availability) and with respect to base rate borrowings will initially be 2.00% (and may subsequently decrease to 1.75% or increase to 2.25% depending on average excess availability).

The ABL provides for all applicable margins to be reduced by 0.25% during any fiscal quarter for which the Total Leverage Ratio, as defined in the ABL credit agreement, as of the last day of the immediately preceding fiscal quarter, is less than 5.0 to 1.0.

In addition to paying interest on outstanding principal under the ABL, TPCGI is required to pay a commitment fee at an initial rate of 0.500% per annum in respect of the unutilized commitments thereunder. The commitment fee rate subsequently may be reduced to 0.375% depending on the amount of excess availability under the ABL. TPCGI must also pay customary letter of credit fees and fronting fees for each letter of credit issued.

If, at any time, (i) an Event of Default is continuing or (ii) Excess Availability is less than the greater of (x) 12.5% of Availability and (y) $12.5 million, TPCGI shall comply with a minimum Fixed Charge Coverage Ratio for the most recent period of four consecutive fiscal quarters of at least 1.0 to 1.0. Such requirement shall continue until the date that no Event of Default exists, and Excess Availability shall have been not less than the greater of (x) 12.5% of Availability and (y) $12.5 million for a period of 21 consecutive calendar days.

If at any time the aggregate amount of loans and letters of credit outstanding under either the ABL Revolver or under the ABL FILO exceeds the lesser of (a) the applicable total commitments and (b) the applicable borrowing base, TPCGI will be required to prepay loans outstanding and/or cash collateralize outstanding letters of credit in an aggregate amount equal to the amount of any such excess, without any reduction of the commitments. Under certain circumstances, if the aggregate amount available under the ABL is less than the greater of (1) 12.5% of the lesser of (i) the total commitments under such facility and (ii) the borrowing base and (2) $12.5 million for 5 consecutive business days, or if certain defaults occur, all collateral proceeds collected through the cash management system in favor of the collateral agent will be swept to a collection account and applied daily to repay outstanding loans and cash collateralize letters of credit under the ABL.

TPCGI may voluntarily repay loans outstanding under the ABL Revolver and under the ABL FILO at any time without premium or penalty other than customary "breakage" costs with respect to LIBOR loans. All outstanding loans under the ABL Revolver must be repaid before any loans outstanding under the ABL FILO may be repaid. Any subsequent borrowings under the ABL would be made first under the ABL FILO (subject to availability) and next under the ABL Revolver (subject to availability). We may elect at any time to reduce the unutilized portion of the commitment amount under the ABL. We may elect at any time to terminate the ABL FILO commitments in full (but not in part) provided that 30 Day Excess Availability, as defined in the Credit Agreement and calculated on a pro forma basis, would not be less than the greater of (a) 17.5% of availability and (b) $25 million if the Fixed Charge Coverage Ratio is at least 1.0 to 1.0 or 30 Day Excess Availability would not be less than 22.5% of availability if the Fixed Charge Coverage Ratio is less than 1.0 to 1.0.

Pursuant to a Guarantee, dated as of August 2, 2019, among Parent, TPCGI, the other guarantors party thereto and Bank of America, N.A., as administrative agent and collateral agent, all obligations under the Senior Secured Asset-Based Revolving Credit Agreement are unconditionally guaranteed by substantially all existing and future, direct and indirect, wholly-owned material restricted domestic subsidiaries of TPCGI, subject to certain exceptions, including, any applicable legal, regulatory or contractual constraints and to the requirement that such guarantee will not cause material adverse tax consequences.

The borrowers under the ABL are jointly and severally liable for all borrowings and other obligations thereunder. Pursuant to a Pledge and Security Agreement, dated as of August 2, 2019, among Parent, TPCGI, the subsidiary grantors and Bank of America, N.A., as administrative agent and collateral agent, and any additional borrowers that may become party thereto from time to time, such obligations and the guarantees of such obligations are secured, subject to permitted liens and other exceptions, by:

- a first-priority lien on the following:

  (a)    accounts receivable, including those arising from the sale of inventory and other goods and services (including related contracts and contract rights, inventory, tax refunds, cash and cash equivalents);

  (b)    inventory;

  (c)    intercompany notes and intellectual property and other intangible assets to the extent attached to or necessary to sell any of the foregoing;

  (d)    deposit and investment accounts (and all cash, checks and other negotiable instruments, funds and other evidences of payment held therein, but not any identifiable proceeds of Notes First Priority Collateral (as defined below));

  (e)    to the extent evidencing, governing, securing or otherwise related to any of the foregoing and the other Revolver First Priority Collateral (as defined below), all documents, general intangibles (excluding intellectual property), instruments, investment property (but not stock in subsidiaries or equity interest in any limited liability company or other entity constituting Notes First Priority Collateral), commercial tort claims, letters of credit, supporting obligations and letter of credit rights;

  (f)    all loans payable by a grantor to any other grantor to the extent made using proceeds of advances under the ABL Facility;

  (g)    books and records, documents, supporting obligations, chattel paper, instruments, payment intangibles and general intangibles relating to any of the foregoing; and

  (h)    all proceeds and products of any or all of the foregoing in whatever form received, in each case above subject to certain qualifications and exclusions (collectively, the "Revolver First Priority Collateral"); and

- a second-priority lien on assets not constituting Revolver First Priority Collateral subject to certain qualifications and exclusions (the "Notes First Priority Collateral").

The ABL contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- incur additional indebtedness;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets;

- pay dividends and distributions or repurchase its capital stock;

- make investments, loans or advances;

- prepay certain indebtedness;

- engage in certain transactions with affiliates;

- designate certain subsidiaries as restricted or unrestricted by the covenants; and

- change its lines of business.

In addition, at any time when an event of default is continuing or the aggregate amount available under the ABL is less than the greater of (a) 12.5% of the lesser of (1) the total commitments and (2) the borrowing base and (b) $12.5 million (or a lesser amount if a significant asset sale has occurred), TPCGI will be required to maintain a minimum fixed charge coverage ratio of 1.0:1.0.

The ABL also contains a customary "holding company" covenant that restricts Parent's ability to take certain actions and contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the ABL, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion by Parent or a borrower of any such invalidity), change of control and loss of lien perfection or priority.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes are due August 1, 2024 and interest will be paid semi-annually in arrears on February 1 and August 1.

*Indenture Governing the 10.5% Notes*

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 2, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes, (the "10.5% Indenture"). On February 2, 2021, TPCGI and the guarantors entered into a Supplemental Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the 10.5% Notes (the "10.5% Supplemental Indenture"). The 10.5% Supplemental Indenture modified the 10.5% Indenture to match certain restrictions contained in the 10.875% Indenture (as defined below) on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies. We may also be required to make an offer to repurchase the 10.5% Notes at a price equal to 102% of the principal amount of 10.5% Notes so repurchased, plus accrued and unpaid interest, if any, upon receipt of certain insurance proceeds, and subject further to other conditions and limitations.

The 10.5% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. ("Holdings") and on a senior secured basis by all of TPCGI's existing and future direct and indirect domestic subsidiaries other than certain excluded subsidiaries (the "subsidiary guarantors" and together with Holdings, the "guarantors") that guarantee obligations under the ABL.

The 10.5% Notes are effectively subordinated to the 10.875% Notes and are subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.5% Notes rank senior in right of payment to all of TPCGI's and the subsidiary guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the subsidiary guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5% Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.5% Notes effectively senior to TPCGI's and the subsidiary guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.5% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

CONFIDENTIAL

The 10.5% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the subsidiary guarantors' assets (in each case, other than TPCGI's and the subsidiary guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the 10.5% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the subsidiary guarantors' assets that secure our ABL on a first-priority basis.

The 10.5% Notes become redeemable as of August 1, 2021 at the redemption prices specified in the 10.5% Indenture. The redemption price for the period from (and including) August 1, 2021 through July 31, 2022 is 107.875% and for the period from (and including) August 1, 2022 through July 31, 2023 is 103.938%. The 10.5% Notes become redeemable at par as of August 1, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.5% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any. TPCGI may also be required to make an offer to repurchase the 10.5% Notes at a price equal to 102% of the principal amount of 10.5% Notes so repurchased, plus accrued and unpaid interest, if any, upon receipt of certain insurance proceeds, and subject further to other conditions and limitations. In addition, at any time prior to August 1, 2021, TPCGI may redeem, subject to certain conditions, up to 35% of the 10.5% Notes at a redemption price of 110.50% with the net cash proceeds from one or more equity offerings.

In addition, upon the sale of certain assets or the receipt of insurance proceeds in connection with certain casualty events, in each case, in which TPCGI and its subsidiaries do not apply the proceeds as required, the holders of the 10.5% Notes may require TPCGI to purchase for cash all or a portion of its 10.5% Notes at a purchase price equal to 100% of the principal amount of the 10.5% Notes, plus accrued and unpaid interest, if any, to, but excluding, the repurchase date.

The 10.5% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

• incur additional debt, issue disqualified stock or issue certain preferred stock;

• pay dividends on or make certain distributions and other restricted payments;

• create certain liens or encumbrances;

• sell assets;

• enter into transactions with affiliates;

• limit ability of restricted subsidiaries to make payments to TPCGI;

• consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

• designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.5% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency. Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.5% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.5% Notes to be due and payable.

On February 2, 2021 we issued $153 million of 10.875% Senior Secured Notes and repaid the $70 million New Term Loan we had in place with Apollo Global Management to provide additional liquidity against any uncertainty around timing of future insurance recoveries, including business interruption recoveries, over the next year.

*10.875% Notes*

The net proceeds from the offering of the 10.875% Notes were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. The 10.875% Notes are due August 1, 2024 and interest will be paid quarterly in arrears on February 1, May 1, August 1 and November 1.

*Indenture Governing the 10.875% Notes*

On February 2, 2021, TPCGI and the guarantors entered into the Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.875% Indenture").

**CONFIDENTIAL**

The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all subsidiary guarantors.

The 10.875 % Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.875% Notes are effectively subordinated to the ABL Facility and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.875% Notes to the extent of the value of such assets and properties.

The 10.875% Notes are TPCGI's and the guarantees are the guarantors' senior secured obligations and rank senior in right of payment to the 10.5% Notes and all of TPCGI's and the guarantors' future debt that is expressly subordinated in right of payment to the 10.875% Notes and rank equally in right of payment with all TPCGI's and the guarantors' existing and future liabilities that are not so subordinated, including the ABL.  The 10.875% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.875% Notes effectively senior to TPCGI's and the guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.875% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.875% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the guarantors' assets (in each case, other than TPCGI's and the guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens.  Subject to certain exceptions and permitted liens, the 10.875% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the guarantors' assets that secure our ABL on a first-priority basis.

The 10.875% Notes are redeemable at the redemption prices specified in the 10.875% Indenture.  The 10.875% Notes are redeemable prior to August 2, 2022 at a price equal to 100% of the principal amount of the Notes to be redeemed, plus accrued and unpaid interest to, but excluding, the redemption date, plus the applicable "make-whole premium."   The redemption price for the period from (and including) August 2, 2022 through February 1, 2023 is 108.1563% and for the period from (and including) February 2, 2023 through August 1, 2023 is 104.0781%.  The 10.875% Notes become redeemable at par as of August 2, 2023.  Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.875% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any.

In addition, upon the sale of certain assets or the receipt of insurance proceeds in connection with certain casualty events, in each case, in which TPCGI and its subsidiaries do not apply the proceeds as required, the holders of the 10.875% Notes may require TPCGI to purchase for cash all or a portion of its 10.875% Notes at a purchase price equal to 100% of the principal amount of the 10.875% Notes, plus accrued and unpaid interest, if any, to, but excluding, the repurchase date.

The 10.875% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.875% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency.  Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.875% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.875% Notes to be due and payable.

**NOTE H – REVENUE**

We operate in two principal business segments, C4 Processing and Performance Products.  The following table disaggregates revenue for each segment by major activity and by domestic and foreign for each period presented (in thousands):

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2021 | | 2020 | | 2021 | | 2020 | |
| **Revenue by segment** | | | | | | | | |
| C4 Processing | | | | | | | | |
| Product sales | $ | 256,883 | $ | 87,275 | $ | 517,282 | $ | 272,255 |
| Process revenue | | 739 | | 464 | | 1,941 | | 1,596 |
| Terminalling revenue | | 3,025 | | 1,396 | | 8,203 | | 5,207 |
| Service fees | | 1,139 | | 732 | | 3,222 | | 1,786 |
| Shipping and handling | | 3,114 | | 3,651 | | 8,021 | | 9,619 |
| | $ | 264,900 | $ | 93,518 | $ | 538,669 | $ | 290,463 |
| | | | | | | | | |
| Performance Products | | | | | | | | |
| Product sales | | 135,916 | | 89,632 | | 349,061 | | 239,807 |
| Terminalling revenue | | - | | - | | - | | 75 |
| Shipping and handling | | 4,972 | | 3,898 | | 13,886 | | 11,672 |
| | $ | 140,888 | $ | 93,530 | $ | 362,947 | $ | 251,554 |
| | $ | 405,788 | $ | 187,048 | $ | 901,616 | $ | 542,017 |
| | | | | | | | | |
| **Revenue by geographic location** | | | | | | | | |
| United States | $ | 389,363 | $ | 179,621 | $ | 857,210 | $ | 510,979 |
| All foreign countries | | 16,425 | | 7,427 | | 44,406 | | 31,038 |
| | $ | 405,788 | $ | 187,048 | $ | 901,616 | $ | 542,017 |

**NOTE I– PORT NECHES INCIDENT**

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information.  The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019.  OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million.  The Company has appealed these citations.  We strongly disagree with the characterization of some of the alleged violations as "willful."  Mandatory settlement conferences took place August 5-6, and 19-20, 2021.  The citations were not resolved and OSHA filed its complaint on September 9, 2021.  It is anticipated that trial will take place in Q4 2022.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident.  The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019.  Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident.  The

CONFIDENTIAL

Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,700 property claims have been resolved and approximately 1,400 additional eligible claims are pending action by the claimant in the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, fifty-nine private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 1,695 individual plaintiffs. Approximately 350 individual plaintiffs, have cases pending in Jefferson County, Texas which have not yet been non-suited or abated. Additionally, claims have been made for more than 750 other properties, and more than 350 properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. A hearing on class certification is not expected before the second half of 2022 at the earliest.

Four different sets of insurance policies in effect at the time of the incident provide coverage for costs and losses incurred as a result of the Port Neches Incident.

On an event to date basis, TPC has incurred $435.9 million of costs associated with the PNO Event and anticipates recovering $257.0 million of these costs through insurance proceeds to be paid directly to the Company. $1.7 million was paid on our behalf to a third party that suffered a loss at the site as a result of the incident. We have no basis for a change in estimate for the third quarter, but the estimate is subject to change as claims are evaluated. As of September 30, 2021, we have collected $415.6 million dollars of insurance proceeds and have paid out $323.5 million. Any proceeds collected in excess of book costs will be reflected as a deferred gain until the claim is fully settled.

*Property/Business Interruption Policies*

Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of September 30, 2021, we have paid $81.4 million of costs and collected $258.0 million under these policies, of which $12.1 million has been specifically designated as business interruption coverage and $245.9 million has been designated as unallocated payments on account. $1.7 million was paid to a third party on our behalf as a result of a loss they incurred as a result of the incident. Of the unallocated proceeds of $245.9 million, $153.2 million are recorded as a deferred gain primarily due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2019 and 2020 were $52.4 million and $58.8 million, respectively. As of the end of the first half of 2021, reimbursable costs were reduced by $14.1 million due to the change in accounting estimate for probable insurance proceed recovery. This change was based on proposed adjustments from insurance carriers for which we have supported positions that counter their assessment. For the quarter ending September 30, 2021 we reduced our estimate another $4.4 million for labor costs that we do not anticipate collecting. We currently estimate that $92.6 million will be recoverable under this policy for property losses.

On October 19, 2021 we executed a $43.0 million unallocated Partial Proof of Loss. As of the date of the issuance of this report we have received $37.6 million of this amount.

*Liability/Defense Policies*

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of September 30, 2021, we have accrued third-party claim amounts of $166.2 million, have paid $132.0 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $57.7 million and we have collected $30.1 million of this amount. We anticipate collecting a total of $35.6 million for these expenses. Costs recorded under these policies in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million. As of the end of September 2021, an additional $1.3 million for liability has been incurred and an additional $7.9 million in defense costs. To date we have paid $55.1 million of these defense cost invoices.

*Environmental/Pollution Policies*

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of September 30, 2021, we have incurred $51.5 million of costs, paid $49.0 million of those costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million, $28.0 million and $0.4 million of these costs in 2019, 2020 and 2021 respectively.

*Inventory Policy*

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.8 million. We expect to recover the fair market value at the time of the event on these materials which is estimated to be $4.5 million.

*Not Recoverable*

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

**NOTE J – COVID-19 EXPENSES**

The $0.2 million and $0.6 million of COVID-19 expenses for the three and nine months ended September 30, 2021 relate to costs incurred as a result of precautionary measures taken by the Company to prevent the spread of COVID-19 at TPC sites. The costs include protective gear for employees, increased sanitation of TPC sites, and enhancements to workspaces to promote safety.

**NOTE K – FREEZE EVENT EXPENSES**

The freeze event expenses of $6.4 million and $39.7 million for the three and nine months ended September 30, 2021 relate to costs incurred as a result of extreme winter weather experienced by large parts of the southern United States, including Texas and Louisiana where the Company's operations are located. The costs include extensive emergency repairs, utility costs and overtime personnel costs.

**NOTE L – TECHNICAL CENTER FIRE EVENT EXPENSES**

In January of 2021 a fire occurred in the Technical Center at the Houston Plant. The Technical Center is used for quality control and research and development activities. The $0.6 million and $6.8 million of Technical Center fire expenses for the three and nine months ended September 30, 2021 relates to costs incurred as a result of a fire. The expenses primarily represent event response costs, outsourced quality control testing and rental expenses to house equipment and employees.

**NOTE M – INCOME TAXES**

The income tax provisions for the third quarters of 2021 and 2020 represent the differences between the income tax provisions for the nine-month periods ended September 30, 2021 and 2020 and the income tax provisions for the six-month periods ended June 30,

CONFIDENTIAL

2021 and 2020, respectively. The effective tax rates applied to pretax loss for the nine months ended September 30, 2021 and 2020 were the projected effective rates for the respective full years ending December 31, which reflected the federal statutory rate of 21% appropriately adjusted for the state tax provision and permanent book/tax differences. The projected full-year 2021 effective income tax rate applied to pretax loss for the nine months ended September 30, 2021 and 2020 was 20.7% and 20.8%, respectively.

In response to the global pandemic related to the outbreak of COVID-19, on March 27, 2020, the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") was enacted in the US to grant relief to taxpayers. The CARES Act provides numerous tax provisions and other stimulus measures, including temporary changes regarding the prior and future utilization of net operating losses, temporary changes to the prior and future limitations on interest deductions, temporary suspension of certain payment requirements for the employer portion of social security taxes, technical corrections from prior tax legislation for tax depreciation of certain qualified improvement property and the creation of certain refundable employee retention credits. The Company does not currently expect the CARES Act to have a material impact on its tax expense. The Company will continue to monitor legislative and regulatory developments related to COVID-19 and will record the associated tax impacts as discrete events in the periods that guidance is finalized, or the Company is able to estimate an impact.

**NOTE N – COMMITMENTS AND CONTINGENCIES (see Note Q of Exhibit I for additional discussion)**

*Legal Matters*

From time to time, we are party to routine litigation incidental to the normal course of our business, consisting primarily of claims for personal injury or exposure to our chemical products or feedstocks, and environmental matters. We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not be material to our financial condition, results of operations or cash flows. We record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of litigation. Many of the personal injury or product exposure lawsuits to which we are a party are covered by insurance subject to certain self-insured retention amounts.

Our contractual arrangements with our customers and suppliers are typically very complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation, and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier.

On December 10, 2020, the Company received a notice from a customer asserting a purported breach of the parties' MTBE sales agreement. The customer asserts that it had properly exercised the right of first refusal provided in the sales agreement and that the Company's subsequent agreement with another customer constitutes a breach of the sales agreement. The Company disputes and intends to aggressively defend the customer's possible claim. A mediation took place in May 2021 as required in the dispute resolution provisions of the sales agreement. No settlement was reached at that mediation, and no lawsuit has yet been filed.

As described above, we record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of the dispute resolution or litigation process. As of June 30, 2021, we have not recognized any material reserves related to unresolved disputes with customers and suppliers.

Fifty-nine private party lawsuits, including five class actions, are pending in Texas state court related to the November 2019 incident at our Port Neches plant. The petitions bring a variety of claims sounding in negligence, gross negligence, nuisance, and trespass. The plaintiffs in these cases allege in the most general way that we were negligent and/or grossly negligent by breaching duties to, among other things, (1) maintain unspecified plant equipment, (2) develop, implement, and maintain proper procedures for storage of chemicals at the facility, and (3) warn the public concerning the risks and dangers of the chemicals maintained at the facility. The petitions also allege that these and other breaches caused damages, including property damage, medical care and expenses, pain and suffering, physical impairment, lost earnings, disfigurement, medical monitoring, mental anguish, and injury to business. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 1,695 individual plaintiffs. Approximately 350 individual plaintiffs, have cases pending in Jefferson County, Texas which have not yet been non-suited or abated. Additionally,

claims have been made for more than 750 other properties, and more than 350 properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies.   The Court has been conducting monthly status conferences.   The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery.   That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges.   A hearing on class certification is not expected before the second half of 2022 at the earliest.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant.   The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019.   Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.   The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident.   The Company also was served with an information request under Section 114 of the federal Clean Air Act.   The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities.   Such requests are typically the first step in EPA enforcement.   We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA.

Because these lawsuits, which we intend to vigorously defend, are in their early stages, we are unable to determine if a loss is probable or estimate the amount or range of potential loss and therefore have not established any reserves, but we believe the amounts involved may be material.

Beyond the matters in active litigation, the Company has received other claims and demands, through its formal claims process and otherwise, from individuals, companies, and insurers claiming damages as a result of the incident.   The Company is in the process of reviewing these claims.   It is possible some of these claims may result in additional litigation.

*Environmental and Safety Matters*

Our Company is subject to federal, state, local and foreign laws, regulations, rules and ordinances from various governing agencies that regulate human health, safety, security and the environment.

We are committed to maintaining compliance with applicable environmental, health, safety (including process safety) and security ("EHS&S") legal requirements, and we have developed policies and management systems intended to identify the various EHS&S legal requirements applicable to our operations and facilities.   We work to enhance and assure compliance with applicable requirements, ensure the safety of our employees, contractors, community neighbors and customers, and minimize the generation of wastes, the emission of air contaminants and the discharge of pollutants.   These EHS&S management systems also serve to foster efficiency and improvement and to reduce operating risks.

In the ordinary course of business, we undertake frequent environmental inspections and monitoring and are sometimes subject to investigations by governmental authorities.   In addition, our production facilities require a number of environmental permits and authorizations that are subject to renewal, modification and, in certain circumstances, revocation.   Actual or alleged violations of environmental laws or permit requirements or the discovery of releases of hazardous substances at or from our facilities could result in restrictions or prohibitions on plant operations, significant remedial expenditures, substantial civil or criminal sanctions, as well as, under some environmental laws, the assessment of strict and/or joint and several liability.   Moreover, changes in environmental regulations or the terms of our environmental permits can inhibit or interrupt our operations or require us to modify our facilities or operations.   Accordingly, environmental or regulatory matters may cause us to incur significant unanticipated losses, costs or liabilities.

In addition to the requirements imposed upon us by law, we also enter into other agreements from time to time with state and local environmental agencies either to avoid the risks of potential regulatory action against us or to implement improvements that exceed current legal requirements.

The Company has agreed to indemnify third parties for environmental and other liabilities pursuant to various agreements, including asset divestiture agreements and leases. Many of these obligations contain monetary and/or time limitations, but others do not provide for those limitations.   The Company is not aware of any probable and reasonably estimable losses associated with any of these obligations.

**CONFIDENTIAL**

*Port Neches Incident*

The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." Mandatory settlement conferences took place August 5-6 and 19-20, 2021. The citations were not resolved, and OSHA filed its complaint on September 9, 2021. It is anticipated that trial will take place in Q4 2022.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We have recently received two additional subpoenas from the EPA for documents and data and are in the process of responding to those subpoenas. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA. The Company may have insurance coverage for some of the foregoing claims for environmental cleanup.

## NOTE O – DEFINED BENEFIT PENSION PLAN

For the periods presented, periodic pension expense consisted of the following components (in thousands):

| | Three Months Ended September 30, | | | Nine Months Ended September 30, | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2021 | | 2020 | | 2021 | | 2020 |
| Components of net periodic pension cost: | | | | | | |
| Service cost | $ 56 | $ | 195 | $ | 420 | $ | 751 |
| Interest cost | 28 | | 99 | | 178 | | 356 |
| Expected return on assets | (51) | | (161) | | (369) | | (582) |
| Amortization of prior service cost | (4) | | (12) | | (28) | | (32) |
| Amortization of actuarial loss | 30 | | 175 | | 282 | | 477 |
| Settlement charge | 709 | | - | | 709 | | 1,166 |
| Curtailment (credit)/charge | - | | - | | - | | (539) |
| | $ 768 | $ | 296 | $ | 1,192 | $ | 1,597 |

In June 2021, the lump sum distributions from the Plan exceeded the expected sum of the Service Cost and Interest Cost for 2021. Settlement accounting required under FASB ASC 715 resulted in a settlement charge recognized as of June 30, 2021. However, once a settlement occurs, each additional lump sum payment is considered a settlement and requires a re-measurement of Plan liabilities and assets. Settlement accounting was triggered again by lump sum payments made from July 1, 2021 through August 31, 2021.

## NOTE P – SUBSEQUENT EVENTS

We evaluated subsequent events through November 12, 2021, the date the financial statements were issued.

On October 19th, 2021, we executed a $43.0 million unallocated Partial Proof of Loss under our property and business interruption policies. As of the date of issuance of this quarterly report we have received $37.6 million. We also reached agreements with respect to the majority of our remaining outstanding claims for reimbursement of eligible liability defense costs we incurred in 2020. As a result, we have received an additional $4.0 million of reimbursements since September 30, 2021.

CONFIDENTIAL

THIS PAGE INTENTIONALLY LEFT BLANK

**Exhibit I**



# ANNUAL REPORT

**Year ended December 31, 2020**

**CONFIDENTIAL**

# TABLE OF CONTENTS

**Page**

Definitions of Terms                                                                                      3

Explanatory Note                                                                                          4

Cautionary Note Regarding Forward-Looking Statements                                                      5

Selected Historical Consolidated Financial Data                                                           6

Management's Discussion and Analysis of Financial Condition and Results of Operations                     9

Consolidated Financial Statements                                                                        32

2

# DEFINITIONS OF TERMS

Capitalized and other terms used throughout this Annual Report for the year ended December 31, 2020, unless the specific context otherwise requires or indicates, have the meanings ascribed to them below:

- **ABL** – our asset-based loan facility originally entered in December 2012, which was repaid, amended, and restated in conjunction with the refinancing of our debt on August 2, 2019 and again amended on February 2, 2021 to permit the issuance of the 10.875% Notes. The ABL is scheduled to mature in August 2024. For a detailed description of the ABL see Note H to our audited financial statements on pages 49-53 of this Annual Report for the year ended December 31, 2020;

- **ASC** - Accounting Standards Codification, which is the sole source of authoritative generally accepted accounting principles in the United States, other than rules and regulations issued by the Securities and Exchange Commission (SEC) that apply to SEC registrants;

- **ASU** - Accounting Standards Update, which the Financial Accounting Standards Board (FASB) issues to communicate changes to the ASC. ASUs are not authoritative standards;

- **Company, us, we, and our** - TPC Group Inc. and its subsidiaries;

- **GAAP** – Generally Accepted Accounting Principles in the United States;

- **Gross profit contribution ("GPC")** - as used herein, is defined as revenue less cost of sales as reported in our consolidated statements of operations and comprehensive income. GPC is the residual amount that is available, after deducting the variable costs to produce and distribute our products from revenue, to cover all other expenses;

- **Holdings** - TPC Holdings Inc., a Delaware corporation, which, upon consummation of the Merger, became the direct parent of TPCGI. Holdings and Parent are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Merger** – the December 20, 2012 merger of Sawgrass Merger Sub Inc., a Delaware corporation, which merged with and into TPCGI, with TPCGI surviving the Merger as a direct wholly-owned subsidiary of Holdings and an indirect wholly-owned subsidiary of Parent;

- **New Term Loan** – the Delayed Draw Term Loan Facility entered into on February 3, 2020, which provides for a delayed draw term loan of up to $70 million for a term of one year. For a detailed description of the New Term Loan see Note H to our audited financial statements on pages 49-53 of this Annual Report for the year ended December 31, 2020;

- **Old Term Loan –** the Senior Secured Delayed Draw Term Loan Facility, scheduled to mature in December 2020, for which the outstanding balance of $50 million was repaid with the net proceeds from issuance of the 10.5% Notes and which was terminated in conjunction with the refinancing of our debt on August 2, 2019;

- **Parent** - Sawgrass Holdings LP, a Delaware limited partnership, which, upon consummation of the Merger became the direct parent of Holdings and indirect parent of TPCGI. Parent and Holdings are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Sponsors** - First Reserve Management, L.P. and SK Capital Partners;

- **TPCGI** - TPC Group Inc., a Delaware corporation, not including any of its subsidiaries;

- **TPCGLLC** - TPC Group LLC, a Texas limited liability company and the principal subsidiary of TPCGI;

- **TPCPF** - TPC Phoenix Fuels LLC, a Texas limited liability company and wholly owned subsidiary of TPCGLLC.

- **8.75% Notes** – the $805 million principal amount of Senior Secured Notes due in December 2020, which were redeemed with the net proceeds from issuance of the 10.5% Notes in conjunction with the refinancing of our debt on August 2, 2019;

- **10.5% Notes** – the $930 million principal amount of Senior Secured Notes due August 1, 2024 issued in conjunction with the refinancing of our debt on August 2, 2019. For a detailed description of the 10.5% Notes see Note H to our audited financial statements on pages 49-53 of this Annual Report for the year ended December 31, 2020;

- **10.875% Notes** – the $153 million principal amount of Senior Secured Notes due August 1, 2024, which were issued on February 2, 2021 and for which a portion of the proceeds were used to repay and terminate the New Term Loan.

# EXPLANATORY NOTE

This Annual Report is highly confidential and has been prepared pursuant to the terms of the Indenture (the "10.5% Indenture") dated as of August 2, 2019, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.5% Notes, as amended by the Supplemental Indenture dated as of February 2, 2021, and the Indenture (the "10.875% Indenture" and collectively with the 10.5% Indenture, the "Indentures") dated as of February 2, 2021, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and the U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.875% Notes. Unlike companies with securities that are registered under the Securities Exchange Act of 1934 (the "Exchange Act") or traded on a national securities exchange, the Company is not required to file reports with the Securities and Exchange Commission and, except as provided under the Indentures, the Company is not required to deliver any reports to holders of its securities. As a result, this Annual Report does not include all the information that would be required to be included in an Annual Report on Form 10-K that is filed pursuant to the Exchange Act, including, among other things, a description of the material risks faced by the Company. Moreover, this Annual Report does not include all the information that may be material to holders of the Company's securities, including the 10.5% Notes, and should not be relied upon by any person in making an investment decision with respect to the Company's securities. Except as strictly required pursuant to the terms of the Indentures, the Company undertakes no obligation to update or revise any information contained in this Annual Report.

This Annual Report shall not constitute an offer to sell, or the solicitation of an offer to buy, any securities of the Company, including the 10.5% Notes and the 10.875% Notes. Distribution of this Annual Report to any person other than holders of the 10.5% Notes and the 10.875% Notes is unauthorized and any disclosure of any of its contents without the Company's prior written consent is prohibited. By accepting delivery of this Annual Report, you agree to the foregoing and not to make any photocopies, in whole or in part, of this Annual Report or any documents or materials relating to the Company that are provided in connection with this Annual Report.

CONFIDENTIAL

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Annual Report contains forward-looking statements that do not directly or exclusively relate to historical facts. You can typically identify forward-looking statements by the use of forward-looking words, such as "will," "may," "might," "should," "can," "could," "project," "believe," "anticipate," "expect," "estimate," "continue," "potential," "plan," "forecast" and other words of similar import. Forward-looking statements include information concerning possible or assumed future results of our operations, including the following:

- business strategies;
- operating and growth initiatives and opportunities, including proposed capital projects;
- existing and expected competition and competitive position;
- market outlook and trends in our industry;
- expected financial condition;
- future cash flows, including insurance proceeds;
- financing sources and availability;
- expected results of operations;
- future capital and other expenditures;
- availability and price of raw materials and inventories;
- the business cyclicality of the petrochemicals industry;
- effects of seasonality;
- plans and objectives of management or the sponsors;
- future compliance with orders and agreements with regulatory agencies;
- environmental matters;
- expected outcomes of insurance settlements, legal, environmental or regulatory proceedings and their expected effects on our results of operations;
- expectations, strategies and plans for individual assets and products (including the ability to maintain plant utilization rates), business segments and the company as a whole;
- anticipated restructuring, divestiture and consolidation activities;
- cost reduction and control efforts and targets;
- compliance and other costs and potential disruption or interruption of production or operation due to accident, interruptions in sources of raw materials, cyber security incidents, terrorism, political unrest, natural disasters or other unforeseen events; and
- any other statements regarding future growth, future cash needs, future operations, business plans and future financial results.

These forward-looking statements represent our intentions, plans, expectations, assumptions and beliefs about future events and are subject to risks, uncertainties and other factors, including risks and uncertainties such as volatility in the petrochemicals industry, limitations on the Company's access to capital, the timing and amount of insurance proceeds received, the effects of competition, leverage and debt service, general economic conditions, third-party claims, governmental litigation and investigations, and extensive environmental, health and safety laws and regulations. Many of those factors are outside of our control and could cause actual results to differ materially from the results expressed or implied by the forward-looking statements.

In light of these risks, uncertainties and assumptions, the events described in the forward-looking statements might not occur or might occur to a different extent or at a different time than we have described. Except as may be required by applicable law or agreement, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

CONFIDENTIAL

## SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA

The following table presents selected historical consolidated financial data (in thousands) at the dates and for the periods indicated. This selected historical consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the historical consolidated financial statements, together with the related notes, included elsewhere in this Annual Report.

The Balance Sheet and Statements of Operations and Cash Flows Data presented below have been derived from the Company's audited consolidated financial statements. The "Other Financial Data" presented below is unaudited, non-GAAP information. Consolidated Balance Sheets as of December 31, 2018, 2017 and 2016 and Consolidated Statements of Operations and Comprehensive Loss and Consolidated Statements of Cash Flows for the years ended December 31, 2017 and 2016 are not included in this Annual Report.

CONFIDENTIAL

|  | Year Ended December 31, | | | | |
|  | 2020 | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|
| **Statements of Operations Data:** | | | | | |
| Revenue | $ 751,390 | $ 1,464,926 | $ 1,626,835 | $ 1,609,068 | $ 1,114,459 |
| Cost of sales (excludes items listed below) | 519,063 | 1,031,833 | 1,253,054 | 1,256,669 | 807,868 |
| Operating expenses | 181,059 | 179,936 | 183,328 | 176,963 | 164,827 |
| General and administrative expenses | 27,970 | 28,695 | 26,337 | 32,202 | 25,572 |
| Depreciation and amortization | 74,155 | 81,002 | 141,708 | 139,904 | 137,113 |
| Loss on Port Neches incident, net of insurance recovery | 50,141 | 91,895 | - | - | - |
| COVID-19 expenses | 1,896 | - | - | - | - |
| Repair and other expenses related to dock incident | - | - | 1,459 | - | - |
| Business interruption insurance recovery | (12,100) | - | (567) | - | - |
| Gain on sale of HRVOC allowances | - | - | - | (6,152) | - |
| Hurricane Harvey expenses | - | - | - | 7,512 | - |
| Capital project write-offs | - | - | - | 946 | 6,875 |
| Gain on sale of plant | - | - | - | - | (5,037) |
| Income (loss) from operations | (90,794) | 51,565 | 21,516 | 1,024 | (22,759) |
| Interest expense | 112,933 | 101,729 | 89,305 | 81,662 | 82,617 |
| Other (income) expense | 182 | 1,565 | (889) | 1,270 | (1,803) |
| Loss before income taxes | (203,909) | (51,729) | (66,900) | (81,908) | (103,573) |
| Income tax benefit | (15,745) | (10,238) | (13,698) | (56,094) | (34,989) |
| Net loss | $ (188,164) | $ (41,491) | $ (53,202) | $ (25,814) | $ (68,584) |
| | | | | | |
| **Statements of Cash Flows Data:** | | | | | |
| Cash flows from operating activities | $ (88,865) | $ 117,354 | $ 30,817 | $ 36,478 | $ (2,138) |
| Cash flows from investing activities | | | | | |
| Capital expenditures | (55,889) | (53,957) | (63,717) | (45,652) | (42,861) |
| Proceeds from sale of assets | - | - | - | - | 59,913 |
| Cash flows from financing activities | | | | | |
| Proceeds from issuance of 10.5% Notes | - | 930,000 | - | - | - |
| Redemption of 8.75% Notes | - | (805,000) | - | - | - |
| Repayment of Old Term Loan | - | (50,000) | - | - | - |
| Net proceeds from (paydowns on) ABL | - | (40,000) | 32,000 | (12,500) | (52,500) |
| Proceeds from New Term Loan | 69,300 | - | - | - | - |
| Insurance finance borrowings | 42,492 | - | - | - | - |
| Insurance finance repayments | (29,395) | - | - | - | - |
| Debt issuance costs | (4,344) | (14,902) | (502) | (5,149) | (3,131) |
| Equity contributions (returns), net | (6) | (141) | - | 19 | 15,019 |
| Proceeds from Old Term Loan borrowings | - | - | - | 25,000 | 25,000 |
| | | | | | |
| **Balance Sheet Data (end of period):** | | | | | |
| Cash and cash equivalents | $ 18,452 | $ 85,159 | $ 995 | $ 2,397 | $ 4,201 |
| Trade accounts receivable | 73,477 | 83,882 | 93,962 | 95,833 | 81,246 |
| Insurance receivable - Port Neches incident | 23,289 | 185,477 | - | - | - |
| Inventories | 45,435 | 52,058 | 68,092 | 72,564 | 66,491 |
| Property, plant and equipment, net | 703,273 | 684,844 | 702,090 | 749,442 | 815,746 |
| Total assets | 964,749 | 1,173,502 | 976,706 | 999,579 | 1,059,478 |
| Current liabilities | 309,087 | 387,164 | 171,816 | 162,336 | 153,569 |
| Long-term debt, net of deferred financing costs | 985,321 | 915,772 | 882,362 | 844,821 | 831,504 |
| Deferred income taxes | - | 13,271 | 22,276 | 36,740 | 92,978 |
| Total liabilities | 1,294,408 | 1,316,207 | 1,076,454 | 1,043,897 | 1,078,051 |
| Total equity (deficit) | (329,659) | (142,705) | (99,748) | (44,318) | (18,573) |
| **Other Non-GAAP Financial Data:** | | | | | |
| EBITDA (1) | $ (16,821) | $ 131,002 | $ 164,113 | $ 139,658 | $ 116,157 |
| Adjusted EBITDA (1) | 45,875 | 231,418 | 167,321 | 170,014 | 109,602 |

CONFIDENTIAL

(1) EBITDA and Adjusted EBITDA are not measures computed in accordance with GAAP. A non-GAAP financial measure is a numerical measure of historical or future financial performance, financial position or cash flows that excludes amounts, or is subject to adjustments that have the effect of excluding amounts, that are included in the most directly comparable measure calculated and presented in accordance with GAAP in the balance sheets, statements of operations, or statements of cash flows (or equivalent statements); or includes amounts, or is subject to adjustments that have the effect of including amounts, that are excluded from the most directly comparable measure so calculated and presented.

We are including a presentation of EBITDA and Adjusted EBITDA in this Annual Report because their presentation is required under the Indentures. In addition, the Indentures contain debt incurrence ratios that are calculated by reference to Adjusted EBITDA. Non-compliance with the debt incurrence ratios contained in the Indentures would prohibit us from being able to incur additional indebtedness other than pursuant to specified exceptions.

We calculate EBITDA as earnings before interest, taxes, depreciation and amortization and we calculate Adjusted EBITDA as EBITDA, adjusted to remove or add back certain items, including the impact of butadiene price changes. These items are identified below in the reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss), the GAAP measure most directly comparable to EBITDA and Adjusted EBITDA. Our calculation of EBITDA and Adjusted EBITDA may be different from the calculations used by other companies; therefore, they may not be comparable to other companies.

The following table provides a reconciliation of EBITDA and Adjusted EBITDA to Net Loss for the periods specified.

| | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
| | 2020 | 2019 | 2018 | 2017 | 2016 |
| **Net Loss** | $ (188,164) | $ (41,491) | $ (53,202) | $ (25,814) | $ (68,584) |
| Income tax benefit | (15,745) | (10,238) | (13,698) | (56,094) | (34,989) |
| Interest expense, net | 112,933 | 101,729 | 89,305 | 81,662 | 82,617 |
| Depreciation and amortization (1) | 74,155 | 81,002 | 141,708 | 139,904 | 137,113 |
| **EBITDA** | (16,821) | 131,002 | 164,113 | 139,658 | 116,157 |
| Impact of butadiene price changes (2) | 5,211 | 8,014 | (3,709) | 18,540 | (9,265) |
| Port Neches Incident (3) | 50,141 | 91,895 | - | - | - |
| Write-offs (4) | - | - | - | - | 6,875 |
| Other non-recurring items (5) | 7,344 | 507 | 6,917 | 11,816 | (4,165) |
| **Adjusted EBITDA** | $ 45,875 | $ 231,418 | $ 167,321 | $ 170,014 | $ 109,602 |

(1) Includes depreciation, amortization of deferred turnaround and catalyst costs and amortization of patents for all periods presented.

(2) Adjustment to remove the estimated temporary impact on our operating results of month-to-month changes in the contract price of butadiene. For further discussion see "Management's Discussion and Analysis of Financial Condition and Results of Operations".

(3) Adjustment to remove the losses and costs incurred, net of actual and probable insurance recoveries as a direct result of the Port Neches incident (discussed on pages 12-14).

(4) Adjustments to remove charges for the write-offs of accumulated costs for certain capital projects.

(5) Adjustments to remove the impact of certain non-recurring items for 2020 which include incremental expenses directly related to the impact of Hurricane Laura and Tropical Storm Beta of $0.5 million, the estimated impact of lost sales due to Hurricane Laura and Tropical Storm Beta of $4.4 million, the incremental expenses directly related to our response to the COVID-19 pandemic of $1.9 million, and refinancing optimization expenses of $0.5 million. The adjustment for 2019 removes refinancing optimization expenses incurred in advance of refinancing our debt on August 2, 2019. The adjustment for 2018 removes a $0.6 million business interruption insurance recovery related to Hurricane Harvey and the insurance deductible and uninsured logistics and legal expenses related to the Houston dock incident (discussed on page 12) of $1.5 million and adds $6.0 million of estimated margin impact of lost sales volume as a direct result of the dock incident. The adjustment for 2017 removes incremental expenses directly related to the impact of Hurricane Harvey of $7.5 million, certain corporate optimization initiatives of $1.6 million and a gain from the sale of environmental emissions credits of $6.1 million and adds $8.8 million of estimated impact of lost sales due to Hurricane Harvey. The adjustment for 2016 removes the book gain of $5.0 million from the sale of our Baytown plant in the fourth quarter of 2016 and earnings, net of dividends received, from our interest in a joint venture we sold in 2016.

CONFIDENTIAL

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the consolidated financial statements and accompanying notes, which are included elsewhere in this Annual Report.

**Overview**

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

In our C4 Processing segment, we process the crude C4 stream into higher value components, namely butadiene, butene-1 and raffinates. Butadiene is primarily used to produce synthetic rubber that is mainly used in tires and other automotive products; butene-1 is primarily used in the manufacture of polyethylene plastic resins and synthetic alcohols; and raffinates are primarily used in the production of alkylate, a component of premium unleaded gasoline.

In our Performance Products segment, we process isobutylene, which we purchase as a raw material and also produce internally, to produce polyisobutylene ("PIB"), diisobutylene ("DIB"), and methyl tertiary-butyl ether ("MTBE"). PIB is primarily used in the production of fuel and lubricant additives, caulks, adhesives, sealants and packaging; DIB is primarily used in the manufacture of surfactants, plasticizers and resins; and MTBE is primarily used as a gasoline blending stock.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 12-14). The Houston plant, in addition to processing crude C4, also produces PIB, DIB, and MTBE. The raw material isobutylene processed at our Houston facility is sourced from processing crude C4, third-party supply and internal on-purpose production. The feedstock for our on-purpose isobutylene production is isobutane, which is a plentiful natural gas liquid resulting from shale gas development. As discussed in more detail under "Current Market and Business Conditions" below, in order to replace the lost crude C4 processing capacity at our Port Neches plant, we recently entered into a long-term contract with a third-party to process a substantial portion of our crude C4 supply and return butadiene and raffinate to us.

We also provide critical infrastructure and logistics services along the Gulf Coast. Both our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. Our results are impacted by the effects of economic upturns or downturns on our customers and our suppliers, as well as on our own costs to produce, sell and deliver our products. Our customers generally use our products in their own production processes; therefore, if our customers curtail production of their products, our results could be materially affected. In particular, our feedstock costs and product prices are susceptible to volatility in pricing and availability of crude oil, natural gas, natural gas liquids such as isobutane and oil-related products such as unleaded regular gasoline. Prices for these products tend to be volatile as well as cyclical, as a result of global and local economic factors, worldwide political events, weather patterns and the economics of oil and natural gas exploration and production, among other things.

**Material Industry Trends**

We receive crude C4 feedstock for our C4 Processing segment from steam crackers, which are designed to process naphtha and natural gas liquids ("NGL's") as feedstocks for ethylene production. Crude C4 is a by-product of the ethylene production process, and the volume of crude C4 produced by the process is driven by both the volume of ethylene produced and the composition of the steam cracker feedstock. Some major ethylene producers have the flexibility to shift from light feedstocks, such as NGL's (ethane, propane and butane), to heavier feedstocks, such as naphtha, or vice versa depending on the economics of the feedstock. When ethylene producers process heavier feedstock, greater volumes of crude C4 are produced. However, when light feedstocks (i.e. NGL's) are inexpensive relative to heavy feedstocks, the producers may choose to process those light feedstocks instead, a process referred to as "light cracking," which results in lower volumes of crude C4 production. In recent years, lighter cracking by domestic ethylene

CONFIDENTIAL

producers has been prevalent as a result of an abundant supply of cost advantaged NGL feedstocks (particularly ethane), and we experienced the largest impact of the shift from heavier to lighter ethylene cracker feedstocks between 2007 and 2009. In 2015, we experienced an increase in domestic delivery rates, which reflected more favorable economics for propane and butane cracking compared to the lighter ethane feedstock. However, over the course of 2016 and 2017, ethane feedstock economics were generally more favorable, which again resulted in relatively lower domestic delivery rates of crude C4's. Domestic delivery rates were positively impacted beginning the latter part of 2017 as newly constructed ethylene crackers in North America came on-line, making more crude C4 feedstock available. Domestic crude C4 feedstock supply continued to grow in 2019 as additional new North American ethylene crackers came on-line. Those crackers produced additional C4 feedstock in 2020 as they ramped up rates and ran for the full year. Some constraints regarding our ability to process all of the incremental crude C4 available arose in 2020 due to the outage at our Port Neches facility. Some amount of the crude C4 produced by the ethylene crackers needed to be consumed through suppliers recycling the material (referred to as co-cracking) because of short-term limitations in butadiene extraction capacity. TPC has taken steps to minimize the impact of the Port Neches outage. We ramped up production rates on our largest butadiene extraction unit and converted one of our butadiene extraction trains (the furfural unit) at our Houston plant, which had been in butane removal service for our raffinate business since 2014, back to butadiene extraction service. We also restarted our hydrotreating unit, which converts crude C4's to butylenes, and are operating the unit at maximum rates in an effort to consume a larger volume of crude C4's from our suppliers. This unit has also gone through significant optimization throughout 2020 further increasing crude C4 consumption.

The supply of butadiene is driven by ethylene cracker operating rates and feedstock composition. Because butadiene is a small co-product stream in relation to the quantity and value of ethylene and propylene produced in a cracker, butadiene supply is relatively insensitive to its demand and/or price. In addition, butadiene cannot be stored for long periods of time. Therefore, the price of butadiene can be highly volatile based on relatively small changes in supply or demand.

Demand for butadiene strengthened in early 2018 and pricing began an upward trend in response to producer supply constraints in the early part of the year and strong demand through the third quarter of 2018. As a result of softening demand partly due to typical seasonality, butadiene pricing declined over the course of the fourth quarter of 2018 and remained relatively stable through the first four months of 2019. With new car sales demand softening globally over the balance of 2019, butadiene pricing declined 30% over the last eight months of the year to 34 cents per pound. Our Port Neches plant outage in late November curtailed the domestic supply of butadiene, which contributed to a 25% increase in the contract price over the first two months of 2020. However, as a result of temporary weakened global demand linked to the coronavirus, the price of butadiene declined by 50% through July of 2020 as automotive and tire plants shutdown for much of the second quarter. As the economy began to recover in the second half of 2020, so did the price of butadiene, rising 130% from its low point of 19.6 cents per pound in June-July to 46 cents per pound in December.

The North American region continued to be a net importer of butadiene and its derivatives (synthetic rubber and tires) in 2020 and we expect this to continue in 2021; however, as we look forward, we expect strong global economic growth, combined with the continued ramp-up of new North American tire plants, to provide growth for the additional butadiene supply that will come from the new ethylene crackers, which we expect will shrink the amount of imports over the next few years. Further, as we look forward, we expect NGL's, due to shale gas, to continue to provide favorable ethylene production economics to North America leading to additional ethylene crackers being built in the future (2026-2028) bringing additional crude C4's and butadiene to market. This should lead to additional butadiene consuming derivative plants being built over the next 6-8 years in North America.

Beginning in the latter part of 2016 and through 2019, we successfully restructured our C4 processing business by renegotiating essentially all of our crude C4 supply contracts. As of the end of 2020, approximately 90% of our contracted crude C4 volume was under the new business model. The primary objective of the restructured business model was to create more stability in the profit margins we realize on all components of the entire crude C4 streams commensurate with the valuable service we provide to our suppliers. The restructured model minimizes our downside risk during periods of weaker prices for the commodities upon which the values of our products are based, as it provides us with a fixed processing margin and energy recovery fee sufficient to cover our processing costs and a sustainable minimum profit margin. The restructured model also provides us with upside margin sharing with our suppliers when the value of crude C4 streams, which is based on the value we receive for our products, exceeds a floor value. The margin sharing mechanism of the restructured contracts is accomplished through direct linkage between the value we receive for the extracted products and what we pay our suppliers for the components of the crude C4 stream.

In addition to the margin stability, risk mitigation and upside sharing in the supplier margins, the restructured crude C4 supply contracts also provide for larger discounts on the price we pay for contained butane as well as an energy fee for having to process larger volumes of butane in our system. The larger discounts and energy fee offset the cost we incur to remove the butane and/or the negative impact on the value of and margins realized on our raffinate streams when the contained butane exceeds certain minimum levels.

The remainder of our crude C4 supply continues to be purchased on a component basis under contractual arrangements not based on the restructured model and on a spot basis. Under these supply arrangements we are exposed to more commodity risk as they do not provide the same downside protection as the restructured contracts and there is no direct linkage between the value we receive for the extracted products and what we pay for various components of the crude C4. Under these arrangements, the profit margins on our

raffinates, which are the second largest part of the crude C4 stream after butadiene, are directly impacted by the price of unleaded regular gasoline (ULR) since we buy and sell the butylenes contained in the raffinate streams based on a factor of ULR. The price of ULR impacts the margins on the raffinate we produce from these streams in two ways. One impact is dependent on the absolute price of ULR, which impacts the spread between what we pay for the contained butylenes and what we sell them for. We buy and sell the butylenes on a percentage of ULR basis, so a higher ULR price results in a wider spread and a more positive impact on our margins. The other impact is dependent on the quantity of inventory and the magnitude of volatility in the ULR price from period to period as we may purchase the contained butylenes in one period and then sell them in a subsequent period.

Our MTBE margins in 2020 were negatively impacted by the effects of COVID-19 starting in March and reached a low point in April due to the MTBE to unleaded regular gasoline (ULR) spread falling from an average of 42 cents per gallon in the first quarter to 4.5 and 2.2 cents per gallon in the second and third quarters, respectively. High raw material isobutane and methanol costs in relation to the value of MTBE also had a negative impact on MTBE margins during this period. Margins for MTBE, starting at the end of the third quarter of 2020, began to expand as the MTBE-ULR spread grew to 11.3 cent per gallon. However, the strength of methanol and butane pricing tempered the margin expansion.

## Current Market and Business Conditions

On March 11, 2020, the World Health Organization declared the ongoing COVID-19 outbreak a pandemic and recommended containment and mitigation measures worldwide. The pandemic has resulted in widespread adverse impacts on the global economy. With various government-imposed quarantines and travel restrictions, we experienced significant disruptions in the second quarter of 2020 as the pandemic and its impact on the global economy spread through most of our markets.

For employees who are considered essential and are working in plants, we have at a minimum, implemented government recommended protocols and best practices related to social distancing, hygiene and the use of additional personal protective equipment. TPC's Crisis Management Team ("CMT") has helped to safely mitigate exposure risk by quickly identifying and isolating twenty-two confirmed cases amongst our employees, all of which contracted COVID-19 outside the workplace. These measures have not only enabled us to continue to operate our facilities safely but have also helped TPC maintain a largely consistent supply chain. Additionally, the CMT has worked closely with senior leadership to tailor a comprehensive Return to Workplace plan for each site. At the time of this filing, a significant portion of TPC's workforce (non-essential workers) continue to work remotely from their homes. Our employees' health and well-being continue to remain a key priority.

By the end of March 2020, we witnessed the effects of COVID-19 on our operating results when declining commodity prices resulted in compressed margins and a $10 million lower of cost and net realizable value inventory adjustment. The expected declines in consumer demand occurred in March and the second quarter, with the low points in our business in the March-June timeframe. Crude oil prices increased late in the second quarter and continued to rise throughout the third quarter as supply and demand fundamentals improved. This ultimately drove higher feedstock costs, which proved beneficial to product prices and margins in the third and fourth quarters of 2020.

Despite the partial rebound in crude oil prices, commodity prices may continue to present a challenge for our business in the near-term. However, we expect the recovery in customer demand to continue, absent a significant resurgence of COVID-19. The extent to which COVID-19 will adversely impact our business, financial condition and results of operations will depend on numerous evolving factors, which are highly uncertain, rapidly changing and cannot be predicted.

The impacts of COVID-19, the global oil and trade wars, and the fallout from the Port Neches plant explosion have all converged to create challenges in the market that influence commodity prices and spreads. Throughout 2020, the biggest impacts to our business were in the butadiene, PIB and MTBE segments. The third quarter saw an increase in demand for all of our products including raffinate (sold to the refining industry for the production of alkylate), butene-1 (used primarily as a comonomer for polyethylene and used in many single serve packaging applications) and diisobutylene (DIB which is used in resins for the tire industry). Demand for butadiene was strong and we saw a significant increase in demand for PIB in the third quarter which continued in the fourth quarter.

Throughout 2020, we saw a continuation of the commodity headwinds that started in the first quarter of 2020 in our MTBE business with weaker MTBE to isobutane spreads as our primary demand regions of Mexico, Central and South America saw a significant reduction in gasoline demand. Since the low point on volume and margins in March and April, our MTBE business segment has continued to recover in both volume and margins. However, the impact of stronger isobutane and methanol pricing on MTBE margins persisted during the fourth quarter. During this challenging period, we have capitalized on our operational flexibility and moved some feedstock normally used for MTBE production into our raffinate business to benefit from the stronger demand and margins in alkylate. We also optimized our hydrotreating and raffinate train operations to maximize our production of butene-1.

Early in the second quarter, we signed a new MTBE offtake contract with one of the world's largest independent fuels and commodity trading firms. The contract is market based and provides a secure outlet for 100% of our MTBE production through the end of 2023. Since the new MTBE offtake contract is market based, we are subject to greater pricing volatility than under our previous

CONFIDENTIAL

offtake contract.

The closure of automotive production globally during late March and early April resulted in the closure of virtually all tire manufacturing operations and with that the closure or significant cut back in production levels at the key synthetic rubber plants that supply raw material to the tire companies. The key raw material we supply to the synthetic rubber industry is butadiene, and its major use is in tires. As a result of automotive production shutdowns and fewer miles driven with government imposed social distancing requirements, major tire plants significantly curtailed production, impacting global demand for synthetic rubber and the consumption of butadiene during the second quarter. Exacerbated by our limited access to certain customers due to the Port Neches incident, our sales for the prior quarters were markedly lower than what we had projected in our annual operating plan (AOP), hitting the low point in April. However, third and fourth quarter sales strengthened compared to our first and second quarter levels. China, Europe and the U.S. all reported increases in new car sales. Additionally, replacement tire sales are recovering, leading us to forecast stronger sales in 2021.

COVID-19 has not only impacted demand for butadiene, but it also has had a major impact on pricing, leading to our low point in the June-July time frame of 19.6 cents per pound. After dropping precipitously in the second quarter, butadiene prices increased steadily through the end of 2020. As the economy began to recover in the second half of 2020, so did the price for butadiene, rising 130% from its low point of 19.6 cents per pound in June-July to 46 cents per pound in December.

Demand for butene-1 continued to be solid in the third and fourth quarters. Butene-1 demand remains strong, as demand for polyethylene single serve packaging continues to grow during the COVID-19 outbreak.

On May 12, 2020 we completed key milestones on the Port Neches terminal, enabling us to resume selling raffinate to our largest customer. With strengthening demand and the terminal opening, we were able to return to normal sales levels by the end of the second quarter. In January 2021, we completed the second phase of our Port Neches terminal and began importing butadiene over our dock and into refurbished tanks, which enabled us to begin selling and transporting additional volumes of butadiene to major customers in the Beaumont and Port Neches area.

In response to the loss of our Port Neches crude C4 processing capacity, we have been actively pursuing tolling opportunities with third parties within the industry. In January 2021, we signed a long-term contract with a third-party processor for crude C4 processing and began sending crude C4's to this processor through enhancements made to our Port Neches terminal in the second phase of our refurbishment of these assets. We are now receiving butadiene and raffinate back from the third-party processor. This third-party toll processing deal grows in volume throughout 2021 and into the first quarter of 2022 bringing our butadiene volumes available for sale back to pre-incident levels. As we look to further increase capacities within our system, we are moving forward with a debottleneck of our Houston butadiene extraction unit that will increase existing capacity by approximately 25% by the end of 2022.

After a very strong first quarter for our PIB business, the second quarter was the low point for this business segment due to COVID-19 impacts on miles driven and its impact on lubricant and fuel additive demand. The third and fourth quarter demand increased significantly from our second quarter sales levels, with sales volumes for all of 2020 recovering to 85% of our annual operating plan.

### Dock Incident – 2018

On June 13, 2018, an ocean-going bulk carrier navigating in the Port of Houston Ship Channel veered off course and struck a barge stationed at our primary Houston facility dock. The incident caused substantial damage to both the barge and the dock facilities. There were no significant injuries and there was no environmental impact from the incident.

The damaged dock was returned to full barge and ship service in August 2018 after temporary repairs of approximately $5 million which, excluding a $0.25 million deductible, were reimbursed from insurance proceeds in September 2018. The insurance proceeds were accounted for as an offset to the actual dock repair costs. The total amount of the insurance deductible and uninsured logistics and legal expenses recognized in our reported 2018 earnings was $1.5 million and the margin on estimated lost sales volume was approximately $6.0 million. The revenue and cost of sales related to the lost sales volume for the C4 Processing segment were estimated to be $4 million and $2 million, respectively, and for the Performance Products segment were estimated to be $13 million and $9 million, respectively.

We are currently finalizing the legal agreements with the Port Authority for the additional land needed to rebuild the dock and the agreements are expected to be finalized by the end of March. Additionally, we have reached an agreement with insurers on the scope of the rebuild and we are preparing for construction bids. The expectation is to begin construction late in the second quarter of this year. We anticipate that the entire cost, which we currently estimate to be $30-35 million, will be reimbursed by our insurance carriers.

### Port Neches Incident – 2019

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

CONFIDENTIAL

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues including a settlement conference scheduled for August 2021.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,500 property claims have been resolved and approximately 1,600 additional eligible claims are working through the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, sixty-one private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-seven of the sixty-one private party lawsuits, including approximately 565 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. A hearing on class certification is not expected before Q4 2021 at the earliest.

Four different sets of insurance policies, under the insurance coverage we had in effect at the time, provide coverage for costs and losses incurred as a result of the Port Neches incident. Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for some category costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of December 31, 2020, we have paid $67.7 million of costs and collected $160.0 million under this policy, of which $12.1 million has been specifically designated as business interruption coverage and $147.9 million has been designated as an unallocated payment on account. Of the unallocated proceeds of $147.9 million, $36.7 million are recorded as a deferred gain due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2020 and 2019 total $58.0 million and $64.7 million, respectively. Of these costs we currently estimate that $111.2 million will be recoverable.

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of December 31, 2020, we have incurred third-party claim amounts of $165.0 million, have paid $120.7 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $49.8 million and we have collected $15.3 million of this amount. We anticipate collecting a total of $35.2 million for these expenses. Costs recorded under this policy in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million.

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of December 31, 2020, we have incurred and paid $51.1 million of costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million of these costs in 2019 and an additional $28.0 million in 2020.

CONFIDENTIAL

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.4 million. We expect to recover the fair market value at the time of the event on these materials.

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

On January 13, 2021 we executed an additional unallocated Proof of Loss for $40.0 million under our property and business interruption policies and received the funds in January and February 2021. As of the issuance of this 2020 Annual Report (i.e. March 24, 2021), we have paid out $127.4 million on liability claims. Excluding claims, we have also paid approximately $178.9 million in response, defense, pollution, and other costs. Additional proceeds anticipated to cover book costs equal $280.6 million with additional recovery anticipated as a gain.

For the year ended December 31, 2020, we had recognized a net amount of losses and incurred costs of $50.1 million, which reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

The following table summarizes the net amount of losses and current costs for the year ended December 31, 2020 (in millions):

|  | Cost | Insurance anticipated | Net cost |
|---|---|---|---|
| Liability claims | $ 3 | $ - | $ 3 |
| Response costs | 126 | 79 | 47 |
|  | $ 129 | $ 79 | $ 50 |

The following table summarizes the net amount of inception to date losses and costs incurred as of December 31, 2020 (in millions):

| Response and cleanup costs | Cost | Insurance anticipated | Net cost |
|---|---|---|---|
| Incurred as of December 31, 2019 | $ 287 | $ 195 | $ 92 |
| Incurred three months ended March 31, 2020 | 80 | 57 | $ 23 |
| Incurred three months ended June 30, 2020 | 27 | 24 | $ 3 |
| Incurred three months ended September 30, 2020 | 13 | 14 | $ (1) |
| Incurred three months ended December 31, 2020 | 9 | (16) | $ 25 |
| Incurred as of December 31, 2020 | $ 416 | $ 274 | $ 142 |

*Coronavirus – 2021*

The global coronavirus (or COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. In 2020, global markets experienced a precipitous decline in oil prices in response to concerns regarding the potential impacts of the COVID-19 outbreak on worldwide oil demand and the anticipated increases in oil production from Russia and OPEC, which have impacted margins in our raffinate and MTBE businesses. Although commodity prices have recovered considerably, we expect the outlook for 2021 to remain uncertain due to the rapidly evolving conditions, and we cannot estimate the scope of their impact on our business, our results of operations, our financial condition, our personnel, our customers, our suppliers or the global economy. We continue to assess the potential impact of COVID-19 on our staff and operations and have implemented appropriate mitigation plans, including precautions

with regard to employee and facility hygiene, imposed travel limitations on our employees and directed our employees to work remotely whenever possible. We also continue to work with our suppliers to understand the potential impacts to our supply chain, and at this time, we have not identified any material risks to our supply chain. This is a rapidly evolving situation, and we will continue to monitor developments affecting our workforce and our suppliers and take additional precautions as we believe are warranted.

### Technical Center Fire - 2021

Early on the morning of January 9, 2021, the TPC Houston operations team responded to a fire alarm in the Technical Center. The Technical Center, located on the southwest side of the facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded to the incident with assistance from the Houston Fire Department. The Company coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts as a result of the event; however, one emergency responder sustained an ankle injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. Fortunately, over 75% of the equipment is salvageable, but, in the absence of a functioning laboratory the Company had to secure short term outsourcing solutions for all of the quality control testing needs. Since late February, however, we have replaced the majority of the outsourced testing with inhouse testing in a combination of TPC and rental facilities, thereby substantially reducing the incremental costs. Between response costs, outsourcing costs, rental expenses and the cost of rebuilding the Technical Center, we estimate that the fire will cost the Company approximately $11.5 million. Please also refer to Note T, *Subsequent Events*.

### February Weather Event – 2021

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather. Due to abnormally low temperatures for an extended period of time, facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs. We anticipate that the total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, will be between $50 million and $60 million. Please also refer to Note T, *Subsequent Events*.

We are taking a number of steps to offset the impact of these two events. This includes commercial and procurement initiatives, and capital and cost reductions. At this point, we have defined actions to offset about 70% of the impact, and we are pursuing additional opportunities.

### Insurance Renewal

We seek to maintain comprehensive insurance coverage, and we renewed all of our insurance coverages during 2020 with terms and conditions that we believe are consistent with those generally prevailing in insurance markets, although at substantially higher premiums than the expiring coverages. Although we carry property and casualty insurance to cover certain risks, our insurance policies do not cover all types of losses and liabilities, and our insurance may not be sufficient to cover the full extent of losses or liabilities for which we are insured. Due to significant recent insurance claims in the petrochemical industry, insurance market conditions have tightened, and we cannot guarantee that we will be able to renew our current insurance policies on favorable terms, or at all.

### Dehydrogenation Unit

The third scheduled turnaround of the dehydro unit commenced on February 1, 2020 and was safely completed within budget, but it had a significant schedule delay due to issues with a compressor overhaul and our 505 waste heat boiler. The scope of the project and the total cost of approximately $48 million were in line with our expectations.

## Results of Operations

### *Contractual linkages of raw material costs and selling prices of finished products to commodity indices*

Most of our raw material feedstock costs and finished product selling prices are determined by application of contractual formulas linked to commodity market indices and, in most cases, the indices used to determine raw material feedstock costs are the same indices used to determine finished product selling prices.

As discussed above under "Material Industry Trends", as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, and is more

CONFIDENTIAL

commensurate with the valuable and consistent service we provide to the industry.

Although linkage of most of our raw material costs and selling prices to the same indices and our restructured crude C4 supply contracts provide some degree of consistency in our average material margin per pound (which we define as the difference between average revenue per pound and average raw material cost per pound) during periods in which the underlying commodity indices are relatively stable, there are various factors that can have a significant impact on our average material margin per pound, including those listed below. Moreover, even a relatively minor increase or decrease in average material margin per pound can have a significant impact on our overall profitability given the magnitude of our sales volumes.

- We may purchase raw material feedstocks in a given month based on market indices for that month, and then sell the related finished products in a later month based on market indices for the later month. Changes in selling prices of finished products, based on changes in the underlying market indices between the month the raw material feedstocks are purchased and the month the related finished products are sold causes variation in our average material margin per pound. For example, we may purchase the components of a crude C4 stream based on formulas that reflect the respective January commodity indices but then sell the finished products at pricing formulas based on the respective February commodity indices. If the indices for January and February are the same, we would expect to realize substantially the same unit margins regardless of the absolute value of the indices. However, for any components of the stream for which the respective index increases between January and February, we would expect to realize a temporary margin expansion until pricing stabilizes; and conversely, if the index decreases, we would expect to realize a temporary margin contraction. The magnitude of the effect on the average material margin per pound and the material margin percentage in a given month depends on the magnitude of the change in the underlying indices compared to the prior month and the quantity of inventory at the end of the prior month as a result of its impact on the moving average cost of finished products sold in the subsequent month.

- Although most of our supply and sales contracts contain index-based formulas, varying proportions of our raw material purchases and finished product sales are done on a spot basis or otherwise negotiated terms. In addition, while many of the index-based formulas in our contracts are simply based on a percentage of the relevant index, others apply adjustment factors to the market indices that do not fluctuate with changes in the underlying index. As supply and sales contracts are renegotiated, the amounts of such adjustment factors can change, thus the average material margin per pound would be impacted.

- Under some of our raw material purchase contracts, the costs of the raw materials are based on a percentage of the relevant market index, and under some of our sales contracts, the selling price of the related finished product is based on a higher percentage of the same market index. As a result, the average material margin per pound tends to be higher during periods in which the market indices are higher and tends to be lower during periods when the market indices are lower.

- Finished product selling price formulas under some of our sales contracts, primarily in the Performance Products segment, are based on commodity indices not for the period in which the sale occurs but for either a prior or subsequent period. The effect on average material margin per pound of the selling price formulas can be significant during times of rapidly increasing or decreasing market indices.

*Butadiene Price Impact*

As discussed above, a substantial portion of our finished product selling prices and raw material costs are linked to the same commodity indices and this linkage mitigates, to varying degrees, our exposure to volatility in our profit margins. As also discussed above, as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, which are more commensurate with the valuable and consistent service we provide to the industry. However, the stabilizing effect of these factors on our profit margins is lessened when we do not purchase the feedstock and sell the finished product in the same period. Regarding butadiene, which has historically been the largest individual product line in our C4 Processing segment, the linkage between our raw material cost and finished product selling price is the published contract price for butadiene. As a result of purchasing crude C4 in one month and selling finished butadiene in the subsequent month, the GPC per pound we report in the subsequent month will expand when the price of butadiene increases and will contract when the price of butadiene declines due to the impact of beginning inventory (quantity and unit cost) on the moving average cost of finished butadiene sold in the subsequent month.

As shown in the presentation of EBITDA and Adjusted EBITDA on page 8 of this Annual Report, we adjust EBITDA to remove the estimated temporary impact on our reported GPC of the month-to-month changes in the contract price of butadiene. The rationale for the adjustment is that the temporary impacts of butadiene price changes distort the underlying business performance.

CONFIDENTIAL

The table below shows, for each period presented, the impact on our reported GPC (in millions) of purchasing crude C4 in one period and selling finished butadiene in a later period at higher or lower butadiene contract prices. The impact on reported GPC for each period is the sum of the monthly impacts, which are dependent on the magnitude of the contract price change each month and the quantity of butadiene inventory at the beginning of each month.

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Positive (negative) impact on GPC | $ (5) | $ (8) | $ 4 |

### *Average material margin per pound*

The table below provides the average material margin per pound (defined above) for each period presented.

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Average revenue per pound ($) | $ 0.30 | $ 0.40 | $ 0.50 |
| Average raw material cost per pound ($) | 0.16 | 0.24 | 0.34 |
| Average material margin per pound ($) | 0.14 | 0.16 | 0.16 |

As discussed above, our material margin per pound and reported GPC reflect the temporary impact of month-to-month changes in the contract price of butadiene. As provided in the table above, and in the discussion of cost of sales for 2020 versus 2019 on pages 19-20 and for 2019 versus 2018 on page 22, the impact of butadiene price changes on GPC was a negative $5 million in 2020, a negative $8 million in 2019, and a positive $4 million in 2018. Excluding the temporary impact of butadiene price changes on all three years, average material margin per pound would be $0.15 for 2020 and $0.16 for 2019 and 2018.

The following table summarizes the primary indices which impact our revenues and raw material costs by segment.

| Segment / Finished Product | Revenues | Raw Material Costs |
|---|---|---|
| **C4 Processing Segment** | | |
| Butadiene | Butadiene | Butadiene |
| Butene – 1 | Unleaded regular gasoline | Unleaded regular gasoline |
| Raffinates | Unleaded regular gasoline | Unleaded regular gasoline |
| **Performance Products Segment** | | |
| Polyisobutylene | Isobutane | Butane |
| Diisobutylene | Isobutane | Butane |
| MTBE | MTBE | Isobutane, methanol |

CONFIDENTIAL

The following table summarizes the average commodity index prices for each period presented.

| | Year Ended December 31, | | | Year Ended December 31, | | |
|---|---|---|---|---|---|---|
| Average commodity prices: | **2020** | **2019** | **% Chg.** | **2019** | **2018** | **% Chg.** |
| Butadiene (cents/lb) (1) | 30.6 | 44.0 | -30% | 44.0 | 62.2 | -29% |
| Unleaded regular gasoline (cents/gal) (2) | 114.7 | 171.6 | -33% | 171.6 | 189.8 | -10% |
| Butane (cents/gal) (3) | 58.6 | 65.2 | -10% | 65.2 | 101.9 | -36% |
| Isobutane (cents/gal) (3) | 58.5 | 73.9 | -21% | 73.9 | 109.9 | -33% |
| MTBE (cents/gal) (2) | 127.7 | 197.5 | -35% | 197.5 | 223.8 | -12% |
| Methanol (cents/gal) (4) | 101.3 | 116.3 | -13% | 116.3 | 147.8 | -21% |

(1) Industry pricing was obtained through IHS.

(2) Industry pricing was obtained through Platts.

(3) Industry pricing was obtained through Oil Price Information Service.

(4) Industry pricing was obtained through J. Jordan.

The following table provides sales volumes, revenue, cost of sales, GPC and operating expenses by operating segment (amounts in thousands) for the years ended December 31, 2020, 2019 and 2018. Please refer to this information, as well as our consolidated financial statements and accompanying notes included elsewhere in this Annual Report, when reading our discussion and analysis of results of operations below. All information provided in the table below, except sales volumes, is derived from our Consolidated Statements of Operations. Sales volumes for all periods presented constitute unaudited information.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2020** | | **2019** | | **2018** | |
| **Sales volumes (pounds) (1):** | | | | | | |
| C4 Processing | 1,474,078 | | 2,326,067 | | 1,988,264 | |
| Performance Products | 1,055,889 | | 1,379,245 | | 1,254,734 | |
| | 2,529,967 | | 3,705,312 | | 3,242,998 | |
| **Revenue:** | | | | | | |
| C4 Processing | $ | 407,181 | $ | 922,204 | $ | 1,043,164 |
| Performance Products | | 344,209 | | 542,722 | | 583,671 |
| | $ | 751,390 | $ | 1,464,926 | $ | 1,626,835 |
| **Cost of sales (2):** | | | | | | |
| C4 Processing | $ | 300,342 | $ | 700,421 | $ | 853,517 |
| Performance Products | | 218,721 | | 331,412 | | 399,537 |
| | $ | 519,063 | $ | 1,031,833 | $ | 1,253,054 |
| **GPC** | | | | | | |
| C4 Processing | $ | 106,839 | $ | 221,783 | $ | 189,647 |
| Performance Products | | 125,488 | | 211,310 | | 184,134 |
| | $ | 232,327 | $ | 433,093 | $ | 373,781 |
| **Operating expenses (2):** | | | | | | |
| C4 Processing | $ | 109,916 | $ | 112,870 | $ | 117,592 |
| Performance Products | | 71,143 | | 67,066 | | 65,736 |
| | $ | 181,059 | $ | 179,936 | $ | 183,328 |

(5) Sales volumes represent product sales volumes only and do not include volumes of products delivered under tolling or similar arrangements, in which we do not purchase the raw materials, but process raw materials for another party for a specified fee.

(6) Cost of sales does not include operating expenses, and cost of sales and operating expenses do not include depreciation and amortization expenses.

CONFIDENTIAL

*Year ended December 31, 2020 versus year ended December 31, 2019*

*Revenue*

Total revenue for 2020 was $751.4 million compared to $1,464.9 million for 2019. The decrease of $713.5 million, or 49%, reflected a 32% decrease in overall sales volume and a 25% decrease in average revenue per pound. The lower overall sales volume reflected decreases for both the C4 Processing segment and the Performance Products segment. The lower overall average revenue per pound reflected lower average selling prices for both operating segments. Variances in average selling prices for both operating segments reflected variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of selling prices are linked on page 17).

C4 Processing segment revenue of $407.2 million for 2020 was down $515.0 million, or 56%, compared to 2019 revenue of $922.2 million. The lower revenue for 2020 reflected a 37% decrease in sales volume, which had a negative impact of $354 million, and a 30% decrease in average revenue per pound, which had a negative impact of $161 million. The decrease in sales volume for 2020 primarily reflected a combination of the loss of our crude C4 processing capacity resulting from the shutdown of our Port Neches facility and customer demand impact from COVID, which would have been mitigated with connectivity to butadiene and raffinate customers from our PNO location. Sales volume for 2019 was driven by strong demand for all products, and raffinate demand for alkylation by our refinery customers was especially strong over the last three quarters of the year. The 30% decrease in average revenue per pound for the segment reflected a 30% decrease in the average benchmark price for butadiene and a 33% decrease in average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 17).

Performance Products segment revenue for 2020 was $344.2 million compared to $542.7 million for the prior year. The $198.5 million, or 37%, decrease in revenue reflected a 23% decrease in sales volume, which had a negative impact of $109 million, and a 17% decrease in average revenue per pound, which had a negative impact of $90 million. The decrease in average revenue per pound reflected decreases in the prices of isobutane and MTBE of 21% and 35%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 17). The lower sales volume was driven primarily by weaker PIB demand due in large part to the global slowdown in new car sales. MTBE sales volume was down 28% which reflected lower production volumes as we elected to move feedstock used for MTBE production into our raffinate business because of significant margin erosion on MTBE and the effects of the 2020 first quarter turnaround.

*Cost of Sales*

Total cost of sales for 2020 was $519.1 million compared to $1,031.8 million for 2019. The significantly lower cost of sales in the current year period reflected the overall decrease in sales volume discussed above and the substantial decline in the average cost of raw materials included in the average cost of the finished products sold by both operating segments. Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 17).

C4 Processing segment cost of sales for 2020 was $300.3 million versus $700.4 million for the prior year. The decrease reflected the impact of the 37% decrease in sales volume discussed above and a 44% decrease in the average cost of the raw material component of the finished products sold. The lower average cost of raw materials reflected decreases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 30% and 33%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 17). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in 2020 reflected a negative butadiene pricing impact of $5 million and our profit margins in 2019 reflected a negative butadiene pricing impact of $8 million, which resulted in a favorable year-over-year impact on profit margins of $3 million.

Performance Products segment cost of sales was $218.7 million for 2020 compared to $331.4 million for 2019. The $112.7 million, or 34%, decrease reflected a 23% decrease in the sales volume discussed above and a 19% decrease in the average cost of the raw material component of the finished products sold. The lower average cost of raw materials reflected decreases in the average price of butane, isobutane and methanol of 10%, 21% and 13%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 17).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind

19

CONFIDENTIAL

the variations in overall average revenue per pound and average raw material cost per pound for 2020 compared to 2019.

*Operating Expenses*

Operating expenses incurred during 2020 were $181.1 million compared to $179.9 million incurred during 2019. The $1.2 million increase included $19 million higher insurance costs primarily due to the PNO incident, $2.3 million higher sales and use taxes, $1.2 million higher property taxes, as well as $0.8 million higher employee benefits. This was partially offset by lower fixed supply chain expenses of $3.9 million, lower 401-K and incentive compensation costs of $7.6 million, $10.1 million lower manufacturing overhead costs and $0.5 million lower selling costs. Lower manufacturing costs of $10.1 million included $13.7 million lower PNO facility costs and $1.4 million lower support group costs, partially offset by higher maintenance expenses which included inspections and repairs. The lower fixed supply chain expenses largely reflected lower pipeline repair and inspection expenses.

*General and Administrative Expenses*

General and administrative expenses for 2020 were $28.0 million versus $28.7 million for the prior year. The $0.7 million decrease consisted primarily of lower personnel-related expenses.

*Depreciation and Amortization*

Depreciation and amortization expenses were $74.2 million in 2020 compared to $81.0 million in 2019. The $6.8 million decrease reflected lower depreciation of $3.8 million and lower turnaround amortization of $4.5 million partly offset by higher catalyst amortization of $1.5 million. The $3.8 million decrease in depreciation expense primarily represents a $4.7 million decrease in certain technology assets that were fully depreciated in early 2020 offset by $0.9 million increase in deprecation for assets put into service in 2020. In general, depreciation expense varies due to the net impact of capital additions less retirements and write-offs. The $4.5 million net decrease in turnaround amortization reflects the lower dehydro turnaround amortization as a result of the lower total turnaround cost of the unit's third scheduled turnaround during the first quarter of 2020. In addition, the write-off of deferred turnaround costs related to the Port Neches incident in the fourth quarter of 2019, lowered the turnaround amortization in future periods.

*Loss on Port Neches Incident, net*

For the current year, the $50.1 million loss related to the Port Neches incident (discussed on pages 12-14) reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

For the prior year, the comparative loss related to the Port Neches incident (discussed on pages 12-14) was $91.9 million. This loss reflected the amount of asset write-offs and costs incurred as a direct result of the Port Neches incident, net of insurance reimbursement received and for which future receipt was considered to be probable. The net loss consisted of $19.0 million for the write-off of deferred turnaround costs related to the Port Neches site, insurance deductibles of $11.1 million, and estimated third-party liability claims expected to be in excess of insurance policy coverage of $61.8 million.

*Business Interruption Insurance Recovery*

The $12.1 million of business interruption insurance recovery represents the amount received on our PNO incident business interruption claim.

*COVID-19 Expenses*

The expense of $1.9 million represents the incremental expenses directly related to our response to the COVID-19 pandemic.

*Interest Expense*

Interest expense for 2020 was $112.9 million compared to $101.7 million for 2019. The $11.2 million increase primarily reflected the impact of the refinancing of our debt on August 2, 2019 and consisted of a net increase in interest expense on the 10.5% Notes compared to the 8.75% Notes of $7.4 million, an increase in interest expense on the New Term Loan of $3.7 million and higher net

other interest expense of $0.4 million which included interest on the financing of insurance premiums. This was partially offset by lower interest on the ABL facility of $0.3 million.

The $7.4 million higher interest on the Notes reflected $13.5 million higher interest, partially offset by $6.1 million lower deferred financing and discount costs versus prior year. The $3.7 million higher interest on the Old Term Loan included $1.8 million higher interest and $1.9 million higher deferred financing cost amortization in conjunction with the refinancing of this loan on February 3, 2020.

### Other, Net

Other than refinancing optimization expenses in 2019 of $0.5 million, both the current and prior year amounts included various miscellaneous income and expense items, none of which were individually significant.

### Income Tax Benefit

The effective income tax benefit rates for 2020 and 2019 were 7.7% and 19.8%, respectively. The effective rates for both periods reflected the federal statutory rate of 21% and state income taxes, net of federal benefit, adjusted for the impact of permanent book/tax differences, the credit for increasing research activities and adjustments for prior year permanent book/tax differences that were identified upon completion of the tax return for each year. The lower effective benefit rate for 2020 reflected the establishment of a $27.7 million valuation allowance.

Prior to recording the valuation allowance, we had a net deferred tax asset at December 31, 2020 of $27.7 million, which reflected deferred tax assets of $153.7 million and deferred tax liabilities of $126.0 million. Based on assessment of both positive and negative evidence, we have concluded that it is more likely than not that the Company will not be able to realize the benefit of the deferred tax assets recorded at December 31, 2020. In the event that the actual outcome of future tax consequences differs from management estimates and assumptions, the resulting change to the provision for income taxes could have a material impact on the consolidated results of operations and statements of financial position. Please refer to Note O *Income Taxes.*

Our net operating loss for 2020 was $9.0 million, which reflects our pretax book loss of $203.9 million which was substantially offset by taxable temporary differences of $135.1 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $69.5 million. The book pretax loss reflects the significant loss of production and distribution capability resulting from the Port Neches incident as well as the negative impact of COVID-19 on demand for our products and the overall economy.

### Year ended December 31, 2019 versus year ended December 31, 2018

#### Revenue

Total revenue for 2019 was $1,464.9 million compared to $1,626.8 million for 2018. The decrease of $161.9 million, or 10%, reflected a 21% decrease in overall average revenue per pound, partially offset by a 14% increase in overall sales volume. The lower overall average revenue per pound reflected lower average selling prices for both operating segments. The higher overall sales volume reflected increases for both the C4 Processing segment and the Performance Products segment. Variances in average selling prices for both operating segments reflected variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of selling prices are linked on page 17).

C4 Processing segment revenue of $922.2 million for 2019 was down $121.0 million, or 12%, compared to 2018 revenue of $1,043.2 million. The lower revenue for 2019 reflected a 24% decrease in average revenue per pound, which had a negative impact of $245 million, partially offset by a 17% increase in sales volume, which had a positive impact of $124 million. The 24% decrease in average revenue per pound for the segment reflected a 29% decrease in the average benchmark price for butadiene and a 10% decrease in average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 17). Sales volume for 2019 was driven by strong demand for all products, and raffinate demand for alkylation by our refinery customers was especially strong over the last three quarters of the year. Although the Port Neches incident, which occurred in late November (discussed on pages 12-14) was a significant event, it did not have a material impact on the segment's 2019 reported operating results. Regarding 2018, production and sales volumes were negatively impacted by crude C4 supply constraints due to supplier outages, as well as freezing temperatures and ship channel fog issues in the first quarter, some carryover of the first quarter issues and operational issues in our crude C4 processing system in the second quarter and the dock incident (discussed on page 12) in the third quarter.

CONFIDENTIAL

Performance Products segment revenue for 2019 was $542.7 million compared to $583.7 million for the prior year. The $41.0 million, or 7%, decrease in revenue reflected a 15% decrease in average revenue per pound, which had a negative impact of $71 million, partially offset by a 10% increase in sales volume, which had a positive impact of $30 million. The decrease in average revenue per pound reflected decreases in the prices of isobutane and MTBE of 33% and 12%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 17). The increase in sales volume reflected a full year of operation of the dehydro unit in 2019 whereas production for 2018 was curtailed by a seventy-day turnaround and revamp of the unit in the first quarter and the dock incident (discussed on page 12) in second quarter 2018. The increase in production and sales volume of the dehydro unit was somewhat offset by weaker PIB demand due in large part to the global slowdown in new car sales.

*Cost of Sales*

Total cost of sales for 2019 was $1,031.8 million compared to $1,253.1 million for 2018. The overall decrease of $221.3 million was driven primarily by a substantial decline in the average cost of raw materials included in the average cost of the finished products sold by both operating segments, partially offset by higher overall sales volume as discussed above. Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 17).

C4 Processing segment cost of sales for 2019 was $700.4 million versus $853.5 million for the prior year. The decrease of $153.1 million, or 18%, for the segment reflected the impact of a 32% decrease in the average cost of the raw material component of the finished products sold, partially offset by the 17% increase in sales volume discussed above. The lower average cost of raw materials reflected decreases in the average benchmark price of butadiene and the average price of unleaded regular gasoline of 29% and 10%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 17). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in 2019 reflected a negative butadiene pricing impact of $8 million and our profit margins in 2018 reflected a positive butadiene pricing impact of $4 million, which resulted in an unfavorable year-over-year impact on profit margins of $12 million for 2019 compared to 2018.

Performance Products segment cost of sales was $331.4 million for 2019 compared to $399.5 million for 2018. The $68.1 million, or 17%, decrease was driven by a 28% decrease in the average cost of the raw material component of the finished products we sold, partially offset by the 10% increase in sales volume discussed above. The lower average cost of raw materials reflected decreases in the average prices of butane, isobutane and methanol of 36%, 33% and 21%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 17).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in overall average revenue per pound and average raw material cost per pound for 2019 compared to 2018.

*Operating Expenses*

Operating expenses incurred during 2019 were $179.9 million compared to $183.3 million incurred during 2018. The $3.4 million decrease reflected lower maintenance expenses of $9.4 million and lower rental expenses of $2.7 million, partially offset by higher fixed supply chain expenses of $6.8 million, higher personnel expenses of $1.2 million and higher technology expenses of $0.6 million. The lower maintenance expenses in large part reflected the absence of incremental maintenance expenses incurred in the first half of 2018 related to the freeze damage incurred at both of our plant sites, the unplanned dehydro outage in the first quarter of 2018 and the operational issues in our crude C4 Processing system in the second quarter of 2018. The lower rental expenses reflected the incremental cost of temporary rental boilers at our Port Neches facility in the prior year to mitigate the impact of the site's primary steam supplier's outage. The higher fixed supply chain expenses reflected an increase in third party storage facility expense and higher pipeline repair and inspection expenses.

*General and Administrative Expenses*

General and administrative expenses for 2019 were $28.7 million versus $26.3 million for the prior year. The $2.4 million increase consisted primarily of higher personnel-related expenses.

CONFIDENTIAL

*Depreciation and Amortization*

Depreciation and amortization expense was $81.0 million compared to $141.7 million in 2018. The $60.7 million decrease reflected lower depreciation of $61.9 million, lower turnaround amortization of $0.5 million and higher catalyst amortization of $1.7 million. The decrease in depreciation expense reflected a substantial number of plant and equipment assets that were revalued with remaining estimated useful lives of six years in conjunction with the Merger in December 2012 and which were fully depreciated as of the end of 2018.

*Loss on Port Neches Incident, net*

The $91.9 million loss related to the Port Neches incident (discussed on pages 12-14) reflected the amount of asset write-offs and costs incurred as a direct result of the Port Neches incident, net of insurance reimbursement received and for which future receipt was considered to be probable. The net loss consists of $19.0 million for the write-off of deferred turnaround costs related to the Port Neches site, insurance deductibles of $11.1 million, and estimated third-party liability claims expected to be in excess of insurance policy coverage of $61.8 million.

*Business Interruption Insurance Recovery*

The $0.6 million of business interruption insurance recovery represents the full amount received on our Hurricane Harvey business interruption claim.

*Repair and Other Expenses Related to Dock Incident*

The expense of $1.5 million for 2018 included the insurance deductible of $0.25 million and the uninsured incremental logistics and legal expenses directly related to the dock incident in the second quarter.

*Interest Expense*

Interest expense for 2019 was $101.7 million compared to $89.3 million for 2018. The $12.4 million increase reflected the impact of the refinancing of our debt on August 2, 2019 and consisted of a net increase in interest on the 10.5% Notes compared to the 8.75% Notes of $13.5 million, write-off of the discount on the 8.75% Notes of $1.6 million and the write-off of deferred financing costs related to the 8.75% Notes and the New Term Loan of $4.8 million, partially offset by the impact of repayment of the Old Term Loan in conjunction with the refinancing of $6.3 million, lower interest on the ABL facility due to lower average borrowings of $0.9 million and higher interest income of $0.4 million.

*Other, Net*

Other than refinancing optimization expenses in 2019 of $0.5 million, both the current and prior year amounts included various miscellaneous income and expense items, none of which were individually significant.

*Income Tax Benefit*

The effective income tax benefit rates for 2019 and 2018 were 19.8% and 20.5%, respectively. The effective rates for both periods reflected the federal statutory rate of 21% and state income taxes, net of federal benefit, adjusted for the impact of permanent book/tax differences, the credit for increasing research activities and adjustments for prior year permanent book/tax differences that were identified upon completion of the tax return for each year. The lower effective benefit rate for 2019 reflected the impact of a higher state tax, net of federal benefit, on a substantially lower pretax loss.

The 2019 book pretax loss of $51.7 million included a net loss related to the Port Neches incident (discussed on pages 12-14) of $91.9 million, which consisted of losses and costs incurred of $287.4 million, offset by $10.0 million of liability insurance proceeds received in 2019 and probable insurance proceeds receivable of $185.5 million recorded at December 31, 2019. Our 2019 tax net operating loss was $93.1 million, which included tax deductions of $241.5 million for incurred ordinary and necessary expenses related to the Port Neches incident, offset by $10.0 million of insurance proceeds we received in 2019.

We had a net deferred tax liability at December 31, 2019 of $13.3 million, which reflected deferred tax liabilities of $148.8 million and deferred tax assets of $135.5 million. Based on assessment of both positive and negative evidence, we have concluded that it is more likely than not that the Company will realize the benefit of the deferred tax assets recorded at December 31, 2019. The Company's long-range plan, which was completed prior to the Port Neches incident, projected use of all net operating losses generated through 2018

CONFIDENTIAL

within the next five years as well as utilization of a significant portion of the disallowed interest deduction carryforward. The loss of income reflected in the long-range plan due to the shutdown of the Port Neches facility will be replaced by business interruption insurance recoveries, which went into effect on January 12, 2020 after a forty-five-day deductible period.

*Liquidity and Capital Resources*

*Net Debt and Liquidity*

As of December 31, 2020, our financing arrangements consisted principally of the 10.5% Notes, the ABL Facility and the New Term Loan. In addition, we financed our 2020 insurance renewal premiums through Aon Premium Finance LLC, an affiliate of our Broker, Aon PLC.

At December 31, 2020, we had total long-term debt of $985.3 million (excluding deferred financing costs of $14.7 million), Long-term debt consisted of $930.0 million of 10.5% Notes and $70.0 million of the New Term Loan; we had no borrowings on the ABL Facility. Despite the fact that the New Term Loan's extended maturity date was in August of 2021, we classified the New Term Loan as long-term because we were able to refinance the loan, as discussed below, prior to the issuance of this Annual Report. Cash on hand was $18.5 million and we had no short-term money market investments (with maturities of less than three months) or short-term investments (with original maturities between 90 days and one year).

The ABL borrowing base was sufficient to support borrowings of $75.6 million and combined with cash on hand of $18.5 million, provided total liquidity of $94.1 million at December 31, 2020. Based on our current estimates of operating income and the uncertainty surrounding the timing of insurance proceeds, the Company refinanced the New Term Loan on February 2, 2021 to add incremental liquidity. As discussed in more detail below, on February 2, 2021 TPCGI issued and sold $153 million of 10.875% Senior Secured Notes. We are currently considering additional opportunities to improve liquidity.

*New Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provided for a delayed draw term loan of up to $70.0 million and a term of one-year. Availability under the Term Loan was limited to a maximum of four draws with a minimum of $5.0 million per draw. Subject to certain exceptions, the Company's obligations with respect of the Term Loan were secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the 10.5% Indenture . On March 18, 2020, we drew on the facility and received $70.0 million less a 1% original issue discount fee. In May 2020 the lenders agreed to grant the Company the option to extend the maturity date to August 5, 2021. The Term Loan is classified as long-term debt as of December 31, 2020. This treatment is appropriate where short-term debt is replaced with long-term debt after the report date but prior to the issuance of the annual report. This loan was repaid on February 2, 2021 with some of the proceeds received from issuance and sale of the 10.875% Notes.

*ABL Facility*

The ABL Facility is available on a revolving basis to finance our working capital needs and for general corporate purposes. The ABL Facility was composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" revolving tranche (the ABL FILO) when amended and restated on August 2, 2019. Commitments under the ABL FILO reduce, and commitments under the ABL Revolver equally and simultaneously increase, by $2.5 million on each of the first three anniversaries of the August 2, 2019 amendment and restatement.

The credit agreement governing the ABL Facility contains covenants that impose restrictions on, among other things, additional indebtedness, liens, investments, advances, guarantees and mergers and acquisitions. These covenants also place restrictions on asset sales, sale and leaseback transactions, dividends, payments between us and our subsidiaries and certain transactions with affiliates

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

CONFIDENTIAL

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes were issued on August 2, 2019 in conjunction with the refinancing of our debt. The net proceeds from the issuance of the 10.5% Notes were $918.3 million after underwriters and other fees and expenses of $11.7 million. The net proceeds from the issuance of the 10.5% Notes were used to redeem and pay accrued interest due on the 8.75% Notes of $816.2 million, to repay the outstanding loan balance and pay accrued interest due on the Old Term Loan of $50.3 million and to repay the outstanding loan balance and pay accrued interest due on the ABL of $35.9 million.

The 10.5% Notes are due August 1, 2024 and interest is paid semi-annually in arrears on February 1 and August 1.

The 10.5% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

On February 2, 2021 the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein.

*10.875% Notes*

On February 2, 2021 TPCGI issued and sold $153 million aggregate principal amount of 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021. The 10.875 % Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL Facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

*Insurance Premium Financing*

As of December 31, 2020, we have financed $23.6 million of insurance premiums though Aon Premium Finance LLC. The first down payment and the first installment were paid in July 2020 and the remainder is payable in monthly installments following the applicable renewal date through April 2021.

*Sources and Uses of Cash*

Our principal sources of liquidity are our existing cash and cash equivalents, short-term investments, cash generated from operations and borrowings under our ABL. In addition to these sources, another source of liquidity over the near-term will be insurance proceeds received under our various insurance policies, including our property damage and business interruption policies. Business interruption coverage became effective on January 12, 2020 after the forty-five-day deductible period and from that date on will replace the earnings the Port Neches plant would have contributed except as a result of the explosion incident on November 27, 2019 that shut down the plant. The timing of receipt of the additional insurance proceeds under our policies is uncertain at this time. We may also, from time to time, generate cash from opportunistic sales of non-core assets. Our principal uses of cash are to provide working capital, meet debt service requirements, fund capital expenditures and finance our strategic plans, including possible acquisitions. We may also seek to finance our capital expenditures under capital leases or other debt arrangements that provide liquidity or favorable borrowing terms. Our business may not generate sufficient cash flows from operations and future borrowings under our ABL Facility may not be available to us in an amount sufficient to enable us to pay our indebtedness or to fund our other liquidity needs. Our ability to generate

CONFIDENTIAL

sufficient cash depends on, among other factors, prevailing economic conditions, many of which are beyond our control. In addition, upon the occurrence of certain events, such as a change in control, we could be required to repay or refinance our indebtedness. Any future acquisitions, joint ventures or other similar transactions may require additional capital and there can be no assurance that any such capital will be available to us on acceptable terms or at all. However, based on our current level of operations and available cash, including the liquidity generated by the issuance of the 10.875% Notes, we believe that our cash flow from operations, together with availability under the ABL and proceeds received under our insurance policies, will provide sufficient liquidity to fund our current obligations, projected working capital requirements, debt service requirements and capital spending requirements for the foreseeable future.

Our liquidity requirements will be significant primarily due to the annual debt service requirements on the 10.5% Notes, which are estimated to be $97.7 million, annual debt service requirements on the 10.875% Notes, which are approximately $11.6 million, our baseline capital expenditures, which fall within the range of $70 to $80 million, our turnaround and catalyst costs, which would typically be in the range of $20 to $30 million in years we do not perform a dehydro unit turnaround and $35 to $40 million in years we do perform a dehydro unit turnaround, and cash requirements related to the Port Neches incident in advance of insurance recoveries or in excess of insurance coverage limits.

As market conditions warrant and subject to the Company's contractual restrictions and liquidity position, we, our affiliates and/or our equity holders, including the Sponsors and their affiliates, may from time to time repurchase the Company's outstanding debt securities in privately negotiated or open market transactions, by tender offer or otherwise. If in the future we should decide to engage in such transactions, any such purchases may be funded by incurring new debt, including borrowings under our ABL. Any new debt may also be secured debt. We may also use available cash on our balance sheet or new equity capital. The amounts involved in any such transactions, individually or in the aggregate, may be material. Further, any such purchases may result in us acquiring and retiring a substantial amount of the 10.5% Notes, with the attendant reduction in the trading liquidity of any such Notes.

*Cash Flow Summary*

The following table summarizes changes in cash and cash equivalents for the periods indicated (in thousands):

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2020** | | **2019** | | **2018** | |
| Cash flows provided by (used in): | | | | | | |
| Operating activities | $ | (88,865) | $ | 117,354 | $ | 30,817 |
| Investing activities | | (55,889) | | (53,957) | | (63,717) |
| Financing activities | | 78,047 | | 20,767 | | 31,498 |
| Change in cash and cash equivalents | $ | (66,707) | $ | 84,164 | $ | (1,402) |

*Operating Activities*

For the year ended December 31, 2020, net cash used in operating activities was $88.9 million. The net loss of $188.2 million, deferred turnaround and catalyst costs of $28.0 million, deferred income tax benefit of $13.6 million and an increase in working capital of $6.6 million were partially offset by non-cash expenses of $147.5 million. Non-cash expenses consisted of depreciation and amortization of $74.1 million, amortization of debt issuance costs of $8.4 million and non-cash expenses related to the Port Neches incident of $65.0 million.

Trade accounts receivable were $73.4 million at December 31, 2020 compared to $83.9 million at December 31, 2019. The $10.5 million decrease primarily reflected lower revenue of $23.5 million in December 2020 compared to December 2019 and an increase in the days outstanding from 26 days at December 31, 2019 to 29 days at December 31, 2020. Trade accounts receivable were 99% current at both December 31, 2020 and 2019.

Our inventory at December 31, 2020 was $45.4 million compared to $52.1 million at December 31, 2019. The decrease of $6.7 million reflected a 11% decrease in overall average cost per pound, which accounted for $5.8 million of the decrease, and a 2% decrease in physical inventory volumes, which accounted for the remainder of the decrease. The decrease in average cost per pound was driven primarily by a 30% decrease in the benchmark price of butadiene comparing the prices for December 2020 to December 2019.

For the year ended December 31, 2019, net cash generated from operating activities was $117.4 million. The net loss of $41.5 million, deferred income tax benefit of $8.7 million and deferred plant turnaround and catalyst costs of $29.6 were more than offset by non-cash expenses of $164.8 million and a $32.4 million decrease in working capital. Non-cash expenses consisted of depreciation

and amortization of $81.0 million, amortization and write-off of debt issuance costs of $12.5 million and non-cash expenses related to the Port Neches incident of $71.3 million.

In 2018, net cash generated from operating activities was $30.8 million. The net loss of $53.2 million, deferred tax benefit of $13.9 million and deferred plant turnaround and catalyst costs of $53.0 million were more than offset by non-cash expenses of $147.7 million and a $3.1 million decrease in working capital. Non-cash expenses consisted primarily of depreciation and amortization of $141.7 million and debt issuance costs of $6.0 million.

*Investing Activities*

During 2020, 2019, and 2018 we invested $55.9 million, $54.0 million, and $63.7 million, respectively, in the form of capital expenditures, which consisted primarily of baseline spending. In addition to baseline capital investment, 2020 included replacing capacity due to the volumes lost as a result of the Port Neches incident, 2019 included infrastructure improvements in preparation for the increased crude C4 supply from the new ethylene crackers coming on line and 2018 included capital spending related to the dehydro revamp in the first quarter and expansion of capacity at our Port Neches facility as part of our crude C4 processing upgrade program.

*Financing Activities*

Cash of $78.0 million was generated in 2020 from net borrowings on the New Term Loan of $69.3 million and net borrowings to finance our insurance premiums of $13.0 million. These amounts were partially offset by debt issuance costs of $4.3 million.

Net cash generated from financing activities in 2019 was $20.8 million, which consisted of $35.0 million of net borrowings due to the refinancing on August 2, 2019 and the related debt issuance costs of $14.0 million.

Net cash generated from financing activities in 2018 was $31.5 million, which consisted of $32.0 million of net borrowings under the ABL and debt issuance costs of $0.5 million related to the amendment of the ABL in May 2018.

**Contractual Obligations**

The following table presents our contractual cash obligations at December 31, 2020 (in thousands).

| | Payments Due By Year | | | | |
| | Total | 2021 | 2022-2023 | 2024-2025 | After 2025 |
|---|---|---|---|---|---|
| Notes (1) | $ 1,083,000 | $ - | $ - | $ 1,083,000 | $ - |
| Interest on Notes (1) | 408,324 | 112,764 | 228,578 | 66,982 | - |
| Operating leases (2) | 163,400 | 35,162 | 60,090 | 31,052 | 37,096 |
| | $ 1,654,724 | $ 147,926 | $ 288,668 | $ 1,181,034 | $ 37,096 |

(1) Our financing arrangements at March 24, 2021 comprised the $930 million 10.50% Senior Secured Notes due August 2024 and the $153 million 10.875% Senior Secured Notes due August 2024. Interest on the 10.5% Notes will be paid in arrears on February 1 and August 1 of each year through the August 1, 2024 maturity date. Interest on the 10.875% Notes will be paid in arrears on February 1, May 1, August 1 and Nov 1 of each year through the August 1, 2024 maturity date.

(2) Operating leases consist primarily of leases for barges and tugs, railcars, docks and terminals. Periods covered by operating lease commitments range from less than one year to a maximum of thirteen years.

The above table does not include our long-term crude C4 feedstock purchase contracts, as those commitments generally cannot be estimated on a forward-looking basis because: (1) the amount we are obligated to purchase under these contracts is a percentage of volume of crude C4 produced by a particular supplier, which varies depending on the production methods utilized and the aggregate volume produced by the supplier; and (2) the price for this variable volume is based on certain commodity price indices which vary over time. Our commitments under our long-term crude C4 feedstock purchase contracts are not subject to a specified maximum volume or cap, though as a practical matter the commitments are limited by the production capacity of the supplier. During 2020, we obtained 99.8% of our crude C4 feedstocks under these long-term feedstock purchase contracts (excluding spot purchases and contracts with terms of less than one year), for aggregate expenditures of $173.9 million.

CONFIDENTIAL

*Off-Balance-Sheet Arrangements*

We do not currently utilize any off-balance-sheet arrangements to enhance our liquidity and capital resource positions, or for any other purpose.

***Critical Accounting Policies and Estimates***

In preparing our financial statements in conformity with accounting principles generally accepted in the United States of America, we make certain estimates and assumptions about future events that could significantly affect the amounts of reported assets, liabilities, revenues and expenses, as well as the disclosure of contingent assets and liabilities in the financial statements and accompanying notes. Some of our accounting policies require the application of significant judgment by management to select the appropriate assumptions to determine these estimates. By their nature, these judgments are subject to an inherent degree of uncertainty; therefore, actual results may differ significantly from estimated results. We base our judgments on our historical experience, knowledge of the business and industry, advice from experts and consultants, business forecasts and other available information, as appropriate.

Our most critical accounting policies, which reflect significant management estimates and judgment to determine amounts reported in our consolidated financial statements, are as follows:

*Inventory Cost*

Our inventories consist of raw materials and finished products and are valued at the lower of average cost or market. Costs of finished products include raw materials, energy, labor and manufacturing overhead. We may enter into product exchange agreements with suppliers and customers for raw materials and/or finished goods in the normal course of business. Under these arrangements we deliver product volumes to the exchange partner to be delivered in-kind back to us or receive product volumes to be delivered in-kind by us to the exchange partner in the future, generally in the short term. Product exchanges typically benefit both parties from a logistical perspective and provide for additional flexibility regarding both receipt of raw materials from suppliers and delivery of finished goods to customers. Exchange balances due to or from exchange partners are recorded in inventory at the lower of average cost or market and do not impact the consolidated statements of operations and comprehensive income, as they are recognized at the carrying amount. Our inventory levels can vary significantly depending on availability of raw materials, especially crude C4, plant operations, customer demand and seasonality. In addition to potential fluctuations in the amounts of physical inventories we carry, we can be exposed to potential devaluations in net realizable value of our inventories, especially our fuel-related products, during periods of rapidly declining unleaded regular gasoline prices and demand for fuel-additive products. A significant amount of judgment is required to determine the appropriate normal range of plant production activity and plant operating expenses regarding plant overhead cost absorption and to determine the appropriate market valuation of inventories to assess recoverability of the carrying cost of our inventory. Use of different estimates and assumptions to determine the appropriate amounts of overhead absorption and market value for inventory valuation purposes, when such market is below cost, could have a significant impact on our financial condition and results of operations from period to period.

The average cost of our inventory at the end of any period reflects the carrying cost of raw materials and finished goods inventory on hand at the beginning of the period and the actual cost of raw material purchases and finished goods production during the period. The actual costs of most of our raw materials are based on contractual arrangements which, in various ways, link the purchase costs to a commodity price index. Downward movement in commodity price indices between the times raw materials are purchased and the related finished products are sold can result in reductions in realizable value of the inventory prior to the sale of our finished products. Such reductions in realizable value can occur despite the index-based pricing in our contracts, because the effect of using matching indices is lessened when we do not purchase the feedstock and sell the finished product in the same period. If it is determined at the balance sheet date that the carrying value of the inventory will not be recovered based on management's best estimates and assumptions regarding inventory turnover rates and future selling prices, the carrying value of the inventory is written down to net realizable value through lower-of-cost-or-market (net realizable value) adjustments.

*Property, Plant and Equipment*

Property, plant and equipment are stated at depreciated historical cost. Depreciation of property, plant and equipment is computed using the straight-line method over the estimated useful lives of the assets. Maintenance and repairs and minor renewals are charged to expense as incurred while major improvements, renewals and betterments are capitalized. Interest is capitalized on long-term construction projects using our internal cost of debt rate, or at the rate at which funds are borrowed specifically for a certain project. A significant amount of judgment is required in various circumstances to determine the appropriate recognition of costs as capital expenditures or expenses, estimated useful lives of property, plant and equipment, and when and by how much carrying amounts may be impaired. Use of different estimates and assumptions to determine capital versus expense treatment of costs, useful lives of assets

CONFIDENTIAL

and impairment of long-lived assets could have a significant impact on our financial condition and results of operations from period to period.   The estimated useful lives of our main categories of fixed assets are as presented below.

|  | Estimated Useful Lives (in years) |
|---|---|
| Plant equipment | 5 - 35 |
| Pipelines | 15 - 40 |
| Buildings and land improvements | 15 - 45 |
| Technology assets | 5 - 6 |

*Intangible Assets*

Our intangible assets include patents and a technology license for the butadiene extraction process at our Port Neches facility.   Patents are amortized using the straight-line method over useful lives.   Our technology license has no legal, regulatory, contractual, competitive, economic or other factors that would limit its useful life.   Consequently, we have determined its useful life to be indefinite.

*Plant Turnaround Costs*

We use the deferral method to account for costs of major scheduled plant turnarounds.   Plant turnarounds are scheduled and require partial or complete shutdowns of chemical processing units for significant overhaul and refurbishment, for periods typically lasting from two to four weeks.   Under the deferral method, we defer the cost of a turnaround project and amortize the cost over the period between the completion of the turnaround and the next scheduled turnaround, which typically occurs from three to five years after the most recently completed turnaround.   If the next scheduled turnaround occurs sooner than originally anticipated, any remaining deferred cost from the previous turnaround is charged to expense at that time.   If the next scheduled turnaround occurs later than originally anticipated, the amortization period for the previous turnaround cost is not extended.   The deferral method of accounting for turnaround costs requires judgment as to the specific costs to be included in a major turnaround project and requires estimates and assumptions regarding the period of time over which the costs will be amortized.   Use of different estimates and assumptions could have a significant impact on our financial condition and results of operations from period to period.

*Income Tax Assets and Liabilities*

We account for income taxes in accordance with ASC 740, *Income Taxes*.   Determination of tax related assets and liabilities to be recorded and the appropriate recognition of tax positions taken on tax returns requires a significant amount of judgment.   Regarding realization of our deferred tax assets and the need for a valuation allowance against deferred tax assets at each balance sheet date, we consider both positive and negative evidence of sufficient taxable income within the carry-back and/or carry-forward periods as provided under applicable tax law.   Based on our significant net deferred tax asset position and future reversals of existing taxable temporary differences, as well as our historical operating results, we have concluded that a valuation allowance should be recorded for the entire amount of the deferred tax asset.   Regarding assessment of taxable income exclusive of reversing temporary differences and carry-forwards, we consider both our recent historical operating results, as well as our expectations of future operating results; however, historical results are given more weight than our expectations of future profitability, which is inherently uncertain.

*Revenue Recognition*

We recognize revenue in accordance with ASC 606, *Revenue from Contracts with Customers*.   We adopted ASC 606 as of January 1, 2019 and applied the modified retrospective transition method to all contracts not completed as of the adoption date.   The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized.   The premise of the guidance is that a company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services.   The impact of the new standard on our consolidated financial statements was immaterial.

*Derivatives and Hedging*

We account for derivative instruments in accordance with ASC 815, *Derivatives and Hedging*.   Such instruments are measured at fair value and recognized as assets or liabilities in the consolidated balance sheets.   Accounting for changes in the fair value of a derivative depends on the intended use of the derivative and the resulting designation established at the inception of the derivative.   For derivatives that are designated as fair value hedges, changes in fair value are recognized currently though earnings with an offsetting,

CONFIDENTIAL

partial mark-to-fair-value of the hedged item. For derivatives designated as cash flow hedges and meeting the effectiveness guidelines of ASC 815, changes in fair value, to the extent effective, are recognized as other comprehensive income or loss until the hedged item is recognized in earnings. Hedge effectiveness is measured at least quarterly based on the relative changes in fair value between the derivative contract and the hedged item over time, or in the case of options, based on the change in intrinsic value. Any change in fair value of a derivative resulting from ineffectiveness or an excluded component of the gain or loss, such as time value for option contracts, is recognized immediately in earnings. For any derivative instrument not designated as a hedge at inception, changes in fair value of the instrument are recognized in earnings in the period in which the change occurs.

### Contingent Liabilities

We record reserves for contingent liabilities when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment may be subject to the uncertainty of dispute resolution or litigation. Contractual arrangements with our customers and suppliers are typically complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier. Regarding any such disputes, we record reserves for contingent liabilities when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable.

### Stock-Based Compensation

We account for stock-based compensation in accordance with ASC 718, *Compensation-Stock Compensation*. Expense related to stock-based compensation awards is recognized in our financial statements based on the grant date fair values of the respective awards. The amount of grant date fair value recognized as expense in our financial statements is based on an estimate of the number of awards that are ultimately expected to vest, and the related expense is recognized ratably over the vesting period. Forfeitures are estimated at the time of grant and revised, if necessary, in subsequent periods if actual forfeitures differ from the estimates.

### Benefit Plans

We sponsor a noncontributory defined benefit pension plan for approximately 130 union-represented employees at our Port Neches facility. The actuarial determination of the projected benefit obligation and related benefit expense requires certain assumptions, including discount rate, expected return on plan assets, rate of future compensation increases and mortality rates. These assumptions require considerable judgment and can have a significant impact on the amount of the obligation and periodic expense recognized.

## Recent Accounting Developments

### Accounting Standards Adopted in 2020

*Fair Value Measurement* – As required, we adopted ASU 2018-13, *Disclosure Framework - Changes to the Disclosure Requirements for Fair Value Measurement*, which amended ASC 820, *Fair Value Measurement*, as of January 1, 2020. The Company will, when applicable, disclose at Fair Value any derivative assets and liabilities or investments in entities. However, based on our assessment, the standard has currently had little or no impact on our consolidated financial position, results of operations or cash flows.

### Accounting Guidance Issued but Not Yet Adopted as of December 31, 2020

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic. This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment. The Company anticipates recognition of additional assets and corresponding liabilities related to leases upon adoption, effective January 1, 2022.

CONFIDENTIAL

*Defined Benefit Plans* – ASU 2018-14, *Compensation—Retirement Benefits*, amends disclosure requirements for employers that sponsor defined benefit pension or other postretirement plans.   For public business entities, the amendments are effective for fiscal years ending after December 15, 2020.  For all other entities the amendments are effective for fiscal years ending after December 15, 2021.  Early adoption is permitted.   The Company anticipates some changes to the disclosures.

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021.  Adoption methods vary based on the specific items impacted. Management does not expect that changes required by the new standard will materially impact the Company's financial statements and related disclosures.

CONFIDENTIAL

# CONSOLIDATED FINANCIAL STATEMENTS

## Index to Consolidated Financial Statements

|  | Page |
|---|---|
| Report of Independent Certified Public Accountants | 33 |
| Consolidated Balance Sheets | 35 |
| Consolidated Statements of Operations and Comprehensive Loss | 36 |
| Consolidated Statement of Stockholder's Deficit | 37 |
| Consolidated Statements of Cash Flows | 38 |
| Notes to Consolidated Financial Statements | 39 |

CONFIDENTIAL



**Grant Thornton LLP**
700 Milam Street, Suite 300
Houston, TX 77002

**T** 832.476.4600
**F** 713.655.8741

**REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS**

Board of Managers of Sawgrass Holdings GP LLC
Board of Directors and Stockholder of TPC Group Inc. and Subsidiaries

We have audited the accompanying consolidated financial statements of TPC Group Inc. (a Delaware corporation) and subsidiaries, which comprise the consolidated balance sheets as of December 31, 2020 and 2019, and the related consolidated statements of operations and comprehensive loss, changes in stockholder's deficit, and cash flows for each of the three years in the period ended December 31, 2020, and the related notes to the financial statements.

**Management's responsibility for the financial statements**
Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.
Auditor's responsibility

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.



We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of TPC Group Inc. and subsidiaries as of December 31, 2020 and 2019, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2020 in accordance with accounting principles generally accepted in the United States of America.

*Grant Thornton LLP*

Houston, Texas
March 24, 2021

Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd (GTIL). GTIL and each of its member firms are separate legal entities and are not a worldwide partnership.

CONFIDENTIAL

# CONSOLIDATED BALANCE SHEETS

*(In thousands, except share and per share amounts)*

| | December 31, | | | |
|---|---|---|---|---|
| | | 2020 | | 2019 |
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 18,452 | $ | 85,159 |
| Trade accounts receivable | | 73,447 | | 83,882 |
| Insurance receivable - Port Neches incident | | 23,289 | | 185,477 |
| Inventories | | 45,435 | | 52,058 |
| Other current assets | | 41,123 | | 21,690 |
| Total current assets | | 201,746 | | 428,266 |
| Property, plant and equipment, net | | 703,273 | | 684,844 |
| Intangible assets, net | | 3,880 | | 6,768 |
| Other assets, net | | 55,850 | | 53,624 |
| Total assets | $ | 964,749 | $ | 1,173,502 |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 113,092 | $ | 117,716 |
| Accrued liabilities | | 92,635 | | 78,038 |
| Short-term debt | | 13,098 | | - |
| Accrued liabilities - Port Neches incident | | 90,262 | | 191,410 |
| Total current liabilities | | 309,087 | | 387,164 |
| Long-term debt, net of deferred financing costs | | 985,321 | | 915,772 |
| Deferred income taxes | | - | | 13,271 |
| Total liabilities | | 1,294,408 | | 1,316,207 |
| Commitments and contingencies | | | | |
| Stockholder's equity (deficit): | | | | |
| Common stock, $0.01 par value, 2,000 shares authorized, 1,030 issued and outstanding | | - | | - |
| Additional paid-in capital | | 478,314 | | 478,320 |
| Accumulated deficit | | (805,312) | | (617,148) |
| Accumulated other comprehensive loss | | (2,661) | | (3,877) |
| Total stockholder's deficit | | (329,659) | | (142,705) |
| Total liabilities and stockholder's deficit | $ | 964,749 | $ | 1,173,502 |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**

*(In thousands)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2020** | **2019** | **2018** |
| Revenue | $ 751,390 | $ 1,464,926 | $ 1,626,835 |
| Cost of sales (excludes items listed below) | 519,063 | 1,031,833 | 1,253,054 |
| Operating expenses | 181,059 | 179,936 | 183,328 |
| General and administrative expenses | 27,970 | 28,695 | 26,337 |
| Depreciation and amortization | 74,155 | 81,002 | 141,708 |
| Loss on Port Neches incident, net of insurance recovery | 50,141 | 91,895 | - |
| Business interruption insurance recovery | (12,100) | - | (567) |
| COVID-19 expenses | 1,896 | - | - |
| Repair and other expenses related to dock incident | - | - | 1,459 |
| Income (loss) from operations | (90,794) | 51,565 | 21,516 |
| Other (income) expense: | | | |
|   Interest expense | 112,933 | 101,729 | 89,305 |
|   Other, net | 182 | 1,565 | (889) |
| Loss before income taxes | (203,909) | (51,729) | (66,900) |
| Income tax benefit | (15,745) | (10,238) | (13,698) |
| Net loss | (188,164) | (41,491) | (53,202) |
| Change in funded status of defined benefit plan, net of tax effect of ($323), $352 and $592, respectively | 1,216 | (1,325) | (2,228) |
| Comprehensive loss | $ (186,948) | $ (42,816) | $ (55,430) |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

**CONSOLIDATED STATEMENT OF STOCKHOLDER'S DEFICIT**

*(In thousands)*

| | Common Stock | | Additional Paid-in Capital | Accumulated deficit | Accumulated Other Comprehensive Income (Loss) | Total Deficit |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| **Balances - December 31, 2017** | 1 | - | 478,461 | (522,455) | (324) | (44,318) |
| Net loss | - | - | - | (53,202) | - | (53,202) |
| Change in funded status of defined benefit plan, net of tax benefit of $592 | - | - | - | - | (2,228) | (2,228) |
| **Balances - December 31, 2018** | 1 | - | 478,461 | (575,657) | (2,552) | (99,748) |
| Net loss | - | - | - | (41,491) | - | (41,491) |
| Return of equity contributions | - | - | (141) | - | - | (141) |
| Change in funded status of defined benefit plan, net of tax benefit of $352 | - | - | - | - | (1,325) | (1,325) |
| **Balances - December 31, 2019** | 1 | $ - | $ 478,320 | $ (617,148) | $ (3,877) | $ (142,705) |
| Net loss | - | - | - | (188,164) | - | (188,164) |
| Return of equity contributions | - | - | (6) | - | - | (6) |
| Change in funded status of defined benefit plan, net of tax benefit of ($323) | - | - | - | - | 1,216 | 1,216 |
| **Balances - December 31, 2020** | 1 | $ - | $ 478,314 | $ (805,312) | $ (2,661) | $ (329,659) |

The accompanying notes are an integral part of this consolidated financial statement.

CONFIDENTIAL

## CONSOLIDATED STATEMENTS OF CASH FLOWS

*(In thousands)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2020** | **2019** | **2018** |
| Cash flows from operating activities: | | | |
| Net loss | $ (188,164) | $ (41,491) | $ (53,202) |
| Adjustments to reconcile net loss to cash flows provided by operating activities: | | | |
| Depreciation | 47,075 | 50,931 | 112,863 |
| Turnaround amortization | 17,851 | 22,353 | 22,844 |
| Catalyst amortization | 6,341 | 4,831 | 3,113 |
| Patent amortization | 2,888 | 2,887 | 2,888 |
| Port Neches Incident, net of cash expense | 65,021 | 71,325 | - |
| Amortization / write-off of debt issuance costs | 8,443 | 12,501 | 6,040 |
| Deferred income taxes | (13,594) | (8,653) | (13,873) |
| Deferred turnaround cost | (22,505) | (20,956) | (49,869) |
| Deferred catalyst cost | (5,537) | (8,745) | (3,766) |
| Capital projects write-off | - | - | - |
| Changes in assets and liabilities: | | | |
| Accounts receivable | 10,435 | 10,080 | 1,870 |
| Inventories | 7,633 | 11,592 | 4,472 |
| Accounts payable | (19,698) | (32,278) | 19,445 |
| Other assets and liabilities, net | (5,054) | 42,977 | (22,008) |
| Cash provided by (used in) operating activities | (88,865) | 117,354 | 30,817 |
| Cash flows from investing activities: | | | |
| Capital expenditures | (55,889) | (53,957) | (63,717) |
| Cash used in investing activities | (55,889) | (53,957) | (63,717) |
| Cash flows from financing activities: | | | |
| Proceeds from issuance of 10.5% Notes | - | 930,000 | - |
| Payment of 8.75% Notes | - | (805,000) | - |
| Payment of Term Loan | - | (50,000) | - |
| Net proceeds from (paydowns on) ABL Facility | - | (40,000) | 32,000 |
| Proceeds from Term Loan | 69,300 | - | - |
| Insurance finance borrowings | 42,492 | - | - |
| Insurance finance repayments | (29,395) | - | - |
| Debt issuance costs | (4,344) | (14,092) | (502) |
| Equity contributions (returns), net | (6) | (141) | - |
| Cash provided by financing activities | 78,047 | 20,767 | 31,498 |
| Increase (decrease) in cash and cash equivalents | (66,707) | 84,164 | (1,402) |
| Cash and cash equivalents, beginning of period | 85,159 | 995 | 2,397 |
| Cash and cash equivalents, end of period | $ 18,452 | $ 85,159 | $ 995 |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

# NOTE A – BASIS OF PRESENTATION

### 1. *Definition of Terms*

Certain terms used throughout these consolidated financial statements and accompanying notes are defined on page 3 of this Report, which should be referred to when reading these consolidated financial statements and accompanying notes.

### 2. *Organization*

The accompanying consolidated financial statements include the accounts of TPCGI and its direct wholly owned and indirect subsidiaries. TPCGI's direct wholly owned subsidiaries include TPCGLLC and Texas Petrochemicals Netherlands B.V., and its indirect subsidiaries, which are all wholly owned subsidiaries of TPCGLLC, include Texas Butylene Chemical Corporation, Texas Olefins Domestic International Sales Corporation, TPC Phoenix Fuels LLC, Port Neches Fuels LLC, TP Capital Corp., TPC Pipeline Holding Company LLC and TPC Pipeline Company LLC.

### 3. *Principles of Consolidation*

The Company's consolidated financial statements include the accounts of TPCGI and its direct and indirect subsidiaries, after the elimination of all significant intercompany accounts and transactions. The financial statements presented have been prepared by us in accordance with GAAP.

# NOTE B – DESCRIPTION OF BUSINESS

We are a leading North American producer of value-added products derived primarily from C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

In our C4 Processing segment, we process crude C4 into higher value components, namely butadiene, butene-1 and raffinates. Butadiene is primarily used to produce synthetic rubber that is mainly used in tires and other automotive products; butene-1 is primarily used in the manufacture of polyethylene plastic resins and synthetic alcohols; and raffinates are primarily used in the production of alkylate, a component of premium unleaded gasoline.

In our Performance Products segment, we process isobutylene, which we purchase as a raw material and also produce internally, to produce polyisobutylene ("PIB"), diisobutylene ("DIB"), and methyl tertiary-butyl ether ("MTBE").

PIB is primarily used in the production of fuel and lubricant additives, caulks, adhesives, sealants and packaging; DIB is primarily used in the manufacture of surfactants, plasticizers and resins; and MTBE is primarily used as a gasoline blending stock.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 12-14). The Houston plant, in addition to processing crude C4, also produces PIB, DIB, and MTBE. The raw material isobutylene processed at our Houston facility is sourced from processing crude C4, third party supply and internal on-purpose production. The feedstock for our on-purpose isobutylene production is isobutane, which is a plentiful natural gas liquid resulting from shale gas development. Early in the second quarter, we signed a new MTBE offtake contract with one of the world's largest independent fuels and commodity trading firms, in an effort to replace crude C4 capacity. The contract is market based and provides a secure outlet for 100% of our MTBE production through the end of 2023. Since the new MTBE offtake contract is market based, we are subject to greater pricing volatility than under our previous offtake contract.

We also provide critical infrastructure and logistics services along the Gulf Coast. Our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. Our results are impacted by the effects of economic upturns or downturns on our customers and our suppliers, as well as on our own costs to produce, sell and deliver our products. Our customers generally use our products in their own production processes; therefore, if our customers curtail production of their products, our results could be materially affected. In particular, our feedstock costs and product prices are susceptible to volatility in pricing and availability of crude oil, natural gas and oil-related products such as unleaded regular gasoline. Prices for these products tend to be volatile as well as cyclical, as a result of global and local economic factors, worldwide political events, weather patterns and the economics of oil and natural gas exploration and production, among other things.

## NOTE C – RISKS AND UNCERTAINTIES RELATED TO THE COVID-19 PANDEMIC

In March 2020, the World Health Organization declared the outbreak of COVID-19 to be a pandemic. The global coronavirus (COVID-19) pandemic continues to cause considerable uncertainty in the marketplace, and efforts to stop the virus are also having significant economic consequences. Though the government restrictions across the world have generally started to ease and vaccines have become available to help prevent COVID-19 infections, the extent and duration of measures implemented to try to slow the spread of the virus, such as travel bans and restrictions, border closures, quarantines, and business and government shutdowns have caused, and may continue to cause, reduced demand and operational delays. The COVID-19 outbreak has impacted the addressable market for the Company's products, and the Company's business continues to be exposed to risks and uncertainties related to the pandemic. The Company has taken several actions to deal with the pandemic. These include enabling its employees to work from home and suspending all non-essential travel. The ultimate impact and the extent to which the COVID-19 pandemic will continue to affect the business, results of operation and financial condition is difficult to predict and depends on numerous evolving factors outside of the Company's control including: the duration and scope of the pandemic; government, social, business and other actions that have been and will be taken in response to the pandemic; and the effect of the pandemic on short and long-term general economic conditions. This uncertainty also affects management's accounting estimates and assumptions, which could result in greater variability in a variety of areas that depend on these estimates and assumptions.

## NOTE D – GOING CONCERN

The consolidated financial statements of the Company have been prepared on a going concern basis, which contemplates the realization of assets and the discharge of liabilities in the normal course of business. When preparing financial statements, management has the responsibility to evaluate whether there are conditions or events, considered in the aggregate, that create substantial doubt about the Company's ability to continue as a going concern within one year after the date that the financial statements are issued. In applying the accounting guidance, the Company considered its current financial condition and liquidity sources, including current funds available, forecasted future cash flows and its unconditional obligations due over the next 12 months.

The Company has sustained operating losses due to the Port Neches plant explosion in 2019 and as a result of market complications from COVID-19. While the Company's assessment of forecasted cash flow and available liquidity for 2021 includes significant PNO-related insurance receipts, the amount and timing is uncertain and largely outside of the Company's control. The Company can exercise some control over capital spending, but there is no guarantee that alternate forms of additional capital will be available.

## NOTE E– SIGNIFICANT ACCOUNTING POLICIES

### 1. *Use of Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting periods. Significant estimates include liabilities and insurance proceeds related to the Port Neches incident (see Note J), impairment considerations,

allowance for doubtful accounts, inventory valuation, pension plan assumptions, environmental and litigation reserves and provision for income taxes.   Actual results could differ from those estimates.

### 2.  *Cash and Cash Equivalents*

Cash and cash equivalents include amounts on deposit with banks, cash invested temporarily in investments with original maturities of three months or less, and cash on hand.   We maintain cash balances that are insured by the Federal Deposit Insurance Corporation ("FDIC").   At December 31, 2020 and 2019, we had $18.5 million and $85.2 million, respectively, in cash and cash equivalents, which were subject to a $0.25 million per financial institution FDIC insurance coverage limit.   We believe that the likelihood of any loss of cash and cash equivalents is remote and that we are not exposed to any significant credit risk on cash and cash equivalents.

### 3.  *Accounts Receivable*

We extend credit to our customers in the normal course of business and generally do not require collateral for trade accounts receivable.   We perform ongoing credit evaluations of our customers and, in some instances, require letters of credit or additional guarantees in support of contracted amounts.   We review the collectability of trade receivables and use the allowance method to record bad debt expense for amounts that we believe may be uncollectible.   We believe no allowance was necessary as of December 31, 2020 and 2019.   Write-offs are recorded at the time a customer receivable is deemed uncollectible.

### 4.  *Inventories*

Inventories consist of raw materials and finished goods and are valued at the lower of average cost or net realizable value.   Costs of finished products include raw materials, energy, labor and manufacturing overhead.   We may enter into product exchange agreements with suppliers and customers for raw materials and/or finished goods in the normal course of business.   Under these arrangements we deliver product volumes to the exchange partner to be delivered in-kind back to us or we receive product volumes to be delivered in-kind by us to the exchange partner in the future, generally in the short term.   Product exchanges typically benefit both parties from a logistical perspective and provide for additional flexibility regarding both receipt of raw materials from suppliers and delivery of finished goods to customers.   Exchange balances due to or from exchange partners are recorded in inventory at the lower of average cost or net realizable value and do not impact the consolidated statements of operations and comprehensive loss, as they are recognized at the carrying amount.   At December 31, 2020 we had no exchange receivable position and our exchange payable position was $0.6 million.   At December 31, 2019 we had no exchange receivable position and our exchange payable position was $0.8 million.

### 5.  *Property, Plant and Equipment*

Property, plant and equipment are stated at depreciated historical cost.   Depreciation of property, plant and equipment is computed using the straight-line method over estimated useful lives ranging from five to forty-five years for financial reporting purposes and accelerated methods for income tax purposes.   Maintenance and repairs and minor renewals are charged to expense as incurred while major improvements, renewals and betterments are capitalized.

Upon retirement or sale of an asset, the asset cost and the related accumulated depreciation are removed from the accounts and any resulting gain or loss is reflected in results of operations.

The estimated useful lives for our main categories of fixed assets are shown in the table below.

|  | Estimated Useful Lives (in years) |
|---|---|
| Plant equipment | 5  -  35 |
| Pipelines | 15  -  40 |
| Buildings and land improvements | 15  -  45 |
| Technology assets | 5  -  6 |

**CONFIDENTIAL**

**6. *Intangible Assets***

Our intangible assets include patents and a technology license for the butadiene extraction process used at our Port Neches facility. Patents are amortized using the straight-line method over their useful lives. Our technology license has no legal, regulatory, contractual, competitive, economic, or other factors that would limit its useful life; consequently, we have determined its useful life to be indefinite.

**7. *Impairment***

We follow ASC 350, *Intangibles—Goodwill and Other*, regarding impairment of the carrying value of our intangible assets and ASC 360, *Property, Plant and Equipment*, regarding impairment of the carrying value of our property, plant and equipment.

An impairment loss is recognized only if the carrying value of a long-lived asset or asset group is not recoverable and is measured as the excess of the carrying value over the fair value. The carrying amount of a long-lived asset or asset group is considered not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use of the long-lived asset or asset group. Because our long-lived intangible asset (one technology license) is fundamental to and inseparable from the respective long-lived manufacturing assets, we assess impairment of the technology license together with the respective long-lived manufacturing assets based on the undiscounted future cash flows related to the respective manufacturing processes.

We assess our indefinite lived intangible assets and our long-lived assets for impairment annually, during the fourth quarter of each year using a measurement date of December 31 or more frequently if events or changes in circumstances indicate that the carrying amount of these assets may not be recoverable.

**8. *Plant Turnaround Costs***

Plant turnarounds are major scheduled events and require partial or complete shutdowns of chemical processing units for significant overhaul and refurbishment, for periods typically lasting from two to four weeks. We use the deferral method to account for the cost of turnarounds. Under the deferral method the costs of major scheduled plant turnarounds are deferred on the balance sheet and charged to depreciation and amortization expense on a straight-line basis during the period until the next scheduled turnaround.

**9. *Debt Issuance Costs***

Direct costs incurred in connection with the issuance of long-term debt or modification of a credit facility, if the borrowing capacity of the new arrangement is greater than or equal to the borrowing capacity of the previous arrangement, are deferred and amortized as interest expense over the term of the debt or credit facility. Deferred debt issuance costs are reported as an offset to long-term debt on our consolidated balance sheets.

**10. *Revenue Recognition***

We recognize revenue in accordance with ASC 606, *Revenue from Contracts with Customers*, which we adopted as of January 1, 2019. We applied the modified retrospective transition method to all contracts not completed as of the adoption date. This revenue recognition standard provides for a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services.

Substantially all our revenues are derived through contractual arrangements with customers. We consider contractual arrangements to be in place when both parties have approved the contract, are committed to perform, the rights of the parties and payment terms have been identified, the contract has commercial substance and collectability is probable.

Revenue is recognized when the obligations under the terms of a contractual arrangement with the customer have been satisfied. This generally occurs at the point in time when performance obligations are fulfilled and control transfers to the customer. Revenue is measured as the amount of consideration we expect to receive in exchange for transferring goods. Customer incentives are generally based on volumes purchased and recognized over the period earned.

**11. *Insurance Recoveries***

If an insurance claim as of the balance sheet date relates to a recovery of incurred losses, we recognize the recovery up to the amount of the loss incurred, if the recovery is probable. Such recognized insurance proceeds are recorded as a receivable and an offset

CONFIDENTIAL

to the related losses incurred.   We do not recognize any net gains related to insurance proceeds unless the proceeds have been received and any contingencies related to the proceeds have been adequately resolved.

**12.** *Environmental Remediation Costs*

Anticipated expenditures related to investigation and remediation of contaminated sites, which include operating facilities and waste disposal sites, are accrued when it is probable a liability has been incurred and the amount of the liability can be reasonably estimated.

**13.** *Comprehensive Loss*

Comprehensive loss is reported in accordance with ASC 220, *Comprehensive Income*.   Our comprehensive loss is defined as net income adjusted for the change (net of tax) in the funded status of our defined benefit pension plan.

**14.** *Income Taxes*

We account for income taxes in accordance with ASC 740, *Income Taxes*.

We recognize deferred taxes at enacted tax rates on temporary differences between the carrying amounts of assets and liabilities for financial and tax reporting purposes.

We record a valuation allowance on net deferred tax assets when it is more likely than not that these assets will not be realized.

We recognize interest and penalties related to uncertain tax positions taken or to be taken as part of income tax expense.   We incurred no penalty or interest expenses in 2020, 2019 or 2018.

**15.** *Stock-Based Compensation*

We account for stock-based compensation in accordance with ASC 718, *Compensation—Stock Compensation*.   Expense related to stock-based compensation awards is recognized in our financial statements based on the grant date fair values of the respective awards. The amount of grant date fair value recognized as expense in our financial statements is based on an estimate of the number of awards that are ultimately expected to vest, and the related expense is recognized ratably over the vesting period.   Forfeitures are estimated at the time of grant and revised, if necessary, in subsequent periods if actual forfeitures differ from the estimates.

**16.** *Asset Retirement Obligations*

We follow ASC 410, *Asset Retirement and Environmental Obligations*, regarding accounting for obligations associated with the retirement of tangible long-lived assets and the associated asset retirement costs.   The provisions of this statement apply to legal obligations associated with the retirement of long-lived assets that result from the acquisition, construction, development and/or normal operation of a long-lived asset.

We have asset retirement obligations with respect to certain of our chemical processing assets due to various legal obligations to clean and/or dispose of various components of the chemical plants at the time they are retired.   However, these components can be used for extended and indeterminate periods of time as long as they are properly maintained and/or upgraded.   It is our practice and current intent to maintain our chemical processing assets and continue making improvements to those assets based on technological advances. As a result, we believe our facilities have indeterminate lives for purposes of estimating asset retirement obligations because dates or ranges of dates upon which we would retire chemical processing assets cannot reasonably be estimated at this time.   When a date or range of dates can reasonably be estimated for the retirement of any component part of a chemical plant, an estimate of the cost of performing the retirement activities will be provided and a liability will be recorded for the fair value of that cost using established present value techniques.   We did not record any asset retirement obligations related to the retirement of any component parts of our facilities as of December 31, 2020 and 2019.

**17.** *Shipping and Handling Costs*

We account for shipping and handling costs as a fulfillment activity and not a separate performance obligation.   Shipping and handling costs billed to customers in conjunction with sale transactions are recorded as a component of revenue and shipping and handling costs incurred by us are included in cost of sales in the Consolidated Statements of Operations and Comprehensive Loss.

**CONFIDENTIAL**

**18. *Financial Instruments***

The carrying amounts for cash and cash equivalents, receivables and payables approximate fair value because of the short maturity of these instruments. At December 31, 2020, our long-term debt consisted of the fixed rate 10.5% Notes, which had a carrying amount of $930.0 million and a fair value of approximately $774.2 million. At December 31, 2019, our long-term debt consisted of the fixed rate 10.5% Notes, which had a carrying amount of $930.0 million and a fair value of approximately $939.4 million. There were no borrowings on the ABL at December 31, 2020 and December 31, 2019.

**19. *Fair Value Option***

ASC 825, *Financial Instruments*, allows entities to choose, at specified election dates, to measure eligible financial assets and liabilities at fair value that are not otherwise required to be measured at fair value. If a company elects the fair value option for an eligible item, changes in that item's fair value in subsequent reporting periods must be recognized in current earnings. We have not elected to measure any of our eligible financial assets and liabilities at fair value.

**20. *Recent Accounting Developments***

*Accounting Standards Adopted in 2020*

*Fair Value Measurement* – As required, we adopted ASU 2018-13, *Disclosure Framework - Changes to the Disclosure Requirements for Fair Value Measurement*, which amended ASC 820, *Fair Value Measurement*, as of January 1, 2020. The Company will, when applicable, disclose at Fair Value any derivative assets and liabilities or investments in entities. However, based on our assessment, the standard has currently had little or no impact on our consolidated financial position, results of operations or cash flows.

*Accounting Guidance Issued but Not Yet Adopted as of December 31, 2020*

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic. This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment. The Company anticipates recognition of additional assets and corresponding liabilities related to leases upon adoption, effective January 1, 2022.

*Defined Benefit Plans* – ASU 2018-14, *Compensation—Retirement Benefits*, amends disclosure requirements for employers that sponsor defined benefit pension or other postretirement plans. For public business entities, the amendments are effective for fiscal years ending after December 15, 2020. For all other entities the amendments are effective for fiscal years ending after December 15, 2021. Early adoption is permitted. The Company anticipates some changes to the disclosures required to comply with this standard.

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021. Adoption methods vary based on the specific items impacted. Management does not expect that changes required by the new standard will materially impact the Company's financial statements and related disclosures.

**CONFIDENTIAL**

**NOTE F – DETAIL AND DISCUSSION OF CERTAIN CONSOLIDATED BALANCE SHEET CAPTIONS**

*Inventories*

Inventories, as of the dates presented, were as follows (in thousands):

|  | December 31, | |
|  | 2020 | 2019 |
| --- | --- | --- |
| Finished goods | $ 24,665 | $ 31,632 |
| Raw materials and chemical supplies | 20,770 | 20,426 |
|  | $ 45,435 | $ 52,058 |

The decrease of $6.6 million reflected an 11% decrease in overall average cost per pound, which accounted for $5.8 million of the decrease, and a 2% decrease in physical inventory volumes, which accounted for the remainder of the decrease.   The decrease in average cost per pound was driven primarily by a 34% decrease in the benchmark price of butadiene comparing the prices for December 2020 to December 2019.

*Other Current Assets*

Other current assets, as of the dates presented, were as follows (in thousands):

|  | December 31, | |
|  | 2020 | 2019 |
| --- | --- | --- |
| Prepaid insurance premiums | $ 21,002 | $ 342 |
| Spare parts inventory | 15,741 | 14,675 |
| Prepaid expense and other | 4,380 | 6,673 |
|  | $ 41,123 | $ 21,690 |

The increase in Other Current Assets relates to the financing of a substantial portion of our insurance premiums in 2020 for policies renewed through 2021.   Due to significant recent insurance claims in the petrochemical industry, insurance market conditions tightened, and we renewed our policies at substantially higher premiums than the expiring coverages.

*Property, Plant and Equipment*

Property, plant and equipment, as of the dates presented, were as follows (in thousands):

|  | December 31, | |
|---|---|---|
|  | 2020 | 2019 |
| Land and land improvements | $ 52,839 | $ 52,839 |
| Plant and equipment | 1,108,577 | 1,071,744 |
| Construction in progress | 93,903 | 66,830 |
| Other | 52,464 | 50,971 |
|  | 1,307,783 | 1,242,384 |
| Accumulated depreciation | (604,510) | (557,540) |
|  | $ 703,273 | $ 684,844 |

The net increase in Property, Plant and Equipment primarily relates to the $27 million net increase in construction in progress (CIP), which consists of the new Port Neches Plant terminal project that was started in 2020 but not completed by December 31, 2020. The change also reflects the $11 million CIP write off of Port Neches projects in 2019, which lowered 2019 CIP.

*Intangible Assets*

Changes in the carrying amount of our intangible assets, for the periods presented, were as follows (in thousands):

|  | Intangible assets | Accumulated amortization | Carrying value |
|---|---|---|---|
| Balance at December 31, 2018 | $ 26,980 | $ (17,325) | $ 9,655 |
| Amortization | - | (2,887) | (2,887) |
| Balance at December 31, 2019 | 26,980 | (20,212) | 6,768 |
| Amortization | - | (2,888) | (2,888) |
| Balance at December 31, 2020 | $ 26,980 | $ (23,100) | $ 3,880 |

The gross carrying amounts and accumulated amortization of intangible assets, as of the dates presented, were as follows (in thousands):

|  | Gross carrying value | Accumulated amortization | Net carrying value |
|---|---|---|---|
| December 31, 2019 |  |  |  |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (20,212) | 2,888 |
|  | $ 26,980 | $ (20,212) | $ 6,768 |
| December 31, 2020 |  |  |  |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
|  | $ 26,980 | $ (23,100) | $ 3,880 |

CONFIDENTIAL

The technology license is related to the butadiene extraction process at the Port Neches facility, which was shut down indefinitely due to the explosion incident on November 27, 2019 (see Note J). Our current position is that it is more likely than not that this licensed process will be used in the future, so we do not consider the carrying value of the intangible to be impaired. If future facts and/or circumstances indicate an impairment of the carrying value of this asset we will recognize an impairment charge.

Patent amortization expense for year ending December 31, 2020 was $2,888, after which the patents are fully amortized.

### *Other Assets*

Other assets, as of the dates presented, were as follows (in thousands):

|  | December 31, | | | |
| --- | --- | --- | --- | --- |
|  | 2020 | | 2019 | |
| Deferred turnaround costs | $ | 40,308 | $ | 35,654 |
| Catalyst and solvent costs |  | 13,693 |  | 14,870 |
| Other deferred charges |  | 1,849 |  | 3,100 |
|  | $ | 55,850 | $ | 53,624 |

The increase in deferred turnaround costs in 2020 is solely attributable to the Houston facility. The Port Neches facility is currently operating as a terminal (and not a production facility) and therefore has not had any turnaround activity during 2020.

### *Accrued Liabilities*

Accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | December 31, | | | |
| --- | --- | --- | --- | --- |
|  | 2020 | | 2019 | |
| Accrued payroll and benefits | $ | 17,537 | $ | 12,007 |
| Net pension liability |  | 8,493 |  | 7,870 |
| Accrued freight |  | 5,875 |  | 6,799 |
| Accrued interest |  | 41,231 |  | 40,967 |
| Property and sales tax |  | 13,991 |  | 9,894 |
| Other |  | 5,508 |  | 501 |
|  | $ | 92,635 | $ | 78,038 |

The net increase in accrued payroll and benefits liabilities represents an increase deferred payroll taxes as well as an increase in incentive compensation accrued liabilities, not yet paid, year over year. As part of the Company's cash preservation measures, incentive compensation payments for the year ended December 31, 2019 were deferred and are to be paid in 2021. The increase in property and sales tax liabilities versus prior year reflects higher unpaid property tax assessments, a portion of which is currently under appeal. The property tax balance at December 31, 2020 includes $5.1 million and $2.2 million in unpaid taxes related to tax appeals for the years 2020 and 2019 respectively. A $6.3 million property tax payment was made in January of 2021, excluding amounts under appeal. Accrued interest was fairly consistent year over year and the slight increase largely reflects higher interest on the New Term Loan. Payments on the New Term Loan are made quarterly, with the last payment occurring in December 2020. Interest on the $930 million principal amount of the 10.5% Notes is paid semiannually on February 1 and August 2.

*Accrued Liabilities – Port Neches Incident*

Port Neches incident accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | December 31, | | | |
|  | 2020 | | 2019 | |
|---|---|---|---|---|
| Total of losses and costs recognized | $ | 416,817 | $ | 287,372 |
| Deferred gain on insurance | | 36,694 | | - |
| Invoices / settlements paid | | (293,874) | | (30,570) |
| Unpaid invoices included in payables | | (12,507) | | (7,875) |
| Asset write-offs | | (56,868) | | (57,517) |
| | | 90,262 | | 191,410 |
| Accrued response / clean-up costs | $ | 46,258 | $ | 47,566 |
| Estimated claims liability | | 44,004 | | 143,844 |
| | $ | 90,262 | $ | 191,410 |

The above reconciliation reflects $416.8 million and $287.4 million of losses and costs related to the Port Neches incident as of December 31, 2020 and December 31, 2019 respectively (see Note J). The reconciliation provides the main components of the accrued liability for each year. These amounts are shown on the accompanying consolidated balance sheet at December 31, 2020 and December 31, 2019.

For 2020, the amount of loss on the Port Neches incident, net of insurance recoveries, of $50.1 million showing on the Consolidated Statements of Operations and Comprehensive Loss is the total amount of additional losses and costs of $129.4 million incurred during the year less $56.0 million of insurance recoveries received related to 2020 losses and costs and probable insurance recoveries receivable of $23.3 million at December 31, 2020. As of the issuance date of this report, March 24, 2021, we have received $40.0 million in additional insurance proceeds in 2021.

For 2019, the amount of loss on the Port Neches incident, net of insurance recoveries, of $91.9 million showing on the Consolidated Statements of Operations and Comprehensive Loss reflected the total amount of losses and costs of $287.4 million less insurance recoveries received in 2019 of $10.0 million and probable insurance recoveries receivable of $185.5 million at December 31, 2019. As of the issuance date of the December 31, 2019 report, $165.0 million in additional insurance proceeds was received.

## NOTE G – SHORT-TERM DEBT

Our short-term financing arrangements at December 31, 2020 consisted of insurance premium financing. In June 2020 we financed $2.3 million of insurance premiums through Aon Premium Finance LLC. The initial down payment and the first installment payment were due in July 2020 with the remaining payments scheduled to be paid over the next nine months through April 2021. We financed approximately $39.0 million of additional insurance premiums through Aon Premium Finance LLC for insurance coverages that were renewed during the third quarter, making additional down payments and increasing the amount of the remaining monthly payments through April 2021.

**CONFIDENTIAL**

## NOTE H – LONG-TERM DEBT

Outstanding debt as of the dates presented, was as follows (in thousands):

|  | December 31, | | | |
|  | 2020 | | 2019 | |
| --- | ---: | --- | ---: | --- |
| Notes | $ | 930,000 | $ | 930,000 |
| New Term Loan |  | 70,000 |  | - |
| Unamortized discount on New Term Loan |  | (286) |  | - |
| Total long-term debt |  | 999,714 |  | 930,000 |
| Less: deferred financing costs |  | (14,393) |  | (14,228) |
| Long-term debt net of deferred financing costs | $ | 985,321 | $ | 915,772 |

Our financing arrangements at December 31, 2020 were comprised of the 10.5% Notes, the New Term Loan and the ABL. As of December 31, 2020, we were in compliance with all covenants set forth in the Indenture governing the 10.5% Notes and the credit agreement governing the ABL.

### New *Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provides for a delayed draw term loan of up to $70 million and a term of one-year.

Availability under the New Term Loan is limited to a maximum of four draws with a minimum of $5 million per draw.

Subject to certain exceptions, the Company's obligations with respect of the New Term Loan are secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the Indenture governing the 10.5% Notes.

The ABR loans under the New Term Loan bear interest at an Alternate Base Rate plus an Applicable Margin of 6%. The Alternate Base Rate is equal to a fluctuating rate per annum equal to the greatest of (i) the rate of interest last quoted by The Wall Street Journal (or, other national publication selected by the Administrative Agent in consultation with the Borrower) as the United States "prime rate" (the "Prime Rate"), (ii) the Federal Funds Rate plus 0.50%, (iii) the LIBOR Rate determined by the Administrative Agent (with a term equivalent to one month), published as of approximately 11:00 a.m. (London time) two Business Days prior to the date at which the Alternate Base Rate is being determined, plus 1.00%, and (iv) in the case of ABR Loans, 2.50% per annum. The Prime Rate is not necessarily the lowest rate that the Administrative Agent is charging to any corporate customer. Interest is due on the last Business Day of each calendar quarter.

The LIBOR Loans under the New Term Loan have a LIBOR Rate and an Applicable Margin of 7% applied. The LIBOR Rate is the per annum rate of interest (rounded up to the nearest 1/100th of 1%) determined by the Administrative Agent at or about 11:00 a.m. (London time) two Business Days prior to an Interest Period, for a term equivalent to such period, equal to the London Interbank Offered Rate, or comparable or successor rate approved by the Administrative Agent, as published on the applicable Bloomberg screen page (or other commercially available source designated by the Administrative Agent from time to time); provided, that any comparable or successor rate shall be applied by the Administrative Agent in a manner consistent with market practice; provided further, that in no event shall the LIBOR Rate be less than 1.50%. Interest payments are due quarterly in arrears.

The New Term Loan contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- pay dividends on or make certain distributions and other restricted payments;

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets;

- change its lines of business;

- designate TPCGI's subsidiaries as unrestricted subsidiaries; and

- in addition to the foregoing, with respect to the borrower and its subsidiaries, incur certain liabilities.

The New Term Loan also contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the New Term Loan, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion of any such invalidity), certain casualty events, change of control and loss of lien perfection or priority.

On March 18, 2020, we drew on the facility and received $70 million less a 1% original issue discount fee. On May 15, 2020 we and the lenders agreed to amend the New Term Loan. The amendment extended the maturity date from February 2, 2021 to August 5, 2021. In addition, the amendment increased the Applicable Margin on ABR Loans from 6% to 7% and on LIBOR Loans from 7% to 8% as of the date of the amendment. Although the New Term Loan matures in less than one year, as of December 31, 2020, it has been classified as long-term debt, as it was refinanced in February 2021. See Note T, *Subsequent Events*, for further discussion.

*ABL*

TPCGI is the lead borrower under the ABL and certain domestic subsidiaries of TPCGI are co-borrowers (or may be designated co-borrowers) on a joint and several basis.

The ABL is composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" tranche (the ABL FILO). Commitments under the ABL FILO will be reduced, and commitments under the ABL Revolver equally and simultaneously increased, by $2.5 million on each of the first three anniversaries of the August 2019 amendment and restatement.

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

As of December 31, 2020, we had no borrowings outstanding on the ABL and the combined ABL Revolver and ABL FILO borrowing bases provided us with the ability to borrow up to $75.6 million.

The ABL Revolver commitments may be increased by an aggregate principal amount of not more than $150 million, subject only to the consent of the new or existing lenders providing such increases. The lenders under this facility are under no obligation to provide any such additional commitments, and any increase in commitments will be subject to customary conditions precedent. Notwithstanding any such increase in the facility size, TPCGI's ability to borrow under the facility will remain limited at all times by the borrowing base (to the extent the borrowing base is less than the commitments).

Loans under the ABL Revolver bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 1.75% (and may subsequently decrease to 1.50% or increase to 2.00% depending on average excess availability) and with respect to base rate borrowings will initially be 0.75% (and may subsequently decrease to 0.50% or increase to 1.00% depending on average excess availability).

Loans under the ABL FILO bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus

**CONFIDENTIAL**

1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 3.00% (and may subsequently decrease to 2.75% or increase to 3.25% depending on average excess availability) and with respect to base rate borrowings will initially be 2.00% (and may subsequently decrease to 1.75% or increase to 2.25% depending on average excess availability).

The ABL provides for all applicable margins to be reduced by 0.25% during any fiscal quarter for which the Total Leverage Ratio, as defined in the ABL credit agreement, as of the last day of the immediately preceding fiscal quarter, is less than 5.0 to 1.0.

In addition to paying interest on outstanding principal under the ABL, TPCGI is required to pay a commitment fee at an initial rate of 0.500% per annum in respect of the unutilized commitments thereunder. The commitment fee rate subsequently may be reduced to 0.375% depending on the amount of excess availability under the ABL. TPCGI must also pay customary letter of credit fees and fronting fees for each letter of credit issued.

If, at any time, (i) an Event of Default is continuing or (ii) Excess Availability is less than the greater of (x) 12.5% of Availability and (y) $12.5 million, TPCGI shall comply with a minimum Fixed Charge Coverage Ratio for the most recent period of four consecutive fiscal quarters of at least 1.0 to 1.0. Such requirement shall continue until the date that no Event of Default exists, and Excess Availability shall have been not less than the greater of (x) 12.5% of Availability and (y) $12.5 million for a period of 21 consecutive calendar days.

If at any time the aggregate amount of loans and letters of credit outstanding under either the ABL Revolver or under the ABL FILO exceeds the lesser of (a) the applicable total commitments and (b) the applicable borrowing base, TPCGI will be required to prepay loans outstanding and/or cash collateralize outstanding letters of credit in an aggregate amount equal to the amount of any such excess, without any reduction of the commitments. Under certain circumstances, if the aggregate amount available under the ABL is less than the greater of (1) 12.5% of the lesser of (i) the total commitments under such facility and (ii) the borrowing base and (2) $12.5 million for 5 consecutive business days, or if certain defaults occur, all collateral proceeds collected through the cash management system in favor of the collateral agent will be swept to a collection account and applied daily to repay outstanding loans and cash collateralize letters of credit under the ABL.

TPCGI may voluntarily repay loans outstanding under the ABL Revolver and under the ABL FILO at any time without premium or penalty other than customary "breakage" costs with respect to LIBOR loans. All outstanding loans under the ABL Revolver must be repaid before any loans outstanding under the ABL FILO may be repaid. Any subsequent borrowings under the ABL would be made first under the ABL FILO (subject to availability) and next under the ABL Revolver (subject to availability). We may elect at any time to reduce the unutilized portion of the commitment amount under the ABL. We may elect at any time to terminate the ABL FILO commitments in full (but not in part) provided that 30 Day Excess Availability, as defined in the Credit Agreement and calculated on a pro forma basis, would not be less than the greater of (a) 17.5% of availability and (b) $25 million if the Fixed Charge Coverage Ratio is at least 1.0 to 1.0 or 30 Day Excess Availability would not be less than 22.5% of availability if the Fixed Charge Coverage Ratio is less than 1.0 to 1.0.

Pursuant to a Guarantee, dated as of August 2, 2019, among Parent, TPCGI, the other guarantors party thereto and Bank of America, N.A., as administrative agent and collateral agent, all obligations under the Senior Secured Asset-Based Revolving Credit Agreement are unconditionally guaranteed by substantially all existing and future, direct and indirect, wholly-owned material restricted domestic subsidiaries of TPCGI, subject to certain exceptions, including, any applicable legal, regulatory or contractual constraints and to the requirement that such guarantee will not cause material adverse tax consequences.

The borrowers under the ABL are jointly and severally liable for all borrowings and other obligations thereunder. Pursuant to a Pledge and Security Agreement, dated as of August 2, 2019, among Parent, TPCGI, the subsidiary grantors and Bank of America, N.A., as administrative agent and collateral agent, and any additional borrowers that may become party thereto from time to time, such obligations and the guarantees of such obligations are secured, subject to permitted liens and other exceptions, by:

- a first-priority lien on the following:

    (a) accounts receivable, including those arising from the sale of inventory and other goods and services (including related contracts and contract rights, inventory, tax refunds, cash and cash equivalents);

    (b) inventory;

    (c) intercompany notes and intellectual property and other intangible assets to the extent attached to or necessary to sell any of the foregoing;

(d)    deposit and investment accounts (and all cash, checks and other negotiable instruments, funds and other evidences of payment held therein, but not any identifiable proceeds of Notes First Priority Collateral (as defined below));

(e)    to the extent evidencing, governing, securing or otherwise related to any of the foregoing and the other Revolver First Priority Collateral (as defined below), all documents, general intangibles (excluding intellectual property), instruments, investment property (but not stock in subsidiaries or equity interest in any limited liability company or other entity constituting Notes First Priority Collateral), commercial tort claims, letters of credit, supporting obligations and letter of credit rights;

(f)    all loans payable by a grantor to any other grantor to the extent made using proceeds of advances under the ABL Facility;

(g)    books and records, documents, supporting obligations, chattel paper, instruments, payment intangibles and general intangibles relating to any of the foregoing; and

(h)    all proceeds and products of any or all of the foregoing in whatever form received, in each case above subject to certain qualifications and exclusions (collectively, the "Revolver First Priority Collateral"); and

- a second-priority lien on assets not constituting Revolver First Priority Collateral subject to certain qualifications and exclusions (the "Notes First Priority Collateral").

The ABL contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- incur additional indebtedness;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets;

- pay dividends and distributions or repurchase its capital stock;

- make investments, loans or advances;

- prepay certain indebtedness;

- engage in certain transactions with affiliates;

- designate certain subsidiaries as restricted or unrestricted by the covenants; and

- change its lines of business.

In addition, at any time when an event of default is continuing or the aggregate amount available under the ABL is less than the greater of (a) 12.5% of the lesser of (1) the total commitments and (2) the borrowing base and (b) $12.5 million (or a lesser amount if a significant asset sale has occurred), TPCGI will be required to maintain a minimum fixed charge coverage ratio of 1.0:1.0.

The ABL also contains a customary "holding company" covenant that restricts Parent's ability to take certain actions and contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the ABL, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion by Parent or a borrower of any such invalidity), change of control and loss of lien perfection or priority.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes are due August 1, 2024 and interest will be paid semi-annually in arrears on February 1 and August 1.

*Indenture Governing the 10.5% Notes*

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 02, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.5% Indenture").

The 10.5% Notes are guaranteed by all of TPCGI's existing or future direct and indirect domestic subsidiaries other than certain excluded subsidiaries (the "guarantors") that guarantee obligations under the ABL.

The 10.5% Notes are TPCGI's and the guarantees are the guarantors' senior secured obligations and rank senior in right of payment to all of TPCGI's and the guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.5% Notes effectively senior to TPCGI's and the guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.5% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.5% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the guarantors' assets (in each case, other than TPCGI's and the guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens.   Subject to certain exceptions and permitted liens, the 10.5% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the guarantors' assets that secure our ABL on a first-priority basis.

The 10.5% Notes become redeemable as of August 1, 2021 at the redemption prices specified in the 10.5% Indenture.  The redemption price for the period from (and including) August 1, 2021 through July 31, 2022 is 107.875% and for the period from (and including) August 1, 2022 through July 31, 2023 is 103.938%.  The 10.5% Notes become redeemable at par as of August 1, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.5% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any.   In addition, at any time prior to August 1, 2021, TPCGI may redeem, subject to certain conditions, up to 35% of the 10.5% Notes at a redemption price of 110.50% with the net cash proceeds from one or more equity offerings.

The 10.5% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.5% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency.  Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.5% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.5% Notes to be due and payable.

On February 2, 2021 we issued $153 million of 10.875% Senior Secured Notes and repaid the $70 million New Term Loan we had in place with Apollo Global Management to provide additional liquidity against any uncertainty around timing of future insurance recoveries, including business interruption recoveries, over the next year.

## NOTE I – REVENUE

We operate in two principal business segments, C4 Processing and Performance Products. The following table disaggregates revenue for each segment by major activity and by domestic and foreign.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| **Revenue by segment** | | | | | | |
| C4 Processing | | | | | | |
| Product sales | $ | 382,557 | $ | 889,744 | $ | 1,012,450 |
| Process revenue | | 2,228 | | 6,208 | | 6,190 |
| Terminalling revenue | | 7,164 | | 8,916 | | 9,828 |
| Service fees | | 2,386 | | 5,818 | | 5,518 |
| Shipping and handling | | 12,846 | | 11,518 | | 9,178 |
| | $ | 407,181 | $ | 922,204 | $ | 1,043,164 |
| | | | | | | |
| Performance Products | | | | | | |
| Product sales | | 328,160 | | 524,213 | | 563,500 |
| Terminalling revenue | | 75 | | 150 | | 3,226 |
| Shipping and handling | | 15,974 | | 18,359 | | 16,945 |
| | $ | 344,209 | $ | 542,722 | $ | 583,671 |
| | $ | 751,390 | $ | 1,464,926 | $ | 1,626,835 |
| | | | | | | |
| **Revenue by geographic location** | | | | | | |
| United Sates | $ | 711,818 | $ | 1,341,470 | $ | 1,483,515 |
| All foreign countries | | 39,572 | | 123,456 | | 143,320 |
| | $ | 751,390 | $ | 1,464,926 | $ | 1,626,835 |

## NOTE J – PORT NECHES INCIDENT

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues including a settlement conference scheduled for August 2021.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies. However, we are unable to estimate a liability associated with such claims at this time.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,500 property claims have been resolved and approximately 1,600 additional eligible claims are working through the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, sixty-one private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-seven of the sixty-one private party lawsuits, including approximately 565 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. A hearing on class certification is not expected before Q4 2021 at the earliest.

Four different sets of insurance policies, under the insurance coverage we had in effect at the time, provide coverage for costs and losses incurred as a result of the Port Neches incident. Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million and certain categories of costs are subject to varying coverage sub-limits. In addition, the policies contain a 45-day waiting period before business interruption qualifies for coverage. As of December 31, 2020, we have paid $67.7 million of costs and collected $160.0 million under this policy, of which $12.1 million has been specifically designated as business interruption coverage and $147.9 million has been designated as an unallocated payment on account. Of the unallocated proceeds of $147.9 million, $36.7 million are recorded as a deferred gain due to the net book value of the affected assets being lower than the value that we will receive. Reimbursable costs under this policy recorded in 2020 and 2019 total $58.0 million and $64.7 million, respectively. Of these costs we currently estimate that $111.2 million will be recoverable.

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of December 31, 2020, we have incurred third-party claim amounts of $165.0 million, have paid $120.7 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $49.8 million and we have collected $15.3 million of this amount. We anticipate collecting a total of $35.2 million for these expenses. Costs recorded under this policy in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million.

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of December 31, 2020, we have incurred and paid $51.1 million of costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million of these costs in 2019 and an additional $28.0 million in 2020.

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.4 million. We expect to recover the fair market value at the time of the event on these materials.

Costs that we will not recover from insurance include turnaround amortization, fines, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

On January 13, 2021 we executed an additional unallocated Proof of Loss for $40.0 million under our property and business interruption policies and received the funds in January and February 2021. As of the issuance of this 2020 Annual Report (i.e. March 24, 2021), we have paid out $127.4 million on liability claims. Excluding claims, we have also paid approximately $178.9 million in response, defense, pollution, and other costs. Additional proceeds anticipated to cover book costs equal $280.6 million with additional recovery anticipated as a gain.

For the year ended December 31, 2020, we had recognized a net amount of losses and incurred costs of $50.1 million, which reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

For the prior year, ended December 31, 2019, we had recognized a net amount of losses and incurred costs $91.9 million, which reflected $287.4 million in losses and incurred costs offset by $195.5 million of insurance proceeds, of which $10.0 million was received in 2019 and $185.5 million was recorded as an insurance receivable since recovery of that amount was determined to be probable.  The net amount of $91.9 million consisted of a write-off of deferred turnaround costs of $19.0 million, insurance deductibles of $11.1 million and estimated liability claims expected to be in excess of our liability insurance coverage of $61.8 million.

## NOTE K – BUSINESS INTERRUPTION INSURANCE RECOVERY

During the fourth quarter of 2018 the Company received $0.6 million in insurance proceeds, which represented the full amount of our Hurricane Harvey business interruption claim.

## NOTE L – COVID-19 EXPENSES

The $1.9 million of COVID-19 expenses relate to costs incurred as a result of precautionary measures taken by the Company to prevent the spread of COVID-19 at TPC sites.  The costs include protective gear for employees, increased sanitation of TPC sites, and enhancements to workspaces to promote safety.

## NOTE M – REPAIR AND OTHER EXPENSES RELATED TO DOCK INCIDENT

These expenses of $1.5 million for the year ended December 31, 2018 consisted of a $0.25 million insurance deductible and uninsured logistics and legal expenses incurred as a direct result of the damage to the main dock at our Houston facility in June 2018. All temporary repair costs, except for the deductible, were offset by insurance proceeds received in 2018.

## NOTE N – FAIR VALUE

Within the framework for measuring fair value, ASC 820, *Fair Value Measurements and Disclosures*, establishes a fair value hierarchy, which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value.  The standard defines the three levels of inputs used to measure fair value as follows:

- Level 1:  Inputs are unadjusted quoted prices for identical assets or liabilities in active markets, which primarily consist of financial instruments, traded on exchange or futures markets.

- Level 2:  Inputs are other than quoted prices in active markets (included in Level 1), which are directly or indirectly observable as of the financial reporting date, including derivative instruments transacted primarily in over-the-counter markets.

- Level 3:  Unobservable inputs, which include inputs derived through extrapolation or interpolation that cannot be corroborated by observable market data.

As of December 31, 2020, and 2019, we had no outstanding assets or liabilities measured at fair value on a recurring basis except for the fair value of our pension plan assets and short-term investments which were measured using Level 1 and Level 3 inputs.

## NOTE O – INCOME TAXES

The significant components of deferred tax assets and liabilities are shown below as of the dates presented (in thousands):

|  | December 31, | | | |
|---|---|---|---|---|
|  | 2020 | | 2019 | |
| Deferred tax assets: | | | | |
| Loss and credit carryforwards | $ | 94,580 | $ | 94,612 |
| Disallowed interest | | 47,761 | | 33,176 |
| Accrued and other expenses | | 8,648 | | 5,679 |
| Inventory | | 2,678 | | 2,030 |
| Total deferred tax assets | | 153,667 | | 135,497 |
| Less: Valuation allowance | | (27,703) | | - |
| Deferred tax assets less valuation allowance | $ | 125,964 | $ | 135,497 |
| Deferred tax liabilities: | | | | |
| Property, plant and equipment | $ | (101,651) | $ | (100,750) |
| Insurance proceeds receivable | | (10,610) | | (38,950) |
| Deferred turnaround costs | | (8,512) | | (7,487) |
| Prepaid expenses | | (4,462) | | (309) |
| Intangible assets | | (729) | | (1,272) |
| Total deferred tax liabilities | | (125,964) | | (148,768) |
| Net deferred tax liability | $ | - | $ | (13,271) |

We analyze both positive and negative evidence available to us to provide a reasonable basis for us to assess the realizability of our deferred tax assets. ASC 740 "Accounting for Income Taxes" requires that a valuation allowance be established for a deferred tax asset if it is more likely than not that the related tax benefit will not be realized. Realization of deferred tax assets depends on the existence of sufficient taxable income of the appropriate character within the carryback and carryforward period available under the tax law. Our assessment of the realizability of our deferred tax assets considered the following four sources of future taxable income:

- Future reversal of existing temporary differences;
- Future taxable income exclusive of reversing temporary differences and carryforwards;
- Taxable income in prior carryback years; and
- Tax planning strategies.

Reversal of exiting taxable temporary differences existing at December 31, 2020 would not generate sufficient taxable income to utilize our deferred tax assets as of that date as we were in a net deferred tax position of $27.7 million.

Regarding future taxable income, we considered our annual net operating losses since 2014 and the uncertainty of sufficient future taxable income to be objective evidence that is more likely than not that the benefit of our deferred tax assets will not be fully realized.

We have no taxable income in carryback periods and do not have tax planning strategies that provide positive evidence that our deferred tax assets will be realized.

As a result of our analysis we have concluded that it is more likely than not that we will not realize the full benefit of our deferred tax assets and have therefore established a deferred tax asset valuation allowance of $27.7 million at December 31, 2020.

The primary components of our deferred tax assets at December 31, 2020 were $94.6 million related to net operating losses and credit carryforwards and $47.8 million related to the amount of temporarily disallowed interest deductions. Our cumulative pretax net operating losses of $440.4 million consisted of $281.0 million of pre-2018 net operating losses and post-2017 pretax net operating losses of $159.4 million. Pretax disallowed interest deductions for 2020, 2019 and 2018 were $69.5 million, $101.7 million and $56.3 million, respectively. All pre-2018 net operating losses have a 20-year carryforward period and can be used to offset up to 100% of future taxable income in any year. All post-2017 net operating losses and disallowed interest deductions can be carried forward indefinitely;

however, the use of post-2017 net operating losses will be limited to 80% of future taxable income in any year.

Our deferred tax liabilities consist primarily of the tax effect of temporary differences between the book and tax basis of property plant and equipment, due to cumulative differences between book and tax depreciation, and the tax effect of cumulative differences between book and tax treatment of insurance proceeds in 2019 and 2020 related to the Port Neches incident

Our net operating loss for 2020 was $9.0 million, which reflects our pretax book loss of $203.9 million which was substantially offset by taxable temporary differences of $135.1 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $69.5 million. The book pretax loss reflects the significant loss of production and distribution capability resulting from the Port Neches incident as well as the negative impact of COVID-19 on demand for our products and the overall economy.

We have conducted an evaluation of tax positions taken on previous tax returns. Based on that evaluation, we concluded that it is more likely than not, based on the technical merits of our tax positions, that we are entitled to the economic benefits resulting from positions taken on our tax returns. Consequently, we have not recorded any liabilities related to uncertain tax positions and have not reversed any benefits previously recognized. Therefore, we have not recognized any interest or penalties related to uncertain tax positions.

We file a consolidated federal income tax return and state tax returns in Texas and Louisiana.

IRS audits of 2011, 2012 and 2013 were concluded during 2015 and by letter dated July 1, 2015, we were notified by the IRS that no changes would be needed to the tax returns filed for those years. All years subsequent to 2013 remain open for examination and we have not been notified by the IRS of any impending examinations.

In 2012, the Texas Comptroller of Public Accounts completed franchise tax audits for the fiscal years ended June 30, 2007, 2008 and 2009. Based on the results of those audits, the Texas Comptroller of Public Accounts and the Company reached a settlement pursuant to which the Company paid a total of $0.3 million in additional taxes and interest related to the three years covered by the audit. All years subsequent to fiscal 2009 remain open for examination and we have not been notified by the Texas Comptroller of Public Accounts of any impending examinations.

Our income tax benefit was comprised of the following for the periods presented (in thousands):

|  | Year Ended December 31, | | |
|  | 2020 | 2019 | 2018 |
|---|---|---|---|
| Current: |  |  |  |
| Federal | $ (2,079) | $ (2,079) | $ - |
| State | (71) | 494 | 175 |
| Deferred |  |  |  |
| Federal | (41,214) | (8,936) | (14,079) |
| State | (84) | 283 | 206 |
| Valuation allowance | 27,703 | - | - |
| Income tax benefit | $ (15,745) | $ (10,238) | $ (13,698) |

The provision for income taxes differs from the amount computed by applying the statutory federal income tax rate to income before income taxes.   The reasons for this difference are as follows for the periods presented (in thousands):

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Loss before income taxes | $ (203,909) | $ (51,729) | $ (66,900) |
| | | | |
| Statutory federal income tax rate | 21% | 21% | 21% |
| Computed "expected" federal income tax benefit | (42,821) | (10,863) | (14,049) |
| Increase (decrease) in tax resulting from: | | | |
| Credit for increasing research and development activities | (305) | (150) | (249) |
| State tax, net of federal benefit | (122) | 614 | 301 |
| Other, net | (200) | 161 | 299 |
| Valuation allowance | 27,703 | - | - |
| Total income tax benefit | $ (15,745) | $ (10,238) | $ (13,698) |

## NOTE P – SUPPLEMENTAL DISLOSURES OF CASH FLOW INFORMATION

Cash paid (received) for interest and taxes, for the periods presented, were as follows (in thousands):

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Interest payments, net | $ 104,245 | $ 52,099 | $ 83,727 |
| Income tax payments (refunds), net | (1,662) | (1,912) | 121 |

## NOTE Q – COMMITMENTS AND CONTINGENCIES

We lease office space, dock space, tank cars, barges, tugboats and various types of equipment under non-cancelable operating leases expiring on various dates through December 2033.   The future minimum lease payments under non-cancelable operating leases, in excess of one year, at December 31, 2020 consisted of the following (in thousands):

| | |
|---|---|
| 2021 | $ 35,162 |
| 2022 | 33,058 |
| 2023 | 27,032 |
| 2024 | 16,172 |
| 2025 | 14,880 |
| 2026 and thereafter | 37,096 |
| | $ 163,400 |

Rent expense included in operating expenses and general and administrative expenses was $14.0 million, $13.7 million and $13.0 million for 2020, 2019 and 2018, respectively.   Rent expense included in cost of sales was $61.1 million, $53.6 million and $45.8 million for 2020, 2019 and 2018, respectively.

### 1.    *Purchase Commitments*

We have purchase commitments incident to the ordinary conduct of business.   The prices of such purchase commitments are based on indices, which are determined from the prevailing market rates for the associated products.   These commitments generally have provisions permitting cancellation upon satisfaction of notification requirements.

CONFIDENTIAL

## 2. *Legal Matters*

From time to time, we are party to routine litigation incidental to the normal course of our business, consisting primarily of claims for personal injury or exposure to our chemical products or feedstocks, and environmental matters. We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not be material to our financial condition, results of operations or cash flows. We record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of litigation. Many of the personal injury or product exposure lawsuits to which we are a party are covered by insurance subject to certain self-insured retention amounts.

Our contractual arrangements with our customers and suppliers are typically very complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation, and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier.

On December 10, 2020, the Company received a notice from a customer asserting a purported breach of the parties' MTBE sales agreement. The customer asserts that it had properly exercised the right of first refusal provided in the sales agreement and that the Company's subsequent agreement with another customer constitutes a breach of the sales agreement. The Company disputes and intends to aggressively defend the customer's possible claim. The parties are working to set up a mediation as required in the dispute resolution provisions of the sales agreement. No lawsuit has been filed.

As described above, we record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of the dispute resolution or litigation process. As of December 31, 2020, we have not recognized any material reserves related to unresolved disputes with customers and suppliers.

Sixty-one private party lawsuits, including five class actions, are pending in Texas state court related to the November 2019 incident at our Port Neches plant. The petitions bring a variety of claims sounding in negligence, gross negligence, nuisance, and trespass. The plaintiffs in these cases allege in the most general way that we were negligent and/or grossly negligent by breaching duties to, among other things, (1) maintain unspecified plant equipment, (2) develop, implement, and maintain proper procedures for storage of chemicals at the facility, and (3) warn the public concerning the risks and dangers of the chemicals maintained at the facility. The petitions also allege that these and other breaches caused damages, including property damage, medical care and expenses, pain and suffering, physical impairment, lost earnings, disfigurement, medical monitoring, mental anguish, and injury to business. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, the transferred lawsuits – which typically include dozens of plaintiffs in each – are severed into individual cases with approximately 539 individual plaintiff cases now pending. Twenty-seven of the sixty-one private party lawsuits, including approximately 565 individual plaintiffs, are awaiting transfer to the pre-trial court. Additionally, more than 700 other properties are the subject of litigation as a result of subrogation claims filed by homeowners' insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. A hearing on class certification is not expected before Q4 2021 at the earliest.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA) served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA.

Because these lawsuits, which we intend to vigorously defend, are in their early stages, we are unable to determine if a loss is probable or estimate the amount or range of potential loss and therefore have not established any reserves, but we believe the amounts involved may be material.

**CONFIDENTIAL**

Beyond the matters in active litigation, the Company has received other claims and demands, through its formal claims process and otherwise, from individuals, companies, and insurers claiming damages as a result of the incident. The Company is in the process of reviewing these claims. It is possible some of these claims may result in additional litigation.

## 3. *Environmental and Safety Matters*

Our Company is subject to federal, state, local and foreign laws, regulations, rules and ordinances from various governing agencies that regulate human health, safety, security and the environment. These include, for example:

- The federal Resource Conservation and Recovery Act ("RCRA") and comparable state laws that impose requirements for the generation, handling, transportation, treatment, storage, disposal and cleanup of waste from our facilities.

- The federal Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") also known as "Superfund," and comparable state laws that regulate the cleanup of hazardous substances that may have been released at properties currently or previously owned or operated by us or locations to which we have sent waste for disposal.

  - Under CERCLA and comparable State of Texas Laws, at this time TPC has not identified any liability of material significance for previously disposed substances and wastes, or for remediation of contaminated property to prevent future contamination.

- The federal Clean Water Act ("CWA") and analogous state laws and regulations that impose detailed permit requirements and strict controls on discharges of wastewater from our facilities.

- The federal Clean Air Act ("CAA") and comparable state laws and regulations that impose obligations related to air emissions, including federal and state laws and regulations that recently took effect or are currently under development to address greenhouse gas ("GHG") emissions.

  - At this time, we anticipate that the Environmental Protection Agency's ("EPA") recently adopted Boiler Maximum Achievable Control Technology ("MACT") regulation package will only require the Company to implement work practices, recordkeeping, and reporting, and will not require any substantial capital investments.

  - Regarding GHG emission requirements, the Company is subject to annual reporting of emissions and to air permitting for projects but currently is not subject to any other requirements.

  - Air quality standards intended to protect the environment, including the National Ambient Air Quality Standards ("NAAQS") promulgated by the EPA to address ambient air quality concerns, continue to evolve. The federal CAA requires that the EPA periodically review the science upon which the NAAQS are based and the standards themselves. As a result of this review, the EPA has in recent years lowered certain NAAQS, including the standards for sulfur dioxide, ozone and particulate matter, and may do so again in the future, for these or other pollutants. Changes to the NAAQS may increase the cost of our operations, require the installation of emissions controls, or reduce or delay available business opportunities.

- Chemical product safety regulation including the federal Toxic Substances Control Act ("TSCA") and the Emergency Planning and Community Right-to-Know Act ("EPCRA") that impose notification, reporting, record-keeping and testing requirements, and restrictions relating to chemical substances and/or mixtures as well as certain reporting on the storage, use and releases of hazardous chemicals to federal, state, and local governments.

  - TSCA reform legislation was enacted in June 2016, expanding EPA's authority to review and regulate new and existing chemicals. EPA's implementation of this legislation may increase the cost of our operations, require changes to our supply chain and logistics practices or delay available business opportunities.

  - Similar compliance laws related to chemical product safety in jurisdictions outside the United States where our products are distributed such as the European Union's regulatory framework concerning the Registration, Evaluation and Authorization of Chemicals (known as REACH), may increase the cost of our operations, require changes to our supply chain and logistics practices or delay available business opportunities.

  - In June 2013, the EPA finalized its second list of chemicals subject to its Endocrine Disruptor Screening Program ("EDSP") and included MTBE, a major product for the Company, in this final list. EPA will issue test orders to manufacturers of MTBE at some time in the future, at which time TPC will be required to embark on an initial two-year test program along with other MTBE manufacturers. TPC has joined a consortium with the other major

manufacturers of MTBE to manage the test program and share costs. Based on the results of the initial testing to determine if MTBE exhibits endocrine disrupting properties, EPA may decide some years in the future to include MTBE in a second round of tests to evaluate MTBE's potency as a potential endocrine disruptor.

- The Occupational Safety and Health Act and comparable state statutes, laws and regulations including OSHA's Process Safety Management standard which imposes requirements on regulated entities relating to the management of hazards associated with highly hazardous chemicals.

  - The Company expects to incur capital expenditures in the future as part of our ongoing baseline capital expenditure program to address the findings of ongoing process hazard assessments, including expenditures to upgrade equipment and instrumentation.

- United States Department of Homeland Security's Marine Transportation Security Act ("MTSA") which establishes standards for security at marine-based chemical facilities.

We are committed to maintaining compliance with applicable environmental, health, safety (including process safety) and security ("EHS&S") legal requirements, and we have developed policies and management systems intended to identify the various EHS&S legal requirements applicable to our operations and facilities. We work to enhance and assure compliance with applicable requirements, ensure the safety of our employees, contractors, community neighbors and customers, and minimize the generation of wastes, the emission of air contaminants and the discharge of pollutants. These EHS&S management systems also serve to foster efficiency and improvement and to reduce operating risks.

In the ordinary course of business, we undertake frequent environmental inspections and monitoring and are sometimes subject to investigations by governmental authorities. In addition, our production facilities require a number of environmental permits and authorizations that are subject to renewal, modification and, in certain circumstances, revocation. Actual or alleged violations of environmental laws or permit requirements or the discovery of releases of hazardous substances at or from our facilities could result in restrictions or prohibitions on plant operations, significant remedial expenditures, substantial civil or criminal sanctions, as well as, under some environmental laws, the assessment of strict and/or joint and several liability. Moreover, changes in environmental regulations or the terms of our environmental permits could inhibit or interrupt our operations or require us to modify our facilities or operations. Accordingly, environmental or regulatory matters may cause us to incur significant unanticipated losses, costs or liabilities.

In addition to the requirements imposed upon us by law, we also enter into other agreements from time to time with state and local environmental agencies either to avoid the risks of potential regulatory action against us or to implement improvements that exceed current legal requirements. To that end, in April 2015, we signed an Agreed Order with the TCEQ requiring us to achieve continued reductions in our emissions of butadiene and other volatile organic compounds at our Houston Facility and undertook a new five-year, $20 million incremental spending program on environmental performance projects. The Agreed Order is in effect for five years from the effective date of the order or until compliance with all terms and conditions of the order, whichever is later. We expect to implement the required measures and incur the incremental spending through a combination of (a) increases in our annual maintenance and capital expenditures throughout the five-year period and (b) additional expenditures in connection with our regularly scheduled turnarounds (typically occurring every three to four years). We expect to fund the incremental expenditures from our operations and/or from borrowings under the Revolving Credit Facility and do not expect the expenditures to have a material impact on our operations or liquidity.

The Company has agreed to indemnify third parties for environmental and other liabilities pursuant to various agreements, including asset divestiture agreements and leases. Many of these obligations contain monetary and/or time limitations, but others do not provide for those limitations. The Company is not aware of any probable and reasonably estimable losses associated with any of these obligations.

The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." We anticipate future engagement with OSHA regarding these issues.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident. On October 30, 2020, the United States Environmental Protection Agency (EPA)

served the Company with an information request under Section 114 of the federal Clean Air Act. The request seeks information about the incident as well as the Company's Risk Management Program compliance record at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resources damages from TCEQ, EPA, and OSHA. The Company may have insurance coverage for some of the foregoing claims for environmental cleanup.

## NOTE R – EMPLOYEE BENEFITS

### 1. *Retirement Plan*

We sponsor a defined contribution plan that is available to all full-time employees on the date of hire. The plan allows employees to contribute up to 60% of their base compensation to a tax-deferred fund not to exceed $19,500 for 2020, $19,000 for 2019, and $18,500 for 2018.

For non-represented employees, we match at the rate of one dollar for each dollar contributed by the employee up to 5% of the employee's annual earnings. Non-represented employees also participate in our discretionary plan which, based on business performance, may contribute up to 6% of the employee's annual earnings.

For represented employees, we match at a rate of one dollar for each dollar contributed by the employee up to 7% of the employee's annual earnings. Represented employees do not participate in the discretionary plan.

Company contributions for both non-represented and represented employees vest immediately.

Our expense to match employee contributions, including discretionary contributions, during the years ended December 31, 2020, 2019 and 2018 was $2.0 million, $5.6 million and $4.7 million, respectively.

### 2. *Stock Compensation Plans*

On December 29, 2012, Parent adopted the 2012 Long-Term Incentive Plan (the "2012 Plan"), which permits it to grant awards of profit interests to certain of the Company's officers and employees, in the form of Class B Management Interests and Class C Management Interests ("Class B and Class C Interests," collectively). The Class B and Class C Interests under the 2012 Plan constitute performance-based awards, and the amount of payouts for these awards is based on the amount of distributable assets available upon the occurrence of an Exit Event (defined below) to the general and limited partners at the time of their disposal, distribution or sale of their ownership stake in the Company.

We utilized a Monte Carlo simulation model to estimate the grant date fair value of Class B and Class C Interests granted on December 29, 2012. The key factors that will create value in these awards include: (1) the year of the "Exit Event" (either an initial public offering or subsequent public offering of the equity of the Company, or the merger, consolidation, sale of interests or sale of the Company), (2) the probability that an Exit Event will occur in a particular year, which is based on management's assessment of when this is likely to occur, (3) the probability that the Exit Event will result in a sufficient return on invested capital to trigger a payout to the Class B and Class C Interests, (4) the risk-free interest rate, which is based on the U.S. Treasury yield curve in effect at the time of grant with maturities equal to the grant's expected life, and (5) the ultimate exit value of the Company, which was estimated using a Monte Carlo simulation.

As of December 31, 2012, based on the results of the Monte Carlo simulation, we determined that no Exit Event timing or valuation is more probable than any other and, therefore, were unable to determine a grant date fair value for the awards granted under the 2012 Plan and did not recognize any expense related to the awards in the year ended December 31, 2012. Additionally, there have been no changes in events or circumstances since that original assessment as of December 31, 2012 that allowed us to determine an Exit Event timing or valuation that is more probable than any other and, therefore, have been unable to determine a grant date fair value for any awards granted under the 2012 Plan. Consequently, we did not recognize any expense related to the awards for the years ended December 31, 2020, 2019 and 2018.

The Company will continue to review the assumptions used to assess value of the awards granted under the 2012 Long-Term Incentive Plan and if at any point in the future we are able to determine a probable timing or valuation of an Exit Event we will value the awards and recognize compensation expense.

**CONFIDENTIAL**

*Defined Benefit Pension Plan*

We sponsor a cash balance plan (the "Cash Balance Plan") for the benefit of represented employees at the Port Neches facility. Participation in the Cash Balance Plan is subject to terms of negotiated contracts. For participating employees, the Cash Balance Plan benefit formula provides annual pay credits from 4% to 12% of eligible pay, depending on age and service, plus accrued interest. The plan's assets are maintained by trustees in separately managed portfolios consisting of equity and fixed income securities.

Provided below, as of and for the years ended, were the components of the changes in the benefit obligation and plan assets and a reconciliation of the funded status to the liabilities recognized in the consolidated balance sheets (in thousands):

| | December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Change in benefit obligation: | | |
| Benefit obligation at beginning of period | $ 22,647 | $ 19,082 |
| Service cost | 946 | 1,006 |
| Interest cost | 429 | 652 |
| Benefits paid | (6,231) | (1,112) |
| Actuarial loss | 1,119 | 3,019 |
| Plan amendments | (703) | - |
| Benefit obligation at end of period | 18,207 | 22,647 |
| Change in plan assets: | | |
| Fair value of plan assets at beginning of period | 14,777 | 12,176 |
| Actual return on plan assets | 317 | 1,615 |
| Employer contributions | 851 | 2,098 |
| Benefits paid | (6,231) | (1,112) |
| Fair value of plan assets at end of period | 9,714 | 14,777 |
| Unfunded status, end of period | $ (8,493) | $ (7,870) |
| Reconciliation of accrued liability: | | |
| Accrued liability at beginning of period | $ (367) | $ (1,080) |
| Net periodic pension cost for the period | (1,174) | (1,385) |
| Total one-time costs | (1,839) | - |
| Employer contributions | 851 | 2,098 |
| Accrued liability at end of period | (2,529) | (367) |
| Accumulated amounts recognized in OCI (before tax) | (5,964) | (7,503) |
| Net liability recognized in Consolidated Balance Sheets | $ (8,493) | $ (7,870) |

The net pension liability at both December 31, 2020 and 2019 were recorded in accrued liabilities.

On April 30, 2020, the Company terminated 68 employees as part of a Reduction in Force ("RIF") resulting from the Port Neches incident. The Cash Balance Plan was re-measured as of April 30, 2020 to reflect settlement accounting, retroactive plan amendments, and the RIF.

Two plan amendments were executed in 2020 and resulted in a $702.2 million decrease in the projected benefit obligation.

The one-time costs incurred of $1.8 million relate to the RIF and the resulting changes to the Cash Balance Plan. A curtailment gain of $0.5 million was triggered at the April 30, 2020 RIF when the Cash Balance Plan's expected future years of service decreased by 54%. Additionally, settlement accounting was triggered initially on April 30th when eligible employees elected a lump sum payment and the lump sum payouts from the Cash Balance Plan exceeded the expected sum of the plan's service cost and interest cost. Settlement accounting was triggered two more times in 2020 for total settlement charges of $2.4 million.

64

CONFIDENTIAL

Provided below, for the periods presented, were the components of net pension expense (in thousands):

|  | Year Ended December 31, | | | | | |
|  | 2020 | | 2019 | | 2018 | |
| Components of net pension expense: | | | | | | |
| Service cost | $ | 946 | $ | 1,006 | $ | 1,202 |
| Interest cost | | 429 | | 652 | | 490 |
| Expected return on assets | | (753) | | (681) | | (789) |
| Amortization of prior service cost | | (43) | | (35) | | - |
| Amortization of net actuarial loss | | 595 | | 443 | | 135 |
| | $ | 1,174 | $ | 1,385 | $ | 1,038 |

The projected net pension expense for the year ending December 31, 2021 consists of the following components (in thousands):

| Service cost | $ | 728 |
| Interest cost | | 299 |
| Expected return on assets | | (634) |
| Amortization of prior service costs | | (47) |
| Amortization of net actuarial loss | | 503 |
| | $ | 849 |

The following actuarial assumptions were used to determine benefit obligations as of the dates presented:

|  | December 31, | |
|  | 2020 | 2019 |
| Discount rate | 1.81% | 2.70% |
| Rate of compensation increase | 4.00% | 4.50% |

The following actuarial assumptions were used to determine net periodic benefit cost for the periods presented:

|  | Year Ended December 31, | | |
|  | 2020 | 2019 | 2018 |
| Discount rate | 2.70% | 3.81% | 3.14% |
| Expected return on plan assets | 6.50% | 6.50% | 6.50% |
| Rate of compensation increase | 4.50% | 4.50% | 4.50% |

The measurement date for our Cash Balance Plan is as of the end of our fiscal year. Our Cash Balance Plan assets are managed by outside investment managers. Our investment strategy with respect to the Cash Balance Plan assets is to maximize returns while preserving principal. At December 31, 2020, Cash Balance Plan assets were invested 89.0% in equity mutual funds, 7.9% in fixed income mutual funds and 3.1% in cash equivalents. The expected return on assets assumption was determined based on the anticipated performance of the various asset classes in the Cash Balance Plan's portfolio.

The following table presents the Cash Balance Plan assets using the fair value hierarchy as of December 31, 2020. The fair value hierarchy has three levels based on the reliability of the inputs used to determine fair value. See Note N for a brief description of the three levels under the fair value hierarchy.

| Category | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Cash and equivalents | $ 302 | $ 302 | $ - | $ - |
| Mutual funds - equity | 8,643 | 8,643 | - | - |
| Mutual funds - fixed income | 769 | - | - | 769 |
| | $ 9,714 | $ 8,945 | $ - | $ 769 |

Provided below, for the periods presented, are benefit payments expected to be paid to eligible plan participants under our Cash Balance Plan (in thousands):

| | |
|---|---|
| 2021 | $ 3,429 |
| 2022 | 557 |
| 2023 | 1,827 |
| 2024 | 539 |
| 2025 | 1,707 |
| 2026 and thereafter | 7,703 |

**NOTE S – CONCENTRATION RISKS**

We had sales to customers outside the United States during years ended December 31, 2020, 2019 and 2018 of $39.6 million, $123.5 million and $143.2 million, respectively.  Our top five customers accounted for an aggregate of 47.2%, 43.3%, and 50.6% of our revenues for years ended December 31, 2020, 2019 and 2018, respectively.

Sales to customers who accounted for at least 10% of our sales for the periods presented were as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Trafigura Trading, LLC | 15% | * | * |
| Afton Chemical Corporation | 11% | * | * |
| Lukoil Pan Americas, LLC | * | 14% | 17% |
| Goodyear - SRI Global | * | 10% | 10% |

\* Less than 10%

We perform ongoing credit evaluations of our customers and generally do not require collateral for accounts receivable. Historically, our credit losses have been minimal.

Customers who accounted for at least 10% of our accounts receivable balance, as of the dates presented were as follows:

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Afton Chemical Corporation | 18% | 15% |
| Goodyear - SRI Global | 12% | * |

\* Less than 10%

CONFIDENTIAL

A small number of suppliers for our feedstocks account for a significant percentage of our feedstock purchases. Our top five suppliers accounted for an aggregate of 65.6%, 48.3%, and 46.5% of our vendor feedstock purchases in the years ended December 31, 2020, 2019 and 2018, respectively.

Some of the employees at our Port Neches facility are covered by collective bargaining agreements that expire on January 31, 2022. To the extent that we experience work stoppages in the future as a result of labor disagreements, a prolonged labor disturbance at one or more of our facilities could have a material adverse effect on our operations.

## NOTE T – SUBSEQUENT EVENTS

### Technical Center Fire

Early on the morning of January 9, 2021, the TPC Houston operations team responded to a fire alarm in the Technical Center. The Technical Center, located on the southwest side of the facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded to the incident with assistance from the Houston Fire Department. The Company coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts; however, one emergency responder sustained an injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. Fortunately, over 75% of the equipment is salvageable, but, in the absence of a functioning laboratory the Company had to secure short term outsourcing solutions for all of the quality control testing needs. Since late February, however, we have replaced the majority of the outsourced testing by inhouse testing in a combination of TPC and rental facilities, substantially reducing the incremental costs. Between response costs, outsourcing costs, rental expenses and the cost of rebuilding the Technical Center, we estimate that the fire will cost the Company approximately $11.5 million.

### C4 Processing Agreement

In January 2021 TPC signed a long-term contract with a third-party crude C4 toll processor and began sending crude C4's to this processor through enhancements made to the Port Neches terminal in the second phase of the refurbishment of these assets. The agreement uses TPC Group's logistic and storage facilities, along with its commercial agreements for feedstock and product sales, to supply a steady stream of crude C4's to the third-party processor. The agreement uses available butadiene extraction capacity to process the Crude C4 and return the finished butadiene and raffinate products to TPC Group for distribution.

### Refinancing

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.875% Notes*

On February 2, 2021 the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein. Simultaneously, TPCGI issued and sold $153 million aggregate principal amount of the 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021. The 10.875% Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL Facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties.

### February Weather Event

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather.

Due to the extreme weather, our facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs.   We anticipate that the total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, will be between $50 million and $60 million.

#######

**EXHIBIT 31**



# ANNUAL REPORT

## YEAR ENDED DECEMBER 31, 2021

**CONFIDENTIAL**

# TABLE OF CONTENTS

| | Page |
|---|---|
| Definitions of Terms | 3 |
| Explanatory Note | 4 |
| Cautionary Note Regarding Forward-Looking Statements | 5 |
| Selected Historical Consolidated Financial Data | 6 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 9 |
| Consolidated Financial Statements | 30 |

CONFIDENTIAL`

**DEFINITIONS OF TERMS**

Capitalized and other terms used throughout this Annual Report for the year ended December 31, 2021, unless the specific context otherwise requires or indicates, have the meanings ascribed to them below:

- **ABL** – our asset-based loan facility originally entered in December 2012, which was repaid, amended, and restated in conjunction with the refinancing of our debt on August 2, 2019 and again amended on February 2, 2021 to permit the issuance of the 10.875% Notes. The ABL is scheduled to mature in August 2024. For a detailed description of the ABL see Note H to our audited financial statements on pages 47-51 of this Annual Report for the year ended December 31, 2021;

- **ASC** - Accounting Standards Codification, which is the sole source of authoritative generally accepted accounting principles in the United States, other than rules and regulations issued by the Securities and Exchange Commission (SEC) that apply to SEC registrants;

- **ASU** - Accounting Standards Update, which the Financial Accounting Standards Board (FASB) issues to communicate changes to the ASC. ASUs are not authoritative standards;

- **Company, us, we, and our** - TPC Group Inc. and its subsidiaries;

- **GAAP** – Generally Accepted Accounting Principles in the United States;

- **Gross profit contribution ("GPC")** - as used herein, is defined as revenue less cost of sales as reported in our consolidated statements of operations and comprehensive income. GPC is the residual amount that is available, after deducting the variable costs to produce and distribute our products from revenue, to cover all other expenses;

- **Holdings** - TPC Holdings Inc., a Delaware corporation, which, upon consummation of the Merger, became the direct parent of TPCGI. Holdings and Parent are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Merger** – the December 20, 2012 merger of Sawgrass Merger Sub Inc., a Delaware corporation, which merged with and into TPCGI, with TPCGI surviving the Merger as a direct wholly-owned subsidiary of Holdings and an indirect wholly-owned subsidiary of Parent;

- **New Term Loan** – the Delayed Draw Term Loan Facility entered into on February 3, 2020, which provided for a delayed draw term loan of up to $70 million for a term of one year, and which the outstanding balance of $70 million was repaid with the net proceeds from issuance of the 10.875% Notes;

- **Old Term Loan** – the Senior Secured Delayed Draw Term Loan Facility, scheduled to mature in December 2020, for which the outstanding balance of $50 million was repaid with the net proceeds from issuance of the 10.5% Notes and which was terminated in conjunction with the refinancing of our debt on August 2, 2019;

- **Parent** - Sawgrass Holdings LP, a Delaware limited partnership, which, upon consummation of the Merger became the direct parent of Holdings and indirect parent of TPCGI. Parent and Holdings are affiliates of our Sponsors formed by our Sponsors in order to acquire TPCGI;

- **Sponsors** – investment funds sponsored by each of First Reserve Management, L.P. and SK Capital Partners;

- **TPCGI** - TPC Group Inc., a Delaware corporation, not including any of its subsidiaries;

- **TPCGLLC** - TPC Group LLC, a Texas limited liability company and the principal subsidiary of TPCGI;

- **TPCPF** - TPC Phoenix Fuels LLC, a Texas limited liability company and wholly owned subsidiary of TPCGLLC.

- **8.75% Notes** – the $805 million principal amount of Senior Secured Notes due in December 2020, which were redeemed with the net proceeds from issuance of the 10.5% Notes in conjunction with the refinancing of our debt on August 2, 2019;

- **10.5% Notes** – the $930 million principal amount of Senior Secured Notes due August 1, 2024 issued in conjunction with the refinancing of our debt on August 2, 2019. For a detailed description of the 10.5% Notes see Note H to our audited financial statements on pages 47-51 of this Annual Report for the year ended December 31, 2021;

- **10.875% Notes** – the $153 million principal amount of Senior Secured Notes due August 1, 2024, which were issued on February 2, 2021 and for which a portion of the proceeds were used to repay and terminate the New Term Loan. For a detailed description of the 10.875% Notes see Note H to our audited financial statements on pages 47-51 of this Annual Report for the year ended December 31, 2021.

CONFIDENTIAL`

# EXPLANATORY NOTE

This Annual Report is highly confidential and has been prepared pursuant to the terms of the Indenture (the "10.5% Indenture") dated as of August 2, 2019, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.5% Notes, as amended by the Supplemental Indenture dated as of February 2, 2021, and the Indenture (the "10.875% Indenture" and collectively with the 10.5% Indenture, the "Indentures") dated as of February 2, 2021, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and the U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.875% Notes.    Unlike companies with securities that are registered under the Securities Exchange Act of 1934 (the "Exchange Act") or traded on a national securities exchange, the Company is not required to file reports with the Securities and Exchange Commission and, except as provided under the Indentures, the Company is not required to deliver any reports to holders of its securities.   As a result, this Annual Report does not include all the information that would be required to be included in an Annual Report on Form 10-K that is filed pursuant to the Exchange Act, including, among other things, a description of the material risks faced by the Company.   Moreover, this Annual Report does not include all the information that may be material to holders of the Company's securities, including the 10.5% Notes and the 10.875% Notes, and should not be relied upon by any person in making an investment decision with respect to the Company's securities.   Except as strictly required pursuant to the terms of the Indentures, the Company undertakes no obligation to update or revise any information contained in this Annual Report.

This Annual Report shall not constitute an offer to sell, or the solicitation of an offer to buy, any securities of the Company, including the 10.5% Notes and the 10.875% Notes.   Distribution of this Annual Report to any person other than holders of the 10.5% Notes and the 10.875% Notes is unauthorized and any disclosure of any of its contents without the Company's prior written consent is prohibited.   By accepting delivery of this Annual Report, you agree to the foregoing and not to make any photocopies, in whole or in part, of this Annual Report or any documents or materials relating to the Company that are provided in connection with this Annual Report.

CONFIDENTIAL`

# CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Annual Report contains forward-looking statements that do not directly or exclusively relate to historical facts. You can typically identify forward-looking statements by the use of forward-looking words, such as "will," "may," "might," "should," "can," "could," "project," "believe," "anticipate," "expect," "estimate," "continue," "potential," "plan," "forecast" and other words of similar import. Forward-looking statements include information concerning possible or assumed future results of our operations, including the following:

- business strategies;
- operating and growth initiatives and opportunities, including proposed capital projects;
- existing and expected competition and competitive position;
- market outlook and trends in our industry;
- expected financial condition;
- future cash flows, including insurance proceeds;
- liquidity needs, financing sources and availability;
- expected results of operations;
- future capital and other expenditures;
- availability and price of raw materials and inventories;
- the business cyclicality of the petrochemicals industry;
- effects of seasonality;
- plans and objectives of management or the sponsors;
- future compliance with orders and agreements with regulatory agencies;
- environmental matters;
- the impact of the COVID-19 pandemic on the global economy;
- expected outcomes of insurance settlements, legal, environmental or regulatory proceedings and their expected effects on our results of operations;
- expectations, strategies and plans for individual assets and products (including the ability to maintain plant utilization rates), business segments and the company as a whole;
- anticipated restructuring, divestiture and consolidation activities;
- cost reduction and control efforts and targets;
- compliance and other costs and potential disruption or interruption of production or operation due to accident, fires, explosions, interruptions in sources of raw materials, cyber security incidents, terrorism, political unrest, natural disasters or other unforeseen events;
- any other statements regarding future growth, future cash needs, future operations, business plans and future financial results; and
- our ability to continue to operate as a going concern.

These forward-looking statements represent our intentions, plans, expectations, assumptions and beliefs about future events and are subject to risks, uncertainties and other factors, including risks and uncertainties such as volatility in the petrochemicals industry, limitations on the Company's access to capital, the timing and amount of insurance proceeds received, the effects of competition, leverage and debt service, general economic conditions, third-party claims, governmental litigation and investigations, and extensive environmental, health and safety laws and regulations. Many of those factors are outside of our control and could cause actual results to differ materially from the results expressed or implied by the forward-looking statements.

In light of these risks, uncertainties and assumptions, the events described in the forward-looking statements might not occur or might occur to a different extent than at a different time than we have described. Except as may be required by applicable law or agreement, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

CONFIDENTIAL`

## SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA

The following table presents selected historical consolidated financial data (in thousands) at the dates and for the periods indicated. This selected historical consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the historical consolidated financial statements, together with the related notes, included elsewhere in this Annual Report.

The Balance Sheet and Statements of Operations and Cash Flows Data presented below have been derived from the Company's audited consolidated financial statements. The "Other Financial Data" presented below is unaudited, non-GAAP information. Consolidated Balance Sheets as of December 31, 2019, 2018 and 2017 and Consolidated Statements of Operations and Comprehensive Loss and Consolidated Statements of Cash Flows for the years ended December 31, 2018 and 2017 are not included in this Annual Report.

|  | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | **2021** | **2020** | **2019** | **2018** | **2017** |
| **Statements of Operations Data:** | | | | | |
| Revenue | $ 1,289,046 | $ 751,390 | $ 1,464,926 | $ 1,626,835 | $ 1,609,068 |
| Cost of sales (excludes items listed below) | 1,005,322 | 519,063 | 1,031,833 | 1,253,054 | 1,256,669 |
| Operating expenses | 221,556 | 181,059 | 179,936 | 183,328 | 176,963 |
| General and administrative expenses | 29,981 | 27,970 | 28,695 | 26,337 | 32,202 |
| Depreciation and amortization | 75,503 | 74,155 | 81,002 | 141,708 | 139,904 |
| Loss on Port Neches incident, net of insurance recovery | 34,988 | 50,141 | 91,895 | - | - |
| Net gain on asset disposal | (183,465) | - | - | - | - |
| Business interruption insurance recovery | (87,592) | (12,100) | - | (567) | - |
| Freeze event | 40,293 | - | - | - | - |
| Tech Center event | 7,401 | - | - | - | - |
| COVID-19 expenses | 726 | 1,896 | - | - | - |
| Capital project write-offs | 2,287 | - | - | - | 946 |
| Repair and other expenses related to dock incident | - | - | - | 1,459 | - |
| Gain on sale of HRVOC allowances | - | - | - | - | (6,152) |
| Hurricane Harvey expenses | - | - | - | - | 7,512 |
| Income (loss) from operations | 142,046 | (90,794) | 51,565 | 21,516 | 1,024 |
| Interest expense | 120,980 | 112,933 | 101,729 | 89,305 | 81,662 |
| Other (income) expense | 2,476 | 182 | 1,565 | (889) | 1,270 |
| Income (loss) before income taxes | 18,590 | (203,909) | (51,729) | (66,900) | (81,908) |
| Income tax expense (benefit) | 1,052 | (15,745) | (10,238) | (13,698) | (56,094) |
| Net income (loss) | $ 17,538 | $ (188,164) | $ (41,491) | $ (53,202) | $ (25,814) |
| | | | | | |
| **Statements of Cash Flows Data:** | | | | | |
| Cash flows from operating activities | $ 66,424 | $ (88,865) | $ 117,354 | $ 30,817 | $ 36,478 |
| Cash flows from investing activities | | | | | |
| Capital expenditures | (111,637) | (55,889) | (53,957) | (63,717) | (45,652) |
| Proceeds from sale of assets | - | - | - | - | - |
| Cash flows from financing activities | | | | | |
| Proceeds from issuance of 10.5% Notes | - | - | 930,000 | - | - |
| Proceeds from issuance of 10.875% Notes | 150,000 | - | - | - | - |
| Redemption of 8.75% Notes | - | - | (805,000) | - | - |
| Repayment of Old Term Loan | - | - | (50,000) | - | - |
| Net proceeds from (paydowns on) ABL | 114,000 | - | (40,000) | 32,000 | (12,500) |
| Proceeds from New Term Loan | - | 69,300 | - | - | - |
| Repayment of New Term Loan | (70,000) | - | - | - | - |
| Insurance finance borrowings | 46,115 | 42,492 | - | - | - |
| Insurance finance repayments | (44,788) | (29,395) | - | - | - |
| Debt issuance costs | (6,005) | (4,344) | (14,902) | (502) | (5,149) |
| Equity contributions (returns), net | - | (6) | (141) | - | 19 |
| Proceeds from Old Term Loan borrowings | - | - | - | - | 25,000 |
| | | | | | |
| **Balance Sheet Data (end of period):** | | | | | |
| Cash and cash equivalents | $ 159,313 | $ 18,452 | $ 85,159 | $ 995 | $ 2,397 |
| Restricted cash | 3,248 | - | - | - | - |
| Trade accounts receivable | 126,645 | 73,477 | 83,882 | 93,962 | 95,833 |
| Insurance receivable - Port Neches incident | 3,402 | 23,289 | 185,477 | - | - |
| Inventories | 74,487 | 45,435 | 52,058 | 68,092 | 72,564 |
| Property, plant and equipment, net | 755,390 | 703,273 | 684,844 | 702,090 | 749,442 |
| Total assets | 1,223,257 | 964,749 | 1,173,502 | 976,706 | 999,579 |
| Current liabilities | 352,348 | 309,087 | 387,164 | 171,816 | 162,336 |
| Long-term debt, net of deferred financing costs | 1,181,528 | 985,321 | 915,772 | 882,362 | 844,821 |
| Deferred income taxes | - | - | 13,271 | 22,276 | 36,740 |
| Total liabilities | 1,533,876 | 1,294,408 | 1,316,207 | 1,076,454 | 1,043,897 |
| Total equity (deficit) | (310,619) | (329,659) | (142,705) | (99,748) | (44,318) |

CONFIDENTIAL`

(1) EBITDA and Adjusted EBITDA are not measures computed in accordance with GAAP. A non-GAAP financial measure is a numerical measure of historical or future financial performance, financial position or cash flows that excludes amounts, or is subject to adjustments that have the effect of excluding amounts, that are included in the most directly comparable measure calculated and presented in accordance with GAAP in the balance sheets, statements of operations, or statements of cash flows (or equivalent statements); or includes amounts, or is subject to adjustments that have the effect of including amounts, that are excluded from the most directly comparable measure so calculated and presented.

We are including a presentation of EBITDA and Adjusted EBITDA in this Annual Report because their presentation is required under the Indentures. In addition, the Indentures contain debt incurrence ratios that are calculated by reference to Adjusted EBITDA. Non-compliance with the debt incurrence ratios contained in the Indentures would prohibit us from being able to incur additional indebtedness other than pursuant to specified exceptions.

We calculate EBITDA as earnings before interest, taxes, depreciation and amortization and we calculate Adjusted EBITDA as EBITDA, adjusted to remove or add back certain items, including the impact of butadiene price changes. These items are identified below in the reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss), the GAAP measure most directly comparable to EBITDA and Adjusted EBITDA. Our calculation of EBITDA and Adjusted EBITDA may be different from the calculations used by other companies; therefore, they may not be comparable to other companies.

The following table provides a reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss) for the periods specified.

| | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | 2018 | 2017 |
| **Net income (loss)** | $ 17,538 | $ (188,164) | $ (41,491) | $ (53,202) | $ (25,814) |
| Income tax expense (benefit) | 1,052 | (15,745) | (10,238) | (13,698) | (56,094) |
| Interest expense, net | 120,980 | 112,933 | 101,729 | 89,305 | 81,662 |
| Depreciation and amortization (1) | 75,503 | 74,155 | 81,002 | 141,708 | 139,904 |
| **EBITDA** | 215,073 | (16,821) | 131,002 | 164,113 | 139,658 |
| Impact of butadiene price changes (2) | (4,057) | 5,211 | 8,014 | (3,709) | 18,540 |
| Port Neches Incident (3) | (148,476) | 50,141 | 91,895 | - | - |
| Other non-recurring items (4) | 81,373 | 7,344 | 507 | 6,917 | 11,816 |
| **Adjusted EBITDA** | $ 143,913 | $ 45,875 | $ 231,418 | $ 167,321 | $ 170,014 |

(1) Includes depreciation, amortization of deferred turnaround and catalyst costs and amortization of patents for all periods presented.

(2) Adjustment to remove the estimated temporary impact on our operating results of month-to-month changes in the contract price of butadiene. For further discussion see "Management's Discussion and Analysis of Financial Condition and Results of Operations".

(3) Adjustment to remove the losses and costs incurred, net of actual and probable insurance recoveries as a direct result of the Port Neches incident (discussed on pages 12-14).

(4) Adjustments to remove the impact of certain non-recurring items for 2021 include $76.9 million of costs and volume adjustments related to February's freeze, incremental expenses directly related to our response to the COVID-19 pandemic of $0.7 million, and business optimization expenses of $3.8 million. Adjustments to remove the impact of certain non-recurring items for 2020 include incremental expenses directly related to the impact of Hurricane Laura and Tropical Storm Beta of $0.5 million, the estimated impact of lost sales due to Hurricane Laura and Tropical Storm Beta of $4.4 million, the incremental expenses directly related to our response to the COVID-19 pandemic of $1.9 million, and refinancing optimization expenses of $0.5 million. The adjustment for 2019 removes refinancing optimization expenses incurred in advance of refinancing our debt on August 2, 2019. The adjustment for 2018 removes a $0.6 million business interruption insurance recovery related to Hurricane Harvey and the insurance deductible and uninsured logistics and legal expenses related to the Houston dock incident (discussed on page 12) of $1.5 million and adds $6.0 million of estimated margin impact of lost sales volume as a direct result of the dock incident. The adjustment for 2017 removes incremental expenses directly related to the impact of Hurricane Harvey of $7.5 million, certain corporate optimization initiatives of $1.6 million and a gain from the sale of environmental emissions credits of $6.1 million and adds $8.8 million of estimated impact of lost sales due to Hurricane Harvey.

CONFIDENTIAL`

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the consolidated financial statements and accompanying notes, which are included elsewhere in this Annual Report.

### Overview

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

In our C4 Processing segment, we process the crude C4 stream into higher value components, namely butadiene, butene-1 and raffinates. Butadiene is primarily used to produce synthetic rubber that is mainly used in tires and other automotive products; butene-1 is primarily used in the manufacture of polyethylene plastic resins and synthetic alcohols; and raffinates are primarily used in the production of alkylate, a component of premium unleaded gasoline.

In our Performance Products segment, we process isobutylene, which we purchase as a raw material and also produce internally, to produce polyisobutylene ("PIB"), diisobutylene ("DIB"), and methyl tertiary-butyl ether ("MTBE"). PIB is primarily used in the production of fuel and lubricant additives, caulks, adhesives, sealants and packaging; DIB is primarily used in the manufacture of surfactants, plasticizers and resins; and MTBE is primarily used as a gasoline blending stock.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 12-14). The Houston plant, in addition to processing crude C4, also produces PIB, DIB, and MTBE. The raw material isobutylene processed at our Houston facility is sourced from processing crude C4, third-party supply and internal on-purpose production. The feedstock for our on-purpose isobutylene production is isobutane, which is a plentiful natural gas liquid resulting from shale gas development. As discussed in more detail under "Current Market and Business Conditions" below, in order to replace the lost crude C4 processing capacity at our Port Neches plant, in early 2021 we entered into a long-term contract with a third-party to process a substantial portion of our crude C4 supply and return butadiene and raffinate to us.

We also provide critical infrastructure and logistics services along the Gulf Coast. Both our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. Our results are impacted by the effects of economic upturns or downturns on our customers and our suppliers and our ability to achieve on stream time and production targets in our operating units. Our results are also dependent on our own costs to produce, sell and deliver our products. Our customers generally use our products in their own production processes; therefore, if our customers curtail production of their products, our results could be materially affected. In particular, our feedstock costs and product prices are susceptible to volatility in pricing and availability of crude oil, natural gas, natural gas liquids such as isobutane and oil-related products such as unleaded regular gasoline. Prices for these products tend to be volatile as well as cyclical, as a result of global and local economic factors, worldwide political events, weather patterns and the economics of oil and natural gas exploration and production, among other things.

## Material Industry Trends

We receive crude C4 feedstock for our C4 Processing segment from steam crackers, which are designed to process naphtha and natural gas liquids ("NGL's") as feedstocks for ethylene production. Crude C4 is a by-product of the ethylene production process, and the volume of crude C4 produced by the process is driven by both the volume of ethylene produced and the composition of the steam cracker feedstock. Some major ethylene producers have the flexibility to shift from light feedstocks, such as NGL's (ethane, propane and butane), to heavier feedstocks, such as naphtha, or vice versa depending on the economics of the feedstock. When ethylene producers process heavier feedstock, greater volumes of crude C4 are produced. However, when light feedstocks (i.e. NGL's) are inexpensive relative to heavy feedstocks, the producers may choose to process those light feedstocks instead, a process referred to as

**CONFIDENTIAL`**

"light cracking," which results in lower volumes of crude C4 production but higher concentration of butadiene in the crude C4 stream. In recent years, lighter cracking by domestic ethylene producers has been prevalent as a result of an abundant supply of cost advantaged NGL feedstocks (particularly ethane), and we experienced the largest impact of the shift from heavier to lighter ethylene cracker feedstocks between 2007 and 2009. In 2015, we experienced an increase in domestic delivery rates, which reflected more favorable economics for propane and butane cracking compared to the lighter ethane feedstock. However, over the course of 2016 and 2017, ethane feedstock economics were generally more favorable, which again resulted in relatively lower domestic delivery rates of crude C4's. Domestic delivery rates were positively impacted beginning the latter part of 2017 as newly constructed ethylene crackers in North America came on-line, making more crude C4 feedstock available. Domestic crude C4 feedstock supply continued to grow in 2019 as additional new North American ethylene crackers came on-line. Those crackers produced additional C4 feedstock in 2020 as they ramped up rates and ran for the full year. Some constraints regarding our ability to process all of the incremental crude C4 available arose in 2020 due to the outage at our Port Neches facility. Some amount of the crude C4 produced by the ethylene crackers needed to be consumed through suppliers recycling the material (referred to as co-cracking) because of short-term limitations in butadiene extraction capacity. TPC has taken steps to minimize the impact of the Port Neches outage. We ramped up production rates on our largest butadiene extraction unit and converted one of our butadiene extraction trains (the furfural unit) at our Houston plant, which had been in butane removal service for our raffinate business since 2014, back to butadiene extraction service. We also restarted our hydrotreating unit, which converts crude C4's to butylenes, and are operating the unit at maximum rates in an effort to consume a larger volume of crude C4's from our suppliers. This unit has also gone through significant optimization throughout 2021 further increasing crude C4 consumption. In the fourth quarter of 2021, we had a turnaround in this unit where we changed catalyst to enable higher selectivity for butene-1 production in the total stream which will help us significantly increase our supply of butene-1 to our customer base in 2022.

The supply of butadiene is driven by ethylene cracker operating rates and feedstock composition. Because butadiene is a small co-product stream in relation to the quantity and value of ethylene and propylene produced in a cracker, butadiene supply is relatively insensitive to its demand and/or price. In addition, butadiene cannot be stored for long periods of time. Therefore, the price of butadiene can be highly volatile based on relatively small changes in supply or demand.

As an example, our Port Neches plant outage in late November 2019 curtailed the domestic supply of butadiene, which contributed to a 25% increase in the contract price over the first two months of 2020. However, as a result of temporary weakened global demand linked to the COVID-19 pandemic, the price of butadiene declined by 50% through July of 2020 as automotive and tire plants shutdown for much of the second quarter. As the economy began to recover in the second half of 2020, so did the price of butadiene, rising 130% from its low point of 19.6 cents per pound in June-July to 49 cents per pound in January 2021. There was a brief pricing dip in February-March to 41.5 cents per pound. However, the Winter Storm Uri freeze that hit the Gulf Coast in February of 2021, shutdown most of the petrochemical industry causing significant shortages of supply. Butadiene was one of products that was hit hard. This shutdown, along with continued industry operating issues throughout much of 2021, led to the steady increase of butadiene pricing from the March level of 41.5 to 97 cents per pound by September. With imports into the region and U.S. industry operating issues subsiding by Q4, despite continued strong demand, the price of butadiene began to decrease reaching 65 cents per pound in December and its ultimate low point of 62 cents per pound in January 2022. In February 2022 the price had moved back up to 65 cents per pound, while the March price settled at 68 cents per pound.

The North American region continued to be a net importer of butadiene and its derivatives (synthetic rubber and tires) in 2021 and we expect this trend to continue in 2022; however, as we look forward, we expect strong global economic growth, combined with the continued ramp-up of new North American tire plants, to provide growth for the additional butadiene supply that has come from the new ethylene crackers. We expect the amount of imports over the next few years will remain steady and may even grow later this year as the U.S. government moves forward with its efforts to bring nitrile rubber glove manufacturing back to the United States as part of their efforts to combat impacts from health industry shortages created by the COVID-19 pandemic. To support nitrile rubber glove manufacturing in the U.S., the U.S. government is providing grants not only to new glove plants, but also to build plants that will produce the key raw material, nitrile butadiene rubber latex (NBR Latex). Current estimates are for close to 600 million pounds of "wet" NBR Latex capacity to be built in the U.S. over the next 15-18 months, increasing the demand for butadiene by another 200 million pounds annually. Further, as we look forward, we expect NGL's, due to shale gas, to continue to provide favorable ethylene production economics to North America leading to additional ethylene crackers being built in the future (2027-2029) and bringing additional crude C4's and butadiene to market. This should lead to additional butadiene consuming derivative plants being built over the next 6-8 years in North America.

Beginning in the latter part of 2016 and through 2019, we successfully restructured our C4 processing business by renegotiating essentially all of our crude C4 supply contracts. As of the end of 2021, approximately 95% of our contracted crude C4 volume was under the new business model. The primary objective of the restructured business model was to create more stability in the profit margins we realize on all components of the entire crude C4 streams commensurate with the valuable service we provide to our suppliers. The restructured model minimizes our downside risk during periods of weaker prices for the commodities upon which the values of our products are based, as it provides us with a fixed processing margin and energy recovery fee sufficient to cover our processing costs and

CONFIDENTIAL`

a sustainable minimum profit margin.   The restructured model also provides us with upside margin sharing with our suppliers when the value of crude C4 streams, which is based on the value we receive for our products, exceeds a floor value.   The margin sharing mechanism of the restructured contracts is accomplished through direct linkage between the value we receive for the extracted products and what we pay our suppliers for the components of the crude C4 stream.

In addition to the margin stability, risk mitigation and upside sharing in the supplier margins, the restructured crude C4 supply contracts also provide for larger discounts on the price we pay for contained butane as well as an energy fee for having to process larger volumes of butane in our system.   The larger discounts and energy fee offset the cost we incur to remove the butane and/or the negative impact on the value of and margins realized on our raffinate streams when the contained butane exceeds certain minimum levels.

The remainder of our crude C4 supply continues to be purchased on a component basis under contractual arrangements not based on the restructured model and on a spot basis.   Under these supply arrangements, we are exposed to more commodity risk as they do not provide the same downside protection as the restructured contracts and there is no direct linkage between the value we receive for the extracted products and what we pay for various components of the crude C4.   Under these arrangements, the profit margins on our raffinates, which are the second largest part of the crude C4 stream after butadiene, are directly impacted by the price of unleaded regular gasoline (ULR) since we buy and sell the butylenes contained in the raffinate streams based on a factor of ULR.   The price of ULR impacts the margins on the raffinate we produce from these streams in two ways.   One impact is dependent on the absolute price of ULR, which impacts the spread between what we pay for the contained butylenes and what we sell them for.   We buy and sell the butylenes on a percentage of ULR basis, so a higher ULR price results in a wider spread and a more positive impact on our margins. The other impact is dependent on the quantity of inventory and the magnitude of volatility in the ULR price from period to period as we may purchase the contained butylenes in one period and then sell them in a subsequent period.

Our MTBE margins in 2021 were negatively impacted by the effects of COVID-19 starting in March and reached a low point in April due to the MTBE to unleaded regular vasoline (ULR) spread falling from an average of 42 cents per gallon in the first quarter to 4.5 and 2.2 cents per gallon in the second and third quarters, respectively.   High raw material isobutane and methanol costs in relation to the value of MTBE also had a negative impact on MTBE margins during this period.   Starting at the end of the third quarter of 2020, margins for MTBE began to expand as the MTBE-ULR spread grew to 11.3 cent per gallon in the fourth quarter.   However, the strength of methanol and butane pricing tempered the margin expansion.   Methanol continued to strengthen in early 2021, starting at 149 cents per gallon in the first quarter and averaging 194 cents per gallon in the fourth quarter.   Isobutane did the same, starting at 93 cents per gallon in the first quarter and averaging 146 cents per gallon in the fourth quarter.   MTBE-ULR spreads started 2021 at 11 cents per gallon, grew slightly to 15 cents per gallon in the second quarter but fell to zero in the third quarter before rebounding to 23 cents per gallon in the fourth quarter.   However, MTBE-isobutane spreads (a key indicator of MTBE profitability) grew from 62 cents per gallon in the fourth quarter 2020 (and an average of 69 cents for all of 2020) to 90 cents in the first quarter of 2021, 121 cents in the second quarter, dipping to 85 cents in the third quarter and then rebounding to 104 cents in the fourth quarter for a total year 2021 average of 100 cents per gallon.

**Current Market and Business Conditions**

For the most part, the effects of COVID-19 on our operating results have dissipated in 2022.   Demand in all but one of our business segments is strong and is now back to pre-COVID-19 levels.   The one exception is our raffinate business used in the production of alkylate, a key octane blend stock in premium gasoline.   Recent refinery operating changes are generating additional alkylate feedstock within the refineries, which have reduced their outside purchases taking us back to demand levels we saw in the second and third quarters of last year. With the onset of hostilities between the Ukraine and Russia, commodity pricing has seen a significant increase with WTI crude reaching a high of $123 per barrel.   Crude oil and natural gas prices are now well above pre-COVID-19 levels and are supportive of stronger prices and margins in all of our businesses. Supply-demand fundamentals are strong in our butadiene, butene-1, PIB, DIB, and MTBE businesses.   Strong commodity pricing along with planned industry outages for butadiene producers late in the first quarter and through May of 2022 should provide continued demand and pricing strength through the second quarter of 2022 for this key product line.   Butadiene pricing hit its low point in January but has since moved up 3 cents per pound in each of February and March to 68 cents per pound.   With solid demand and industry supply constraints continuing, there will likely be further increases in April.

We have recovered from the operating issues that plagued our HNO operations during much of 2021.   We have successfully restored our utility boiler operations and steam production back to nameplate capacities.   We also completed three significant turnarounds in the fourth quarter, one in our butadiene system bringing butadiene capacity back to full capacity, one on our turbogenerator, and the other in our hydrotreating unit.   The work on the hydrotreating unit has now allowed us to achieve an increase in butene-1 production levels here early in the first quarter of 2022. The new catalyst we installed in the hydrotreater has not allowed for the full increased production we had expected, but as work continues to optimize the new catalyst we will get closer to our targeted production levels.   In our fuels segment, up until the middle of September last year, demand was weak in our raffinate business.   With lesser jet and diesel fuel demand, refiners adjusted their operations, producing more of their own butylenes for alkylation and, thus, impacting our sales.   We built significant inventory during the second and early third quarters and the expected lower net realizable

CONFIDENTIAL`

value has resulted in the lower of cost or net realizable value adjustment in our financial statements. We did find new outlets for raffinate sales during the third quarter. This along with increased demand from one of our largest customers due to Hurricane Ida issues limiting their normal butylene supply, helped control inventory build. Due to our operating issues combined with this stronger demand, we saw inventories fall by almost half from the peak level we experienced early in the third quarter and by year end 2021 inventories were actually slightly below target levels. Due to the above referenced raffinate demand issues coming back to affect our sales in early 2022, we are once again pursuing sales to the different outlets we found last year.

We have experienced some constraints on BD production in the first quarter due to the ethylene industry cracking very light feedstocks and a number of unplanned outages at some of our CC4 suppliers. As our contract manufacturer (BTP) for butadiene enters their 60-day planned turnaround in mid-March and our CC4 suppliers recover from operating problems in February and March, CC4 supply will allow us to move back to nameplate capacities at our Houston plant in both our butadiene units and our hydrotreating unit in March.

MTBE margins, which ended 2021 on a strong note, have continued to strengthen in early 2022. Current MTBE-isobutane spreads have grown to over 150 cents per gallon reaching as high as 200 cents per gallon when crude oil topped $120 a barrel. This combined with slight price reductions in methanol from its peak pricing in the fourth quarter are helping margins in this key product area for TPC. Non-formula pricing for PIB and DIB products moved up in March.

Production under the long-term contract with BASF-TOTAL Petrochemical ("BTP") for crude C4 processing that TPC signed in early 2021 began on a small scale in mid first quarter 2021 and grew steadily throughout the rest of the year. Work continues at our Port Neches terminal and BTP is expected to be in position to take an additional step change in crude C4 processing by mid-year 2022 after BTP completes a planned turnaround of their C4 processing unit. These higher production rates, once up and running, is part of our overall plan to restore TPC's butadiene production levels back to pre-PNO incident levels.

Demand for PIB was at record levels in the first quarter of 2022 and forecasted demand for the balance of the year is strong. Likewise, demand for DIB is at record levels supported by very strong domestic and export sales.

### Dock Incident – 2018

On June 13, 2018, an ocean-going bulk carrier navigating in the Port of Houston Ship Channel veered off course and struck a barge stationed at our primary Houston facility dock. The incident caused substantial damage to both the barge and the dock facilities. There were no significant injuries and there was no environmental impact from the incident.

The damaged dock was returned to full barge and ship service in August 2018 after temporary repairs of approximately $5 million which, excluding a $0.25 million deductible, were reimbursed from insurance proceeds in September 2018. The insurance proceeds were accounted for as an offset to the actual dock repair costs. The total amount of the insurance deductible and uninsured logistics and legal expenses recognized in our reported 2018 earnings was $1.5 million and the margin on estimated lost sales volume was approximately $6.0 million. The revenue and cost of sales related to the lost sales volume for the C4 Processing segment were estimated to be $4 million and $2 million, respectively, and for the Performance Products segment were estimated to be $13 million and $9 million, respectively.

We are close to finalizing approvals with the insurance carriers around the rebuild of the dock and we expect to commence the project in the second quarter of 2022.

### Port Neches Incident – 2019

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." Mandatory settlement conferences took place August 5-6, and 19-20, 2021. The citations were not resolved, and OSHA filed its complaint on September 9, 2021. The proceeding has been bifurcated into two separate trials, the first of which will take place in Q4 2022 and the second of which will occur in Q1 2023.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these

CONFIDENTIAL`

events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,700 property claims have been resolved and approximately 1,400 additional eligible claims are pending action by the claimant in the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, approximately 190 private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 7,640 individual plaintiffs. Approximately 640 individual plaintiffs have cases pending in Jefferson County, Texas (some of which are duplicative with cases in the MDL) which have not yet been non-suited or abated. Additionally, more than 820 properties are the subject of litigation as a result of subrogation claims filed by insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. A hearing on class certification is not expected before the second half of 2022 at the earliest.

Four different sets of insurance policies in effect at the time of the event provide coverage for costs and losses incurred as a result of the Port Neches incident.

On an event to date basis as of December 2021, TPC has incurred a loss amount of $436.6 million associated with the PNO Event. This amount consists of both response related costs and associated write offs. TPC anticipates recovering $259.6 million of this loss through insurance proceeds to be paid directly to the Company. The estimate is subject to change as claims are evaluated. As of December 31, 2021, we have collected $537.6 million dollars of insurance proceeds and have paid out $342.3 million. Information received in the fourth quarter of 2021 that categorizes the proceeds and assurance that this amount is a floor amount, allowed a reclassification of proceeds from a Deferred Gain to a Recognized Gain. The gain is due to the recoverable value of assets being more than the book value.

The following table summarizes the PNO Event spend and reimbursements, event to date, as of December 31, 2021 (in millions):

| Insurance Policies | Loss Amount | Anticipated Recovery | Net Loss | Proceeds Collected | GAIN | BI | Invoices Paid |
|---|---|---|---|---|---|---|---|
| Property/Business Interuption (BI) (1)(2) | $ 129.1 | $ 93.8 | $ 35.3 | $ 376.6 | $ 183.5 | $ 99.7 | $ 94.3 |
| Liability | 164.3 | 100.0 | 64.3 | 100.0 | - | - | 133.4 |
| Defense | 60.2 | 35.2 | 25.0 | 35.2 | - | - | 59.3 |
| Pollution | 51.5 | 25.0 | 26.5 | 25.0 | - | - | 50.5 |
| Inventory | 6.6 | 5.6 | 1.0 | 2.5 | - | - | - |
| Not Recoverable (3) | 24.9 | - | 24.9 | - | - | - | 6.5 |
| Total | $ 436.6 | $ 259.6 | $ 177.0 | $ 539.3 | $ 183.5 | $ 99.7 | $ 344.0 |

(1) Includes $1.7 million paid to 3rd party.
(2) Includes asset write-offs of $34.4 million
(3) Includes turnaround amortization write-off of $18.8 million

*Property/Business Interruption Policies*

Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of December 31, 2021, we have incurred a cumulative loss amount of $129.1 million which includes asset write-offs of $34.4 million. We have paid $94.3 million of invoices related to this policy. We have directly collected $374.9 million and had another $1.7 million paid on our behalf to a third party under these policies, of which $99.7 million has been identified as business interruption coverage and $275.2 million as property loss coverage which includes a gain of $183.5 million on assets where recoverable value is greater than book value. Reimbursable costs under this policy recorded in 2019 and 2020 were $52.4 million and $58.8 million, respectively. In 2021, reimbursable costs were reduced by $17.4 million due to a change in accounting estimate for probable insurance proceed recovery. This change was based on proposed adjustments from insurance carriers for which we have supported positions that counter their assessment. We currently estimate that $93.8 million will be recoverable under this policy for property losses.

*Liability/Defense Policies*

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of December 31, 2021, we have accrued third-party claim amounts of $164.3 million, have paid $133.4 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $60.2 million and we have collected $35.2 million of this amount. This is the total that we anticipate collecting for these defense costs. Costs recorded under these policies in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million. As of the end of December 2021, liability claims have been reduced $0.7 million and an additional $10.3 million in defense costs were incurred. To date we have paid $59.3 million of these defense cost invoices.

*Environmental/Pollution Policies*

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of December 31, 2021, we have incurred and paid $51.5 million of costs, paid $50.5 million of those costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million, $28.0 million and $0.4 million of these costs in 2019, 2020 and 2021, respectively.

*Inventory Policy*

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.8 million. We are also pursuing recovery of another $2.8 million in logistics costs under this policy. We expect to recover the fair market value at the time of the event on these materials which is estimated to be $4.5 million plus the logistics costs of another $1.1 million.

*Not Recoverable*

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

**Coronavirus – 2021**

On March 11, 2020, the World Health Organization declared the ongoing COVID-19 outbreak a pandemic and recommended containment and mitigation measures worldwide. For employees who are considered essential and are working in plants, we adhere to, at a minimum, government recommended protocols and best practices related to social distancing, hygiene and the use of additional personal protective equipment. TPC's Crisis Management Team ("CMT") has helped to safely mitigate exposure risk by quickly identifying and isolating any confirmed cases amongst our employees. These measures have not only enabled us to continue to operate our facilities safely but have also helped TPC maintain a largely consistent supply chain. Additionally, the CMT has worked closely with senior leadership to tailor a comprehensive Return to Workplace plan for each site. At the time of this filing, a significant portion of TPC's workforce (non-essential workers) are still working remotely from their homes. We continue to review the level of new cases and are hopeful that in early 2022 we will have employees return to site work on a more regular basis. Our employees' health and well-being remain a key priority.

For the most part, the effects of COVID-19 on our operating results have dissipated with government restrictions across the world easing and the availability of vaccines to help prevent COVID-19 infections. We continue to monitor and assess the potential impact

CONFIDENTIAL`

of COVID-19 and the possibility of future variants on our staff and operations and have implemented appropriate mitigation plans and will take additional precautions as we believe are warranted. We also work with our suppliers to understand any potential impacts to our supply chain, and at this time, we have not identified any material risks to our supply chain.

### Technical Center Fire - 2021

Early on the morning of January 9, 2021, the Technical Center, located on the southwest side of the Houston facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded and coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts as a result of the event; however, one emergency responder sustained an ankle injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. In the absence of a functioning laboratory facility, the Company had to secure short term outsourcing solutions for all of the quality control testing needs immediately following the event. Since late February 2021, however, we have salvaged over 75% of the lab equipment in the Technical Center and replaced the majority of the outsourced testing with in-house testing in a combination of TPC and rental facilities, thereby substantially reducing the incremental costs. To reestablish the full necessary laboratory functionality for research and development as well as quality control, we are evaluating options including expanded leased facilities, rebuild of the Technical Center or new construction onsite.

### February Weather Event (Uri) – 2021

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather. Due to abnormally low temperatures for an extended period of time, facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs. This event also caused the HNO plant to experience upset conditions resulting in multiple days of unauthorized air emissions. The TCEQ has investigated this emission event and referred it to the Texas Attorney General for civil enforcement. The Attorney General filed suit seeking civil penalties in connection with this event on February 23, 2022. The total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, has been upwards of $76 million.

### Insurance Renewal

We seek to maintain comprehensive insurance coverage at commercially reasonable rates. Although we carry property and casualty insurance to cover certain risks, our insurance policies do not cover all types of losses and liabilities, and our insurance may not be sufficient to cover the full extent of losses or liabilities for which we may be liable. Despite persistently tight insurance market conditions, we have renewed all our expiring insurance coverages on substantially the same terms at premium increases in line with market conditions. We have financed the premiums through an affiliate of our broker, requiring us to pay 25% of the premium upfront with the remainder payable in monthly installments through March 2022. Although we have been able to replace our insurance in 2021, we may not be able to do so or may not be able to finance the premiums in the future.

### Results of Operations

#### *Contractual linkages of raw material costs and selling prices of finished products to commodity indices*

Most of our raw material feedstock costs and finished product selling prices are determined by application of contractual formulas linked to commodity market indices and, in most cases, the indices used to determine raw material feedstock costs are the same indices used to determine finished product selling prices.

As of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, and which is more commensurate with the valuable and consistent service we provide to the industry.

Although linkage of most of our raw material costs and selling prices to the same indices and our restructured crude C4 supply contracts provide some degree of consistency in our average material margin per pound (which we define as the difference between average revenue per pound and average raw material cost per pound) during periods in which the underlying commodity indices are relatively stable, there are various factors that can have a significant impact on our average material margin per pound, including those listed below. Moreover, even a relatively minor increase or decrease in average material margin per pound can have a significant impact on our overall profitability given the magnitude of our sales volumes.

- We may purchase raw material feedstocks in a given month based on market indices for that month, and then sell the related finished products in a later month based on market indices for the later month. Changes in selling prices of finished products, based on changes in the underlying market indices between the month the raw material feedstocks are purchased and the month the related finished products are sold causes variation in our average material margin per pound. For example, we may purchase the components of a crude C4 stream based on formulas that reflect the respective January commodity indices but then sell the finished products at pricing formulas based on the respective February commodity indices. If the indices for January and February are the same, we would expect to realize substantially the same unit margins regardless of the absolute value of the indices. However, for any components of the stream for which the respective index increases between January and February, we would expect to realize a temporary margin expansion until pricing stabilizes; and conversely, if the index decreases, we would expect to realize a temporary margin contraction. The magnitude of the effect on the average material margin per pound and the material margin percentage in a given month depends on the magnitude of the change in the underlying indices compared to the prior month and the quantity of inventory at the end of the prior month as a result of its impact on the moving average cost of finished products sold in the subsequent month.

- Although most of our supply and sales contracts contain index-based formulas, varying proportions of our raw material purchases and finished product sales are done on a spot basis or otherwise negotiated terms. In addition, while many of the index-based formulas in our contracts are simply based on a percentage of the relevant index, others apply adjustment factors to the market indices that do not fluctuate with changes in the underlying index. As supply and sales contracts are renegotiated, the amounts of such adjustment factors can change, thus the average material margin per pound would be impacted.

- Under some of our raw material purchase contracts, the costs of the raw materials are based on a percentage of the relevant market index, and under some of our sales contracts, the selling price of the related finished product is based on a higher percentage of the same market index. As a result, the average material margin per pound tends to be higher during periods in which the market indices are higher and tends to be lower during periods when the market indices are lower.

- Finished product selling price formulas under some of our sales contracts, primarily in the Performance Products segment, are based on commodity indices not for the period in which the sale occurs but for either a prior or subsequent period. The effect on average material margin per pound of the selling price formulas can be significant during times of rapidly increasing or decreasing market indices.

*Butadiene Price Impact*

As discussed above, a substantial portion of our finished product selling prices and raw material costs are linked to the same commodity indices and this linkage mitigates, to varying degrees, our exposure to volatility in our profit margins. As also discussed above, as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, which are more commensurate with the valuable and consistent service we provide to the industry. However, the stabilizing effect of these factors on our profit margins is lessened when we do not purchase the feedstock and sell the finished product in the same period. Regarding butadiene, which has historically been the largest individual product line in our C4 Processing segment, the linkage between our raw material cost and finished product selling price is the published contract price for butadiene. As a result of purchasing crude C4 in one month and selling finished butadiene in the subsequent month, the GPC per pound we report in the subsequent month will expand when the price of butadiene increases and will contract when the price of butadiene declines due to the impact of beginning inventory (quantity and unit cost) on the moving average cost of finished butadiene sold in the subsequent month.

As shown in the presentation of EBITDA and Adjusted EBITDA on page 8 of this Annual Report, we adjust EBITDA to remove the estimated temporary impact on our reported GPC of the month-to-month changes in the contract price of butadiene. The rationale for the adjustment is that the temporary impacts of butadiene price changes distort the underlying business performance.

The table below shows, for each period presented, the impact on our reported GPC (in millions) of purchasing crude C4 in one period and selling finished butadiene in a later period at higher or lower butadiene contract prices. The impact on reported GPC for

each period is the sum of the monthly impacts, which are dependent on the magnitude of the contract price change each month and the quantity of butadiene inventory at the beginning of each month.

Impact on reported GPC as of the dates presented, was as follows (in millions):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2021 | 2020 | 2019 |
| Positive (negative) impact on GPC | $ 4 | $ (5) | $ (8) |

### *Average material margin per pound*

The table below provides the average material margin per pound (defined above) for each period presented.

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2021 | 2020 | 2019 |
| Average revenue per pound ($) | $ 0.53 | $ 0.30 | $ 0.40 |
| Average raw material cost per pound ($) | 0.35 | 0.16 | 0.24 |
| Average material margin per pound ($) | 0.18 | 0.14 | 0.16 |

As discussed above, our material margin per pound and reported GPC reflect the temporary impact of month-to-month changes in the contract price of butadiene.   As provided in the table above, and in the discussion of cost of sales for 2021 versus 2020 on page 19 and for 2020 versus 2019 on pages 21-22, the impact of butadiene price changes on GPC was a positive $4 million in 2021, a negative $5 million in 2020, and a negative $8 million in 2019.   Excluding the temporary impact of butadiene price changes on all three years, average material margin per pound would be $0.19 for 2021, $0.15 for 2020 and $0.16 for 2019.

The following table summarizes the primary indices which impact our revenues and raw material costs by segment.

| Segment / Finished Product | Revenues | Raw Material Costs |
|---|---|---|
| **C4 Processing Segment** | | |
| Butadiene | Butadiene | Butadiene |
| Butene – 1 | Unleaded regular gasoline | Unleaded regular gasoline |
| Raffinates | Unleaded regular gasoline | Unleaded regular gasoline |
| **Performance Products Segment** | | |
| Polyisobutylene | Isobutane | Butane |
| Diisobutylene | Isobutane | Butane |
| MTBE | MTBE | Isobutane, methanol |

CONFIDENTIAL`

The following table summarizes the average commodity index prices for each period presented.

| | Year Ended December 31, | | | Year Ended December 31, | | |
|---|---|---|---|---|---|---|
| Average commodity prices: | **2021** | **2020** | **% Chg.** | **2020** | **2019** | **% Chg.** |
| Butadiene (cents/lb) (1) | 66.2 | 30.6 | 116% | 30.6 | 44.0 | -30% |
| Unleaded regular gasoline (cents/gal) (2) | 207.5 | 114.7 | 81% | 114.7 | 171.6 | -33% |
| Butane (cents/gal) (3) | 117.9 | 58.6 | 101% | 58.6 | 65.2 | -10% |
| Isobutane (cents/gal) (3) | 117.6 | 58.5 | 101% | 58.5 | 73.9 | -21% |
| MTBE (cents/gal) (2) | 217.8 | 127.7 | 71% | 127.7 | 197.5 | -35% |
| Methanol (cents/gal) (4) | 167.3 | 101.3 | 65% | 101.3 | 116.3 | -13% |

(1) Industry pricing was obtained through IHS.

(2) Industry pricing was obtained through Platts.

(3) Industry pricing was obtained through Oil Price Information Service.

(4) Industry pricing was obtained through J. Jordan.

The following table provides sales volumes, revenue, cost of sales, GPC and operating expenses by operating segment (amounts in thousands) for the years ended December 31, 2021, 2020 and 2019. Please refer to this information, as well as our consolidated financial statements and accompanying notes included elsewhere in this Annual Report, when reading our discussion and analysis of results of operations below. All information provided in the table below, except sales volumes, is derived from our Consolidated Statements of Operations. Sales volumes for all periods presented constitute unaudited information.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2021** | | **2020** | | **2019** | |
| **Sales volumes (pounds) (1):** | | | | | | |
| C4 Processing | | 1,439,319 | | 1,474,078 | | 2,326,067 |
| Performance Products | | 977,235 | | 1,055,889 | | 1,379,245 |
| | | 2,416,554 | | 2,529,967 | | 3,705,312 |
| **Revenue:** | | | | | | |
| C4 Processing | $ | 794,471 | $ | 407,181 | $ | 922,204 |
| Performance Products | | 494,575 | | 344,209 | | 542,722 |
| | $ | 1,289,046 | $ | 751,390 | $ | 1,464,926 |
| **Cost of sales (2):** | | | | | | |
| C4 Processing | $ | 660,375 | $ | 300,342 | $ | 700,421 |
| Performance Products | | 344,947 | | 218,721 | | 331,412 |
| | $ | 1,005,322 | $ | 519,063 | $ | 1,031,833 |
| **GPC** | | | | | | |
| C4 Processing | $ | 134,096 | $ | 106,839 | $ | 221,783 |
| Performance Products | | 149,628 | | 125,488 | | 211,310 |
| | $ | 283,724 | $ | 232,327 | $ | 433,093 |
| **Operating expenses (2):** | | | | | | |
| C4 Processing | $ | 138,241 | $ | 109,916 | $ | 112,870 |
| Performance Products | | 83,315 | | 71,143 | | 67,066 |
| | $ | 221,556 | $ | 181,059 | $ | 179,936 |

(1) Sales volumes represent product sales volumes only and do not include volumes of products delivered under tolling or similar arrangements, in which we do not purchase the raw materials, but process raw materials for another party for a specified fee.

(2) Cost of sales does not include operating expenses, and cost of sales and operating expenses do not include depreciation and amortization expenses.

CONFIDENTIAL`

*Year ended December 31, 2021 versus year ended December 31, 2020*

*Revenue*

Total revenue for 2021 was $1,289.0 million compared to $751.4 million for 2020. The increase of $537.6 million, or 72%, included a 4% decrease in overall sales volume and an 80% increase in average revenue per pound. The lower overall sales volume reflected decreases for both the C4 Processing segment and the Performance Products segment. The higher overall average revenue per pound was due to higher average selling prices for both operating segments. Variances in average selling prices for both operating segments reflected variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of selling prices are linked on page 17).

C4 Processing segment revenue of $794.5 million for 2021 increased $387.3 million, or 95%, compared to 2020 revenue of $407.2 million. The higher revenue for 2021 was caused by a 2% decrease in sales volume, which had a negative impact of $6 million, and a 100% increase in average revenue per pound, which had a positive impact of $393 million. The decrease in sales volume for 2021 was the result of the Houston plant being offline for half of the first quarter due to the February freeze event, the operational issues with our BD finishing tower in the second quarter, and issues with our steam system in the third and fourth quarters impacting production of butadiene, butene-1 and raffinate. The overall 100% increase in average revenue per pound for the segment was due to a 116% increase in the average benchmark price for butadiene and an 81% increase in the average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 17).

Performance Products segment revenue for 2021 was $494.6 million compared to $344.2 million for the prior year. The $150.4 million, or 44%, increase in revenue reflected an overall 7% decrease in sales volume due to lower MTBE sales, but still resulted in a positive impact of $6 million, due to increased PIB sales, and a 55% increase in average revenue per pound, which had a positive impact of $144 million. The increase in average revenue per pound was caused by increases in the prices of isobutane and MTBE of 101% and 71%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 17). Although the sales volumes were impacted by the February freeze event in the first quarter of 2021, the effect on PIB sales was somewhat muted by our inventory position as of the end of January and PIB demand continued to climb during the second quarter. The effect on MTBE volumes, when compared to 2020, was offset by the absence of a Dehydro Turnaround in 2021.

*Cost of Sales*

Total cost of sales for 2021 was $1,005.3 million compared to $519.1 million for 2020. The significantly higher cost of sales in the current year period reflected the substantial increase in the average cost of raw materials included in the average cost of finished products sold by both operating segments offset slightly by the overall decrease in sales volumes discussed above. The increases in raw material costs for both operating segments reflected increases in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 17).

C4 Processing segment cost of sales for 2021 was $660.4 million versus $300.3 million for the prior year. The increase reflected the impact of a 168% increase in the average cost of the raw material component of the finished products sold. The higher average cost of raw materials was caused by increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 116% and 81%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 17). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in 2021 reflected a positive butadiene pricing impact of $4 million and our profit margins in 2020 reflected a negative butadiene pricing impact of $5 million, which resulted in a favorable year-over-year impact on profit margins of $9 million.

Performance Products segment cost of sales was $344.9 million for 2021 compared to $218.7 million for 2020. The $126.2 million, or 58%, increase reflected a 7% decrease in the sales volume discussed above and a 76% increase in the average cost of the raw material component of the finished products sold. The higher average cost of raw materials was driven by increases in the average price of butane, isobutane and methanol of 101%, 101% and 65%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 17).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind

CONFIDENTIAL`

the variations in overall average revenue per pound and average raw material cost per pound for 2021 compared to 2020.

*Operating Expenses*

Operating expenses incurred during 2021 were $221.6 million compared to $181.1 million incurred during 2020. The $40.5 million increase included higher manufacturing costs of $23.5 million (primarily driven by unplanned boiler and VCU outages as well as the unplanned 1D-120 tower cleaning leading to unanticipated repair and maintenance costs and higher thermal oxidizer rental costs), $20.1 million higher insurance costs primarily due to the PNO incident, $1.0 million higher sales and use taxes, and $2.9 million higher incentive compensation and 401-K costs. This was partially offset by $5.2 million lower property taxes, as well as $1.8 million lower employee benefits.

*General and Administrative Expenses*

General and administrative expenses for 2021 were $30.0 million versus $28.0 million for the prior year. The $2.0 million increase consisted primarily of incentive compensation expense. This was partially offset by lower other administrative costs.

*Depreciation and Amortization*

Depreciation and amortization expenses were $75.5 million in 2021 compared to $74.2 million in 2020. The $1.3 million increase included the following: (i) higher depreciation of $1.5 million, which in general varies due to the net impact of capital additions less retirements and write-offs; (ii) higher turnaround and catalyst amortization of $2.7 million where Dehydro related costs drove a significant portion of the increase and (iii) an offset of $2.9 million related to lower patent amortization, as the patent related to the butadiene extraction process used at our Port Neches facility was fully amortized at the end of 2020.

*Loss (gain) on Port Neches Incident, net*

The year over year change from 2020 to 2021 was a gain of $198.6 million. This was primarily driven by a gain on proceeds recovery for assets of $183.5 million offset by an estimate of unrecoverable property costs of $24.7 million. Costs incurred for liability were adjusted down $3.9 million due to an overstatement of commercial claims. Environment, Defense, and Non-Recoverable costs incurred during the year were lower by $35.9 million

*Business Interruption Insurance Recovery*

As of December 31, 2021, the Company had secured $99.7 million in business interruption insurance proceeds to reimburse for lost profits. This amount is preliminary but is deemed a floor amount which allowed us to recognize the difference between this floor amount and the previously recorded business interruption insurance proceeds of $12.1 million during the fourth quarter of 2021. Floor amounts are $64.1 million for 2020, $25.5 million for first and second quarters of 2021, and $10.1 million for the third quarter 2021. We expect to ultimately recover significantly more than the floor amount already recorded.

*COVID-19 Expenses*

The expenses of $0.7 million for 2021 and $1.9 million for 2020 represent the incremental expenses directly related to our response to the COVID-19 pandemic.

*Interest Expense*

Interest expense for 2021 was $120.9 million compared to $112.9 million for 2020. The $8.0 million increase reflected an increase of $15.2 million in interest on the 10.875% Notes which were issued in February 2021 and higher other net interest costs of $3.9 million which includes $2.2 million higher ABL related interest expense. This was partly offset by $4.6 million lower interest on the New Term Loan which was paid off with the proceeds of the 10.875% Notes and $6.5 million lower deferred financing amortization related to the New Term Loan.

*Other, Net*

Other net expenses for 2021 included true ups for receipted amounts, business optimization expenses and other miscellaneous immaterial income and expense items. Similarly, 2020 and 2019 both included various miscellaneous income and expense items, none of which were individually significant.

CONFIDENTIAL`

*Income Tax Expense (Benefit)*

The effective income tax expense (benefit) rates for 2021 and 2020 were 5.7% and 7.7%, respectively. The effective rates for both periods reflected the federal statutory rate of 21% and state income taxes, net of federal benefit, adjusted for the impact of permanent book/tax differences, the credit for increasing research activities and adjustments for prior year permanent book/tax differences that were identified upon completion of the tax return for each year. The lower effective tax rate for 2021 reflected a decrease in the valuation allowance to $25.0 million.

Prior to recording the valuation allowance, we had a net deferred tax asset at December 31, 2021 of $25.0 million, which included deferred tax assets of $143.1 million and deferred tax liabilities of $118.1 million. Based on an assessment of both positive and negative evidence, we have concluded that it is more likely than not that the Company will not be able to realize the benefit of the deferred tax assets recorded at December 31, 2021. In the event that the actual outcome of future tax consequences differs from management estimates and assumptions, the resulting change to the provision for income taxes could have a material impact on the consolidated results of operations and statements of financial position. Please refer to Note M *Income Taxes.*

Our net taxable income for 2021 was $106.8 million, which reflects our pretax book income of $18.6 million which was increased by taxable temporary differences of $19.9 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $61.6 million. The pretax book income reflects the significant gain recognized on insurance proceeds received from the Port Neches incident.

**Year ended December 31, 2020 versus year ended December 31, 2019**

*Revenue*

Total revenue for 2020 was $751.4 million compared to $1,464.9 million for 2019. The decrease of $713.5 million, or 49%, reflected a 32% decrease in overall sales volume and a 25% decrease in average revenue per pound. The lower overall sales volume reflected decreases for both the C4 Processing segment and the Performance Products segment. The lower overall average revenue per pound reflected lower average selling prices for both operating segments. Variances in average selling prices for both operating segments reflected variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of selling prices are linked on page 17).

C4 Processing segment revenue of $407.2 million for 2020 was down $515.0 million, or 56%, compared to 2019 revenue of $922.2 million. The lower revenue for 2020 reflected a 37% decrease in sales volume, which had a negative impact of $354 million, and a 30% decrease in average revenue per pound, which had a negative impact of $161 million. The decrease in sales volume for 2020 primarily reflected a combination of the loss of our crude C4 processing capacity resulting from the shutdown of our Port Neches facility and customer demand impact from COVID, which would have been mitigated with connectivity to butadiene and raffinate customers from our PNO location. Sales volume for 2019 was driven by strong demand for all products, and raffinate demand for alkylation by our refinery customers was especially strong over the last three quarters of the year. The 30% decrease in average revenue per pound for the segment reflected a 30% decrease in the average benchmark price for butadiene and a 33% decrease in average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 17).

Performance Products segment revenue for 2020 was $344.2 million compared to $542.7 million for the prior year. The $198.5 million, or 37%, decrease in revenue reflected a 23% decrease in sales volume, which had a negative impact of $109 million, and a 17% decrease in average revenue per pound, which had a negative impact of $90 million. The decrease in average revenue per pound reflected decreases in the prices of isobutane and MTBE of 21% and 35%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 17). The lower sales volume was driven primarily by weaker PIB demand due in large part to the global slowdown in new car sales. MTBE sales volume was down 28% which reflected lower production volumes as we elected to move feedstock used for MTBE production into our raffinate business because of significant margin erosion on MTBE and the effects of the 2020 first quarter turnaround.

*Cost of Sales*

Total cost of sales for 2020 was $519.1 million compared to $1,031.8 million for 2019. The significantly lower cost of sales in the current year period reflected the overall decrease in sales volume discussed above and the substantial decline in the average cost of raw materials included in the average cost of the finished products sold by both operating segments. Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material

CONFIDENTIAL`

costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 17).

C4 Processing segment cost of sales for 2020 was $300.3 million versus $700.4 million for the prior year. The decrease reflected the impact of the 37% decrease in sales volume discussed above and a 44% decrease in the average cost of the raw material component of the finished products sold. The lower average cost of raw materials reflected decreases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 30% and 33%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 17). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in 2020 reflected a negative butadiene pricing impact of $5 million and our profit margins in 2019 reflected a negative butadiene pricing impact of $8 million, which resulted in a favorable year-over-year impact on profit margins of $3 million.

Performance Products segment cost of sales was $218.7 million for 2020 compared to $331.4 million for 2019. The $112.7 million, or 34%, decrease reflected a 23% decrease in the sales volume discussed above and a 19% decrease in the average cost of the raw material component of the finished products sold. The lower average cost of raw materials reflected decreases in the average price of butane, isobutane and methanol of 10%, 21% and 13%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 17).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in overall average revenue per pound and average raw material cost per pound for 2020 compared to 2019.

*Operating Expenses*

Operating expenses incurred during 2020 were $181.1 million compared to $179.9 million incurred during 2019. The $1.2 million increase included $19 million higher insurance costs primarily due to the PNO incident, $2.3 million higher sales and use taxes, $1.2 million higher property taxes, as well as $0.8 million higher employee benefits. This was partially offset by lower fixed supply chain expenses of $3.9 million, lower 401-K and incentive compensation costs of $7.6 million, $10.1 million lower manufacturing overhead costs and $0.5 million lower selling costs. Lower manufacturing costs of $10.1 million included $13.7 million lower PNO facility costs and $1.4 million lower support group costs, partially offset by higher maintenance expenses which included inspections and repairs. The lower fixed supply chain expenses largely reflected lower pipeline repair and inspection expenses.

*General and Administrative Expenses*

General and administrative expenses for 2020 were $28.0 million versus $28.7 million for the prior year. The $0.7 million decrease consisted primarily of lower personnel-related expenses.

*Depreciation and Amortization*

Depreciation and amortization expenses were $74.2 million in 2020 compared to $81.0 million in 2019. The $6.8 million decrease reflected lower depreciation of $3.8 million and lower turnaround amortization of $4.5 million partly offset by higher catalyst amortization of $1.5 million. The $3.8 million decrease in depreciation expense primarily represents a $4.7 million decrease in certain technology assets that were fully depreciated in early 2020 offset by $0.9 million increase in depreciation for assets put into service in 2020. In general, depreciation expense varies due to the net impact of capital additions less retirements and write-offs. The $4.5 million net decrease in turnaround amortization reflects the lower dehydro turnaround amortization as a result of the lower total turnaround cost of the unit's third scheduled turnaround during the first quarter of 2020. In addition, the write-off of deferred turnaround costs related to the Port Neches incident in the fourth quarter of 2019, lowered the turnaround amortization in future periods.

*Loss on Port Neches Incident, net*

For the current year, the $50.1 million loss related to the Port Neches incident (discussed on pages 12-14) reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

CONFIDENTIAL`

For the prior year, the comparative loss related to the Port Neches incident (discussed on pages 12-14) was $91.9 million. This loss reflected the amount of asset write-offs and costs incurred as a direct result of the Port Neches incident, net of insurance reimbursement received and for which future receipt was considered to be probable. The net loss consisted of $19.0 million for the write-off of deferred turnaround costs related to the Port Neches site, insurance deductibles of $11.1 million, and estimated third-party liability claims expected to be in excess of insurance policy coverage of $61.8 million.

*Business Interruption Insurance Recovery*

The $12.1 million of business interruption insurance recovery represents the amount received on our PNO incident business interruption claim.

*COVID-19 Expenses*

The expense of $1.9 million represents the incremental expenses directly related to our response to the COVID-19 pandemic.

*Interest Expense*

Interest expense for 2020 was $112.9 million compared to $101.7 million for 2019. The $11.2 million increase primarily reflected the impact of the refinancing of our debt on August 2, 2019 and consisted of a net increase in interest expense on the 10.5% Notes compared to the 8.75% Notes of $7.4 million, an increase in interest expense on the New Term Loan of $3.7 million and higher net other interest expense of $0.4 million which included interest on the financing of insurance premiums. This was partially offset by lower interest on the ABL facility of $0.3 million.

The $7.4 million higher interest on the Notes reflected $13.5 million higher interest, partially offset by $6.1 million lower deferred financing and discount costs versus prior year. The $3.7 million higher interest on the Old Term Loan included $1.8 million higher interest and $1.9 million higher deferred financing cost amortization in conjunction with the refinancing of this loan on February 3, 2020.

*Other, Net*

Other than refinancing optimization expenses in 2019 of $0.5 million, both the current and prior year amounts included various miscellaneous income and expense items, none of which were individually significant.

*Income Tax Benefit*

The effective income tax benefit rates for 2020 and 2019 were 7.7% and 19.8%, respectively. The effective rates for both periods reflected the federal statutory rate of 21% and state income taxes, net of federal benefit, adjusted for the impact of permanent book/tax differences, the credit for increasing research activities and adjustments for prior year permanent book/tax differences that were identified upon completion of the tax return for each year. The lower effective benefit rate for 2020 reflected the establishment of a $27.7 million valuation allowance.

Prior to recording the valuation allowance, we had a net deferred tax asset at December 31, 2020 of $27.7 million, which reflected deferred tax assets of $153.7 million and deferred tax liabilities of $126.0 million. Based on assessment of both positive and negative evidence, we have concluded that it is more likely than not that the Company will not be able to realize the benefit of the deferred tax assets recorded at December 31, 2020. In the event that the actual outcome of future tax consequences differs from management estimates and assumptions, the resulting change to the provision for income taxes could have a material impact on the consolidated results of operations and statements of financial position. Please refer to Note M *Income Taxes.*

Our net operating loss for 2020 was $9.0 million, which reflects our pretax book loss of $203.9 million which was substantially offset by taxable temporary differences of $135.1 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $69.5 million. The book pretax loss reflects the significant loss of production and distribution capability resulting from the Port Neches incident as well as the negative impact of COVID-19 on demand for our products and the overall economy.

CONFIDENTIAL`

*Liquidity and Capital Resources*

*Net Debt and Liquidity*

As of December 31, 2021, our financing arrangements consisted primarily of the 10.875% Notes, the 10.5% Notes and our ABL Credit Facility.   In addition, we financed our 2021 insurance renewal premiums through Aon Premium Finance LLC, an affiliate of our Broker, Aon PLC.

At December 31, 2021, we had total long-term debt of $1,181.5 million (including deferred financing costs of $13.3 million and debt discount of $2.2 million), which consisted of the 10.875% Notes of $153.0 million and the 10.5% of $930.0 million.   Cash on hand was $159.3 million (excluding $3.2 million of restricted cash) and we had no short-term money market investments (with maturities of less than three months) or short-term investments (with original maturities between 90 days and one year).

As of December 31, 2021, we had $114 million in borrowings outstanding on the ABL and the combined ABL Revolver and ABL FILO borrowing bases were insufficient to support additional borrowings.   As of December 31, 2021, we were in compliance with all covenants set forth in the Indentures governing the 10.875% Notes and the 10.5% Notes.

We did not have additional borrowing capacity under the ABL at December 31, 2021, therefore cash on hand reflected total liquidity of $159.3 million (excluding restricted cash) at December 31, 2021.

*New Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provided for a delayed draw term loan of up to $70.0 million and a term of one-year.   Availability under the Term Loan was limited to a maximum of four draws with a minimum of $5.0 million per draw.   Subject to certain exceptions, the Company's obligations with respect of the Term Loan were secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the 10.5% Indenture.   On March 18, 2020, we drew on the facility and received $70.0 million less a 1% original issue discount fee.   In May 2020 the lenders agreed to grant the Company the option to extend the maturity date to August 5, 2021. This loan was repaid on February 2, 2021 with some of the proceeds received from issuance and sale of the 10.875% Notes.

*ABL Facility*

The ABL Facility is available on a revolving basis to finance our working capital needs and for general corporate purposes.   The ABL Facility was composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" revolving tranche (the ABL FILO) when amended and restated on August 2, 2019.   Commitments under the ABL FILO reduce, and commitments under the ABL Revolver equally and simultaneously increase, by $2.5 million on each of the first three anniversaries of the August 2, 2019 amendment and restatement.

 The credit agreement governing the ABL Facility contains covenants that impose restrictions on, among other things, additional indebtedness, liens, investments, advances, guarantees and mergers and acquisitions.   These covenants also place restrictions on asset sales, sale and leaseback transactions, dividends, payments between us and our subsidiaries and certain transactions with affiliates

Availability under the ABL Revolver is subject to a borrowing base.   The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves.   The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base.   The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes were issued on August 2, 2019 in conjunction with the refinancing of our debt.   The net proceeds from the issuance of the 10.5% Notes were $918.3 million after underwriters and other fees and expenses of $11.7 million.   The net proceeds

CONFIDENTIAL`

from the issuance of the 10.5% Notes were used to redeem and pay accrued interest due on the 8.75% Notes of $816.2 million, to repay the outstanding loan balance and pay accrued interest due on the Old Term Loan of $50.3 million and to repay the outstanding loan balance and pay accrued interest due on the ABL of $35.9 million.

The 10.5% Notes are due August 1, 2024 and interest is paid semi-annually in arrears on February 1 and August 1.

The 10.5% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

On February 2, 2021 the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein.

*10.875% Notes*

On February 2, 2021 TPCGI issued and sold $153 million aggregate principal amount of 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021. The 10.875 % Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL Facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

*Insurance Premium Financing*

As of December 31, 2021, we have $14.4 million of the insurance premiums we financed through Aon Premium Finance LLC. The first down payment and the first installment were paid in July 2021 and the remainder is payable in monthly installments following the applicable renewal date through March of 2022.

*Sources and Uses of Cash*

Our principal sources of liquidity are our existing cash and cash equivalents, short-term investments, cash generated from operations and borrowings under our ABL. In addition to these sources, another source of liquidity over the near-term will be insurance proceeds received under our various insurance policies, including our property damage and business interruption policies. Business interruption coverage became effective on January 12, 2020 after the forty-five-day deductible period and from that date on will replace the earnings the Port Neches plant would have contributed except as a result of the explosion incident on November 27, 2019 that shut down the plant. The timing of receipt of the additional insurance proceeds under our policies is uncertain at this time. We may also, from time to time, generate cash from opportunistic sales of non-core assets. Our principal uses of cash are to provide working capital, meet debt service requirements, fund capital expenditures and finance our strategic plans, including possible acquisitions. We may also seek to finance our capital expenditures under capital leases or other debt arrangements that provide liquidity or favorable borrowing terms. Our business may not generate sufficient cash flows from operations and future borrowings under our ABL Facility may not be available to us in an amount sufficient to enable us to pay our indebtedness or to fund our other liquidity needs. Our ability to generate sufficient cash depends on, among other factors, prevailing economic conditions, many of which are beyond our control. In addition, upon the occurrence of certain events, such as a change in control, we could be required to repay or refinance our indebtedness. Any future acquisitions, joint ventures or other similar transactions may require additional capital and there can be no assurance that any such capital will be available to us on acceptable terms or at all.

We are currently engaged in discussions with our stakeholders, including our lenders and noteholders and their advisors and other economic stakeholders, regarding optimizing our capital structure. In connection with these discussions, on February 3, 2022, the Company entered into a forbearance agreement with a group representing nearly 90% of the Company's 10.875% Notes and

**CONFIDENTIAL`**

approximately 80% of the Company's 10.5% Notes (the "Ad Hoc Group"). The Company did not make approximately $53 million in total interest payments due on the 10.875% Notes and the 10.5% Notes on February 1, 2022; the payments are subject to a 30-day grace period. Under the forbearance agreement, the Ad Hoc Group agreed to forbear from exercising remedies relating to the event of default that will occur if the Company does not make the February 1 coupon payments within the 30-day grace period. The forbearance agreement was initially effective until March 18, 2022 but was extended until April 18, 2022 on March 16th and may be further extended by the Ad Hoc Group. In connection with the forbearance agreement, the Ad Hoc Group also agreed to provide the Company with approximately $52 million of additional liquidity in the form of a commitment to purchase additional 10.875% senior secured priming notes due 2024 (the "Additional Notes"). On March 2, 2022 and March 11, 2022, TPC Group Inc. issued the additional 10.875% Senior Secured Notes due 2024. Proceeds from the sale of the Additional Notes will be used to support ongoing operations and to pay fees and expenses associated with the transaction. As discussed in Note D *Going Concern* to our Audited Consolidated Financial Statements included in this Annual Report, if we do not have sufficient liquidity from cash flow, proceeds from the Additional Notes, ABL availability and proceeds from insurance policies to conduct our business operations in future periods, we may be required, but unable, to refinance all or part of our existing debt, seek additional covenant relief from our lenders, sell assets, incur additional indebtedness, or issue equity on terms acceptable to us, if at all. Therefore, our ability to continue our planned principal business operations would be dependent on the actions of our lenders or obtaining additional debt and/or equity financing to repay outstanding indebtedness secured notes and ABL. These factors raise substantial doubt about our ability to continue as a going concern.

In connection with the forbearance agreement, the Ad Hoc Group also agreed to provide the Company with approximately $52 million of additional liquidity in the form of a commitment to purchase additional 10.875% Notes, which amounts were funded in March 2022. See Note R *Subsequent Events* to our Audited Consolidated Financial Statements included in this Annual Report for further information.

Our liquidity requirements will be significant primarily due to the annual debt service requirements on the 10.5% Notes, which are estimated to be $97.7 million, annual debt service requirements on the 10.875% Notes, which are approximately $16.6 million, our baseline capital expenditures, which fall within the range of $70 to $80 million per year but were $111.6 million in 2021 and forecast to be approximately $107.5 million in 2022, our turnaround and catalyst costs, which would typically be in the range of $20 to $30 million in years we do not perform a dehydro unit turnaround and $35 to $40 million in years we do perform a dehydro unit turnaround, and cash requirements related to the Port Neches incident in advance of insurance recoveries or in excess of insurance coverage limits.

As market conditions warrant and subject to the Company's contractual restrictions and liquidity position, we, our affiliates and/or our equity holders, including the Sponsors and their affiliates, may from time to time repurchase the Company's outstanding debt securities in privately negotiated or open market transactions, by tender offer or otherwise. If in the future we should decide to engage in such transactions, any such purchases may be funded by incurring new debt, including borrowings under our ABL. Any new debt may also be secured debt. We may also use available cash on our balance sheet or new equity capital. The amounts involved in any such transactions, individually or in the aggregate, may be material. Further, any such purchases may result in us acquiring and retiring a substantial amount of the 10.875% Notes or the 10.5% Notes, with the attendant reduction in the trading liquidity of any such Notes.

*Cash Flow Summary*

The following table summarizes changes in cash and cash equivalents for the periods indicated (in thousands):

|  | Year Ended December 31, | | | | | |
|  | 2021 | | 2020 | | 2019 | |
| Cash flows provided by (used in): | | | | | | |
| Operating activities | $ | 66,424 | $ | (88,865) | $ | 117,354 |
| Investing activities | | (111,637) | | (55,889) | | (53,957) |
| Financing activities | | 189,322 | | 78,047 | | 20,767 |
| Change in cash and cash equivalents | $ | 144,109 | $ | (66,707) | $ | 84,164 |

*Operating Activities*

For the year ended December 31, 2021, net cash provided by operating activities was $66.4 million. Net income of $17.5 million, depreciation and amortization of $75.5 million, amortization of debt issuance costs of $8.2 million, write-off of capital projects of $2.3 million and a decrease in working capital of $16.3 million was partially offset by deferred turnaround and catalyst costs of $17.0 million, deferred income tax of $0.4 million and $36.0 million of non-cash expenses related to the Port Neches incident.

Trade accounts receivable were $126.6 million at December 31, 2021 compared to $73.4 million at December 31, 2020. The $53.2 million increase primarily reflected higher revenue of $537.6 million in December 2021 compared to December 2020 and an

increase in the days outstanding from 29 days at December 31, 2020 to 31 days at December 31, 2021.   Trade accounts receivable were 99% current at both December 31, 2021 and 2020.

Our inventory at December 31, 2021 was $74.5 million compared to $45.4 million at December 31, 2020.   The increase of $29.1 million reflected a 79% increase in overall average cost per pound, which accounted for $32.8 million of the increase, and a 9% decrease in physical inventory volumes, which accounted for an offset of $3.7 million.   The increase in average cost per pound was driven primarily by a 116% increase in the benchmark price of butadiene comparing the prices for December 2021 to December 2020.

For the year ended December 31, 2020, net cash used in operating activities was $88.9 million.   The net loss of $188.2 million, deferred turnaround and catalyst costs of $28.0 million, deferred income tax benefit of $13.6 million and an increase in working capital of $6.6 million were partially offset by non-cash expenses of $147.5 million.   Non-cash expenses consisted of depreciation and amortization of $74.1 million, amortization of debt issuance costs of $8.4 million and non-cash expenses related to the Port Neches incident of $65.0 million.

For the year ended December 31, 2019, net cash generated from operating activities was $117.4 million.   The net loss of $41.5 million, deferred income tax benefit of $8.7 million and deferred plant turnaround and catalyst costs of $29.6 were more than offset by non-cash expenses of $164.8 million and a $32.4 million decrease in working capital.   Non-cash expenses consisted of depreciation and amortization of $81.0 million, amortization and write-off of debt issuance costs of $12.5 million and non-cash expenses related to the Port Neches incident of $71.3 million.

*Investing Activities*

During 2021, 2020, and 2019 we invested $111.6 million, $55.9 million, and $54.0 million, respectively, in the form of capital expenditures, which consisted primarily of baseline spending.   In addition to baseline capital investment, 2021 included operational improvements to the steam system, 2020 included replacing capacity due to the volumes lost as a result of the Port Neches incident, and 2019 included infrastructure improvements in preparation for the increased crude C4 supply from the new ethylene crackers coming on line.

*Financing Activities*

Cash of $189.3 million was generated in 2021 from net borrowings on the 10.875% Notes of $144.0 million, net borrowings on the ABL facility of $114.0 million, and $1.3 million in net borrowings to finance our insurance premiums.   These amounts were partially offset by the repayment of the term loan of $70.0 million.

Net cash generated from financing activities in 2020 was $78.0 million, which consisted of $69.3 million from net borrowings on the New Term Loan and net borrowings to finance our insurance premiums of $13.0 million.   These amounts were partially offset by debt issuance costs of $4.3 million.

Net cash generated from financing activities in 2019 was $20.8 million, which consisted of $35.0 million of net borrowings due to the refinancing on August 2, 2019 and the related debt issuance costs of $14.0 million.

*Off-Balance-Sheet Arrangements*

We do not currently utilize any off-balance-sheet arrangements to enhance our liquidity and capital resource positions, or for any other purpose.

### Critical Accounting Policies and Estimates

In preparing our financial statements in conformity with accounting principles generally accepted in the United States of America, we make certain estimates and assumptions about future events that could significantly affect the amounts of reported assets, liabilities, revenues and expenses, as well as the disclosure of contingent assets and liabilities in the financial statements and accompanying notes. Some of our accounting policies require the application of significant judgment by management to select the appropriate assumptions to determine these estimates.   By their nature, these judgments are subject to an inherent degree of uncertainty; therefore, actual results may differ significantly from estimated results.   We base our judgments on our historical experience, knowledge of the business and industry, advice from experts and consultants, business forecasts and other available information, as appropriate.

Our most critical accounting policies, which reflect significant management estimates and judgment to determine amounts reported in our consolidated financial statements, are as follows:

CONFIDENTIAL`

*Inventory Cost*

Our inventories consist of raw materials and finished products and are valued at the lower of average cost or net realizable value. Costs of finished products include raw materials, energy, labor and manufacturing overhead. We may enter into product exchange agreements with suppliers and customers for raw materials and/or finished goods in the normal course of business. Under these arrangements we deliver product volumes to the exchange partner to be delivered in-kind back to us or receive product volumes to be delivered in-kind by us to the exchange partner in the future, generally in the short term. Product exchanges typically benefit both parties from a logistical perspective and provide for additional flexibility regarding both receipt of raw materials from suppliers and delivery of finished goods to customers. Exchange balances due to or from exchange partners are recorded in inventory at the lower of average cost or net realizable value and do not impact the consolidated statements of operations and comprehensive income, as they are recognized at the carrying amount. Our inventory levels can vary significantly depending on availability of raw materials, especially crude C4, plant operations, customer demand and seasonality. In addition to potential fluctuations in the amounts of physical inventories we carry, we can be exposed to potential devaluations in net realizable value of our inventories, especially our fuel-related products, during periods of rapidly declining unleaded regular gasoline prices and demand for fuel-additive products. A significant amount of judgment is required to determine the appropriate normal range of plant production activity and plant operating expenses regarding plant overhead cost absorption and to determine the appropriate market valuation of inventories to assess recoverability of the carrying cost of our inventory. Use of different estimates and assumptions to determine the appropriate amounts of overhead absorption and market value for inventory valuation purposes, when such market is below cost, could have a significant impact on our financial condition and results of operations from period to period.

The average cost of our inventory at the end of any period reflects the carrying cost of raw materials and finished goods inventory on hand at the beginning of the period and the actual cost of raw material purchases and finished goods production during the period. The actual costs of most of our raw materials are based on contractual arrangements which, in various ways, link the purchase costs to a commodity price index. Downward movement in commodity price indices between the times raw materials are purchased and the related finished products are sold can result in reductions in realizable value of the inventory prior to the sale of our finished products. Such reductions in realizable value can occur despite the index-based pricing in our contracts, because the effect of using matching indices is lessened when we do not purchase the feedstock and sell the finished product in the same period. If it is determined at the balance sheet date that the carrying value of the inventory will not be recovered based on management's best estimates and assumptions regarding inventory turnover rates and future selling prices, the carrying value of the inventory is written down to net realizable value through lower of cost or net realizable value adjustments.

*Plant Turnaround Costs*

We use the deferral method to account for costs of major scheduled plant turnarounds. Plant turnarounds are scheduled and require partial or complete shutdowns of chemical processing units for significant overhaul and refurbishment, for periods typically lasting from two to four weeks. Under the deferral method, we defer the cost of a turnaround project and amortize the cost over the period between the completion of the turnaround and the next scheduled turnaround, which typically occurs from three to five years after the most recently completed turnaround. If the next scheduled turnaround occurs sooner than originally anticipated, any remaining deferred cost from the previous turnaround is charged to expense at that time. If the next scheduled turnaround occurs later than originally anticipated, the amortization period for the previous turnaround cost is not extended. The deferral method of accounting for turnaround costs requires judgment as to the specific costs to be included in a major turnaround project and requires estimates and assumptions regarding the period of time over which the costs will be amortized. Use of different estimates and assumptions could have a significant impact on our financial condition and results of operations from period to period.

*Income Tax Assets and Liabilities*

We account for income taxes in accordance with ASC 740, *Income Taxes*. Determination of tax related assets and liabilities to be recorded and the appropriate recognition of tax positions taken on tax returns requires a significant amount of judgment. Regarding realization of our deferred tax assets and the need for a valuation allowance against deferred tax assets at each balance sheet date, we consider both positive and negative evidence of sufficient taxable income within the carry-back and/or carry-forward periods as provided under applicable tax law. Based on our significant net deferred tax asset position and future reversals of existing taxable temporary differences, as well as our historical operating results, we have concluded that a valuation allowance should be recorded for the entire amount of the deferred tax asset. Regarding assessment of taxable income exclusive of reversing temporary differences and carry-forwards, we consider both our recent historical operating results, as well as our expectations of future operating results; however, historical results are given more weight than our expectations of future profitability, which is inherently uncertain.

CONFIDENTIAL`

*Revenue Recognition*

We recognize revenue in accordance with ASC 606, *Revenue from Contracts with Customers*. We adopted ASC 606 as of January 1, 2019 and applied the modified retrospective transition method to all contracts not completed as of the adoption date. The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. The impact of the new standard on our consolidated financial statements was immaterial.

*Contingent Liabilities*

We record reserves for contingent liabilities when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment may be subject to the uncertainty of dispute resolution or litigation. Contractual arrangements with our customers and suppliers are typically complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier. Regarding any such disputes, we record reserves for contingent liabilities when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable.

*Benefit Plans*

We sponsor a noncontributory defined benefit pension plan for approximately 91 union-represented employees at our Port Neches facility. The actuarial determination of the projected benefit obligation and related benefit expense requires certain assumptions, including discount rate, expected return on plan assets, rate of future compensation increases and mortality rates. These assumptions require considerable judgment and can have a significant impact on the amount of the obligation and periodic expense recognized.

### Recent Accounting Developments

#### Accounting Guidance Issued but Not Yet Adopted as of December 31, 2021

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic. This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Company has evaluated its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment (barge and terminal leases). The Company expects to recognize operating lease liabilities of approximately $166 million and corresponding right-of-use assets of approximately $157 million with the difference recognized as a benefit to retained earnings over the life of the leases

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021. Adoption methods vary based on the specific items impacted. Management, in discussion with our tax consultants, have concluded that changes required by the new standard will not impact the Company's financial statements and related tax disclosures.

CONFIDENTIAL`

**CONSOLIDATED FINANCIAL STATEMENTS**

**Index to Consolidated Financial Statements**

| | Page |
|---|---|
| Report of Independent Certified Public Accountants | 31 |
| Consolidated Balance Sheets | 34 |
| Consolidated Statements of Operations and Comprehensive Income (Loss) | 35 |
| Consolidated Statement of Stockholder's Deficit | 36 |
| Consolidated Statements of Cash Flows | 37 |
| Notes to Consolidated Financial Statements | 38 |

CONFIDENTIAL`



**REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS**

**Grant Thornton LLP**
700 Milam Street, Suite 300
Houston, TX 77002

**T** 832.476.4600
**F** 713.655.8741

Board of Managers of Sawgrass Holdings GP LLC
Board of Directors and Stockholders of TPC Group Inc. and Subsidiaries

## Opinion

We have audited the accompanying consolidated financial statements of TPC Group Inc. (a Delaware corporation) and subsidiaries (the "Company"), which comprise the consolidated balance sheets as of December 31, 2021 and 2020, and the related consolidated statements of operations and comprehensive income (loss), changes in stockholder's deficit, and cash flows the three years then ended, and the related notes to the financial statements.

In our opinion, the accompanying consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2021 and 2020, and the results of its operations and its cash flows for the three years then ended in accordance with accounting principles generally accepted in the United States of America.

## Basis for opinion

We conducted our audits of the consolidated financial statements in accordance with auditing standards generally accepted in the United States of America (US GAAS). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of the Company and to meet our other ethical responsibilities in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

## Substantial doubt about the company's ability to continue as a going concern

The accompanying consolidated financial statements have been prepared assuming that the Company will continue as a going concern. As discussed in Note D to the financial statements, the Company's assessment of forecasted cash flow and available liquidity for 2022 includes significant insurance receipts, the amount and timing of which is uncertain and largely outside the Company's control, the Company failed to make their February 1, 2022 coupon payments causing an event of default on their Notes and has stated that substantial doubt exists about the Company's ability to continue as a going concern. Management's evaluation of the events and conditions and management's plans regarding



these matters are also described in Note D. The consolidated financial statements do not include any adjustments that might result from the outcome of this uncertainty. Our opinion is not modified with respect to this matter

**Responsibilities of management for the financial statements**

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for one year after the date the financial statements are issued.

**Auditor's responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with US GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the consolidated financial statements.

In performing an audit in accordance with US GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control. Accordingly, no such opinion is expressed.

CONFIDENTIAL`



- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the consolidated financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control–related matters that we identified during the audit.

*Grant Thornton LLP*

Houston, Texas
March 24, 2022

Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd (GTIL). GTIL and each of its member firms are separate legal entities and are not a worldwide partnership.

CONFIDENTIAL`

# CONSOLIDATED BALANCE SHEETS

*(In thousands, except share and per share amounts)*

| | December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 159,313 | $ 18,452 |
| Restricted cash | 3,248 | - |
| Trade accounts receivable | 126,645 | 73,447 |
| Insurance receivable - Port Neches incident | 3,402 | 23,289 |
| Inventories | 74,487 | 45,435 |
| Other current assets | 41,371 | 41,123 |
| Total current assets | 408,466 | 201,746 |
| Property, plant and equipment, net | 755,390 | 703,273 |
| Intangible assets, net | 3,880 | 3,880 |
| Other assets, net | 55,521 | 55,850 |
| Total assets | $ 1,223,257 | $ 964,749 |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | |
| Current liabilities: | | |
| Accounts payable | $ 208,561 | $ 113,092 |
| Accrued liabilities | 94,456 | 92,635 |
| Short-term debt | 14,424 | 13,098 |
| Accrued liabilities - Port Neches incident | 34,907 | 90,262 |
| Total current liabilities | 352,348 | 309,087 |
| Long-term debt, net of deferred financing costs | 1,181,528 | 985,321 |
| Total liabilities | 1,533,876 | 1,294,408 |
| Commitments and contingencies | | |
| Stockholder's equity (deficit): | | |
| Common stock, $0.01 par value, 2,000 shares authorized, 1,030 issued and outstanding | - | - |
| Additional paid-in capital | 478,314 | 478,314 |
| Accumulated deficit | (787,774) | (805,312) |
| Accumulated other comprehensive loss | (1,159) | (2,661) |
| Total stockholder's deficit | (310,619) | (329,659) |
| Total liabilities and stockholder's deficit | $ 1,223,257 | $ 964,749 |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL`

## CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE INCOME (LOSS)

*(In thousands)*

| | | Year Ended December 31, | |
| --- | ---: | ---: | ---: |
| | **2021** | **2020** | **2019** |
| Revenue | $ 1,289,046 | $ 751,390 | $ 1,464,926 |
| Cost of sales (excludes items listed below) | 1,005,322 | 519,063 | 1,031,833 |
| Operating expenses | 221,556 | 181,059 | 179,936 |
| General and administrative expenses | 29,981 | 27,970 | 28,695 |
| Depreciation and amortization | 75,503 | 74,155 | 81,002 |
| Loss on Port Neches incident, net of insurance recovery | 34,988 | 50,141 | 91,895 |
| Net gain on asset disposal | (183,465) | - | - |
| Business interruption insurance recovery | (87,592) | (12,100) | - |
| Freeze event | 40,293 | - | - |
| Tech Center event | 7,401 | - | - |
| Capital projects write off | 2,287 | - | - |
| COVID-19 expenses | 726 | 1,896 | - |
| Income (loss) from operations | 142,046 | (90,794) | 51,565 |
| Other (income) expense: | | | |
| Interest expense | 120,980 | 112,933 | 101,729 |
| Other, net | 2,476 | 182 | 1,565 |
| Income (loss) before income taxes | 18,590 | (203,909) | (51,729) |
| Income tax expense (benefit) | 1,052 | (15,745) | (10,238) |
| Net income (loss) | 17,538 | (188,164) | (41,491) |
| Change in funded status of defined benefit plan, net of tax effect of ($399), ($323) and $352, respectively | 1,502 | 1,216 | (1,325) |
| Comprehensive income (loss) | $ 19,040 | $ (186,948) | $ (42,816) |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL`

## CONSOLIDATED STATEMENT OF STOCKHOLDER'S DEFICIT

*(In thousands)*

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Total Deficit |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| **Balances - December 31, 2018** | 1 | - | 478,461 | (575,657) | (2,552) | (99,748) |
| Net loss | - | - | - | (41,491) | - | (41,491) |
| Return of equity contributions | - | - | (141) | - | - | (141) |
| Change in funded status of defined benefit plan, net of tax benefit of $352 | - | - | - | - | (1,325) | (1,325) |
| **Balances - December 31, 2019** | 1 | - | 478,320 | (617,148) | (3,877) | (142,705) |
| Net loss | - | - | - | (188,164) | - | (188,164) |
| Return of equity contributions | - | - | (6) | - | - | (6) |
| Change in funded status of defined benefit plan, net of tax expense of ($323) | - | - | - | - | 1,216 | 1,216 |
| **Balances - December 31, 2020** | 1 | $ - | $ 478,314 | $ (805,312) | $ (2,661) | $ (329,659) |
| Net income | - | - | - | 17,538 | - | 17,538 |
| Change in funded status of defined benefit plan, net of tax expense of ($399) | - | - | - | - | 1,502 | 1,502 |
| **Balances - December 31, 2021** | 1 | $ - | $ 478,314 | $ (787,774) | $ (1,159) | $ (310,619) |

The accompanying notes are an integral part of this consolidated financial statement.

CONFIDENTIAL`

## CONSOLIDATED STATEMENTS OF CASH FLOWS
*(In thousands)*

| | | Year Ended December 31, | |
| --- | ---: | ---: | ---: |
| | **2021** | **2020** | **2019** |
| **Cash flows from operating activities:** | | | |
| Net income (loss) | $ 17,538 | $ (188,164) | $ (41,491) |
| Adjustments to reconcile net income (loss) to cash flows provided by operating activities: | | | |
| Depreciation | 48,577 | 47,075 | 50,931 |
| Turnaround amortization | 19,656 | 17,851 | 22,353 |
| Catalyst amortization | 7,270 | 6,341 | 4,831 |
| Patent amortization | - | 2,888 | 2,887 |
| Port Neches incident, net of cash expense | (35,990) | 65,021 | 71,325 |
| Amortization/write-off of debt issuance costs | 8,211 | 8,443 | 12,501 |
| Deferred income taxes | (400) | (13,594) | (8,653) |
| Deferred turnaround cost | (12,579) | (22,505) | (20,956) |
| Deferred catalyst cost | (4,411) | (5,537) | (8,745) |
| Capital projects write-off | 2,287 | - | - |
| Changes in assets and liabilities: | | | |
| Accounts receivable | (53,198) | 10,435 | 10,080 |
| Inventories | (29,416) | 7,633 | 11,592 |
| Accounts payable | 104,999 | (19,698) | (32,278) |
| Other assets and liabilities, net | (6,120) | (5,054) | 42,977 |
| Cash provided by (used in) operating activities | 66,424 | (88,865) | 117,354 |
| **Cash flows from investing activities:** | | | |
| Capital expenditures | (111,637) | (55,889) | (53,957) |
| Cash used in investing activities | (111,637) | (55,889) | (53,957) |
| **Cash flows from financing activities:** | | | |
| Proceeds from issuance of 10.5% Notes | - | - | 930,000 |
| Proceeds from issuance of 10.875% Notes | 150,000 | - | - |
| Payment of 8.75% Notes | - | - | (805,000) |
| Payment of Term Loan | (70,000) | - | (50,000) |
| Net proceeds from (paydowns on) ABL Facility | 114,000 | - | (40,000) |
| Proceeds from Term Loan | - | 69,300 | - |
| Insurance finance borrowings | 46,115 | 42,492 | - |
| Insurance finance repayments | (44,788) | (29,395) | - |
| Debt issuance costs | (6,005) | (4,344) | (14,092) |
| Equity contributions (returns), net | - | (6) | (141) |
| Cash provided by financing activities | 189,322 | 78,047 | 20,767 |
| Net Increase (decrease) in cash and cash equivalents | 144,109 | (66,707) | 84,164 |
| Restricted cash, beginning of period | - | - | - |
| Cash and cash equivalents, beginning of period | 18,452 | 85,159 | 995 |
| Restricted cash, end of period | 3,248 | - | - |
| Cash and cash equivalents, end of period | $ 159,313 | $ 18,452 | $ 85,159 |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL`

## NOTE A – BASIS OF PRESENTATION

1. *Definition of Terms*

Certain terms used throughout these consolidated financial statements and accompanying notes are defined on page 3 of this Report, which should be referred to when reading these consolidated financial statements and accompanying notes.

2. *Organization*

The accompanying consolidated financial statements include the accounts of TPCGI and its direct wholly owned and indirect subsidiaries. TPCGI's direct wholly owned subsidiaries include TPCGLLC and Texas Petrochemicals Netherlands B.V., and its indirect subsidiaries, which are all wholly owned subsidiaries of TPCGLLC, include Texas Butylene Chemical Corporation, Texas Olefins Domestic International Sales Corporation, TPC Phoenix Fuels LLC, Port Neches Fuels LLC, TP Capital Corp., TPC Pipeline Holding Company LLC and TPC Pipeline Company LLC.

3. *Principles of Consolidation*

The Company's consolidated financial statements include the accounts of TPCGI and its direct and indirect subsidiaries, after the elimination of all significant intercompany accounts and transactions. The financial statements presented have been prepared by us in accordance with GAAP.

## NOTE B – DESCRIPTION OF BUSINESS

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

In our C4 Processing segment, we process the crude C4 stream into higher value components, namely butadiene, butene-1 and raffinates. Butadiene is primarily used to produce synthetic rubber that is mainly used in tires and other automotive products; butene-1 is primarily used in the manufacture of polyethylene plastic resins and synthetic alcohols; and raffinates are primarily used in the production of alkylate, a component of premium unleaded gasoline.

In our Performance Products segment, we process isobutylene, which we purchase as a raw material and also produce internally, to produce polyisobutylene ("PIB"), diisobutylene ("DIB"), and methyl tertiary-butyl ether ("MTBE"). PIB is primarily used in the production of fuel and lubricant additives, caulks, adhesives, sealants and packaging; DIB is primarily used in the manufacture of surfactants, plasticizers and resins; and MTBE is primarily used as a gasoline blending stock.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (see Note J *Port Neches Incident*). The Houston plant, in addition to processing crude C4, also produces PIB, DIB, and MTBE. The raw material isobutylene processed at our Houston facility is sourced from processing crude C4, third-party supply and internal on-purpose production. The feedstock for our on-purpose isobutylene production is isobutane, which is a plentiful natural gas liquid resulting from shale gas development. In order to replace the lost crude C4 processing capacity at our Port Neches plant, we recently entered into a long-term contract with a third-party to process a substantial portion of our crude C4 supply and return butadiene and raffinate to us.

We also provide critical infrastructure and logistics services along the Gulf Coast. Both our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-

going vessel.  We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth.  Our results are impacted by the effects of economic upturns or downturns on our customers and our suppliers and our ability to achieve on stream time and production targets in our operating units.  Our results are also dependent on our own costs to produce, sell and deliver our products.  Our customers generally use our products in their own production processes; therefore, if our customers curtail production of their products, our results could be materially affected.  In particular, our feedstock costs and product prices are susceptible to volatility in pricing and availability of crude oil, natural gas, natural gas liquids such as isobutane and oil-related products such as unleaded regular gasoline.  Prices for these products tend to be volatile as well as cyclical, as a result of global and local economic factors, worldwide political events, weather patterns and the economics of oil and natural gas exploration and production, among other things.

## NOTE C – RISKS AND UNCERTAINTIES RELATED TO THE COVID-19 PANDEMIC

In March 2020, the World Health Organization declared the outbreak of coronavirus (COVID-19) to be a pandemic, and as the pandemic continues for a second year, the ultimate impact and the extent to which the COVID-19 pandemic will continue to affect the business, results of operation and financial condition is difficult to predict and depends on numerous evolving factors outside of the Company's control including: the duration and scope of the pandemic; government, social, business and other actions that have been and will be taken in response to the pandemic; and the effect of the pandemic on short and long-term general economic conditions. This uncertainty also affects management's accounting estimates and assumptions, which could result in greater variability in a variety of areas that depend on these estimates and assumptions.

Though government restrictions across the world (such as travel bans and restrictions, border closures and quarantines) have generally eased and vaccines have become available to help prevent COVID-19 infections, a return to a more ordinary course of economic and business activity is still dependent on the effectiveness of containment efforts, including the spread of additional virus variants such as Delta and Omicron.

The COVID-19 outbreak has impacted the addressable market for the Company's products, and the Company's business continues to be exposed to risks and uncertainties related to the pandemic.  The Company continues to work with our stakeholders (including customers, suppliers, employees, business partners, and local communities) to mitigate the impact of the pandemic on our business.  Protecting the health and safety of our employees and their respective work locations while simultaneously maintaining business continuity with our customers and suppliers continue to be key operational objectives.

## NOTE D – GOING CONCERN

The consolidated financial statements of the Company have been prepared on a going concern basis, which contemplates the realization of assets and the discharge of liabilities in the normal course of business.  When preparing financial statements, management has the responsibility to evaluate whether there are conditions or events, considered in the aggregate, that create substantial doubt about the Company's ability to continue as a going concern within one year after the date that the financial statements are issued. In applying the accounting guidance, the Company considered its current financial condition and liquidity sources, including current funds available, forecasted future cash flows and its unconditional obligations due over the next 12 months.

The Company has sustained operating losses due to the Port Neches plant explosion in 2019, as a result of market complications from COVID-19 and the effects of Winter Storm Uri in 2021.  While the Company's assessment of forecasted cash flow and available liquidity for 2022 includes significant PNO-related insurance receipts, the amount and timing are uncertain and largely outside of the Company's control.  The Company can exercise some control over capital spending, but there is no guarantee that alternate forms of additional capital will be available.  On February 3, 2022, after missing approximately $53 million in total interest payments due on February 1, 2022 on the Company's 10.875% Notes and 10.5% Notes, the Company entered into a forbearance agreement with a group representing nearly 90% of the Company's 10.875% Notes and approximately 80% of the Company's 10.5% Notes (the "Ad Hoc Group").  Under the forbearance agreement, the Ad Hoc Group agreed to forbear from exercising remedies related to the event of default for the Company's failure to make the February 1 coupon payments within a 30-day grace period.  The forbearance agreement is effective until April 18, 2022 and may be extended by the Ad Hoc Group.

In connection with the forbearance agreement, the Ad Hoc Group also agreed to provide the Company with approximately $52 million of additional liquidity in the form of a commitment to purchase additional 10.875% senior secured priming notes due 2024 (the "Additional Notes").  On March 2, 2022 and March 11, 2022, TPC Group Inc. issued the additional 10.875% Senior Secured Notes

due 2024. Proceeds from the sale of the Additional Notes will be used to support ongoing operations and to pay fees and expenses associated with the transaction.

If we do not have sufficient liquidity from cash flow, proceeds from the Additional Notes, ABL availability and proceeds from insurance policies to conduct our business operations in future periods, we may be required, but unable, to refinance all or part of our existing debt, seek additional covenant relief from our lenders, sell assets, incur indebtedness, or issue equity on terms acceptable to us, if at all. Therefore, our ability to continue our planned principal business operations would be dependent on the actions of our lenders or obtaining additional debt and/or equity financing to repay outstanding indebtedness, secured notes and ABL. These factors raise substantial doubt about our ability to continue as a going concern.

The accompanying Consolidated Financial Statements do not include any adjustments to reflect the possible future effects of this uncertainty on the recoverability or classification of recorded asset amounts or the amounts or classification of liabilities.

## NOTE E– SIGNIFICANT ACCOUNTING POLICIES

1. *Use of Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting periods. Significant estimates include liabilities and insurance proceeds related to the Port Neches incident (see Note J *Port Neches Incident*), impairment considerations, allowance for doubtful accounts, inventory valuation, pension plan assumptions, environmental and litigation reserves and provision for income taxes. Actual results could differ from those estimates.

2. *Cash and Cash Equivalents*

Our cash balances as of December 31, 2021 are comprised of cash and cash equivalents and restricted cash. Cash and cash equivalents included amounts on deposit with banks, cash invested temporarily in investments with original maturities of three months or less, and cash on hand. Restricted cash included amounts on deposit with a bank, held in escrow as defined by contractual agreements for the purpose of funding our committed portion of contractual agreements for capital projects to be completed in less than one year. We maintain cash balances that are insured by the Federal Deposit Insurance Corporation ("FDIC"). As of December 31, 2021, we had $159.3 million in cash and cash equivalents and $3.2 million in restricted cash, totaling $162.5 million in total cash on deposit with banks, which were subject to a $0.25 million per account FDIC insurance coverage limit. We believe the likelihood of any loss of cash and cash equivalents is remote and that we are not exposed to any significant credit risk on cash and cash equivalents

3. *Accounts Receivable*

We extend credit to our customers in the normal course of business and generally do not require collateral for trade accounts receivable. We perform ongoing credit evaluations of our customers and, in some instances, require letters of credit or additional guarantees in support of contracted amounts. We review the collectability of trade receivables and use the allowance method to record bad debt expense for amounts that we believe may be uncollectible. We believe no allowance was necessary as of December 31, 2021 and 2020. Write-offs are recorded at the time a customer receivable is deemed uncollectible.

4. *Inventories*

Inventories consist of raw materials and finished goods and are valued at the lower of average cost or net realizable value. Costs of finished products include raw materials, energy, labor and manufacturing overhead. We may enter into product exchange agreements with suppliers and customers for raw materials and/or finished goods in the normal course of business. Under these arrangements we deliver product volumes to the exchange partner to be delivered in-kind back to us or we receive product volumes to be delivered in-kind by us to the exchange partner in the future, generally in the short term. Product exchanges typically benefit both parties from a logistical perspective and provide for additional flexibility regarding both receipt of raw materials from suppliers and delivery of finished goods to customers. Exchange balances due to or from exchange partners are recorded in inventory at the lower of average cost or net realizable value and do not impact the consolidated statements of operations and comprehensive loss, as they are recognized at the carrying amount. At December 31, 2021 we had no exchange receivable position and our exchange payable position was $4.1 million. At December 31, 2020 we had no exchange receivable position and our exchange payable position was $0.6 million.

**CONFIDENTIAL`**

**5.    *Property, Plant and Equipment***

Property, plant and equipment are stated at depreciated historical cost.    Depreciation of property, plant and equipment is computed using the straight-line method over estimated useful lives ranging from five to forty-five years for financial reporting purposes and accelerated methods for income tax purposes.    Maintenance and repairs and minor renewals are charged to expense as incurred while major improvements, renewals and betterments are capitalized.

Upon retirement or sale of an asset, the asset cost and the related accumulated depreciation are removed from the accounts and any resulting gain or loss is reflected in results of operations.

The estimated useful lives for our main categories of fixed assets are shown in the table below.

|  | Estimated Useful Lives (in years) |
|---|---|
| Plant equipment | 5  - 35 |
| Pipelines | 15  - 40 |
| Buildings and land improvements | 15  - 45 |
| Technology assets | 5  - 6 |

**6.    *Intangible Assets***

Our intangible assets include patents and a technology license for the butadiene extraction process used at our Port Neches facility. Patents are amortized using the straight-line method over their useful lives.    Our technology license has no legal, regulatory, contractual, competitive, economic, or other factors that would limit its useful life; consequently, we have determined its useful life to be indefinite.

**7.    *Impairment***

We follow ASC 350, *Intangibles—Goodwill and Other*, regarding impairment of the carrying value of our intangible assets and ASC 360, *Property, Plant and Equipment*, regarding impairment of the carrying value of our property, plant and equipment.

An impairment loss is recognized only if the carrying value of a long-lived asset or asset group is not recoverable and is measured as the excess of the carrying value over the fair value.    The carrying amount of a long-lived asset or asset group is considered not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use of the long-lived asset or asset group. Because our long-lived intangible asset (one technology license) is fundamental to and inseparable from the respective long-lived manufacturing assets, we assess impairment of the technology license together with the respective long-lived manufacturing assets based on the undiscounted future cash flows related to the respective manufacturing processes.

We assess our indefinite lived intangible asset and the associated plant, property, and equipment for impairment annually, during the fourth quarter of each year using a measurement date of December 31 or more frequently if events or changes in circumstances indicate that the carrying amount of these assets may not be recoverable.    Based on our analysis, projected cashflows generated by long-lived assets, less associated operating costs, significantly exceed the current net book value of the assets.    Therefore, no impairment is required at this time.

**8.    *Plant Turnaround Costs***

Plant turnarounds are major scheduled events and require partial or complete shutdowns of chemical processing units for significant overhaul and refurbishment, for periods typically lasting from two to four weeks.    We use the deferral method to account for the cost of turnarounds.    Under the deferral method the costs of major scheduled plant turnarounds are deferred on the balance sheet and charged to depreciation and amortization expense on a straight-line basis during the period until the next scheduled turnaround.

**9.    *Debt Issuance Costs***

Direct costs incurred in connection with the issuance of long-term debt or modification of a credit facility, if the borrowing capacity of the new arrangement is greater than or equal to the borrowing capacity of the previous arrangement, are deferred and amortized as interest expense over the term of the debt or credit facility.    Deferred debt issuance costs are reported as an offset to long-term debt on our consolidated balance sheets.

**10.** *Revenue Recognition*

We recognize revenue in accordance with ASC 606, *Revenue from Contracts with Customers*, which we adopted as of January 1, 2019. We applied the modified retrospective transition method to all contracts not completed as of the adoption date. This revenue recognition standard provides for a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services.

Substantially all our revenues are derived through contractual arrangements with customers. We consider contractual arrangements to be in place when both parties have approved the contract, are committed to perform, the rights of the parties and payment terms have been identified, the contract has commercial substance and collectability is probable.

Revenue is recognized when the obligations under the terms of a contractual arrangement with the customer have been satisfied. This generally occurs at the point in time when performance obligations are fulfilled and control transfers to the customer. Revenue is measured as the amount of consideration we expect to receive in exchange for transferring goods. Customer incentives are generally based on volumes purchased and recognized over the period earned.

**11.** *Insurance Recoveries*

If an insurance claim as of the balance sheet date relates to a recovery of incurred losses, we recognize the recovery up to the amount of the loss incurred, if the recovery is probable. Such recognized insurance proceeds are recorded as a receivable and an offset to the related losses incurred. We do not recognize any net gains related to insurance proceeds unless the proceeds have been received and any contingencies related to the proceeds have been adequately resolved.

**12.** *Environmental Remediation Costs*

Anticipated expenditures related to investigation and remediation of contaminated sites, which include operating facilities and waste disposal sites, are accrued when it is probable a liability has been incurred and the amount of the liability can be reasonably estimated.

**13.** *Comprehensive Income (Loss)*

Comprehensive income (loss) is reported in accordance with ASC 220, *Comprehensive Income*. Our comprehensive income (loss) is defined as net income adjusted for the change (net of tax) in the funded status of our defined benefit pension plan.

**14.** *Income Taxes*

We account for income taxes in accordance with ASC 740, *Income Taxes*.

We recognize deferred taxes at enacted tax rates on temporary differences between the carrying amounts of assets and liabilities for financial and tax reporting purposes.

We record a valuation allowance on net deferred tax assets when it is more likely than not that these assets will not be realized.

We recognize interest and penalties related to uncertain tax positions taken or to be taken as part of income tax expense. We incurred no penalty or interest expenses in 2021, 2020 or 2019.

**15.** *Asset Retirement Obligations*

We follow ASC 410, *Asset Retirement and Environmental Obligations*, regarding accounting for obligations associated with the retirement of tangible long-lived assets and the associated asset retirement costs. The provisions of this statement apply to legal obligations associated with the retirement of long-lived assets that result from the acquisition, construction, development and/or normal operation of a long-lived asset.

We have asset retirement obligations with respect to certain of our chemical processing assets due to various legal obligations to clean and/or dispose of various components of the chemical plants at the time they are retired. However, these components can be used for extended and indeterminate periods of time as long as they are properly maintained and/or upgraded. It is our practice and current intent to maintain our chemical processing assets and continue making improvements to those assets based on technological advances.

**CONFIDENTIAL`**

As a result, we believe our facilities have indeterminate lives for purposes of estimating asset retirement obligations because dates or ranges of dates upon which we would retire chemical processing assets cannot reasonably be estimated at this time. When a date or range of dates can reasonably be estimated for the retirement of any component part of a chemical plant, an estimate of the cost of performing the retirement activities will be provided and a liability will be recorded for the fair value of that cost using established present value techniques. We did not record any asset retirement obligations related to the retirement of any component parts of our facilities as of December 31, 2021 and 2020.

### 16. *Shipping and Handling Costs*

We account for shipping and handling costs as a fulfillment activity and not a separate performance obligation. Shipping and handling costs billed to customers in conjunction with sale transactions are recorded as a component of revenue and shipping and handling costs incurred by us are included in cost of sales in the Consolidated Statements of Operations and Comprehensive Loss.

### 17. *Financial Instruments*

The carrying amounts for cash and cash equivalents, receivables and payables approximate fair value because of the short maturity of these instruments. At December 31, 2021, our long-term debt consisted of (i) the fixed rate 10.5% Notes, which had a carrying amount of $930.0 million and a fair value of approximately $672.1 million; (ii) the 10.875% Notes, which had a carrying amount of $153.0 million and a fair value of approximately $162.5 million; and (iii) $114 million of ABL borrowings. At December 31, 2020, our long-term debt consisted of the fixed rate 10.5% Notes, which had a carrying amount of $930.0 million and a fair value of approximately $774.2 million. ABL borrowings at December 31, 2021 were $114 million, there were no borrowings at December 31, 2020.

### 18. *Fair Value Option*

ASC 825, *Financial Instruments*, allows entities to choose, at specified election dates, to measure eligible financial assets and liabilities at fair value that are not otherwise required to be measured at fair value. If a company elects the fair value option for an eligible item, changes in that item's fair value in subsequent reporting periods must be recognized in current earnings. We have not elected to measure any of our eligible financial assets and liabilities at fair value.

### 19. *Recent Accounting Developments*

#### *Accounting Guidance Issued but Not Yet Adopted as of December 31, 2021*

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic. This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment. The Company expects to recognize operating lease liabilities of approximately $166 million and corresponding right-of-use assets of approximately $157 million with the difference recognized as a benefit to retained earnings over the life of the leases

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021. Adoption methods vary based on the specific items impacted. Management, in discussion with our tax consultants, have concluded that changes required by the new standard will not impact the Company's financial statements and related tax disclosures.

**NOTE F – DETAIL AND DISCUSSION OF CERTAIN CONSOLIDATED BALANCE SHEET CAPTIONS**

*Inventories*

Inventories, as of the dates presented, were as follows (in thousands):

|  | December 31, | | | |
|---|---|---|---|---|
|  | 2021 | | 2020 | |
| Finished goods | $ | 41,444 | $ | 24,665 |
| Raw materials and chemical supplies |  | 33,043 |  | 20,770 |
|  | $ | 74,487 | $ | 45,435 |

The increase of $29.1 million reflects the impact of a $32.8 million price increase year over year, largely in Crude C4, Butadiene and PIB, partially offset by a $3.7 million 9% decrease in physical inventory volumes. The overall increase in the average cost per pound was 79% and reflected substantial price increases among virtually all inventoried products when comparing the prices for December 2021 to December 2020.

*Other Current Assets*

Other current assets, as of the dates presented, were as follows (in thousands):

|  | December 31, | | | |
|---|---|---|---|---|
|  | 2021 | | 2020 | |
| Prepaid insurance premiums | $ | 22,002 | $ | 21,002 |
| Spare parts inventory |  | 16,916 |  | 15,741 |
| Prepaid expense and other |  | 2,453 |  | 4,380 |
|  | $ | 41,371 | $ | 41,123 |

Other Current Assets was relatively flat year over year. Fluctuations in prepaid expense and other include raw material price adjustments and rent allowances receivable that were higher in the prior year.

*Property, Plant and Equipment*

Property, plant and equipment, as of the dates presented, were as follows (in thousands):

|  | December 31, | | | |
|---|---|---|---|---|
|  | 2021 | | 2020 | |
| Land and land improvements | $ | 52,839 | $ | 52,839 |
| Plant and equipment |  | 1,141,740 |  | 1,108,577 |
| Construction in progress |  | 155,817 |  | 93,903 |
| Other |  | 58,073 |  | 52,464 |
|  |  | 1,408,469 |  | 1,307,783 |
| Accumulated depreciation |  | (653,079) |  | (604,510) |
|  | $ | 755,390 | $ | 703,273 |

**CONFIDENTIAL`**

The $52.1 million net increase in Property, Plant and Equipment primarily reflects significant spend on key expansion, reliability and safety initiatives as the company seeks to better position itself to meet the growing demands of the market.

### *Intangible Assets*

The gross carrying amounts and accumulated amortization of intangible assets, as of the dates presented, were as follows (in thousands):

|  | Gross Carrying value | Accumulated amortization | Net Carrying value |
|---|---|---|---|
| December 31, 2020 | | | |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
| | $ 26,980 | $ (23,100) | $ 3,880 |
| December 31, 2021 | | | |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
| | $ 26,980 | $ (23,100) | $ 3,880 |

The technology license is related to the butadiene extraction process at the Port Neches facility, which was shut down indefinitely due to the explosion incident on November 27, 2019 (see Note J *Port Neches Incident*). Our current position is that it is more likely than not that this licensed process will be used in the future, so we do not consider the carrying value of the intangible to be impaired. If future facts and/or circumstances indicate an impairment of the carrying value of this asset, we will recognize an impairment charge. Patents were fully amortized as of December 31, 2020.

### *Other Assets*

Other assets, as of the dates presented, were as follows (in thousands):

|  | December 31, | |
|---|---|---|
|  | 2021 | 2020 |
| Deferred turnaround costs | $ 33,229 | $ 40,308 |
| Catalyst and solvent costs | 12,129 | 13,693 |
| Other deferred charges | 10,163 | 1,849 |
| | $ 55,521 | $ 55,850 |

The decrease in deferred turnaround costs primarily represents spend (net of amortization) for the twelve months ended December 2021. In this instance, amortization outpaced spend on new turnarounds. The DH2 turnaround was one of the significant new turnarounds that occurred in 2020, and as a result helped fuel the increase in the account balance in 2020, however that balance has declined in 2021 due to amortization until the next turnaround which is planned for 2022.

The increase in other deferred charges relates to the BTP contract. Cash paid to BASF and TOTAL to fund the construction of the pipeline are accounted for as a deferred asset, which TPC will amortize over the life of the project once the pipeline becomes operational. Construction is due to be complete in 2022. These cash outlays are not treated as capital as TPC will not own the asset.

**CONFIDENTIAL`**

*Accrued Liabilities*

Accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | December 31, | |
| --- | --- | --- |
|  | 2021 | 2020 |
| Accrued interest | $ 43,917 | $ 41,231 |
| Property and sales tax | 14,154 | 13,991 |
| Accrued payroll and benefits | 10,705 | 17,537 |
| Freeze related energy accrual | 8,790 | - |
| Accrued freight | 7,974 | 5,875 |
| Net pension liability | 5,687 | 8,493 |
| Other | 3,229 | 5,508 |
|  | $ 94,456 | $ 92,635 |

As part of the Company's cash preservation measures due to COVID-19, incentive compensation payments for the year ended December 31, 2019 were deferred in 2020 and were paid in 2021 instead, thus leading to a decrease in accrued payroll and benefits. Actuarial gains and plan contributions reduced the net pension liability during 2021 versus 2020. Freeze related energy costs were incurred due to Winter Storm Uri in February 2021. Accrued interest was fairly consistent year over year and the slight increase largely reflects higher interest on the new 10.875% Notes. Interest on the $930 million principal amount of the 10.5% Notes is paid semiannually on February 1 and August 2.

*Accrued Liabilities – Port Neches Incident*

Port Neches incident accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | December 31, 2021 | December 31, 2020 |
| --- | --- | --- |
| Total of losses and costs recognized | $ 436,573 | $ 416,817 |
| Deferred gain on insurance | - | 36,694 |
| Invoices / settlements paid | (343,952) | (293,874) |
| Unpaid invoices included in payables | (758) | (12,507) |
| Asset write-offs | (56,956) | (56,868) |
|  | $ 34,907 | $ 90,262 |
| Accrued response / clean-up costs | $ 4,065 | $ 46,258 |
| Estimated claims liability | 30,842 | 44,004 |
|  | $ 34,907 | $ 90,262 |

The above reconciliation reflects $436.6 million and $416.8 million of losses and costs related to the Port Neches incident as of December 31, 2021 and December 31, 2020 respectively (see Note J *Port Neches Incident*). The reconciliation provides the main components of the accrued liability for each year. These amounts are shown on the accompanying consolidated balance sheet at December 31, 2021 and December 31, 2020.

For 2021, the amount of loss on the Port Neches incident, net of insurance recoveries, of $35.0 million showing on the Consolidated Statements of Operations and Comprehensive Loss is the total amount of additional losses and costs of $18.1 million incurred during the year plus an increase of $16.9 million in estimated insurance recovery as a result of lowering the probable recovery amount based on feedback from insurers. TPC still maintains a position that these costs are recoverable and will continue to pursue collection. The Consolidated Statements of Operations and Comprehensive Income (Loss) also reflects a $183.5 million gain on asset disposal related to the insurance recovery for the PNO assets.

**CONFIDENTIAL`**

For 2020, the amount of loss on the Port Neches incident, net of insurance recoveries, of $50.1 million showing on the Consolidated Statements of Operations and Comprehensive Loss is the total amount of additional losses and costs of $129.4 million incurred during the year less $56.0 million of insurance recoveries received related to 2020 losses and costs and probable insurance recoveries receivable of $23.3 million at December 31, 2020.

## NOTE G – SHORT-TERM DEBT

Our short-term financing arrangements at December 31, 2021 and December 31, 2020 included insurance premium financing. As of December 31, 2021, and December 31, 2020 we have $14.4 million and $13.1 million respectively of insurance premiums we financed through Aon Premium Finance LLC. The first down payment and the first installment were paid in July 2021 and the remainder is payable in monthly installments following the applicable renewal date through March of 2022.

## NOTE H – LONG-TERM DEBT

Outstanding debt as of the dates presented, was as follows (in thousands):

|  | December 31, 2021 | December 31, 2020 |
|---|---|---|
| 10.5% Notes | $ 930,000 | $ 930,000 |
| 10.875% Notes | 153,000 | - |
| New Term Loan | - | 70,000 |
| ABL | 114,000 | - |
| Unamortized discount on New Term Loan | - | (286) |
| Unamortized discount on Notes | (2,214) | - |
| Total long-term debt | 1,194,786 | 999,714 |
| Less: deferred financing costs | (13,258) | (14,393) |
| Long-term debt net of deferred financing costs | $ 1,181,528 | $ 985,321 |

Our financing arrangements at December 31, 2021 were comprised of the 10.5% Notes, the 10.875% Notes and the ABL. As of December 31, 2021, we were in compliance with all covenants set forth in the Indenture governing the 10.5% Notes, the 10.875% Notes and the credit agreement governing the ABL.

*New Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provided for a delayed draw term loan of up to $70 million and a term of one-year.

Availability under the New Term Loan was limited to a maximum of four draws with a minimum of $5 million per draw.

Subject to certain exceptions, the Company's obligations with respect of the New Term Loan were secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the Indenture governing the 10.5% Notes. Interest payments were due quarterly in arrears.

On March 18, 2020, we drew on the facility and received $70.0 million less a 1% original issue discount fee. In May 2020 the lenders agreed to grant the Company the option to extend the maturity date to August 5, 2021. The Term Loan was classified as long-term debt as of December 31, 2020. This loan was repaid on February 2, 2021 with some of the proceeds received from issuance and sale of the 10.875% Notes.

*ABL*

TPCGI is the lead borrower under the ABL and certain domestic subsidiaries of TPCGI are co-borrowers (or may be designated co-borrowers) on a joint and several basis.

The ABL is composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" tranche (the ABL FILO). Commitments under the ABL FILO will be reduced, and commitments under the ABL Revolver equally and simultaneously increased, by $2.5 million on each of the first three anniversaries of the August 2019 amendment and restatement.

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

As of December 31, 2021, we had $114 million of borrowings outstanding on the ABL and a $50 thousand letter of credit. The combined ABL Revolver and ABL FILO borrowing bases did not provide us with the ability to borrow additional funds as of that date.

The ABL Revolver commitments may be increased by an aggregate principal amount of not more than $150 million, subject only to the consent of the new or existing lenders providing such increases. The lenders under this facility are under no obligation to provide any such additional commitments, and any increase in commitments will be subject to customary conditions precedent. Notwithstanding any such increase in the facility size, TPCGI's ability to borrow under the facility will remain limited at all times by the borrowing base (to the extent the borrowing base is less than the commitments).

Loans under the ABL Revolver bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 1.75% (and may subsequently decrease to 1.50% or increase to 2.00% depending on average excess availability) and with respect to base rate borrowings will initially be 0.75% (and may subsequently decrease to 0.50% or increase to 1.00% depending on average excess availability).

Loans under the ABL FILO bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 3.00% (and may subsequently decrease to 2.75% or increase to 3.25% depending on average excess availability) and with respect to base rate borrowings will initially be 2.00% (and may subsequently decrease to 1.75% or increase to 2.25% depending on average excess availability).

The ABL provides for all applicable margins to be reduced by 0.25% during any fiscal quarter for which the Total Leverage Ratio, as defined in the ABL credit agreement, as of the last day of the immediately preceding fiscal quarter, is less than 5.0 to 1.0.

In addition to paying interest on outstanding principal under the ABL, TPCGI is required to pay a commitment fee at an initial rate of 0.500% per annum in respect of the unutilized commitments thereunder. The commitment fee rate subsequently may be reduced to 0.375% depending on the amount of excess availability under the ABL. TPCGI must also pay customary letter of credit fees and fronting fees for each letter of credit issued.

If, at any time, (i) an Event of Default is continuing or (ii) Excess Availability is less than the greater of (x) 12.5% of Availability and (y) $12.5 million, TPCGI shall comply with a minimum Fixed Charge Coverage Ratio for the most recent period of four consecutive fiscal quarters of at least 1.0 to 1.0. Such requirement shall continue until the date that no Event of Default exists, and Excess Availability shall have been not less than the greater of (x) 12.5% of Availability and (y) $12.5 million for a period of 21 consecutive calendar days.

If at any time the aggregate amount of loans and letters of credit outstanding under either the ABL Revolver or under the ABL FILO exceeds the lesser of (a) the applicable total commitments and (b) the applicable borrowing base, TPCGI will be required to prepay loans outstanding and/or cash collateralize outstanding letters of credit in an aggregate amount equal to the amount of any such excess, without any reduction of the commitments. Under certain circumstances, if the aggregate amount available under the ABL is less than the greater of (1) 12.5% of the lesser of (i) the total commitments under such facility and (ii) the borrowing base and (2) $12.5 million for 5 consecutive business days, or if certain defaults occur, all collateral proceeds collected through the cash management system in favor of the collateral agent will be swept to a collection account and applied daily to repay outstanding loans and cash collateralize letters of credit under the ABL.

**CONFIDENTIAL`**

TPCGI may voluntarily repay loans outstanding under the ABL Revolver and under the ABL FILO at any time without premium or penalty other than customary "breakage" costs with respect to LIBOR loans. All outstanding loans under the ABL Revolver must be repaid before any loans outstanding under the ABL FILO may be repaid. Any subsequent borrowings under the ABL would be made first under the ABL FILO (subject to availability) and next under the ABL Revolver (subject to availability). We may elect at any time to reduce the unutilized portion of the commitment amount under the ABL. We may elect at any time to terminate the ABL FILO commitments in full (but not in part) provided that 30 Day Excess Availability, as defined in the Credit Agreement and calculated on a pro forma basis, would not be less than the greater of (a) 17.5% of availability and (b) $25 million if the Fixed Charge Coverage Ratio is at least 1.0 to 1.0 or 30 Day Excess Availability would not be less than 22.5% of availability if the Fixed Charge Coverage Ratio is less than 1.0 to 1.0.

Pursuant to a Guarantee, dated as of August 2, 2019, among Parent, TPCGI, the other guarantors party thereto and Bank of America, N.A., as administrative agent and collateral agent, all obligations under the Senior Secured Asset-Based Revolving Credit Agreement are unconditionally guaranteed by substantially all existing and future, direct and indirect, wholly-owned material restricted domestic subsidiaries of TPCGI, subject to certain exceptions, including, any applicable legal, regulatory or contractual constraints and to the requirement that such guarantee will not cause material adverse tax consequences.

The borrowers under the ABL are jointly and severally liable for all borrowings and other obligations thereunder. Pursuant to a Pledge and Security Agreement, dated as of August 2, 2019, among Parent, TPCGI, the subsidiary grantors and Bank of America, N.A., as administrative agent and collateral agent, and any additional borrowers that may become party thereto from time to time, such obligations and the guarantees of such obligations are secured, subject to permitted liens and other exceptions, by:

- a first-priority lien on the following:

    (a)    accounts receivable, including those arising from the sale of inventory and other goods and services (including related contracts and contract rights, inventory, tax refunds, cash and cash equivalents);

    (b)    inventory;

    (c)    intercompany notes and intellectual property and other intangible assets to the extent attached to or necessary to sell any of the foregoing;

    (d)    deposit and investment accounts (and all cash, checks and other negotiable instruments, funds and other evidences of payment held therein, but not any identifiable proceeds of Notes First Priority Collateral (as defined below));

    (e)    to the extent evidencing, governing, securing or otherwise related to any of the foregoing and the other Revolver First Priority Collateral (as defined below), all documents, general intangibles (excluding intellectual property), instruments, investment property (but not stock in subsidiaries or equity interest in any limited liability company or other entity constituting Notes First Priority Collateral), commercial tort claims, letters of credit, supporting obligations and letter of credit rights;

    (f)    all loans payable by a grantor to any other grantor to the extent made using proceeds of advances under the ABL Facility;

    (g)    books and records, documents, supporting obligations, chattel paper, instruments, payment intangibles and general intangibles relating to any of the foregoing; and

    (h)    all proceeds and products of any or all of the foregoing in whatever form received, in each case above subject to certain qualifications and exclusions (collectively, the "Revolver First Priority Collateral"); and

- a second-priority lien on assets not constituting Revolver First Priority Collateral subject to certain qualifications and exclusions (the "Notes First Priority Collateral").

The ABL contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- incur additional indebtedness;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets;

- pay dividends and distributions or repurchase its capital stock;

- make investments, loans or advances;

- prepay certain indebtedness;

- engage in certain transactions with affiliates;

- designate certain subsidiaries as restricted or unrestricted by the covenants; and

- change its lines of business.

In addition, at any time when an event of default is continuing or the aggregate amount available under the ABL is less than the greater of (a) 12.5% of the lesser of (1) the total commitments and (2) the borrowing base and (b) $12.5 million (or a lesser amount if a significant asset sale has occurred), TPCGI will be required to maintain a minimum fixed charge coverage ratio of 1.0:1.0.

The ABL also contains a customary "holding company" covenant that restricts Parent's ability to take certain actions and contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the ABL, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion by Parent or a borrower of any such invalidity), change of control and loss of lien perfection or priority.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes are due August 1, 2024 and interest will be paid semi-annually in arrears on February 1 and August 1.

*Indenture Governing the 10.5% Notes*

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 02, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.5% Indenture").

The 10.5% Notes are guaranteed by all of TPCGI's existing or future direct and indirect domestic subsidiaries other than certain excluded subsidiaries (the "guarantors") that guarantee obligations under the ABL.

The 10.5% Notes are TPCGI's and the guarantees are the guarantors' senior secured obligations and rank senior in right of payment to all of TPCGI's and the guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.5% Notes effectively senior to TPCGI's and the guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.5% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.5% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the guarantors' assets (in each case, other than TPCGI's and the guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the 10.5% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the guarantors' assets that secure our ABL on a first-priority basis.

The 10.5% Notes became redeemable as of August 1, 2021 at the redemption prices specified in the 10.5% Indenture. The redemption price for the period from (and including) August 1, 2021 through July 31, 2022 is 107.875% and for the period from (and including) August 1, 2022 through July 31, 2023 is 103.938%. The 10.5% Notes become redeemable at par as of August 1, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.5% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if

any.   In addition, at any time prior to August 1, 2021, TPCGI may redeem, subject to certain conditions, up to 35% of the 10.5% Notes at a redemption price of 110.50% with the net cash proceeds from one or more equity offerings.

The 10.5% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.5% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency.   Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.5% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.5% Notes to be due and payable.

On February 2, 2021 we issued $153 million of 10.875% Senior Secured Notes and repaid the $70 million New Term Loan we had in place with Apollo Global Management to provide additional liquidity against any uncertainty around timing of future insurance recoveries, including business interruption recoveries, over the next year.   In connection with the issuance of the 10.875% Notes, the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein.

*10.875% Notes*

On February 2, 2021 TPCGI issued and sold $153 million aggregate principal amount of 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021.   The 10.875 % Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL Facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties.   The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

## NOTE I – REVENUE

We operate in two principal business segments, C4 Processing and Performance Products. The following table disaggregates revenue for each segment by major activity and by domestic and foreign.

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| **Revenue by segment** | | | |
| C4 Processing | | | |
| Product sales | $ 764,038 | $ 382,557 | $ 889,744 |
| Process revenue | 2,699 | 2,228 | 6,208 |
| Terminalling revenue | 12,121 | 7,164 | 8,916 |
| Service fees | 4,264 | 2,386 | 5,818 |
| Shipping and handling | 11,349 | 12,846 | 11,518 |
| | $ 794,471 | $ 407,181 | $ 922,204 |
| | | | |
| Performance Products | | | |
| Product sales | 476,342 | 328,160 | 524,213 |
| Terminalling revenue | - | 75 | 150 |
| Shipping and handling | 18,233 | 15,974 | 18,359 |
| | $ 494,575 | $ 344,209 | $ 542,722 |
| | $ 1,289,046 | $ 751,390 | $ 1,464,926 |
| | | | |
| **Revenue by geographic location** | | | |
| United Sates | $ 1,237,060 | $ 711,818 | $ 1,341,470 |
| All foreign countries | 51,986 | 39,572 | 123,456 |
| | $ 1,289,046 | $ 751,390 | $ 1,464,926 |

## NOTE J – PORT NECHES INCIDENT

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." Mandatory settlement conferences took place August 5-6, and 19-20, 2021. The citations were not resolved, and OSHA filed its complaint on September 9, 2021. The proceeding has been bifurcated into two separate trials, the first of which will take place in Q4 2022 and the second of which will occur in Q1 2023.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for

cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,700 property claims have been resolved and approximately 1,400 additional eligible claims are pending action by the claimant in the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, approximately 190 private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 7,640 individual plaintiffs. Approximately 640 individual plaintiffs have cases pending in Jefferson County, Texas (some of which are duplicative with cases in the MDL) which have not yet been non-suited or abated. Additionally, more than 820 properties are the subject of litigation as a result of subrogation claims filed by insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. A hearing on class certification is not expected before the second half of 2022 at the earliest.

Four different sets of insurance policies in effect at the time of the incident provide coverage for costs and losses incurred as a result of the Port Neches incident.

On an event to date basis as of December 2021, TPC has incurred a loss amount of $436.6 million associated with the PNO Event. This amount consists of both response related costs and associated write offs. TPC anticipates recovering $259.6 million of this loss through insurance proceeds to be paid directly to the Company. The estimate is subject to change as claims are evaluated. As of December 31, 2021, we have collected $537.6 million dollars of insurance proceeds and have paid out $342.3 million. Information received in the fourth quarter of 2021 that categorizes the proceeds and assurance that this amount is a floor amount, allowed a reclassification of proceeds from a Deferred Gain to a Recognized Gain. The gain is due to the recoverable value of assets being more than the book value.

The following table summarizes the PNO Event spend and reimbursements, event to date, as of December 31, 2021 (in millions):

| Insurance Policies | Loss Amount | | Anticipated Recovery | | Net Loss | | Proceeds Collected | | GAIN | | BI | | Invoices Paid | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property/Business Interruption (BI) (1)(2) | $ | 129.1 | $ | 93.8 | $ | 35.3 | $ | 376.6 | $ | 183.5 | $ | 99.7 | $ | 94.3 |
| Liability | | 164.3 | | 100.0 | | 64.3 | | 100.0 | | - | | - | | 133.4 |
| Defense | | 60.2 | | 35.2 | | 25.0 | | 35.2 | | - | | - | | 59.3 |
| Pollution | | 51.5 | | 25.0 | | 26.5 | | 25.0 | | - | | - | | 50.5 |
| Inventory | | 6.6 | | 5.6 | | 1.0 | | 2.5 | | - | | - | | - |
| Not Recoverable (3) | | 24.9 | | - | | 24.9 | | - | | - | | - | | 6.5 |
| Total | $ | 436.6 | $ | 259.6 | $ | 177.0 | $ | 539.3 | $ | 183.5 | $ | 99.7 | $ | 344.0 |

(1) Includes $1.7 million paid to 3rd party.
(2) Includes asset write-offs of $34.4 million
(3) Includes turnaround amortization write-off of $18.8 million

*Property/Business Interruption Policies*

Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business

interruption coverage. As of December 31, 2021, we have incurred a cumulative loss amount of $129.1 million which includes asset write-offs of $34.4 million. We have paid $94.3 million of invoices related to this policy. We have directly collected $374.9 million and had another $1.7 million paid on our behalf to a third party under these policies, of which $99.7 million has been identified as business interruption coverage and $275.2 million as property loss coverage which includes a gain of $183.5 million on assets where recoverable value is greater than book value. Reimbursable costs under this policy recorded in 2019 and 2020 were $52.4 million and $58.8 million, respectively. In 2021, reimbursable costs were reduced by $17.4 million due to a change in accounting estimate for probable insurance proceed recovery. This change was based on proposed adjustments from insurance carriers for which we have supported positions that counter their assessment. We currently estimate that $93.8 million will be recoverable under this policy for property losses.

*Liability/Defense Policies*

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of December 31, 2021, we have accrued third-party claim amounts of $164.3 million, have paid $133.4 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $60.2 million and we have collected $35.2 million of this amount. This is the total that we anticipate collecting for defense costs. Costs recorded under these policies in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 additional amounts were incurred for claims of $3.1 million and for defense costs of $35.6 million. During 2021, liability claims have been reduced by $0.7 million with additional $10.3 million in defense costs incurred. To date we have paid $59.3 million of these defense cost amounts.

*Environmental/Pollution Policies*

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of December 31, 2021, we have incurred and paid $51.5 million of costs, paid $50.5 million of those costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million, $28.0 million and $0.4 million of these costs in 2019, 2020 and 2021, respectively.

*Inventory Policy*

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.8 million. We are also pursuing recovery of another $2.8 million in logistics costs under this policy. We expect to recover the fair market value at the time of the event on these materials which is estimated to be $4.5 million plus the logistics costs of another $1.1 million.

*Not Recoverable*

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

**NOTE K – COVID-19 EXPENSES**

The $0.7 million and $1.9 million of COVID-19 expenses at December 31, 2021 and December 31, 2020 respectively relate to costs incurred as a result of precautionary measures taken by the Company to prevent the spread of COVID-19 at TPC sites. The costs include protective gear for employees, increased sanitation of TPC sites, and enhancements to workspaces to promote safety.

**NOTE L – FAIR VALUE**

Within the framework for measuring fair value, ASC 820, *Fair Value Measurements and Disclosures*, establishes a fair value hierarchy, which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. The standard defines the three levels of inputs used to measure fair value as follows:

- Level 1: Inputs are unadjusted quoted prices for identical assets or liabilities in active markets, which primarily consist of financial instruments, traded on exchange or futures markets.

- Level 2: Inputs are other than quoted prices in active markets (included in Level 1), which are directly or indirectly observable as of the financial reporting date, including derivative instruments transacted primarily in over-the-counter markets.

- Level 3: Unobservable inputs, which include inputs derived through extrapolation or interpolation that cannot be corroborated by observable market data.

As of December 31, 2021, and 2020, we had no outstanding assets or liabilities measured at fair value on a recurring basis except for the fair value of our pension plan assets and short-term investments which were measured using Level 1 and Level 3 inputs.

## NOTE M – INCOME TAXES

The significant components of deferred tax assets and liabilities are shown below as of the dates presented (in thousands):

| | December 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| Deferred tax assets: | | |
| Loss and credit carryforwards | $ 74,243 | $ 94,580 |
| Disallowed interest | 61,149 | 47,761 |
| Accrued and other expenses | 5,325 | 8,648 |
| Inventory | 2,414 | 2,678 |
| Total deferred tax assets | 143,131 | 153,667 |
| Less: Valuation allowance | (24,971) | (27,703) |
| Deferred tax assets less valuation allowance | $ 118,160 | $ 125,964 |
| Deferred tax liabilities: | | |
| Property, plant and equipment | $ (99,216) | $ (101,651) |
| Insurance proceeds receivable | (6,434) | (10,610) |
| Deferred turnaround costs | (7,026) | (8,512) |
| Prepaid expenses | (4,696) | (4,462) |
| Intangible assets | (788) | (729) |
| Total deferred tax liabilities | (118,160) | (125,964) |
| Net deferred tax liability | $ - | $ - |

We analyze both positive and negative evidence available to us to provide a reasonable basis for us to assess the realizability of our deferred tax assets. ASC 740 "Accounting for Income Taxes" requires that a valuation allowance be established for a deferred tax asset if it is more likely than not that the related tax benefit will not be realized. Realization of deferred tax assets depends on the existence of sufficient taxable income of the appropriate character within the carryback and carryforward period available under the tax law. Our assessment of the realizability of our deferred tax assets considered the following four sources of future taxable income:

- Future reversal of existing temporary differences;
- Future taxable income exclusive of reversing temporary differences and carryforwards;
- Taxable income in prior carryback years; and
- Tax planning strategies.

Reversal of exiting taxable temporary differences existing at December 31, 2021 would not generate sufficient taxable income to utilize our deferred tax assets as of that date as we were in a net deferred tax asset position of $25.0 million.

Regarding future taxable income, we considered our annual net operating losses since 2014 and the uncertainty of sufficient future taxable income to be objective evidence that is it more likely than not that the benefit of our deferred tax assets will not be fully realized.

We have no taxable income in carryback periods and do not have tax planning strategies that provide positive evidence that our deferred tax assets will be realized.

**CONFIDENTIAL`**

As a result of our analysis we have concluded that it is more likely than not that we will not realize the full benefit of our deferred tax assets and have therefore established a deferred tax asset valuation allowance of $25.0 million at December 31, 2021.

The primary components of our deferred tax assets at December 31, 2021 were $74.2 million related to net operating losses and credit carryforwards and $61.1 million related to the amount of temporarily disallowed interest deductions. Our cumulative pretax net operating losses of $337.0 million consisted of $281.0 million of pre-2018 net operating losses and post-2017 pretax net operating losses of $56.0 million. Pretax disallowed interest deductions for 2021, 2020 and 2019 were $47.8 million, $85.4 million, and $101.7 million, respectively. All pre-2018 net operating losses have a 20-year carryforward period and can be used to offset up to 100% of future taxable income in any year. All post-2017 net operating losses and disallowed interest deductions can be carried forward indefinitely; however, the use of post-2017 net operating losses will be limited to 80% of future taxable income in any year.

Our deferred tax liabilities consist primarily of the tax effect of temporary differences between the book and tax basis of property plant and equipment, due to cumulative differences between book and tax depreciation, and the tax effect of cumulative differences between book and tax treatment of insurance proceeds in 2019, 2020 and 2021 related to the Port Neches incident.

Our net taxable income for 2021 was $106.8 million, which reflects our pretax book income of $18.6 million which was increased by taxable temporary differences of $19.9 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $47.8 million. The pretax book income reflects the significant gain recognized on insurance proceeds received from the Port Neches incident.

We have conducted an evaluation of tax positions taken on previous tax returns. Based on that evaluation, we concluded that it is more likely than not, based on the technical merits of our tax positions, that we are entitled to the economic benefits resulting from positions taken on our tax returns. Consequently, we have not recorded any liabilities related to uncertain tax positions and have not reversed any benefits previously recognized. Therefore, we have not recognized any interest or penalties related to uncertain tax positions.

We file a consolidated federal income tax return and state tax returns in Texas and Louisiana.

IRS audits of 2011, 2012 and 2013 were concluded during 2015 and by letter dated July 1, 2015, we were notified by the IRS that no changes would be needed to the tax returns filed for those years. All years subsequent to 2013 remain open for examination and we have not been notified by the IRS of any impending examinations.

In 2012, the Texas Comptroller of Public Accounts completed franchise tax audits for the fiscal years ended June 30, 2007, 2008 and 2009. Based on the results of those audits, the Texas Comptroller of Public Accounts and the Company reached a settlement pursuant to which the Company paid a total of $0.3 million in additional taxes and interest related to the three years covered by the audit. All years subsequent to fiscal 2009 remain open for examination and we have not been notified by the Texas Comptroller of Public Accounts of any impending examinations.

Our income tax benefit was comprised of the following for the periods presented (in thousands):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2021 | 2020 | 2019 |
| Current: |  |  |  |
| Federal | $        - | $    (2,079) | $    (2,079) |
| State | 1,457 | (71) | 494 |
| Deferred |  |  |  |
| Federal | 2,203 | (41,214) | (8,936) |
| State | 130 | (84) | 283 |
| Valuation allowance | (2,738) | 27,703 | - |
| Income tax expense (benefit) | $    1,052 | $  (15,745) | $  (10,238) |

The provision for income taxes differs from the amount computed by applying the statutory federal income tax rate to income before income taxes.   The reasons for this difference are as follows for the periods presented (in thousands):

|  | Year Ended December 31, | | |
|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| Income (loss) before income taxes | $ 18,589 | $ (203,909) | $ (51,729) |
| Statutory federal income tax rate | 21% | 21% | 21% |
| Computed "expected" federal income tax benefit | 3,904 | (42,821) | (10,863) |
| Increase (decrease) in tax resulting from: | | | |
| Credit for increasing research and development activities | (1,376) | (305) | (150) |
| State tax, net of federal benefit | 1,254 | (122) | 614 |
| Other, net | 8 | (200) | 161 |
| Valuation allowance | (2,738) | 27,703 | - |
| Total income tax expense (benefit) | $ 1,052 | $ (15,745) | $ (10,238) |

## NOTE N – SUPPLEMENTAL DISLOSURES OF CASH FLOW INFORMATION

Cash paid (received) for interest and taxes, for the periods presented, were as follows (in thousands):

|  | Year Ended December 31, | | |
|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| Interest payments, net | $ 110,149 | $ 104,245 | $ 52,099 |
| Income tax payments (refunds), net | 25 | (1,662) | (1,912) |

## NOTE O – COMMITMENTS AND CONTINGENCIES

We lease office space, dock space, tank cars, barges, tugboats and various types of equipment under non-cancelable operating leases expiring on various dates through December 2033.   The future minimum lease payments under non-cancelable operating leases, typically in excess of one year, at December 31, 2021 consisted of the following (in thousands):

| | |
|---|---|
| 2022 | $ 40,558 |
| 2023 | 36,000 |
| 2024 | 29,163 |
| 2025 | 27,498 |
| 2026 | 23,764 |
| 2027 and thereafter | 76,203 |
| | $ 233,186 |

Rent expense included in operating expenses and general and administrative expenses was $20.5 million, $14.0 million and $13.7 million for 2021, 2020 and 2019, respectively.   Rent expense included in cost of sales was $62.1 million, $61.1 million and $53.6 million for 2021, 2020 and 2019, respectively.

### 1.   *Purchase Commitments*

We have purchase commitments incident to the ordinary conduct of business.   The prices of such purchase commitments are based on indices, which are determined from the prevailing market rates for the associated products.   These commitments generally have provisions permitting cancellation upon satisfaction of notification requirements.

### 2. *Legal Matters*

From time to time, we are party to routine litigation incidental to the normal course of our business, consisting primarily of claims for personal injury or exposure to our chemical products or feedstocks, and environmental matters. We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not be material to our financial condition, results of operations or cash flows. We record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of litigation. Many of the personal injury or product exposure lawsuits to which we are a party are covered by insurance subject to certain self-insured retention amounts.

Our contractual arrangements with our customers and suppliers are typically very complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation, and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier.

On December 10, 2020, the Company received a notice from a customer asserting a purported breach of the parties' MTBE sales agreement. The customer asserted that it had properly exercised the right of first refusal provided in the sales agreement and that the Company's subsequent agreement with another customer constituted a breach of the sales agreement. While the Company disputes the claim, the parties have reached a commercial resolution of the matter that includes a new supply agreement and release of claims.

As described above, we record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of the dispute resolution or litigation process. As of December 31, 2021, we have not recognized any material reserves related to unresolved disputes with customers and suppliers.

In addition to the property claims, approximately 190 private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 7,640 individual plaintiffs. Approximately 640 individual plaintiffs have cases pending in Jefferson County, Texas (some of which are duplicative with cases in the MDL) which have not yet been non-suited or abated. Additionally, more than 820 properties are the subject of litigation as a result of subrogation claims filed by insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. A hearing on class certification is not expected before the second half of 2022 at the earliest.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

Because these lawsuits, which we intend to vigorously defend, are in their early stages, we are unable to determine if a loss is probable or estimate the amount or range of potential loss and therefore have not established any reserves, but we believe the amounts involved may be material.

Beyond the matters in active litigation, the Company has received other claims and demands, through its formal claims process

and otherwise, from individuals, companies, and insurers claiming damages as a result of the incident. The Company is in the process of reviewing these claims. It is possible some of these claims may result in additional litigation.

### 3. *Environmental and Safety Matters*

Our Company is subject to federal, state, local and foreign laws, regulations, rules and ordinances from various governing agencies that regulate human health, safety, security and the environment. These include, for example:

- The federal Resource Conservation and Recovery Act ("RCRA") and comparable state laws that impose requirements for the generation, handling, transportation, treatment, storage, disposal and cleanup of waste from our facilities.

- The federal Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") also known as "Superfund," and comparable state laws that regulate the cleanup of hazardous substances that may have been released at properties currently or previously owned or operated by us or locations to which we have sent waste for disposal.

  - Under CERCLA and comparable State of Texas Laws, at this time TPC has not identified any liability of material significance for previously disposed substances and wastes, or for remediation of contaminated property to prevent future contamination.

- The federal Clean Water Act ("CWA") and analogous state laws and regulations that impose detailed permit requirements and strict controls on discharges of wastewater from our facilities.

- The federal Clean Air Act ("CAA") and comparable state laws and regulations that impose obligations related to air emissions, including federal and state laws and regulations that recently took effect or are currently under development to address greenhouse gas ("GHG") emissions.

  - At this time, we anticipate that the Environmental Protection Agency's ("EPA") recently adopted Boiler Maximum Achievable Control Technology ("MACT") regulation package will only require the Company to implement work practices, recordkeeping, and reporting, and will not require any substantial capital investments.

  - Regarding GHG emission requirements, the Company is subject to annual reporting of emissions and to air permitting for projects but currently is not subject to any other requirements.

  - Air quality standards intended to protect the environment, including the National Ambient Air Quality Standards ("NAAQS") promulgated by the EPA to address ambient air quality concerns, continue to evolve. The federal CAA requires that the EPA periodically review the science upon which the NAAQS are based and the standards themselves. As a result of this review, the EPA has in recent years lowered certain NAAQS, including the standards for sulfur dioxide, ozone and particulate matter, and may do so again in the future, for these or other pollutants. Changes to the NAAQS may increase the cost of our operations, require the installation of emissions controls, or reduce or delay available business opportunities.

- Chemical product safety regulation including the federal Toxic Substances Control Act ("TSCA") and the Emergency Planning and Community Right-to-Know Act ("EPCRA") that impose notification, reporting, record-keeping and testing requirements, and restrictions relating to chemical substances and/or mixtures as well as certain reporting on the storage, use and releases of hazardous chemicals to federal, state, and local governments.

  - TSCA reform legislation was enacted in June 2016, expanding EPA's authority to review and regulate new and existing chemicals. EPA's implementation of this legislation may increase the cost of our operations, require changes to our supply chain and logistics practices or delay available business opportunities.

  - Similar compliance laws related to chemical product safety in jurisdictions outside the United States where our products are distributed such as the European Union's regulatory framework concerning the Registration, Evaluation and Authorization of Chemicals (known as REACH), may increase the cost of our operations, require changes to our supply chain and logistics practices or delay available business opportunities.

  - In June 2013, the EPA finalized its second list of chemicals subject to its Endocrine Disruptor Screening Program ("EDSP") and included MTBE, a major product for the Company, in this final list. EPA will issue test orders to manufacturers of MTBE at some time in the future, at which time TPC will be required to embark on an initial two-year test program along with other MTBE manufacturers. TPC has joined a consortium with the other major manufacturers of MTBE to manage the test program and share costs. Based on the results of the initial testing

to determine if MTBE exhibits endocrine disrupting properties, EPA may decide some years in the future to include MTBE in a second round of tests to evaluate MTBE's potency as a potential endocrine disruptor.

- The Occupational Safety and Health Act and comparable state statutes, laws and regulations including OSHA's Process Safety Management standard which imposes requirements on regulated entities relating to the management of hazards associated with highly hazardous chemicals.

    - The Company expects to incur capital expenditures in the future as part of our ongoing baseline capital expenditure program to address the findings of ongoing process hazard assessments, including expenditures to upgrade equipment and instrumentation.

- United States Department of Homeland Security's Marine Transportation Security Act ("MTSA") which establishes standards for security at marine-based chemical facilities.

We are committed to maintaining compliance with applicable environmental, health, safety (including process safety) and security ("EHS&S") legal requirements, and we have developed policies and management systems intended to identify the various EHS&S legal requirements applicable to our operations and facilities. We work to enhance and assure compliance with applicable requirements, ensure the safety of our employees, contractors, community neighbors and customers, and minimize the generation of wastes, the emission of air contaminants and the discharge of pollutants. These EHS&S management systems also serve to foster efficiency and improvement and to reduce operating risks.

In the ordinary course of business, we undertake frequent environmental inspections and monitoring and are sometimes subject to investigations by governmental authorities. In addition, our production facilities require a number of environmental permits and authorizations that are subject to renewal, modification and, in certain circumstances, revocation. Actual or alleged violations of environmental laws or permit requirements or the discovery of releases of hazardous substances at or from our facilities could result in restrictions or prohibitions on plant operations, significant remedial expenditures, substantial civil or criminal sanctions, as well as, under some environmental laws, the assessment of strict and/or joint and several liability. Moreover, changes in environmental regulations or the terms of our environmental permits could inhibit or interrupt our operations or require us to modify our facilities or operations. Accordingly, environmental or regulatory matters may cause us to incur significant unanticipated losses, costs or liabilities.

The Company has agreed to indemnify third parties for environmental and other liabilities pursuant to various agreements, including asset divestiture agreements and leases. Many of these obligations contain monetary and/or time limitations, but others do not provide for those limitations. The Company is not aware of any probable and reasonably estimable losses associated with any of these obligations.

Multiple federal, state and local government agencies responded to and are continuing to investigate the 2019 Port Neches incident. The Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." Mandatory settlement conferences took place August 5-6, and 19-20, 2021. The citations were not resolved, and OSHA filed its complaint on September 9, 2021. The proceeding has been bifurcated into two separate trials, the first of which will take place in Q4 2022 and the second of which will occur in Q1 2023.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

## NOTE P – EMPLOYEE BENEFITS

### 1. *Retirement Plan*

We sponsor a defined contribution plan that is available to all full-time employees on the date of hire.   The plan allows employees to contribute up to 60% of their base compensation to a tax-deferred fund not to exceed $19,500 for 2021 and 2020 and $19,000 for 2019.

For non-represented employees, we match at the rate of one dollar for each dollar contributed by the employee up to 5% of the employee's annual earnings.   Non-represented employees also participate in our discretionary plan which, based on business performance, may contribute up to 6% of the employee's annual earnings.

For represented employees, we match at a rate of one dollar for each dollar contributed by the employee up to 7% of the employee's annual earnings.   Represented employees do not participate in the discretionary plan.

Company contributions for both non-represented and represented employees vest immediately.

Our expense to match employee contributions, including discretionary contributions, during the years ended December 31, 2021, 2020 and 2019 was $2.6 million, $2.0 million, and $5.6 million, respectively.

### 2. *Stock Compensation Plans*

On December 29, 2012, Parent adopted the 2012 Long-Term Incentive Plan (the "2012 Plan"), which permits it to grant awards of profit interests to certain of the Company's officers and employees, in the form of Class B Management Interests and Class C Management Interests ("Class B and Class C Interests," collectively).   The Class B and Class C Interests under the 2012 Plan constitute performance-based awards, and the amount of payouts for these awards is based on the amount of distributable assets available upon the occurrence of an Exit Event (defined below) to the general and limited partners at the time of their disposal, distribution or sale of their ownership stake in the Company.

We utilized a Monte Carlo simulation model to estimate the grant date fair value of Class B and Class C Interests granted on December 29, 2012.   The key factors that will create value in these awards include: (1) the year of the "Exit Event" (either an initial public offering or subsequent public offering of the equity of the Company, or the merger, consolidation, sale of interests or sale of the Company), (2) the probability that an Exit Event will occur in a particular year, which is based on management's assessment of when this is likely to occur, (3) the probability that the Exit Event will result in a sufficient return on invested capital to trigger a payout to the Class B and Class C Interests, (4) the risk-free interest rate, which is based on the U.S. Treasury yield curve in effect at the time of grant with maturities equal to the grant's expected life, and (5) the ultimate exit value of the Company, which was estimated using a Monte Carlo simulation.

As of December 31, 2012, based on the results of the Monte Carlo simulation, we determined that no Exit Event timing or valuation is more probable than any other and, therefore, were unable to determine a grant date fair value for the awards granted under the 2012 Plan and did not recognize any expense related to the awards in the year ended December 31, 2012.   Additionally, there have been no changes in events or circumstances since that original assessment as of December 31, 2012 that allowed us to determine an Exit Event timing or valuation that is more probable than any other and, therefore, have been unable to determine a grant date fair value for any awards granted under the 2012 Plan.   Consequently, we did not recognize any expense related to the awards for the years ended December 31, 2021, 2020 and 2019.

The Company will continue to review the assumptions used to assess value of the awards granted under the 2012 Long-Term Incentive Plan and if at any point in the future we are able to determine a probable timing or valuation of an Exit Event we will value the awards and recognize compensation expense.

### 3. *Defined Benefit Pension Plan*

We sponsor a cash balance plan (the "Cash Balance Plan") for the benefit of represented employees at the Port Neches facility.   Participation in the Cash Balance Plan is subject to terms of negotiated contracts.   For participating employees, the Cash Balance Plan benefit formula provides annual pay credits from 4% to 12% of eligible pay, depending on age and service, plus accrued interest.   The plan's assets are maintained by trustees in separately managed portfolios consisting of equity and fixed income securities.

Provided below, as of and for the years ended, were the components of the changes in the benefit obligation and plan assets and a reconciliation of the funded status to the liabilities recognized in the consolidated balance sheets (in thousands):

|  | December 31, | |
|---|---|---|
|  | 2021 | 2020 |
| **Change in benefit obligation:** |  |  |
| Benefit obligation at beginning of period | $ 18,207 | $ 22,647 |
| Service cost | 703 | 946 |
| Interest cost | 303 | 429 |
| Benefits paid | (2,752) | (6,231) |
| Actuarial loss | (671) | 1,119 |
| Plan amendments | - | (703) |
| Benefit obligation at end of period | 15,790 | 18,207 |
| **Change in plan assets:** |  |  |
| Fair value of plan assets at beginning of period | 9,714 | 14,777 |
| Actual return on plan assets | 654 | 317 |
| Employer contributions | 2,487 | 851 |
| Benefits paid | (2,752) | (6,231) |
| Fair value of plan assets at end of period | 10,103 | 9,714 |
| Unfunded status, end of period | $ (5,687) | $ (8,493) |
| **Reconciliation of accrued liability:** |  |  |
| Accrued liability at beginning of period | $ (2,529) | $ (367) |
| Net periodic pension cost for the period | (784) | (1,174) |
| Total one-time costs | (799) | (1,839) |
| Employer contributions | 2,487 | 851 |
| Accrued liability at end of period | (1,625) | (2,529) |
| Accumulated amounts recognized in OCI (before tax) | (4,062) | (5,964) |
| Net liability recognized in Consolidated Balance Sheets | $ (5,687) | $ (8,493) |

The net pension liability at both December 31, 2021 and 2020 were recorded in accrued liabilities.

On April 30, 2020, the Company terminated 68 employees as part of a Reduction in Force ("RIF") resulting from the Port Neches incident. The Cash Balance Plan was re-measured as of April 30, 2020 to reflect settlement accounting, retroactive plan amendments, and the RIF.

Two plan amendments were executed in 2020 and resulted in a $702.2 million decrease in the projected benefit obligation.

The one-time costs incurred of $1.8 million relate to the RIF and the resulting changes to the Cash Balance Plan. A curtailment gain of $0.5 million was triggered at the April 30, 2020 RIF when the Cash Balance Plan's expected future years of service decreased by 54%. Additionally, settlement accounting was triggered initially on April 30th when eligible employees elected a lump sum payment and the lump sum payouts from the Cash Balance Plan exceeded the expected sum of the plan's service cost and interest cost. Settlement accounting was triggered two more times in 2020, for total settlement charges of $2.4 million, and three times in 2021, for total settlement charges of $0.8 million.

**CONFIDENTIAL`**

Provided below, for the periods presented, were the components of net pension expense (in thousands):

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2021 | 2020 | 2019 |
| Components of net pension expense: | | | |
| Service cost | $ 703 | $ 946 | $ 1,006 |
| Interest cost | 303 | 429 | 652 |
| Expected return on assets | (603) | (753) | (681) |
| Amortization of prior service cost | (47) | (43) | (35) |
| Amortization of net actuarial loss | 428 | 595 | 443 |
|  | $ 784 | $ 1,174 | $ 1,385 |

The projected net pension expense for the year ending December 31, 2022 consists of the following components (in thousands):

| | |
| --- | --- |
| Service cost | $ 647 |
| Interest cost | 340 |
| Expected return on assets | (622) |
| Amortization of prior service costs | (47) |
| Amortization of net actuarial loss | 321 |
|  | $ 639 |

The following actuarial assumptions were used to determine benefit obligations as of the dates presented:

|  | December 31, | |
| --- | --- | --- |
|  | 2021 | 2020 |
| Discount rate | 2.29% | 1.81% |
| Rate of compensation increase | 4.00% | 4.00% |

The following actuarial assumptions were used to determine net periodic benefit cost for the periods presented:

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2021 | 2020 | 2019 |
| Discount rate | 1.81% | 2.70% | 3.81% |
| Expected return on plan assets | 6.50% | 6.50% | 6.50% |
| Rate of compensation increase | 4.00% | 4.50% | 4.50% |

The measurement date for our Cash Balance Plan is as of the end of our fiscal year. Our Cash Balance Plan assets are managed by outside investment managers. Our investment strategy with respect to the Cash Balance Plan assets is to maximize returns while preserving principal. At December 31, 2021, Cash Balance Plan assets were invested 89.1% in equity mutual funds, 7.9% in fixed income mutual funds and 3.0% in cash equivalents. The expected return on assets assumption was determined based on the anticipated performance of the various asset classes in the Cash Balance Plan's portfolio.

The following table presents the Cash Balance Plan assets using the fair value hierarchy as of December 31, 2021. The fair value hierarchy has three levels based on the reliability of the inputs used to determine fair value. See Note L *Fair Value* for a brief description of the three levels under the fair value hierarchy.

**CONFIDENTIAL`**

| Category | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Cash and equivalents | $ 304 | $ 304 | $ - | $ - |
| Mutual funds - equity | 8,999 | 8,999 | - | - |
| Mutual funds - fixed income | 800 | - | - | 800 |
| | $ 10,103 | $ 9,303 | $ - | $ 800 |

Provided below, for the periods presented, are benefit payments expected to be paid to eligible plan participants under our Cash Balance Plan (in thousands):

| | |
|---|---|
| 2022 | $ 1,933 |
| 2023 | 1,541 |
| 2024 | 533 |
| 2025 | 1,737 |
| 2026 | 1,281 |
| 2027 and thereafter | 7,444 |

## NOTE Q – CONCENTRATION RISKS

We had sales to customers outside the United States during years ended December 31, 2021, 2020 and 2019 of $52.0 million, $39.6 million and $123.5 million, respectively. Our top five customers accounted for an aggregate of 51.0%, 47.2%, and 43.3% of our revenues for the years ended December 31, 2021, 2020 and 2019, respectively.

Sales to customers who accounted for at least 10% of our sales for the periods presented were as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| Trafigura Trading, LLC | 17% | 15% | * |
| Goodyear - SRI Global | 10% | * | 10% |
| Afton Chemical Corporation | * | 11% | * |
| Lukoil Pan Americas, LLC | * | * | 14% |

* Less than 10%

We perform ongoing credit evaluations of our customers and generally do not require collateral for accounts receivable. Historically, our credit losses have been minimal.

Customers who accounted for at least 10% of our accounts receivable balance, as of the dates presented were as follows:

| | December 31, | |
|---|---|---|
| | 2021 | 2020 |
| BASF TOTAL Petrochemicals LLC | 16% | * |
| Afton Chemical Corporation | 12% | 18% |
| Goodyear - SRI Global | 10% | 12% |

* Less than 10%

A small number of suppliers for our feedstocks account for a significant percentage of our feedstock purchases. Our top five suppliers accounted for an aggregate of 62.5%, 65.6%, and 48.3% of our vendor feedstock purchases in the years ended December 31, 2021, 2020 and 2019, respectively.

CONFIDENTIAL`

Some of the employees at our Port Neches facility are covered by collective bargaining agreements that expire on January 31, 2022. To the extent that we experience work stoppages in the future as a result of labor disagreements, a prolonged labor disturbance at one or more of our facilities could have a material adverse effect on our operations.

## NOTE R – SUBSEQUENT EVENTS

### *Forbearance Agreement*

On February 3, 2022, after missing approximately $53 million in total interest payments due on February 1, 2022 on the Company's secured notes, the Company entered into a forbearance agreement with a group representing nearly 90% of the Company's 10.875% Notes and approximately 80% of the Company's 10.5% Notes (the "Ad Hoc Group"). Under the forbearance agreement, the Ad Hoc Group agreed to forbear from exercising remedies relating to the event of default for the Company's failure to make the February 1 coupon payments within a 30-day grace period. The forbearance agreement is effective until April 18, 2022 and may be extended by the Ad Hoc Group.

In connection with the forbearance agreement, the Ad Hoc Group also agreed to provide the Company with approximately $52 million of additional liquidity in the form of a commitment to purchase additional 10.875% senior secured priming notes due 2024 (the "Additional Notes"). On March 2, 2022, the Company entered into a Note Purchase Agreement, by and among the Company, TPC Holdings, Inc. ("Holdings"), the subsidiary guarantors party thereto (the "Subsidiary Guarantors" and, together with Holdings, the "Guarantors") and the purchasers named therein, relating to the issuance and sale of $27,030,000 aggregate principal amount of the Company's additional 10.875% Senior Secured Notes due 2024. On March 11, 2022, the Company entered into a subsequent Note Purchase Agreement, by and among the Company, Holdings, the Subsidiary Guarantors, and the purchasers named therein, relating to the issuance and sale of $25,500,000 aggregate principal amount of the Company's additional 10.875% Senior Secured Notes due 2024. Proceeds from the sale of the Additional Notes will be used to support ongoing operations and to pay fees and expenses associated with the transaction.

Interest on the Additional Notes begins accruing on March 2, 2022, the issue date of the Additional Notes. Interest on the Notes accrues at a rate of 10.875% per year, payable quarterly in arrears on February 1, May 1, August 1 and November 1 of each year, commencing on May 1, 2022.

### *Credit Agreement Amendment*

On March 2, 2022, the Company entered into Amendment No. 2 (the "ABL Amendment") to Amended and Restated Credit Agreement, dated as of August 2, 2019 (the "Existing ABL Credit Agreement", as amended by Amendment No. 1, dated February 2, 2021, and the ABL Amendment, the "ABL Credit Agreement") among the Company, the other subsidiary borrowers party thereto, Holdings, the subsidiary guarantors party thereto, the lenders party thereto and Bank of America, N.A., as administrative agent. The ABL Amendment, among other things, amended certain covenants contained in the Existing ABL Credit Agreement to permit the incurrence of the Notes under the ABL Credit Agreement and to reflect certain other modifications.

### *Insurance Proceeds - Proof of Loss*

On March 8th, 2022 we executed an additional unallocated Proof of Loss for $35.0 million under our property and business interruption policies. As of the date of this filing, we have received $20.9 million and expect to receive the remainder of the proceeds by the end of April 2022.

**EXHIBIT 32**



# TPC Group Inc.
# QUARTERLY REPORT
### Quarter ended March 31, 2022

**CONFIDENTIAL**

**TABLE OF CONTENTS**

| | Page |
|---|---|
| Definitions of Terms | 3 |
| Explanatory Note | 4 |
| Cautionary Note Regarding Forward-Looking Statements | 5 |
| EBITDA and Adjusted EBITDA | 7 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 8 |
| Condensed Consolidated Financial Statements | 23 |

Exhibits

Exhibit I – TPC Group Inc. Annual Report for the year ended December 31, 2021

CONFIDENTIAL

Capitalized and other terms used throughout this Quarterly Report, unless the specific context otherwise requires or indicates, have the meanings ascribed to them below:

- **ABL** – our asset-based loan facility originally entered in December 2012, which was repaid, amended, and restated in conjunction with the refinancing of our debt on August 2, 2019 and again amended on February 2, 2021 to permit the issuance of the 10.875% Notes. The ABL is scheduled to mature in August 2024. For a detailed description of the ABL see Note G to our condensed consolidated financial statements on pages 31-37 of this Quarterly Report for the quarter ended March 31, 2022;

- **ASC** - Accounting Standards Codification, which is the sole source of authoritative generally accepted accounting principles in the United States, other than rules and regulations issued by the Securities and Exchange Commission (SEC) that apply to SEC registrants;

- **ASU** - Accounting Standards Update, which the Financial Accounting Standards Board (FASB) issues to communicate changes to the ASC. ASUs are not authoritative standards;

- **Company, us, we, and our** - TPC Group Inc. and its subsidiaries;

- **GAAP** – Generally Accepted Accounting Principles in the United States;

- **Gross profit contribution ("GPC")** - as used herein, is defined as revenue less cost of sales as reported in our consolidated statements of operations and comprehensive income. GPC is the residual amount that is available, after deducting the variable costs to produce and distribute our products from revenue, to cover all other expenses;

- **Holdings** - TPC Holdings Inc., a Delaware corporation, which, upon consummation of the Merger, became the direct parent of TPCGI. Holdings and Parent are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Merger** – the December 20, 2012 merger of Sawgrass Merger Sub Inc., a Delaware corporation, which merged with and into TPCGI, with TPCGI surviving the Merger as a direct wholly-owned subsidiary of Holdings and an indirect wholly-owned subsidiary of Parent;

- **New Term Loan** – the Delayed Draw Term Loan Facility entered into on February 3, 2020, which provided for a delayed draw term loan of up to $70 million for a term of one year, and which the outstanding balance of $70 million was repaid with the net proceeds from issuance of the 10.875% Notes;

- **Old Term Loan** – the Senior Secured Delayed Draw Term Loan Facility, scheduled to mature in December 2020, for which the outstanding balance of $50 million was repaid with the net proceeds from issuance of the 10.5% Notes and which was terminated in conjunction with the refinancing of our debt on August 2, 2019;

- **Parent** - Sawgrass Holdings LP, a Delaware limited partnership, which, upon consummation of the Merger became the direct parent of Holdings and indirect parent of TPCGI. Parent and Holdings are affiliates of our Sponsors formed by our Sponsors in order to acquire TPCGI;

- **Sponsors** – investment funds sponsored by each of First Reserve Management, L.P. and SK Capital Partners;

- **TPCGI** - TPC Group Inc., a Delaware corporation, not including any of its subsidiaries;

- **TPCGLLC** - TPC Group LLC, a Texas limited liability company and the principal subsidiary of TPCGI;

- **TPCPF** - TPC Phoenix Fuels LLC, a Texas limited liability company and wholly owned subsidiary of TPCGLLC.

- **8.75% Notes** – the $805 million principal amount of Senior Secured Notes due in December 2020, which were redeemed with the net proceeds from issuance of the 10.5% Notes in conjunction with the refinancing of our debt on August 2, 2019;

- **10.5% Notes** – the $930 million principal amount of Senior Secured Notes due August 1, 2024 issued in conjunction with the refinancing of our debt on August 2, 2019. For a detailed description of the 10.5% Notes see Note G to our condensed consolidated financial statements on pages 31-37 of this Quarterly Report for the quarter ended March 31, 2022;

- **10.875% Notes** – the $153 million principal amount of Senior Secured Notes due August 1, 2024, which were issued on February 2, 2021 and for which a portion of the proceeds were used to repay and terminate the New Term Loan. Additional 10.875% Notes were issued in March 2022 for an incremental $51.5 million. For a detailed description of the 10.875% Notes see Note G to our condensed consolidated financial statements on pages 31-37 of this Quarterly Report for the quarter ended March 31, 2022.

## Explanatory Note

This Quarterly Report is highly confidential and has been prepared pursuant to the terms of the Indenture (the "10.5% Indenture") dated as of August 2, 2019, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.5% Notes, as amended by the Supplemental Indenture dated as of February 2, 2021, and the Indenture (the "10.875% Indenture" and collectively with the 10.5% Indenture, the "Indentures") dated as of February 2, 2021, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and the U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.875% Notes.   Unlike companies with securities that are registered under the Securities Exchange Act of 1934 (the "Exchange Act") or traded on a national securities exchange, the Company is not required to file reports with the Securities and Exchange Commission and, except as provided under the Indentures, the Company is not required to deliver any reports to holders of its securities.   As a result, this Quarterly Report does not include all the information that would be required to be included in a Quarterly Report on Form 10-Q that is filed pursuant to the Exchange Act, including, among other things, a description of the material risks faced by the Company.   Moreover, this Quarterly Report does not include all the information that may be material to holders of the Company's securities, including the 10.5% Notes and the 10.875% Notes, and should not be relied upon by any person in making an investment decision with respect to the Company's securities.   Except as strictly required pursuant to the terms of the Indentures, the Company undertakes no obligation to update or revise any information contained in this Quarterly Report.   The Company's Annual Report for the year ended December 31, 2021, which is attached hereto as Exhibit I, is included for informational purposes only and has not been updated or revised.

This Quarterly Report shall not constitute an offer to sell, or the solicitation of an offer to buy, any securities of the Company, including the 10.5% Notes and the 10.875% Notes.   Distribution of this Quarterly Report to any person other than holders of the 10.5% Notes and the 10.875% Notes is unauthorized and any disclosure of any of its contents without the Company's prior written consent is prohibited.   By accepting delivery of this Quarterly Report, you agree to the foregoing and not to make any photocopies, in whole or in part, of this Quarterly Report or any documents or materials relating to the Company that are provided in connection with this Quarterly Report.

CONFIDENTIAL

# CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Quarterly Report contains forward-looking statements that do not directly or exclusively relate to historical facts. You can typically identify forward-looking statements by the use of forward-looking words, such as "will," "may," "might," "should," "can," "could," "project," "believe," "anticipate," "expect," "estimate," "continue," "potential," "plan," "forecast" and other words of similar import. Forward-looking statements include information concerning possible or assumed future results of our operations, including the following:

- business strategies;
- operating and growth initiatives and opportunities, including proposed capital projects;
- existing and expected competition and competitive position;
- market outlook and trends in our industry;
- expected financial condition;
- future cash flows, including insurance proceeds;
- liquidity needs, financing sources and availability;
- expected results of operations;
- future capital and other expenditures;
- availability and price of raw materials and inventories;
- the business cyclicality of the petrochemicals industry;
- effects of seasonality;
- plans and objectives of management or the sponsors;
- future compliance with orders and agreements with regulatory agencies;
- environmental matters;
- the impact of the COVID-19 pandemic on the global economy;
- expected outcomes of insurance settlements, legal, environmental or regulatory proceedings and their expected effects on our results of operations;
- expectations, strategies and plans for individual assets and products (including the ability to maintain plant utilization rates), business segments and the company as a whole;
- anticipated restructuring, divestiture and consolidation activities;
- cost reduction and control efforts and targets;
- compliance and other costs and potential disruption or interruption of production or operation due to accident, fires, explosions, interruptions in sources of raw materials, cyber security incidents, terrorism, political unrest, natural disasters or other unforeseen events;
- uncertainties relating to our Chapter 11 Cases, including but not limited to:
    - our ability to obtain Bankruptcy Court approval with respect to motions in the Chapter 11 Cases;
    - the effects of the Chapter 11 Cases on us and our various constituents;
    - the impact of Bankruptcy Court rulings in the Chapter 11 Cases;
    - our ability to develop and implement the Plan, whether that Plan will be approved by the Bankruptcy Court and the ultimate outcome of the Chapter 11 Cases in general;
    - the length of time we will operate under the Chapter 11 Cases;
    - attendant risks associated with restrictions on our ability to pursue our business strategies;
    - risks associated with third-party motions in the Chapter 11 Cases;
    - the potential adverse effects of the Chapter 11 Cases on our liquidity;
    - the potential material adverse effect of claims that are not discharged in the Chapter 11 Cases;
    - uncertainty regarding our ability to retain key personnel; and
    - uncertainty and continuing risks associated with our ability to achieve our stated goals and continue as a going concern; and

CONFIDENTIAL

- any other statements regarding future growth, future cash needs, future operations, business plans and future financial results.

These forward-looking statements represent our intentions, plans, expectations, assumptions and beliefs about future events and are subject to risks, uncertainties and other factors, including risks and uncertainties such as volatility in the petrochemicals industry, limitations on the Company's access to capital, the timing and amount of insurance proceeds received, the effects of competition, leverage and debt service, general economic conditions, third-party claims, governmental litigation and investigations, and extensive environmental, health and safety laws and regulations.  Many of those factors are outside of our control and could cause actual results to differ materially from the results expressed or implied by the forward-looking statements.

In light of these risks, uncertainties and assumptions, the events described in the forward-looking statements might not occur or might occur to a different extent or at a different time than we have described.  Except as may be required by applicable law or agreement, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

CONFIDENTIAL

# EBITDA AND ADJUSTED EBITDA

EBITDA and Adjusted EBITDA are not measures computed in accordance with GAAP.  A non-GAAP financial measure is a numerical measure of historical or future financial performance, financial position or cash flows that excludes amounts, or is subject to adjustments that have the effect of excluding amounts, that are included in the most directly comparable measure calculated and presented in accordance with GAAP in the balance sheets, statements of operations, or statements of cash flows (or equivalent statements); or includes amounts, or is subject to adjustments that have the effect of including amounts, that are excluded from the most directly comparable measure so calculated and presented.

We are including a presentation of EBITDA and Adjusted EBITDA in this Quarterly Report because their presentation is required under the Indenture governing the New Notes.  In addition, the Indenture governing the New Notes contains debt incurrence ratios that are calculated by reference to Adjusted EBITDA.  Non-compliance with the debt incurrence ratios contained in the Indenture would prohibit us from being able to incur additional indebtedness other than pursuant to specified exceptions.

We calculate EBITDA as earnings before interest, taxes, depreciation and amortization and we calculate Adjusted EBITDA as EBITDA, adjusted to remove or add back certain items, including the impact of butadiene price changes.  These items are identified below in the reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss), the GAAP measure most directly comparable to EBITDA and Adjusted EBITDA.  Our calculation of EBITDA and Adjusted EBITDA may be different from the calculations used by other companies; therefore, they may not be comparable to other companies.

The following table provides a reconciliation of EBITDA and Adjusted EBITDA to Net Loss for the periods specified (in thousands).

| | Three Months Ended March 31, | |
| | 2022 | 2021 |
|---|---|---|
| **Net loss** | $ (42,697) | $ (73,291) |
| Income tax benefit | (5,492) | (18,756) |
| Interest expense, net | 33,110 | 28,157 |
| Depreciation and amortization (1) | 19,209 | 19,328 |
| **EBITDA** | 4,130 | (44,562) |
| Impact of butadiene price changes (2) | 1,412 | (55) |
| Port Neches Incident (3) | (1,986) | 4,927 |
| Non recurring items (4) | 18,128 | 63,508 |
| **Adjusted EBITDA** | $ 21,684 | $ 23,818 |

(1)  Includes depreciation, amortization of deferred turnaround and catalyst costs and amortization of patents for all periods presented.

(2)  Adjustment to remove the estimated temporary impact on our operating results of month-to-month changes in the contract price of butadiene. For further discussion see "Management's Discussion and Analysis of Financial Condition and Results of Operations".

(3)  Adjustment to remove the losses and costs incurred, net of actual and probable insurance recoveries, for the three months ended March 31, 2022 and 2021, respectively, as a direct result of the Port Neches incident (discussed on pages 10-12).

(4)  Adjustments to remove the impact of certain non-recurring items for 2022 include $17.9 million of restructuring costs and incremental expenses directly related to our response to the COVID-19 pandemic and other miscellaneous costs of $0.2 million.

CONFIDENTIAL

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the unaudited condensed consolidated financial statements and accompanying notes included in this Quarterly Report for the quarter ended March 31, 2022, as well as the audited consolidated financial statements and related notes included in our Annual Report for the year ended December 31, 2021 (attached as Exhibit I).

*Recent Development – Bankruptcy*

On June 1, 2022, we and certain of our subsidiaries filed voluntary petitions (the "Chapter 11 Cases") for relief (the "Bankruptcy Filing") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

We are currently operating as debtors-in-possession in accordance with the applicable provisions of the Bankruptcy Code. We have filed first day motions requesting the authority to pay employee wages and benefits, and pay certain vendors and suppliers in the ordinary course of business. Under the Bankruptcy Code, we are authorized as a debtor-in-possession, to conduct normal business activities and pay all associated obligations for the period following the Bankruptcy Filing. During the pendency of the Chapter 11 Cases, all transactions outside the ordinary course of business require the prior approval of the Bankruptcy Court.

For the duration of the Chapter 11 Cases, our operations and ability to develop and execute our business plan are subject to the risks and uncertainties associated with the Chapter 11 process. As a result of these risks and uncertainties, our assets and liabilities could be significantly different following the outcome of the Chapter 11 Cases, and the description of our operations, properties and capital plans included in this report may not accurately reflect our operations, properties and capital plans following the Chapter 11 Cases.

During the Chapter 11 Cases, we expect our financial results to continue to be volatile as various restructuring activities and expenses, contract terminations and rejections, and claims assessments significantly impact our consolidated financial statements. As a result, our historical financial performance is likely not indicative of our financial performance after the date of the Bankruptcy Filing. In addition, we have incurred significant professional fees and other costs in connection with preparation for the Chapter 11 Cases and expect that we will continue to incur significant professional fees and costs throughout our Chapter 11 Cases.

**Overview**

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 10-12).

We also provide critical infrastructure and logistics services along the Gulf Coast. Both our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. For a more detailed discussion, see page 9 of our Annual Report for the year ended December 31, 2021 (attached as Exhibit I).

**Material Industry and Business Trends**

For a detailed historical perspective of material industry trends, see "Management's Discussion and Analysis of Financial Condition and Results of Operations' on pages 9, 10 and 11 of our Annual Report for the year ended December 31, 2021 (attached as Exhibit I).

CONFIDENTIAL

**Current Market and Business Conditions**

The effects of COVID-19 on our operating results have dissipated in 2022. However, we are watching the shutdowns currently happening in Shanghai and other parts of China. So far, we have not seen any material impact on our business.

Demand in all but one of our business segments is strong and is now back at, or above, pre-COVID-19 levels. The one exception is our raffinate business used in the production of alkylate, a key octane blend stock in premium gasoline. Recent refinery operating changes are generating additional alkylate feedstock within the refineries. This is causing them to reduce their outside purchases taking us back to demand levels we saw in the second and third quarters of last year. Alternative outlets that we developed last year have been secured to keep inventory at reasonable levels.

With the onset of hostilities between the Ukraine and Russia, commodity pricing has seen a significant increase with WTI crude reaching a high of $123 per barrel, currently sitting in the $100-$110 per barrel range. Crude oil and natural gas prices are now well above pre-COVID-19 levels and are supportive of stronger prices and margins in all of our businesses. Supply-demand fundamentals are strong in our butadiene, butene-1, PIB, DIB, and MTBE businesses. Strong industry demand along with planned industry outages for butadiene producers late in the first quarter and through May of 2022 should provide continued support for the current pricing levels through the second quarter of 2022 for this key product line. Butadiene pricing hit its low point in January but has since moved up 3 cents per pound in each of February and March to 68 cents per pound. With solid demand and industry supply constraints continuing, the April contract price settled up 11 cents to 79 cents per pound. May pricing has settled at a rollover from April.

We have largely recovered from the operating issues that plagued our HNO operations during much of 2021. We have successfully restored our utility boiler operations and brought steam production back toward nameplate capacities. In concert with this, we have significantly improved our water quality management system. One of our boilers (boiler 11) has been constrained by a faulty economizer which reduces steam production by 10%-15% but otherwise the boiler is running fine. We still intend to replace our oldest boiler (boiler 9) with a new boiler (boiler 12) by the end of 2023 or first half of 2024 but until that is completed, the reliability of boiler 9 is a risk. We also completed three significant turnarounds in the fourth quarter, one in our butadiene system bringing butadiene capacity back to full capacity, one on our turbogenerator, and the other in our hydrotreating unit. The work on the hydrotreating unit has now allowed us to achieve an increase in butene-1 production levels here early in the first quarter of 2022. The new catalyst we installed in the hydrotreater has not yet allowed for the full increased production we had expected, but as work continues to optimize the new catalyst, we expect to get closer to our targeted production levels. We just completed a successful catalyst skim and mini turnaround on our dehydro unit in the February-March period. We are in the process of optimizing production rates with the new catalyst installed during the turnaround.

Production under the long-term contract with BASF-TOTAL Petrochemical ("BTP") for crude C4 processing that TPC signed in early 2021 began on a small scale in mid first quarter 2021 and grew steadily throughout the rest of the year. Work continues at our Port Neches terminal to upgrade our capabilities as BTP is expected to be in position to take an additional step change in crude C4 processing by mid-year 2022, after BTP completes its 69-day planned turnaround of its C4 processing unit. The BTP turnaround has limited butadiene production since its shut-down in mid-March. The higher processing rates expected post the turnaround are part of our overall plan to restore TPC's butadiene production levels back to pre-PNO incident levels. Cracking of very light feedstocks by the ethylene industry and a number of unplanned outages at some of our CC4 suppliers has further limited CC4 supply and thus butadiene production. We have been able to move available crude C4 from Port Neches with the BTP turnaround over to our Houston plant in order to run our butadiene extraction at capacity. This combined with the import of BD from Asia has allowed us to maintain BD sales close to contract levels.

MTBE margins, which ended 2021 on a strong note, have continued to strengthen in early 2022. Current MTBE-isobutane spreads have grown to surpass the past five-year highs reaching over 200 cents per gallon. This combined with slight price reductions in methanol in the first quarter from its peak pricing in the fourth quarter are helping margins in this key product area for TPC.

Demand for PIB was at record levels in the first quarter of 2022, with March being an all-time sales record. Forecasted demand for the balance of the year is strong. However, we continue to watch miles driven data with the significant uptick in fuel pricing as this could impact demand for fuel and lubricant additives, a key segment for demand of PIB. Likewise, demand for DIB is at record levels supported by very strong domestic and export sales. Non-formula pricing for PIB and DIB products moved up in March and again in April driven by rising feedstock costs and supported by strong demand.

The Company is seeing various pressures which are impacting the costs and timing of its capital projects and turnarounds. These pressures include credit concerns, supply chain constraints and general inflationary pressures. It is likely that certain projects will be more expensive and will be delayed from the Company's 2022 annual operating and long-range plans.

***Dock Incident – 2018***

On June 13, 2018, an ocean-going bulk carrier navigating in the Port of Houston Ship Channel veered off course and struck a barge stationed at our primary Houston facility dock. The incident caused substantial damage to both the barge and the dock facilities. There were no significant injuries and there was no environmental impact from the incident.

The damaged dock was returned to full barge and ship service in August 2018 after temporary repairs of approximately $5 million which, excluding a $0.25 million deductible, were reimbursed from insurance proceeds in September 2018. The insurance proceeds were accounted for as an offset to the actual dock repair costs. The total amount of the insurance deductible and uninsured logistics and legal expenses recognized in our reported 2018 earnings was $1.5 million and the margin on estimated lost sales volume was approximately $6.0 million. The revenue and cost of sales related to the lost sales volume for the C4 Processing segment were estimated to be $4 million and $2 million, respectively, and for the Performance Products segment were estimated to be $13 million and $9 million, respectively.

We have reached an agreement with insurers on the scope of the rebuild and we are preparing for construction bids. The expectation is to begin construction late in the second quarter of this year. We anticipate that the entire cost, which we currently estimate to be $30-$35 million, will be reimbursed by our insurance carriers.

***Port Neches Incident – 2019***

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." Mandatory settlement conferences took place August 5-6, and 19-20, 2021. The citations were not resolved, and OSHA filed its complaint on September 9, 2021. The proceeding has been bifurcated into two separate trials, the first of which will take place in Q4 2022 and the second of which will occur in Q1 2023.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,700 property claims have been resolved and approximately 1,400 additional eligible claims are pending action by the claimant in the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, approximately 190 private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 7,800 individual plaintiffs. Approximately 322 individual plaintiffs have cases pending in Jefferson County, Texas (some of which are duplicative with cases in the MDL) which have not yet been non-suited or abated. Additionally, more than 820 properties are the subject of litigation as a result of subrogation claims filed by insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule

CONFIDENTIAL

will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. The jurisdictional motions have been argued to the MDL pre-trial Court and the parties await rulings. The Plaintiffs have also indicated that they intend to add a new defendant to the litigation which will likely result in only further delays. A hearing on class certification is not expected before the second half of 2022 at the earliest.

Four different sets of insurance policies in effect at the time of the event provide coverage for costs and losses incurred as a result of the Port Neches incident.

On an event to date basis as of March 31, 2022, TPC has incurred a loss amount of $435.4 million associated with the PNO Event. This amount consists of both response related costs and associated write offs. TPC anticipates recovering $260.3 million of this loss. The estimate is subject to change as claims are evaluated. As of March 31, 2022, we have collected $568.1 million dollars of insurance proceeds and have paid out $347.2 million. Information received in the fourth quarter of 2021 that categorizes the proceeds and assurance that this amount is a floor amount, allowed a reclassification of proceeds from a Deferred Gain to a Recognized Gain. The gain is due to the recoverable value of assets being more than the book value. Additional insurance collected in first quarter 2022 is currently designated as unallocated and $27.6 million will be reflected as a deferred gain until more detail is received as to the final allocation of those proceeds.

The following table summarizes the PNO Event spend and reimbursements, event to date, as of March 31, 2022 (in millions):

| Insurance Policies | Loss Amount | Anticipated Recovery | Net Loss | Proceeds Collected | Deferred GAIN | GAIN | BI | Invoices Paid |
|---|---|---|---|---|---|---|---|---|
| Property/Business Interruption (BI) | $ 125.8 | $ 94.6 | $ 31.2 | $ 405.4 | $ 27.6 | $ 183.5 | $ 99.7 | $ 94.2 |
| Liability | 164.0 | 100.0 | 64.0 | 100.0 | - | - | - | 134.6 |
| Defense | 62.4 | 35.2 | 27.2 | 35.2 | - | - | - | 60.6 |
| Pollution | 51.7 | 25.0 | 26.7 | 25.0 | - | - | - | 51.3 |
| Inventory | 6.6 | 5.5 | 1.1 | 2.5 | - | - | - | - |
| Not Recoverable | 24.9 | | 24.9 | | - | - | - | 6.5 |
| Total | $ 435.4 | $ 260.3 | $ 175.1 | $ 568.1 | $ 27.6 | $ 183.5 | $ 99.7 | $ 347.2 |

*Property/Business Interruption Policies*

Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of March 31, 2022, we have incurred a cumulative loss amount of $125.8 million which includes asset write-offs of $34.4 million. It also includes a $3.9 million sale of metals that we recovered from PNO catalyst. We have paid $94.2 million of invoices related to this policy. We have directly collected $403.7 million and had another $1.7 million paid on our behalf to a third party under these policies, of which $99.7 million has been identified as business interruption coverage and $275.2 million as property loss coverage which includes a gain of $183.5 million on assets where recoverable value is greater than book value. Additional proceeds collected in the first quarter of 2022 are considered unallocated and the $27.6 million that does not directly offset costs is reflected as a deferred gain at this time. We currently estimate that $94.6 million will be recoverable under this policy for property losses.

*Liability/Defense Policies*

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of March 31, 2022, we have accrued third-party claim amounts of $164.0 million, have paid $134.6 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $62.4 million and we have collected $35.2 million of this amount. This is the total that we anticipate collecting for these defense costs. To date we have paid $60.6 million of these defense cost invoices.

*Environmental/Pollution Policies*

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of March 31, 2022, we have incurred $51.7 million of costs, paid $51.3 million of those costs and have collected the full $25.0 million of coverage under this policy.

*Inventory Policy*

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with

a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.8 million. We are also pursuing recovery of another $2.8 million in logistics costs under this policy. We expect to recover the fair market value at the time of the event on these materials which is estimated to be $4.5 million plus the logistics costs of another $1.0 million.

*Not Recoverable*

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits. As of March 31, 2022, this amount is $24.9 million. $18.8 million of this is a non-cash impact related to the write off of turnaround amortization and $6.5 million of invoices have been paid.

### Coronavirus – 2022

On March 11, 2020, the World Health Organization declared the ongoing COVID-19 outbreak a pandemic and recommended containment and mitigation measures worldwide. For employees who are considered essential and are working in plants, we adhere to, at a minimum, government recommended protocols and best practices related to social distancing, hygiene and the use of additional personal protective equipment. TPC's Crisis Management Team ("CMT") has helped to safely mitigate exposure risk by quickly identifying and isolating any confirmed cases amongst our employees. These measures have not only enabled us to continue to operate our facilities safely but have also helped TPC maintain a largely consistent supply chain. Additionally, the CMT has worked closely with senior leadership to tailor a comprehensive Return to Workplace plan and TPC employees have returned to their onsite locations. We continue to review the level of new cases as our employees' health and well-being remain a key priority.

The effects of COVID-19 on our operating results have dissipated with government restrictions across the world easing and the availability of vaccines to help prevent COVID-19 infections. We continue to monitor and assess the potential impact of COVID-19 and the possibility of future variants on our staff and operations and have implemented appropriate mitigation plans and will take additional precautions as we believe are warranted. We also work with our suppliers to understand any potential impacts to our supply chain, and at this time, we have not identified any material risks.

### Technical Center Fire - 2021

Early on the morning of January 9, 2021, the Technical Center, located on the southwest side of the Houston facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded and coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts as a result of the event; however, one emergency responder sustained an ankle injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. In the absence of a functioning laboratory facility, the Company had to secure short term outsourcing solutions for all of the quality control testing needs immediately following the event. Since late February 2021, however, we have salvaged over 75% of the lab equipment in the Technical Center and replaced the majority of the outsourced testing with in-house testing in a combination of TPC and rental facilities, thereby substantially reducing the incremental costs. To reestablish the full necessary laboratory functionality for research and development as well as quality control, we are evaluating options including expanded leased facilities, rebuild of the Technical Center or new construction onsite.

### February Weather Event (Uri) – 2021

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather. Due to abnormally low temperatures for an extended period of time, facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs. This event also caused the HNO plant to experience upset conditions resulting in multiple days of unauthorized air emissions. The TCEQ has investigated this emission event and referred it to the Texas Attorney General for civil enforcement. The Attorney General filed suit seeking civil penalties in connection with this event on February 23, 2022. The incremental costs for repairs, higher energy costs and lost volumes related to this freeze event has resulted in a cumulative loss of over $76 million.

### Insurance Renewal

We seek to maintain comprehensive insurance coverage at commercially reasonable rates. Although we carry property and casualty insurance to cover certain risks, our insurance policies do not cover all types of losses and liabilities, and our insurance may not be sufficient to cover the full extent of losses or liabilities for which we may be liable. Despite persistently tight insurance market conditions, we have renewed all our expiring insurance coverages on substantially the same terms, however, at much higher premiums. We have financed the premiums through an affiliate of our broker, requiring us to pay 25% of the premium upfront with the remainder

payable in monthly installments through the end of May 2022. Although we have been able to replace our insurance in 2021, we may not be able to do so or may not be able to finance the premiums in the future.

## Results of Operations

### *Contractual linkages of raw material costs and selling prices of finished products to commodity indices*

Most of our raw material feedstock costs and finished product selling prices are determined by application of contractual formulas linked to commodity market indices and, in most cases, the indices used to determine raw material feedstock costs are the same indices used to determine finished product selling prices.

As of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model and which is more commensurate with the valuable and consistent service we provide to the industry.

Although linkage of most of our raw material costs and selling prices to the same indices and our restructured crude C4 supply contracts provide some degree of consistency in our average material margin per pound (which we define as the difference between average revenue per pound and average raw material cost per pound) during periods in which the underlying commodity indices are relatively stable, there are various factors that can have a significant impact on our average material margin per pound, including those listed below. Moreover, even a relatively minor increase or decrease in average material margin per pound can have a significant impact on our overall profitability given the magnitude of our sales volumes.

- We may purchase raw material feedstocks in a given month based on market indices for that month, and then sell the related finished products in a later month based on market indices for the later month. Changes in selling prices of finished products, based on changes in the underlying market indices between the month the raw material feedstocks are purchased and the month the related finished products are sold causes variation in our average material margin per pound. For example, we may purchase the components of a crude C4 stream based on formulas that reflect the respective January commodity indices but then sell the finished products at pricing formulas based on the respective February commodity indices. If the indices for January and February are the same, we would expect to realize substantially the same unit margins regardless of the absolute value of the indices. However, for any components of the stream for which the respective index increases between January and February, we would expect to realize a temporary margin expansion until pricing stabilizes; and conversely, if the index decreases, we would expect to realize a temporary margin contraction. The magnitude of the effect on the average material margin per pound and the material margin percentage in a given month depends on the magnitude of the change in the underlying indices compared to the prior month and the quantity of inventory at the end of the prior month as a result of its impact on the moving average cost of finished products sold in the subsequent month.

- Although most of our supply and sales contracts contain index-based formulas, varying proportions of our raw material purchases and finished product sales are done on a spot basis or otherwise negotiated terms. In addition, while many of the index-based formulas in our contracts are simply based on a percentage of the relevant index, others apply adjustment factors to the market indices that do not fluctuate with changes in the underlying index. As supply and sales contracts are renegotiated, the amounts of such adjustment factors can change, thus the average material margin per pound would be impacted.

- Under some of our raw material purchase contracts, the cost of the raw materials is based on a percentage of the relevant market index, and under some of our sales contracts, the selling price of the related finished product is based on a higher percentage of the same market index. As a result, the average material margin per pound tends to be higher during periods in which the market indices are higher and tends to be lower during periods when the market indices are lower.

- Finished product selling price formulas under some of our sales contracts, primarily in the Performance Products segment, are based on commodity indices not for the period in which the sale occurs but for either a prior or subsequent period. The effect on average material margin per pound of the selling price formulas can be significant during times of rapidly increasing or decreasing market indices.

### *Butadiene Price Impact*

As discussed above, a substantial portion of our finished product selling prices and raw material costs are linked to the same commodity indices and this linkage mitigates, to varying degrees, our exposure to volatility in our profit margins. As also documented above, as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, which are more commensurate with the valuable and consistent service we provide to the industry. However, the stabilizing effect of these factors on our profit margins is lessened when we do not purchase the

CONFIDENTIAL

feedstock and sell the finished product in the same period. Regarding butadiene, which has historically been the largest individual product line in our C4 Processing segment, the linkage between our raw material cost and finished product selling price is the published contract price for butadiene. As a result of purchasing crude C4 in one month and selling finished butadiene in the subsequent month, the GPC per pound we report in the subsequent month will expand when the price of butadiene increases and will contract when the price of butadiene declines due to the impact of beginning inventory (quantity and unit cost) on the moving average cost of finished butadiene sold in the subsequent month.

As shown in the presentation of EBITDA and Adjusted EBITDA on page 7 of this Quarterly Report, we adjust EBITDA to remove the estimated temporary impact on our reported GPC of the month-to-month changes in the contract price of butadiene. The rationale for the adjustment is that the temporary impacts of butadiene price changes distort the underlying business performance.

The table below shows, for each period presented, the impact on our reported GPC (in millions) of purchasing crude C4 in one period and selling finished butadiene in a later period at higher or lower butadiene contract prices. The impact on reported GPC for each period is the sum of the monthly impacts, which are dependent on the magnitude of the contract price change each month and the quantity of butadiene inventory at the beginning of each month.

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2022 | 2021 |
| Positive (negative) impact on GPC | $ (1) | $ - |

### *Average material margin per pound*

The table below provides the average material margin per pound (defined above) for each period presented.

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2022 | 2021 |
| Average revenue per pound | $ 0.61 | $ 0.42 |
| Average raw material cost per pound | 0.40 | 0.22 |
| Average material margin per pound | 0.21 | 0.20 |

As discussed above, our material margin per pound and reported GPC reflect the temporary impact of month-to-month changes in the contract price of butadiene. As provided in the table above, and in the discussion of cost of sales for the first quarter of 2022 compared to the first quarter of 2021 on page 17, the impact of butadiene price changes on GPC was a negative $1 million in the current year quarter and neutral in the prior year quarter. Excluding the temporary impact of butadiene price changes on both the current and prior year quarters, average material margin per pound was $0.22 and $0.20 each of the three months ended March 31, 2022 and 2021, respectively.

CONFIDENTIAL

The following table summarizes the primary indices which impact our revenues and raw material costs by segment.

| Segment / Finished Product | Revenues | Raw Material Costs |
|---|---|---|
| **C4 Processing Segment** | | |
| Butadiene | Butadiene | Butadiene |
| Butene – 1 | Unleaded regular gasoline | Unleaded regular gasoline |
| Raffinates | Unleaded regular gasoline | Unleaded regular gasoline |
| | | |
| **Performance Products Segment** | | |
| Polyisobutylene | Isobutane | Butane |
| Diisobutylene | Isobutane | Butane |
| MTBE | MTBE | Isobutane, methanol |

The following table summarizes the average commodity index prices for each period presented.

| **Average commodity prices:** | **2022** | **2021** | **% Chg.** |
|---|---|---|---|
| Butadiene (cents/lb) (1) | 65.0 | 43.9 | 48% |
| Unleaded regular gasoline (cents/gal) (2) | 277.6 | 174.3 | 59% |
| Normal butane (cents/gal) (3) | 158.8 | 94.1 | 69% |
| Isobutane (cents/gal) (3) | 160.4 | 93.0 | 72% |
| MTBE (cents/gal) (2) | 305.6 | 183.4 | 67% |
| Methanol (cents/gal) (4) | 184.8 | 148.2 | 25% |

(1) Industry pricing was obtained through IHS.

(2) Industry pricing was obtained through Platts.

(3) Industry pricing was obtained through Oil Price Information Service.

(4) Industry pricing was obtained through J. Jordan.

CONFIDENTIAL

The following table provides unaudited sales volumes, revenue, cost of sales, GPC and operating expenses by operating segment (amounts in thousands) for the three-month periods ended March 31, 2022 and 2021.  Please refer to this information, as well as our unaudited condensed consolidated financial statements and accompanying notes included elsewhere in this Quarterly Report for the quarter ended March 31, 2022, when reading our discussion and analysis of results of operations below.   All information provided in the table below, except sales volumes, is derived from our unaudited Condensed Consolidated Statements of Operations.

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2022 | 2021 |
| **Sales volumes (pounds) (1):** | | |
| C4 Processing | 407,165 | 275,064 |
| Performance Products | 267,268 | 187,455 |
| | 674,433 | 462,519 |
| **Revenue:** | | |
| C4 Processing | $ 246,013 | $ 109,763 |
| Performance Products | 167,850 | 82,052 |
| | $ 413,863 | $ 191,815 |
| **Cost of sales (2):** | | |
| C4 Processing | $ 199,132 | $ 83,974 |
| Performance Products | 122,987 | 52,896 |
| | $ 322,119 | $ 136,870 |
| **GPC:** | | |
| C4 Processing | $ 46,881 | $ 25,789 |
| Performance Products | 44,863 | 29,156 |
| | $ 91,744 | $ 54,945 |
| **Operating expenses (2):** | | |
| C4 Processing | $ 36,348 | $ 31,404 |
| Performance Products | 24,171 | 19,860 |
| | $ 60,519 | $ 51,264 |

(1)  Sales volumes represent product sales volumes only and do not include volumes of products delivered under tolling or similar arrangements, in which we do not purchase the raw materials, but process raw materials for another party for a specified fee.

(2)  Cost of sales does not include operating expenses, and cost of sales and operating expenses do not include depreciation and amortization expenses.

*Three months ended March 31, 2022 versus three months ended March 31, 2021*

*Revenue*

Total revenue for the first quarter of 2022 was $413.9 million compared to $191.8 million for the first quarter of 2021. The increase of $222.1 million, or 116%, reflected a 46% increase in overall sales volume and a 48% increase in average revenue per pound. The higher overall sales volume reflected increased sales volumes in both operating segments. The increase in overall average revenue per pound relates to an increase in average revenue per pound for both the C4 Processing segment and the Performance Products segment. Variances in average selling prices for both operating segments mirror the variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 13 - 14 and the table of commodity indices to which a substantial portion of our selling prices are linked on page 15).

C4 Processing segment revenue of $246.0 million for the first quarter of 2022 increased $136.2 million, or 124%, compared to first quarter of 2021 revenue of $109.8 million. The higher revenue for the current year quarter reflected the combined impact of a 48% increase in sales volume, which had a positive impact of $63.5 million, and a 51% increase in average revenue per pound, which had a positive impact of $72.7 million. The increase in sales volume relates to the Houston plant being offline for half of the first quarter of 2021 due to the February freeze event. By the first quarter of 2022, the operational issues were resolved. The higher average selling price for the segment reflected increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 48% and 59%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 15).

Performance Products segment revenue for the first quarter of 2022 was $167.9 million compared to $82.1 million for the comparable prior year quarter. The $85.8 million, or 105%, increase in revenue was driven by a 43% increase in sales volume, which had a positive impact of $36.6 million. Again, the sales volumes were impacted by the February freeze event in first quarter of 2021. Average revenue per pound for the segment increased 43% resulting in a positive impact of $49.2 million. The higher average revenue per pound reflects substantial increases in the prices of butane and MTBE of 69% and 67%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 15).

*Cost of Sales*

Total cost of sales for the first quarter of 2022 was $322.1 million compared to $136.9 million for the first quarter of 2021. The overall increase reflected the combined impact of higher sales volumes, as discussed above, and the increase in the average cost of raw materials included in the average cost of our finished products for both operating segments. Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 13-14 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 15).

C4 Processing segment cost of sales in the first quarter of 2022 was $199.1 million versus $84.0 million for the comparable prior year quarter, resulting in an increase of $115.1 million. The increase is the combined impact of a 48% increase in sales volume, discussed above, and an 84% increase in raw material costs. The raw material pricing on a cents per pound basis was higher in the first quarter of 2022 than the first quarter of 2021 due to increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 48% and 59%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 15). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in the first quarter of 2022 reflected a negative butadiene pricing impact of $1.4 million.

Performance Products segment cost of sales was $123.0 million in the first quarter of 2022 compared to $52.9 million for the comparable prior year quarter. The $70.1 million increase reflected a 43% increase in sales volume, as discussed above. There was also an 88% increase in the average cost of the raw material component of the finished products sold. The higher average cost of raw materials reflected increases in the average price of butane, isobutane, and methanol of 69%, 72% and 25%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 15).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in the overall average revenue per pound and average raw material cost per pound for the first quarter of 2022 compared to the first quarter of 2021

CONFIDENTIAL

*Operating Expenses*

Operating expenses incurred in the first quarter of 2022 were $60.5 million compared to $51.3 million for the prior year quarter. The $9.2 million increase reflected $5.0 million higher manufacturing expenses, $0.9 million higher 401K costs, $0.4 million higher benefits, $0.8 million higher insurance, $0.6 million higher property taxes, $ 0.7 million higher sales and use taxes, $0.5 million higher supply chain costs and higher selling expenses of $0.3 million.

*General and Administrative Expenses*

General and administrative expenses in the first quarter of 2022 were $9.4 million compared to $8.3 million in the first quarter of 2021.   The increase of $1.1 million included increases across several teams including human resources, accounting, legal, information technology, 401K and other administrative costs.   This was partly offset by $0.8 million lower incentive compensation expense.

*Depreciation and Amortization*

Depreciation and amortization expense in the first quarter of 2022 was $19.2 million compared to $19.3 million for the comparable prior year quarter.   The $0.1 million decrease reflected lower net turnaround and higher catalyst amortization of $0.3 million partly offset by $0.2 million higher depreciation.   The $0.2 million increase in depreciation reflected the net impact of depreciation on capital additions less retirements.   Higher depreciation on operating plant assets was partly offset by lower depreciation on technology and leasehold improvement assets.

*Restructuring Costs and Restructuring Support Agreement*

Restructuring costs of $17.9 million incurred in the first quarter of 2022 relate to the ongoing discussions with financial stakeholders to strengthen the Company's financial structure for the long term.   Some of these costs are incurred in part in connection with the Restructuring Support Agreement, under which certain holders of the 10.5% Notes and the 10.875% Notes, and certain other parties named therein, agreed to implement a restructuring pursuant to a chapter 11 plan of reorganization (the "Plan"). The agreement contemplates that such holders will vote in favor of the Plan, and also contemplates certain other transactions. For more on the Restructuring Support Agreement, see Note R – Subsequent Events.

*Loss (gain) on Port Neches Incident, net*

The quarter over quarter change from first quarter 2021 to first quarter 2022 was a gain of $6.9 million.   This was driven by a sale of metals recovered from PNO Catalyst in first quarter 2022 of $3.9 million as well as a reduction in the amount of claims by $3.5 million which was overstated in the first quarter of 2021 for commercial claims.   These reductions were somewhat offset by an additional $0.5 million of Environment, Defense, and Non-Recoverable costs incurred during the first quarter 2022.

*COVID-19 Expenses*

The expense of $0.1 million represents the incremental expenses directly related to our response to the COVID-19 pandemic.

*Gain on Disposal of Assets, net*

The Company recognized a net gain on disposal of assets of $0.5 million for the first quarter of 2022.   The net gain is the excess of property loss insurance proceeds collected over the book of certain assets impacted by the PNO incident.

*Freeze Event Expenses*

The $0.2 million of freeze event expenses for the three months ending March 31, 2022 relate to costs incurred as a result of extreme winter weather experienced in February 2021 by large parts of the southern United States, including Texas and Louisiana where the Company's operations are located.   The costs include extensive emergency repairs, utility costs and overtime personnel costs.

*Technical Center Event Expenses*

In January of 2021 a fire occurred in the Technical Center at the Houston Plant.   The Technical Center is used for quality control and research and development activities.   The $0.3 million of Technical Center fire expenses for the three months ending March 31, 2022 relates to costs incurred as a result of a fire.

CONFIDENTIAL

*Interest Expense*

Interest expense for the first quarter of 2022 was $33.1 million compared to $28.2 million for the first quarter of 2021.   The $4.9 million increase was primarily due to $3.1 million higher interest expense on the 10.875% Notes, higher ABL interest of $0.7 million and the absence of favorable prior year net deferred financing costs of $1.6 million on the New Term Loan as exit and extension fee costs were not exercised as originally anticipated.   This was partly offset by $0.5 million lower all other interest which includes $0.6 million lower interest on the New Term Loan which was repaid in 2021 with the net proceeds from issuance of the 10.875% Notes.

*Income Tax Benefit*

The effective income tax rates for the first quarters of 2022 and 2021 were the projected effective rates for the full years 2022 and 2021 of 11.4% and 20.4%, respectively.   The projected effective rate for the full year 2022 and 2021 reflected the federal statutory rate of 21% on a projected pretax loss, reduced by the projected state income taxes and permanent differences.

**Liquidity and Capital Resources**

As of March 31, 2022, our financing arrangements consisted primarily of the 10.875% Notes, the 10.5% Notes, and our ABL credit facility.   In addition, we financed our 2021 insurance renewal premiums through Aon Premium Finance LLC, an affiliate of our Broker, Aon PLC.

At March 31, 2022, we had total long-term debt of $1,224.0 million (including deferred financing costs of $14.0 million and debt discount of $3.0 million), which consisted of the 10.875% Notes of $205.5 million and the 10.5% Notes of $930.0 million.   Cash on hand was $110.5 million (excluding $1.3 million of restricted cash) and we had no short-term money market investments (with maturities of less than three months) or short-term investments (with original maturities between 90 days and one year).

As of March 31, 2022, we had $105.5 million of borrowings outstanding on the ABL and a $50 thousand letter of credit.   The combined ABL Revolver and ABL FILO borrowing bases as of that date provided approximately $25.6 million of additional borrowing capacity, which, together with our unrestricted cash, provided us with approximately $136 million of liquidity.

We are currently engaged in discussions with our stakeholders, including our lenders and noteholders and their advisors and other economic stakeholders, regarding optimizing our capital structure.   In connection with these discussions, on February 3, 2022, the Company entered into a forbearance agreement (the "Forbearance Agreement") with a group representing nearly 90% of the Company's 10.875% Notes and approximately 80% of the Company's 10.5% Notes (the "Ad Hoc Group").   The Company did not make approximately $53 million in total interest payments due on the 10.875% Notes and the 10.5% Notes on February 1, 2022: the payments are subject to a 30-day grace period.   Under the Forbearance Agreement, the Ad Hoc Group agreed to forbear from exercising remedies relating to the event of default that occurred when the Company did not make the February 1 coupon payments within the 30-day grace period.   The Forbearance Agreement was initially effective until March 18, 2022 but was extended on March 16, 2022 until April 18, 2022, further extended on April 10, 2022 until May 23, 2022 and further extended by subsequent amendments until June 1, 2022.   The Forbearance Agreement was further amended on April 28, 2022 and May 11, 2022 such that the Ad Hoc Group agreed to forbear from exercising remedies relating to the event of default related to failing to pay the May 1 coupon payment and from certain specified reporting defaults.   In connection with the Forbearance Agreement, the Ad Hoc Group also agreed to provide the Company with approximately $52 million of additional liquidity in the form of a commitment to purchase additional 10.875% senior secured priming notes due 2024 (the "Additional Notes").   On March 2, 2022 and March 11, 2022, TPC Group Inc. issued the additional 10.875% Senior Secured Notes due 2024.   Proceeds from the sale of the Additional Notes will be used to support ongoing operations and to pay fees and expenses associated with the transaction.   As discussed in Note D *Going Concern* to our 2021 Audited Consolidated Financial Statements (attached as Exhibit 1), if we do not have sufficient liquidity from cash flow, proceeds from the Additional Notes, ABL availability and proceeds from insurance policies to conduct our business operations in future periods, we may be required, but unable, to refinance all or part of our existing debt, seek additional covenant relief from our lenders, sell assets, incur additional indebtedness, or issue equity on terms acceptable to us, if at all.   Therefore, our ability to continue our planned principal business operations would be dependent on the actions of our lenders or obtaining additional debt and/or equity financing to repay outstanding indebtedness of the secured notes and ABL.

In addition, we have entered into a Restructuring Support Agreement with certain holders of the 10.5% Notes and the 10.875% Notes, and certain other parties named therein. As a result of the restructuring pursuant to the Plan, we expect our financial results to continue to be volatile as restructuring activities and expenses and claims assessments significantly impact our consolidated financial statements. As a result, our historical financial performance is likely not indicative of our financial performance after the anticipated chapter 11 filing. For more on the Restructuring Support Agreement, see Note R – Subsequent Events.

*New Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provided for a delayed draw term loan of up to $70.0 million and a term of one-year. Availability under the Term Loan was limited to a maximum of four draws with a minimum of $5.0 million per draw. Subject to certain exceptions, the Company's obligations with respect of the Term Loan were secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the 10.5% Indenture. On March 18, 2020, we drew on the facility and received $70.0 million less a 1% original issue discount fee. In May 2020 the lenders agreed to grant the Company the option to extend the maturity date to August 5, 2021. This loan was repaid on February 2, 2021 with some of the proceeds received from issuance and sale of the 10.875% Notes.

*ABL Facility*

The ABL was initially composed of a $192.5 million revolving tranche (the "ABL Revolver") and a $7.5 million "first-in-last-out" tranche (the "ABL FILO"). Commitments under the ABL FILO were and will be reduced, and commitments under the ABL Revolver equally and simultaneously increased, by $2.5 million on each of the first three anniversaries of the August 2019 amendment and restatement of the ABL. Accordingly, the ABL is composed of a $197.5 million revolving tranche and a $2.5 million FILO tranche as of March 31, 2022.

The credit agreement governing the ABL contains covenants that impose restrictions on, among other things, additional indebtedness, liens, investments, advances, guarantees and mergers and acquisitions. These covenants also place restrictions on asset sales, sale and leaseback transactions, dividends, payments between us and our subsidiaries and certain transactions with affiliates

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable of the borrowers at such time and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable of the borrowers and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

On February 2, 2021, the ABL was amended to permit the Company to issue $153 million of 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

On March 2, 2022, the ABL was further amended to permit the Company to issue $52.53 million of additional 10.875% Notes, to make certain changes in the amounts of permitted debt the Company can incur and to add certain additional covenants. This amendment also limits the type of borrowings on the ABL to "base rate" loans and adjusted the applicable margins used to determine the interest rate on loans.

*10.5% Notes*

The 10.5% Notes were issued on August 2, 2019 in conjunction with the refinancing of our debt. The net proceeds from the issuance of the 10.5% Notes were $918.3 million after underwriters and other fees and expenses of $11.7 million. The net proceeds from the issuance of the 10.5% Notes were used to redeem and pay accrued interest due on the 8.75% Notes of $816.2 million, to repay the outstanding loan balance and pay accrued interest due on the Old Term Loan of $50.3 million and to repay the outstanding loan balance and pay accrued interest due on the ABL of $35.9 million.

The 10.5% Notes are due August 1, 2024 and interest is paid semi-annually in arrears on February 1 and August 1.

The 10.5% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

On February 2, 2021 the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein.

The Company elected not to make the interest payment due February 1, 2022 on the 10.5% Notes and on February 3, 2022 entered into a Forbearance Agreement with the 10.5% note holders as described above.

CONFIDENTIAL

*10.875% Notes*

On February 2, 2021 TPCGI issued and sold $153 million aggregate principal amount of 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021. The 10.875 % Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

The Company elected not to make the interest payment due February 1, 2022 on the 10.875% Notes and on February 3, 2022 entered into a Forbearance Agreement with the 10.875% note holders. At the same time, the 10.875% Indenture was amended to permit the Company to issue additional 10.875% Notes and to make other changes to certain covenants contained therein. The Company also elected not to make the interest payment due May 1, 2022 on the 10.875% Notes and on April 28, 2022, the Forbearance Agreement was amended such that the Ad Hoc Group agreed to further forbear from exercising remedies relating to the event of default related to failing to pay the May 1 coupon payment.

Pursuant to the 10.875% Notes Indenture, upon the occurrence of, and solely during the continuation of, the Events of Default relating to the missed coupon payments, the interest rate on the 10.875% Notes was increased by 2.00% per annum.

On March 2, 2022 and March 11, 2022, TPCGI issued and sold approximately $26.5 million and $26.0 million of additional 10.875% Senior Secured Notes, respectively. The net proceeds from these offering were used to pay transaction expenses and for general corporate purposes.

*Insurance Premium Financing*

As of March 31, 2022, we have $2.9 million remaining of the insurance premiums we financed through Aon Premium Finance LLC. The first down payment and the first installment were paid in July 2021 and the remainder is payable in monthly installments following the applicable renewal date through the end of May 2022.

*Sources and Uses of Cash*

Our principal sources of liquidity are our existing cash and cash equivalents, short-term investments, cash generated from operations and borrowings under our ABL. In addition to these sources, another source of liquidity over the near-term will be insurance proceeds received under our various insurance policies, including our property damage and business interruption policies. Business interruption coverage became effective on January 12, 2020 after the forty-five-day deductible period and from that date on will replace the earnings the Port Neches plant would have contributed except as a result of the explosion incident on November 27, 2019 that shut down the plant. The timing of receipt of additional insurance proceeds under our policies is uncertain at this time. We may also, from time to time, generate cash from opportunistic sales of non-core assets. Our principal uses of cash are to provide working capital, meet certain debt service requirements, fund capital expenditures and finance our strategic plans, including possible acquisitions. We may also seek to finance our capital expenditures under capital leases or other debt arrangements that provide liquidity or favorable borrowing terms. Our business may not generate sufficient cash flows from operations and future borrowings under our ABL may not be available to us in an amount sufficient to enable us to pay our indebtedness or to fund our other liquidity needs. Our ability to generate sufficient cash depends on, among other factors, prevailing economic conditions, many of which are beyond our control. In addition, upon the occurrence of certain events, such as a change in control, we could be required to repay or refinance our indebtedness. Any future acquisitions, joint ventures or other similar transactions may require additional capital and there can be no assurance that any such capital will be available to us on acceptable terms or at all.

Our liquidity requirements will be significant primarily due to the annual debt service requirements on the 10.5% Notes, which are estimated to be $97.7 million, annual debt service requirements on the 10.875% Notes, which are approximately $22.4 million, our baseline capital expenditures, which fall within the range of $70 to $80 million per year but were $111.6 million in 2021 and forecast to be approximately $107.5 million in 2022, our turnaround and catalyst costs, which would typically be in the range of $20 to $30 million

CONFIDENTIAL

in years we do not perform a dehydro unit turnaround and $35 to $40 million in years we do perform a dehydro unit turnaround, and cash requirements related to the Port Neches incident in advance of insurance recoveries or in excess of insurance coverage limits.

*Cash Flow Summary*

The following table summarizes changes in cash and cash equivalents for the periods indicated (in thousands):

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | **2022** | **2021** |
| Cash flows provided by (used in): | | |
|   Operating activities | $ (57,189) | $ (12,970) |
|   Investing activities | (23,009) | (23,723) |
|   Financing activities | 29,407 | 64,830 |
| Change in cash and cash equivalents | $ (50,791) | $ 28,137 |

*Operating Activities*

For the three months ended March 31, 2022, net use of cash for operating activities was $57.2 million. The net loss of $42.7 million, deferred turnaround and catalyst costs of $21.3 million, deferred income tax benefit of $5.5 million and an increase in working capital of $36.0 million were partially offset by non-cash expenses of $48.3 million. Non-cash expenses consisted of depreciation and amortization of $19.2 million, amortization of debt issuance costs of $1.6 million and non-cash expenses related to the Port Neches incident of $27.5 million.

Trade accounts receivable were $135.5 million at March 31, 2022 compared to $126.6 million at December 31, 2021. The increase of $8.9 million reflected higher revenue of $19.7 million in March 2022 compared to December 2021 and a decrease in days of sales outstanding from 31 days at December 31, 2021 to 29 days at March 31, 2022. Trade accounts receivable were 94 % and 98% current at March 31, 2022 and December 31, 2021, respectively.

Our inventory at March 31, 2022 was $91.0 million compared to $74.5 million at December 31, 2021. The $16.5 million increase in inventory value reflected a 1% increase in total volume, which had an impact of $1.1 million, and a 20% increase in overall average cost per pound, which had an impact of $15.4 million.

For the three months ended March 31, 2021, net use of cash for operating activities was $13.0 million. The net loss of $73.3 million, deferred turnaround and catalyst costs of $0.8 million, and deferred income tax benefit of $18.8 million were partially offset by non-cash expenses of $57.0 million and a decrease in working capital of $22.9 million. Non-cash expenses consisted of depreciation and amortization of $19.3 million, amortization of debt issuance costs of $3.7 million and non-cash expenses related to the Port Neches incident of $34.0 million.

*Investing activities*

During the quarters ended March 31, 2022 and 2021, we invested $23.0 million and $23.7 million, respectively, in the form of capital expenditures.

*Financing activities*

Cash of $29.4 million was generated during the first quarter of 2022 from net proceeds of $51.5 million from issuance of the Additional Notes, net payments of $8.5 million on the ABL, repayment of $11.5 million of financed insurance premiums, and debt issuance costs of $2.1 million. Cash of $64.8 million was generated during the first quarter of 2021 from net proceeds of $150.0 million from issuance of the 10.875% Notes partially offset by repayment of the $70.0 million New Term Loan, repayment of $9.8 million of financed insurance premiums, and debt issuance costs of $5.4 million.

*Off-Balance-Sheet Arrangements*

We do not currently utilize any off-balance-sheet arrangements to enhance our liquidity and capital resource positions, or for any other purpose.

CONFIDENTIAL

# CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

## Index to Condensed Consolidated Financial Statements

| | Page |
|---|---|
| Condensed Consolidated Balance Sheets | 24 |
| Condensed Consolidated Statements of Operations and Comprehensive Loss | 25 |
| Condensed Consolidated Statements of Cash Flows | 26 |
| Notes to Condensed Consolidated Financial Statements | 27 |

CONFIDENTIAL

**CONDENSED CONSOLIDATED BALANCE SHEETS**

*(In thousands, except share and per share amounts)*

| | March 31, 2022 | December 31, 2021 |
|---|---|---|
| | (Unaudited) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 110,472 | $ 159,313 |
| Restricted cash | 1,298 | 3,248 |
| Trade accounts receivable | 135,525 | 126,645 |
| Insurance receivable - Port Neches incident | 3,000 | 3,402 |
| Inventories | 90,974 | 74,487 |
| Other current assets | 33,592 | 41,371 |
| Total current assets | 374,861 | 408,466 |
| Property, plant and equipment, net | 754,788 | 755,390 |
| Intangible assets, net | 3,880 | 3,880 |
| Operating lease right-of-use assets, net | 148,662 | - |
| Other assets, net | 82,608 | 55,521 |
| Total assets | $ 1,364,799 | $ 1,223,257 |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | |
| Current liabilities: | | |
| Accounts payable | $ 166,088 | $ 208,561 |
| Accrued liabilities | 111,093 | 94,456 |
| Operating lease liabilities - current | 25,148 | - |
| Short-term debt | 2,932 | 14,424 |
| Accrued liabilities - Port Neches incident | 62,462 | 34,907 |
| Total current liabilities | 367,723 | 352,348 |
| Long-term debt, net of deferred financing costs | 1,224,032 | 1,181,528 |
| Operating lease liabilities - non current | 131,852 | - |
| Deferred income taxes | (5,492) | - |
| Total liabilities | 1,718,115 | 1,533,876 |
| Commitments and contingencies | | |
| Stockholder's deficit: | | |
| Common stock, $0.01 par value, 2,000 shares authorized, 1,030 issued and outstanding | - | - |
| Additional paid-in capital | 478,314 | 478,314 |
| Accumulated deficit | (830,471) | (787,774) |
| Accumulated other comprehensive loss | (1,159) | (1,159) |
| Total stockholder's deficit | (353,316) | (310,619) |
| Total liabilities and stockholder's deficit | $ 1,364,799 | $ 1,223,257 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

**TPC Group Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**

*(In thousands)*
**(Unaudited)**

| | Three Months Ended March 31, | |
|---|---|---|
| | 2022 | 2021 |
| Revenue | $ 413,863 | $ 191,815 |
| Cost of sales (excludes items listed below) | 322,119 | 136,870 |
| Operating expenses | 60,519 | 51,264 |
| General and administrative expenses | 9,385 | 8,259 |
| Depreciation and amortization | 19,209 | 19,328 |
| Restructuring costs | 17,864 | - |
| Loss on Port Neches incident, net of insurance recovery | (1,530) | 4,927 |
| COVID-19 expenses | 105 | 252 |
| Gain on disposal of assets, net | (457) | - |
| Freeze event expenses | 160 | 29,849 |
| Technical Center fire event expenses | 274 | 4,956 |
| Income (loss) from operations | (13,785) | (63,890) |
| Other expense: | | |
| Interest expense | 33,110 | 28,157 |
| Other, net | 1,294 | - |
| Loss before income taxes | (48,189) | (92,047) |
| Income tax benefit | (5,492) | (18,756) |
| Net loss | $ (42,697) | $ (73,291) |
| Comprehensive loss | $ (42,697) | $ (73,291) |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

**TPC Group Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

*(In thousands)*
**(Unaudited)**

| | Three Months Ended March 31, | |
|---|---|---|
| | **2022** | **2021** |
| Cash used in operating activities | $ (57,189) | $ (12,970) |
| Cash flows from investing activities: | | |
| Capital expenditures | (23,009) | (23,723) |
| Cash used in investing activities | (23,009) | (23,723) |
| Cash flows from financing activities: | | |
| Proceeds from issuance of 10.875% Notes | 51,500 | 150,000 |
| Payment of Term Loan | - | (70,000) |
| Net payments on ABL Facility borrowings | (8,500) | - |
| Insurance finance repayments | (11,492) | (9,778) |
| Debt issuance costs | (2,101) | (5,392) |
| Cash provided by financing activities | 29,407 | 64,830 |
| Net Increase (decrease) in cash and cash equivalents | (50,791) | 28,137 |
| Restricted cash, beginning of period | 3,248 | - |
| Cash and cash equivalents, beginning of period | 159,313 | 18,452 |
| Restricted cash, end of period | 1,298 | - |
| Cash and cash equivalents, end of period | $ 110,472 | $ 46,589 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

CONFIDENTIAL

## NOTE A – BASIS OF PRESENTATION

### 1. *Definition of Terms*

Certain terms used throughout these unaudited condensed consolidated financial statements and accompanying notes are defined on page 3 of this Quarterly Report, which should be referred to when reading these interim unaudited condensed consolidated financial statements and accompanying notes.

### 2. *Organization*

The accompanying consolidated financial statements include the accounts of TPCGI and its direct wholly owned and indirect subsidiaries. TPCGI's direct wholly owned subsidiaries include TPCGLLC and Texas Petrochemicals Netherlands B.V., and its indirect subsidiaries, which are all wholly owned subsidiaries of TPCGLLC, include Texas Butylene Chemical Corporation, Texas Olefins Domestic International Sales Corporation, Port Neches Fuels LLC, TP Capital Corp., TPC Pipeline Holding Company LLC and TPC Pipeline Company LLC.

### 3. *Principles of Consolidation*

The Company's unaudited condensed consolidated financial statements include the accounts of TPCGI and its direct and indirect subsidiaries, after the elimination of all significant intercompany accounts and transactions. The unaudited condensed consolidated financial statements presented have been prepared by us in accordance with GAAP.

### 4. *Interim Financial Statements*

The unaudited condensed consolidated financial statements have been prepared in accordance with GAAP. Our December 31, 2021 Condensed Consolidated Balance Sheet data was derived from audited financial statements.

The unaudited condensed consolidated financial statements contained in this Quarterly Report include all material adjustments of a normal and recurring nature that, in the opinion of management, are necessary for a fair statement of the results for the interim periods. The results of operations for the interim periods presented in this Quarterly Report are not necessarily indicative of the results to be expected for a full year or any other interim period.

The interim condensed consolidated financial statements should be read together with the audited consolidated financial statements and related notes thereto included in TPC Group Inc.'s Annual Report for the year ended December 31, 2021, which is attached to this Quarterly Report as Exhibit I.

### 5. *Going Concern*

The consolidated financial statements of the Company have been prepared on a going concern basis, which contemplates the realization of assets and the discharge of liabilities in the normal course of business. Our ability to actually continue on a going concern basis is contingent on the Bankruptcy Court's approval of the Plan and our ability to successfully implement the Plan and obtain exit financing, among other factors. While operating as debtors-in-possession under Chapter 11, we may sell or otherwise dispose of or liquidate assets or settle liabilities, subject to the approval of the Bankruptcy Court or as otherwise permitted in the ordinary course of business, for amounts other than those reflected in the accompanying condensed consolidated financial statements. Further, the Plan could materially change the amounts and classifications of assets and liabilities reported in the condensed consolidated financial statements. The factors noted above raise substantial doubt about our ability to continue as a going concern. The accompanying condensed consolidated financial statements do not include any adjustments related to the recoverability and classification of assets or the amounts and classification of liabilities or any other adjustments that might be necessary should we be unable to continue as a going concern or as a consequence of the Bankruptcy Filing.

## NOTE B – DESCRIPTION OF BUSINESS

See Note B to our Annual Report for the year ended December 31, 2021, which is attached to this Quarterly Report as Exhibit I.

**CONFIDENTIAL**

## NOTE C – RISKS AND UNCERTAINTIES RELATED TO THE COVID-19 PANDEMIC

In March 2020, the World Health Organization declared the outbreak of coronavirus (COVID-19) to be a pandemic. The ultimate impact and the extent to which the COVID-19 pandemic will continue to affect the business, results of operation and financial condition is difficult to predict and depends on numerous evolving factors outside of the Company's control including: the duration and scope of the pandemic; government, social, business and other actions that have been and will be taken in response to the pandemic; and the effect of the pandemic on short and long-term general economic conditions. This uncertainty also affects management's accounting estimates and assumptions, which could result in greater variability in a variety of areas that depend on these estimates and assumptions.

Though government restrictions across the world (such as travel bans and restrictions, border closures and quarantines) have generally eased and vaccines have become available to help prevent COVID-19 infections, a return to a more ordinary course of economic and business activity is still dependent on the effectiveness of containment efforts, including the spread of additional virus variants such as Delta and Omicron.

The COVID-19 outbreak has impacted the addressable market for the Company's products, and the Company's business continues to be exposed to risks and uncertainties related to the pandemic. The Company continues to work with our stakeholders (including customers, suppliers, employees, business partners, and local communities) to mitigate the impact of the pandemic on our business. Protecting the health and safety of our employees and their respective work locations while simultaneously maintaining business continuity with our customers and suppliers continue to be key operational objectives.

## NOTE D – RECENT ACCOUNTING DEVELOPMENTS

### *Accounting Guidance Issued but Not Yet Adopted as of March 31, 2022*

Accounting Standard Updates (ASU's) issued in 2022, which include changes in accounting for derivatives, do not currently impact or are applicable to TPC's financials.

### *Accounting Guidance Issued and Adopted as of March 31, 2022*

*Leases* – As required for private companies, TPC implemented ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases are classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. TPC had no finance leases for the current reporting period. Additional lease disclosures have been added in accordance with the requirements of the standard.

*Defined Benefit Plans* – ASU 2018-14, *Compensation—Retirement Benefits*, amends disclosure requirements for employers that sponsor defined benefit pension or other postretirement plans. For public business entities, the amendments are effective for fiscal years ending after December 15, 2020. For all other entities the amendments are effective for fiscal years ending after December 15, 2021. Early adoption is permitted. The Company anticipates some changes to the disclosures required to comply with this standard.

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021. Adoption methods vary based on the specific items impacted. Management does not expect that changes required by the new standard will materially impact the Company's financial statements and related disclosures.

## NOTE E – DETAIL AND DISCUSSION OF CERTAIN CONDENSED CONSOLIDATED BALANCE SHEET CAPTIONS

### *Cash*

Our cash balances as of March 31, 2022 are comprised of cash and cash equivalents and restricted cash. Cash and cash equivalents included amounts on deposit with banks, cash invested temporarily in investments with original maturities of three months or less, and cash on hand. Restricted cash included amounts on deposit with a bank, held in escrow as defined by contractual agreements for the purpose of funding our committed portion of contractual agreements for capital projects to be completed in less than one year. We

CONFIDENTIAL

maintain cash balances that are insured by the Federal Deposit Insurance Corporation ("FDIC"). As of March 31, 2022, we had $110.5 million in cash and cash equivalents and $1.3 million in restricted cash, totaling $111.8 million in total cash on deposit with banks, which were subject to a $0.25 million per account FDIC insurance coverage limit. We believe the likelihood of any loss of cash and cash equivalents is remote and that we are not exposed to any significant credit risk on cash and cash equivalents.

### *Inventories*

Inventories, as of the dates presented, were as follows (in thousands):

|  | March 31, 2022 | December 31, 2021 |
|---|---|---|
| Finished goods | $ 50,302 | $ 41,444 |
| Raw materials and chemical supplies | 40,672 | 33,043 |
|  | $ 90,974 | $ 74,487 |

The $16.5 million increase in inventory value reflected a 1% increase in total volume, which had an impact of $1.1 million, and a 20% increase in overall average cost per pound, which had an impact of $15.4 million.

### *Other Current Assets*

Other current assets, as of the dates presented, were as follows (in thousands):

|  | March 31, 2022 | December 31, 2021 |
|---|---|---|
| Prepaid insurance premiums | $ 12,328 | $ 22,002 |
| Spare parts inventory | 17,661 | 16,916 |
| Prepaid expense and other | 3,603 | 2,453 |
|  | $ 33,592 | $ 41,371 |

### *Property, Plant and Equipment*

Property, plant and equipment, as of the dates presented, were as follows (in thousands):

|  | March 31, 2022 | December 31, 2021 |
|---|---|---|
| Land and land improvements | $ 52,839 | $ 52,839 |
| Plant and equipment | 1,160,127 | 1,141,740 |
| Construction in progress | 147,144 | 155,817 |
| Other | 60,467 | 58,073 |
|  | 1,420,577 | 1,408,469 |
| Accumulated depreciation | (665,789) | (653,079) |
|  | $ 754,788 | $ 755,390 |

CONFIDENTIAL

*Intangible Assets*

There were no changes in the carrying amount of our intangible assets, for the three months ended March 31, 2022.   The gross carrying amounts and accumulated amortization of intangible assets, as of the dates presented, were as follows (in thousands):

|  | Gross Carrying Value | Accumulated Amortization | Net Carrying Value |
|---|---|---|---|
| **March 31, 2022** |  |  |  |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
|  | $ 26,980 | $ (23,100) | $ 3,880 |

*Other Assets*

Other assets, as of the dates presented, were as follows (in thousands):

|  | March 31, 2022 | December 31, 2021 |
|---|---|---|
| Deferred turnaround costs | $ 47,367 | $ 33,229 |
| Catalyst and solvent costs | 13,705 | 12,129 |
| Other deferred charges | 21,536 | 10,163 |
|  | $ 82,608 | $ 55,521 |

The increase in the deferred turnaround and catalyst costs reflected the Dehydro mini turnaround and catalyst skim completed in first quarter 2021. The increase in other deferred charges relates to the BASF-TOTAL Petrochemical ("BTP") contract.  Cash paid to BASF and TOTAL to fund the construction of the pipeline are accounted for as a deferred asset, which TPC will amortize over the life of the project once the pipeline becomes operational.  Construction is scheduled to be completed in 2022.  These cash outlays are not treated as capital as TPC will not own the asset.

*Accrued Liabilities*

Accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | 2022 | 2021 |
|---|---|---|
| Accrued interest | $ 74,192 | $ 43,917 |
| Property and sales tax | 11,575 | 14,154 |
| Accrued payroll and benefits | 3,152 | 10,705 |
| Freeze related energy accrual | 8,365 | 8,790 |
| Accrued freight | 6,728 | 7,974 |
| Net pension liability | 5,584 | 5,687 |
| Other | 1,497 | 3,229 |
|  | $ 111,093 | $ 94,456 |

**CONFIDENTIAL**

***Accrued Liabilities – Port Neches Incident***

Accrued liabilities for the Port Neches Incident, as of the dates presented, were as follows (in thousands):

|  | March 31, 2022 | December 31, 2021 |
|---|---|---|
| Total of losses and costs recognized | $ 435,324 | $ 436,573 |
| Deferred gain on insurance | 27,639 | - |
| Invoices / settlements paid | (347,216) | (343,952) |
| Unpaid invoices included in payables | (282) | (758) |
| Sale of precious metals | 3,953 | - |
| Asset write-offs | (56,956) | (56,956) |
|  | $ 62,462 | $ 34,907 |
|  |  |  |
| Accrued response / clean-up costs | $ 32,155 | $ 4,065 |
| Estimated claims liability | 30,307 | 30,842 |
|  | $ 62,462 | $ 34,907 |

## NOTE F – SHORT-TERM DEBT

Our short-term financing arrangements at March 31, 2022 and December 31, 2021 included insurance premium financing. As of March 31, 2022, we have $2.9 million of insurance premiums financed through Aon Premium Finance LLC. The first down payment and the initial installment were paid in July 2021 and the remainder was payable in monthly installments following the applicable renewal date through May of 2022. Our major insurance renewals are anticipated in the June 2022 through August 2022 timeframe.

## NOTE G – LONG-TERM DEBT

Outstanding debt as of the dates presented, was as follows (in thousands):

|  | March 31, 2022 | December 31, 2021 |
|---|---|---|
| 10.5% Notes | $ 930,000 | $ 930,000 |
| 10.875% Notes | 205,530 | 153,000 |
| ABL | 105,500 | 114,000 |
| Unamortized discount on Notes | (2,994) | (2,214) |
| Total long-term debt | 1,238,036 | 1,194,786 |
| Less: deferred financing costs | (14,004) | (13,258) |
| Long-term debt net of deferred financing costs | $ 1,224,032 | $ 1,181,528 |

Our financing arrangements at March 31, 2022 were comprised of the 10.875% Notes, the 10.5% Notes, and the ABL. As of March 31, 2022, we were in compliance with all covenants set forth in the Indentures governing the 10.875% Notes and the 10.5% Notes, subject to the Forbearance Agreement discussed above in this report.

*New Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provided for a delayed draw term loan of up to $70 million and a term of one-year.

Availability under the New Term Loan was limited to a maximum of four draws with a minimum of $5 million per draw.

Subject to certain exceptions, the Company's obligations with respect of the New Term Loan were secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the Indenture governing the 10.5% Notes. Interest payments were due quarterly in arrears.

On March 18, 2020, we drew on the facility and received $70.0 million less a 1% original issue discount fee. In May 2020 the lenders agreed to grant the Company the option to extend the maturity date to August 5, 2021. The Term Loan was classified as long-term debt as of December 31, 2020. This loan was repaid on February 2, 2021 with some of the proceeds received from issuance and sale of the 10.875% Notes.

*ABL*

TPCGI is the lead borrower under the ABL and certain domestic subsidiaries of TPCGI are co-borrowers (or may be designated co-borrowers) on a joint and several basis.

The ABL was initially composed of a $192.5 million revolving tranche (the "ABL Revolver") and a $7.5 million "first-in-last-out" tranche (the "ABL FILO"). Commitments under the ABL FILO were and are reduced, and commitments under the ABL Revolver equally and simultaneously increased, by $2.5 million on each of the first three anniversaries of the August 2019 amendment and restatement. Accordingly, the ABL is composed of a $197.5 million revolving tranche and a $2.5 million FILO tranche as of March 31, 2022.

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable of the borrowers at such time and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable of the borrowers at such time and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

As of March 31, 2022, we had $105.5 million of borrowings outstanding on the ABL and a $50 thousand letter of credit. The combined ABL Revolver and ABL FILO borrowing bases as of that date provided approximately $25.6 million of additional borrowing capacity.

The ABL Revolver commitments may be increased by an aggregate principal amount of not more than $150 million, subject only to the consent of the new or existing lenders providing such increases. The lenders under this facility are under no obligation to provide any such additional commitments, and any such increase in commitments will be subject to customary conditions precedent. Notwithstanding any such increase in the facility size, TPCGI's ability to borrow under the facility will remain limited at all times by the borrowing base (to the extent the borrowing base is less than the aggregate commitments).

On February 2, 2021, the ABL was amended to permit the Company to issue $153 million of the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

On March 2, 2022, the ABL was further amended to permit the Company to issue $52.53 million of additional 10.875% Notes, to make certain changes in the amounts of permitted debt the Company can incur and to add certain additional covenants. This amendment also limits the type of borrowings on the ABL Facility to "base rate" loans and adjusted the applicable margins used to determine the interest rate on loans. Loans under the ABL Revolver bear interest at a rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus an applicable margin. The applicable margin now ranges from 1.50% to 2.00% depending on monthly average excess availability.

Loans under the ABL FILO bear interest at a rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus an applicable margin. The applicable margin with respect to Loans under the ABL FILO now ranges from 2.75% to 3.25% depending on average monthly excess availability).

In addition to paying interest on outstanding principal under the ABL, TPCGI is required to pay a commitment fee at an initial rate of 0.500% per annum in respect of the unutilized commitments thereunder. The commitment fee rate subsequently may be reduced to

**CONFIDENTIAL**

0.375% depending on the monthly average unused amount of the commitments under the ABL. TPCGI must also pay customary letter of credit fees and fronting fees for each letter of credit issued.

If at any time the aggregate amount of loans and letters of credit outstanding under either the ABL Revolver or under the ABL FILO exceeds the lesser of (a) the applicable total commitments and (b) the applicable borrowing base, TPCGI will be required to prepay loans outstanding and/or cash collateralize outstanding letters of credit in an aggregate amount equal to the amount of any such excess, without any reduction of the commitments. In circumstances when the aggregate amount available under the ABL is less than the greater of (1) 12.5% of the lesser of (i) the total commitments under such facility and (ii) the borrowing base and (2) $12.5 million for 5 consecutive business days, or if certain defaults occur, all collateral proceeds collected through the cash management system in favor of the collateral agent will be swept to a collection account and applied daily to repay outstanding loans and cash collateralize letters of credit under the ABL until the availability has exceeded the applicable threshold for a period of 30 consecutive calendar days or until such default ceases to be continuing.

TPCGI may voluntarily repay loans outstanding under the ABL Revolver and under the ABL FILO at any time without premium or penalty. All outstanding loans under the ABL Revolver must be repaid before any loans outstanding under the ABL FILO may be repaid. Any subsequent borrowings under the ABL would be made first under the ABL FILO (subject to availability) and next under the ABL Revolver (subject to availability). We may elect at any time to reduce the unutilized portion of the commitment amount under the ABL.

Pursuant to a Guarantee, dated as of August 2, 2019, among Parent, TPCGI, the other guarantors party thereto and Bank of America, N.A., as administrative agent and collateral agent, all obligations under the ABL are unconditionally guaranteed by substantially all existing and future, direct and indirect, wholly-owned material restricted domestic subsidiaries of TPCGI, subject to certain exceptions, including, certain applicable legal, regulatory or contractual constraints and to the requirement that such guarantee will not cause material adverse tax consequences.

The borrowers under the ABL are jointly and severally liable for all borrowings and other obligations thereunder. Pursuant to a Pledge and Security Agreement, dated as of August 2, 2019, among Parent, TPCGI, the subsidiary grantors and Bank of America, N.A., as administrative agent and collateral agent, and any additional borrowers that may become party thereto from time to time, such obligations and the guarantees of such obligations are secured, subject to permitted liens and other exceptions, by:

- a first-priority lien on the following:

  (a) accounts receivable, including those arising from the sale of inventory and other goods and services (including related contracts and contract rights, inventory, tax refunds, cash and cash equivalents);

  (b) inventory;

  (c) intercompany notes and intellectual property and other intangible assets to the extent attached to or necessary to sell any of the foregoing;

  (d) deposit and investment accounts (and all cash, checks and other negotiable instruments, funds and other evidences of payment held therein, but not any identifiable proceeds of Notes First Priority Collateral (as defined below));

  (e) to the extent evidencing, governing, securing or otherwise related to any of the foregoing and the other Revolver First Priority Collateral (as defined below), all documents, general intangibles (excluding intellectual property), instruments, investment property (but not stock in subsidiaries or equity interest in any limited liability company or other entity constituting Notes First Priority Collateral), commercial tort claims, letters of credit, supporting obligations and letter of credit rights;

  (f) all loans payable by a grantor to any other grantor to the extent made using proceeds of advances under the ABL Facility;

  (g) books and records, documents, supporting obligations, chattel paper, instruments, payment intangibles and general intangibles relating to any of the foregoing; and

  (h) all proceeds and products of any or all of the foregoing in whatever form received, in each case above subject to certain qualifications and exclusions (collectively, the "Revolver First Priority Collateral"); and

- a second-priority lien on assets not constituting Revolver First Priority Collateral subject to certain qualifications and exclusions (the "Notes First Priority Collateral").

The ABL contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- make certain restricted payments;

- incur additional indebtedness and preferred equity;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets;

- pay dividends and distributions or repurchase its capital stock;

- make investments, loans or advances;

- prepay certain indebtedness;

- engage in certain transactions with affiliates;

- designate certain subsidiaries as restricted or unrestricted by the covenants;

- change its lines of business;

- modify or extend the forbearance agreement;

- take certain actions with respect to litigation in respect of the Port Neches incident; and

- use of insurance proceeds relating to the Port Neches incident.

In addition, at any time when an event of default is continuing or the aggregate amount available under the ABL is less than the greater of (a) 12.5% of the lesser of (1) the total commitments and (2) the borrowing base and (b) $12.5 million (or a lesser amount if a significant asset sale has occurred), TPCGI will be required to maintain a minimum fixed charge coverage ratio of 1.0:1.0. Such requirement shall continue until the date that no event of default exists, and excess availability shall have been not less than the greater of (x) 12.5% of availability and (y) $12.5 million for a period of 21 consecutive calendar days.

The ABL also contains a customary "holding company" covenant that restricts Parent's ability to take certain actions and contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the ABL, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion by Parent or a borrower of any such invalidity), change of control and loss of lien perfection or priority.

*10.5% Notes*

The 10.5% Notes are due August 1, 2024 and interest will be paid semi-annually in arrears on February 1 and August 1.

*Indenture Governing the 10.5% Notes*

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 02, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.5% Indenture").

The 10.5% Notes are guaranteed by all of TPCGI's existing or future direct and indirect domestic subsidiaries other than certain excluded subsidiaries (the "guarantors") that guarantee obligations under the ABL.

The 10.5% Notes are TPCGI's and the guarantees are the guarantors' senior secured obligations and rank senior in right of payment to all of TPCGI's and the guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the guarantors' existing and future liabilities that are not so subordinated, including the ABL.

The 10.5% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.5% Notes effectively senior to TPCGI's and the guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.5% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.5% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the guarantors' assets (in each case, other than TPCGI's and the guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the 10.5% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the guarantors' assets that secure our ABL on a first-priority basis.

The 10.5% Notes became redeemable as of August 1, 2021 at the redemption prices specified in the 10.5% Indenture. The redemption price for the period from (and including) August 1, 2021 through July 31, 2022 is 107.875% and for the period from (and including) August 1, 2022 through July 31, 2023 is 103.938%. The 10.5% Notes become redeemable at par as of August 1, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.5% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any. In addition, at any time prior to August 1, 2021, TPCGI may redeem, subject to certain conditions, up to 35% of the 10.5% Notes at a redemption price of 110.50% with the net cash proceeds from one or more equity offerings.

The 10.5% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.5% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency. Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.5% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.5% Notes to be due and payable.

On February 2, 2021 we issued $153 million of 10.875% Senior Secured Notes and repaid the $70 million New Term Loan we had in place with Apollo Global Management to provide additional liquidity against any uncertainty around timing of future insurance recoveries, including business interruption recoveries, over the next year. In connection with the issuance of the 10.875% Notes, the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein.

The Company elected not to make the interest payment due February 1, 2022 on the 10.5% Notes and on February 3, 2022 entered into a Forbearance Agreement with a group representing nearly 90% of the Company's 10.875% Notes and approximately 80% of the Company's 10.5% Notes (the "Ad Hoc Group"). Under the Forbearance Agreement, the Ad Hoc Group agreed to forbear from exercising remedies relating to the event of default that will occur if the Company does not make the February 1 coupon payments within the 30-day grace period. The Forbearance Agreement was initially effective until March 18, 2022 but was extended on March 16, 2022 until April 18, 2022, on April 10, 2022 until May 23, 2022 and by subsequent amendments until June 1, 2022 and may be further extended by the Ad Hoc Group. On March 2, 2022, the 10.5% Indenture was amended to permit the Company to issue additional 10.875% Notes and to make other changes to certain covenants contained therein.

CONFIDENTIAL

*10.875% Notes*

On February 2, 2021 TPCGI issued and sold $153 million aggregate principal amount of 10.875% Notes to certain holders of the 10.5% Notes. The net proceeds from the offering of the 10.875% Notes were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. The 10.875% Notes are due August 1, 2024 and interest will be paid quarterly in arrears on February 1, May 1, August 1 and November 1.

On March 2, 2022 and March 11, 2022, TPCGI issued and sold approximately $26.5 million $26.0 million of additional 10.875% Senior Secured Notes, respectively. The net proceeds from these offering were used to pay transaction expenses and for general corporate purposes.

*Indenture Governing the 10.875% Notes*

On February 2, 2021, TPCGI and the guarantors entered into the Indenture, dated as of February 2, 2021, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.875% Indenture").

The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all subsidiary guarantors.

The 10.875 % Notes are effectively senior to all of the Company's and the subsidiary guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.875% Notes are effectively subordinated to the ABL and the Company's and the subsidiary guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.875% Notes to the extent of the value of such assets and properties.

The 10.875% Notes are TPCGI's and the guarantees are the guarantors' senior secured obligations and rank senior in right of payment to the 10.5% Notes and all of TPCGI's and the guarantors' future debt that is expressly subordinated in right of payment to the 10.875% Notes and rank equally in right of payment with all TPCGI's and the guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.875% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.875% Notes effectively senior to TPCGI's and the guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.875% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.875% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the guarantors' assets (in each case, other than TPCGI's and the guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the 10.875% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the guarantors' assets that secure our ABL on a first-priority basis.

The 10.875% Notes are redeemable at the redemption prices specified in the 10.875% Indenture. The 10.875% Notes are redeemable prior to August 2, 2022 at a price equal to 100% of the principal amount of the Notes to be redeemed, plus accrued and unpaid interest to, but excluding, the redemption date, plus the applicable "make-whole premium." The redemption price for the period from (and including) August 2, 2022 through February 1, 2023 is 108.1563% and for the period from (and including) February 2, 2023 through August 1, 2023 is 104.0781%. The 10.875% Notes become redeemable at par as of August 2, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.875% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any.

In addition, upon the sale of certain assets or the receipt of insurance proceeds in connection with certain casualty events, in each case, in which TPCGI and its subsidiaries do not apply the proceeds as required, the holders of the 10.875% Notes may require TPCGI to purchase for cash all or a portion of its 10.875% Notes at a purchase price equal to 100% of the principal amount of the 10.875% Notes, plus accrued and unpaid interest, if any, to, but excluding, the repurchase date.

The 10.875% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.875% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency. Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.875% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.875% Notes to be due and payable.

The Company elected not to make the interest payment due February 1, 2022 on the 10.875% Notes and on February 3, 2022 entered into a Forbearance Agreement with the 10.875% note holders. At the same time, the 10.875% Indenture was amended to permit the Company to issue additional 10.875% Notes and to make other changes to certain covenants contained therein. The Company also elected not to make the interest payment due May 1, 2022 on the 10.875% Notes and on April 28, 2022 the Forbearance Agreement was amended such that the Ad Hoc Group agreed to forbear from exercising remedies relating to the event of default related to failing to pay the May 1 coupon payment.

Pursuant to the 10.875% Notes Indenture, upon the occurrence of, and solely during the continuation of, the Events of Default relating to the missed coupon payments, the interest rate on the 10.875% Notes was increased by 2.00% per annum.

## NOTE H – LEASES

We lease office space, dock space, tank cars, barges, tugboats and various types of equipment under non-cancelable operating leases expiring on various dates through December 2033. We had no finance leases as of March 31, 2022. The lease discount rate of 10.5% is TPC's incremental borrowing rate (IBR) based on our borrowings on Notes. This IBR was applied to all leases; TPC did not take a portfolio approach to determining the IBR for separate categories of leases. TPC elected the effective date transition method of accounting for leases, where TPC will carryforward all lease disclosures required for ASC 840 for comparative periods prior to the effective date, for both interim and annual financial statements issued in the year of adoption. The company has elected not to revise financial statements for comparative periods prior to the adoption date of ASC 842.

The following table provides the maturities of lease liabilities as of March 31, 2022 (in thousands):

|  | March 31, 2022 |
|---|---|
| 2022 | $ 30,344 |
| 2023 | 36,453 |
| 2024 | 29,611 |
| 2025 | 27,728 |
| 2026 | 23,962 |
| Thereafter | 75,911 |
| Total lease payments | 224,009 |
| Less: Imputed interest | (67,009) |
| Present value of lease liabilities | $ 157,000 |
|  |  |
| Operating lease liabilities - current | $ 25,148 |
| Operating lease liabilities - non current | 131,852 |
| Total lease liabilities | $ 157,000 |

The components of lease cost for operating leases for the three months ended March 31, 2022 were as follows (in thousands):

|  | Three Months Ended March 31, 2022 |
|---|---|
| Operating lease cost | $ 10,666 |
| Short-term lease cost | 12,564 |
| Total lease cost | $ 23,230 |

The weighted-average remaining lease term and discount rate for leases recorded in the consolidated balance sheet at March 31, 2022 are provided below:

|  | March 31, 2022 |
|---|---|
| Weighted-average remaining lease term | |
| Operating leases | 7.3 years |
| Weighted-average discount rate | |
| Operating leases | 10.5% |

CONFIDENTIAL

## NOTE I – REVENUE

We operate in two principal business segments, C4 Processing and Performance Products. The following table disaggregates revenue for each segment by major activity and by domestic and foreign for each period presented (in thousands):

|  | Three Months Ended March 31, | | | |
|---|---|---|---|---|
|  | 2022 | | 2021 | |
| **Revenue by segment** | | | | |
| C4 Processing | | | | |
| Product sales | $ | 236,138 | $ | 103,822 |
| Process revenue | | 862 | | 524 |
| Terminalling revenue | | 3,171 | | 2,293 |
| Service fees | | 1,800 | | 774 |
| Shipping and handling | | 4,042 | | 2,350 |
| | $ | 246,013 | $ | 109,763 |
| | | | | |
| Performance Products | | | | |
| Product sales | | 162,963 | | 77,626 |
| Shipping and handling | | 4,887 | | 4,426 |
| | $ | 167,850 | $ | 82,052 |
| | $ | 413,863 | $ | 191,815 |
| | | | | |
| **Revenue by geographic location** | | | | |
| United States | $ | 388,150 | $ | 178,906 |
| All foreign countries | | 25,713 | | 12,909 |
| | $ | 413,863 | $ | 191,815 |

## NOTE J – RESTRUCTURING COSTS

These expenses, primarily consisting of various advisory and professional fees related to the restructuring of the Company, are recorded under the caption "Restructuring costs" on the condensed consolidated statements of operations. As of March 31, 2002, restructuring expenses totaled approximately $17.9 million.

## NOTE K – PORT NECHES INCIDENT

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." Mandatory settlement conferences took place August 5-6, and 19-20, 2021. The citations were not resolved, and OSHA filed its complaint on September 9, 2021. The proceeding has been bifurcated into two separate trials, the first of which will take place in Q4 2022 and the second of which will occur in Q1 2023.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these

**CONFIDENTIAL**

events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,700 property claims have been resolved and approximately 1,400 additional eligible claims are pending action by the claimant in the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, approximately 190 private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 7,800 individual plaintiffs. Approximately 322 individual plaintiffs have cases pending in Jefferson County, Texas (some of which are duplicative with cases in the MDL) which have not yet been non-suited or abated. Additionally, more than 820 properties are the subject of litigation as a result of subrogation claims filed by insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. The jurisdictional motions have been argued to the MDL pre-trial Court and the parties await rulings. The Plaintiffs have also indicated that they intend to add a new defendant to the litigation which will likely result in only further delays. A hearing on class certification is not expected before the second half of 2022 at the earliest.

Four different sets of insurance policies in effect at the time of the event provide coverage for costs and losses incurred as a result of the Port Neches incident.

On an event to date basis as of March 2022, TPC has incurred a loss amount of $435.4 million associated with the PNO Event. This amount consists of both response related costs and associated write offs. TPC anticipates recovering $260.3 million of this loss. The estimate is subject to change as claims are evaluated. As of March 31, 2022, we have collected $568.1 million dollars of insurance proceeds and have paid out $347.2 million. Information received in the fourth quarter of 2021 that categorizes the proceeds and assurance that this amount is a floor amount, allowed a reclassification of proceeds from a Deferred Gain to a Recognized Gain. The gain is due to the recoverable value of assets being more than the book value. Additional insurance collected in first quarter 2022 is currently designated as unallocated and $27.6 million will be reflected as a deferred gain until more detail is received as to the final allocation of those proceeds.

The following table summarizes the PNO Event spend and reimbursements, event to date, as of March 31, 2022 (in millions):

| Insurance Policies | Loss Amount | Anticipated Recovery | Net Loss | Proceeds Collected | Deferred GAIN | GAIN | BI | Invoices Paid |
|---|---|---|---|---|---|---|---|---|
| Property/Business Interuption (BI) | $ 125.8 | $ 94.6 | $ 31.2 | $ 405.4 | $ 27.6 | $ 183.5 | $ 99.7 | $ 94.2 |
| Liability | 164.0 | 100.0 | 64.0 | 100.0 | - | - | - | 134.6 |
| Defense | 62.4 | 35.2 | 27.2 | 35.2 | - | - | - | 60.6 |
| Pollution | 51.7 | 25.0 | 26.7 | 25.0 | - | - | - | 51.3 |
| Inventory | 6.6 | 5.5 | 1.1 | 2.5 | - | - | - | - |
| Not Recoverable | 24.9 | - | 24.9 | - | - | - | - | 6.5 |
| Total | $ 435.4 | $ 260.3 | $ 175.1 | $ 568.1 | $ 27.6 | $ 183.5 | $ 99.7 | $ 347.2 |

**CONFIDENTIAL**

*Property/Business Interruption Policies*

Our quota-share property and business interruption policies provide up to $850.0 million of coverage.  The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage.  As of March 31, 2022, we have incurred a cumulative loss amount of $125.8 million which includes asset write-offs of $34.4 million. It also includes a $3.9 million sale of metals that we recovered from PNO catalyst.  We have paid $94.2 million of invoices related to this policy.  We have directly collected $403.7 million and had another $1.7 million paid on our behalf to a third party under these policies, of which $99.7 million has been identified as business interruption coverage and $275.2 million as property loss coverage which includes a gain of $183.5 million on assets where recoverable value is greater than book value.  Additional proceeds collected in the first quarter of 2022 are considered unallocated and the $27.6 million that does not directly offset costs is reflected as a deferred gain at this time.  We currently estimate that $94.6 million will be recoverable under this policy for property losses.

*Liability/Defense Policies*

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount.  These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims.  As of March 31, 2022, we have accrued third-party claim amounts of $164.0 million, have paid $134.6 million of these claims and have collected $100.0 million of related insurance proceeds.  The defense costs total $62.4 million and we have collected $35.2 million of this amount.  This is the total that we anticipate collecting for these defense costs.  To date we have paid $60.6 million of these defense cost invoices.

*Environmental/Pollution Policies*

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible.  As of March 31, 2022, we have incurred $51.7 million of costs, paid $51.3 million of those costs and have collected the full $25.0 million of coverage under this policy.

*Inventory Policy*

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible.  The book value of the process materials destroyed during the event is $3.8 million.  We are also pursuing recovery of another $2.8 million in logistics costs under this policy.  We expect to recover the fair market value at the time of the event on these materials which is estimated to be $4.5 million plus the logistics costs of another $1.0 million.

*Not Recoverable*

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.  As of March 31, 2022, this amount is $24.9 million.  $18.8 million of this is a non-cash impact related to the write off of turnaround amortization and $6.5 million of invoices have been paid.

**NOTE L – COVID-19 EXPENSES**

The $0.1 million of COVID-19 expenses for the three months ending March 31, 2022 relate to costs incurred as a result of precautionary measures taken by the Company to prevent the spread of COVID-19 at TPC sites.  The costs include protective gear for employees, increased sanitation of TPC sites, and enhancements to workspaces to promote safety.

**NOTE M – FREEZE EVENT EXPENSES**

The $0.2 million of freeze event expenses for the three months ending March 31, 2022 relate to costs incurred as a result of extreme winter weather experienced in February 2021 by large parts of the southern United States, including Texas and Louisiana where the Company's operations are located.  The costs recorded in the first quarter of 2022 are the final billings for certain repairs completed in the fourth quarter of 2021.

CONFIDENTIAL

## NOTE N – TECHNICAL CENTER FIRE EVENT EXPENSES

In January of 2021 a fire occurred in the Technical Center at the Houston Plant. The Technical Center is used for quality control and research and development activities. The $0.3 million of Technical Center fire expenses for the three months ending March 31, 2022 relates to costs incurred as a result of the fire.

## NOTE O – INCOME TAXES

The effective income tax rates for the first quarters of 2022 and 2021 were the projected effective rates for the full years 2022 and 2021 of 11.4% and 20.4%, respectively. The projected effective rate for the full year 2022 and 2021 reflected the federal statutory rate of 21% on a projected pretax loss, reduced by the projected state income taxes and permanent differences.

## NOTE P – COMMITMENTS AND CONTINGENCIES (see Note Q of Exhibit I for additional discussion)

*Legal Matters*

From time to time, we are party to routine litigation incidental to the normal course of our business, consisting primarily of claims for personal injury or exposure to our chemical products or feedstocks, and environmental matters. We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not be material to our financial condition, results of operations or cash flows. We record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of litigation. Many of the personal injury or product exposure lawsuits to which we are a party are covered by insurance subject to certain self-insured retention amounts.

Our contractual arrangements with our customers and suppliers are typically very complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation, and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier.

As described above, we record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of the dispute resolution or litigation process. As of December 31, 2021, we have not recognized any material reserves related to unresolved disputes with customers and suppliers.

In addition to the property claims, approximately 190 private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 7,800 individual plaintiffs. Approximately 322 individual plaintiffs have cases pending in Jefferson County, Texas (some of which are duplicative with cases in the MDL) which have not yet been non-suited or abated. Additionally, more than 820 properties are the subject of litigation as a result of subrogation claims filed by insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. The jurisdictional motions have been argued to the MDL pre-trial Court and the parties await rulings. The Plaintiffs have also indicated that they intend to add a new defendant to the litigation which will likely result in only further delays. A hearing on class certification is not expected before the second half of 2022 at the earliest.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

In February 2022, the Texas Attorney General also filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to certain emissions events in 2020 and 2021 at the Company's HNO Facility.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

Because these lawsuits, which we intend to vigorously defend, are in their early stages, we are unable to determine if a loss is probable or estimate the amount or range of potential loss and therefore have not established any reserves, but we believe the amounts involved may be material.

Beyond the matters in active litigation, the Company has received other claims and demands, through its formal claims process and otherwise, from individuals, companies, and insurers claiming damages as a result of the incident. The Company is in the process of reviewing these claims. It is possible some of these claims may result in additional litigation.

*Environmental and Safety Matters*

Our Company is subject to federal, state, local and foreign laws, regulations, rules and ordinances from various governing agencies that regulate human health, safety, security and the environment

We are committed to maintaining compliance with applicable environmental, health, safety (including process safety) and security ("EHS&S") legal requirements, and we have developed policies and management systems intended to identify the various EHS&S legal requirements applicable to our operations and facilities. We work to enhance and assure compliance with applicable requirements, ensure the safety of our employees, contractors, community neighbors and customers, and minimize the generation of wastes, the emission of air contaminants and the discharge of pollutants. These EHS&S management systems also serve to foster efficiency and improvement and to reduce operating risks.

In the ordinary course of business, we undertake frequent environmental inspections and monitoring and are sometimes subject to investigations by governmental authorities. In addition, our production facilities require a number of environmental permits and authorizations that are subject to renewal, modification and, in certain circumstances, revocation. Actual or alleged violations of environmental laws or permit requirements or the discovery of releases of hazardous substances at or from our facilities could result in restrictions or prohibitions on plant operations, significant remedial expenditures, substantial civil or criminal sanctions, as well as, under some environmental laws, the assessment of strict and/or joint and several liability. Moreover, changes in environmental regulations or the terms of our environmental permits could inhibit or interrupt our operations or require us to modify our facilities or operations. Accordingly, environmental or regulatory matters may cause us to incur significant unanticipated losses, costs or liabilities.

In addition to the requirements imposed upon us by law, we also enter into other agreements from time to time with state and local environmental agencies either to avoid the risks of potential regulatory action against us or to implement improvements that exceed current legal requirements.

The Company has agreed to indemnify third parties for environmental and other liabilities pursuant to various agreements, including asset divestiture agreements and leases. Many of these obligations contain monetary and/or time limitations, but others do not provide for those limitations. The Company is not aware of any probable and reasonably estimable losses associated with any of these obligations.

Multiple federal, state and local government agencies responded to and are continuing to investigate the 2019 Port Neches incident. The Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." Mandatory settlement conferences took place August 5-6, and 19-20, 2021. The citations were not resolved, and OSHA filed its complaint on September 9, 2021. The proceeding has been bifurcated into two separate trials, the first of which will take place in Q4 2022 and the second of which will occur in Q1 2023.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas

Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

Additionally, in February 2022, the Texas Attorney General also filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to certain emissions events in 2020 and 2021 at the Company's HNO Facility.

**NOTE Q – DEFINED BENEFIT PENSION PLAN**

For the periods presented, periodic pension expense consisted of the following components (in thousands):

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | 2022 | | 2021 | |
| Components of net periodic pension cost: | | | | |
| Service cost | $ | 162 | $ | 182 |
| Interest cost | | 85 | | 75 |
| Expected return on assets | | (155) | | (159) |
| Amortization of prior service cost | | (12) | | (12) |
| Amortization of actuarial loss | | 80 | | 126 |
| | $ | 160 | $ | 212 |

**NOTE R – SUBSEQUENT EVENTS**

We evaluated subsequent events through June 1, 2022. The financial statements were issued on May 15, 2022[ and re-issued on June 1, 2022].

*Bankruptcy*

On June 1, 2022, we and certain of our subsidiaries filed the Chapter 11 Cases with the Bankruptcy Court. For a more detailed description of the Chapter 11 Cases and the Bankruptcy Filing, see in this report "Management's Discussion and Analysis of Financial Condition and Results of Operations – Recent Developments – Bankruptcy."

*Forbearance Agreement*

On February 3, 2022, after missing approximately $53 million in total interest payments due on February 1, 2022 on the Company's secured notes, the Company entered into a forbearance agreement (the "Forbearance Agreement") with a group representing nearly 90% of the Company's 10.875% Notes and approximately 80% of the Company's 10.5% Notes (the "Ad Hoc Group"). Under the Forbearance Agreement, the Ad Hoc Group agreed to forbear from exercising remedies relating to the event of default for the Company's failure to make the February 1 coupon payments within a 30-day grace period. The Ad Hoc Group and the Company have agreed to extend the Forbearance Agreement through and including June 1, 2022. The Company also elected not to make the interest payment due May 1, 2022 on the 10.875% Notes and on April 28, 2022 the Forbearance Agreement was amended such that the Ad Hoc Group agreed to further forbear from exercising remedies relating to the event of default related to failing to pay the May 1 coupon payment. On May 11, 2022, the forbearance agreement was further amended, pursuant to which the Ad Hoc Group agreed to further forbear from exercising remedies related to the events of default related to certain specified reporting obligations.

*Restructuring Support Agreement*

On May 9, 2022, we entered into a Restructuring Support Agreement, which was amended on May 16, 2022. On May 31, 2022, we entered into a Restructuring Support Agreement (the "RSA") with the Ad Hoc Group (collectively, the "Supporting Noteholders") and certain other parties named therein and simultaneously terminated the previously executed Restructuring Support Agreement. Under the terms of the RSA, the Company, the Supporting Holders, our equity sponsors, among others agreed to implement a restructuring (the "Restructuring") pursuant to a chapter 11 plan of reorganization (the "Plan") and the various related transactions set forth in or contemplated by the RSA that will strengthen the Company's financial structure.

Subject to the terms of the RSA and in compliance with all applicable securities laws and/or provisions of the Bankruptcy Code and orders of the Bankruptcy Court:

- the holders of the Priming Notes claims will have their claims rolled into a $323 million senior secured priming new money debtor-in possession delayed-draw term loan facility which will also include commitments of up to $85 million in new money financing, subject to customary conditions (the "DIP Facility") or otherwise paid in full under the Plan;
- the holders of the 10.5% Notes claims will receive, in full and final satisfaction of their claims (A) cash in the amount of $350 million plus all unrestricted cash, if any, in the debtors on the effective date of the Plan in excess of $50 million (less any amounts drawn and letters of credit issued under an ABL exit facility and less reserves required for distribution under the Plan), (B) 100% of the new common stock to be issued by the reorganized Company (the "New Common Stock"), subject to dilution as described in the RSA , and (C) 100% of the Equity Subscription Rights and 100% of the Debt Subscription Rights (as described below);
- we will issue $350 million of new notes (the "Exit Notes") and, if we are unable to place any of the Exit Notes, then the debtors shall have the right, subject to the terms and conditions set forth in the RSA, to cause certain Supporting Noteholders to purchase such Exit Notes;
- our parent company, TPC Holdings, Inc., (as subsequently reorganized, "Reorganized Holdings") will commence an equity rights offering (the "Equity Rights Offering") pursuant to which eligible holders of the 10.5% Notes will be offered the right to purchase, in cash, New Common Stock for an aggregate purchase price of $165 million, with the subscription rights to participate in the Equity Rights Offering (the "Equity Subscription Rights") being allocated pro rata amongst the holders of the 10.5% Notes;
- Reorganized Holdings will commence a debt rights offering (the "Debt Rights Offering" and, together with the Equity Rights Offering, the "Rights Offerings") pursuant to which eligible holders of the 10.5% Notes will be offered the right to purchase, in cash, $82.5 million in aggregate principal amount of $230 million of paid-in-kind notes issued by Reorganized Holdings and guaranteed by Reorganized Holdings only (the "HoldCo Notes"), with the subscription rights to participate in the Debt Rights Offering (the "Debt Subscription Rights") being allocated pro rata amongst the holders of the 10.5% Notes;
- if less than all of the shares under the Equity Rights Offering or if less than all of the $82.5 million in aggregate principal amount of Reorganized Holdings' HoldCo Notes are subscribed for, we will have the right to cause certain of the Supporting Noteholders to purchase any such shares or HoldCo Notes, respectively, that are not subscribed for in the respective Rights Offerings, in accordance with the terms and subject to the conditions set forth in separately negotiated backstop agreements;
- certain Supporting Noteholders will purchase for cash, $135 million of New Common Stock and $67.5 million in aggregate principal amount of HoldCo Notes in the Rights Offerings pursuant to direct allocations; and
- we will obtain a $200 million asset-based revolving debtor-in-possession facility from Eclipse Business Capital, LLC and other third-party lenders, with the Company's option to convert such facility into an exit asset-based revolving facility, subject to customary conditions.

The RSA is not an offer or acceptance with respect to any securities or a solicitation of acceptances of a chapter 11 plan within the meaning of Section 1125 of the Bankruptcy Code and any such offer or solicitation will only be made in compliance with all applicable securities laws and provisions of the Bankruptcy Code.  It contains certain covenants binding the Company and the Supporting Holders, including limitations on the parties' ability to pursue alternative transactions, commitments by the Supporting Holders to vote in favor of the Plan, and commitments of the Company and the Supporting Holders to cooperate in good faith to finalize the documents and agreements contemplated by the RSA. The RSA also provides for certain conditions to the obligations of the parties and for termination upon the occurrence of certain events, including, without limitation, the failure to achieve certain milestones and certain breaches or other actions by the parties under the RSA, and customary releases of certain parties.

CONFIDENTIAL

Although we intend to pursue the Restructuring in accordance with the terms set forth in the RSA, there can be no assurance that we will be successful in completing a restructuring or any other similar transaction on the terms set forth in the RSA, on different terms or at all.

CONFIDENTIAL


THIS PAGE INTENTIONALLY LEFT BLANK

Exhibit I



# ANNUAL REPORT

## YEAR ENDED DECEMBER 31, 2021

CONFIDENTIAL

# TABLE OF CONTENTS

**Page**

Definitions of Terms                                                                                          3

Explanatory Note                                                                                             4

Cautionary Note Regarding Forward-Looking Statements                                                          5

Selected Historical Consolidated Financial Data                                                               6

Management's Discussion and Analysis of Financial Condition and Results of Operations                         9

Consolidated Financial Statements                                                                            30

2

# DEFINITIONS OF TERMS

Capitalized and other terms used throughout this Annual Report for the year ended December 31, 2021, unless the specific context otherwise requires or indicates, have the meanings ascribed to them below:

- **ABL** – our asset-based loan facility originally entered in December 2012, which was repaid, amended, and restated in conjunction with the refinancing of our debt on August 2, 2019 and again amended on February 2, 2021 to permit the issuance of the 10.875% Notes. The ABL is scheduled to mature in August 2024. For a detailed description of the ABL see Note H to our audited financial statements on pages 47-51 of this Annual Report for the year ended December 31, 2021;

- **ASC** - Accounting Standards Codification, which is the sole source of authoritative generally accepted accounting principles in the United States, other than rules and regulations issued by the Securities and Exchange Commission (SEC) that apply to SEC registrants;

- **ASU** - Accounting Standards Update, which the Financial Accounting Standards Board (FASB) issues to communicate changes to the ASC. ASUs are not authoritative standards;

- **Company, us, we, and our** - TPC Group Inc. and its subsidiaries;

- **GAAP** – Generally Accepted Accounting Principles in the United States;

- **Gross profit contribution ("GPC")** - as used herein, is defined as revenue less cost of sales as reported in our consolidated statements of operations and comprehensive income. GPC is the residual amount that is available, after deducting the variable costs to produce and distribute our products from revenue, to cover all other expenses;

- **Holdings** - TPC Holdings Inc., a Delaware corporation, which, upon consummation of the Merger, became the direct parent of TPCGI. Holdings and Parent are affiliates of our Sponsors formed by investment funds affiliated with our Sponsors in order to acquire TPCGI;

- **Merger** – the December 20, 2012 merger of Sawgrass Merger Sub Inc., a Delaware corporation, which merged with and into TPCGI, with TPCGI surviving the Merger as a direct wholly-owned subsidiary of Holdings and an indirect wholly-owned subsidiary of Parent;

- **New Term Loan** – the Delayed Draw Term Loan Facility entered into on February 3, 2020, which provided for a delayed draw term loan of up to $70 million for a term of one year, and which the outstanding balance of $70 million was repaid with the net proceeds from issuance of the 10.875% Notes;

- **Old Term Loan –** the Senior Secured Delayed Draw Term Loan Facility, scheduled to mature in December 2020, for which the outstanding balance of $50 million was repaid with the net proceeds from issuance of the 10.5% Notes and which was terminated in conjunction with the refinancing of our debt on August 2, 2019;

- **Parent** - Sawgrass Holdings LP, a Delaware limited partnership, which, upon consummation of the Merger became the direct parent of Holdings and indirect parent of TPCGI. Parent and Holdings are affiliates of our Sponsors formed by our Sponsors in order to acquire TPCGI;

- **Sponsors** – investment funds sponsored by each of First Reserve Management, L.P. and SK Capital Partners;

- **TPCGI** - TPC Group Inc., a Delaware corporation, not including any of its subsidiaries;

- **TPCGLLC** - TPC Group LLC, a Texas limited liability company and the principal subsidiary of TPCGI;

- **TPCPF** - TPC Phoenix Fuels LLC, a Texas limited liability company and wholly owned subsidiary of TPCGLLC.

- **8.75% Notes** – the $805 million principal amount of Senior Secured Notes due in December 2020, which were redeemed with the net proceeds from issuance of the 10.5% Notes in conjunction with the refinancing of our debt on August 2, 2019;

- **10.5% Notes** – the $930 million principal amount of Senior Secured Notes due August 1, 2024 issued in conjunction with the refinancing of our debt on August 2, 2019. For a detailed description of the 10.5% Notes see Note H to our audited financial statements on pages 47-51 of this Annual Report for the year ended December 31, 2021;

- **10.875% Notes** – the $153 million principal amount of Senior Secured Notes due August 1, 2024, which were issued on February 2, 2021 and for which a portion of the proceeds were used to repay and terminate the New Term Loan. For a detailed description of the 10.875% Notes see Note H to our audited financial statements on pages 47-51 of this Annual Report for the year ended December 31, 2021.

## EXPLANATORY NOTE

CONFIDENTIAL

This Annual Report is highly confidential and has been prepared pursuant to the terms of the Indenture (the "10.5% Indenture") dated as of August 2, 2019, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.5% Notes, as amended by the Supplemental Indenture dated as of February 2, 2021, and the Indenture (the "10.875% Indenture" and collectively with the 10.5% Indenture, the "Indentures") dated as of February 2, 2021, among TPC Group Inc., a Delaware corporation (the "Company"), the guarantors party thereto and the U.S. Bank, National Association, as trustee and collateral agent, with respect to the 10.875% Notes. Unlike companies with securities that are registered under the Securities Exchange Act of 1934 (the "Exchange Act") or traded on a national securities exchange, the Company is not required to file reports with the Securities and Exchange Commission and, except as provided under the Indentures, the Company is not required to deliver any reports to holders of its securities. As a result, this Annual Report does not include all the information that would be required to be included in an Annual Report on Form 10-K that is filed pursuant to the Exchange Act, including, among other things, a description of the material risks faced by the Company. Moreover, this Annual Report does not include all the information that may be material to holders of the Company's securities, including the 10.5% Notes and the 10.875% Notes, and should not be relied upon by any person in making an investment decision with respect to the Company's securities. Except as strictly required pursuant to the terms of the Indentures, the Company undertakes no obligation to update or revise any information contained in this Annual Report.

This Annual Report shall not constitute an offer to sell, or the solicitation of an offer to buy, any securities of the Company, including the 10.5% Notes and the 10.875% Notes. Distribution of this Annual Report to any person other than holders of the 10.5% Notes and the 10.875% Notes is unauthorized and any disclosure of any of its contents without the Company's prior written consent is prohibited. By accepting delivery of this Annual Report, you agree to the foregoing and not to make any photocopies, in whole or in part, of this Annual Report or any documents or materials relating to the Company that are provided in connection with this Annual Report.

CONFIDENTIAL

# CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Annual Report contains forward-looking statements that do not directly or exclusively relate to historical facts. You can typically identify forward-looking statements by the use of forward-looking words, such as "will," "may," "might," "should," "can," "could," "project," "believe," "anticipate," "expect," "estimate," "continue," "potential," "plan," "forecast" and other words of similar import. Forward-looking statements include information concerning possible or assumed future results of our operations, including the following:

- business strategies;
- operating and growth initiatives and opportunities, including proposed capital projects;
- existing and expected competition and competitive position;
- market outlook and trends in our industry;
- expected financial condition;
- future cash flows, including insurance proceeds;
- liquidity needs, financing sources and availability;
- expected results of operations;
- future capital and other expenditures;
- availability and price of raw materials and inventories;
- the business cyclicality of the petrochemicals industry;
- effects of seasonality;
- plans and objectives of management or the sponsors;
- future compliance with orders and agreements with regulatory agencies;
- environmental matters;
- the impact of the COVID-19 pandemic on the global economy;
- expected outcomes of insurance settlements, legal, environmental or regulatory proceedings and their expected effects on our results of operations;
- expectations, strategies and plans for individual assets and products (including the ability to maintain plant utilization rates), business segments and the company as a whole;
- anticipated restructuring, divestiture and consolidation activities;
- cost reduction and control efforts and targets;
- compliance and other costs and potential disruption or interruption of production or operation due to accident, fires, explosions, interruptions in sources of raw materials, cyber security incidents, terrorism, political unrest, natural disasters or other unforeseen events;
- any other statements regarding future growth, future cash needs, future operations, business plans and future financial results; and
- our ability to continue to operate as a going concern.

These forward-looking statements represent our intentions, plans, expectations, assumptions and beliefs about future events and are subject to risks, uncertainties and other factors, including risks and uncertainties such as volatility in the petrochemicals industry, limitations on the Company's access to capital, the timing and amount of insurance proceeds received, the effects of competition, leverage and debt service, general economic conditions, third-party claims, governmental litigation and investigations, and extensive environmental, health and safety laws and regulations. Many of those factors are outside of our control and could cause actual results to differ materially from the results expressed or implied by the forward-looking statements.

In light of these risks, uncertainties and assumptions, the events described in the forward-looking statements might not occur or might occur to a different extent or at a different time than we have described. Except as may be required by applicable law or agreement, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

# SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA

CONFIDENTIAL

The following table presents selected historical consolidated financial data (in thousands) at the dates and for the periods indicated. This selected historical consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the historical consolidated financial statements, together with the related notes, included elsewhere in this Annual Report.

The Balance Sheet and Statements of Operations and Cash Flows Data presented below have been derived from the Company's audited consolidated financial statements. The "Other Financial Data" presented below is unaudited, non-GAAP information. Consolidated Balance Sheets as of December 31, 2019, 2018 and 2017 and Consolidated Statements of Operations and Comprehensive Loss and Consolidated Statements of Cash Flows for the years ended December 31, 2018 and 2017 are not included in this Annual Report.

| | | 2021 | | 2020 | | 2019 | | 2018 | | 2017 |
|---|---|---:|---|---:|---|---:|---|---:|---|---:|
| | | | | | | **Year Ended December 31,** | | | | |
| **Statements of Operations Data:** | | | | | | | | | | |
| Revenue | $ | 1,289,046 | $ | 751,390 | $ | 1,464,926 | $ | 1,626,835 | $ | 1,609,068 |
| Cost of sales (excludes items listed below) | | 1,005,322 | | 519,063 | | 1,031,833 | | 1,253,054 | | 1,256,669 |
| Operating expenses | | 221,556 | | 181,059 | | 179,936 | | 183,328 | | 176,963 |
| General and administrative expenses | | 29,981 | | 27,970 | | 28,695 | | 26,337 | | 32,202 |
| Depreciation and amortization | | 75,503 | | 74,155 | | 81,002 | | 141,708 | | 139,904 |
| Loss on Port Neches incident, net of insurance recovery | | 34,988 | | 50,141 | | 91,895 | | - | | - |
| Net gain on asset disposal | | (183,465) | | - | | - | | - | | - |
| Business interruption insurance recovery | | (87,592) | | (12,100) | | - | | (567) | | - |
| Freeze event | | 40,293 | | - | | - | | - | | - |
| Tech Center event | | 7,401 | | - | | - | | - | | - |
| COVID-19 expenses | | 726 | | 1,896 | | - | | - | | - |
| Capital project write-offs | | 2,287 | | - | | - | | - | | 946 |
| Repair and other expenses related to dock incident | | - | | - | | - | | 1,459 | | - |
| Gain on sale of HRVOC allowances | | - | | - | | - | | - | | (6,152) |
| Hurricane Harvey expenses | | - | | - | | - | | - | | 7,512 |
| Income (loss) from operations | | 142,046 | | (90,794) | | 51,565 | | 21,516 | | 1,024 |
| Interest expense | | 120,980 | | 112,933 | | 101,729 | | 89,305 | | 81,662 |
| Other (income) expense | | 2,476 | | 182 | | 1,565 | | (889) | | 1,270 |
| Income (loss) before income taxes | | 18,590 | | (203,909) | | (51,729) | | (66,900) | | (81,908) |
| Income tax expense (benefit) | | 1,052 | | (15,745) | | (10,238) | | (13,698) | | (56,094) |
| Net income (loss) | $ | 17,538 | $ | (188,164) | $ | (41,491) | $ | (53,202) | $ | (25,814) |
| | | | | | | | | | | |
| **Statements of Cash Flows Data:** | | | | | | | | | | |
| Cash flows from operating activities | $ | 66,424 | $ | (88,865) | $ | 117,354 | $ | 30,817 | $ | 36,478 |
| Cash flows from investing activities | | | | | | | | | | |
| Capital expenditures | | (111,637) | | (55,889) | | (53,957) | | (63,717) | | (45,652) |
| Proceeds from sale of assets | | - | | - | | - | | - | | - |
| Cash flows from financing activities | | | | | | | | | | |
| Proceeds from issuance of 10.5% Notes | | - | | - | | 930,000 | | - | | - |
| Proceeds from issuance of 10.875% Notes | | 150,000 | | - | | - | | - | | - |
| Redemption of 8.75% Notes | | - | | - | | (805,000) | | - | | - |
| Repayment of Old Term Loan | | - | | - | | (50,000) | | - | | - |
| Net proceeds from (paydowns on) ABL | | 114,000 | | - | | (40,000) | | 32,000 | | (12,500) |
| Proceeds from New Term Loan | | - | | 69,300 | | - | | - | | - |
| Repayment of New Term Loan | | (70,000) | | - | | - | | - | | - |
| Insurance finance borrowings | | 46,115 | | 42,492 | | - | | - | | - |
| Insurance finance repayments | | (44,788) | | (29,395) | | - | | - | | - |
| Debt issuance costs | | (6,005) | | (4,344) | | (14,902) | | (502) | | (5,149) |
| Equity contributions (returns), net | | - | | (6) | | (141) | | - | | 19 |
| Proceeds from Old Term Loan borrowings | | - | | - | | - | | - | | 25,000 |
| | | | | | | | | | | |
| **Balance Sheet Data (end of period):** | | | | | | | | | | |
| Cash and cash equivalents | $ | 159,313 | $ | 18,452 | $ | 85,159 | $ | 995 | $ | 2,397 |
| Restricted cash | | 3,248 | | - | | - | | - | | - |
| Trade accounts receivable | | 126,645 | | 73,477 | | 83,882 | | 93,962 | | 95,833 |
| Insurance receivable - Port Neches incident | | 3,402 | | 23,289 | | 185,477 | | - | | - |
| Inventories | | 74,487 | | 45,435 | | 52,058 | | 68,092 | | 72,564 |
| Property, plant and equipment, net | | 755,390 | | 703,273 | | 684,844 | | 702,090 | | 749,442 |
| Total assets | | 1,223,257 | | 964,749 | | 1,173,502 | | 976,706 | | 999,579 |
| Current liabilities | | 352,348 | | 309,087 | | 387,164 | | 171,816 | | 162,336 |
| Long-term debt, net of deferred financing costs | | 1,181,528 | | 985,321 | | 915,772 | | 882,362 | | 844,821 |
| Deferred income taxes | | - | | - | | 13,271 | | 22,276 | | 36,740 |
| Total liabilities | | 1,533,876 | | 1,294,408 | | 1,316,207 | | 1,076,454 | | 1,043,897 |
| Total equity (deficit) | | (310,619) | | (329,659) | | (142,705) | | (99,748) | | (44,318) |

CONFIDENTIAL

(1) EBITDA and Adjusted EBITDA are not measures computed in accordance with GAAP. A non-GAAP financial measure is a numerical measure of historical or future financial performance, financial position or cash flows that excludes amounts, or is subject to adjustments that have the effect of excluding amounts, that are included in the most directly comparable measure calculated and presented in accordance with GAAP in the balance sheets, statements of operations, or statements of cash flows (or equivalent statements); or includes amounts, or is subject to adjustments that have the effect of including amounts, that are excluded from the most directly comparable measure so calculated and presented.

We are including a presentation of EBITDA and Adjusted EBITDA in this Annual Report because their presentation is required under the Indentures. In addition, the Indentures contain debt incurrence ratios that are calculated by reference to Adjusted EBITDA. Non-compliance with the debt incurrence ratios contained in the Indentures would prohibit us from being able to incur additional indebtedness other than pursuant to specified exceptions.

We calculate EBITDA as earnings before interest, taxes, depreciation and amortization and we calculate Adjusted EBITDA as EBITDA, adjusted to remove or add back certain items, including the impact of butadiene price changes. These items are identified below in the reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss), the GAAP measure most directly comparable to EBITDA and Adjusted EBITDA. Our calculation of EBITDA and Adjusted EBITDA may be different from the calculations used by other companies; therefore, they may not be comparable to other companies.

The following table provides a reconciliation of EBITDA and Adjusted EBITDA to Net Income (Loss) for the periods specified.

| | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
| | 2021 | 2020 | 2019 | 2018 | 2017 |
| **Net income (loss)** | $ 17,538 | $ (188,164) | $ (41,491) | $ (53,202) | $ (25,814) |
| Income tax expense (benefit) | 1,052 | (15,745) | (10,238) | (13,698) | (56,094) |
| Interest expense, net | 120,980 | 112,933 | 101,729 | 89,305 | 81,662 |
| Depreciation and amortization (1) | 75,503 | 74,155 | 81,002 | 141,708 | 139,904 |
| **EBITDA** | 215,073 | (16,821) | 131,002 | 164,113 | 139,658 |
| Impact of butadiene price changes (2) | (4,057) | 5,211 | 8,014 | (3,709) | 18,540 |
| Port Neches Incident (3) | (148,476) | 50,141 | 91,895 | - | - |
| Other non-recurring items (4) | 81,373 | 7,344 | 507 | 6,917 | 11,816 |
| **Adjusted EBITDA** | $ 143,913 | $ 45,875 | $ 231,418 | $ 167,321 | $ 170,014 |

(1) Includes depreciation, amortization of deferred turnaround and catalyst costs and amortization of patents for all periods presented.

(2) Adjustment to remove the estimated temporary impact on our operating results of month-to-month changes in the contract price of butadiene. For further discussion see "Management's Discussion and Analysis of Financial Condition and Results of Operations".

(3) Adjustment to remove the losses and costs incurred, net of actual and probable insurance recoveries as a direct result of the Port Neches incident (discussed on pages 12-14).

(4) Adjustments to remove the impact of certain non-recurring items for 2021 include $76.9 million of costs and volume adjustments related to February's freeze, incremental expenses directly related to our response to the COVID-19 pandemic of $0.7 million, and business optimization expenses of $3.8 million. Adjustments to remove the impact of certain non-recurring items for 2020 include incremental expenses directly related to the impact of Hurricane Laura and Tropical Storm Beta of $0.5 million, the estimated impact of lost sales due to Hurricane Laura and Tropical Storm Beta of $4.4 million, the incremental expenses directly related to our response to the COVID-19 pandemic of $1.9 million, and refinancing optimization expenses of $0.5 million. The adjustment for 2019 removes refinancing optimization expenses incurred in advance of refinancing our debt on August 2, 2019. The adjustment for 2018 removes a $0.6 million business interruption insurance recovery related to Hurricane Harvey and the insurance deductible and uninsured logistics and legal expenses related to the Houston dock incident (discussed on page 12) of $1.5 million and adds $6.0 million of estimated margin impact of lost sales volume as a direct result of the dock incident. The adjustment for 2017 removes incremental expenses directly related to the impact of Hurricane Harvey of $7.5 million, certain corporate optimization initiatives of $1.6 million and a gain from the sale of environmental emissions credits of $6.1 million and adds $8.8 million of estimated impact of lost sales due to Hurricane Harvey.

CONFIDENTIAL

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the consolidated financial statements and accompanying notes, which are included elsewhere in this Annual Report.

**Overview**

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

In our C4 Processing segment, we process the crude C4 stream into higher value components, namely butadiene, butene-1 and raffinates. Butadiene is primarily used to produce synthetic rubber that is mainly used in tires and other automotive products; butene-1 is primarily used in the manufacture of polyethylene plastic resins and synthetic alcohols; and raffinates are primarily used in the production of alkylate, a component of premium unleaded gasoline.

In our Performance Products segment, we process isobutylene, which we purchase as a raw material and also produce internally, to produce polyisobutylene ("PIB"), diisobutylene ("DIB"), and methyl tertiary-butyl ether ("MTBE"). PIB is primarily used in the production of fuel and lubricant additives, caulks, adhesives, sealants and packaging; DIB is primarily used in the manufacture of surfactants, plasticizers and resins; and MTBE is primarily used as a gasoline blending stock.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (discussed on pages 12-14). The Houston plant, in addition to processing crude C4, also produces PIB, DIB, and MTBE. The raw material isobutylene processed at our Houston facility is sourced from processing crude C4, third-party supply and internal on-purpose production. The feedstock for our on-purpose isobutylene production is isobutane, which is a plentiful natural gas liquid resulting from shale gas development. As discussed in more detail under "Current Market and Business Conditions" below, in order to replace the lost crude C4 processing capacity at our Port Neches plant, in early 2021 we entered into a long-term contract with a third-party to process a substantial portion of our crude C4 supply and return butadiene and raffinate to us.

We also provide critical infrastructure and logistics services along the Gulf Coast. Both our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. Our results are impacted by the effects of economic upturns or downturns on our customers and our suppliers and our ability to achieve on stream time and production targets in our operating units. Our results are also dependent on our own costs to produce, sell and deliver our products. Our customers generally use our products in their own production processes; therefore, if our customers curtail production of their products, our results could be materially affected. In particular, our feedstock costs and product prices are susceptible to volatility in pricing and availability of crude oil, natural gas, natural gas liquids such as isobutane and oil-related products such as unleaded regular gasoline. Prices for these products tend to be volatile as well as cyclical, as a result of global and local economic factors, worldwide political events, weather patterns and the economics of oil and natural gas exploration and production, among other things.

**Material Industry Trends**

We receive crude C4 feedstock for our C4 Processing segment from steam crackers, which are designed to process naphtha and natural gas liquids ("NGL's") as feedstocks for ethylene production. Crude C4 is a by-product of the ethylene production process, and the volume of crude C4 produced by the process is driven by both the volume of ethylene produced and the composition of the steam cracker feedstock. Some major ethylene producers have the flexibility to shift from light feedstocks, such as NGL's (ethane, propane and butane), to heavier feedstocks, such as naphtha, or vice versa depending on the economics of the feedstock. When ethylene producers process heavier feedstock, greater volumes of crude C4 are produced. However, when light feedstocks (i.e. NGL's) are inexpensive relative to heavy feedstocks, the producers may choose to process those light feedstocks instead, a process referred to as "light cracking," which results in lower volumes of crude C4 production but higher concentration of butadiene in the crude C4 stream.

CONFIDENTIAL

In recent years, lighter cracking by domestic ethylene producers has been prevalent as a result of an abundant supply of cost advantaged NGL feedstocks (particularly ethane), and we experienced the largest impact of the shift from heavier to lighter ethylene cracker feedstocks between 2007 and 2009. In 2015, we experienced an increase in domestic delivery rates, which reflected more favorable economics for propane and butane cracking compared to the lighter ethane feedstock. However, over the course of 2016 and 2017, ethane feedstock economics were generally more favorable, which again resulted in relatively lower domestic delivery rates of crude C4's. Domestic delivery rates were positively impacted beginning the latter part of 2017 as newly constructed ethylene crackers in North America came on-line, making more crude C4 feedstock available. Domestic crude C4 feedstock supply continued to grow in 2019 as additional new North American ethylene crackers came on-line. Those crackers produced additional C4 feedstock in 2020 as they ramped up rates and ran for the full year. Some constraints regarding our ability to process all of the incremental crude C4 available arose in 2020 due to the outage at our Port Neches facility. Some amount of the crude C4 produced by the ethylene crackers needed to be consumed through suppliers recycling the material (referred to as co-cracking) because of short-term limitations in butadiene extraction capacity. TPC has taken steps to minimize the impact of the Port Neches outage. We ramped up production rates on our largest butadiene extraction unit and converted one of our butadiene extraction trains (the furfural unit) at our Houston plant, which had been in butane removal service for our raffinate business since 2014, back to butadiene extraction service. We also restarted our hydrotreating unit, which converts crude C4's to butylenes, and are operating the unit at maximum rates in an effort to consume a larger volume of crude C4's from our suppliers. This unit has also gone through significant optimization throughout 2021 further increasing crude C4 consumption. In the fourth quarter of 2021, we had a turnaround in this unit where we changed catalyst to enable higher selectivity for butene-1 production in the total stream which will help us significantly increase our supply of butene-1 to our customer base in 2022.

The supply of butadiene is driven by ethylene cracker operating rates and feedstock composition. Because butadiene is a small co-product stream in relation to the quantity and value of ethylene and propylene produced in a cracker, butadiene supply is relatively insensitive to its demand and/or price. In addition, butadiene cannot be stored for long periods of time. Therefore, the price of butadiene can be highly volatile based on relatively small changes in supply or demand.

As an example, our Port Neches plant outage in late November 2019 curtailed the domestic supply of butadiene, which contributed to a 25% increase in the contract price over the first two months of 2020. However, as a result of temporary weakened global demand linked to the COVID-19 pandemic, the price of butadiene declined by 50% through July of 2020 as automotive and tire plants shutdown for much of the second quarter. As the economy began to recover in the second half of 2020, so did the price of butadiene, rising 130% from its low point of 19.6 cents per pound in June-July to 49 cents per pound in January 2021. There was a brief pricing dip in February-March to 41.5 cents per pound. However, the Winter Storm Uri freeze that hit the Gulf Coast in February of 2021, shutdown most of the petrochemical industry causing significant shortages of supply. Butadiene was one of products that was hit hard. This shutdown, along with continued industry operating issues throughout much of 2021, led to the steady increase of butadiene pricing from the March level of 41.5 to 97 cents per pound by September. With imports into the region and U.S. industry operating issues subsiding by Q4, despite continued strong demand, the price of butadiene began to decrease reaching 65 cents per pound in December and its ultimate low point of 62 cents per pound in January 2022. In February 2022 the price had moved back up to 65 cents per pound, while the March price settled at 68 cents per pound.

The North American region continued to be a net importer of butadiene and its derivatives (synthetic rubber and tires) in 2021 and we expect this trend to continue in 2022; however, as we look forward, we expect strong global economic growth, combined with the continued ramp-up of new North American tire plants, to provide growth for the additional butadiene supply that has come from the new ethylene crackers. We expect the amount of imports over the next few years will remain steady and may even grow later this year as the U.S. government moves forward with its efforts to bring nitrile rubber glove manufacturing back to the United States as part of their efforts to combat impacts from health industry shortages created by the COVID-19 pandemic. To support nitrile rubber glove manufacturing in the U.S., the U.S. government is providing grants not only to new glove plants, but also to build plants that will produce the key raw material, nitrile butadiene rubber latex (NBR Latex). Current estimates are for close to 600 million pounds of "wet" NBR Latex capacity to be built in the U.S. over the next 15-18 months, increasing the demand for butadiene by another 200 million pounds annually. Further, as we look forward, we expect NGL's, due to shale gas, to continue to provide favorable ethylene production economics to North America leading to additional ethylene crackers being built in the future (2027-2029) and bringing additional crude C4's and butadiene to market. This should lead to additional butadiene consuming derivative plants being built over the next 6-8 years in North America.

Beginning in the latter part of 2016 and through 2019, we successfully restructured our C4 processing business by renegotiating essentially all of our crude C4 supply contracts. As of the end of 2021, approximately 95% of our contracted crude C4 volume was under the new business model. The primary objective of the restructured business model was to create more stability in the profit margins we realize on all components of the entire crude C4 streams commensurate with the valuable service we provide to our suppliers. The restructured model minimizes our downside risk during periods of weaker prices for the commodities upon which the values of our products are based, as it provides us with a fixed processing margin and energy recovery fee sufficient to cover our processing costs and a sustainable minimum profit margin. The restructured model also provides us with upside margin sharing with our suppliers when the value of crude C4 streams, which is based on the value we receive for our products, exceeds a floor value. The margin sharing

mechanism of the restructured contracts is accomplished through direct linkage between the value we receive for the extracted products and what we pay our suppliers for the components of the crude C4 stream.

In addition to the margin stability, risk mitigation and upside sharing in the supplier margins, the restructured crude C4 supply contracts also provide for larger discounts on the price we pay for contained butane as well as an energy fee for having to process larger volumes of butane in our system. The larger discounts and energy fee offset the cost we incur to remove the butane and/or the negative impact on the value of and margins realized on our raffinate streams when the contained butane exceeds certain minimum levels.

The remainder of our crude C4 supply continues to be purchased on a component basis under contractual arrangements not based on the restructured model and on a spot basis. Under these supply arrangements, we are exposed to more commodity risk as they do not provide the same downside protection as the restructured contracts and there is no direct linkage between the value we receive for the extracted products and what we pay for various components of the crude C4. Under these arrangements, the profit margins on our raffinates, which are the second largest part of the crude C4 stream after butadiene, are directly impacted by the price of unleaded regular gasoline (ULR) since we buy and sell the butylenes contained in the raffinate streams based on a factor of ULR. The price of ULR impacts the margins on the raffinate we produce from these streams in two ways. One impact is dependent on the absolute price of ULR, which impacts the spread between what we pay for the contained butylenes and what we sell them for. We buy and sell the butylenes on a percentage of ULR basis, so a higher ULR price results in a wider spread and a more positive impact on our margins. The other impact is dependent on the quantity of inventory and the magnitude of volatility in the ULR price from period to period as we may purchase the contained butylenes in one period and then sell them in a subsequent period.

Our MTBE margins in 2021 were negatively impacted by the effects of COVID-19 starting in March and reached a low point in April due to the MTBE to unleaded regular gasoline (ULR) spread falling from an average of 42 cents per gallon in the first quarter to 4.5 and 2.2 cents per gallon in the second and third quarters, respectively. High raw material isobutane and methanol costs in relation to the value of MTBE also had a negative impact on MTBE margins during this period. Starting at the end of the third quarter of 2020, margins for MTBE began to expand as the MTBE-ULR spread grew to 11.3 cent per gallon in the fourth quarter. However, the strength of methanol and butane pricing tempered the margin expansion. Methanol continued to strengthen in early 2021, starting at 149 cents per gallon in the first quarter and averaging 194 cents per gallon in the fourth quarter. Isobutane did the same, starting at 93 cents per gallon in the first quarter and averaging 146 cents per gallon in the fourth quarter. MTBE-ULR spreads started 2021 at 11 cents per gallon, grew slightly to 15 cents per gallon in the second quarter but fell to zero in the third quarter before rebounding to 23 cents per gallon in the fourth quarter. However, MTBE-isobutane spreads (a key indicator of MTBE profitability) grew from 62 cents per gallon in the fourth quarter 2020 (and an average of 69 cents for all of 2020) to 90 cents in the first quarter of 2021, 121 cents in the second quarter, dipping to 85 cents in the third quarter and then rebounding to 104 cents in the fourth quarter for a total year 2021 average of 100 cents per gallon.

**Current Market and Business Conditions**

For the most part, the effects of COVID-19 on our operating results have dissipated in 2022. Demand in all but one of our business segments is strong and is now back to pre-COVID-19 levels. The one exception is our raffinate business used in the production of alkylate, a key octane blend stock in premium gasoline. Recent refinery operating changes are generating additional alkylate feedstock within the refineries, which have reduced their outside purchases taking us back to demand levels we saw in the second and third quarters of last year. With the onset of hostilities between the Ukraine and Russia, commodity pricing has seen a significant increase with WTI crude reaching a high of $123 per barrel. Crude oil and natural gas prices are now well above pre-COVID-19 levels and are supportive of stronger prices and margins in all of our businesses. Supply-demand fundamentals are strong in our butadiene, butene-1, PIB, DIB, and MTBE businesses. Strong commodity pricing along with planned industry outages for butadiene producers late in the first quarter and through May of 2022 should provide continued demand and pricing strength through the second quarter of 2022 for this key product line. Butadiene pricing hit its low point in January but has since moved up 3 cents per pound in each of February and March to 68 cents per pound. With solid demand and industry supply constraints continuing, there will likely be further increases in April.

We have recovered from the operating issues that plagued our HNO operations during much of 2021. We have successfully restored our utility boiler operations and steam production back to nameplate capacities. We also completed three significant turnarounds in the fourth quarter, one in our butadiene system bringing butadiene capacity back to full capacity, one on our turbogenerator, and the other in our hydrotreating unit. The work on the hydrotreating unit has now allowed us to achieve an increase in butene-1 production levels here early in the first quarter of 2022. The new catalyst we installed in the hydrotreater has not allowed for the full increased production we had expected, but as work continues to optimize the new catalyst, we will get closer to our targeted production levels. In our fuels segment, up until the middle of September last year, demand was weak in our raffinate business. With lesser jet and diesel fuel demand, refiners adjusted their operations, producing more of their own butylenes for alkylation and, thus, impacting our sales. We built significant inventory during the second and early third quarters and the expected lower net realizable value has resulted in the lower of cost or net realizable value adjustment in our financial statements. We did find new outlets for raffinate sales during the third quarter. This along with increased demand from one of our largest customers due to Hurricane Ida issues limiting their normal butylene supply, helped control inventory build. Due to our operating issues combined with this stronger demand,

we saw inventories fall by almost half from the peak level we experienced early in the third quarter and by year end 2021 inventories were actually slightly below target levels. Due to the above referenced raffinate demand issues coming back to affect our sales in early 2022, we are once again pursuing sales to the different outlets we found last year.

We have experienced some constraints on BD production in the first quarter due to the ethylene industry cracking very light feedstocks and a number of unplanned outages at some of our CC4 suppliers. As our contract manufacturer (BTP) for butadiene enters their 60-day planned turnaround in mid-March and our CC4 suppliers recover from operating problems in February and March, CC4 supply will allow us to move back to nameplate capacities at our Houston plant in both our butadiene units and our hydrotreating unit in March.

MTBE margins, which ended 2021 on a strong note, have continued to strengthen in early 2022. Current MTBE-isobutane spreads have grown to over 150 cents per gallon reaching as high as 200 cents per gallon when crude oil topped $120 a barrel. This combined with slight price reductions in methanol from its peak pricing in the fourth quarter are helping margins in this key product area for TPC. Non-formula pricing for PIB and DIB products moved up in March.

Production under the long-term contract with BASF-TOTAL Petrochemical ("BTP") for crude C4 processing that TPC signed in early 2021 began on a small scale in mid first quarter 2021 and grew steadily throughout the rest of the year. Work continues at our Port Neches terminal and BTP is expected to be in position to take an additional step change in crude C4 processing by mid-year 2022 after BTP completes a planned turnaround of their C4 processing unit. These higher production rates, once up and running, is part of our overall plan to restore TPC's butadiene production levels back to pre-PNO incident levels.

Demand for PIB was at record levels in the first quarter of 2022 and forecasted demand for the balance of the year is strong. Likewise, demand for DIB is at record levels supported by very strong domestic and export sales.

### Dock Incident – 2018

On June 13, 2018, an ocean-going bulk carrier navigating in the Port of Houston Ship Channel veered off course and struck a barge stationed at our primary Houston facility dock. The incident caused substantial damage to both the barge and the dock facilities. There were no significant injuries and there was no environmental impact from the incident.

The damaged dock was returned to full barge and ship service in August 2018 after temporary repairs of approximately $5 million which, excluding a $0.25 million deductible, were reimbursed from insurance proceeds in September 2018. The insurance proceeds were accounted for as an offset to the actual dock repair costs. The total amount of the insurance deductible and uninsured logistics and legal expenses recognized in our reported 2018 earnings was $1.5 million and the margin on estimated lost sales volume was approximately $6.0 million. The revenue and cost of sales related to the lost sales volume for the C4 Processing segment were estimated to be $4 million and $2 million, respectively, and for the Performance Products segment were estimated to be $13 million and $9 million, respectively.

We are close to finalizing approvals with the insurance carriers around the rebuild of the dock and we expect to commence the project in the second quarter of 2022.

### Port Neches Incident – 2019

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." Mandatory settlement conferences took place August 5-6, and 19-20, 2021. The citations were not resolved, and OSHA filed its complaint on September 9, 2021. The proceeding has been bifurcated into two separate trials, the first of which will take place in Q4 2022 and the second of which will occur in Q1 2023.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek

CONFIDENTIAL

information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,700 property claims have been resolved and approximately 1,400 additional eligible claims are pending action by the claimant in the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, approximately 190 private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 7,640 individual plaintiffs. Approximately 640 individual plaintiffs have cases pending in Jefferson County, Texas (some of which are duplicative with cases in the MDL) which have not yet been non-suited or abated. Additionally, more than 820 properties are the subject of litigation as a result of subrogation claims filed by insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. A hearing on class certification is not expected before the second half of 2022 at the earliest.

Four different sets of insurance policies in effect at the time of the event provide coverage for costs and losses incurred as a result of the Port Neches incident.

On an event to date basis as of December 2021, TPC has incurred a loss amount of $436.6 million associated with the PNO Event. This amount consists of both response related costs and associated write offs. TPC anticipates recovering $259.6 million of this loss through insurance proceeds to be paid directly to the Company. The estimate is subject to change as claims are evaluated. As of December 31, 2021, we have collected $537.6 million dollars of insurance proceeds and have paid out $342.3 million. Information received in the fourth quarter of 2021 that categorizes the proceeds and assurance that this amount is a floor amount, allowed a reclassification of proceeds from a Deferred Gain to a Recognized Gain. The gain is due to the recoverable value of assets being more than the book value.

The following table summarizes the PNO Event spend and reimbursements, event to date, as of December 31, 2021 (in millions):

| Insurance Policies | Loss Amount | Anticipated Recovery | Net Loss | Proceeds Collected | GAIN | BI | Invoices Paid |
|---|---|---|---|---|---|---|---|
| Property/Business Interruption (BI) (1)(2) | $ 129.1 | $ 93.8 | $ 35.3 | $ 376.6 | $ 183.5 | $ 99.7 | $ 94.3 |
| Liability | 164.3 | 100.0 | 64.3 | 100.0 | - | - | 133.4 |
| Defense | 60.2 | 35.2 | 25.0 | 35.2 | - | - | 59.3 |
| Pollution | 51.5 | 25.0 | 26.5 | 25.0 | - | - | 50.5 |
| Inventory | 6.6 | 5.6 | 1.0 | 2.5 | - | - | - |
| Not Recoverable (3) | 24.9 | - | 24.9 | - | - | - | 6.5 |
| Total | $ 436.6 | $ 259.6 | $ 177.0 | $ 539.3 | $ 183.5 | $ 99.7 | $ 344.0 |

(1) Includes $1.7 million paid to 3rd party.
(2) Includes asset write-offs of $34.4 million.
(3) Includes turnaround amortization write-off of $18.8 million

*Property/Business Interruption Policies*

Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0 million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of December 31, 2021, we have incurred a cumulative loss amount of $129.1 million which includes asset

write-offs of $34.4 million.   We have paid $94.3 million of invoices related to this policy.   We have directly collected $374.9 million and had another $1.7 million paid on our behalf to a third party under these policies, of which $99.7 million has been identified as business interruption coverage and $275.2 million as property loss coverage which includes a gain of $183.5 million on assets where recoverable value is greater than book value.   Reimbursable costs under this policy recorded in 2019 and 2020 were $52.4 million and $58.8 million, respectively.   In 2021, reimbursable costs were reduced by $17.4 million due to a change in accounting estimate for probable insurance proceed recovery.   This change was based on proposed adjustments from insurance carriers for which we have supported positions that counter their assessment.   We currently estimate that $93.8 million will be recoverable under this policy for property losses.

*Liability/Defense Policies*

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount.   These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims.   As of December 31, 2021, we have accrued third-party claim amounts of $164.3 million, have paid $133.4 million of these claims and have collected $100.0 million of related insurance proceeds.   The defense costs total $60.2 million and we have collected $35.2 million of this amount.   This is the total that we anticipate collecting for these defense costs.   Costs recorded under these policies in 2019 were $161.8 million for liability claims and $14.2 million for defense costs.   In 2020 an additional amount was incurred for claims of $3.1 million and for defense costs of $35.6 million.   As of the end of December 2021, liability claims have been reduced $0.7 million and an additional $10.3 million in defense costs were incurred.   To date we have paid $59.3 million of these defense cost invoices.

*Environmental/Pollution Policies*

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible.   As of December 31, 2021, we have incurred and paid $51.5 million of costs, paid $50.5 million of those costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million, $28.0 million and $0.4 million of these costs in 2019, 2020 and 2021, respectively.

*Inventory Policy*

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible.   The book value of the process materials destroyed during the event is $3.8 million.   We are also pursuing recovery of another $2.8 million in logistics costs under this policy.   We expect to recover the fair market value at the time of the event on these materials which is estimated to be $4.5 million plus the logistics costs of another $1.1 million.

*Not Recoverable*

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

### Coronavirus – 2021

On March 11, 2020, the World Health Organization declared the ongoing COVID-19 outbreak a pandemic and recommended containment and mitigation measures worldwide. For employees who are considered essential and are working in plants, we adhere to, at a minimum, government recommended protocols and best practices related to social distancing, hygiene and the use of additional personal protective equipment. TPC's Crisis Management Team ("CMT") has helped to safely mitigate exposure risk by quickly identifying and isolating any confirmed cases amongst our employees.   These measures have not only enabled us to continue to operate our facilities safely but have also helped TPC maintain a largely consistent supply chain.   Additionally, the CMT has worked closely with senior leadership to tailor a comprehensive Return to Workplace plan for each site.   At the time of this filing, a significant portion of TPC's workforce (non-essential workers) are still working remotely from their homes.   We continue to review the level of new cases and are hopeful that in early 2022 we will have employees return to site work on a more regular basis.   Our employees' health and well-being remain a key priority.

For the most part, the effects of COVID-19 on our operating results have dissipated with government restrictions across the world easing and the availability of vaccines to help prevent COVID-19 infections.   We continue to monitor and assess the potential impact of COVID-19 and the possibility of future variants on our staff and operations and have implemented appropriate mitigation plans and will take additional precautions as we believe are warranted.   We also work with our suppliers to understand any potential impacts to our supply chain, and at this time, we have not identified any material risks to our supply chain.

CONFIDENTIAL

*Technical Center Fire - 2021*

Early on the morning of January 9, 2021, the Technical Center, located on the southwest side of the Houston facility, which contains quality control and research and development activities, had a fire in the mechanical room. TPC's Emergency Response Team responded and coordinated with local officials and emergency responders to quickly resolve the issue. There were no injuries to TPC employees and no offsite or environmental impacts as a result of the event; however, one emergency responder sustained an ankle injury while responding to the event. As a result of the fire, there is considerable damage to the facility and the housed equipment. In the absence of a functioning laboratory facility, the Company had to secure short term outsourcing solutions for all of the quality control testing needs immediately following the event. Since late February 2021, however, we have salvaged over 75% of the lab equipment in the Technical Center and replaced the majority of the outsourced testing with in-house testing in a combination of TPC and rental facilities, thereby substantially reducing the incremental costs. To reestablish the full necessary laboratory functionality for research and development as well as quality control, we are evaluating options including expanded leased facilities, rebuild of the Technical Center or new construction onsite.

*February Weather Event (Uri) – 2021*

In February 2021, large parts of the southern United States, including Texas and Louisiana, experienced extreme winter weather. Due to abnormally low temperatures for an extended period of time, facilities in the region experienced disruption to their operations, resulting in lost production and additional maintenance costs. This event also caused the HNO plant to experience upset conditions resulting in multiple days of unauthorized air emissions. The TCEQ has investigated this emission event and referred it to the Texas Attorney General for civil enforcement. The Attorney General filed suit seeking civil penalties in connection with this event on February 23, 2022. The total financial impact of this freeze event, between incremental costs for repairs, higher energy costs and lost volumes, has been upwards of $76 million.

### Insurance Renewal

We seek to maintain comprehensive insurance coverage at commercially reasonable rates. Although we carry property and casualty insurance to cover certain risks, our insurance policies do not cover all types of losses and liabilities, and our insurance may not be sufficient to cover the full extent of losses or liabilities for which we may be liable. Despite persistently tight insurance market conditions, we have renewed all our expiring insurance coverages on substantially the same terms at premium increases in line with market conditions. We have financed the premiums through an affiliate of our broker, requiring us to pay 25% of the premium upfront with the remainder payable in monthly installments through March 2022. Although we have been able to replace our insurance in 2021, we may not be able to do so or may not be able to finance the premiums in the future.

### Results of Operations

*Contractual linkages of raw material costs and selling prices of finished products to commodity indices*

Most of our raw material feedstock costs and finished product selling prices are determined by application of contractual formulas linked to commodity market indices and, in most cases, the indices used to determine raw material feedstock costs are the same indices used to determine finished product selling prices.

As of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, and which is more commensurate with the valuable and consistent service we provide to the industry.

Although linkage of most of our raw material costs and selling prices to the same indices and our restructured crude C4 supply contracts provide some degree of consistency in our average material margin per pound (which we define as the difference between average revenue per pound and average raw material cost per pound) during periods in which the underlying commodity indices are relatively stable, there are various factors that can have a significant impact on our average material margin per pound, including those listed below. Moreover, even a relatively minor increase or decrease in average material margin per pound can have a significant impact on our overall profitability given the magnitude of our sales volumes.

- We may purchase raw material feedstocks in a given month based on market indices for that month, and then sell the related finished products in a later month based on market indices for the later month. Changes in selling prices of finished products, based on changes in the underlying market indices between the month the raw material feedstocks are purchased and the month the related finished products are sold causes variation in our average material margin per pound. For example, we may purchase the components of a crude C4 stream based on formulas that reflect the respective January commodity indices but then sell the finished products at pricing formulas based on the respective February commodity

CONFIDENTIAL

indices.  If the indices for January and February are the same, we would expect to realize substantially the same unit margins regardless of the absolute value of the indices.  However, for any components of the stream for which the respective index increases between January and February, we would expect to realize a temporary margin expansion until pricing stabilizes; and conversely, if the index decreases, we would expect to realize a temporary margin contraction.  The magnitude of the effect on the average material margin per pound and the material margin percentage in a given month depends on the magnitude of the change in the underlying indices compared to the prior month and the quantity of inventory at the end of the prior month as a result of its impact on the moving average cost of finished products sold in the subsequent month.

- Although most of our supply and sales contracts contain index-based formulas, varying proportions of our raw material purchases and finished product sales are done on a spot basis or otherwise negotiated terms.  In addition, while many of the index-based formulas in our contracts are simply based on a percentage of the relevant index, others apply adjustment factors to the market indices that do not fluctuate with changes in the underlying index.  As supply and sales contracts are renegotiated, the amounts of such adjustment factors can change, thus the average material margin per pound would be impacted.

- Under some of our raw material purchase contracts, the costs of the raw materials are based on a percentage of the relevant market index, and under some of our sales contracts, the selling price of the related finished product is based on a higher percentage of the same market index.  As a result, the average material margin per pound tends to be higher during periods in which the market indices are higher and tends to be lower during periods when the market indices are lower.

- Finished product selling price formulas under some of our sales contracts, primarily in the Performance Products segment, are based on commodity indices not for the period in which the sale occurs but for either a prior or subsequent period.  The effect on average material margin per pound of the selling price formulas can be significant during times of rapidly increasing or decreasing market indices.

*Butadiene Price Impact*

As discussed above, a substantial portion of our finished product selling prices and raw material costs are linked to the same commodity indices and this linkage mitigates, to varying degrees, our exposure to volatility in our profit margins.  As also discussed above, as of the end of 2017 we completed a restructuring of our C4 Processing business model, which provides the segment with higher and more stable earnings compared to the previous model, which are more commensurate with the valuable and consistent service we provide to the industry.  However, the stabilizing effect of these factors on our profit margins is lessened when we do not purchase the feedstock and sell the finished product in the same period.  Regarding butadiene, which has historically been the largest individual product line in our C4 Processing segment, the linkage between our raw material cost and finished product selling price is the published contract price for butadiene.  As a result of purchasing crude C4 in one month and selling finished butadiene in the subsequent month, the GPC per pound we report in the subsequent month will expand when the price of butadiene increases and will contract when the price of butadiene declines due to the impact of beginning inventory (quantity and unit cost) on the moving average cost of finished butadiene sold in the subsequent month.

As shown in the presentation of EBITDA and Adjusted EBITDA on page 8 of this Annual Report, we adjust EBITDA to remove the estimated temporary impact on our reported GPC of the month-to-month changes in the contract price of butadiene.  The rationale for the adjustment is that the temporary impacts of butadiene price changes distort the underlying business performance.

The table below shows, for each period presented, the impact on our reported GPC (in millions) of purchasing crude C4 in one period and selling finished butadiene in a later period at higher or lower butadiene contract prices.  The impact on reported GPC for each period is the sum of the monthly impacts, which are dependent on the magnitude of the contract price change each month and the quantity of butadiene inventory at the beginning of each month.

Impact on reported GPC as of the dates presented, was as follows (in millions):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | 2019 |
| Positive (negative) impact on GPC | $       4 | $      (5) | $      (8) |

*Average material margin per pound*

The table below provides the average material margin per pound (defined above) for each period presented.

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2021** | | **2020** | | **2019** | |
| Average revenue per pound ($) | $ | 0.53 | $ | 0.30 | $ | 0.40 |
| Average raw material cost per pound ($) | | 0.35 | | 0.16 | | 0.24 |
| Average material margin per pound ($) | | 0.18 | | 0.14 | | 0.16 |

As discussed above, our material margin per pound and reported GPC reflect the temporary impact of month-to-month changes in the contract price of butadiene.   As provided in the table above, and in the discussion of cost of sales for 2021 versus 2020 on page 19 and for 2020 versus 2019 on pages 21-22, the impact of butadiene price changes on GPC was a positive $4 million in 2021, a negative $5 million in 2020, and a negative $8 million in 2019.   Excluding the temporary impact of butadiene price changes on all three years, average material margin per pound would be $0.19 for 2021, $0.15 for 2020 and $0.16 for 2019.

The following table summarizes the primary indices which impact our revenues and raw material costs by segment.

| Segment / Finished Product | Revenues | Raw Material Costs |
|---|---|---|
| **C4 Processing Segment** | | |
| Butadiene | Butadiene | Butadiene |
| Butene – 1 | Unleaded regular gasoline | Unleaded regular gasoline |
| Raffinates | Unleaded regular gasoline | Unleaded regular gasoline |
| | | |
| **Performance Products Segment** | | |
| Polyisobutylene | Isobutane | Butane |
| Diisobutylene | Isobutane | Butane |
| MTBE | MTBE | Isobutane, methanol |

The following table summarizes the average commodity index prices for each period presented.

| | Year Ended December 31, | | | Year Ended December 31, | | |
|---|---|---|---|---|---|---|
| | **2021** | **2020** | **% Chg.** | **2020** | **2019** | **% Chg.** |
| **Average commodity prices:** | | | | | | |
| Butadiene (cents/lb) (1) | 66.2 | 30.6 | 116% | 30.6 | 44.0 | -30% |
| Unleaded regular gasoline (cents/gal) (2) | 207.5 | 114.7 | 81% | 114.7 | 171.6 | -33% |
| Butane (cents/gal) (3) | 117.9 | 58.6 | 101% | 58.6 | 65.2 | -10% |
| Isobutane (cents/gal) (3) | 117.6 | 58.5 | 101% | 58.5 | 73.9 | -21% |
| MTBE (cents/gal) (2) | 217.8 | 127.7 | 71% | 127.7 | 197.5 | -35% |
| Methanol (cents/gal) (4) | 167.3 | 101.3 | 65% | 101.3 | 116.3 | -13% |

(1) Industry pricing was obtained through IHS.

(2) Industry pricing was obtained through Platts.

(3) Industry pricing was obtained through Oil Price Information Service.

(4) Industry pricing was obtained through J. Jordan.

CONFIDENTIAL

The following table provides sales volumes, revenue, cost of sales, GPC and operating expenses by operating segment (amounts in thousands) for the years ended December 31, 2021, 2020 and 2019. Please refer to this information, as well as our consolidated financial statements and accompanying notes included elsewhere in this Annual Report, when reading our discussion and analysis of results of operations below. All information provided in the table below, except sales volumes, is derived from our Consolidated Statements of Operations. Sales volumes for all periods presented constitute unaudited information.

| | Year Ended December 31, | | | | | |
| | 2021 | | 2020 | | 2019 | |
|---|---:|---|---:|---|---:|---|
| **Sales volumes (pounds) (1):** | | | | | | |
| C4 Processing | 1,439,319 | | 1,474,078 | | 2,326,067 | |
| Performance Products | 977,235 | | 1,055,889 | | 1,379,245 | |
| | 2,416,554 | | 2,529,967 | | 3,705,312 | |
| **Revenue:** | | | | | | |
| C4 Processing | $ 794,471 | | $ 407,181 | | $ 922,204 | |
| Performance Products | 494,575 | | 344,209 | | 542,722 | |
| | $ 1,289,046 | | $ 751,390 | | $ 1,464,926 | |
| **Cost of sales (2):** | | | | | | |
| C4 Processing | $ 660,375 | | $ 300,342 | | $ 700,421 | |
| Performance Products | 344,947 | | 218,721 | | 331,412 | |
| | $ 1,005,322 | | $ 519,063 | | $ 1,031,833 | |
| **GPC** | | | | | | |
| C4 Processing | $ 134,096 | | $ 106,839 | | $ 221,783 | |
| Performance Products | 149,628 | | 125,488 | | 211,310 | |
| | $ 283,724 | | $ 232,327 | | $ 433,093 | |
| **Operating expenses (2):** | | | | | | |
| C4 Processing | $ 138,241 | | $ 109,916 | | $ 112,870 | |
| Performance Products | 83,315 | | 71,143 | | 67,066 | |
| | $ 221,556 | | $ 181,059 | | $ 179,936 | |

(5) Sales volumes represent product sales volumes only and do not include volumes of products delivered under tolling or similar arrangements, in which we do not purchase the raw materials, but process raw materials for another party for a specified fee.

(6) Cost of sales does not include operating expenses, and cost of sales and operating expenses do not include depreciation and amortization expenses.

***Year ended December 31, 2021 versus year ended December 31, 2020***

*Revenue*

Total revenue for 2021 was $1,289.0 million compared to $751.4 million for 2020. The increase of $537.6 million, or 72%, included a 4% decrease in overall sales volume and an 80% increase in average revenue per pound. The lower overall sales volume reflected decreases for both the C4 Processing segment and the Performance Products segment. The higher overall average revenue per pound was due to higher average selling prices for both operating segments. Variances in average selling prices for both operating segments reflected variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of selling prices are linked on page 17).

C4 Processing segment revenue of $794.5 million for 2021 increased $387.3 million, or 95%, compared to 2020 revenue of $407.2 million. The higher revenue for 2021 was caused by a 2% decrease in sales volume, which had a negative impact of $6 million, and a 100% increase in average revenue per pound, which had a positive impact of $393 million. The decrease in sales volume for 2021 was the result of the Houston plant being offline for half of the first quarter due to the February freeze event, the operational issues with our BD finishing tower in the second quarter, and issues with our steam system in the third and fourth quarters impacting production of butadiene, butene-1 and raffinate. The overall 100% increase in average revenue per pound for the segment was due to a 116% increase in the average benchmark price for butadiene and an 81% increase in the average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 17).

18

CONFIDENTIAL

Performance Products segment revenue for 2021 was $494.6 million compared to $344.2 million for the prior year. The $150.4 million, or 44%, increase in revenue reflected an overall 7% decrease in sales volume due to lower MTBE sales, but still resulted in a positive impact of $6 million, due to increased PIB sales, and a 55% increase in average revenue per pound, which had a positive impact of $144 million. The increase in average revenue per pound was caused by increases in the prices of isobutane and MTBE of 101% and 71%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 17). Although the sales volumes were impacted by the February freeze event in the first quarter of 2021, the effect on PIB sales was somewhat muted by our inventory position as of the end of January and PIB demand continued to climb during the second quarter. The effect on MTBE volumes, when compared to 2020, was offset by the absence of a Dehydro Turnaround in 2021.

*Cost of Sales*

Total cost of sales for 2021 was $1,005.3 million compared to $519.1 million for 2020. The significantly higher cost of sales in the current year period reflected the substantial increase in the average cost of raw materials included in the average cost of finished products sold by both operating segments offset slightly by the overall decrease in sales volumes discussed above. The increases in raw material costs for both operating segments reflected increases in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 17).

C4 Processing segment cost of sales for 2021 was $660.4 million versus $300.3 million for the prior year. The increase reflected the impact of a 168% increase in the average cost of the raw material component of the finished products sold. The higher average cost of raw materials was caused by increases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 116% and 81%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 17). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in 2021 reflected a positive butadiene pricing impact of $4 million and our profit margins in 2020 reflected a negative butadiene pricing impact of $5 million, which resulted in a favorable year-over-year impact on profit margins of $9 million.

Performance Products segment cost of sales was $344.9 million for 2021 compared to $218.7 million for 2020. The $126.2 million, or 58%, increase reflected a 7% decrease in the sales volume discussed above and a 76% increase in the average cost of the raw material component of the finished products sold. The higher average cost of raw materials was driven by increases in the average price of butane, isobutane and methanol of 101%, 101% and 65%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 17).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in overall average revenue per pound and average raw material cost per pound for 2021 compared to 2020.

*Operating Expenses*

Operating expenses incurred during 2021 were $221.6 million compared to $181.1 million incurred during 2020. The $40.5 million increase included higher manufacturing costs of $23.5 million (primarily driven by unplanned boiler and VCU outages as well as the unplanned 1D-120 tower cleaning leading to unanticipated repair and maintenance costs and higher thermal oxidizer rental costs), $20.1 million higher insurance costs primarily due to the PNO incident, $1.0 million higher sales and use taxes, and $2.9 million higher incentive compensation and 401-K costs. This was partially offset by $5.2 million lower property taxes, as well as $1.8 million lower employee benefits.

*General and Administrative Expenses*

General and administrative expenses for 2021 were $30.0 million versus $28.0 million for the prior year. The $2.0 million increase consisted primarily of incentive compensation expense. This was partially offset by lower other administrative costs.

*Depreciation and Amortization*

Depreciation and amortization expenses were $75.5 million in 2021 compared to $74.2 million in 2020. The $1.3 million increase included the following: (i) higher depreciation of $1.5 million, which in general varies due to the net impact of capital additions less

retirements and write-offs; (ii) higher turnaround and catalyst amortization of $2.7 million where Dehydro related costs drove a significant portion of the increase and (iii) an offset of $2.9 million related to lower patent amortization, as the patent related to the butadiene extraction process used at our Port Neches facility was fully amortized at the end of 2020.

*Loss (gain) on Port Neches Incident, net*

The year over year change from 2020 to 2021 was a gain of $198.6 million. This was primarily driven by a gain on proceeds recovery for assets of $183.5 million offset by an estimate of unrecoverable property costs of $24.7 million. Costs incurred for liability were adjusted down $3.9 million due to an overstatement of commercial claims. Environment, Defense, and Non-Recoverable costs incurred during the year were lower by $35.9 million

*Business Interruption Insurance Recovery*

As of December 31, 2021, the Company had secured $99.7 million in business interruption insurance proceeds to reimburse for lost profits. This amount is preliminary but is deemed a floor amount which allowed us to recognize the difference between this floor amount and the previously recorded business interruption insurance proceeds of $12.1 million during the fourth quarter of 2021. Floor amounts are $64.1 million for 2020, $25.5 million for first and second quarters of 2021, and $10.1 million for the third quarter 2021. We expect to ultimately recover significantly more than the floor amount already recorded.

*COVID-19 Expenses*

The expenses of $0.7 million for 2021 and $1.9 million for 2020 represent the incremental expenses directly related to our response to the COVID-19 pandemic.

*Interest Expense*

Interest expense for 2021 was $120.9 million compared to $112.9 million for 2020. The $8.0 million increase reflected an increase of $15.2 million in interest on the 10.875% Notes which were issued in February 2021 and higher other net interest costs of $3.9 million which includes $2.2 million higher ABL related interest expense. This was partly offset by $4.6 million lower interest on the New Term Loan which was paid off with the proceeds of the 10.875% Notes and $6.5 million lower deferred financing amortization related to the New Term Loan.

*Other, Net*

Other net expenses for 2021 included true ups for receipted amounts, business optimization expenses and other miscellaneous immaterial income and expense items. Similarly, 2020 and 2019 both included various miscellaneous income and expense items, none of which were individually significant.

*Income Tax Expense (Benefit)*

The effective income tax expense (benefit) rates for 2021 and 2020 were 5.7% and 7.7%, respectively. The effective rates for both periods reflected the federal statutory rate of 21% and state income taxes, net of federal benefit, adjusted for the impact of permanent book/tax differences, the credit for increasing research activities and adjustments for prior year permanent book/tax differences that were identified upon completion of the tax return for each year. The lower effective tax rate for 2021 reflected a decrease in the valuation allowance to $25.0 million.

Prior to recording the valuation allowance, we had a net deferred tax asset at December 31, 2021 of $25.0 million, which included deferred tax assets of $143.1 million and deferred tax liabilities of $118.1 million. Based on an assessment of both positive and negative evidence, we have concluded that it is more likely than not that the Company will not be able to realize the benefit of the deferred tax assets recorded at December 31, 2021. In the event that the actual outcome of future tax consequences differs from management estimates and assumptions, the resulting change to the provision for income taxes could have a material impact on the consolidated results of operations and statements of financial position. Please refer to Note M *Income Taxes.*

Our net taxable income for 2021 was $106.8 million, which reflects our pretax book income of $18.6 million which was increased by taxable temporary differences of $19.9 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $61.6 million. The pretax book income reflects the significant gain recognized on insurance proceeds received from the Port Neches incident.

CONFIDENTIAL

*Year ended December 31, 2020 versus year ended December 31, 2019*

*Revenue*

Total revenue for 2020 was $751.4 million compared to $1,464.9 million for 2019. The decrease of $713.5 million, or 49%, reflected a 32% decrease in overall sales volume and a 25% decrease in average revenue per pound. The lower overall sales volume reflected decreases for both the C4 Processing segment and the Performance Products segment. The lower overall average revenue per pound reflected lower average selling prices for both operating segments. Variances in average selling prices for both operating segments reflected variances in the commodity market indices to which a substantial portion of our finished product selling prices are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of selling prices are linked on page 17).

C4 Processing segment revenue of $407.2 million for 2020 was down $515.0 million, or 56%, compared to 2019 revenue of $922.2 million. The lower revenue for 2020 reflected a 37% decrease in sales volume, which had a negative impact of $354 million, and a 30% decrease in average revenue per pound, which had a negative impact of $161 million. The decrease in sales volume for 2020 primarily reflected a combination of the loss of our crude C4 processing capacity resulting from the shutdown of our Port Neches facility and customer demand impact from COVID, which would have been mitigated with connectivity to butadiene and raffinate customers from our PNO location. Sales volume for 2019 was driven by strong demand for all products, and raffinate demand for alkylation by our refinery customers was especially strong over the last three quarters of the year. The 30% decrease in average revenue per pound for the segment reflected a 30% decrease in the average benchmark price for butadiene and a 33% decrease in average price of unleaded regular gasoline (see the table of commodity indices to which a substantial portion of our C4 Processing segment selling prices are linked on page 17).

Performance Products segment revenue for 2020 was $344.2 million compared to $542.7 million for the prior year. The $198.5 million, or 37%, decrease in revenue reflected a 23% decrease in sales volume, which had a negative impact of $109 million, and a 17% decrease in average revenue per pound, which had a negative impact of $90 million. The decrease in average revenue per pound reflected decreases in the prices of isobutane and MTBE of 21% and 35%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment selling prices are linked on page 17). The lower sales volume was driven primarily by weaker PIB demand due in large part to the global slowdown in new car sales. MTBE sales volume was down 28% which reflected lower production volumes as we elected to move feedstock used for MTBE production into our raffinate business because of significant margin erosion on MTBE and the effects of the 2020 first quarter turnaround.

*Cost of Sales*

Total cost of sales for 2020 was $519.1 million compared to $1,031.8 million for 2019. The significantly lower cost of sales in the current year period reflected the overall decrease in sales volume discussed above and the substantial decline in the average cost of raw materials included in the average cost of the finished products sold by both operating segments. Variances in raw material costs for both operating segments reflected the variances in the commodity market indices to which a substantial portion of our raw material costs are linked (see "Contractual linkages of raw material costs and selling prices of finished products to commodity indices" on pages 15-16 and the table of commodity indices to which a substantial portion of our raw material costs are linked on page 17).

C4 Processing segment cost of sales for 2020 was $300.3 million versus $700.4 million for the prior year. The decrease reflected the impact of the 37% decrease in sales volume discussed above and a 44% decrease in the average cost of the raw material component of the finished products sold. The lower average cost of raw materials reflected decreases in the average benchmark price for butadiene and the average price of unleaded regular gasoline of 30% and 33%, respectively (see the table of commodity indices to which a substantial portion of our C4 Processing segment raw material costs are linked on page 17). As discussed above, in spite of the linkage between the cost of crude C4 we purchase and the price at which we sell finished butadiene, our average raw material costs and profit margins in a given period are impacted by purchasing crude C4 in one period and selling finished butadiene in a subsequent period during times of butadiene price volatility. As a result of such month-to-month movements in the contract price of butadiene, our profit margins in 2020 reflected a negative butadiene pricing impact of $5 million and our profit margins in 2019 reflected a negative butadiene pricing impact of $8 million, which resulted in a favorable year-over-year impact on profit margins of $3 million.

Performance Products segment cost of sales was $218.7 million for 2020 compared to $331.4 million for 2019. The $112.7 million, or 34%, decrease reflected a 23% decrease in the sales volume discussed above and a 19% decrease in the average cost of the raw material component of the finished products sold. The lower average cost of raw materials reflected decreases in the average price of butane, isobutane and methanol of 10%, 21% and 13%, respectively (see the table of commodity indices to which a substantial portion of our Performance Products segment raw material costs are linked on page 17).

As discussed above, variations in the market indices used in our index-based finished products selling prices and raw material costs (including the temporary impact of butadiene price changes), as well as the impact of product mix, were the main drivers behind the variations in overall average revenue per pound and average raw material cost per pound for 2020 compared to 2019.

CONFIDENTIAL

*Operating Expenses*

Operating expenses incurred during 2020 were $181.1 million compared to $179.9 million incurred during 2019. The $1.2 million increase included $19 million higher insurance costs primarily due to the PNO incident, $2.3 million higher sales and use taxes, $1.2 million higher property taxes, as well as $0.8 million higher employee benefits. This was partially offset by lower fixed supply chain expenses of $3.9 million, lower 401-K and incentive compensation costs of $7.6 million, $10.1 million lower manufacturing overhead costs and $0.5 million lower selling costs. Lower manufacturing costs of $10.1 million included $13.7 million lower PNO facility costs and $1.4 million lower support group costs, partially offset by higher maintenance expenses which included inspections and repairs. The lower fixed supply chain expenses largely reflected lower pipeline repair and inspection expenses.

*General and Administrative Expenses*

General and administrative expenses for 2020 were $28.0 million versus $28.7 million for the prior year. The $0.7 million decrease consisted primarily of lower personnel-related expenses.

*Depreciation and Amortization*

Depreciation and amortization expenses were $74.2 million in 2020 compared to $81.0 million in 2019. The $6.8 million decrease reflected lower depreciation of $3.8 million and lower turnaround amortization of $4.5 million partly offset by higher catalyst amortization of $1.5 million. The $3.8 million decrease in depreciation expense primarily represents a $4.7 million decrease in certain technology assets that were fully depreciated in early 2020 offset by $0.9 million increase in deprecation for assets put into service in 2020. In general, depreciation expense varies due to the net impact of capital additions less retirements and write-offs. The $4.5 million net decrease in turnaround amortization reflects the lower dehydro turnaround amortization as a result of the lower total turnaround cost of the unit's third scheduled turnaround during the first quarter of 2020. In addition, the write-off of deferred turnaround costs related to the Port Neches incident in the fourth quarter of 2019, lowered the turnaround amortization in future periods.

*Loss on Port Neches Incident, net*

For the current year, the $50.1 million loss related to the Port Neches incident (discussed on pages 12-14) reflected $129.4 million in losses and incurred costs offset by $79.3 million of insurance proceeds. The net amount of $50.1 million included estimated liability claims expected to be in excess of our liability insurance coverage of $3.1 million. Additionally, the net amount of response cost losses of $47.2 million represents costs incurred directly related to the ongoing incident response and cleanup activities for which insurance coverage was not considered probable or costs were in excess of certain insurance coverage limitations.

For the prior year, the comparative loss related to the Port Neches incident (discussed on pages 12-14) was $91.9 million. This loss reflected the amount of asset write-offs and costs incurred as a direct result of the Port Neches incident, net of insurance reimbursement received and for which future receipt was considered to be probable. The net loss consisted of $19.0 million for the write-off of deferred turnaround costs related to the Port Neches site, insurance deductibles of $11.1 million, and estimated third-party liability claims expected to be in excess of insurance policy coverage of $61.8 million.

*Business Interruption Insurance Recovery*

The $12.1 million of business interruption insurance recovery represents the amount received on our PNO incident business interruption claim.

*COVID-19 Expenses*

The expense of $1.9 million represents the incremental expenses directly related to our response to the COVID-19 pandemic.

*Interest Expense*

Interest expense for 2020 was $112.9 million compared to $101.7 million for 2019. The $11.2 million increase primarily reflected the impact of the refinancing of our debt on August 2, 2019 and consisted of a net increase in interest expense on the 10.5% Notes compared to the 8.75% Notes of $7.4 million, an increase in interest expense on the New Term Loan of $3.7 million and higher net other interest expense of $0.4 million which included interest on the financing of insurance premiums. This was partially offset by lower interest on the ABL facility of $0.3 million.

The $7.4 million higher interest on the Notes reflected $13.5 million higher interest, partially offset by $6.1 million lower deferred financing and discount costs versus prior year. The $3.7 million higher interest on the Old Term Loan included $1.8 million higher

interest and $1.9 million higher deferred financing cost amortization in conjunction with the refinancing of this loan on February 3, 2020.

*Other, Net*

Other than refinancing optimization expenses in 2019 of $0.5 million, both the current and prior year amounts included various miscellaneous income and expense items, none of which were individually significant.

*Income Tax Benefit*

The effective income tax benefit rates for 2020 and 2019 were 7.7% and 19.8%, respectively. The effective rates for both periods reflected the federal statutory rate of 21% and state income taxes, net of federal benefit, adjusted for the impact of permanent book/tax differences, the credit for increasing research activities and adjustments for prior year permanent book/tax differences that were identified upon completion of the tax return for each year. The lower effective benefit rate for 2020 reflected the establishment of a $27.7 million valuation allowance.

Prior to recording the valuation allowance, we had a net deferred tax asset at December 31, 2020 of $27.7 million, which reflected deferred tax assets of $153.7 million and deferred tax liabilities of $126.0 million. Based on assessment of both positive and negative evidence, we have concluded that it is more likely than not that the Company will not be able to realize the benefit of the deferred tax assets recorded at December 31, 2020. In the event that the actual outcome of future tax consequences differs from management estimates and assumptions, the resulting change to the provision for income taxes could have a material impact on the consolidated results of operations and statements of financial position. Please refer to Note M *Income Taxes.*

Our net operating loss for 2020 was $9.0 million, which reflects our pretax book loss of $203.9 million which was substantially offset by taxable temporary differences of $135.1 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $69.5 million. The book pretax loss reflects the significant loss of production and distribution capability resulting from the Port Neches incident as well as the negative impact of COVID-19 on demand for our products and the overall economy.

### Liquidity and Capital Resources

*Net Debt and Liquidity*

As of December 31, 2021, our financing arrangements consisted primarily of the 10.875% Notes, the 10.5% Notes and our ABL Credit Facility. In addition, we financed our 2021 insurance renewal premiums through Aon Premium Finance LLC, an affiliate of our Broker, Aon PLC.

At December 31, 2021, we had total long-term debt of $1,181.5 million (including deferred financing costs of $13.3 million and debt discount of $2.2 million), which consisted of the 10.875% Notes of $153.0 million and the 10.5% Notes of $930.0 million. Cash on hand was $159.3 million (excluding $3.2 million of restricted cash) and we had no short-term money market investments (with maturities of less than three months) or short-term investments (with original maturities between 90 days and one year).

As of December 31, 2021, we had $114 million in borrowings outstanding on the ABL and the combined ABL Revolver and ABL FILO borrowing bases were insufficient to support additional borrowings. As of December 31, 2021, we were in compliance with all covenants set forth in the Indentures governing the 10.875% Notes and the 10.5% Notes.

We did not have additional borrowing capacity under the ABL at December 31, 2021, therefore cash on hand reflected total liquidity of $159.3 million (excluding restricted cash) at December 31, 2021.

*New Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provided for a delayed draw term loan of up to $70.0 million and a term of one-year. Availability under the Term Loan was limited to a maximum of four draws with a minimum of $5.0 million per draw. Subject to certain exceptions, the Company's obligations with respect of the Term Loan were secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the 10.5% Indenture. On March 18, 2020, we drew on the facility and received $70.0 million less a 1% original issue discount fee. In May 2020 the lenders agreed to grant the Company the option to extend the maturity date to August 5, 2021. This loan was repaid on February 2, 2021 with some of the proceeds received from issuance and sale of the 10.875% Notes.

*ABL Facility*

The ABL Facility is available on a revolving basis to finance our working capital needs and for general corporate purposes. The ABL Facility was composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" revolving tranche (the ABL FILO) when amended and restated on August 2, 2019. Commitments under the ABL FILO reduce, and commitments under the ABL Revolver equally and simultaneously increase, by $2.5 million on each of the first three anniversaries of the August 2, 2019 amendment and restatement.

The credit agreement governing the ABL Facility contains covenants that impose restrictions on, among other things, additional indebtedness, liens, investments, advances, guarantees and mergers and acquisitions. These covenants also place restrictions on asset sales, sale and leaseback transactions, dividends, payments between us and our subsidiaries and certain transactions with affiliates

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes were issued on August 2, 2019 in conjunction with the refinancing of our debt. The net proceeds from the issuance of the 10.5% Notes were $918.3 million after underwriters and other fees and expenses of $11.7 million. The net proceeds from the issuance of the 10.5% Notes were used to redeem and pay accrued interest due on the 8.75% Notes of $816.2 million, to repay the outstanding loan balance and pay accrued interest due on the Old Term Loan of $50.3 million and to repay the outstanding loan balance and pay accrued interest due on the ABL of $35.9 million.

The 10.5% Notes are due August 1, 2024 and interest is paid semi-annually in arrears on February 1 and August 1.

The 10.5% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

On February 2, 2021 the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein.

*10.875% Notes*

On February 2, 2021 TPCGI issued and sold $153 million aggregate principal amount of 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021. The 10.875 % Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL Facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

*Insurance Premium Financing*

As of December 31, 2021, we have $14.4 million of the insurance premiums we financed through Aon Premium Finance LLC. The first down payment and the first installment were paid in July 2021 and the remainder is payable in monthly installments following the applicable renewal date through March of 2022.

*Sources and Uses of Cash*

Our principal sources of liquidity are our existing cash and cash equivalents, short-term investments, cash generated from operations and borrowings under our ABL. In addition to these sources, another source of liquidity over the near-term will be insurance proceeds received under our various insurance policies, including our property damage and business interruption policies. Business interruption coverage became effective on January 12, 2020 after the forty-five-day deductible period and from that date on will replace the earnings the Port Neches plant would have contributed except as a result of the explosion incident on November 27, 2019 that shut down the plant. The timing of receipt of the additional insurance proceeds under our policies is uncertain at this time. We may also, from time to time, generate cash from opportunistic sales of non-core assets. Our principal uses of cash are to provide working capital, meet debt service requirements, fund capital expenditures and finance our strategic plans, including possible acquisitions. We may also seek to finance our capital expenditures under capital leases or other debt arrangements that provide liquidity or favorable borrowing terms. Our business may not generate sufficient cash flows from operations and future borrowings under our ABL Facility may not be available to us in an amount sufficient to enable us to pay our indebtedness or to fund our other liquidity needs. Our ability to generate sufficient cash depends on, among other factors, prevailing economic conditions, many of which are beyond our control. In addition, upon the occurrence of certain events, such as a change in control, we could be required to repay or refinance our indebtedness. Any future acquisitions, joint ventures or other similar transactions may require additional capital and there can be no assurance that any such capital will be available to us on acceptable terms or at all.

We are currently engaged in discussions with our stakeholders, including our lenders and noteholders and their advisors and other economic stakeholders, regarding optimizing our capital structure. In connection with these discussions, on February 3, 2022, the Company entered into a forbearance agreement with a group representing nearly 90% of the Company's 10.875% Notes and approximately 80% of the Company's 10.5% Notes (the "Ad Hoc Group"). The Company did not make approximately $53 million in total interest payments due on the 10.875% Notes and the 10.5% Notes on February 1, 2022; the payments are subject to a 30-day grace period. Under the forbearance agreement, the Ad Hoc Group agreed to forbear from exercising remedies relating to the event of default that will occur if the Company does not make the February 1 coupon payments within the 30-day grace period. The forbearance agreement was initially effective until March 18, 2022 but was extended until April 18, 2022 on March 16th and may be further extended by the Ad Hoc Group. In connection with the forbearance agreement, the Ad Hoc Group also agreed to provide the Company with approximately $52 million of additional liquidity in the form of a commitment to purchase additional 10.875% senior secured priming notes due 2024 (the "Additional Notes"). On March 2, 2022 and March 11, 2022, TPC Group Inc. issued the additional 10.875% Senior Secured Notes due 2024. Proceeds from the sale of the Additional Notes will be used to support ongoing operations and to pay fees and expenses associated with the transaction. As discussed in Note D *Going Concern* to our Audited Consolidated Financial Statements included in this Annual Report, if we do not have sufficient liquidity from cash flow, proceeds from the Additional Notes, ABL availability and proceeds from insurance policies to conduct our business operations in future periods, we may be required, but unable, to refinance all or part of our existing debt, seek additional covenant relief from our lenders, sell assets, incur additional indebtedness, or issue equity on terms acceptable to us, if at all. Therefore, our ability to continue our planned principal business operations would be dependent on the actions of our lenders or obtaining additional debt and/or equity financing to repay outstanding indebtedness secured notes and ABL. These factors raise substantial doubt about our ability to continue as a going concern.

In connection with the forbearance agreement, the Ad Hoc Group also agreed to provide the Company with approximately $52 million of additional liquidity in the form of a commitment to purchase additional 10.875% Notes, which amounts were funded in March 2022. See Note R *Subsequent Events* to our Audited Consolidated Financial Statements included in this Annual Report for further information.

Our liquidity requirements will be significant primarily due to the annual debt service requirements on the 10.5% Notes, which are estimated to be $97.7 million, annual debt service requirements on the 10.875% Notes, which are approximately $16.6 million, our baseline capital expenditures, which fall within the range of $70 to $80 million per year but were $111.6 million in 2021 and forecast to be approximately $107.5 million in 2022, our turnaround and catalyst costs, which would typically be in the range of $20 to $30 million in years we do not perform a dehydro unit turnaround and $35 to $40 million in years we do perform a dehydro unit turnaround, and cash requirements related to the Port Neches incident in advance of insurance recoveries or in excess of insurance coverage limits.

As market conditions warrant and subject to the Company's contractual restrictions and liquidity position, we, our affiliates and/or our equity holders, including the Sponsors and their affiliates, may from time to time repurchase the Company's outstanding debt securities in privately negotiated or open market transactions, by tender offer or otherwise. If in the future we should decide to engage in such transactions, any such purchases may be funded by incurring new debt, including borrowings under our ABL. Any new debt

CONFIDENTIAL

may also be secured debt.  We may also use available cash on our balance sheet or new equity capital.  The amounts involved in any such transactions, individually or in the aggregate, may be material.  Further, any such purchases may result in us acquiring and retiring a substantial amount of the 10.875% Notes or the 10.5% Notes, with the attendant reduction in the trading liquidity of any such Notes.

*Cash Flow Summary*

The following table summarizes changes in cash and cash equivalents for the periods indicated (in thousands):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| Cash flows provided by (used in): | | | |
| Operating activities | $ 66,424 | $ (88,865) | $ 117,354 |
| Investing activities | (111,637) | (55,889) | (53,957) |
| Financing activities | 189,322 | 78,047 | 20,767 |
| Change in cash and cash equivalents | $ 144,109 | $ (66,707) | $ 84,164 |

*Operating Activities*

For the year ended December 31, 2021, net cash provided by operating activities was $66.4 million.  Net income of $17.5 million, depreciation and amortization of $75.5 million, amortization of debt issuance costs of $8.2 million, write-off of capital projects of $2.3 million and a decrease in working capital of $16.3 million was partially offset by deferred turnaround and catalyst costs of  $17.0 million, deferred income tax of $0.4 million and $36.0 million of non-cash expenses related to the Port Neches incident.

Trade accounts receivable were $126.6 million at December 31, 2021 compared to $73.4 million at December 31, 2020.  The $53.2 million increase primarily reflected higher revenue of $537.6 million in December 2021 compared to December 2020 and an increase in the days outstanding from 29 days at December 31, 2020 to 31 days at December 31, 2021.  Trade accounts receivable were 99% current at both December 31, 2021 and 2020.

Our inventory at December 31, 2021 was $74.5 million compared to $45.4 million at December 31, 2020.  The increase of $29.1 million reflected a 79% increase in overall average cost per pound, which accounted for $32.8 million of the increase, and a 9% decrease in physical inventory volumes, which accounted for an offset of $3.7 million.  The increase in average cost per pound was driven primarily by a 116% increase in the benchmark price of butadiene comparing the prices for December 2021 to December 2020.

For the year ended December 31, 2020, net cash used in operating activities was $88.9 million.  The net loss of $188.2 million, deferred turnaround and catalyst costs of $28.0 million, deferred income tax benefit of $13.6 million and an increase in working capital of $6.6 million were partially offset by non-cash expenses of $147.5 million.  Non-cash expenses consisted of depreciation and amortization of $74.1 million, amortization of debt issuance costs of $8.4 million and non-cash expenses related to the Port Neches incident of $65.0 million.

For the year ended December 31, 2019, net cash generated from operating activities was $117.4 million.  The net loss of $41.5 million, deferred income tax benefit of $8.7 million and deferred plant turnaround and catalyst costs of $29.6 were more than offset by non-cash expenses of $164.8 million and a $32.4 million decrease in working capital.  Non-cash expenses consisted of depreciation and amortization of $81.0 million, amortization and write-off of debt issuance costs of $12.5 million and non-cash expenses related to the Port Neches incident of $71.3 million.

*Investing Activities*

During 2021, 2020, and 2019 we invested $111.6 million, $55.9 million, and $54.0 million, respectively, in the form of capital expenditures, which consisted primarily of baseline spending.  In addition to baseline capital investment, 2021 included operational improvements to the steam system, 2020 included replacing capacity due to the volumes lost as a result of the Port Neches incident, and 2019 included infrastructure improvements in preparation for the increased crude C4 supply from the new ethylene crackers coming on line.

*Financing Activities*

Cash of $189.3 million was generated in 2021 from net borrowings on the 10.875% Notes of $144.0 million, net borrowings on the ABL facility of $114.0 million, and $1.3 million in net borrowings to finance our insurance premiums.  These amounts were partially offset by the repayment of the term loan of $70.0 million.

CONFIDENTIAL

Net cash generated from financing activities in 2020 was $78.0 million, which consisted of $69.3 million from net borrowings on the New Term Loan and net borrowings to finance our insurance premiums of $13.0 million. These amounts were partially offset by debt issuance costs of $4.3 million.

Net cash generated from financing activities in 2019 was $20.8 million, which consisted of $35.0 million of net borrowings due to the refinancing on August 2, 2019 and the related debt issuance costs of $14.0 million.

*Off-Balance-Sheet Arrangements*

We do not currently utilize any off-balance-sheet arrangements to enhance our liquidity and capital resource positions, or for any other purpose.

**Critical Accounting Policies and Estimates**

In preparing our financial statements in conformity with accounting principles generally accepted in the United States of America, we make certain estimates and assumptions about future events that could significantly affect the amounts of reported assets, liabilities, revenues and expenses, as well as the disclosure of contingent assets and liabilities in the financial statements and accompanying notes. Some of our accounting policies require the application of significant judgment by management to select the appropriate assumptions to determine these estimates. By their nature, these judgments are subject to an inherent degree of uncertainty; therefore, actual results may differ significantly from estimated results. We base our judgments on our historical experience, knowledge of the business and industry, advice from experts and consultants, business forecasts and other available information, as appropriate.

Our most critical accounting policies, which reflect significant management estimates and judgment to determine amounts reported in our consolidated financial statements, are as follows:

*Inventory Cost*

Our inventories consist of raw materials and finished products and are valued at the lower of average cost or net realizable value. Costs of finished products include raw materials, energy, labor and manufacturing overhead. We may enter into product exchange agreements with suppliers and customers for raw materials and/or finished goods in the normal course of business. Under these arrangements we deliver product volumes to the exchange partner to be delivered in-kind back to us or receive product volumes to be delivered in-kind by us to the exchange partner in the future, generally in the short term. Product exchanges typically benefit both parties from a logistical perspective and provide for additional flexibility regarding both receipt of raw materials from suppliers and delivery of finished goods to customers. Exchange balances due to or from exchange partners are recorded in inventory at the lower of average cost or net realizable value and do not impact the consolidated statements of operations and comprehensive income, as they are recognized at the carrying amount. Our inventory levels can vary significantly depending on availability of raw materials, especially crude C4, plant operations, customer demand and seasonality. In addition to potential fluctuations in the amounts of physical inventories we carry, we can be exposed to potential devaluations in net realizable value of our inventories, especially our fuel-related products, during periods of rapidly declining unleaded regular gasoline prices and demand for fuel-additive products. A significant amount of judgment is required to determine the appropriate normal range of plant production activity and plant operating expenses regarding plant overhead cost absorption and to determine the appropriate market valuation of inventories to assess recoverability of the carrying cost of our inventory. Use of different estimates and assumptions to determine the appropriate amounts of overhead absorption and market value for inventory valuation purposes, when such market is below cost, could have a significant impact on our financial condition and results of operations from period to period.

The average cost of our inventory at the end of any period reflects the carrying cost of raw materials and finished goods inventory on hand at the beginning of the period and the actual cost of raw material purchases and finished goods production during the period. The actual costs of most of our raw materials are based on contractual arrangements which, in various ways, link the purchase costs to a commodity price index. Downward movement in commodity price indices between the times raw materials are purchased and the related finished products are sold can result in reductions in realizable value of the inventory prior to the sale of our finished products. Such reductions in realizable value can occur despite the index-based pricing in our contracts, because the effect of using matching indices is lessened when we do not purchase the feedstock and sell the finished product in the same period. If it is determined at the balance sheet date that the carrying value of the inventory will not be recovered based on management's best estimates and assumptions regarding inventory turnover rates and future selling prices, the carrying value of the inventory is written down to net realizable value through lower of cost or net realizable value adjustments.

*Plant Turnaround Costs*

We use the deferral method to account for costs of major scheduled plant turnarounds. Plant turnarounds are scheduled and require partial or complete shutdowns of chemical processing units for significant overhaul and refurbishment, for periods typically lasting from two to four weeks. Under the deferral method, we defer the cost of a turnaround project and amortize the cost over the period between the completion of the turnaround and the next scheduled turnaround, which typically occurs from three to five years after the most recently completed turnaround. If the next scheduled turnaround occurs sooner than originally anticipated, any remaining deferred cost from the previous turnaround is charged to expense at that time. If the next scheduled turnaround occurs later than originally anticipated, the amortization period for the previous turnaround cost is not extended. The deferral method of accounting for turnaround costs requires judgment as to the specific costs to be included in a major turnaround project and requires estimates and assumptions regarding the period of time over which the costs will be amortized. Use of different estimates and assumptions could have a significant impact on our financial condition and results of operations from period to period.

*Income Tax Assets and Liabilities*

We account for income taxes in accordance with ASC 740, *Income Taxes*. Determination of tax related assets and liabilities to be recorded and the appropriate recognition of tax positions taken on tax returns requires a significant amount of judgment. Regarding realization of our deferred tax assets and the need for a valuation allowance against deferred tax assets at each balance sheet date, we consider both positive and negative evidence of sufficient taxable income within the carry-back and/or carry-forward periods as provided under applicable tax law. Based on our significant net deferred tax asset position and future reversals of existing taxable temporary differences, as well as our historical operating results, we have concluded that a valuation allowance should be recorded for the entire amount of the deferred tax asset. Regarding assessment of taxable income exclusive of reversing temporary differences and carry-forwards, we consider both our recent historical operating results, as well as our expectations of future operating results; however, historical results are given more weight than our expectations of future profitability, which is inherently uncertain.

*Revenue Recognition*

We recognize revenue in accordance with ASC 606, *Revenue from Contracts with Customers*. We adopted ASC 606 as of January 1, 2019 and applied the modified retrospective transition method to all contracts not completed as of the adoption date. The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. The impact of the new standard on our consolidated financial statements was immaterial.

*Contingent Liabilities*

We record reserves for contingent liabilities when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment may be subject to the uncertainty of dispute resolution or litigation. Contractual arrangements with our customers and suppliers are typically complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier. Regarding any such disputes, we record reserves for contingent liabilities when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable.

*Benefit Plans*

We sponsor a noncontributory defined benefit pension plan for approximately 91 union-represented employees at our Port Neches facility. The actuarial determination of the projected benefit obligation and related benefit expense requires certain assumptions, including discount rate, expected return on plan assets, rate of future compensation increases and mortality rates. These assumptions require considerable judgment and can have a significant impact on the amount of the obligation and periodic expense recognized.

**Recent Accounting Developments**

**Accounting Guidance Issued but Not Yet Adopted as of December 31, 2021**

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification

CONFIDENTIAL

affecting the timing and classification of expense recognition.   In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic.   This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022.   The Company has evaluated its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment (barge and terminal leases).   The Company expects to recognize operating lease liabilities of approximately $166 million and corresponding right-of-use assets of approximately $157 million with the difference recognized as a benefit to retained earnings over the life of the leases

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021.   Adoption methods vary based on the specific items impacted. Management, in discussion with our tax consultants, have concluded that changes required by the new standard will not impact the Company's financial statements and related tax disclosures.

CONFIDENTIAL

# CONSOLIDATED FINANCIAL STATEMENTS

## Index to Consolidated Financial Statements

| | Page |
|---|---|
| Report of Independent Certified Public Accountants | 31 |
| Consolidated Balance Sheets | 34 |
| Consolidated Statements of Operations and Comprehensive Income (Loss) | 35 |
| Consolidated Statement of Stockholder's Deficit | 36 |
| Consolidated Statements of Cash Flows | 37 |
| Notes to Consolidated Financial Statements | 38 |

CONFIDENTIAL



**Grant Thornton LLP**
700 Milam Street, Suite 300
Houston, TX 77002

**T** 832.476.4600
**F** 713.655.8741

**REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS**

Board of Managers of Sawgrass Holdings GP LLC
Board of Directors and Stockholders of TPC Group Inc. and Subsidiaries

## Opinion

We have audited the accompanying consolidated financial statements of TPC Group Inc. (a Delaware corporation) and subsidiaries (the "Company"), which comprise the consolidated balance sheets as of December 31, 2021 and 2020, and the related consolidated statements of operations and comprehensive income (loss), changes in stockholder's deficit, and cash flows the three years then ended, and the related notes to the financial statements.

In our opinion, the accompanying consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2021 and 2020, and the results of its operations and its cash flows for the three years then ended in accordance with accounting principles generally accepted in the United States of America.

## Basis for opinion

We conducted our audits of the consolidated financial statements in accordance with auditing standards generally accepted in the United States of America (US GAAS). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of the Company and to meet our other ethical responsibilities in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

## Substantial doubt about the company's ability to continue as a going concern

The accompanying consolidated financial statements have been prepared assuming that the Company will continue as a going concern. As discussed in Note D to the financial statements, the Company's assessment of forecasted cash flow and available liquidity for 2022 includes significant insurance receipts, the amount and timing of which is uncertain and largely outside the Company's control, the Company failed to make their February 1, 2022 coupon payments causing an event of default on their Notes and has stated that substantial doubt exists about the Company's ability to continue as a going concern. Management's evaluation of the events and conditions and management's plans regarding



these matters are also described in Note D. The consolidated financial statements do not include any adjustments that might result from the outcome of this uncertainty. Our opinion is not modified with respect to this matter

**Responsibilities of management for the financial statements**

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for one year after the date the financial statements are issued.

**Auditor's responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with US GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the consolidated financial statements.

In performing an audit in accordance with US GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control. Accordingly, no such opinion is expressed.

CONFIDENTIAL



- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the consolidated financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control–related matters that we identified during the audit.

*Grant Thornton LLP*

Houston, Texas
March 24, 2022

Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd (GTIL). GTIL and each of its member firms are separate legal entities and are not a worldwide partnership.

CONFIDENTIAL

# CONSOLIDATED BALANCE SHEETS

*(In thousands, except share and per share amounts)*

| | December 31, | |
| --- | ---: | ---: |
| | **2021** | **2020** |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 159,313 | $ 18,452 |
| Restricted cash | 3,248 | - |
| Trade accounts receivable | 126,645 | 73,447 |
| Insurance receivable - Port Neches incident | 3,402 | 23,289 |
| Inventories | 74,487 | 45,435 |
| Other current assets | 41,371 | 41,123 |
| Total current assets | 408,466 | 201,746 |
| Property, plant and equipment, net | 755,390 | 703,273 |
| Intangible assets, net | 3,880 | 3,880 |
| Other assets, net | 55,521 | 55,850 |
| Total assets | $ 1,223,257 | $ 964,749 |
| **LIABILITIES AND STOCKHOLDER'S DEFICIT** | | |
| Current liabilities: | | |
| Accounts payable | $ 208,561 | $ 113,092 |
| Accrued liabilities | 94,456 | 92,635 |
| Short-term debt | 14,424 | 13,098 |
| Accrued liabilities - Port Neches incident | 34,907 | 90,262 |
| Total current liabilities | 352,348 | 309,087 |
| Long-term debt, net of deferred financing costs | 1,181,528 | 985,321 |
| Total liabilities | 1,533,876 | 1,294,408 |
| Commitments and contingencies | | |
| Stockholder's equity (deficit): | | |
| Common stock, $0.01 par value, 2,000 shares authorized, | | |
| 1,030 issued and outstanding | - | - |
| Additional paid-in capital | 478,314 | 478,314 |
| Accumulated deficit | (787,774) | (805,312) |
| Accumulated other comprehensive loss | (1,159) | (2,661) |
| Total stockholder's deficit | (310,619) | (329,659) |
| Total liabilities and stockholder's deficit | $ 1,223,257 | $ 964,749 |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE INCOME (LOSS)**

*(In thousands)*

| | | Year Ended December 31, | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| Revenue | $ 1,289,046 | $ 751,390 | $ 1,464,926 |
| Cost of sales (excludes items listed below) | 1,005,322 | 519,063 | 1,031,833 |
| Operating expenses | 221,556 | 181,059 | 179,936 |
| General and administrative expenses | 29,981 | 27,970 | 28,695 |
| Depreciation and amortization | 75,503 | 74,155 | 81,002 |
| Loss on Port Neches incident, net of insurance recovery | 34,988 | 50,141 | 91,895 |
| Net gain on asset disposal | (183,465) | - | - |
| Business interruption insurance recovery | (87,592) | (12,100) | - |
| Freeze event | 40,293 | - | - |
| Tech Center event | 7,401 | - | - |
| Capital projects write off | 2,287 | - | - |
| COVID-19 expenses | 726 | 1,896 | - |
| Income (loss) from operations | 142,046 | (90,794) | 51,565 |
| Other (income) expense: | | | |
|   Interest expense | 120,980 | 112,933 | 101,729 |
|   Other, net | 2,476 | 182 | 1,565 |
| Income (loss) before income taxes | 18,590 | (203,909) | (51,729) |
| Income tax expense (benefit) | 1,052 | (15,745) | (10,238) |
| Net income (loss) | 17,538 | (188,164) | (41,491) |
| Change in funded status of defined benefit plan, net of tax effect of ($399), ($323) and $352, respectively | 1,502 | 1,216 | (1,325) |
| Comprehensive income (loss) | $ 19,040 | $ (186,948) | $ (42,816) |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

# CONSOLIDATED STATEMENT OF STOCKHOLDER'S DEFICIT

*(In thousands)*

| | Common Stock Shares | Amount | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Total Deficit |
|---|---|---|---|---|---|---|
| **Balances - December 31, 2018** | 1 | - | 478,461 | (575,657) | (2,552) | (99,748) |
| Net loss | - | - | - | (41,491) | - | (41,491) |
| Return of equity contributions | - | - | (141) | - | - | (141) |
| Change in funded status of defined benefit plan, net of tax benefit of $352 | - | - | - | - | (1,325) | (1,325) |
| **Balances - December 31, 2019** | 1 | - | 478,320 | (617,148) | (3,877) | (142,705) |
| Net loss | - | - | - | (188,164) | - | (188,164) |
| Return of equity contributions | - | - | (6) | - | - | (6) |
| Change in funded status of defined benefit plan, net of tax expense of ($323) | - | - | - | - | 1,216 | 1,216 |
| **Balances - December 31, 2020** | 1 | $ - | $ 478,314 | $ (805,312) | $ (2,661) | $ (329,659) |
| Net income | - | - | - | 17,538 | - | 17,538 |
| Change in funded status of defined benefit plan, net of tax expense of ($399) | - | - | - | - | 1,502 | 1,502 |
| **Balances - December 31, 2021** | 1 | $ - | $ 478,314 | $ (787,774) | $ (1,159) | $ (310,619) |

The accompanying notes are an integral part of this consolidated financial statement.

CONFIDENTIAL

## CONSOLIDATED STATEMENTS OF CASH FLOWS

*(In thousands)*

| | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
| | | **2021** | | **2020** | **2019** |
| **Cash flows from operating activities:** | | | | | |
| Net income (loss) | $ | 17,538 | $ (188,164) | $ | (41,491) |
| Adjustments to reconcile net income (loss) to cash flows provided by operating activities: | | | | | |
| Depreciation | | 48,577 | 47,075 | | 50,931 |
| Turnaround amortization | | 19,656 | 17,851 | | 22,353 |
| Catalyst amortization | | 7,270 | 6,341 | | 4,831 |
| Patent amortization | | - | 2,888 | | 2,887 |
| Port Neches incident, net of cash expense | | (35,990) | 65,021 | | 71,325 |
| Amortization/write-off of debt issuance costs | | 8,211 | 8,443 | | 12,501 |
| Deferred income taxes | | (400) | (13,594) | | (8,653) |
| Deferred turnaround cost | | (12,579) | (22,505) | | (20,956) |
| Deferred catalyst cost | | (4,411) | (5,537) | | (8,745) |
| Capital projects write-off | | 2,287 | - | | - |
| Changes in assets and liabilities: | | | | | |
| Accounts receivable | | (53,198) | 10,435 | | 10,080 |
| Inventories | | (29,416) | 7,633 | | 11,592 |
| Accounts payable | | 104,999 | (19,698) | | (32,278) |
| Other assets and liabilities, net | | (6,120) | (5,054) | | 42,977 |
| Cash provided by (used in) operating activities | | 66,424 | (88,865) | | 117,354 |
| **Cash flows from investing activities:** | | | | | |
| Capital expenditures | | (111,637) | (55,889) | | (53,957) |
| Cash used in investing activities | | (111,637) | (55,889) | | (53,957) |
| **Cash flows from financing activities:** | | | | | |
| Proceeds from issuance of 10.5% Notes | | - | - | | 930,000 |
| Proceeds from issuance of 10.875% Notes | | 150,000 | - | | - |
| Payment of 8.75% Notes | | - | - | | (805,000) |
| Payment of Term Loan | | (70,000) | - | | (50,000) |
| Net proceeds from (paydowns on) ABL Facility | | 114,000 | - | | (40,000) |
| Proceeds from Term Loan | | - | 69,300 | | - |
| Insurance finance borrowings | | 46,115 | 42,492 | | - |
| Insurance finance repayments | | (44,788) | (29,395) | | - |
| Debt issuance costs | | (6,005) | (4,344) | | (14,092) |
| Equity contributions (returns), net | | - | (6) | | (141) |
| Cash provided by financing activities | | 189,322 | 78,047 | | 20,767 |
| Net Increase (decrease) in cash and cash equivalents | | 144,109 | (66,707) | | 84,164 |
| Restricted cash, beginning of period | | - | - | | - |
| Cash and cash equivalents, beginning of period | | 18,452 | 85,159 | | 995 |
| Restricted cash, end of period | | 3,248 | - | | - |
| Cash and cash equivalents, end of period | $ | 159,313 | $ 18,452 | $ | 85,159 |

The accompanying notes are an integral part of these consolidated financial statements.

CONFIDENTIAL

## NOTE A – BASIS OF PRESENTATION

**6.** *Definition of Terms*

Certain terms used throughout these consolidated financial statements and accompanying notes are defined on page 3 of this Report, which should be referred to when reading these consolidated financial statements and accompanying notes.

**7.** *Organization*

The accompanying consolidated financial statements include the accounts of TPCGI and its direct wholly owned and indirect subsidiaries. TPCGI's direct wholly owned subsidiaries include TPCGLLC and Texas Petrochemicals Netherlands B.V., and its indirect subsidiaries, which are all wholly owned subsidiaries of TPCGLLC, include Texas Butylene Chemical Corporation, Texas Olefins Domestic International Sales Corporation, TPC Phoenix Fuels LLC, Port Neches Fuels LLC, TP Capital Corp., TPC Pipeline Holding Company LLC and TPC Pipeline Company LLC.

**8.** *Principles of Consolidation*

The Company's consolidated financial statements include the accounts of TPCGI and its direct and indirect subsidiaries, after the elimination of all significant intercompany accounts and transactions. The financial statements presented have been prepared by us in accordance with GAAP.

## NOTE B – DESCRIPTION OF BUSINESS

We are a leading North American producer of value-added products derived from petrochemical raw materials such as C4 hydrocarbons. Our products are sold to producers of a wide range of performance, specialty and intermediate products, including synthetic rubber, fuels, lubricant additives, plastics and surfactants.

We operate as a value-added merchant processor and marketer, linking our raw material providers with our diverse customer base of chemical, refinery and fuels consumers. We believe this position has resulted in stable supplier and customer bases and has enhanced our growth and expansion opportunities.

We operate in two principal business segments, C4 Processing and Performance Products.

In our C4 Processing segment, we process the crude C4 stream into higher value components, namely butadiene, butene-1 and raffinates. Butadiene is primarily used to produce synthetic rubber that is mainly used in tires and other automotive products; butene-1 is primarily used in the manufacture of polyethylene plastic resins and synthetic alcohols; and raffinates are primarily used in the production of alkylate, a component of premium unleaded gasoline.

In our Performance Products segment, we process isobutylene, which we purchase as a raw material and also produce internally, to produce polyisobutylene ("PIB"), diisobutylene ("DIB"), and methyl tertiary-butyl ether ("MTBE"). PIB is primarily used in the production of fuel and lubricant additives, caulks, adhesives, sealants and packaging; DIB is primarily used in the manufacture of surfactants, plasticizers and resins; and MTBE is primarily used as a gasoline blending stock.

We have one principal processing facility located in Houston and two terminal facilities located in Port Neches, Texas and Lake Charles, Louisiana. We previously had two processing facilities; however, on November 27, 2019, the Port Neches facility, which had historically been approximately half of our crude C4 processing capacity, was shut down indefinitely due to significant damage to the site from an explosion (see Note J *Port Neches Incident*). The Houston plant, in addition to processing crude C4, also produces PIB, DIB, and MTBE. The raw material isobutylene processed at our Houston facility is sourced from processing crude C4, third-party supply and internal on-purpose production. The feedstock for our on-purpose isobutylene production is isobutane, which is a plentiful natural gas liquid resulting from shale gas development. In order to replace the lost crude C4 processing capacity at our Port Neches plant, we recently entered into a long-term contract with a third-party to process a substantial portion of our crude C4 supply and return butadiene and raffinate to us.

We also provide critical infrastructure and logistics services along the Gulf Coast. Both our Houston processing facility and our terminals provide convenient access to other Gulf Coast petrochemicals producers and are connected to several of our customers and raw materials suppliers through an extensive pipeline network. Our Houston facility is serviced by rail, tank truck, barge and ocean-

going vessel. We have similar capabilities at our Port Neches terminal while the Lake Charles terminal currently is only served by barges.

The primary drivers of our businesses are general economic and industrial growth. Our results are impacted by the effects of economic upturns or downturns on our customers and our suppliers and our ability to achieve on stream time and production targets in our operating units. Our results are also dependent on our own costs to produce, sell and deliver our products. Our customers generally use our products in their own production processes; therefore, if our customers curtail production of their products, our results could be materially affected. In particular, our feedstock costs and product prices are susceptible to volatility in pricing and availability of crude oil, natural gas, natural gas liquids such as isobutane and oil-related products such as unleaded regular gasoline. Prices for these products tend to be volatile as well as cyclical, as a result of global and local economic factors, worldwide political events, weather patterns and the economics of oil and natural gas exploration and production, among other things.

## NOTE C – RISKS AND UNCERTAINTIES RELATED TO THE COVID-19 PANDEMIC

In March 2020, the World Health Organization declared the outbreak of coronavirus (COVID-19) to be a pandemic, and as the pandemic continues for a second year, the ultimate impact and the extent to which the COVID-19 pandemic will continue to affect the business, results of operation and financial condition is difficult to predict and depends on numerous evolving factors outside of the Company's control including: the duration and scope of the pandemic; government, social, business and other actions that have been and will be taken in response to the pandemic; and the effect of the pandemic on short and long-term general economic conditions. This uncertainty also affects management's accounting estimates and assumptions, which could result in greater variability in a variety of areas that depend on these estimates and assumptions.

Though government restrictions across the world (such as travel bans and restrictions, border closures and quarantines) have generally eased and vaccines have become available to help prevent COVID-19 infections, a return to a more ordinary course of economic and business activity is still dependent on the effectiveness of containment efforts, including the spread of additional virus variants such as Delta and Omicron.

The COVID-19 outbreak has impacted the addressable market for the Company's products, and the Company's business continues to be exposed to risks and uncertainties related to the pandemic. The Company continues to work with our stakeholders (including customers, suppliers, employees, business partners, and local communities) to mitigate the impact of the pandemic on our business. Protecting the health and safety of our employees and their respective work locations while simultaneously maintaining business continuity with our customers and suppliers continue to be key operational objectives.

## NOTE D – GOING CONCERN

The consolidated financial statements of the Company have been prepared on a going concern basis, which contemplates the realization of assets and the discharge of liabilities in the normal course of business. When preparing financial statements, management has the responsibility to evaluate whether there are conditions or events, considered in the aggregate, that create substantial doubt about the Company's ability to continue as a going concern within one year after the date that the financial statements are issued. In applying the accounting guidance, the Company considered its current financial condition and liquidity sources, including current funds available, forecasted future cash flows and its unconditional obligations due over the next 12 months.

The Company has sustained operating losses due to the Port Neches plant explosion in 2019, as a result of market complications from COVID-19 and the effects of Winter Storm Uri in 2021. While the Company's assessment of forecasted cash flow and available liquidity for 2022 includes significant PNO-related insurance receipts, the amount and timing are uncertain and largely outside of the Company's control. The Company can exercise some control over capital spending, but there is no guarantee that alternate forms of additional capital will be available. On February 3, 2022, after missing approximately $53 million in total interest payments due on February 1, 2022 on the Company's 10.875% Notes and 10.5% Notes, the Company entered into a forbearance agreement with a group representing nearly 90% of the Company's 10.875% Notes and approximately 80% of the Company's 10.5% Notes (the "Ad Hoc Group"). Under the forbearance agreement, the Ad Hoc Group agreed to forbear from exercising remedies related to the event of default for the Company's failure to make the February 1 coupon payments within a 30-day grace period. The forbearance agreement is effective until April 18, 2022 and may be extended by the Ad Hoc Group.

In connection with the forbearance agreement, the Ad Hoc Group also agreed to provide the Company with approximately $52 million of additional liquidity in the form of a commitment to purchase additional 10.875% senior secured priming notes due 2024 (the

"Additional Notes"). On March 2, 2022 and March 11, 2022, TPC Group Inc. issued the additional 10.875% Senior Secured Notes due 2024. Proceeds from the sale of the Additional Notes will be used to support ongoing operations and to pay fees and expenses associated with the transaction.

If we do not have sufficient liquidity from cash flow, proceeds from the Additional Notes, ABL availability and proceeds from insurance policies to conduct our business operations in future periods, we may be required, but unable, to refinance all or part of our existing debt, seek additional covenant relief from our lenders, sell assets, incur indebtedness, or issue equity on terms acceptable to us, if at all. Therefore, our ability to continue our planned principal business operations would be dependent on the actions of our lenders or obtaining additional debt and/or equity financing to repay outstanding indebtedness, secured notes and ABL. These factors raise substantial doubt about our ability to continue as a going concern.

The accompanying Consolidated Financial Statements do not include any adjustments to reflect the possible future effects of this uncertainty on the recoverability or classification of recorded asset amounts or the amounts or classification of liabilities.

## NOTE E– SIGNIFICANT ACCOUNTING POLICIES

### 1. *Use of Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amount of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting periods. Significant estimates include liabilities and insurance proceeds related to the Port Neches incident (see Note J *Port Neches Incident*), impairment considerations, allowance for doubtful accounts, inventory valuation, pension plan assumptions, environmental and litigation reserves and provision for income taxes. Actual results could differ from those estimates.

### 2. *Cash and Cash Equivalents*

Our cash balances as of December 31, 2021 are comprised of cash and cash equivalents and restricted cash. Cash and cash equivalents included amounts on deposit with banks, cash invested temporarily in investments with original maturities of three months or less, and cash on hand. Restricted cash included amounts on deposit with a bank, held in escrow as defined by contractual agreements for the purpose of funding our committed portion of contractual agreements for capital projects to be completed in less than one year. We maintain cash balances that are insured by the Federal Deposit Insurance Corporation ("FDIC"). As of December 31, 2021, we had $159.3 million in cash and cash equivalents and $3.2 million in restricted cash, totaling $162.5 million in total cash on deposit with banks, which were subject to a $0.25 million per account FDIC insurance coverage limit. We believe the likelihood of any loss of cash and cash equivalents is remote and that we are not exposed to any significant credit risk on cash and cash equivalents

### 3. *Accounts Receivable*

We extend credit to our customers in the normal course of business and generally do not require collateral for trade accounts receivable. We perform ongoing credit evaluations of our customers and, in some instances, require letters of credit or additional guarantees in support of contracted amounts. We review the collectability of trade receivables and use the allowance method to record bad debt expense for amounts that we believe may be uncollectible. We believe no allowance was necessary as of December 31, 2021 and 2020. Write-offs are recorded at the time a customer receivable is deemed uncollectible.

### 4. *Inventories*

Inventories consist of raw materials and finished goods and are valued at the lower of average cost or net realizable value. Costs of finished products include raw materials, energy, labor and manufacturing overhead. We may enter into product exchange agreements with suppliers and customers for raw materials and/or finished goods in the normal course of business. Under these arrangements we deliver product volumes to the exchange partner to be delivered in-kind back to us or we receive product volumes to be delivered in-kind by us to the exchange partner in the future, generally in the short term. Product exchanges typically benefit both parties from a logistical perspective and provide for additional flexibility regarding both receipt of raw materials from suppliers and delivery of finished goods to customers. Exchange balances due to or from exchange partners are recorded in inventory at the lower of average cost or net realizable value and do not impact the consolidated statements of operations and comprehensive loss, as they are recognized at the

carrying amount.   At December 31, 2021 we had no exchange receivable position and our exchange payable position was $4.1 million. At December 31, 2020 we had no exchange receivable position and our exchange payable position was $0.6 million.

### 5.   *Property, Plant and Equipment*

Property, plant and equipment are stated at depreciated historical cost.   Depreciation of property, plant and equipment is computed using the straight-line method over estimated useful lives ranging from five to forty-five years for financial reporting purposes and accelerated methods for income tax purposes.   Maintenance and repairs and minor renewals are charged to expense as incurred while major improvements, renewals and betterments are capitalized.

Upon retirement or sale of an asset, the asset cost and the related accumulated depreciation are removed from the accounts and any resulting gain or loss is reflected in results of operations.

The estimated useful lives for our main categories of fixed assets are shown in the table below.

|  | Estimated Useful Lives (in years) |
|---|---|
| Plant equipment | 5  - 35 |
| Pipelines | 15  - 40 |
| Buildings and land improvements | 15  - 45 |
| Technology assets | 5  - 6 |

### 6.   *Intangible Assets*

Our intangible assets include patents and a technology license for the butadiene extraction process used at our Port Neches facility. Patents are amortized using the straight-line method over their useful lives.   Our technology license has no legal, regulatory, contractual, competitive, economic, or other factors that would limit its useful life; consequently, we have determined its useful life to be indefinite.

### 7.   *Impairment*

We follow ASC 350, *Intangibles—Goodwill and Other*, regarding impairment of the carrying value of our intangible assets and ASC 360, *Property, Plant and Equipment*, regarding impairment of the carrying value of our property, plant and equipment.

An impairment loss is recognized only if the carrying value of a long-lived asset or asset group is not recoverable and is measured as the excess of the carrying value over the fair value.   The carrying amount of a long-lived asset or asset group is considered not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use of the long-lived asset or asset group. Because our long-lived intangible asset (one technology license) is fundamental to and inseparable from the respective long-lived manufacturing assets, we assess impairment of the technology license together with the respective long-lived manufacturing assets based on the undiscounted future cash flows related to the respective manufacturing processes.

We assess our indefinite lived intangible asset and the associated plant, property, and equipment for impairment annually, during the fourth quarter of each year using a measurement date of December 31 or more frequently if events or changes in circumstances indicate that the carrying amount of these assets may not be recoverable.   Based on our analysis, projected cashflows generated by long-lived assets, less associated operating costs, significantly exceed the current net book value of the assets.   Therefore, no impairment is required at this time.

### 8.   *Plant Turnaround Costs*

Plant turnarounds are major scheduled events and require partial or complete shutdowns of chemical processing units for significant overhaul and refurbishment, for periods typically lasting from two to four weeks.   We use the deferral method to account for the cost of turnarounds.   Under the deferral method the costs of major scheduled plant turnarounds are deferred on the balance sheet and charged to depreciation and amortization expense on a straight-line basis during the period until the next scheduled turnaround.

CONFIDENTIAL

**9.  *Debt Issuance Costs***

Direct costs incurred in connection with the issuance of long-term debt or modification of a credit facility, if the borrowing capacity of the new arrangement is greater than or equal to the borrowing capacity of the previous arrangement, are deferred and amortized as interest expense over the term of the debt or credit facility.   Deferred debt issuance costs are reported as an offset to long-term debt on our consolidated balance sheets.

**10.  *Revenue Recognition***

We recognize revenue in accordance with ASC 606, *Revenue from Contracts with Customers*, which we adopted as of January 1, 2019.   We applied the modified retrospective transition method to all contracts not completed as of the adoption date.   This revenue recognition standard provides for a five-step analysis of transactions to determine when and how revenue is recognized.   The premise of the guidance is that a company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services.

Substantially all our revenues are derived through contractual arrangements with customers.   We consider contractual arrangements to be in place when both parties have approved the contract, are committed to perform, the rights of the parties and payment terms have been identified, the contract has commercial substance and collectability is probable.

Revenue is recognized when the obligations under the terms of a contractual arrangement with the customer have been satisfied. This generally occurs at the point in time when performance obligations are fulfilled and control transfers to the customer.   Revenue is measured as the amount of consideration we expect to receive in exchange for transferring goods.   Customer incentives are generally based on volumes purchased and recognized over the period earned.

**11.  *Insurance Recoveries***

If an insurance claim as of the balance sheet date relates to a recovery of incurred losses, we recognize the recovery up to the amount of the loss incurred, if the recovery is probable.   Such recognized insurance proceeds are recorded as a receivable and an offset to the related losses incurred.   We do not recognize any net gains related to insurance proceeds unless the proceeds have been received and any contingencies related to the proceeds have been adequately resolved.

**12.  *Environmental Remediation Costs***

Anticipated expenditures related to investigation and remediation of contaminated sites, which include operating facilities and waste disposal sites, are accrued when it is probable a liability has been incurred and the amount of the liability can be reasonably estimated.

**13.  *Comprehensive Income (Loss)***

Comprehensive income (loss) is reported in accordance with ASC 220, *Comprehensive Income*.   Our comprehensive income (loss) is defined as net income adjusted for the change (net of tax) in the funded status of our defined benefit pension plan.

**14.  *Income Taxes***

We account for income taxes in accordance with ASC 740, *Income Taxes*.

We recognize deferred taxes at enacted tax rates on temporary differences between the carrying amounts of assets and liabilities for financial and tax reporting purposes.

We record a valuation allowance on net deferred tax assets when it is more likely than not that these assets will not be realized.

We recognize interest and penalties related to uncertain tax positions taken or to be taken as part of income tax expense.   We incurred no penalty or interest expenses in 2021, 2020 or 2019.

CONFIDENTIAL

**15.** *Asset Retirement Obligations*

We follow ASC 410, *Asset Retirement and Environmental Obligations*, regarding accounting for obligations associated with the retirement of tangible long-lived assets and the associated asset retirement costs. The provisions of this statement apply to legal obligations associated with the retirement of long-lived assets that result from the acquisition, construction, development and/or normal operation of a long-lived asset.

We have asset retirement obligations with respect to certain of our chemical processing assets due to various legal obligations to clean and/or dispose of various components of the chemical plants at the time they are retired. However, these components can be used for extended and indeterminate periods of time as long as they are properly maintained and/or upgraded. It is our practice and current intent to maintain our chemical processing assets and continue making improvements to those assets based on technological advances. As a result, we believe our facilities have indeterminate lives for purposes of estimating asset retirement obligations because dates or ranges of dates upon which we would retire chemical processing assets cannot reasonably be estimated at this time. When a date or range of dates can reasonably be estimated for the retirement of any component part of a chemical plant, an estimate of the cost of performing the retirement activities will be provided and a liability will be recorded for the fair value of that cost using established present value techniques. We did not record any asset retirement obligations related to the retirement of any component parts of our facilities as of December 31, 2021 and 2020.

**16.** *Shipping and Handling Costs*

We account for shipping and handling costs as a fulfillment activity and not a separate performance obligation. Shipping and handling costs billed to customers in conjunction with sale transactions are recorded as a component of revenue and shipping and handling costs incurred by us are included in cost of sales in the Consolidated Statements of Operations and Comprehensive Loss.

**17.** *Financial Instruments*

The carrying amounts for cash and cash equivalents, receivables and payables approximate fair value because of the short maturity of these instruments. At December 31, 2021, our long-term debt consisted of (i) the fixed rate 10.5% Notes, which had a carrying amount of $930.0 million and a fair value of approximately $672.1 million; (ii) the 10.875% Notes, which had a carrying amount of $153.0 million and a fair value of approximately $162.5 million; and (iii) $114 million of ABL borrowings. At December 31, 2020, our long-term debt consisted of the fixed rate 10.5% Notes, which had a carrying amount of $930.0 million and a fair value of approximately $774.2 million. ABL borrowings at December 31, 2021 were $114 million, there were no borrowings at December 31, 2020.

**18.** *Fair Value Option*

ASC 825, *Financial Instruments*, allows entities to choose, at specified election dates, to measure eligible financial assets and liabilities at fair value that are not otherwise required to be measured at fair value. If a company elects the fair value option for an eligible item, changes in that item's fair value in subsequent reporting periods must be recognized in current earnings. We have not elected to measure any of our eligible financial assets and liabilities at fair value.

**19.** *Recent Accounting Developments*

*Accounting Guidance Issued but Not Yet Adopted as of December 31, 2021*

*Leases* – As required for private companies, we will implement ASC 842, *Leases* as of January 1, 2022. The new guidance establishes a right-of-use ("ROU") model that requires a lessee to recognize a ROU asset and corresponding lease liability on the balance sheet for all leases with a term longer than 12 months. Leases will be classified as finance or operating leases, with classification affecting the timing and classification of expense recognition. In June 2020, the FASB issued ASU 2020-05 "Revenue from Contracts with Customers (Topic 606) and Leases (Topic 842)", in response to the COVID-19 pandemic. This new pronouncement extends the effective date of implementation for entities within the "all other" category for fiscal years beginning after December 15, 2021, and interim periods within fiscal years beginning after December 15, 2022. The Company continues to evaluate its population of leases and is continuing to assess all potential impacts of the standard, but currently believes the most significant impact relates to its accounting for logistics equipment. The Company expects to recognize operating lease liabilities of approximately $166 million and corresponding right-of-use assets of approximately $157 million with the difference recognized as a benefit to retained earnings over the life of the leases

**CONFIDENTIAL**

*Income Taxes* – In December 2019, the FASB issued *ASU 2019-12 Income Taxes - Simplifying the Accounting for Income Taxes*: as part of its initiative to reduce complexity in accounting standards which removes certain exceptions and provides simplification to specific tax items. This standard is effective for public business entities, for fiscal years beginning after December 15, 2020 and for all other entities, for fiscal years beginning after December 15, 2021. Adoption methods vary based on the specific items impacted. Management, in discussion with our tax consultants, have concluded that changes required by the new standard will not impact the Company's financial statements and related tax disclosures.

## NOTE F – DETAIL AND DISCUSSION OF CERTAIN CONSOLIDATED BALANCE SHEET CAPTIONS

### Inventories

Inventories, as of the dates presented, were as follows (in thousands):

| | December 31, | |
|---|---|---|
| | 2021 | 2020 |
| Finished goods | $ 41,444 | $ 24,665 |
| Raw materials and chemical supplies | 33,043 | 20,770 |
| | $ 74,487 | $ 45,435 |

The increase of $29.1 million reflects the impact of a $32.8 million price increase year over year, largely in Crude C4, Butadiene and PIB, partially offset by a $3.7 million 9% decrease in physical inventory volumes. The overall increase in the average cost per pound was 79% and reflected substantial price increases among virtually all inventoried products when comparing the prices for December 2021 to December 2020.

### Other Current Assets

Other current assets, as of the dates presented, were as follows (in thousands):

| | December 31, | |
|---|---|---|
| | 2021 | 2020 |
| Prepaid insurance premiums | $ 22,002 | $ 21,002 |
| Spare parts inventory | 16,916 | 15,741 |
| Prepaid expense and other | 2,453 | 4,380 |
| | $ 41,371 | $ 41,123 |

Other Current Assets was relatively flat year over year. Fluctuations in prepaid expense and other include raw material price adjustments and rent allowances receivable that were higher in the prior year.

### Property, Plant and Equipment

Property, plant and equipment, as of the dates presented, were as follows (in thousands):

| | December 31, | | |
|---|---|---|---|
| | 2021 | | 2020 |
| Land and land improvements | $ 52,839 | $ | 52,839 |
| Plant and equipment | 1,141,740 | | 1,108,577 |
| Construction in progress | 155,817 | | 93,903 |
| Other | 58,073 | | 52,464 |
| | 1,408,469 | | 1,307,783 |
| Accumulated depreciation | (653,079) | | (604,510) |
| | $ 755,390 | $ | 703,273 |

The $52.1 million net increase in Property, Plant and Equipment primarily reflects significant spend on key expansion, reliability and safety initiatives as the company seeks to better position itself to meet the growing demands of the market.

*Intangible Assets*

The gross carrying amounts and accumulated amortization of intangible assets, as of the dates presented, were as follows (in thousands):

| | Gross Carrying value | Accumulated amortization | Net Carrying value |
|---|---|---|---|
| December 31, 2020 | | | |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
| | $ 26,980 | $ (23,100) | $ 3,880 |
| December 31, 2021 | | | |
| Technology license | $ 3,880 | $ - | $ 3,880 |
| Patents | 23,100 | (23,100) | - |
| | $ 26,980 | $ (23,100) | $ 3,880 |

The technology license is related to the butadiene extraction process at the Port Neches facility, which was shut down indefinitely due to the explosion incident on November 27, 2019 (see Note J *Port Neches Incident*). Our current position is that it is more likely than not that this licensed process will be used in the future, so we do not consider the carrying value of the intangible to be impaired. If future facts and/or circumstances indicate an impairment of the carrying value of this asset, we will recognize an impairment charge. Patents were fully amortized as of December 31, 2020.

*Other Assets*

Other assets, as of the dates presented, were as follows (in thousands):

| | | December 31, | | |
| --- | --- | --- | --- | --- |
| | | 2021 | | 2020 |
| Deferred turnaround costs | $ | 33,229 | $ | 40,308 |
| Catalyst and solvent costs | | 12,129 | | 13,693 |
| Other deferred charges | | 10,163 | | 1,849 |
| | $ | 55,521 | $ | 55,850 |

The decrease in deferred turnaround costs primarily represents spend (net of amortization) for the twelve months ended December 2021. In this instance, amortization outpaced spend on new turnarounds. The DH2 turnaround was one of the significant new turnarounds that occurred in 2020, and as a result helped fuel the increase in the account balance in 2020, however that balance has declined in 2021 due to amortization until the next turnaround which is planned for 2022.

The increase in other deferred charges relates to the BTP contract. Cash paid to BASF and TOTAL to fund the construction of the pipeline are accounted for as a deferred asset, which TPC will amortize over the life of the project once the pipeline becomes operational. Construction is due to be complete in 2022. These cash outlays are not treated as capital as TPC will not own the asset.

*Accrued Liabilities*

Accrued liabilities, as of the dates presented, were as follows (in thousands):

| | | December 31, | | |
| --- | --- | --- | --- | --- |
| | | 2021 | | 2020 |
| Accrued interest | $ | 43,917 | $ | 41,231 |
| Property and sales tax | | 14,154 | | 13,991 |
| Accrued payroll and benefits | | 10,705 | | 17,537 |
| Freeze related energy accrual | | 8,790 | | - |
| Accrued freight | | 7,974 | | 5,875 |
| Net pension liability | | 5,687 | | 8,493 |
| Other | | 3,229 | | 5,508 |
| | $ | 94,456 | $ | 92,635 |

As part of the Company's cash preservation measures due to COVID-19, incentive compensation payments for the year ended December 31, 2019 were deferred in 2020 and were paid in 2021 instead, thus leading to a decrease in accrued payroll and benefits. Actuarial gains and plan contributions reduced the net pension liability during 2021 versus 2020. Freeze related energy costs were incurred due to Winter Storm Uri in February 2021. Accrued interest was fairly consistent year over year and the slight increase largely reflects higher interest on the new 10.875% Notes. Interest on the $930 million principal amount of the 10.5% Notes is paid semiannually on February 1 and August 2.

**CONFIDENTIAL**

*Accrued Liabilities – Port Neches Incident*

Port Neches incident accrued liabilities, as of the dates presented, were as follows (in thousands):

|  | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Total of losses and costs recognized | $ 436,573 | $ 416,817 |
| Deferred gain on insurance | - | 36,694 |
| Invoices / settlements paid | (343,952) | (293,874) |
| Unpaid invoices included in payables | (758) | (12,507) |
| Asset write-offs | (56,956) | (56,868) |
|  | $ 34,907 | $ 90,262 |
|  |  |  |
| Accrued response / clean-up costs | $ 4,065 | $ 46,258 |
| Estimated claims liability | 30,842 | 44,004 |
|  | $ 34,907 | $ 90,262 |

The above reconciliation reflects $436.6 million and $416.8 million of losses and costs related to the Port Neches incident as of December 31, 2021 and December 31, 2020 respectively (see Note J *Port Neches Incident*). The reconciliation provides the main components of the accrued liability for each year. These amounts are shown on the accompanying consolidated balance sheet at December 31, 2021 and December 31, 2020.

For 2021, the amount of loss on the Port Neches incident, net of insurance recoveries, of $35.0 million showing on the Consolidated Statements of Operations and Comprehensive Loss is the total amount of additional losses and costs of $18.1 million incurred during the year plus an increase of $16.9 million in estimated insurance recovery as a result of lowering the probable recovery amount based on feedback from insurers. TPC still maintains a position that these costs are recoverable and will continue to pursue collection. The Consolidated Statements of Operations and Comprehensive Income (Loss) also reflects a $183.5 million gain on asset disposal related to the insurance recovery for the PNO assets.

For 2020, the amount of loss on the Port Neches incident, net of insurance recoveries, of $50.1 million showing on the Consolidated Statements of Operations and Comprehensive Loss is the total amount of additional losses and costs of $129.4 million incurred during the year less $56.0 million of insurance recoveries received related to 2020 losses and costs and probable insurance recoveries receivable of $23.3 million at December 31, 2020.

## NOTE G – SHORT-TERM DEBT

Our short-term financing arrangements at December 31, 2021 and December 31, 2020 included insurance premium financing. As of December 31, 2021, and December 31, 2020 we have $14.4 million and $13.1 million respectively of insurance premiums we financed through Aon Premium Finance LLC. The first down payment and the first installment were paid in July 2021 and the remainder is payable in monthly installments following the applicable renewal date through March of 2022.

**CONFIDENTIAL**

**NOTE H – LONG-TERM DEBT**

Outstanding debt as of the dates presented, was as follows (in thousands):

|  | December 31, 2021 | December 31, 2020 |
|---|---|---|
| 10.5% Notes | $ 930,000 | $ 930,000 |
| 10.875% Notes | 153,000 | - |
| New Term Loan | - | 70,000 |
| ABL | 114,000 | - |
| Unamortized discount on New Term Loan | - | (286) |
| Unamortized discount on Notes | (2,214) | - |
| Total long-term debt | 1,194,786 | 999,714 |
| Less: deferred financing costs | (13,258) | (14,393) |
| Long-term debt net of deferred financing costs | $ 1,181,528 | $ 985,321 |

Our financing arrangements at December 31, 2021 were comprised of the 10.5% Notes, the 10.875% Notes and the ABL. As of December 31, 2021, we were in compliance with all covenants set forth in the Indenture governing the 10.5% Notes, the 10.875% Notes and the credit agreement governing the ABL.

*New Term Loan*

On February 3, 2020, the Company and its subsidiaries entered into a credit agreement with funds managed by affiliates of Apollo Global Management, LLC, which provided for a delayed draw term loan of up to $70 million and a term of one-year.

Availability under the New Term Loan was limited to a maximum of four draws with a minimum of $5 million per draw.

Subject to certain exceptions, the Company's obligations with respect of the New Term Loan were secured by liens on and security interests in all collateral securing the 10.5% Notes, which liens and security interests ranked pari passu in priority and right of payment with those liens and security interests granted pursuant to the Indenture governing the 10.5% Notes. Interest payments were due quarterly in arrears.

On March 18, 2020, we drew on the facility and received $70.0 million less a 1% original issue discount fee. In May 2020 the lenders agreed to grant the Company the option to extend the maturity date to August 5, 2021. The Term Loan was classified as long-term debt as of December 31, 2020. This loan was repaid on February 2, 2021 with some of the proceeds received from issuance and sale of the 10.875% Notes.

*ABL*

TPCGI is the lead borrower under the ABL and certain domestic subsidiaries of TPCGI are co-borrowers (or may be designated co-borrowers) on a joint and several basis.

The ABL is composed of a $192.5 million revolving tranche (the ABL Revolver) and a $7.5 million "first-in-last-out" tranche (the ABL FILO). Commitments under the ABL FILO will be reduced, and commitments under the ABL Revolver equally and simultaneously increased, by $2.5 million on each of the first three anniversaries of the August 2019 amendment and restatement.

Availability under the ABL Revolver is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 85% of the value of eligible accounts receivable and (b) the lesser of (1) 80% of the value of eligible inventory and (2) 85% of the net orderly liquidation value of eligible inventory, of the borrowers under the facility at such time, less customary reserves. The ABL includes a sub-limit for letters of credit.

Availability under the ABL FILO is subject to a borrowing base. The borrowing base at any time will be equal to the sum of (a) 5% of the value of eligible accounts receivable and (b) 10% of the net orderly liquidation value of eligible inventory of the borrowers under the facility at such time, less customary reserves established from time to time to the extent not deducted in calculating availability under the ABL Revolver.

CONFIDENTIAL

As of December 31, 2021, we had $114 million of borrowings outstanding on the ABL and a $50 thousand letter of credit. The combined ABL Revolver and ABL FILO borrowing bases did not provide us with the ability to borrow additional funds as of that date.

The ABL Revolver commitments may be increased by an aggregate principal amount of not more than $150 million, subject only to the consent of the new or existing lenders providing such increases. The lenders under this facility are under no obligation to provide any such additional commitments, and any increase in commitments will be subject to customary conditions precedent. Notwithstanding any such increase in the facility size, TPCGI's ability to borrow under the facility will remain limited at all times by the borrowing base (to the extent the borrowing base is less than the commitments).

Loans under the ABL Revolver bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 1.75% (and may subsequently decrease to 1.50% or increase to 2.00% depending on average excess availability) and with respect to base rate borrowings will initially be 0.75% (and may subsequently decrease to 0.50% or increase to 1.00% depending on average excess availability).

Loans under the ABL FILO bear interest at a rate equal to, at the borrower's option, either (i) a LIBOR rate or (ii) a base rate equal to the highest of (a) the federal funds rate plus 0.50%, (b) Bank of America N.A.'s "prime rate" and (c) the one-month LIBOR rate plus 1%, plus, in either case, an applicable margin. The applicable margin with respect to LIBOR borrowings will initially be 3.00% (and may subsequently decrease to 2.75% or increase to 3.25% depending on average excess availability) and with respect to base rate borrowings will initially be 2.00% (and may subsequently decrease to 1.75% or increase to 2.25% depending on average excess availability).

The ABL provides for all applicable margins to be reduced by 0.25% during any fiscal quarter for which the Total Leverage Ratio, as defined in the ABL credit agreement, as of the last day of the immediately preceding fiscal quarter, is less than 5.0 to 1.0.

In addition to paying interest on outstanding principal under the ABL, TPCGI is required to pay a commitment fee at an initial rate of 0.500% per annum in respect of the unutilized commitments thereunder. The commitment fee rate subsequently may be reduced to 0.375% depending on the amount of excess availability under the ABL. TPCGI must also pay customary letter of credit fees and fronting fees for each letter of credit issued.

If, at any time, (i) an Event of Default is continuing or (ii) Excess Availability is less than the greater of (x) 12.5% of Availability and (y) $12.5 million, TPCGI shall comply with a minimum Fixed Charge Coverage Ratio for the most recent period of four consecutive fiscal quarters of at least 1.0 to 1.0. Such requirement shall continue until the date that no Event of Default exists, and Excess Availability shall have been not less than the greater of (x) 12.5% of Availability and (y) $12.5 million for a period of 21 consecutive calendar days.

If at any time the aggregate amount of loans and letters of credit outstanding under either the ABL Revolver or under the ABL FILO exceeds the lesser of (a) the applicable total commitments and (b) the applicable borrowing base, TPCGI will be required to prepay loans outstanding and/or cash collateralize outstanding letters of credit in an aggregate amount equal to the amount of any such excess, without any reduction of the commitments. Under certain circumstances, if the aggregate amount available under the ABL is less than the greater of (1) 12.5% of the lesser of (i) the total commitments under such facility and (ii) the borrowing base and (2) $12.5 million for 5 consecutive business days, or if certain defaults occur, all collateral proceeds collected through the cash management system in favor of the collateral agent will be swept to a collection account and applied daily to repay outstanding loans and cash collateralize letters of credit under the ABL.

TPCGI may voluntarily repay loans outstanding under the ABL Revolver and under the ABL FILO at any time without premium or penalty other than customary "breakage" costs with respect to LIBOR loans. All outstanding loans under the ABL Revolver must be repaid before any loans outstanding under the ABL FILO may be repaid. Any subsequent borrowings under the ABL would be made first under the ABL FILO (subject to availability) and next under the ABL Revolver (subject to availability). We may elect at any time to reduce the unutilized portion of the commitment amount under the ABL. We may elect at any time to terminate the ABL FILO commitments in full (but not in part) provided that 30 Day Excess Availability, as defined in the Credit Agreement and calculated on a pro forma basis, would not be less than the greater of (a) 17.5% of availability and (b) $25 million if the Fixed Charge Coverage Ratio is at least 1.0 to 1.0 or 30 Day Excess Availability would not be less than 22.5% of availability if the Fixed Charge Coverage Ratio is less than 1.0 to 1.0.

Pursuant to a Guarantee, dated as of August 2, 2019, among Parent, TPCGI, the other guarantors party thereto and Bank of America, N.A., as administrative agent and collateral agent, all obligations under the Senior Secured Asset-Based Revolving Credit Agreement are unconditionally guaranteed by substantially all existing and future, direct and indirect, wholly-owned material restricted

domestic subsidiaries of TPCGI, subject to certain exceptions, including, any applicable legal, regulatory or contractual constraints and to the requirement that such guarantee will not cause material adverse tax consequences.

The borrowers under the ABL are jointly and severally liable for all borrowings and other obligations thereunder. Pursuant to a Pledge and Security Agreement, dated as of August 2, 2019, among Parent, TPCGI, the subsidiary grantors and Bank of America, N.A., as administrative agent and collateral agent, and any additional borrowers that may become party thereto from time to time, such obligations and the guarantees of such obligations are secured, subject to permitted liens and other exceptions, by:

- a first-priority lien on the following:

    (a)    accounts receivable, including those arising from the sale of inventory and other goods and services (including related contracts and contract rights, inventory, tax refunds, cash and cash equivalents);

    (b)    inventory;

    (c)    intercompany notes and intellectual property and other intangible assets to the extent attached to or necessary to sell any of the foregoing;

    (d)    deposit and investment accounts (and all cash, checks and other negotiable instruments, funds and other evidences of payment held therein, but not any identifiable proceeds of Notes First Priority Collateral (as defined below));

    (e)    to the extent evidencing, governing, securing or otherwise related to any of the foregoing and the other Revolver First Priority Collateral (as defined below), all documents, general intangibles (excluding intellectual property), instruments, investment property (but not stock in subsidiaries or equity interest in any limited liability company or other entity constituting Notes First Priority Collateral), commercial tort claims, letters of credit, supporting obligations and letter of credit rights;

    (f)    all loans payable by a grantor to any other grantor to the extent made using proceeds of advances under the ABL Facility;

    (g)    books and records, documents, supporting obligations, chattel paper, instruments, payment intangibles and general intangibles relating to any of the foregoing; and

    (h)    all proceeds and products of any or all of the foregoing in whatever form received, in each case above subject to certain qualifications and exclusions (collectively, the "Revolver First Priority Collateral"); and

- a second-priority lien on assets not constituting Revolver First Priority Collateral subject to certain qualifications and exclusions (the "Notes First Priority Collateral").

The ABL contains a number of covenants that, among other things, limit or restrict, subject to certain exceptions, the ability of TPCGI and certain of its subsidiaries to:

- incur additional indebtedness;

- create liens;

- engage in mergers or consolidations;

- sell or transfer assets;

- pay dividends and distributions or repurchase its capital stock;

- make investments, loans or advances;

- prepay certain indebtedness;

- engage in certain transactions with affiliates;

- designate certain subsidiaries as restricted or unrestricted by the covenants; and

- change its lines of business.

In addition, at any time when an event of default is continuing or the aggregate amount available under the ABL is less than the greater of (a) 12.5% of the lesser of (1) the total commitments and (2) the borrowing base and (b) $12.5 million (or a lesser amount if a significant asset sale has occurred), TPCGI will be required to maintain a minimum fixed charge coverage ratio of 1.0:1.0.

The ABL also contains a customary "holding company" covenant that restricts Parent's ability to take certain actions and contains certain customary additional affirmative covenants, representations and warranties, conditions to making loans, indemnification provisions and events of default, including (subject in certain cases to customary grace and cure periods) material inaccuracy of representations, non-payment of obligations under the ABL, violation of affirmative and negative covenants, non-payment or acceleration of other material debt, judgment defaults, bankruptcy, ERISA defaults, invalidity of the credit documents (or the assertion by Parent or a borrower of any such invalidity), change of control and loss of lien perfection or priority.

On February 2, 2021, the ABL Facility was amended to permit the Company to issue the 10.875% Notes and to make certain changes in the amounts of permitted debt the Company can incur and permitted investments the Company can make.

*10.5% Notes*

The 10.5% Notes are due August 1, 2024 and interest will be paid semi-annually in arrears on February 1 and August 1.

*Indenture Governing the 10.5% Notes*

On August 2, 2019, TPCGI and the guarantors entered into the Indenture, dated as of August 02, 2019, with U.S. Bank National Association, as trustee and collateral agent, for the Notes (the "10.5% Indenture").

The 10.5% Notes are guaranteed by all of TPCGI's existing or future direct and indirect domestic subsidiaries other than certain excluded subsidiaries (the "guarantors") that guarantee obligations under the ABL.

The 10.5% Notes are TPCGI's and the guarantees are the guarantors' senior secured obligations and rank senior in right of payment to all of TPCGI's and the guarantors' future debt that is expressly subordinated in right of payment to the 10.5% Notes and rank equally in right of payment with all TPCGI's and the guarantors' existing and future liabilities that are not so subordinated, including the ABL. The 10.5% Notes and the guarantees are structurally subordinated to all existing and future liabilities and preferred stock of any of its subsidiaries that do not guarantee the 10.5% Notes effectively senior to TPCGI's and the guarantors' indebtedness that is unsecured or that is secured by junior liens to the extent of the value of the assets securing the 10.5% Notes and the guarantees, and effectively junior to TPCGI's ABL to the extent of the value of the assets that secure TPCGI's ABL on a first-priority basis.

The 10.5% Notes and the guarantees are secured on a first-priority basis by substantially all of TPCGI's and the guarantors' assets (in each case, other than TPCGI's and the guarantors' assets that secure the ABL on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the 10.5% Notes and the guarantees are also secured on a second-priority basis by TPCGI's and the guarantors' assets that secure our ABL on a first-priority basis.

The 10.5% Notes became redeemable as of August 1, 2021 at the redemption prices specified in the 10.5% Indenture. The redemption price for the period from (and including) August 1, 2021 through July 31, 2022 is 107.875% and for the period from (and including) August 1, 2022 through July 31, 2023 is 103.938%. The 10.5% Notes become redeemable at par as of August 1, 2023. Unless otherwise redeemed, upon the occurrence of certain events constituting a change of control, TPCGI may be required to make an offer to repurchase the 10.5% Notes at a price equal to 101% of their aggregate principal amount, plus accrued and unpaid interest, if any. In addition, at any time prior to August 1, 2021, TPCGI may redeem, subject to certain conditions, up to 35% of the 10.5% Notes at a redemption price of 110.50% with the net cash proceeds from one or more equity offerings.

The 10.5% Indenture contains covenants limiting, among other things, TPCGI's ability and the ability of its restricted subsidiaries to (subject to certain exceptions):

- incur additional debt, issue disqualified stock or issue certain preferred stock;

- pay dividends on or make certain distributions and other restricted payments;

- create certain liens or encumbrances;

- sell assets;

- enter into transactions with affiliates;

- limit ability of restricted subsidiaries to make payments to TPCGI;

- consolidate, merge, sell or otherwise dispose of all or substantially all of TPCGI's assets; and

- designate TPCGI's subsidiaries as unrestricted subsidiaries.

The 10.5% Indenture also provides for customary events of default (subject in certain cases to customary grace and cure periods), which include nonpayment, breach of covenants in the 10.5% Indenture, payment defaults or acceleration of other indebtedness, failure to pay certain judgments and certain events of bankruptcy and insolvency. Generally, if an event of default occurs, the Trustee or holders of at least 25% in principal amount of the then outstanding 10.5% Notes may declare the principal of and accrued but unpaid interest, including additional interest, on all the 10.5% Notes to be due and payable.

On February 2, 2021 we issued $153 million of 10.875% Senior Secured Notes and repaid the $70 million New Term Loan we had in place with Apollo Global Management to provide additional liquidity against any uncertainty around timing of future insurance recoveries, including business interruption recoveries, over the next year. In connection with the issuance of the 10.875% Notes, the 10.5% Indenture was amended by a Supplemental Indenture to permit the Company to issue the 10.875% Notes and to make certain other changes to certain covenants contained therein.

*10.875% Notes*

On February 2, 2021 TPCGI issued and sold $153 million aggregate principal amount of 10.875% Notes to certain holders of the 10.5% Notes. The 10.875% Notes are guaranteed on a senior unsecured basis by TPC Holdings, Inc. and on a senior secured basis by all of the Company's existing or future direct and indirect domestic subsidiaries, other than certain excluded subsidiaries (collectively, the "Subsidiary Guarantors").

The net proceeds from the offering were used to repay and terminate the $70 million New Term Loan, to pay all fees and expenses related to the transactions and for general corporate purposes. Interest on the 10.875% Notes began accruing on the issue date and is payable quarterly in arrears on February 1, May 1, August 1, and November 1 of each year, commencing on May 1, 2021. The 10.875 % Notes are effectively senior to all of the Company's and the Subsidiary Guarantors' existing and future unsecured indebtedness and the 10.5% Notes to the extent of the value of the 10.5% Notes collateral. The 10.5% Notes are effectively subordinated to the ABL Facility and the Company's and the Subsidiary Guarantors' existing and future indebtedness secured by assets or properties not constituting collateral securing the 10.5% Notes to the extent of the value of such assets and properties. The 10.875% Indenture contains certain covenants, agreements and events of default which are customary with respect to non-investment grade debt securities, including limitations on our ability to incur additional indebtedness, pay dividends on or make other distributions or repurchase our capital stock, make certain investments, enter into certain types of transactions with affiliates, create liens, sell certain assets or merge with or into other companies.

## NOTE I – REVENUE

We operate in two principal business segments, C4 Processing and Performance Products. The following table disaggregates revenue for each segment by major activity and by domestic and foreign.

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | 2019 |
| **Revenue by segment** | | | |
| C4 Processing | | | |
| Product sales | $ 764,038 | $ 382,557 | $ 889,744 |
| Process revenue | 2,699 | 2,228 | 6,208 |
| Terminalling revenue | 12,121 | 7,164 | 8,916 |
| Service fees | 4,264 | 2,386 | 5,818 |
| Shipping and handling | 11,349 | 12,846 | 11,518 |
| | $ 794,471 | $ 407,181 | $ 922,204 |
| | | | |
| Performance Products | | | |
| Product sales | 476,342 | 328,160 | 524,213 |
| Terminalling revenue | - | 75 | 150 |
| Shipping and handling | 18,233 | 15,974 | 18,359 |
| | $ 494,575 | $ 344,209 | $ 542,722 |
| | $ 1,289,046 | $ 751,390 | $ 1,464,926 |
| | | | |
| **Revenue by geographic location** | | | |
| United Sates | $ 1,237,060 | $ 711,818 | $ 1,341,470 |
| All foreign countries | 51,986 | 39,572 | 123,456 |
| | $ 1,289,046 | $ 751,390 | $ 1,464,926 |

## NOTE J – PORT NECHES INCIDENT

On November 27, 2019, our Port Neches facility suffered significant damage from a large explosion and subsequent series of fires, which resulted in the complete shutdown of the facility.

Multiple federal, state and local government agencies responded to and are continuing to investigate the incident and the Company is fully cooperating with each agency's respective investigations, assessments, and requests for information. The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million. The Company has appealed these citations. We strongly disagree with the characterization of some of the alleged violations as "willful." Mandatory settlement conferences took place August 5-6, and 19-20, 2021. The citations were not resolved, and OSHA filed its complaint on September 9, 2021. The proceeding has been bifurcated into two separate trials, the first of which will take place in Q4 2022 and the second of which will occur in Q1 2023.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management Compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an

investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

The Company quickly established a claims center to deal with and expedite community claims regarding evacuation expenses, damages to homes and other structures and debris removal. Nearly 19,000 evacuation claims have been processed and paid. Over 5,700 property claims have been resolved and approximately 1,400 additional eligible claims are pending action by the claimant in the claims process. The total amount of the estimates for these claims are reflected in the total cost of the incident on the financial statements. The Company also provided an emotional support hotline staffed by licensed professional counselors from Samaritan Counseling Center of Southeast Texas.

In addition to the property claims, approximately 190 private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 7,640 individual plaintiffs. Approximately 640 individual plaintiffs have cases pending in Jefferson County, Texas (some of which are duplicative with cases in the MDL) which have not yet been non-suited or abated. Additionally, more than 820 properties are the subject of litigation as a result of subrogation claims filed by insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. A hearing on class certification is not expected before the second half of 2022 at the earliest.

Four different sets of insurance policies in effect at the time of the incident provide coverage for costs and losses incurred as a result of the Port Neches incident.

On an event to date basis as of December 2021, TPC has incurred a loss amount of $436.6 million associated with the PNO Event. This amount consists of both response related costs and associated write offs. TPC anticipates recovering $259.6 million of this loss through insurance proceeds to be paid directly to the Company. The estimate is subject to change as claims are evaluated. As of December 31, 2021, we have collected $537.6 million dollars of insurance proceeds and have paid out $342.3 million. Information received in the fourth quarter of 2021 that categorizes the proceeds and assurance that this amount is a floor amount, allowed a reclassification of proceeds from a Deferred Gain to a Recognized Gain. The gain is due to the recoverable value of assets being more than the book value.

The following table summarizes the PNO Event spend and reimbursements, event to date, as of December 31, 2021 (in millions):

| Insurance Policies | Loss Amount | Anticipated Recovery | Net Loss | Proceeds Collected | GAIN | BI | Invoices Paid |
|---|---|---|---|---|---|---|---|
| Property/Business Interuption (BI) (1)(2) | $ 129.1 | $ 93.8 | $ 35.3 | $ 376.6 | $ 183.5 | $ 99.7 | $ 94.3 |
| Liability | 164.3 | 100.0 | 64.3 | 100.0 | - | - | 133.4 |
| Defense | 60.2 | 35.2 | 25.0 | 35.2 | - | - | 59.3 |
| Pollution | 51.5 | 25.0 | 26.5 | 25.0 | - | - | 50.5 |
| Inventory | 6.6 | 5.6 | 1.0 | 2.5 | - | - | - |
| Not Recoverable (3) | 24.9 | - | 24.9 | - | - | - | 6.5 |
| Total | $ 436.6 | $ 259.6 | $ 177.0 | $ 539.3 | $ 183.5 | $ 99.7 | $ 344.0 |

(1) Includes $1.7 million paid to 3rd party.
(2) Includes asset write-offs of $34.4 million
(3) Includes turnaround amortization write-off of $18.8 million

*Property/Business Interruption Policies*

Our quota-share property and business interruption policies provide up to $850.0 million of coverage. The deductible is $10.0

million, with varying coverage sub-limits for certain categories of costs, as well as a 45-day waiting period before qualifying for business interruption coverage. As of December 31, 2021, we have incurred a cumulative loss amount of $129.1 million which includes asset write-offs of $34.4 million. We have paid $94.3 million of invoices related to this policy. We have directly collected $374.9 million and had another $1.7 million paid on our behalf to a third party under these policies, of which $99.7 million has been identified as business interruption coverage and $275.2 million as property loss coverage which includes a gain of $183.5 million on assets where recoverable value is greater than book value. Reimbursable costs under this policy recorded in 2019 and 2020 were $52.4 million and $58.8 million, respectively. In 2021, reimbursable costs were reduced by $17.4 million due to a change in accounting estimate for probable insurance proceed recovery. This change was based on proposed adjustments from insurance carriers for which we have supported positions that counter their assessment. We currently estimate that $93.8 million will be recoverable under this policy for property losses.

*Liability/Defense Policies*

Our commercial general liability policies have provided $100.0 million to cover third-party claims after our $5.0 million self-insurance retention amount. These policies also provide coverage in addition to the $100 million coverage limit for defense costs related to third-party claims. As of December 31, 2021, we have accrued third-party claim amounts of $164.3 million, have paid $133.4 million of these claims and have collected $100.0 million of related insurance proceeds. The defense costs total $60.2 million and we have collected $35.2 million of this amount. This is the total that we anticipate collecting for defense costs. Costs recorded under these policies in 2019 were $161.8 million for liability claims and $14.2 million for defense costs. In 2020 additional amounts were incurred for claims of $3.1 million and for defense costs of $35.6 million. During 2021, liability claims have been reduced by $0.7 million with additional $10.3 million in defense costs incurred. To date we have paid $59.3 million of these defense cost amounts.

*Environmental/Pollution Policies*

Our pollution policy provides $25.0 million of coverage above a $1.0 million deductible. As of December 31, 2021, we have incurred and paid $51.5 million of costs, paid $50.5 million of those costs and have collected the full $25.0 million of coverage under this policy. We incurred $23.1 million, $28.0 million and $0.4 million of these costs in 2019, 2020 and 2021, respectively.

*Inventory Policy*

We are also pursuing a claim under our Marine Cargo/Inventory policy. This policy provides up to $35.0 million of coverage with a $50 thousand deductible. The book value of the process materials destroyed during the event is $3.8 million. We are also pursuing recovery of another $2.8 million in logistics costs under this policy. We expect to recover the fair market value at the time of the event on these materials which is estimated to be $4.5 million plus the logistics costs of another $1.1 million.

*Not Recoverable*

Costs that we will not recover from insurance include turnaround amortization, fines, excluded incident response costs, certain consulting and legal costs as well as any costs that may exceed various applicable sub-limits within the policies and any costs that exceed the policy coverage limits.

**NOTE K – COVID-19 EXPENSES**

The $0.7 million and $1.9 million of COVID-19 expenses at December 31, 2021 and December 31, 2020 respectively relate to costs incurred as a result of precautionary measures taken by the Company to prevent the spread of COVID-19 at TPC sites. The costs include protective gear for employees, increased sanitation of TPC sites, and enhancements to workspaces to promote safety.

**NOTE L – FAIR VALUE**

Within the framework for measuring fair value, ASC 820, *Fair Value Measurements and Disclosures*, establishes a fair value hierarchy, which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. The standard defines the three levels of inputs used to measure fair value as follows:

- Level 1: Inputs are unadjusted quoted prices for identical assets or liabilities in active markets, which primarily consist of financial instruments, traded on exchange or futures markets.

- Level 2: Inputs are other than quoted prices in active markets (included in Level 1), which are directly or indirectly observable as of the financial reporting date, including derivative instruments transacted primarily in over-the-counter markets.

- Level 3: Unobservable inputs, which include inputs derived through extrapolation or interpolation that cannot be corroborated by observable market data.

As of December 31, 2021, and 2020, we had no outstanding assets or liabilities measured at fair value on a recurring basis except for the fair value of our pension plan assets and short-term investments which were measured using Level 1 and Level 3 inputs.

**NOTE M – INCOME TAXES**

The significant components of deferred tax assets and liabilities are shown below as of the dates presented (in thousands):

|  | December 31, | | |
|  | 2021 | | 2020 |
|---|---|---|---|
| Deferred tax assets: |  |  |  |
| Loss and credit carryforwards | $ 74,243 | $ | 94,580 |
| Disallowed interest | 61,149 |  | 47,761 |
| Accrued and other expenses | 5,325 |  | 8,648 |
| Inventory | 2,414 |  | 2,678 |
| Total deferred tax assets | 143,131 |  | 153,667 |
| Less: Valuation allowance | (24,971) |  | (27,703) |
| Deferred tax assets less valuation allowance | $ 118,160 | $ | 125,964 |
| Deferred tax liabilities: |  |  |  |
| Property, plant and equipment | $ (99,216) | $ | (101,651) |
| Insurance proceeds receivable | (6,434) |  | (10,610) |
| Deferred turnaround costs | (7,026) |  | (8,512) |
| Prepaid expenses | (4,696) |  | (4,462) |
| Intangible assets | (788) |  | (729) |
| Total deferred tax liabilities | (118,160) |  | (125,964) |
| Net deferred tax liability | $ - | $ | - |

We analyze both positive and negative evidence available to us to provide a reasonable basis for us to assess the realizability of our deferred tax assets. ASC 740 "Accounting for Income Taxes" requires that a valuation allowance be established for a deferred tax asset if it is more likely than not that the related tax benefit will not be realized. Realization of deferred tax assets depends on the existence of sufficient taxable income of the appropriate character within the carryback and carryforward period available under the tax law. Our assessment of the realizability of our deferred tax assets considered the following four sources of future taxable income:

- Future reversal of existing temporary differences;
- Future taxable income exclusive of reversing temporary differences and carryforwards;
- Taxable income in prior carryback years; and
- Tax planning strategies.

Reversal of exiting taxable temporary differences existing at December 31, 2021 would not generate sufficient taxable income to utilize our deferred tax assets as of that date as we were in a net deferred tax asset position of $25.0 million.

Regarding future taxable income, we considered our annual net operating losses since 2014 and the uncertainty of sufficient future taxable income to be objective evidence that is it more likely than not that the benefit of our deferred tax assets will not be fully realized.

We have no taxable income in carryback periods and do not have tax planning strategies that provide positive evidence that our deferred tax assets will be realized.

As a result of our analysis we have concluded that it is more likely than not that we will not realize the full benefit of our deferred tax assets and have therefore established a deferred tax asset valuation allowance of $25.0 million at December 31, 2021.

The primary components of our deferred tax assets at December 31, 2021 were $74.2 million related to net operating losses and credit carryforwards and $61.1 million related to the amount of temporarily disallowed interest deductions. Our cumulative pretax net operating losses of $337.0 million consisted of $281.0 million of pre-2018 net operating losses and post-2017 pretax net operating losses of $56.0 million. Pretax disallowed interest deductions for 2021, 2020 and 2019 were $47.8 million, $85.4 million, and $101.7 million, respectively. All pre-2018 net operating losses have a 20-year carryforward period and can be used to offset up to 100% of future taxable income in any year. All post-2017 net operating losses and disallowed interest deductions can be carried forward indefinitely; however, the use of post-2017 net operating losses will be limited to 80% of future taxable income in any year.

Our deferred tax liabilities consist primarily of the tax effect of temporary differences between the book and tax basis of property plant and equipment, due to cumulative differences between book and tax depreciation, and the tax effect of cumulative differences between book and tax treatment of insurance proceeds in 2019, 2020 and 2021 related to the Port Neches incident.

Our net taxable income for 2021 was $106.8 million, which reflects our pretax book income of $18.6 million which was increased by taxable temporary differences of $19.9 million related to differences in book and tax treatment of insurance proceeds related to the Port Neches incident and disallowed interest expense of $47.8 million. The pretax book income reflects the significant gain recognized on insurance proceeds received from the Port Neches incident.

We have conducted an evaluation of tax positions taken on previous tax returns. Based on that evaluation, we concluded that it is more likely than not, based on the technical merits of our tax positions, that we are entitled to the economic benefits resulting from positions taken on our tax returns. Consequently, we have not recorded any liabilities related to uncertain tax positions and have not reversed any benefits previously recognized. Therefore, we have not recognized any interest or penalties related to uncertain tax positions.

We file a consolidated federal income tax return and state tax returns in Texas and Louisiana.

IRS audits of 2011, 2012 and 2013 were concluded during 2015 and by letter dated July 1, 2015, we were notified by the IRS that no changes would be needed to the tax returns filed for those years. All years subsequent to 2013 remain open for examination and we have not been notified by the IRS of any impending examinations.

In 2012, the Texas Comptroller of Public Accounts completed franchise tax audits for the fiscal years ended June 30, 2007, 2008 and 2009. Based on the results of those audits, the Texas Comptroller of Public Accounts and the Company reached a settlement pursuant to which the Company paid a total of $0.3 million in additional taxes and interest related to the three years covered by the audit. All years subsequent to fiscal 2009 remain open for examination and we have not been notified by the Texas Comptroller of Public Accounts of any impending examinations.

Our income tax benefit was comprised of the following for the periods presented (in thousands):

|  | Year Ended December 31, | | |
|  | 2021 | 2020 | 2019 |
| --- | --- | --- | --- |
| Current: | | | |
| Federal | $ - | $ (2,079) | $ (2,079) |
| State | 1,457 | (71) | 494 |
| Deferred | | | |
| Federal | 2,203 | (41,214) | (8,936) |
| State | 130 | (84) | 283 |
| Valuation allowance | (2,738) | 27,703 | - |
| Income tax expense (benefit) | $ 1,052 | $ (15,745) | $ (10,238) |

**CONFIDENTIAL**

The provision for income taxes differs from the amount computed by applying the statutory federal income tax rate to income before income taxes.   The reasons for this difference are as follows for the periods presented (in thousands):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2021 | 2020 | 2019 |
| Income (loss) before income taxes | $ 18,589 | $ (203,909) | $ (51,729) |
| Statutory federal income tax rate | 21% | 21% | 21% |
| Computed "expected" federal income tax benefit | 3,904 | (42,821) | (10,863) |
| Increase (decrease) in tax resulting from: |  |  |  |
| Credit for increasing research and development activities | (1,376) | (305) | (150) |
| State tax, net of federal benefit | 1,254 | (122) | 614 |
| Other, net | 8 | (200) | 161 |
| Valuation allowance | (2,738) | 27,703 | - |
| Total income tax expense (benefit) | $ 1,052 | $ (15,745) | $ (10,238) |

## NOTE N – SUPPLEMENTAL DISLOSURES OF CASH FLOW INFORMATION

Cash paid (received) for interest and taxes, for the periods presented, were as follows (in thousands):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2021 | 2020 | 2019 |
| Interest payments, net | $ 110,149 | $ 104,245 | $ 52,099 |
| Income tax payments (refunds), net | 25 | (1,662) | (1,912) |

## NOTE O – COMMITMENTS AND CONTINGENCIES

We lease office space, dock space, tank cars, barges, tugboats and various types of equipment under non-cancelable operating leases expiring on various dates through December 2033.   The future minimum lease payments under non-cancelable operating leases, typically in excess of one year, at December 31, 2021 consisted of the following (in thousands):

| | |
|---|---|
| 2022 | $ 40,558 |
| 2023 | 36,000 |
| 2024 | 29,163 |
| 2025 | 27,498 |
| 2026 | 23,764 |
| 2027 and thereafter | 76,203 |
| | $ 233,186 |

Rent expense included in operating expenses and general and administrative expenses was $20.5 million, $14.0 million and $13.7 million for 2021, 2020 and 2019, respectively.   Rent expense included in cost of sales was $62.1 million, $61.1 million and $53.6 million for 2021, 2020 and 2019, respectively.

1. *Purchase Commitments*

We have purchase commitments incident to the ordinary conduct of business.   The prices of such purchase commitments are based on indices, which are determined from the prevailing market rates for the associated products.   These commitments generally

have provisions permitting cancellation upon satisfaction of notification requirements.

**2.** *Legal Matters*

From time to time, we are party to routine litigation incidental to the normal course of our business, consisting primarily of claims for personal injury or exposure to our chemical products or feedstocks, and environmental matters. We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not be material to our financial condition, results of operations or cash flows. We record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of litigation. Many of the personal injury or product exposure lawsuits to which we are a party are covered by insurance subject to certain self-insured retention amounts.

Our contractual arrangements with our customers and suppliers are typically very complicated and can include, for example, complex index-based pricing formulas that determine the price for our feedstocks or finished products. Due to the complicated nature of our contractual arrangements, we can, from time to time, be involved in disputes with our customers and suppliers regarding the interpretation of these contracts, including the index-based pricing formulas. These disputes occur in the normal course of our business, seldom result in actual formal litigation, and are typically resolved in the context of the broader commercial relationship that we have with the customer or supplier.

On December 10, 2020, the Company received a notice from a customer asserting a purported breach of the parties' MTBE sales agreement. The customer asserted that it had properly exercised the right of first refusal provided in the sales agreement and that the Company's subsequent agreement with another customer constituted a breach of the sales agreement. While the Company disputes the claim, the parties have reached a commercial resolution of the matter that includes a new supply agreement and release of claims.

As described above, we record reserves for contingencies when information available indicates that a loss is probable, and the amount of the loss is reasonably estimable. Management's judgment may prove materially inaccurate, and such judgment is subject to the uncertainty of the dispute resolution or litigation process. As of December 31, 2021, we have not recognized any material reserves related to unresolved disputes with customers and suppliers.

In addition to the property claims, approximately 190 private party lawsuits, including five class actions, are pending in Texas state court related to the incident. The petitions allege a variety of claims including negligence, gross negligence, nuisance, and trespass. Limited discovery has taken place. The multidistrict litigation panel granted the Company's motion to transfer the Texas state court cases to one pre-trial court to limit inconsistent rulings and excessive and duplicative discovery. The panel has designated the 128th District Court of Orange County as the pre-trial court to be assigned the cases. Per the Court's instructions, plaintiffs are to file short-form petitions in the MDL proceeding, which currently includes approximately 7,640 individual plaintiffs. Approximately 640 individual plaintiffs have cases pending in Jefferson County, Texas (some of which are duplicative with cases in the MDL) which have not yet been non-suited or abated. Additionally, more than 820 properties are the subject of litigation as a result of subrogation claims filed by insurance companies. The Court has been conducting monthly status conferences. The Court entered a Case Management Order on November 17, 2020 setting a schedule and parameters for discovery. That schedule is no longer in effect, and a revised schedule will likely be entered in 2022 because the plaintiffs have filed amended master petitions in Q2 and Q3 2021 adding additional defendants and many of those additional defendants have either moved to dismiss the claims against them or filed jurisdictional challenges. A hearing on class certification is not expected before the second half of 2022 at the earliest.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code, pertaining to the November 2019 incident at our Port Neches plant. The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019. Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident. The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act. The requests seek information about the incident as well as the Company's Risk Management compliance program at both the Port Neches and Houston facilities. Such requests are typically the first step in EPA enforcement. Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident. We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

Because these lawsuits, which we intend to vigorously defend, are in their early stages, we are unable to determine if a loss is probable or estimate the amount or range of potential loss and therefore have not established any reserves, but we believe the amounts

involved may be material.

Beyond the matters in active litigation, the Company has received other claims and demands, through its formal claims process and otherwise, from individuals, companies, and insurers claiming damages as a result of the incident. The Company is in the process of reviewing these claims. It is possible some of these claims may result in additional litigation.

**3.** *Environmental and Safety Matters*

Our Company is subject to federal, state, local and foreign laws, regulations, rules and ordinances from various governing agencies that regulate human health, safety, security and the environment. These include, for example:

- The federal Resource Conservation and Recovery Act ("RCRA") and comparable state laws that impose requirements for the generation, handling, transportation, treatment, storage, disposal and cleanup of waste from our facilities.

- The federal Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") also known as "Superfund," and comparable state laws that regulate the cleanup of hazardous substances that may have been released at properties currently or previously owned or operated by us or locations to which we have sent waste for disposal.

  - Under CERCLA and comparable State of Texas Laws, at this time TPC has not identified any liability of material significance for previously disposed substances and wastes, or for remediation of contaminated property to prevent future contamination.

- The federal Clean Water Act ("CWA") and analogous state laws and regulations that impose detailed permit requirements and strict controls on discharges of wastewater from our facilities.

- The federal Clean Air Act ("CAA") and comparable state laws and regulations that impose obligations related to air emissions, including federal and state laws and regulations that recently took effect or are currently under development to address greenhouse gas ("GHG") emissions.

  - At this time, we anticipate that the Environmental Protection Agency's ("EPA") recently adopted Boiler Maximum Achievable Control Technology ("MACT") regulation package will only require the Company to implement work practices, recordkeeping, and reporting, and will not require any substantial capital investments.

  - Regarding GHG emission requirements, the Company is subject to annual reporting of emissions and to air permitting for projects but currently is not subject to any other requirements.

  - Air quality standards intended to protect the environment, including the National Ambient Air Quality Standards ("NAAQS") promulgated by the EPA to address ambient air quality concerns, continue to evolve. The federal CAA requires that the EPA periodically review the science upon which the NAAQS are based and the standards themselves. As a result of this review, the EPA has in recent years lowered certain NAAQS, including the standards for sulfur dioxide, ozone and particulate matter, and may do so again in the future, for these or other pollutants. Changes to the NAAQS may increase the cost of our operations, require the installation of emissions controls, or reduce or delay available business opportunities.

- Chemical product safety regulation including the federal Toxic Substances Control Act ("TSCA") and the Emergency Planning and Community Right-to-Know Act ("EPCRA") that impose notification, reporting, record-keeping and testing requirements, and restrictions relating to chemical substances and/or mixtures as well as certain reporting on the storage, use and releases of hazardous chemicals to federal, state, and local governments.

  - TSCA reform legislation was enacted in June 2016, expanding EPA's authority to review and regulate new and existing chemicals. EPA's implementation of this legislation may increase the cost of our operations, require changes to our supply chain and logistics practices or delay available business opportunities.

  - Similar compliance laws related to chemical product safety in jurisdictions outside the United States where our products are distributed such as the European Union's regulatory framework concerning the Registration, Evaluation and Authorization of Chemicals (known as REACH), may increase the cost of our operations, require changes to our supply chain and logistics practices or delay available business opportunities.

  - In June 2013, the EPA finalized its second list of chemicals subject to its Endocrine Disruptor Screening Program ("EDSP") and included MTBE, a major product for the Company, in this final list. EPA will issue test orders to

manufacturers of MTBE at some time in the future, at which time TPC will be required to embark on an initial two-year test program along with other MTBE manufacturers.  TPC has joined a consortium with the other major manufacturers of MTBE to manage the test program and share costs.  Based on the results of the initial testing to determine if MTBE exhibits endocrine disrupting properties, EPA may decide some years in the future to include MTBE in a second round of tests to evaluate MTBE's potency as a potential endocrine disruptor.

- The Occupational Safety and Health Act and comparable state statutes, laws and regulations including OSHA's Process Safety Management standard which imposes requirements on regulated entities relating to the management of hazards associated with highly hazardous chemicals.

  - The Company expects to incur capital expenditures in the future as part of our ongoing baseline capital expenditure program to address the findings of ongoing process hazard assessments, including expenditures to upgrade equipment and instrumentation.

- United States Department of Homeland Security's Marine Transportation Security Act ("MTSA") which establishes standards for security at marine-based chemical facilities.

We are committed to maintaining compliance with applicable environmental, health, safety (including process safety) and security ("EHS&S") legal requirements, and we have developed policies and management systems intended to identify the various EHS&S legal requirements applicable to our operations and facilities.  We work to enhance and assure compliance with applicable requirements, ensure the safety of our employees, contractors, community neighbors and customers, and minimize the generation of wastes, the emission of air contaminants and the discharge of pollutants.  These EHS&S management systems also serve to foster efficiency and improvement and to reduce operating risks.

In the ordinary course of business, we undertake frequent environmental inspections and monitoring and are sometimes subject to investigations by governmental authorities.  In addition, our production facilities require a number of environmental permits and authorizations that are subject to renewal, modification and, in certain circumstances, revocation.  Actual or alleged violations of environmental laws or permit requirements or the discovery of releases of hazardous substances at or from our facilities could result in restrictions or prohibitions on plant operations, significant remedial expenditures, substantial civil or criminal sanctions, as well as, under some environmental laws, the assessment of strict and/or joint and several liability.  Moreover, changes in environmental regulations or the terms of our environmental permits could inhibit or interrupt our operations or require us to modify our facilities or operations.  Accordingly, environmental or regulatory matters may cause us to incur significant unanticipated losses, costs or liabilities.

The Company has agreed to indemnify third parties for environmental and other liabilities pursuant to various agreements, including asset divestiture agreements and leases.  Many of these obligations contain monetary and/or time limitations, but others do not provide for those limitations.  The Company is not aware of any probable and reasonably estimable losses associated with any of these obligations.

Multiple federal, state and local government agencies responded to and are continuing to investigate the 2019 Port Neches incident.  The Company is fully cooperating with each agency's respective investigations, assessments, and requests for information.  The Occupational Safety and Health Administration (OSHA) initiated its inspection of the November 2019 incident at our Port Neches plant in December 2019. OSHA completed its inspection and issued citations on May 26, 2020, including ten serious citations and three willful citations with total proposed penalties of approximately $0.5 million.  The Company has appealed these citations.  We strongly disagree with the characterization of some of the alleged violations as "willful."  Mandatory settlement conferences took place August 5-6, and 19-20, 2021.  The citations were not resolved, and OSHA filed its complaint on September 9, 2021.  The proceeding has been bifurcated into two separate trials, the first of which will take place in Q4 2022 and the second of which will occur in Q1 2023.

The Texas Attorney General has filed a lawsuit in state court in Austin against the Company for alleged violations of the Texas Clean Air Act and the Texas Water Code pertaining to the incident.  The lawsuit also includes claims arising from previously investigated emission events that occurred at the Port Neches facility from January 2018 through September 2019.  Although these events had been the subject of administrative settlements with TCEQ, the agency withdrew those settlements in the wake of the Port Neches incident.

The United States Environmental Protection Agency (EPA) is investigating the Company as a result of the 2019 incident.  The Company has been served with two separate information requests under Section 114 of the federal Clean Air Act.  The requests seek information about the incident as well as the Company's Risk Management compliance program at both the Port Neches and Houston facilities.  Such requests are typically the first step in EPA enforcement.  Separately, the Department of Justice is conducting an investigation in connection with the 2019 incident.  We anticipate that there likely will be additional enforcement matters, claims for cost recovery, and/or claims for natural resource damages from these and other similar agencies.

## NOTE P – EMPLOYEE BENEFITS

### 1. *Retirement Plan*

We sponsor a defined contribution plan that is available to all full-time employees on the date of hire. The plan allows employees to contribute up to 60% of their base compensation to a tax-deferred fund not to exceed $19,500 for 2021 and 2020 and $19,000 for 2019.

For non-represented employees, we match at the rate of one dollar for each dollar contributed by the employee up to 5% of the employee's annual earnings. Non-represented employees also participate in our discretionary plan which, based on business performance, may contribute up to 6% of the employee's annual earnings.

For represented employees, we match at a rate of one dollar for each dollar contributed by the employee up to 7% of the employee's annual earnings. Represented employees do not participate in the discretionary plan.

Company contributions for both non-represented and represented employees vest immediately.

Our expense to match employee contributions, including discretionary contributions, during the years ended December 31, 2021, 2020 and 2019 was $2.6 million, $2.0 million, and $5.6 million, respectively.

### 2. *Stock Compensation Plans*

On December 29, 2012, Parent adopted the 2012 Long-Term Incentive Plan (the "2012 Plan"), which permits it to grant awards of profit interests to certain of the Company's officers and employees, in the form of Class B Management Interests and Class C Management Interests ("Class B and Class C Interests," collectively). The Class B and Class C Interests under the 2012 Plan constitute performance-based awards, and the amount of payouts for these awards is based on the amount of distributable assets available upon the occurrence of an Exit Event (defined below) to the general and limited partners at the time of their disposal, distribution or sale of their ownership stake in the Company.

We utilized a Monte Carlo simulation model to estimate the grant date fair value of Class B and Class C Interests granted on December 29, 2012. The key factors that will create value in these awards include: (1) the year of the "Exit Event" (either an initial public offering or subsequent public offering of the equity of the Company, or the merger, consolidation, sale of interests or sale of the Company), (2) the probability that an Exit Event will occur in a particular year, which is based on management's assessment of when this is likely to occur, (3) the probability that the Exit Event will result in a sufficient return on invested capital to trigger a payout to the Class B and Class C Interests, (4) the risk-free interest rate, which is based on the U.S. Treasury yield curve in effect at the time of grant with maturities equal to the grant's expected life, and (5) the ultimate exit value of the Company, which was estimated using a Monte Carlo simulation.

As of December 31, 2012, based on the results of the Monte Carlo simulation, we determined that no Exit Event timing or valuation is more probable than any other and, therefore, were unable to determine a grant date fair value for the awards granted under the 2012 Plan and did not recognize any expense related to the awards in the year ended December 31, 2012. Additionally, there have been no changes in events or circumstances since that original assessment as of December 31, 2012 that allowed us to determine an Exit Event timing or valuation that is more probable than any other and, therefore, have been unable to determine a grant date fair value for any awards granted under the 2012 Plan. Consequently, we did not recognize any expense related to the awards for the years ended December 31, 2021, 2020 and 2019.

The Company will continue to review the assumptions used to assess value of the awards granted under the 2012 Long-Term Incentive Plan and if at any point in the future we are able to determine a probable timing or valuation of an Exit Event we will value the awards and recognize compensation expense.

### 3. *Defined Benefit Pension Plan*

We sponsor a cash balance plan (the "Cash Balance Plan") for the benefit of represented employees at the Port Neches facility. Participation in the Cash Balance Plan is subject to terms of negotiated contracts. For participating employees, the Cash Balance Plan benefit formula provides annual pay credits from 4% to 12% of eligible pay, depending on age and service, plus accrued interest. The plan's assets are maintained by trustees in separately managed portfolios consisting of equity and fixed income securities.

Provided below, as of and for the years ended, were the components of the changes in the benefit obligation and plan assets and a reconciliation of the funded status to the liabilities recognized in the consolidated balance sheets (in thousands):

| | December 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| **Change in benefit obligation:** | | |
| Benefit obligation at beginning of period | $ 18,207 | $ 22,647 |
| Service cost | 703 | 946 |
| Interest cost | 303 | 429 |
| Benefits paid | (2,752) | (6,231) |
| Actuarial loss | (671) | 1,119 |
| Plan amendments | - | (703) |
| Benefit obligation at end of period | 15,790 | 18,207 |
| **Change in plan assets:** | | |
| Fair value of plan assets at beginning of period | 9,714 | 14,777 |
| Actual return on plan assets | 654 | 317 |
| Employer contributions | 2,487 | 851 |
| Benefits paid | (2,752) | (6,231) |
| Fair value of plan assets at end of period | 10,103 | 9,714 |
| Unfunded status, end of period | $ (5,687) | $ (8,493) |
| **Reconciliation of accrued liability:** | | |
| Accrued liability at beginning of period | $ (2,529) | $ (367) |
| Net periodic pension cost for the period | (784) | (1,174) |
| Total one-time costs | (799) | (1,839) |
| Employer contributions | 2,487 | 851 |
| Accrued liability at end of period | (1,625) | (2,529) |
| Accumulated amounts recognized in OCI (before tax) | (4,062) | (5,964) |
| Net liability recognized in Consolidated Balance Sheets | $ (5,687) | $ (8,493) |

The net pension liability at both December 31, 2021 and 2020 were recorded in accrued liabilities.

On April 30, 2020, the Company terminated 68 employees as part of a Reduction in Force ("RIF") resulting from the Port Neches incident. The Cash Balance Plan was re-measured as of April 30, 2020 to reflect settlement accounting, retroactive plan amendments, and the RIF.

Two plan amendments were executed in 2020 and resulted in a $702.2 million decrease in the projected benefit obligation.

The one-time costs incurred of $1.8 million relate to the RIF and the resulting changes to the Cash Balance Plan. A curtailment gain of $0.5 million was triggered at the April 30, 2020 RIF when the Cash Balance Plan's expected future years of service decreased by 54%. Additionally, settlement accounting was triggered initially on April 30th when eligible employees elected a lump sum payment and the lump sum payouts from the Cash Balance Plan exceeded the expected sum of the plan's service cost and interest cost. Settlement accounting was triggered two more times in 2020, for total settlement charges of $2.4 million, and three times in 2021, for total settlement charges of $0.8 million.

CONFIDENTIAL

Provided below, for the periods presented, were the components of net pension expense (in thousands):

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2021 | | 2020 | | 2019 | |
| Components of net pension expense: | | | | | | |
| Service cost | $ | 703 | $ | 946 | $ | 1,006 |
| Interest cost | | 303 | | 429 | | 652 |
| Expected return on assets | | (603) | | (753) | | (681) |
| Amortization of prior service cost | | (47) | | (43) | | (35) |
| Amortization of net actuarial loss | | 428 | | 595 | | 443 |
| | $ | 784 | $ | 1,174 | $ | 1,385 |

The projected net pension expense for the year ending December 31, 2022 consists of the following components (in thousands):

| | | |
|---|---|---|
| Service cost | $ | 647 |
| Interest cost | | 340 |
| Expected return on assets | | (622) |
| Amortization of prior service costs | | (47) |
| Amortization of net actuarial loss | | 321 |
| | $ | 639 |

The following actuarial assumptions were used to determine benefit obligations as of the dates presented:

| | December 31, | |
|---|---|---|
| | 2021 | 2020 |
| Discount rate | 2.29% | 1.81% |
| Rate of compensation increase | 4.00% | 4.00% |

The following actuarial assumptions were used to determine net periodic benefit cost for the periods presented:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| Discount rate | 1.81% | 2.70% | 3.81% |
| Expected return on plan assets | 6.50% | 6.50% | 6.50% |
| Rate of compensation increase | 4.00% | 4.50% | 4.50% |

The measurement date for our Cash Balance Plan is as of the end of our fiscal year. Our Cash Balance Plan assets are managed by outside investment managers. Our investment strategy with respect to the Cash Balance Plan assets is to maximize returns while preserving principal. At December 31, 2021, Cash Balance Plan assets were invested 89.1% in equity mutual funds, 7.9% in fixed income mutual funds and 3.0% in cash equivalents. The expected return on assets assumption was determined based on the anticipated performance of the various asset classes in the Cash Balance Plan's portfolio.

The following table presents the Cash Balance Plan assets using the fair value hierarchy as of December 31, 2021. The fair value hierarchy has three levels based on the reliability of the inputs used to determine fair value. See Note L *Fair Value* for a brief description of the three levels under the fair value hierarchy.

CONFIDENTIAL

| Category | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Cash and equivalents | $ 304 | $ 304 | $ - | $ - |
| Mutual funds - equity | 8,999 | 8,999 | - | - |
| Mutual funds - fixed income | 800 | - | - | 800 |
| | $ 10,103 | $ 9,303 | $ - | $ 800 |

Provided below, for the periods presented, are benefit payments expected to be paid to eligible plan participants under our Cash Balance Plan (in thousands):

| | |
|---|---|
| 2022 | $ 1,933 |
| 2023 | 1,541 |
| 2024 | 533 |
| 2025 | 1,737 |
| 2026 | 1,281 |
| 2027 and thereafter | 7,444 |

## NOTE Q – CONCENTRATION RISKS

We had sales to customers outside the United States during years ended December 31, 2021, 2020 and 2019 of $52.0 million, $39.6 million and $123.5 million, respectively.   Our top five customers accounted for an aggregate of 51.0%, 47.2%, and 43.3% of our revenues for the years ended December 31, 2021, 2020 and 2019, respectively.

Sales to customers who accounted for at least 10% of our sales for the periods presented were as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| Trafigura Trading, LLC | 17% | 15% | * |
| Goodyear - SRI Global | 10% | * | 10% |
| Afton Chemical Corporation | * | 11% | * |
| Lukoil Pan Americas, LLC | * | * | 14% |

* Less than 10%

We perform ongoing credit evaluations of our customers and generally do not require collateral for accounts receivable. Historically, our credit losses have been minimal.

Customers who accounted for at least 10% of our accounts receivable balance, as of the dates presented were as follows:

| | December 31, | |
|---|---|---|
| | 2021 | 2020 |
| BASF TOTAL Petrochemicals LLC | 16% | * |
| Afton Chemical Corporation | 12% | 18% |
| Goodyear - SRI Global | 10% | 12% |

* Less than 10%

A small number of suppliers for our feedstocks account for a significant percentage of our feedstock purchases.  Our top five suppliers accounted for an aggregate of 62.5%, 65.6%, and 48.3% of our vendor feedstock purchases in the years ended December 31, 2021, 2020 and 2019, respectively.

CONFIDENTIAL

Some of the employees at our Port Neches facility are covered by collective bargaining agreements that expire on January 31, 2022. To the extent that we experience work stoppages in the future as a result of labor disagreements, a prolonged labor disturbance at one or more of our facilities could have a material adverse effect on our operations.

## NOTE R – SUBSEQUENT EVENTS

### *Forbearance Agreement*

On February 3, 2022, after missing approximately $53 million in total interest payments due on February 1, 2022 on the Company's secured notes, the Company entered into a forbearance agreement with a group representing nearly 90% of the Company's 10.875% Notes and approximately 80% of the Company's 10.5% Notes (the "Ad Hoc Group"). Under the forbearance agreement, the Ad Hoc Group agreed to forbear from exercising remedies relating to the event of default for the Company's failure to make the February 1 coupon payments within a 30-day grace period. The forbearance agreement is effective until April 18, 2022 and may be extended by the Ad Hoc Group.

In connection with the forbearance agreement, the Ad Hoc Group also agreed to provide the Company with approximately $52 million of additional liquidity in the form of a commitment to purchase additional 10.875% senior secured priming notes due 2024 (the "Additional Notes"). On March 2, 2022, the Company entered into a Note Purchase Agreement, by and among the Company, TPC Holdings, Inc. ("Holdings"), the subsidiary guarantors party thereto (the "Subsidiary Guarantors" and, together with Holdings, the "Guarantors") and the purchasers named therein, relating to the issuance and sale of $27,030,000 aggregate principal amount of the Company's additional 10.875% Senior Secured Notes due 2024. On March 11, 2022, the Company entered into a subsequent Note Purchase Agreement, by and among the Company, Holdings, the Subsidiary Guarantors, and the purchasers named therein, relating to the issuance and sale of $25,500,000 aggregate principal amount of the Company's additional 10.875% Senior Secured Notes due 2024. Proceeds from the sale of the Additional Notes will be used to support ongoing operations and to pay fees and expenses associated with the transaction.

Interest on the Additional Notes begins accruing on March 2, 2022, the issue date of the Additional Notes. Interest on the Notes accrues at a rate of 10.875% per year, payable quarterly in arrears on February 1, May 1, August 1 and November 1 of each year, commencing on May 1, 2022.

### *Credit Agreement Amendment*

On March 2, 2022, the Company entered into Amendment No. 2 (the "ABL Amendment") to Amended and Restated Credit Agreement, dated as of August 2, 2019 (the "Existing ABL Credit Agreement", as amended by Amendment No. 1, dated February 2, 2021, and the ABL Amendment, the "ABL Credit Agreement") among the Company, the other subsidiary borrowers party thereto, Holdings, the subsidiary guarantors party thereto, the lenders party thereto and Bank of America, N.A., as administrative agent. The ABL Amendment, among other things, amended certain covenants contained in the Existing ABL Credit Agreement to permit the incurrence of the Notes under the ABL Credit Agreement and to reflect certain other modifications.

### *Insurance Proceeds - Proof of Loss*

On March 8th, 2022 we executed an additional unallocated Proof of Loss for $35.0 million under our property and business interruption policies. As of the date of this filing, we have received $20.9 million and expect to receive the remainder of the proceeds by the end of April 2022.

**EXHIBIT 33**

# COLLATERAL AGENT JOINDER AGREEMENT

COLLATERAL AGENT JOINDER AGREEMENT NO. 2, dated as of February 2, 2021, (the "Joinder Agreement") to the INTERCREDITOR AGREEMENT, dated as of August 2, 2019 (the "Intercreditor Agreement"), among BANK OF AMERICA, N.A., acting in its capacity as administrative and collateral agent under the ABL Agreement (together with its successors and assigns in such capacity, the "ABL Representative") for the ABL Secured Parties, U.S. BANK NATIONAL ASSOCIATION, acting in its capacity as trustee and collateral agent (the "Existing Notes Representative") for the Notes Secured Parties, and TPC GROUP INC., a Delaware corporation ("TPC"), each other Grantor party thereto and each Notes Representative from time to time party thereto.

A.      Capitalized terms used herein but not otherwise defined herein shall have the meanings assigned to such terms in the Intercreditor Agreement.

B.      TPC proposes to issue or incur Notes Obligations and the Person identified in the signature pages hereto as the "Notes Representative" (the "Notes Representative") will serve as the collateral agent, collateral trustee or a similar representative for the additional secured parties in respect of the relevant Additional Debt.  The Notes Obligations are being designated as such by TPC in accordance with Section 10.5(b) of the Intercreditor Agreement.

C.      The Notes Representative wishes to become a party to the Intercreditor Agreement and to acquire and undertake the rights and obligations of a "Notes Representative" thereunder.  The Notes Representative is entering into this Joinder Agreement in accordance with the provisions of the Intercreditor Agreement in order to become a Notes Representative thereunder.

The Notes Representative and TPC agree as follows:

1.      Accession to the Intercreditor Agreement.  The Notes Representative (a) hereby accedes and becomes a party to the Intercreditor Agreement as a Notes Representative in respect of the relevant Additional Debt, (b) agrees to all the terms and provisions of the Intercreditor Agreement and (c) shall have all the rights and obligations of a Notes Representative under the Intercreditor Agreement.  From and after execution of this Joinder Agreement, the Additional Debt shall be Notes Obligations for all purposes under the Intercreditor Agreement. The Notes Representative has been designated as the Designated Notes Representative for purposes of the Intercreditor Agreement.

2.      Representations, Warranties and Acknowledgement of the Additional Collateral Agent.  The Notes Representative represents and warrants to each Notes Representative and ABL Representative that (a) it has full power and authority to enter into this Joinder Agreement, in its capacity as a Notes Representative and (b) this Joinder Agreement has been duly authorized, executed and delivered by it and constitutes its legal, valid and binding obligation, enforceable against it in accordance with the terms of this Joinder Agreement (subject to the effects of bankruptcy, insolvency or similar laws effecting creditors' rights generally and general equitable principles).

3.      Counterparts.  This Joinder Agreement may be executed in multiple counterparts, each of which shall constitute an original, but all of which when taken together shall constitute a single contract.  This Joinder Agreement shall become effective when the ABL Representative and each Notes Representative shall have received a counterpart of this Joinder Agreement that bears the signature of the Notes Representative.  Delivery of an executed signature page to this Joinder Agreement by facsimile or other electronic transmission shall be effective as delivery of a manually signed counterpart of this Joinder Agreement.

4.      Benefit of Agreement.  The agreements set forth herein or undertaken pursuant hereto

are for the benefit of, and may be enforced by, any party to the Intercreditor Agreement.

5.      Governing Law.   THIS JOINDER AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK.

6.      Severability.   In case any one or more of the provisions contained in this Joinder Agreement should be held invalid, illegal or unenforceable in any respect, none of the parties hereto shall be required to comply with such provision for so long as such provision is held to be invalid, illegal or unenforceable, but the validity, legality and enforceability of the remaining provisions contained herein and in the Intercreditor Agreement shall not in any way be affected or impaired.  The parties hereto shall endeavor in good-faith negotiations to replace the invalid, illegal or unenforceable provisions with valid provisions the economic effect of which comes as close as possible to that of the invalid, illegal or unenforceable provisions.

7.      Notices.   All communications and notices hereunder shall be in writing and given as provided in Section 10.9 of the Intercreditor Agreement.  All communications and notices hereunder to the Notes Representative shall be given to it at the address set forth under its signature hereto, which information supplements Section 10.9 of the Intercreditor Agreement.

8.      Expense Reimbursement.  The Grantors agree to reimburse each Notes Representative and the ABL Representative for their reasonable and documented out-of-pocket expenses in connection with this Joinder Agreement, including the reasonable fees, other charges and disbursements of counsel.

*[Signature Pages Follow]*

IN WITNESS WHEREOF, the Notes Representative and TPC have duly executed this Joinder Agreement to the Intercreditor Agreement as of the day and year first above written.

**U.S. BANK NATIONAL ASSOCIATION,**
as Notes Representative

By: _____
Name: Michael K. Herberger
Title: Vice President

Address for Notices:

U.S. Bank National Association
Global Corporate Trust Services
13737 Noel Road, Suite 800
Dallas, Texas 75240
Facsimile: (972) 581-1670

**TPC GROUP INC.**

By: _____

Name: Andrew Grygiel
Title: Vice President and Treasurer

**EXHIBIT 34**

<u>Designation Agreement and Officer's Certificate</u>

February 2, 2021

Pursuant to Section 10.5(b) of the Intercreditor Agreement, dated as of August 2, 2019 (as amended, amended and restated, supplemented or otherwise modified from time to time, the "<u>Intercreditor Agreement</u>"; capitalized terms used but not defined herein shall have the meanings given to such terms in the Intercreditor Agreement), among TPC Group Inc., a Delaware corporation (the "<u>Company</u>"), the other grantors party thereto, Bank of America, N.A., as the ABL Representative (as defined therein), U.S. Bank National Association, as the Existing Notes Representative (as defined therein), and in connection with (i) the Company's entry into the Indenture, dated as of February 2, 2021 (the "<u>Indenture</u>"), among the Company, the guarantors party thereto and U.S. Bank National Association, as trustee (in such capacity, the "<u>Trustee</u>") and as collateral agent (in such capacity, the "<u>Notes Collateral Agent</u>"), relating to the Company's $153,000,000 aggregate principal amount of 10.875% Senior Secured Notes due 2024 (the "<u>Notes</u>"); (ii) the Company's entry into the Pledge and Security Agreement, dated as of February 2, 2021 (the "<u>Security Agreement</u>"), among the Company, the other grantors party thereto and the Notes Collateral Agent, relating to the Notes; (iii) the designation of the Indenture as an "Additional Notes Agreement," as defined in, and for all purposes under, the Intercreditor Agreement; (iv) the designation of indebtedness of the Company in respect of the Indenture as "Additional Debt," as defined in, and for all purposes under, the Intercreditor Agreement and (v) the joinder of the Trustee and the Notes Collateral Agent, as a Notes Representative, to the Intercreditor Agreement pursuant to that certain Collateral Agent Joinder Agreement to be executed in connection with the Indenture (the "<u>Intercreditor Joinder</u>").

(I)     the Company hereby:

(a)  designates the Indenture as an "Additional Notes Agreement," as defined in, and for all purposes under, the Intercreditor Agreement;

(b)  designates the indebtedness of the Company and the Guarantors in respect of the Indenture and the other Notes Documents (including, without limitation all Secured Obligations (as defined in the Security Agreement)), as "Additional Debt" as defined in, and for all purposes under, the Intercreditor Agreement; and

(c)  designates the Security Agreement and each other "Security Document" (as defined in the Indenture) as a "Notes Security Document" as defined in, and for all purposes under, the Intercreditor Agreement.

(II) the undersigned Officer of the Company hereby certifies as follows:

(a)  incurrence of the Notes and the related Liens (including the priority thereof) is permitted pursuant to the terms of the ABL Agreement and the Notes Documents, and the obligations under the Notes are permitted by the ABL Agreement and the Notes Agreements to be subject to the provisions of the Intercreditor Agreement as Notes Obligations; and

(b)  the Company and the Notes Collateral Agent have executed the Intercreditor Joinder.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned has executed this Designation Agreement and Officer's Certificate as of the date first written above.

TPC GROUP INC.

By: _____
Name: Andrew Grygiel
Title: Vice President and Treasurer

**EXHIBIT 35**

| | |
|---|---|
| **From:** | Carras Holmstead <carras.holmstead@pgim.com> |
| **Sent:** | Tuesday, November 10, 2020 2:45 PM |
| **To:** | de Jong, Bart; Grygiel, Andrew; Hurt, Patrick A. |
| **Cc:** | Brian Clapp; Jake Kemeny; Stefanie Greer; Raval, Abhilash M.; Fleck, Casey |
| **Subject:** | ***External E-Mail*** Secured Notes Term Sheet |
| **Attachments:** | TPC-Secured Notes Term_Sheet (4834-0556-1553-4).docx |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and their e-mail address and know the content is safe.

Bart, Andrew and Patrick:

Attached is a high level term sheet we have prepared for TPC Group which will address both the Apollo term loan maturity and additional cash on the balance sheet. Please let us know when you would like to get on the phone to discuss and plan out next steps.

Thank you

-Carras

To learn about our privacy policies, please use this link to read PGIM Fixed Income's Privacy Notice

Senior Secured Notes
Term Sheet[1]

| | |
|---|---|
| Issuer:[2] | [TPC Newco, LLC], a wholly owned subsidiary of TPC Group, Inc. ("TPC Group")[3] |
| Issue: | Senior Secured Notes due 2024 ("New Secured Notes") |
| Principal Amount: | $[253.0] million |
| Purchase Price: | 100% |
| Use of Proceeds: | Refinance existing Apollo Term Loan ($70.0 million); Refinance $148.0 million of Existing Secured Notes owned by the Investors; Provide additional cash to balance sheet ($35.0 million) |
| Interest Rate: | The New Secured Notes will bear cash interest payable semi-annually, in arrears, at a rate equal to 9.5% per annum. [4] |
| Default Rate: | With respect to overdue principal and interest, the applicable interest rate plus 2.00% per annum. |
| Ranking: | The New Secured Notes will be senior secured obligations of the Issuer. |
| Guarantees: | The New Secured Notes will have guarantees (the "*Guarantees*") by guarantors (the "*Guarantors*") similar to the TPC Existing Secured Notes.[5] |
| Security: | The New Secured Notes and the Guarantees will be secured on a first-priority basis by substantially all of the Issuer's and the guarantors' assets (in each case, other than the Issuer's and the guarantors' assets that constitute ABL Priority Collateral, which |

---

[1] This preliminary, non-binding term sheet is provided for discussion purposes only and is not a commitment to provide capital or make a loan. No binding commitment with respect to a transaction will be provided until all approvals are obtained, including approval of PGIM's credit committee.

[2] NTD: Discuss whether a corporate co-issuer is possible.

[3] The Issuer will not be a Wholly Owned Domestic Restricted Subsidiary for purposes of TPC's existing 10.50% Senior Secured Notes due 2024 (the "TPC Existing Secured Notes"). TPC Group will contribute substantially all of its assets, including all of its direct and indirect subsidiaries (or have the assets of all of its direct and indirect subsidiaries contributed) to the Issuer> The assets of the Issuer and its subsidiaries will not be collateral for the TPC Existing Secured Notes.

[4] NTD: Interest rate based on blended average rate of 8% for $105 million of new capital and 10.5% roll-over of $148 million of Existing Secured Notes held by the Investors.

[5] The Guarantors will not guarantee the TPC Existing Secured Notes.

will secure the ABL Facility on a first-priority basis), subject to certain exceptions and permitted liens. Subject to certain exceptions and permitted liens, the New Secured Notes and the Guarantees will also be secured on a second-priority basis by the Issuer's and the guarantors' assets that constitute ABL Priority Collateral.  The collateral securing the New Secured Notes and the Guarantees will not secure the TPC Existing Secured Notes and related guarantees.

Offer to Purchase from
Asset Sale Proceeds:                Similar to the TPC Existing Secured Notes.

Offer to Purchase upon
Change of Control:                  Similar to the TPC Existing Secured Notes, except that "Change of Control" shall be defined to include the existing equity holders dropping below [90]% ownership, directly and indirectly, of the Issuer.

Optional Redemption:                Non-call for 2 years after issue date, except pursuant to make-whole redemption, then callable at a redemption premium equal to three quarters of the coupon until 12 months prior to maturity.

Defeasance and Discharge
Provisions:                         Similar to the TPC Existing Secured Notes.

Modification:                       Similar to the TPC Existing Secured Notes.

Registration Rights:                None (144A-for-life).

Events of Default:                  Similar to the TPC Existing Secured Notes.  Redemption Premium shall be due upon acceleration of the New Secured Notes.

Governing Law and Forum:            New York.

Investors:                          [PGIM]

Counsel to Investors:               Milbank LLP  ("Milbank")

Expense Reimbursement:              Whether or not any transaction is consummated, the Issuer shall reimburse the Investors for all out-of-pocket expenses in connection with the transactions contemplated by this Preliminary Term Sheet, including the expenses of Milbank.   The Definitive Documentation will provide for the Issuer to pay all expenses of the Trustee and in connection with making the New

Secured Notes eligible for book entry transfer at DTC, including the expenses of a settlement agent (which can be the trustee), reasonably acceptable to the Issuer and the Investors.[6]

---

[6] This Preliminary Term Sheet is not a commitment to extend credit or to make an investment. Any commitment will only arise after completion of due diligence regarding the Issuer and negotiation of definitive documentation in connection with the New Secured Notes.