## EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| | |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | Adv. Pro. No. 22-50372 (CTG) |
| Plaintiffs, | |
| v. | |
| TPC GROUP INC., | |
| Defendant, | |
| -and- | **Re: A.D.I. 40, 41, 52, _____** |
| THE AD HOC NOTEHOLDER GROUP, | |
| Intervenor Defendant. | |

### ORDER GRANTING MOTION TO FILE UNDER SEAL PORTIONS OF (I) TPC GROUP INC.'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND (II) DECLARATION OF PATRICK HURT

Upon the *Motion to File Under Seal Portions of (I) TPC Group Inc.'s Brief in Opposition to Plaintiffs' Motion for Summary Judgment and (II) Declaration of Patrick Hurt* (the "**Motion**")[2] for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing TPC to file under seal portions of the Opposition

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

-1-

and the Hurt Declaration, the Court having reviewed the Motion and the responses thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

        IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     TPC is hereby authorized to file the unredacted versions of the Opposition and the Hurt Declaration under seal.

3.     Absent further order of the Court, the unredacted versions of the Opposition and the Hurt Declaration shall not be made available to anyone except for (i) this Court, (ii) the U.S. Trustee, (ii) the Plaintiffs, and (iv) the Ad Hoc Noteholder Group, unless and until permitted by further order of this Court.

4.     TPC is authorized to file on this Court's docket and to serve on other parties in interest redacted copies of the Opposition and the Hurt Declaration that redacts the Confidential Information, and any references to the Confidential Information in the Opposition and the Hurt Declaration, in its entirety.

5.     TPC is authorized to take all actions necessary to effectuate the relief granted herein.

6.     The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.