**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>TPC GROUP INC, *et al.,*<br><br>Debtors,[1] | Chapter 11<br><br>Case No. 22-10493 (CTG)<br><br>Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P<br><br>   Plaintiffs-Counterclaim Defendants,<br>v.<br><br>TPC GROUP INC.,<br><br>   Defendant-Counterclaimant,<br><br>-and-<br><br>THE AD HOC NOTEHOLDER GROUP,<br><br>   Intervenor Defendant | Adv. Pro. No. 22-50372 (CTG) |

**DECLARATION OF OSCAR SHINE IN SUPPORT OF PLAINTIFFS-COUNTERCLAIM DEFENDANTS' CONSOLIDATED MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO INTERVENOR-DEFENDANT'S <u>MOTION FOR SUMMARY JUDGMENT</u>**

---

[1] The Debtors in these Chapter 11 cases, and the last four digits of their federal tax identification numbers, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

2

OSCAR SHINE, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the law firm Selendy Gay Elsberg PLLC, counsel to Plaintiffs Cerberus Capital Management, L.P. ("Cerberus") and Bayside Capital, Inc. ("Bayside," and together with Cerberus, "Plaintiffs") in the above-captioned Action (the "Action"). I submit this declaration in support of *Plaintiffs-Counterclaim Defendants' Consolidated Memorandum of Law in Further Support of their Motion for Summary Judgment and in Opposition to Intervenor-Defendant's Motion for Summary Judgment*, filed contemporaneously herewith.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss, *Audax Credit Opportunities Offshore Ltd. v. TMK Hawk Parent, Corp.*, Index. No. 565123/2020 (Sup. Ct. N.Y. Cty. Feb. 19, 2021), NYSCEF No. 78.

3. Attached to this declaration as **Exhibit B** is a true and correct copy of excerpts of the First Lien Term Loan Agreement, dated November 8, 2016, as filed in *North Star Debt Holdings, L.P. v. Serta Simmons Bedding, LLC*, Index No. 652243/2020 (Sup. Ct. N.Y. Cty. June 11, 2020), NYSCEF No. 6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2022

                                                /s/             *Oscar Shine*
                                                               Oscar Shine