**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>TPC GROUP INC, *et al.,*<br><br>Debtors,[1] | Chapter 11<br><br>Case No. 22-10493 (CTG)<br><br>Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P<br><br>    Plaintiffs-Counterclaim Defendants,<br>v.<br><br>TPC GROUP INC.,<br><br>    Defendant-Counterclaimant, | Adv. Pro. No. 22-50372 (CTG)<br><br>**Related Adv. Docket No. 54** |

**PLAINTIFFS-COUNTERCLAIM DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION RE: MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO INTERVENOR-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs-Counterclaim Defendants Cerberus Capital Management LP ("Cerberus") and Bayside Capital, Inc. ("Bayside," and together with Cerberus, "Plaintiffs") hereby move (the "Motion to Exceed") this Court for entry of an order authorizing the Plaintiffs, pursuant to Rule 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their federal tax identification numbers, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

Court for the District of Delaware (as amended, the "Local Rules"), to exceed the fifteen (15) page limit applicable to reply briefs under Local Rule 7007-2 for their consolidated memorandum of law (the "Consolidated Brief") in further support of their motion for summary judgment [Adv. Docket No. 4] (the "Plaintiffs' Summary Judgment Motion") and in opposition to the Ad Hoc Group of Noteholders' ("Intervenor") cross-motion for summary judgment [Adv. Docket No. 44] (the "Intervenor's Summary Judgment Motion").  In support of the relief requested in this Motion to Exceed, the Plaintiffs respectfully state as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

2. By this Motion to Exceed, the Plaintiffs request authority to exceed the 15-page limit for reply briefs in their Consolidated Brief in further support of the Plaintiffs' Summary Judgment Motion and opposition to the Intervenor's Summary Judgment Motion pursuant to Del. Bankr. LR 7007-2(a)(iv). The Plaintiffs' Consolidated Brief will include both an answering brief and a reply brief, and accordingly, Plaintiffs seek to exceed the page limit for standalone reply briefs.

## BASIS FOR RELIEF REQUESTED

3. Local Rule 7007-2(a)(iv) provides that "[w]ithout leave of Court, no opening or answering brief shall exceed thirty (30) pages and no reply shall exceed fifteen (15) pages, in each instance, exclusive of any tables of contents and citations."  Del. Bankr. LR

DOCS_DE:239564.3

7007-2(a)(iv).  The Plaintiffs request that the Court grant leave to exceed the 15-page limit for reply briefs in their Consolidated Brief.

4. The Consolidated Brief is presented in further support of the Plaintiffs' summary judgment motion and addresses numerous issues in support of the relief requested. The Consolidated Brief also includes the Plaintiffs' initial opposition brief to the Intervenor's Summary Judgment Motion.  The Local Rules provide that the Plaintiffs may submit both a 15-page reply brief for the Plaintiffs' Summary Judgment Motion and a 30-page answering brief to respond to the Intervenor's Summary Judgment Motion.  Rather than submit forty-five (45) pages of duplicative briefing that addresses issues common to both summary judgment motions, the Plaintiffs have chosen to combine their responses in the Consolidated Brief. For the avoidance of doubt, the Plaintiffs request leave from the page limitations applicable to reply briefs to efficiently present their reply and opposition arguments within a single brief.

5. Furthermore, due to the complexity of the matters related to these cases, and the numerous factually and legally complex issues raised by the Debtors in their response to the Plaintiffs' summary judgement motion, as well the arguments presented by the Intervenors in their summary judgment motion, the Plaintiffs request leave from the page limitations applicable to reply briefs.  This will allow the Plaintiffs to fairly, completely, and efficiently present to the Court their arguments related to both summary judgment motions.

WHEREFORE, for all the reasons set forth in the above-referenced submissions, the Plaintiffs respectfully request that this Court enter an order authorizing them to exceed the fifteen (15) page limit under Local Rule 7007-2 with respect to the Consolidated Brief in further support of the Plaintiffs' Summary Judgment Motion and opposition to the Intervenor's Summary Judgment Motion, and granting such other and further relief as the Court may deem just and proper.

Dated: June 24, 2022

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Timothy P. Cairns
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Tel: 302-652-4100
Facsimile: 302-652-4400
ljones@pszjlaw.com
tcairns@pszjlaw.com

- and -

Jennifer Selendy (*pro hac vice*)
Andrew R. Dunlap (*pro hac vice*)
Oscar Shine (*pro hac vice*)
Max H. Siegel (*pro hac vice*)
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
jselendy@selendygay.com
adunlap@selendygay.com
oshine@selendygay.com
msiegel@selendygay.com

*Attorneys for the Ad Hoc Group of Non-Consenting Noteholders*

DOCS_DE:239564.3