**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>TPC GROUP INC, *et al.,*<br><br>Debtors,[1] | Chapter 11<br><br>Case No. 22-10493 (CTG)<br><br>Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P<br><br>    Plaintiffs-Counterclaim Defendants,<br>v.<br><br>TPC GROUP INC.,<br><br>    Defendant-Counterclaimant, | Adv. Pro. No. 22-50372 (CTG) |

**ORDER GRANTING PLAINTIFFS-COUNTERCLAIM DEFENDANTS'**
**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION RE: MEMORANDUM OF**
**LAW IN FURTHER SUPPORT OF THEIR**
**MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO**
**INTERVENOR-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon the motion (the "Motion to Exceed")[2] of the Plaintiffs-Counterclaim

Defendants Cerberus Capital Management LP ("Cerberus") and Bayside Capital, Inc.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their federal tax identification numbers, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

("Bayside," and together with Cerberus, "Plaintiffs"), for entry of an order pursuant to rule 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules") authorizing the Plaintiffs to exceed the fifteen (15) page limit of Local Rule 7007-2 for their consolidated memorandum of law (the "Consolidated Brief") in further support of the Plaintiffs' Summary Judgment Motion and in opposition to the Intervenor's Summary Judgment Motion, as more fully set forth in the Motion to Exceed; and due and proper notice of the Motion to Exceed having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there is just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion to Exceed is GRANTED; and it is further

**ORDERED** that the Consolidated Brief may exceed the 15-page limitation under Local Rule 7007-2.