## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., *et al.*, | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| | |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | Adv. Pro. No. 22-50372 (CTG) |
| Plaintiffs, | |
| v. | |
| TPC GROUP INC., | |
| Defendant, | |
| -and- | **Re: A.D.I. 40, 52** |
| THE AD HOC NOTEHOLDER GROUP, | |
| Intervenor Defendant. | |

### NOTICE OF FILING OF REVISED PROPOSED REDACTED VERSION OF TPC GROUP INC.'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, on June 17, 2022, TPC Group Inc. ("TPC"), defendant and counter-claimant in the above-captioned Adversary Proceeding, filed under seal *TPC Group Inc.'s Brief in Opposition to Plaintiffs' Motion for Summary Judgment* [A.D.I. 40] (the "Opposition").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that, on June 23, 2022, TPC filed a proposed redacted version of the Opposition (the "Initial Redacted Opposition") that was attached as Exhibit 1 to the *Notice of Filing of Proposed Redacted Versions of (I) TPC Group Inc.'s Brief in Opposition to Plaintiffs' Motion for Summary Judgment and (II) the Declaration of Patrick Hurt* [A.D.I. 52].

**PLEASE TAKE FURTHER NOTICE** that Exhibit I and Exhibit K to the Opposition were filed under seal in their entirety in the Initial Redacted Opposition.

**PLEASE TAKE FURTHER NOTICE** that, TPC, pursuant to Local Rule 9018-1, hereby files a revised, proposed redacted version of the Opposition that unseals Exhibit I to the Opposition and includes a revised, partially redacted version of Exhibit K to the Opposition (the "Revised Redacted Opposition"). Attached hereto as **Exhibit 1** is the Revised Redacted Opposition.

*[Signature page follows.]*

Dated: June 28, 2022
         Wilmington, Delaware

|  |  |
|---|---|
| | /s/ Brian Loughnane |
| **BAKER BOTTS L.L.P.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| James R. Prince (admitted *pro hac vice*) | Robert J. Dehney (No. 3578) |
| Kevin Chiu (admitted *pro hac vice*) | Curtis S. Miller (No. 4583) |
| 2001 Ross Avenue, Suite 900 | Daniel B. Butz (No. 4227) |
| Dallas, Texas 75201-2980 | Matthew O. Talmo (No. 6333) |

**BAKER BOTTS L.L.P.**
James R. Prince (admitted *pro hac vice*)
Kevin Chiu (admitted *pro hac vice*)
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone:     (214) 953-6500
Facsimile:     (214) 953-6503
Email: jim.prince@bakerbotts.com
         kevin.chiu@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
Scott R. Bowling (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone:     (212) 408-2500
Facsimile:     (212) 259-2501
Email: scott.bowling@bakerbotts.com

-and-

BAKER BOTTS L.L.P.
David R. Eastlake (admitted *pro hac vice*)
Lauren N. Randle (admitted *pro hac vice*)
910 Louisiana Street
Houston, Texas 77002
Telephone:     (713) 229-1234
Facsimile:     (713) 229-1522
Email: david.eastlake@bakerbotts.com
         lauren.randle@bakerbotts.com

/s/ Brian Loughnane

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Matthew O. Talmo (No. 6333)
Brian Loughnane (No. 6853)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:     rdehney@morrisnichols.com
           cmiller@ morrisnichols.com
           dbutz@ morrisnichols.com
           mtalmo@ morrisnichols.com
           bloughnane@ morrisnichols.com

*Proposed Attorneys for Debtors
and Debtors in Possession*