# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC., et al., | Case No. 22-10493 (CTG) |
| Debtors.[1] | Jointly Administered |
| | |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | Adv. Pro. No. 22-50372 (CTG) |
| Plaintiffs, | |
| v. | |
| TPC GROUP INC., | |
| Defendant. | **Re: A.D.I. 55** |
| and- | |
| THE AD HOC NOTEHOLDER GROUP, | |
| Intervenor Defendant. | |

### MOTION TO STRIKE DECLARATION OF OSCAR SHINE IN SUPPORT OF PLAINTIFFS-COUNTERCLAIM DEFENDANTS' CONSOLIDATED MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO INTERVENOR-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

TPC Group Inc. ("**TPC**"), as Defendant in the above-captioned adversary proceeding, by and through its undersigned counsel, respectfully moves (this "**Motion**") the Court for an order striking the *Declaration of Oscar Shine in Support of Plaintiffs-Counterclaim Defendants'*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

*Consolidated Memorandum of Law in Further Support of their Motion for Summary Judgment and in Opposition to Intervenor-Defendants' Motion for Summary Judgment* [A.D.I. 55] (the "**Declaration**"), and respectfully states as follows:

1. Support for this Motion is set forth in the accompanying brief (the "**Brief**"), which is being filed contemporaneously with this Motion, and which TPC incorporates by reference into this Motion.

WHEREFORE, for the reasons set out in the Brief, TPC respectfully requests that the Court (i) enter the proposed form of order attached hereto as **Exhibit A** granting this Motion, and (ii) grant any further relief that may be appropriate.

Dated:  June 28, 2022
        Wilmington, Delaware

|  |  |
|---|---|
| **BAKER BOTTS L.L.P.**<br>James R. Prince (admitted *pro hac vice*)<br>Kevin Chiu (admitted *pro hac vice*)<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-2980<br>Telephone:  (214) 953-6500<br>Facsimile:  (214) 953-6503<br>Email: jim.prince@bakerbotts.com<br>       kevin.chiu@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>Scott R. Bowling (admitted *pro hac vice*)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:  (212) 408-2500<br>Facsimile:  (212) 259-2501<br>Email: scott.bowling@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>David R. Eastlake (admitted *pro hac vice*)<br>Lauren N. Randle (admitted *pro hac vice*)<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone:  (713) 229-1234<br>Facsimile:  (713) 229-1522<br>Email: david.eastlake@bakerbotts.com<br>       lauren.randle@bakerbotts.com | */s/ Matthew O. Talmo*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney (No. 3578)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Matthew O. Talmo (No. 6333)<br>Brian Loughnane (No. 6853)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:  rdehney@morrisnichols.com<br>        cmiller@ morrisnichols.com<br>        dbutz@ morrisnichols.com<br>        mtalmo@ morrisnichols.com<br>        bloughnane@ morrisnichols.com<br><br>*Proposed Attorneys for TPC Group Inc.* |