# **EXHIBIT 1**

# Talmo, Matthew

| | |
|---|---|
| **From:** | Max Siegel <msiegel@selendygay.com> |
| **Sent:** | Friday, June 17, 2022 7:22 PM |
| **To:** | Jacobs, Kevin; Prince, Jim; Bhan, Nish; Brooker, Katherine A.; Bowling, Scott; Dehney, Robert; Miller, Curtis |
| **Cc:** | Jennifer Selendy; Andrew Dunlap; Oscar Shine; Laura Davis Jones; Timothy P. Cairns; Hillman, David; Mervis, Michael T.; Young, Peter J.; Klein, Reuven C. |
| **Subject:** | RE: Bayside Capital, Inc. v. TPC Grp. Inc. (In re TPC Grp. Inc.), No. 22-50372 (Bankr. D. Del.) |

**[EXTERNAL EMAIL]**

Kevin,

We do not believe that this briefing schedule cures the procedural impropriety of your counterclaim and MSJ.

To clarify, if you withdrew the counterclaim and MSJ, we would agree that briefing and argument on your pending MTD could follow the schedule in place with respect to your present MSJ—the parties would argue the same issues on the same schedule in fewer briefing sequences.

Please let us know promptly if you will withdraw the counterclaim and MSJ on that basis.

Thank you,
Max

**Max Siegel**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: he, him, his

---

+1 212.390.9063  [O]
+1 914.874.3511  [M]

---

**From:** Jacobs, Kevin <kevin.jacobs@bakerbotts.com>
**Sent:** Friday, June 17, 2022 5:05 PM
**To:** Max Siegel <msiegel@selendygay.com>; Prince, Jim <jim.prince@bakerbotts.com>; Bhan, Nish <nischay.bhan@BakerBotts.com>; Brooker, Katherine A. <katherine.brooker@bakerbotts.com>; Bowling, Scott <scott.bowling@bakerbotts.com>; RDehney@morrisnichols.com; CMiller@morrisnichols.com
**Cc:** Jennifer Selendy <jselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura Davis Jones <ljones@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Hillman, David <DHillman@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Young, Peter J. <pyoung@proskauer.com>; Klein, Reuven C. <RKlein@proskauer.com>
**Subject:** RE: Bayside Capital, Inc. v. TPC Grp. Inc. (In re TPC Grp. Inc.), No. 22-50372 (Bankr. D. Del.)

Max,

We looked into this after our discussion yesterday.  We do not plan to withdraw our counterclaims or motion.  The briefing schedule—that was agreed to by all parties—expressly contemplated our pending counterclaim and MSJ.  I've attached that schedule (though I'm sure you've seen it).   And the schedule was finalized and entered after the counterclaim and MSJ were on file—so we don't see some procedural issue here when the parties were in agreement on

1

the process, filings and schedule.  If you are looking for us to file an answer (in addition to our motion to dismiss), let us know.

Best regards,

Kevin


**Kevin Jacobs**
Partner  Bio

Baker Botts L.L.P.
kevin.jacobs@bakerbotts.com
T +1.713.229.1947
F +1.713.229.7847
M +1.281.546.6490

910 Louisiana Street
Houston, Texas 77002
USA

---

**From:** Max Siegel <msiegel@selendygay.com>
**Sent:** Friday, June 17, 2022 2:22 PM
**To:** Jacobs, Kevin <kevin.jacobs@bakerbotts.com>; Prince, Jim <jim.prince@bakerbotts.com>; Bhan, Nish <nischay.bhan@BakerBotts.com>; Brooker, Katherine A. <katherine.brooker@bakerbotts.com>; Bowling, Scott <scott.bowling@bakerbotts.com>; RDehney@morrisnichols.com; CMiller@morrisnichols.com
**Cc:** Jennifer Selendy <jselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura Davis Jones <ljones@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Hillman, David <DHillman@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Young, Peter J. <pyoung@proskauer.com>; Klein, Reuven C. <RKlein@proskauer.com>
**Subject:** Bayside Capital, Inc. v. TPC Grp. Inc. (In re TPC Grp. Inc.), No. 22-50372 (Bankr. D. Del.)


**[EXTERNAL EMAIL]**

Kevin,

On our call yesterday regarding the above-captioned matter, we suggested that TPC withdraw its counterclaim and motion for summary judgment, as they may not be procedurally proper, and as it would be more efficient to litigate only our motion for summary judgment and your motion to dismiss (which raises the same issues as the counterclaim and TPC's motion for summary judgment). Would you be able to provide TPC's position or let us know when you could do so?

Thank you,
Max

**Max Siegel**
Associate  [Email]

2

Selendy Gay Elsberg PLLC  [Web]
Pronouns: he, him, his

---

+1 212.390.9063  [O]
+1 914.874.3511  [M]

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.