# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TPC GROUP INC, *et al.,* | Case No. 22-10493 (CTG) |
| Debtors,[1] | Jointly Administered |
| | |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P | Adv. Pro. No. 22-50372 (CTG) |
|    Plaintiffs-Counterclaim Defendants, | |
| v. | |
| TPC GROUP INC., | |
|      Defendant-Counterclaimant, | |
| -and- | |
| THE AD HOC NOTEHOLDER GROUP, | |
|      Intervenor Defendant | |

## DECLARATION OF OSCAR SHINE

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their federal tax identification numbers, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77042.

OSCAR SHINE, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the law firm Selendy Gay Elsberg PLLC, counsel to Plaintiffs Cerberus Capital Management, L.P ("Cerberus") and Bayside Capital, Inc. ("Bayside," and together with Cerberus, "Plaintiffs") in the above-captioned Action (the "Action"). I submit this declaration in support of *Plaintiffs-Counterclaim Defendants' Consolidated Memorandum of Law in Opposition to Defendant-Counterclaimant's Motion to Dismiss, in Support of Plaintiffs-Counterclaim Defendants' Motion to Strike or Dismiss Defendant-Counterclaimant's Initial Counterclaim, in Opposition to Defendant-Counterclaimant's Motion for Summary Judgment, and in Support of Plaintiffs-Counterclaim Defendant's Motion to Dismiss Defendant-Counterclaimant's New Counterclaim*, filed contemporaneously herewith.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the Intercreditor Agreement, among Bank of America, N.A. ("Bank of America") and U.S. Bank National Association, dated August 2, 2019 (the "2019 Intercreditor Agreement").

3. Attached to this declaration as **Exhibit B** is a true and correct copy of the Intercreditor Agreement, among U.S. Bank National Association (as Senor Priority Agent, as defined therein) and U.S. Bank National Association (as Junior Priority Notes Agent, as defined therein), dated February 2, 2021 (the "2021 Intercreditor Agreement").

4. Attached to this declaration **as Exhibit C** are true and correct copies of the "Consent of Noteholder" agreements (the "Consents"), signed in connection with the issuance of the Usurping Indenture, Supplemental Indenture, and 2021 Intercreditor Agreement.

5. Attached to this declaration as **Exhibit D** is a true and correct copy of a letter dated March 31, 2022 from counsel for the Ad Hoc Group of Non-Consenting Noteholders to counsel for TPC Group Inc., regarding "Notification of Breach of 10.5% Indenture dated August 2, 2019 by TPC Group Inc."

6. Attached to this declaration as **Exhibit E** is a true and correct copy of the Amended and Restated Credit Agreement dated as of March 5, 2014 among J. Crew Group, Inc., Chinos Intermediate Holdings B, Inc., Bank of America, N.A., and the other lenders party thereto, as filed in *Eaton Vance Mgmt. v. Wilmington Sav. Fund Soc'y, FSB*, Index No. 654397/2017 (N.Y. Sup. Ct.), NYSCEF No. 4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2022

/s/         *Oscar Shine*
Oscar Shine