# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TPC GROUP INC., *et al.*,[1] | Case No. 22-10493 (CTG) |
| Debtors. | Jointly Administered |
| BAYSIDE CAPITAL, INC. and CERBERUS CAPITAL MANAGEMENT, L.P., | Adv. Pro. No. 22-50372 (CTG) |
| *Plaintiffs*, | |
| v. | |
| TPC GROUP INC., | Related Adv. Docket No. 7 |
| *Defendant*. | |

## ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 107(b), BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1, AUTHORIZING FILINGS OF DOCUMENTS UNDER SEAL

Upon the motion (the "Motion"),[2] of Bayside Capital, Inc. ("Bayside") and Cerberus Capital Management, L.P. ("Cerberus," and together with Bayside, the "Ad Hoc Group of Non-Consenting Noteholders") pursuant to Bankruptcy Code sections 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1, for authorization to file under seal certain documents and pleadings; and this Court having jurisdiction to consider the Motion and the relief requested

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: TPC Group Inc. (3618); TPC Holdings, Inc. (7380); TPC Group LLC (8313); Texas Butylene Chemical Corporation (7440); Texas Olefins Domestic International Sales Corporation (4241); TPC Phoenix Fuels LLC (9133); Port Neches Fuels, LLC (1641); and TP Capital Corp. (6248). Each Debtor's corporate headquarters and mailing address is 500 Dallas St., Suite 2000, Houston, Texas 77002.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is granted as set forth herein.

2. The Ad Hoc Group of Non-Consenting Noteholders is authorized to file the Pleadings and the Exhibits under seal.

3. The Pleadings and Exhibits shall remain under seal and shall not be made available to anyone other than this Court, counsel for the Debtors, and the U.S. Trustee without the consent of the Ad Hoc Group of Non-Consenting Noteholders and the Debtors, or without further order of this Court.

4. The Ad Hoc Group of Non-Consenting Noteholders is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: June 30th, 2022
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**