## EXHIBIT B

Declaration of Thomas P. Jeremiassen

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |

## DECLARATION OF THOMAS P. JEREMIASSEN IN SUPPORT OF TRUST'S OBJECTION TO PROOF OF CLAIM NO. 2005 FILED BY ROCHELLE BERMAN TRUST

I, Thomas P. Jeremiassen, pursuant to 28 U.S.C. § 1746, declare:

1. I am a Senior Managing Director of Development Specialists, Inc. ("DSI"), located at 333 S. Grand Avenue Suite 4100, Los Angeles, California 90071. Following the "Effective Date" of the *First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors* (the "Plan"), DSI has been engaged to provide forensic accounting and financial advisory services to the Woodbridge Wind-Down Entity LLC (the "Wind-Down Entity") and the Woodbridge Liquidation Trust (the "Trust").

2. Prior to the "Effective Date" of the Plan, I supported the Chief Restructuring Officer of WGC Independent Manager LLC, a Delaware limited liability company ("WGC Independent Manager"), which was the sole manager of Woodbridge Group of Companies, LLC, a Delaware limited liability company and an affiliate of each of the entities that were debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") in the above-captioned jointly administered chapter 11 cases (the "Chapter 11 Cases").

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

3.      On February 13, 2018, the Court entered an order authorizing the Debtors to retain and employ DSI as their restructuring advisor. In such capacity, I became familiar with the day-to-day operations and financial affairs of the Debtors. I was one of the individuals responsible for implementing the Debtors' wind-down and liquidation strategies and overseeing the Debtors' financial and operational affairs. I have been consistently involved in or am familiar with the Debtors' wind-down activities and development of the Plan.

4.      I submit this declaration in support of the Trust's Objection to Proof of Claim No. 2005 Filed by Rochelle Berman Trust (the "Objection").[2]

5.      Attached as Exhibit 1 to this declaration is a schedule of payments made by the Debtors to Claimant between September 5, 2017 and December 4, 2017, based on the Debtors' books and records (collectively, the "90-Day Transfers").

6.      The 90-Day Transfers were made by the Debtors on account of commission obligations incurred prior to payment as a result of Notes and Units sold by Berman.

7.      The 90-Day Transfers were made using funds belonging to the Debtors.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

8. By virtue of the 90-Day Transfers, Berman received more than she would have received if the 90-Day Transfers had not been made and Berman received a distribution pursuant to a Chapter 7 liquidation.

9. Additional net payments in the net aggregate amount of $101,640.98 were made by the Debtors to Berman in the two years preceding the petition date, as also set forth on Exhibit 1.

10. I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Executed on January 7, 2022

*/s/  Thomas P. Jeremiassen*
Thomas P. Jeremiassen

## **EXHIBIT 1**

Transfers

## Commission Payments

### 90 Day Transfers:

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26800 | 12/04/17 | 09/21/17 | ROCHELLE BERMAN | | $ 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 26429 | 12/04/17 | 09/13/17 | ROCHELLE BERMAN | | 2,500.00 |
| | | | TOTALS - 90 DAY | | - | 5,500.00 |
| | | | NET DISBURSEMENTS - 90 DAY | | | 5,500.00 |

### Two-Year Transfers

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25504 | 12/04/17 | 08/21/17 | ROCHELLE BERMAN | $ 156.25 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 25504 | 12/04/17 | 08/21/17 | ROCHELLE BERMAN | | 1,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23657 | 12/04/17 | 08/02/17 | ROCHELLE BERMAN | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23039 | 12/04/17 | 07/13/17 | ROCHELLE BERMAN | | 2,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23078 | 12/04/17 | 07/13/17 | ROCHELLE BERMAN | 194.44 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 23078 | 12/04/17 | 07/13/17 | ROCHELLE BERMAN | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 21530 | 12/04/17 | 05/31/17 | ROCHELLE BERMAN | | 500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18801 | 12/04/17 | 03/13/17 | ROCHELLE BERMAN | 5,000.00 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 18801 | 12/04/17 | 03/13/17 | ROCHELLE BERMAN | | 12,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16430 | 12/04/17 | 01/11/17 | ROCHELLE BERMAN | | 3,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14237 | 12/04/17 | 11/01/16 | ROCHELLE BERMAN | | 7,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 10033 | 12/04/17 | 09/19/16 | ROCHELLE BERMAN | | 1,875.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 10035 | 12/04/17 | 09/19/16 | ROCHELLE BERMAN | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9278 | 12/04/17 | 08/31/16 | ROCHELLE BERMAN | | 2,700.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7570 | 12/04/17 | 07/18/16 | ROCHELLE BERMAN | 2,333.33 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7570 | 12/04/17 | 07/18/16 | ROCHELLE BERMAN | | 5,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6580 | 12/04/17 | 07/01/16 | ROCHELLE BERMAN | | 25,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7123 | 12/04/17 | 06/27/16 | ROCHELLE BERMAN | | 2,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6960 | 12/04/17 | 06/22/16 | ROCHELLE BERMAN | | 8,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6397 | 12/04/17 | 06/13/16 | ROCHELLE BERMAN | | 1,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5694 | 12/04/17 | 06/02/16 | ROCHELLE BERMAN | | 17,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4415 | 12/04/17 | 04/20/16 | ROCHELLE BERMAN | | 4,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 4121 | 12/04/17 | 04/13/16 | ROCHELLE BERMAN | | 1,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3804 | 12/04/17 | 04/07/16 | ROCHELLE BERMAN | | 1,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3805 | 12/04/17 | 04/07/16 | ROCHELLE BERMAN | | 1,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 3756 | 12/04/17 | 03/28/16 | ROCHELLE BERMAN | | 3,500.00 |
| | | | TOTALS - 2 YEAR (INCL. 90 DAY) | | $ 7,684.02 | $ 114,825.00 |
| | | | NET DISBURSEMENTS - 2 YEAR (INCL. 90 DAY) | | | $ 107,140.98 |